# EXHIBIT B

MOSER
PATTERSON &
SHERIDAN, LLP
ATTORNEYS AT LAW

July 6, 2005

***Via Facsimile (202) 307-0345***
***and First Class Mail***

Mr. B. Frederick Buchan, Jr.
Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Washington, D.C. 20530

Re: NO. 05-187C; Ivan G. Rice v. United States of America;
In the United States Court of Federal Claims;
Judge James F. Merow

Dear Mr. Buchan:

This is responsive to your e-mail to me dated July 1, 2005 regarding the Protective Order for Ivan G. Rice v. United States.

We consider your decision to exclude Mr. Rice from being defined as a "Qualified Person" under the Protective Order to be a faulty one that is neither fair nor supported by case authority. As I indicated to you previously by telephone, the operative facts upon which this Court based its earlier decision to exclude Mr. Rice from the protective order (*Ivan G. Rice v. The United States*, 39 Fed. Cl. 747, U.S. Claims LEXIS 294, (Fed. Cl. 1997)) have changed dramatically. Accordingly, we submit that there is no longer any principled reason to exclude Mr. Rice from the Protective Order.

We are providing you with the following specific facts so that you may reconsider your decision to exclude Mr. Rice from being a Qualified Person under the Protective Order, since Mr. Rice is clearly not a "competitive threat" to any of the private parties:

1. Mr. Rice is eighty (80) years old, and is fully retired.

2. Except for his work relating to enforcing this patent, he is not active in any engineering and/or technical work whatsoever.

3. He has fully retired from his work as a consultant, and has not consulted since July 1996 (over nine years).

4. He is not active in any professional societies, and has not attended any professional conference of any type (e.g., American Society of Mechanical Engineers; Texas Society of Professional Engineers, and National Society of Professional Engineers) since 1997 (over eight years).

5. Mr. Rice owns no pending patent applications, has no plans to file any patent applications in the future.

6. Mr. Rice owns no other patents, besides the patent in suit. All other patents have been sold or expired.

7. Mr. Rice has not written a technical article since 1995 (over 10 years), and has no plans to do so in the future.

In light of these facts, we respectfully request that you reconsider your decision to exclude Mr. Rice from the Protective Order.

If you have any questions, please do not hesitate to contact me.

Very truly yours,

MOSER, PATTERSON & SHERIDAN, L.L.P.

Douglas H. Elliott

DHE/srm

cc: Mr. Ivan G. Rice

379099_2