# EXHIBIT C

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **IVAN G. RICE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **NO. 05-187C** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **Senior Judge James F. Merow** |
| **Defendant.** | ) | |

**DECLARATION OF IVAN G. RICE**

The undersigned, Ivan G. Rice, being warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, hereby declares under penalty of perjury as follows:

1. My name is Ivan G. Rice. I reside at 1007 Lynwood Road, Spring Texas 77373. I have personal knowledge and am competent to testify concerning the statements below.

2. I am eighty (80) years old.

3. My expertise is gas turbines and rotating equipment. I received a Bachelors of Science degree in Mechanical Engineering from the University of Arizona. I have had formal training and experience in designing gas turbine engines.

4. During the period from 1974 through most of 1996, I was a self-employed consultant specializing in gas turbines and rotating equipment.

5. I have not worked as a consultant since July 31, 1996.

6. Except for my involvement in this lawsuit, I am not currently active in any engineering or technical work.

7. Although I am a lifetime member of the American Society of Mechanical Engineers, the Texas Society of Professional Engineers, and the National Society of Professional Engineers, I have not attended any professional conferences of these or any other professional engineering organizations since June 1997.

379191.1

IGR

8. Although I am still registered as a Professional Engineer in Texas, starting July 24, 2005, I will be placed on inactive status and will be unable to legally practice as a Professional Engineer in Texas.

9. I have not published any articles since April 1997 and have no future publication plans.

10. I have no patent applications currently pending before the United States Patent and Trademark Office.

11. I currently own one patent which is the patent that is the subject of this infringement action.

12. I presented my paper entitled "Evaluation Of The Compression-Intercooled Reheat-Gas-Turbine Combined Cycle" on June 6, 1984 at the 29th International Gas Turbine Conference And Exhibit.

13. Exhibit E, attached to Plaintiff's Response, is a true and correct copy of my paper entitled "Evaluation Of The Compression-Intercooled Reheat-Gas-Turbine Combined Cycle."

14. More than fifteen (15) Rolls Royce employees were listed as presenters and committee members at the 29th International Gas Turbine Conference. Numerous other Rolls-Royce employees were present at the conference.

15. Exhibit F, attached to Plaintiff's Response, is a true and correct copy of several pages from a brochure entitled "29TH International Gas Turbine Conference And Exhibit."

16. I have reviewed publicly available documents describing Rolls-Royce's WR-21 intercooled recuperated gas turbine engine and those documents show that the WR-21 appears to include all the elements of claim 1 of my Reexamination Certificate No. B1 4,896,499.

17. Exhibit D, attached to Plaintiff's Response, is a true and correct copy of Reexamination Certificate No. B1 4,896,499.

Date: July 21, 2005

Ivan G. Rice

379191 1

IGR