# EXHIBIT D

**United States Patent** [19]
**Rice**

[11] **Patent Number: 4,896,499**
[45] **Date of Patent: Jan. 30, 1990**

[54] **COMPRESSION INTERCOOLED GAS TURBINE COMBINED CYCLE**

[76] Inventor: **Ivan G. Rice**, P.O. Box 233, Spring, Tex. 77383

[21] Appl. No.: **251,076**

[22] Filed: **Sep. 28, 1988**

**Related U.S. Application Data**

[60] Continuation of Ser. No. 818,472, Jan. 13, 1986, abandoned, which is a continuation-in-part of Ser. No. 224,496, Jan. 13, 1981, Pat. No. 4,438,625, Ser. No. 274,660, Jun. 17, 1981, Pat. No. 4,384,452, Ser. No. 416,171, Sep. 9, 1982, abandoned, Ser. No. 416,172, Sep. 9, 1982, abandoned, Ser. No. 416,173, Sep. 9, 1982, Pat. No. 4,550,562, Ser. No. 416,275, Sep. 9, 1982, Pat. No. 4,507,914, Ser. No. 486,334, Apr. 19, 1983, Pat. No. 4,545,197, Ser. No. 486,336, Apr. 19, 1983, Pat. No. 4,565,490, and Ser. No. 486,495, Apr. 19, 1983, Pat. No. 4,543,781, said Ser. No. 224,496, is a division of Ser. No. 954,832, Oct. 26, 1978, Pat. No. 4,272,953, said Ser. No. 274,660, is a division of Ser. No. 47,571, Jun. 11, 1979, Pat. No. 4,314,442, said Ser. No. 416,171, Ser. No. 416,172, Ser. No. 416,173, Ser. No. 416,275, Ser. No. 486,334, Ser. No. 486,336, and Ser. No. 486,495, each is a continuation-in-part of Ser. No. 47,571, , Ser. No. 224,496, , Ser. No. 954,832, , and Ser. No. 274,660, , said Ser. No. 486,334, Ser. No. 486,336, and Ser. No. 486,495, each is a continuation-in-part of Ser. No. 416,171, , Ser. No. 416,172, , Ser. No. 416,173.

[51] **Int. Cl.**[4] .......................... **F02C 3/10**; F02C 7/143
[52] **U.S. Cl.** .............................. **60/39.161**; 60/39.182; 60/728
[58] **Field of Search** ................ 60/39.161, 39.182, 728, 60/39.04, 727, 266, 267; 415/179

[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,625,012 | 1/1953 | Larrecq | 60/39.161 |
| 2,645,412 | 7/1953 | Sens | 60/39.161 |
| 2,722,802 | 11/1955 | Blackwell et al. | 60/39.161 |
| 2,748,566 | 6/1956 | Fletcher | 60/39.161 |
| 3,273,340 | 9/1966 | Hull | 60/39.161 |
| 3,289,402 | 12/1966 | Jung et al. | 60/39.182 |
| 3,486,340 | 12/1969 | DuPont et al. | 60/267 |
| 4,314,442 | 2/1982 | Rice | 60/39.05 |
| 4,545,197 | 10/1985 | Rice | 60/39.05 |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 975151 | 9/1961 | Fed. Rep. of Germany | 60/39.182 |
| 7713915 | 8/1979 | Sweden | 60/39.182 |
| 404958 | 10/1973 | U.S.S.R. | 60/39.182 |
| 1004660 | 3/1983 | U.S.S.R. | 60/39.182 |

OTHER PUBLICATIONS

Gas Turbine World, *Industrial Gas Turbine Handbook & Directory*, 1976, pp. 52–53.
Treager, Irwin E., *Aircraft Gas Turbine Engine Technology*, McGraw-Hill, 1970, p. 28.
Judge, Arthur W., *Gas Turbine for Aircraft*, Chapman & Hall; London, 1958, pp. 105–106.

*Primary Examiner*—Louis J. Casaregola

[57] **ABSTRACT**

A compression intercooled gas turbine and vapor bottoming combined cycle system with the gas turbine operating at 30 to 65 atmospheres is disclosed. A twin spool hot gas generator incorporates compression intercooling at the optimum intercooler pressure ratio to (a) minimize intercooler heat rejection degradation, (b) raise the overall cycle pressure ratio, (c) increase gas generator core mass flow and (d) to increase the gas turbine power output. The gas turbine can operate in either the simple cycle or the reheat cycle mode for optimum combined cycle efficiency. A combined cycle efficiency upwards of 60 percent can be realized.

**8 Claims, 7 Drawing Sheets**




168'
170'
172
51
138
22
26
134
28
132
128
46
126
142
30
152
136
86
130
48
46
190
192
34
42
156
104
188
158
102
108
77
44
78
106
100
98
77
120
118
122
116
84
79
124
96
24
36
94
92
20
72
90
88
80
114
26
112
82
110
22
r

Fig. 3


214
210
212
151
148
144
154
142
152
192
146
150
153
194
166
190
r3
r2
r1

Fig. 4




Fig. 6b