# EXHIBIT E

84-GT-128

THE AMERICAN SOCIETY OF MECHANICAL ENGINEERS
345 E. 47 St., New York, N.Y. 10017

The Society shall not be responsible for statements or opinions advanced in papers or in discussion at meetings of the Society or of its Divisions or Sections, or printed in its publications. Discussion is printed only if the paper is published in an ASME Journal. Released for general publication upon presentation. Full credit should be given to ASME, the Technical Division, and the author(s). Papers are available from ASME for nine months after the meeting.
Printed in USA.

# EVALUATION OF THE COMPRESSION-INTERCOOLED REHEAT-GAS-TURBINE-COMBINED CYCLE

Ivan G. Rice, P.E.
Consultant
Spring, Texas
Fellow Member, ASME

*ABSTRACT*

*Interest in the reheat-gas turbine (RHGT) as a way to improve combined-cycle efficiency is gaining momentum. Compression intercooling makes it possible to readily increase the reheat-gas-turbine cycle-pressure ratio and at the same time increase gas-turbine output; but at the expense of some combined-cycle efficiency and mechanical complexity. This paper presents a thermodynamic analysis of the intercooled cycle and pinpoints the proper intercooling pressure range for minimum combined-cycle-efficiency loss. At the end of the paper two-intercooled reheat-gas-turbine configurations are presented.*

## INTRODUCTION

The reheat-gas-turbine combined cycle is being seriously considered as a way to obtain a higher combined-cycle efficiency than otherwise obtainable from the simple-cycle gas turbine. The Japanese government is well along in testing its 122MW reheat-gas turbine (1) and full-test results should be made available in 1984.

The Japanese reheat-gas-turbine configuration incorporates compression intercooling to accomplish a 55 cycle-pressure ratio. The projected combined-cycle efficiency target is given as 55 percent LHV which is considerably higher than can be achieved with the simple-cycle gas turbine operating at an equal firing temperature.

Studies of the non-intercooled reheat-gas-turbine combined cycle have been reported in previous ASME papers (2, 3, 4, 5, 6, 7, 8 and 9). These papers presented optimumization of combined-cycle efficiency, the latter papers being based on future advanced high-cycle pressure-ratio aero-derivative gas generators being developed by General Electric and Pratt and Whitney as an outcome of a $200,000,000 NASA Research and Development program. This $E^3$ (energy-efficient engine) program has been very successful and spin-off high-cycle pressure-ratio technology is now being incorporated in the third generation fan-jet engines presently being designed and readied for commercial aircraft. These engines will be available in the time frame of 1986-88 (10, 11).

Industrializing these third-generation fan-jet gas generators is inevitable, based on history; but such extension will take time and development money. In the meantime, there are several existing gas generators, such as the Allison 570-K, the R-R RB211 and the GE LM 2500/5000 which are candidates for the compression intercooled reheat-gas-turbine combined cycle. The future third-generation gas generators are likewise to be considered adaptable for intercooling.




Fig. 1 Cycle schematic diagram of the intercooled reheat gas turbine

The Japanese (Ishikawajima-Harima Heavy Industries Co. Ltd.) made an in-depth study in 1975 supercharging the LM2500 to raise the compressor-discharge pressure from 18 to 30 atmospheres. Intercooling was contemplated and a combined steam-gas cycle was incorporated, but no gas reheat was proposed (12). The study superceded the development of the 30 CPR LM5000. This reference is given to indicate past investigations.

The ensuing paper presents a thermodynamic analysis of

the intercooled reheat cycle which point to the desired intercooler pressure to minimize combined-cycle-efficiency loss. The paper indicates the combined-cycle losses to be expected using intercooling and also the expected gain in gas-turbine output to be realized. Two different reheat-gas-turbine configurations with compression intercooling are presented at the end of the paper. Optimization data of the analysis form the basis for these two arrangements.

## CYCLE ARRANGEMENT AND ASSUMPTIONS

The general reheat-gas-turbine cycle arrangement is given in the schematic diagram of Figure 1. The air is compressed in a low-pressure compressor (LPC) which is driven coaxially by the low-pressure gas-generator turbine (GGT). The air is diffused and then ducted to an intercooler (IC) where the air is cooled before being ducted back to the high-pressure compressor (HPC). The high-pressure air at 40 to 60 atmospheres is heated in the first combustion chamber (CC), is then expanded through the GGT, is subsequently fully diffused and then reheated in the second combustion chamber and is finally expanded through the power turbine (PT) to drive the load. The hot exhaust gases generate steam in a conventional 2400 psig (16.65 MPa) reheat-steam turbine.

The intercooler can be made in two sections with condensate being used to cool the high end and cooling water used to cool the low end as shown in Figure 1.

### Intercooler Losses

The following pressure losses are assumed for the intercooler and are considered to be typical of what can be expected. The losses are expressed as percentages of the compressor intercooler total pressure.

| | |
|---|---|
| LPC Diffuser Loss - % | .50 |
| LPC Exit Loss - % | .25 |
| IC Loss - % | 2.00 |
| HPC Entrance Loss - % | .25 |
| Total Loss - % | 3.00 |

Incremental parasitic heat and mechanical losses that must be assigned to the incremental additional work saved by the intercooling process are also associated with the intercooler. These losses are assumed to be constant at five percent of the gross incremental work saved and are listed as follows:

| | |
|---|---|
| Generator Loss | Bearing Loss |
| Combustion Loss | Air Leakage |
| Radiation Loss | Auxiliary Loss. |

The intercooler is sized to effect an exit temperature of 100°F (37.8°C) when considering a standard 59°F (15°C) day. The minimum approach temperature is thus considered to be 41°F (22.8°C).

### Compression Efficiency

The adiabatic compression efficiencies of both the low-pressure and high-pressure compressors are assumed to be 88 percent. No attempt is made to increase the efficiency at the low-pressure end or decrease the efficiency at the high end to simulate what actually takes place.

### Combined Cycle Without Intercooling

Careful studies of the non-intercooled reheat-gas-turbine combined cycle have produced data for the three graphs shown in Figure 2 (6, 7, 8). Note that three different gas-turbine firing temperatures are shown, namely: (a) 2400/2100°F, (b) 2600/2200°F and (c) 2600/2400°F, (1316/1149°C, 1427/1204°C, 1427/1315°C). Also, as can be seen, two different steam-reheat-temperature levels are given for the 2400 psig (16.65 MPa) initial pressure. These are: 1000/1000°F (538/538°C) and 1100/1050/850°F (593/566/554°C) for the double reheat.




Fig. 2 Combined-cycle efficiency curves for non-intercooled reheat gas turbines

Each curve representing the gas-turbine and steam-turbine-temperature conditions peaks out at a specific-cycle-pressure ratio as shown at Points A (38 CPR), B (44 CPR) and C (48 CPR). These three curves are considered as the basic standards for comparing the intercooled cycle in terms of overall-maximum-cycle efficiency obtainable for the conditions given.

Referring to Figure 1 again, it is assumed that the work saved by compression intercooling is extracted through Shaft A and that the rest of the reheat-gas-turbine cycle remains unchanged with the exception of incremental heat being added to the first combustor to heat the air back to the original-compressor-discharge temperature associated with the non-intercooled compression for any given cycle-pressure ratio.

This procedure greatly simplifies the analysis and neglects the small variations introduced by the heat required to vaporize and/or heat the fuel, the expansion work of the fuel itself and the slight increase in the second-combustor pressure due to the savings in compression work and the incremental-fuel-expansion work when considering a fixed exhaust temperature. Also, the very small amount of low-level heat recovery by the condensate, if this scheme is used, is neglected for the sake of simplicity.

Finally, with reference to Figure 2, the three basic non-intercooled gas turbines employ steam as the blade and combustor coolant and therefore, a lower-compressor-discharge temperature resulting from the intercooling and resulting cooling-air fluctuations does not enter into the RHGT cycle to distort the results.

### Compression Thermodynamics

There are three basic thermodynamic formulas to apply in calculating compression work and temperature rise.

The first formula deals with the change in enthalpy of the air and thus the work of compression:

$$H_2 - H_1 = \frac{wCp(T_2 - T_1)}{n} \quad (1)$$

where $(H_2 - H_1)$ is the enthalpy change and work required, w is the weight flow, $C_p$ is the specific heat considered to be constant, $(T_2 - T_1)$ is the change in temperature resulting from the compression at constant entropy and n is the adiabatic compression efficiency.

The second formula gives the relationship of temperature and pressure ratio as follows:

$$T_2 = T_1 \left(\frac{P_2}{P_1}\right)^{\frac{k-1}{k}} \quad (2)$$

where $T_2$ is the absolute temperature after compression, $P_2$ is the absolute pressure after compression, $P_1$ is the absolute initial pressure and k is the gas constant (ratio of the two specific heats $(C_p/C_v)$ ). This formula is based on a constant entropy compression with no losses, thus, at 100 percent efficiency.

The third formula is a combination of the two previous formulas and gives the temperature rise of compression which is directly related to the work of compression and the heat content of the air:

$$\frac{(H_2 - H_1)}{w\,C_p} = \frac{(T_2 - T_1)}{n} = \frac{T_1\left[\left(\frac{P_2}{P_1}\right)^{\frac{k-1}{k}} - 1\right]}{n} \quad (3)$$

The specific heat of air (Cp) is considered to have a constant value of .24 BTU/lb - °F (1.005 KJ/Kg - °C) and the gas constant, k, is considered to be 1.4.

The aforestated three formulas and assumptions will produce close results which are valid for incremental compression work saved through intercooling and incremental heat added after compression to raise the temperature back to the non-intercooled level. More exact results using the gas tables (13) are not warranted for comparison and relative compression work and changes in cycle efficiencies.

## INTERCOOLING MODEL

Formulas (1), (2) and (3) can be used to develop plots of temperature versus pressure ratio as given in Figure 3 where, for an inlet temperature of 59°F (15°C), the outlet temperature for any given ratio is plotted against the natural log of the pressure ratio. The natural log of pressure ratio is used to shrink the higher-pressure-ratio scale and broaden the lower-ratio scale where needed for closer analysis. The actual pressure ratios are given by the lower scale for easy reference.

Air is compressed from Point 1 to Point 5 without intercooling. This locus of temperature points is used as a standard for comparison.

Considering intercooling, air is first compressed from Point 1 to Point 2 at which point the air is cooled by the intercooler to Point 3. The air is then compressed further to Point 4. The total work of compression is represented by the sum of the two temperature differences: accordingly $(T_2 - T_1) + (T_4 - T_3)$. This temperature difference summation is given as Point 6 in Figure 3. Obviously, the incremental work saved by the intercooling process is represented by $(T_5 - T_6)$.

The extra heat required to heat the air back to the temperature without intercooling and thus the incremental heat to be added is represented by $(T_5 - T_4)$ in Figure 3.

The intercooling pressure at $T_2$ can be varied from a pressure ratio of 1 to 60, for purposes of analysis, giving complete data of incremental work saved and incremental heat added. The incremental cycle efficiency is then readily calculated using formula (4) which incorporates the 5 percent parasitic losses:

$$E_i = \left[1 - \frac{T_2 - T_3}{T_5 - T_4}\right] \times .95 \quad (4)$$

where $E_i$ is the incremental cycle efficiency of the intercooling process and where the numerical subscripts refer to Figure 3.




Fig. 3 Graph of temperature versus the natural log of pressure ratio for non-cooled and intercooled compression C=5/9(F - 32)

This analysis assumes that the compression work saved will be hypothetically extracted out Shaft A of Figure 1 so that the rest of the cycle is not disrupted. This assumption is valid for purposes of a general analysis within the scope of accuracy of the other assumptions. The total cycle would have to be evaluated for precise accuracy where more exact values of compression efficiency, expansion efficiency, pressure losses and the like are known for a specific design.

First considering no intercooler pressure loss and considering the air to be cooled all the way to the standard inlet temperature of 59°F (15°C), a graph of incremental cycle efficiency versus the natural log of cycle-pressure ratio is obtained as given in Figure 4 for two total cycle-pressure ratios (CPRs) of 40 and 60, the general area of concern. Note that Figure 3 presents an example for a CPR being intercooled at a 4 pressure ratio.

It can be seen that the incremental cycle efficiency is maximum at very low intercooling pressures (actually zero) and falls off as the intercooling pressure rises. The efficiency is zero at full cycle pressure because no incremental work is saved. Also, it can be noted, as ascertained from Figure 2, that the combined-cycle efficiency range is from 55 to 60 percent as shown by the shaded area of Figure 4. Therefore, the only way intercooling can possibly improve or equate to the known combined cycle efficiency is in the low intercooling pressure

ratio range of zero to 3 when considering high-turbine inlet temperatures above 2400°F (1316°C). Beyond a pressure ratio of 3, the combined cycles of Figure 2 (Points A, B and C) will be degraded in proportion to the amount of incremental work saved and the incremental efficiency derived.

REALISTIC INTERCOOLING INCREMENTAL CYCLE EFFICIENCY

Using the model of Figure 3 developed from Formula (4) and the zero intercooler pressure loss target curves of Figure 4, more realistic plots of incremental efficiency versus intercooling-pressure ratio can now be developed for both the 40 CPR and 60 CPR cases. As stated earlier in the paper, a 3 percent total intercooler pressure loss is believedto be realistic and is assumed. Also, the air is assumed to be cooled to 100°F (37.8°C) and alternately to 150°F (65.6°C) for comparison to the theoretical curves of Figure 4. Reference is made to Figure 5 for the 40 CPR case and Figure 6 for the 60 CPR case where an intercooling ratio span of 1 to 10 is explored.

A shaded area representing the combined-cycle efficiency range of 55 to 60 percent taken from Figure 2 can be seen at the top of each graph. As can be noted, the incremental-cycle efficiency for intercooling (40 CPR and 60 CPR) for both the 100°F (37.8°C) and the 150°F (65.6°C) HPC inlets peak out below the combined-cycle efficiency being considered, of 55 percent efficiency, (Points A and B) which indicates that intercooling can only degrade combined-cycle efficiency realtive to the amount of incremental-compression power saved.

It can be noted that the incremental-cycle efficiency plunges to zero at the critical-low-intercooling pressures because of the assumbed pressure loss of 3 percent and the inlet temperature to the HPC exceeding the normal compression temperature. See Points C and D for Figures 5 and 6.




Fig. 4 Incremental-cycle efficiency versus the natural log of intercooler-pressure ratio for 40 and 60 pressure ratios C = 5/9(F - 32)

The most important consideration is at what intercooling pressure the incremental-cycle efficiency peaks; that is Points A and B of each of Figure 5 and 6. The maximum efficiency, as can be observed, occurs at rather low return pressure, $P_3$, to the HPC and is about 1.8 for 100°F(37.8°C) and 40 CPR and about 2.0 for 100°F (37.8°C)




Fig. 5 Incremental cycle efficiency versus the natural log of intercooler-pressure ratio for a 40 cycle-pressure ratio with 3 percent intercooler loss and two different intercooler exit temperatures C = 5/9(F - 32)

and 60 CPR. The curves remain rather flat and then fall off at a more constant rate as the intercooler pressure increases to 2.5 and 3 respectively.

A further observation made is that the intercooling incremental-cycle efficiency lines for both 100°F (37.8°C) and 150°F (65.6°C) for the 3 percent pressure loss never cross the theoretical top line representing 59°F (15°C) HPC inlet and zero pressure drop. It can be concluded that minimum pressure loss and minimum HPC return temperature should be sought to yield maximum incremental efficiency.

INCREMENTAL WORK DEVELOPED

There is another factor that must be considered to obtain the overall combined-cycle degradation. This factor is the amount of incremental compression work saved by the intercooling process. Reference is made to Figure 7 which is a plot of incremental work in BTU/lb of airflow versus pressure ratio for both the 40 CPR and 60 CPR cases and for 100°F (37.8°C) HPC inlet and 3 percent pressure loss.

It can be seen that maximum work saved by intercooling occurs at the familiar square root of the total pressure ratio, Points A and B of Figure 7. The incremental specific work, $W_i$, saved can be determined by applying formula (5) following:

$$W_i = \dot{}C_p \left[ (T_5 - T_2) - (T_4 - T_3) \right] x\ .95 \qquad (5)$$

where $C_p$ is the specific heat considered to be .24 BTU/lb - °F (1.005 KJ/Kg -° C) for standard air and where the numerical subscripts refer to Figure 3.




Fig. 6 Incremental cycle efficiency versus the natural log of intercooler-pressure ratio for a 60 cycle pressure ratio with 3 percent intercooler loss and two different intercooler exit temperatures C = 5/9(F - 32)

An intercooler pressure range of 1.8 to 3.2 is shown in the range area where incremental-cycle efficiency remains at a relatively high level. These lower intercooler pressures must be considered for maximum combined-cycle efficiency, but nevertheless at some sacrifice in overall combined-cycle efficiency and, moreover, at less than maximum incremental gas-turbine and combined-cycle output. The ordinate has an additional scale for percent gas-turbine-power increase and another for percent combined-cycle-power increase based on 303.36 BTU/lb (1270.11 KJ/Kg°C) net work for the gas turbine and 121.49 BTU/lb (508.65 KJ/Kg-°C) net work for the steam turbine taken from reference (7).

Intercooling does increase gas-turbine output from about 6 to 14 percent and combined-cycle output by 4 to 10 percent for the range shown in Figure 7.

COMBINED CYCLE EFFICIENCY LOSS

The effect ingercooling has on combined-cycle efieiency can now be determined by applying the known data of a combined cycle as given in reference (7) for




Fig. 7 Incremental compression work saved versus the natural log of pressure ratio C = 5/9(F - 32)

both the 40 CPR and 60 CPR cases for 100°F (37.8°C) HPC inlet tabulated below:

| | BTU/lb | (KJ/Kg) |
|---|---|---|
| Gas Turbine Output | 303.36 | 1270.11 |
| Steam Turbine Output | 121.49 | 508.65 |
| Total Fuel Input (LHV) | 740.03 | 3098.36 |
| Net Cycle Efficiency (LHV) | 57.41% | |

The incremental values for intercooling are added to the above values and then equated to percentages. The results are given in Figure 8 where combined-cycle efficiency loss is plotted against the intercooler-pressure ratio (outlet of the LPC).

The range to be considered is shown to be about 1.8 to 3.1 as shown in Figure 8. The combined cycle degradation can be as great as 4.5 percent at low pressure ratios, but for practical considerations for a more reasonable intercooler-pressure ratio of about 2.5 for 40 CPR the degradation would be about 1.2 percent and about 1.0 percent for the 60 CPR at a pressure ratio of about 3.

These values can now be applied to Figure 2 to arrive at projected overall combined-cycle efficiency. As an example, considering a 50 CPR intercooler pressure of 2.5 and conditions of line B of Figure 2, the net combined cycle efficiency would be as follows: ((57.3 (1 - .008) = 56.8 percent LHV)) with reference to Point X of Figure 8. If the intercooling-pressure ratio is raised to 4, then the combined-cycle efficiency would fall thus: ((57.3(1 - .0250) = 55.9 percent LHV)) with reference to Point Y of Figure 8.

The above examples show how important intercooling-pressure ratio is with regard to combined-cycle efficiency. It should, however, be pointed out that at the 4 intercooler pressure ratio, the combined-cycle output is projected to be increased by about 12 percent for a given airflow in accordance with Figure 7, whereas the increase in output at the lower 2.5 pressure ratio would only be about 8 percent.




Fig. 8 Combined-cycle-efficiency loss versus intercooler pressure ratio C = 5/9(F - 32)




Fig. 9 Gas-generator-combustor temperature rise and compressor-discharge temperature versus intercooler-pressure ratio C = 5/9(F - 32)

COMBUSTOR TEMPERATURE RISE

There is one final additional consideration regarding intercooling which deals with the gas-generator-combustor temperature rise (GGCTR) and the HPC discharge temperature (CDT). Figure 9 is a plot of the GGCTR and the CDT versus the intercooler pressure ratio for both the 40 CPR and the 60 CPR cases.

As the intercooler-pressure ratio rises, the GGCTR also rises as shown, and conversely the CDT falls. More fuel is burned in the gas-generator combustor as the intercooler pressure increases.

The intercooler-pressure-ratio range to be considered for best combined-cycle efficiency is given in Figure 9 and corresponding GGCTRs and CDTs can be compared in regard to changes in combustion-radiation heat, combustor cooling and $NO_x$ control. It is worthy to note that as the GGCTR becomes greater with more fuel being burned, the oxygen content of the gas to the reheat combustor will decrease and the gas will also be vitiated with steam from blade cooling and $NO_x$ control. Therefore, the safe flamability limits and complete combustion could become a problem at some point.



Fig. 10 Intercooled reheat gas turbine

REHEAT GAS TURBINE ARRANGEMENTS

One possible reheat-gas-turbine arrangement employing intercooling and a conventional-axial-flow low-pressure compressor is shown in Figure 10. Here a coaxial shaft drives the gas-generator low-pressure compressor through the cold end as can be seen. The diffuser, reheat combustor and power turbine are shown downstream of the gas generator.

Figure 11 shows an enlarged view of the gas generator. If a conventional gas generator, such as the LM2500/5000, the RB211, or the Allison 570-K is used, the higher pressure becomes a problem. The high pressure casings of the HP compressor, combustor and turbine are not designed for the added pressure. One way to compensate for the added pressure would be to place the high-pressure casings in a "pressure can" with proper expansion joints to form a pressure cacoon around the turbine casings. Cooling steam and/or compressor-bleed air can pressurize the "pressure can" and also cool the turbine casings as required to maintain proper metal temperatures and blade-tip clearances. Note that expansion joints incorporate bellow-type joints. Step-down pressure of the steam to air is applied.




Fig. 11 Enlarged conceptual cut-a-way view of the gas generator and its pressure container

The gas-generator-nozzle areas and blading shapes and size would also have to be altered slightly to accomodate the new flow conditions. An enlarged view of the diffuser, reheat combustor and power turbine is shown in Figure 12.




Fig. 12 Enlarged conceptual cut-a-way view of the diffuser, reheat combustor and power turbine

An alternate reheat-gas-turbine arrangement incorporating a low-pressure compressor as part of a twin or three-spool gas generator is shown in cross-section in Figure 13. The "core" can have a ratio of 18 to 23 and the low-pressure compressor a ratio of perhaps 2.2 to 2.8 for a 50 CPR. An outer "pressure can" can again be applied as suggested for Figure 11 to withstand the 50 CPR. Note the piston-ring slip joints and seal of this arrangement in Fig. 13 and the step-down pressures.

There is one interesting and important point to consider with the intercooling. The low-pressure compressor would have a higher mass-flow rate than what normally would be considered for the gas generator due to the gas-generator "core" inlet-density change brought about by the higher pressure at the corresponding temperature. The familiar gas formula following can be applied for making corrections:

$$PV = WRT \qquad (6)$$

This formula indicates that the mass flow, W, is inversely proportional to the absolute temperature, T, and




Fig. 13 Intercooled gas generator with coaxial drive showing increase in LP compressor radius and HP pressure retaining cylinder

directly proportional to the absolute pressure, P, when considering a constant volume, V. Therefore, the low pressure compressor with a 2.5 ratio would have a mass flow rate of some 2.25 times that of the normal "core" with a 59°F (15°C) atmospheric inlet allowing for a 3 percent pressure drop and a 100°F (37.8°C) inlet - an example being the LM2500. In the case of the front fan of a fan jet being converted to a compressor such as the LM5000 and with a 2.5 LPC ratio, then the inlet-mass flow (and core flow) to an oversized LPC would be about 1.59 times greater to compensate for the compressed air being cooled from about 236°F (113°C) to 100°F (37.8°C) compared with a normal HPC inlet of 151.7°F (66.5°C) for a 1.667 LPC ratio. The pitch-line radius, r, of the LPC compressor blading would increase by about 1.26 times considering no change in rotational speed. See $r_1$ and $r_2$.

The mass-flow increase is significant because the high-technology "core" would be part of a new gas-turbine system developing some 1.59 times more power due to mass-flow increase alone. On top of this power increase would be compression-work savings, given in Figure 7, of about 12 percent.

Figure 13 shows how the oversize LPC is discharged through an axial/radial diffuser. The larger diameter of the LPC will allow space for the diffuser and then for a reverse-flow return of the cooled air to the HPC. Twin diffusers, intercoolers and ducting could be used - one set on each side of the gas generator - to afford higher diffusion efficiency of the compressed air and better inlet-air distribution back to the HPC.

## CONCLUSIONS

The following conclusions are drawn from this study based on the assumptions made and the data presented:

1. For minimizing RHGT/CC efficiency degradation, the intercooler-pressure ratio should be no less than 1.5 or greater than 3.0 - the preferred ratio being between 2 and 2.8.
2. The percent change in combined-cycle efficiency is projected to range from about .7 to 1.5 percent respectively for the 2 and 2.8 ratios of conclusion no. 1.
3. When the intercooler-pressure ratio exceeds about 3.0 the combined-cycle efficiency is increasingly degraded, and at a 4 pressure ratio this degradation is projected to be about 2.5 percent for a 50 CPR RHGT.
4. The RHGT output will increase from about 7 percent for the 2.0 ratio to about 13 percent for the 2.8 ratio and the overall combined-cycle output will increase from about 5 percent to 9 percent respectively.
5. The gas-generator combustor-temperature rise will increase as the intercooler-pressure ratio increases which will require increasingly more fuel to be burned. More oxygen will be consumed thereby leaving less for the reheat combustor. Conversely, the discharge temperature will decrease.
6. The mass flow of the gas-generator "core" will increase according to the change in inlet density to the HPC and the power output with respect to the "core" will increase appreciably. The cost per unit output for the "core" high-temperature-turbine technology will be substantially reduced.
7. The front compressor of a converted-fan engine will be appreciably larger in pitchline diameter which will allow sufficient space for efficient exit and re-entrance of the air to and from the intercooler.
8. A pressurizing "can" may be placed around the gas-generator high-pressure casings to neutralize the extra internal pressure.
9. Intercooling adds mechanical complexity and increases cost, but the combined-cycle output is also increased to off-set the added cost.
10. No attempt is made in this study to evaluate cost and output with respect to plant additional-fuel consumption.

## ACKNOWLEDGEMENTS

Many hours of loving time and effort have been expended by my dear wife, Carolyn Keyes Rice, in assisting me with my continuing study work on the reheat-gas turbine and in recording my findings on mats for ASME papers, all for which I am most grateful. Up and beyond this physical effort, she has given me spiritual encouragement and motivation to continue. These type of technical papers require special attention for editing and accuracy and the graphs must be properly prepared. To her, for all these efforts, I express great appreciation.

## REFERENCES

(1) Mori, A. et al, "Preliminary Study on Reheat Combustor for Advanced Gas Turbine", ASME Paper No. 81-GT-29

(2) Rice, I.G., "The Combined Reheat-Gas Turbine/Steam Turbine Cycle", Part I - "A Critical Analysis of the Combined Reheat Gas Turbine/Steam Turbine Cycle", ASME Paper No. 79-GT-7, ASME Journal of Engineering For Power, Jan., 1980

(3) Rice, I.G., "The Combined Reheat-Gas Turbine/Steam Turbine Cycle", Part II - "The LM 5000 Gas Generator Applied to the Combined Reheat Gas Turbine/Steam Turbine Cycle, ASME Paper No. 79-GT-8, ASME Journal of Engineering for Power, Jan., 1980

(4) Rice, I.G., "Steam-Cooled Blading in a Combined-Reheat-Gas-Turbine/Reheat-Steam-Turbine Cycle", Part I - "Performance Evaluation", ASME Paper No. 79-JPGC-GT-2

(5) Rice, I.G., "Steam-Cooled Blading in a Combined-Reheat-Gas-Turbine/Reheat-Steam Turbine Cycle", Part II - "Design Considerations", ASME Paper No. 79-JPGC-GT-3

(6) Rice, I.G., "The Reheat-Gas Turbine With Steam-Blade Cooling - A Means of Increasing Reheat Pressure, Output and Combined-Cycle Efficiency", ASME Paper No. 81-GT-30 ASME Journal of Engineering for Power, Jan., 1982

(7) Rice, I.G. and Jenkins, P.E., "Comparison of the HTTT Reheat-Gas-Turbine Combined Cycle", ASME Paper No. 81-GT-69, ASME Journal of Engineering for Power, Jan., 1982

(8) Rice, I.G., "The Reheat-Power Turbine With Steam-Blade Cooling - A Means of Increasing Reheat Temperature, Exhaust Temperature and Combined-Cycle Efficiency", ASME Paper No. 82-GT-134

(9) Rice, I.G., "Steam-Cooled Gas-Turbine Casings, Struts, and Discs in a Reheat-Gas-Turbine Combined Cycle", Part I - "Compressor and Combustor", ASME Paper 83-GT-85 ASME Journal of Engineering for Power, Oct., 1983

(10) Gardner, W.B., et al, "Interim Review of the Energy Efficient Engine ($E^3$) Program", ASME Paper No. 82-GT-271

(11) Bucy, R.W., "Progress in the Development of Energy Efficient Engine Components", ASME Paper No. 82-GT-275

(12) Tanabe, K., and Orkugawa, R., "Evaluation of Improved Cycles for Marine Application of An Aircraft Derivative Gas Turbine", ASME Paper No. 76-GT-114

(13) Keenan, J.H; Kaye, J.; and Chao, J.; Gas Tables, John Wiley & Sons, Inc., 1980