# EXHIBIT F

SESSION 12 (continued)

**PANELISTS**

R. ROSATI, Pratt & Whitney Aircraft, East Hartford, CT
Mr. Rosati will discuss the V2500 Commercial Engine Program under collaborative development by US, UK, European and Japanese firms.
G. M. LEWIS, Rolls Royce Ltd., Bristol, UK
Mr. Lewis will discuss current and future Rolls Royce collaborative programs.
J. C. MALROUX, Commercial Motors, Snecma, Paris, FRANCE
B. GORDON, General Electric Co., Cincinnati, OH
B. HOPE, General Electric Co., Cincinnati, OH

Messr. Malroux, Gordon and Hope will discuss the international aspects of the CFM engine program

Mr. Finch will discuss the issue of international technology transfer in collaborative programs.

**SESSION 13**

**Monday, 2:00 PM** **Room A**

**CERAMIC MATERIALS AND COMPONENTS, THEIR STATUS AND AVAILABILITY—I**

**Sponsored by: Ceramics Committee**

**Chairman:** B. PROBST, NASA Lewis Research Center, Cleveland, OH

**Vice Chairman:** G. HELMS, Allison Gas Turbine, Indianapolis, IN

**GTE Sintered Silicon Nitride**
C. L. QUACKENBUSH and J. T. SMITH, GTE Laboratories Inc., Waltham, MA
**(ASME Paper No. 84-GT-228)**

**High Performance Ceramics for Heat Engine Applications**
M. L. TORTI, J. G. HANNOOSH, S. D. HARTLINE and D. B. ARVIDSON, Norton Company, Worcester, MA
**(ASME Paper No. 84-GT-92)**

**Processing of Sintered Alpha SiC**
R. S. STORM, Carborundum Co., Niagara Falls, NY
**(ASME Paper No. 84-GT-127)**

**SESSION 14**

**Monday, 2:00 PM** **Room III**

**EUROPEAN CCGT ACTIVITIES**

**Sponsored by: Closed Cycles Committee**

**Chairman:** P. ZENKER, Energieversorqung Oberhausen AG, Oberhausen, REPUBLIC OF GERMANY

**Vice Chairman:** W. H. LEE, Stevens Institute of Technology, Hoboken, NJ

**Design and Part-Load Behavior of a Solar Receiver for a Gas Turbine with a Parabolic Disk Collector**
K. BAMMERT and P. SEIFERT, University of Hannover, Hannover, FEDERAL REPUBLIC OF GERMANY
**(ASME Paper No. 84-GT-254)**

(continued)



SESSION 14 (continued)

**Gas Turbine Exhaust Heat Recovery by Hybrid Steam/Ternary Aqueous Immissible Liquid Cycle**
B. M. BURNSIDE, Heriot-Watt University, Edinburgh, SCOTLAND
**(ASME Paper No. 84-GT-252)**

**Cooling and Insulating Problems in a High Temperature Helium Test Facility**
H. HASELBACHER, Brown Boveri & Co. Ltd., Baden, SWITZERLAND,
H. J. SPONHOLZ, Brown, Boveri & Co. Ltd., Mannheim, WEST GERMANY
**(ASME Paper No. 84-GT-253)**

**SESSION 15**

**Monday, 2:00 PM** **Room D**

**COAL FIRED COMBINED CYCLE DESIGN CONSIDERATIONS**

**Sponsored By: Coal Utilization Committee**

**Chairman:** G. B. MANNING, U.S. Department of Energy, Germantown, MD

**Vice Chairman:** R. RAJ, City College of New York, New York, NY

**A Comparative Study of the Influence of Different Means of Cooling on the Performance of a Combined (Gas and Steam Turbines) Cycle**
C. S. WU and J. LOUIS, Massachusetts Institute of Technology, Cambridge, MA
**(ASME Paper No. 84-GT-177)**

**Performance Comparison Between Transpiration Air Cooled 3000°F Stator Vanes and Solid Uncooled Vanes**
G. B. MANNING, U.S. Department of Energy, Germantown, MD and S. MOSKOWITZ, Curtiss Wright Corp., Wood-Ridge, NJ
**(ASME Paper No. 84-GT-121)**

**Gas Turbines for Coal Fired Turbocharged PFBC Boiler Power Plants**
R. WENGLARZ, Westinghouse R & D Center, Concordville, PA, S. DRENKER, Electric Power Research Institute, Palo Alto, CA
**(ASME Paper No. 84-GT-209)**

**SESSION 16**

**Monday, 2:00 PM** **Middenzaal**

**FLUID MECHANICS AND MODELING**

**Sponsored by: Combustion and Fuels Committee**

**Chairman:** R. E. JONES, NASA Lewis Research Center, Cleveland, OH

**Vice Chairman:** A. J. KILN, N. V. Nederlandse, Gasunie, Groningen, THE NETHERLANDS

**Shear Layer Mixing for Low Emission Gas Turbine Primary Zones**
G. E. ANDREWS, N. AL DABBAGH and R. MANORHARAN, University of Leeds, Leeds, UK
**(ASME Paper No. 84-GT-13)**

**Three-Dimensional Modeling of Reacting Flows in Horseshoe Vortex**
A. TURAN, N. G. RUGGIERI, and G. E. SMITH, Northern Research and Engineering Corp., Woburn, MA, B. C. FORBES, Avco Lycoming Division, Stratford, CT
**(ASME Paper No. 84-GT-170)**

(continued)

SESSION 16 (continued)

**Optical Measurements of Soot Size and Number Density in a Spray-Atomized, Swirl-Stabilized Combustor**
G. S. SAMUELSON and C. P. WOOD, University of California, Irvine, CA

(ASME Paper No. 84-GT-153)

**The Effect of Electrostatic Spray Modification on Combustion in Gas Turbines**
J. A. MILLER, O. BIBLARZ, A. ZAJDMAN, W. MANNING and J. A. MAVROUDIS, Naval Postgraduate School, Monterey CA
(ASME Paper No. 84-GT-102)

SESSION 17
Monday, 2:00 PM — Room C
MONITORING & DYNAMIC MODELING
Sponsored by: Controls & Diagnostics Committee

Chairman: R. W. KISCADEN, Westinghouse Electric Corp., Concordville, PA

Vice Chairman: J. EDERVEEN, Woodward Governor Co., Fort Collins, CO

**A Modern Conditioning Monitoring and Gas Turbine Control System**
D. H. GEER, D. JOHNSON and J. A. PILCHER, General Electric Co., Schenectady, NY

(ASME Paper No. 84-GT-220)

**Development of a Case Vibration Measurement System for the DC-990 Gas Turbine**
H. A. KIDD, Dresser Industries, Olean, NY
(ASME Paper No. 84-GT-143)

**Roller Bearing Monitoring Using High Gain Eddy Current Transducers**
R. G. HARKER and J. S. HANSEN, Bentley Nevada Corp., Minden, NV
(ASME Paper No. 84-GT-25)

**Design of Non-Interacting Multivariable Feedback Control Systems Without Decoupling Filters**
D. A. BAKER and C. J. MADAY, North Carolina State University, Raleigh, NC

(ASME Paper No. 84-GT-157)

**Turbotest—A Computer Program for Rig Test Analysis of Arbitrary Gas Turbine Engines**
J. R. PALMER, Cranfield Institute of Technology, Cranfield, Bedford, UK, and Y-G. GU, Nanhua Powerplant Research Institute, Hunan, PEOPLE'S REPUBLIC OF CHINA
(ASME Paper No. 84-GT-33)

SESSION 18
Monday, 2:00 PM — Parkzaal
GAS TURBINE CO-GENERATION
Sponsored by: Electric Utilities Committee

Chairman: A. J. AULD, JR., Springfield, PA

Vice Chairman: J. A. ROBERTS, Rolls Royce, Ltd., Coventry, UK

(continued)



SESSION 18 (continued)

**Integration of the Brayton & Rankine Cycle to Maximize Gas Turbine Performance—A Co-Generation Option**
J. R. STROTHER and R. L. MESSERLIE, Allison Gas Turbine Operations, Indianapolis, IN
(ASME Paper No. 84-GT-52)

**Co-Generation Plant in the Powerworks of The Hague (The Netherlands)**
A. S. deCLERCQ, Gemeentelijk Energiebedrijf, The Hague, THE NETHERLANDS

(ASME Paper No. 84-GT-162)

**Simpson Paper Co.: First 35 MW IM 5000 in Co-Generation Plant**
D. J. MOELLER, Simpson Paper Co., Anderson, CA, and D. A. KOLP, Energy Services, Inc., Farmington, CT
(ASME Paper No. 84-GT-55)

**Factors Affecting the Economics of Small Free-Standing Co-Generation Systems**
M. A. EL-MASRI and B. B. FLINT, Massachusetts Institute of Technology, Cambridge, MA
(ASME Paper No. 84-GT-171)

**A Method of Performance Evaluation and Equipment Selection for Combined Cycles Used in Co-Generation**
J. O. STEPHANS, Niagara-On-The-Lake, Ontario, CANADA, and D. A. LITTLE, Liburdi Engineering, Ltd., Burlington, Ontario, CANADA
(ASME Paper No. 84-GT-21)

SESSION 19
Monday, 2:00 PM — Room VI
CORROSION IN GAS TURBINE ENGINES
OPEN FORUM
Sponsored By: Manufacturing Materials & Metallurgy Committee

Chairman: J. D. ALEXANDER, Rolls Royce Limited, Derby, UK

Vice Chairman: L. T. SHIEMBOB, Pratt & Whitney Aircraft Group, E. Hartford, CT

**Corrosion and Corrosion Control in Gas Turbines—Part I The Compressor Section**
H. J. KOLKMAN and A. J. A. MOM, National Aerospace Laboratory, NLR, Amsterdam, THE NETHERLANDS
(ASME Paper No. 84-GT-255)

**Corrosion and Corrosion Control in Gas Turbines—Part II The Turbine Section**
A. J. A. MOM and H. J. KOLKMAN, National Aerospace Laboratory, NLR, Amsterdam, THE NETHERLANDS
(ASME Paper No. 84-GT-256)

**Experience with ID 939 as a Hot Corrosion Resistant Turbine Vane Material**
K. SCHNEIDER, R. BAUER, H. W. GRÜNLING and M. STAUBLI, BBC, Mannheim, WEST GERMANY
(ASME Paper No. 84-GT-297)

**SESSION 20**

**Monday 2:00 PM** **Room IV**

**ROTOR DYNAMICS 2**

**Sponsored By: Structures & Dynamics Committee**

**Chairman:** M. BOTMAN, Pratt & Whitney Canada, Longueuil, CANADA

**Vice Chairman:** J. TONNESON, Technical University of Denmark, Lyngby, DENMARK

**Experimental Measurement of Alford's Force in Axial Flow Turbomachinery**
J. M. VANCE, Texas A&M University, College Station, TX and F. J. LAUDADIO, Motorola, Inc., Ft. Lauderdale, FL
**(ASME Paper No. 84-GT-140)**

**Analysis for Leakage and Rotordynamic Coefficients of Surface Roughened Tapered Annular Gas Seals**
C. C. NELSON, Texas A&M University, College Station, TX
**(ASME Paper No. 84-GT-32)**

**Prediction of Stiffness and Damping Coefficients for Centrifugal Compressor Labyrinth Seals**
H. R. WYSSMANN, T. C. PHAM and R. J. JENNY, Sulzer-Escher WYSS Ltd., Zurich, SWITZERLAND
**(ASME Paper No. 84-GT-86)**

**Vibration Characteristics of the High Pressure Oxygen Turbopump of the Space Shuttle Main Engine**
D. W. CHILDS and D. S. MOYER, Texas A&M University, College Station, TX
**(ASME Paper No. 84-GT-31)**

**SESSION 21**

**Monday 2:00 PM** **Room B**

**SUBSYNCHRONOUS VIBRATION PROBLEMS OF HIGH PRESSURE CENTRIFUGAL COMPRESSORS**

**PANEL**

**Sponsored by: Technology Resources Committee**

**Chairman:** E. BENVENUTI, Nuovo Pignone S.P.A., Firenze, ITALY

**Vice Chairman:** J. O. WIGGINS, Caterpillar Tractor Co., Mossville, IL

**PANELISTS**

D. W. CHILDS, Texas A and M University, College Station, TX

H. A. NOE, Mannesmann Demag AG, Duisburg, FEDERAL REPUBLIC OF GERMANY

G. E. PROVENZALE, Exxon Research and Engineering Company, Florham Park, NJ

D. S. T. RAUBINHEIMER, Shell International Petroleum Company, The Hague, THE NETHERLANDS

D. C. SHEMELD, Dresser Clark Industries Inc., Olean, NY

V. K. SOOD, Elliott Company, Jeannette, PA

A. TESEI, Nuovo Pignone S.P.A., Firenze, ITALY

H. WYSSMANN, Sulzer Escherwyss, Zurich, SWITZERLAND



**SESSION 22**

**Monday, 2:00 PM** **Glazenzaal**

**VISCOUS FLOW EFFECTS IN TURBOMACHINERY**

**Sponsored by: Turbomachinery Committee**

**Chairman:** L. S. LANGSTON, University of Connecticut, Storrs, CT

**Vice Chairman:** L. A. TOVINELLI, NASA Lewis Research Center, Cleveland, OH

***A Horseshoe Vortex in a Duct**
J. MOORE and T. J. FORLINI, Virginia Polytechnic Institute and State University, Blacksburg, VA
**(ASME Paper No. 84-GT-202)**

***Calculation of Horseshoe Vortex Flow Without Numerical Mixing**
J. G. MOORE and J. MOORE, Virginia Polytechnic Institute and State University, Blacksburg, VA
**(ASME Paper No. 84-GT-241)**

***Boundary Layer Transition and Separation Near the Leading Edge of a High Speed Turbine Blade**
H. P. HODSON, Whittle Laboratory, Cambridge University, Cambridge, UK
**(ASME Paper No. 84-GT-179)**

**The Behavior of the Normal Fluctuation Terms in the Case of Attached or Detached Turbulent Boundary Layers**
G. GEROLYMOS, Y. N. KALLAS and K. D. PAPALIOU, Athens National Technical University, Athens, GREECE
**(ASME Paper No. 84-GT-263)**

**An Investigation of the Transverse Velocity Profile in the Case of Internal Viscous Aerodynamic Problems**
P. KOTIDIS, P. CHAVIAROPOULOS and K. D. PAPAILIOU, Athens National Technical University, Athens, GREECE
**(ASME Paper No. 84-GT-218)**

***Poster presentation, see pages 12 and 64 for details.**

**SESSION 23**

**Monday, 2:00 PM** **Room V**

**TURBOMACHINE FLOW COMPUTATION CODE ASSESSMENT**

**Sponsored by: Turbomachinery Committee**

**Chairman:** N. L. SANGER, NASA-Lewis Research Center, Cleveland, OH

**Vice Chairman:** S. BOUDIGUES, ONERA, Chatillon, FRANCE

***Assessment of 3-D Inviscid Codes and Loss Calculations for Turbine Aerodynamic Computations**
L. A. POVINELLI, NASA-Lewis Research Center, Cleveland, OH
**(ASME Paper No. 84-GT-187)**

**Design and Performance of a Fixed, Nonaccelerating, Guide Vane Cascade That Operates Over an Inlet Flow Angle Range of 60 Degrees**
J. M. SANZ, E. R. McFARLAND, N. L. SANGER, T. F. GELDER and R. H. CAVICCHI, NASA-Lewis Research Center, Cleveland, OH
**(ASME Paper No. 84-GT-75)**

**A Quasi-Three Dimensional Turbomachinery Blade Design System—Part I: Through-Flow Analysis**
I. K. JENNIONS and P. STOW, Rolls Royce Ltd., Derby, UK
**(ASME Paper No. 84-GT-26)**

(continued)

SESSION 23 (continued)

***A Quasi-Three Dimensional Turbomachinery Blade Design System—Part II: Computerised System**
I. K. JENNIONS and P. STOW, Rolls Royce Ltd., Derby, UK
**(ASME Paper No. 84-GT-27)**

***Investigation of the 3-D Flow Field Within a Transonic Fan Rotor: Experiment and Analysis**
M. J. PIERZGA, U.S. Army Propulsion Laboratory, Cleveland, OH, and J. R. WOOD, NASA-Lewis Research Center, Cleveland, OH
**(ASME Paper No. 84-GT-200)**

*Poster presentation, see pages 12 and 64 for details.

## SESSION 24

Tuesday, 9:00 AM — Room B

**DERIVATIVE ENGINES AND DURABILITY-TWO CURRENT TRENDS IN ENGINE DEVELOPMENT—2**

Sponsored by: Aircraft Committee

**Chairman:** D. A. GISSENDANNER, OUSDRE/TWP, Washington, DC

**Vice Chairman:** H. H. WODDEMA, Stork Services, Hengelo, THE NETHERLANDS

**The PW 1120—A High Performance, Low Risk F100 Derivative**
M. A. ZIPKIN, Pratt & Whitney Aircraft Group, West Palm Beach, FL
**(ASME Paper No. 84-GT-230)**

**Development of the USAF F110 Fighter Engine**
M. S. COALSON, Aeronautical Systems Division, (ASD/YZYF), Wright-Patterson AFB, OH
**(ASME Paper No. 84-GT-132)**

**Designing for Durability in Fighter Engines**
B. L. KOFF, Pratt & Whitney Aircraft, West Palm Beach, FL
**(ASME Paper No. 84-GT-164)**

## SESSION 25

Tuesday, 9:00 AM — Room A

**CERAMIC MATERIALS AND COMPONENTS, THEIR STATUS AND AVAILABILITY—2**

Sponsored by: Ceramics Committee

**Chairman:** A. McLEAN, Ford Motor Company, Dearborn, MI

**Vice Chairman:** M. BOHMER, DFVLR-Institute for Materials Research, Cologne, FEDERAL REPUBLIC OF GERMANY

**Highly Compact Ceramic Recuperator for Engine Applications**
R. N. KLEINER, L. R. STRASBAUGH and L. E. COUBROUGH, Coors Porcelain Company, Golden, CO
**(ASME Paper No. 84-GT-50)**

**Ceramic Engine Components Under Commercial Production**
Y. HAMANO and M. YAMAMOTO, Kyocera Corp., Kagoshima, JAPAN
**(ASME Paper No. 84-GT-165)**

**Engineering Ceramics for Industrial Applications; Wear-, Heat-, and Automotive Technology**
A. KRAUTH and K. BERROTH, Rosenthal Technik AG, SELB, FEDERAL REPUBLIC OF GERMANY
**(ASME Paper No. 84-GT-260)**



## SESSION 26

Tuesday, 9:00 AM — Room D

**COAL FIRED GAS TURBINE**

Sponsored By: Coal Utilization Committee

**Chairman:** F. W. CROUSE, JR., U.S. Department of Energy, Morgantown, WV

**Vice Chairman:** R. W. FOSTER-PEGG, Westinghouse Electric Corp., Concordville, PA

**Gas Turbine Systems Designed for Coal Water Slurries**
A. J. GIRAMONTI and F. L. ROBSON, United Technologies Research Center, East Hartford, CT
**(ASME Paper No. 84-GT-279)**

**Combustion Research Related to Utilization of Coal As a Gas Turbine Fuel**
D. M. DAVIS-WALTERMIRE and R. J. ANDERSON, U.S. Department of Energy, Morgantown, WV
**(ASME Paper No. 84-GT-285)**

**Coal Fueled Gas Turbine Program**
J. S. HALOW and F. W. CROUSE, U.S. Department of Energy, Morgantown, WV
**(ASME Paper No. 84-GT-296)**

## SESSION 27

Tuesday, 9:00 AM — Middenzaal

**FUEL EFFECTS ON GAS TURBINE PERFORMANCE PANEL**

Sponsored by: Combustion and Fuels Committee

**Chairman:** A. B. WASSELL, Rolls-Royce Limited, Derby, UK

**Co-Chairman:** S. MOSIER, Pratt & Whitney Aircraft, West Palm Beach, FL

**INVITED PAPER**

**Fuel Effects on Gas Turbine Combustion—Ignition, Stability, and Combustion Efficiency**
A. H. LEFEBVRE, Purdue University, West Lafayete IN
**(ASME Paper No. 84-GT-87)**

PANELISTS:

A. H. LEFEBVRE, Purdue University, West Lafayette, IN
C. A. MOSES, Southwest Research Institute, San Antonio, TX
A. M. MELLOR, Drexel University, Philadelphia, PA
D. W. BAHR, General Electric Co., Cincinnati, OH

SESSION 28

Tuesday, 9:00 AM — Parkzaal

**ADVANCED GAS TURBINE DESIGN CONSIDERATIONS**

Sponsored by: Electric Utilities Committee

**Chairman:** L. J. FUSEGNI, Stone & Webster, Boston, MA

**Vice Chairman:** L. F. SHAW, USAED Middle East, New York, NY

**The Integrated Gas/Steam Nozzle with Steam Cooling Part I—Application**
I. G. RICE, Spring, TX
**(ASME Paper No. 84-GT-134)**

**The Integrated Gas/Steam Nozzle with Steam Cooling, Part II—Design Considerations**
I. G. RICE, Spring, TX
**(ASME Paper No. 84-GT-135)**

**Combined Cycle System with Novel Bottoming Cycle**
A. I. KALINA, Exergy, Inc., Houston, TX
**(ASME Paper No. 84-GT-173)**

**Turbomachinery Engineering and Optimization for 25MW & 50 MW Compressed Air Energy Storage System**
R. SCHAINKER, Electric Power Research Institute, Palo Alto, CA, M. NAKHAMKIN, J. R. STANGE and L. F. GIANNUZZI, Gibbs & Hill, Inc., New York, NY
**(ASME Paper No. 84-GT-17)**

SESSION 29

Tuesday, 9:00 AM — Room III

**FUNDAMENTAL STUDIES IN FLUID AND HEAT TRANSFER SYSTEMS**

Sponsored By: Heat Transfer Committee

**Chairman:** R. E. MAYLE, Rensselaer Polytechnic, Troy, NY

**Vice Chairman:** M. G. DUNN, Calspan Corp., Buffalo, NY

**Pressure Loss Through Sharp 180° Turns in Smooth Rectangular Channels**
D. E. METZGER, C. W. PLEVICH and C. S. FAN, Arizona State University, Tempe, AZ
**(ASME Paper No. 84-GT-154)**

**The MIT Blowdown Turbine Facility**
A. H. EPSTEIN and G. R. GUENETTE, Massachusetts Institute of Technology, Cambridge, MA and R. J. G. NORTON, Rolls-Royce Inc., Atlanta, GA
**(ASME Paper No. 84-GT-116)**

**Effect of Non-Uniform Geometries on Flow Distributions and Heat Transfer Characteristics for Arrays of Impinging Jets**
L. W. FLORSCHUETZ and N. H. TSENG, Arizona State University, Tempe, AZ
**(ASME Paper No. 84-GT-156)**

**An Experimental Study of Local and Mean Heat Transfer in a Triangular-Sectioned Duct Rotating in the Orthogonal Mode**
R. J. CLIFFORD, Rolls Royce Ltd., Bristol, UK, W. D. MORRIS and S. P. HARASGAMA, University of Hull, Hull, UK
**(ASME Paper No. 84-GT-142)**

**A Review of NASA Combustor and Turbine Heat Transfer Research**
R. A. RUDEY and R. W. GRAHAM, NASA Lewis Research Center, Cleveland, OH
**(ASME Paper No. GT-84-113)**



SESSION 30

Tuesday, 9:00 AM — Room VI

**PLASMA SPRAYING**

Sponsored by: Manufacturing Materials and Metallurgy Committee

**Chairman:** E. PFENDER, University of Minnesota, Minneapolis, MN

**Vice Chairman:** C. C. BERNDT, NASA Lewis Research Center, Cleveland, OH

**Effect of Pressure on Heat Transfer to a Particle Exposed to a Thermal Plasma**
X. CHEN, Tsinghua University, Beijing, PEOPLES REPUBLIC OF CHINA, and E. PFENDER, University of Minnesota, Minneapolis, MN
**(ASME Paper No. 84-GT-287)**

**Acoustic Emission Evaluation of Plasma-Sprayed Thermal Barrier Coatings**
C. C. BERNDT, NASA-Lewis Research Center, Cleveland, OH
**(ASME Paper No. 84-GT-292)**

**On Properties of Plasma Sprayed Oxide and Metal-Oxide Coatings**
O. KNOTEK, R. ELSING, and N. STROMPEN, Inst. fur Werkstoffkunde der RWTH, Aachen, WEST GERMANY
**(ASME Paper No. 84-GT-289)**

SESSION 31

Tuesday, 9:00 AM — Room C

**TOTAL ENERGY CONCEPTS**

Sponsored By: Process Industries Committee

**Chairman:** A. R. DESAI, Brown & Root, Inc, Houston, TX

**Vice Chairman:** R. L. HAUCK, Hourep, Inc., Houston, TX

**FCCU Power Recovery with Gas Turbine Systems**
A. H. FINK, C. F. Braun & Co., Alhambra, CA
**(ASME Paper No. 84-GT-223)**

**Operating Experience with a 13,000 SHP, Two Stage, Fluid Cat-Cracker Power Recovery Expander**
D. H. LINDEN and W. G. MATHERS, Ingersoll-Rand Co., Phillipsburg, NJ
**(ASME Paper No. 84-GT-206)**

**Load Duration Characteristics and Cogeneration Analysis**
M. P. POLSKY, Fluor Engineers, Chicago, IL
**(ASME Paper No. 84-GT-224)**

**The Britalus Brayton Cycle Engine**
R. DECHER, Combustion Research and Technology, Inc., Seattle, WA
**(ASME Paper No. 84-GT-258)**

**Crude Oil Burning Experience in MS5001P Gas Turbines**
H. von E. DOERING, R. J. RADICE, General Electric Company, Schenectady, NY, M. J. BUNZ, G. N. ZIADY, Saudi Consolidated Electric Co., Damman, SAUDI ARABIA
**(ASME Paper No. 84-GT-293)**

SESSION 43 (continued)

**The Design and Development of a New 7 to 13.5 MW Industrial Two Shaft Gas Turbine CCW182**
G. McQUIGGAN, Westinghouse Canada, Inc., Hamilton, Ontario, CANADA
**(ASME Paper No. 84-GT-295)**

**SESSION 44**
**Tuesday, 2:00 PM** **Room IV**
**COMPONENT VIBRATION I**
**Sponsored by: Structures and Dynamics Committee**

**Chairman:** J. H. GRIFFIN, Carnegie-Mellon University, Pittsburgh, PA

**Vice Chairman:** C. A. FOORD, Rolls-Royce Ltd., Derby, UK

**Aeroelastic Instabilities in Labyrinth Air**
A. V. SRINIVASAN, R. A. ARNOLDI and A. J. DENNIS, United Technologies Research Center, East Hartford, CT
**(ASME Paper No. 84-GT-169)**

**Vibrations of Twisted Cantilevered Plates—Experimental Investigation**
J. C. MacBAIN, Aero-Propulsion Laboratory, Wright-Patterson AFB, OH, R. E. KIELB, NASA Lewis Research Center, Cleveland, OH, and A. W. LEISSA, Ohio State University, Columbus, OH
**(ASME Paper No. 84-GT-96)**

**Aerodynamically Excited Vibrations of a Part Span Shrouded Fan**
A. V. SRINIVASAN and D. G. CUTTS, United Technologies Research Center, East Hartford, CT
**(ASME Paper No. 84-GT-172)**

**Stress Mapping of a Low Pressure Compressor for an Advanced Turbojet Engine**
C. E. MEECE, JR., Pratt and Whitney Aircraft, West Palm Beach, FL, and H. R. BANKHEAD, Aero-Propulsion Laboratory, Wright-Patterson AFB, OH
**(ASME Paper No. 84-GT-99)**

**SESSION 45**
**Tuesday, 2:00 PM** **Glazenzaal**
**AERODYNAMICS OF AXIAL-FLOW COMPRESSORS 2**
**Sponsored by: Turbomachinery Committee**

**Chairman:** T. H. OKIISHI, Iowa State University, Ames, IA

**Vice Chairman:** H. WEYER, DFVLR E.V., Cologne, FEDERAL REPUBLIC OF GERMANY

**Axial Compressor Stator Aerodynamics**
H. D. JOSLYN and R. P. DRING, United Technologies Research Center, East Hartford, CT
**(ASME Paper No. 84-GT-90)**

***Loss Reduction in Axial-Flow Compressors Through Low-Speed Model Testing**
D. C. WISLER, General Electric Company, Cincinnati, OH
**(ASME Paper No. 84-GT-184)**

(continued)



SESSION 45 (continued)

**Inlet Boundary Layer Effects in an Axial Compressor Rotor Part I: Blade-to-Blade Effects**
J. H. WAGNER, R. P. DRING and H. D. JOSLYN, United Technologies Research Center, East Hartford, CT
**(ASME Paper No. 84-GT-84)**

**Inlet Boundary Layer Effects in an Axial Compressor Rotor Part II: Through-Flow Effects**
J. H. WAGNER, R. P. DRING and H. D. JOSLYN, United Technologies Research Center, East Hartford, CT
**(ASME Paper No. 84-GT-85)**

***Poster presentation, see pages 12 and 64 for details.**

**SESSION 46**
**Tuesday 2:00 PM** **Blauwezaal**
**FLUID DYNAMICS OF RADIAL-FLOW TURBOMACHINES I**
**Sponsored By: Turbomachinery Committee**

**Chairman:** C. J. RUSSO, General Electric Co., Lynn, MA

**Vice Chairman:** R. VAN DEN BRAEMBUSSCHE, Von Karman Institute, Rhode St. Genese, BELGIUM

**A Contribution to the Study of the Design of an Industrial Centrifugal Compressor**
K. D. PAPAILOU, National Technical University of Athens, Athens, GREECE, and G. BOIS, Ecole Centrale De Lyon, Ecully, FRANCE
**(ASME Paper No. 84-GT-60)**

**Performance Characteristics of Shrouded and Unshrouded Impeller of a Centrifugal Compressor**
H. HARADA, Ebara Corp., Jujisawa, JAPAN
**(ASME Paper No. 84-GT-46)**

***Flow in the Inducer of a Centrifugal Compressor Measured With a Laser Velocimeter**
H. HAYAMI and Y. SENOO, Kyushu University, Kasugashi, Fukuoka, JAPAN, H. UEKI, Nagasaki University, Nagasaki, JAPAN
**(ASME Paper No. 84-GT-74)**

**Flow in a Centrifugal Fan Impeller at Off-Design Conditions**
T. WRIGHT, Westinghouse Fluid Systems Lab, West Lafayette, IN, K. T. S. TZOU, Westinghouse R & D Center, Pittsburgh, PA, and S. MADHAVAN, Westinghouse Sturtevant Div., Hyde Park, MA
**(ASME Paper No. 84-GT-182)**

**Centrifugal Fan Performance With Inlet Clearance**
T. WRIGHT, Westinghouse Fluid Systems Lab, West Lafayette, IN
**(ASME Paper No. 84-GT-186)**

***Poster presentation, see pages 12 and 64 for details.**

**SESSION 47**
**Tuesday, 2:00 PM** **Room V**
**TURBOMACHINE THREE-DIMENSIONAL EULER FLOW SOLVERS**
**Sponsored by: Turbomachinery Committee**

**Chairman:** R. A. DELANEY, Allison Gas Turbine Operations, General Motors Corporation, Indianapolis, IN

**Vice Chairman:** H. E. GALLUS, Institut fur Strahlantriebe, Aachen, FEDERAL REPUBLIC OF GERMANY

(continued)

SESSION 47 (continued)

**EXTIMA-2, Explicit Time-Marching Method to Calculate Transonic Turbomachinery Cascade Flow**
W. HOFFMAN, DFVLR, Koln, WEST GERMANY
**(ASME Paper No. 84-GT-243)**

**Numerical Flow Analysis of Fully Three-Dimensionally Turbine Cascades**
M. KOYA, Ishikawajima Harima Heavy Industries Co., Ltd., Tokyo, JAPAN, and S. KOTAKE, University of Tokyo, Tokyo, JAPAN
**(ASME Paper No. 84-GT-19)**

**A Three-Dimensional Euler Solver for Turbomachinery Blade Rows**
D. G. HOLMES and S. S. TONG, General Electric Co., Schenectady, NY
**(ASME Paper No. 84-GT-79)**

**Calculation of Three-Dimensional, Steady, Inviscid Flow in a Transonic Axial Turbine Stage**
T. ARTS, Von Karman Institute for Fluid Dynamics, Saint Genese, BELGIUM
**(ASME Paper No. 84-GT-76)**

**SESSION 48**

**Wednesday, 9:00 AM** — **Room B**

**SMALL ENGINE TECHNOLOGY**

**Sponsored by: Aircraft Committee**

**Chairman:** H. L. MORROW, US Army Research & Technology Laboratories, Ft Eustis, VA

**Vice Chairman:** J. A. PIJNAPPETS, R. M. O. Werkspoor Services, B.V., Amsterdam, THE NETHERLANDS

**An Approach to Selecting Gas Turbine Engine Ratings for Fixed Wing Airplanes**
R. K. AGRAWAL, Pratt & Whitney Aircraft of Canada, Quebec, CANADA
**(ASME Paper No. 84-GT-163)**

**The CT7-5A/7/7E Turboprop Engine for Commuter Airline Service**
J. D. STEWART, General Electric Company, Lynn, MA
**(ASME Paper No. 84-GT-257)**

**A New Generation of Allison Model 250 Engines**
J. A. BYRD, Allison Gas Turbine Operations, General Motors Corp., Indianapolis, IN
**(ASME Paper No. 84-GT-197)**

**Development of a State-of-the-Art Jet Aircraft Start Unit for U.S. Navy Use—A Program Overview**
E. W. MIHALEK, Naval Air Engineering Center, Lakehurst, NJ
**(ASME Paper No. 84-GT-264)**

**SESSION 49**

**Wednesday, 9:00 AM** — **Room D**

**ADVANCES IN TURBOMACHINERY UTILIZING COAL**

**Sponsored By: Coal Utilization Committee**

**Chairman:** W. TABAKOFF, University of Cincinnati, Cincinnati, OH

→ **Vice Chairman:** A. B. THAKKER, Rolls Royce Inc., Atlanta, GA

**Trajectories of Ash Particles Through a Coal-Burning Gas Turbine**
B. BEACHER and W. TABAKOFF, University of Cincinnati, Cincinnati, OH
**(ASME Paper No. 84-GT-122)**

(continued)



SESSION 49 (continued)

**Gas Turbine for Pressurizing a Fluidised Bed Combustion System**
G. H. DIBELIUS, B. CROONENBROCK and R. U. PITT, Technical University of Aachen, Aachen, WEST GERMANY
**(ASME Paper No. 84-GT-72)**

**Examination of Coal and Ash Samples by PIXE Method for Gas Turbine Application**
S. RAJ and G. HALL, Rutgers, State University of New Jersey, New Brunswick, NJ, R. RAJ, City College of New York, New York, NY
**(ASME Paper No. 84-GT-213)**

**SESSION 50**

**Wednesday, 9:00 AM** — **Middenzaal**

**INJECTION AND FLAMMABILITY STUDIES**

**Sponsored by: Combustion and Fuels Committee**

**Chairman:** E. J. MULARZ, NASA Lewis Research Center, Cleveland, OH

**Co-Chairman:** A. K. JASUJA, Cranfield Institute of Technology, Cranfield, UK

**Weak Limits of Premixed Gases**
J. ODGERS, D. KRETSCHMER and J. HALPIN, Universite Laval, Quebec, CANADA
**(ASME Paper No. 84-GT-144)**

**Gas and Liquid Injection into an Enclosed Swirling Flow**
G. E. ANDREWS and N. T. AHMAD, University of Leeds, Leeds, UK
**(ASME Paper No. 84-GT-98)**

**The Development of the High Energy Surface Discharge Spark Igniter**
G. N. BURLAND, K. A. GOREHAM and R. J. TAUNT, Smiths Industries Aerospace and Defence Systems Company, London, UK
**(ASME Paper No. 84-GT-51)**

**The Effect of Oxygen Concentration on Ignition of Fuel Spray in Low Pressure Air Flow**
Y. H. ZHAO and N. K. CHEN, Beijing Institute of Aeronautics and Astronautics, Beijing, THE PEOPLE'S REPUBLIC OF CHINA, J. S. CHIN, Jiang-you Aero Engine Research Institute, Beijing, THE PEOPLE'S REPUBLIC OF CHINA
**(ASME Paper No. 84-GT-147)**

**SESSION 51**

**Wednesday, 9:00 AM** — **Parkzaal**

**GAS TURBINE OPERATIONAL EXPERIENCE—I**

**Sponsored by: Electric Utilities Committee**

**Chairman:** A. L. MARTIN, Factory Mutual Research, Norwood, MA

**Vice Chairman:** N. JENNINGS, Rolls Royce, Ltd., Coventry, UK ←

**Seven Years of Putnam Plant Operation**
V. C. TANDON, Westinghouse Electric Corp., Concordville, PA, and D. A. MOSS, Florida Power & Light Co., E. Palatka, FL
**(ASME Paper No. 84-GT-14)**

**Root Cause Analysis of Outages in Combined Cycle Power Plants**
R. L. DUNCAN, Electric Power Research Institute, Palo Alto, CA, and H. W. BROWN, Arinc Research Corp., Annapolis, MD
**(ASME Paper No. 84-GT-12)**

(continued)

SESSION 55 (continued)

**Design of Gas Turbine Exhaust Heat Recovery Boiler Systems**
V. L. ERIKSEN, J. M. FROEMMING and M. R. CARROLL, Deltak Corporation, Minneapolis, MN
**(ASME Paper No. 84-GT-126)**

**Cogeneration and Multiple Heat Recovery at a Plastics Manufacturing Facility**
A. P. VAN OOSTSTROOM, General Electric Plastics B.V., Bergen Op Zoom, THE NETHERLANDS, and J. DAVIDSE, Comprimo B.V., Amsterdam, THE NETHERLANDS
**(ASME Paper No. 84-GT-125)**

**The Integrated Approach to a Gas Turbine Topping Cycle Cogeneration System**
H. M. LEIBOWITZ, Mechanical Technology Inc., Ballston Spa, NY, and E. S. TABB, Gas Research Institute, Chicago, IL
**(ASME Paper No. 84-GT-141)**

**Application of Gas Turbine-Generators for Preheating Combustion Air With Conventional Boilers or Furnaces**
J. DAVIDSE and J. ROUKEMA, Comprimo B.V., Amsterdam, THE NETHERLANDS
**(ASME Paper No. 84-GT-161)**

**SESSION 56**

**Wednesday, 9:00 AM** — **Room IV**

**COMPONENT VIBRATION 2**

**Sponsored by: Structures and Materials Committee**

→ **Chairman:** C. A. FOORD, Rolls-Royce Ltd., Derby, UK

**Vice Chairman:** J. H. GRIFFIN, Carnegie-Mellon University, Pittsburgh, PA

**The Interaction Between Mistuning and Friction in the Forced Response of Bladed Disk Assemblies**
J. H. GRIFFIN, Carnegie-Mellon University, Pittsburgh, PA, and A. SINHA, The Pennsylvannia State University, University Park, PA
**(ASME Paper No. 84-GT-139)**

**The Effect of Thermal Transients on Blade Vibration Damping—A Case Study**
T. NAESS and K. O. TEIEN, Kongsberg Gas Turbines & Power Systems Div., Kongsberg, NORWAY
**(ASME Paper No. 84-GT-110)**

**A Microprocessor Based Laser-Doppler Vibration Probe**
A. D. BROWN and R. A. COOKSON, Cranfield Institute of Technology, Cranfield, Bedford, UNITED KINGDOM
**(ASME Paper No. 84-GT-136)**

**Parametric Study of Turbine Blade Platform Friction Damping Using the Lumped Parameter Analysis**
R. DOMINIC, University of Dayton, Dayton, OH
**(ASME Paper No. 84-GT-109)**



**SESSION 57**

**Wednesday, 9:00 AM** — **Glazenzaal**

**AERODYNAMICS OF AXIAL FLOW COMPRESSORS—3**

**Sponsored by: Tubomachinery Committee**

**Chairman:** G. A. PECHUZAL, Garrett Turbine Engine Company, Phoenix, AZ

**Vice Chairman:** J. PAULON, ONERA, Chatillon, FRANCE

***Investigation of Flow Phenomena in a Transonic Fan Rotor Using Laser Anemometry**
A. J. STRAZISAR, NASA-LEWIS Research Center, Cleveland, OH
**(ASME Paper No. 84-GT-199)**

**Relative Flow Structure at Exit from an Axial Compressor Rotor in Rotating Stall**
R. CHENG, Nanjing Gas Turbine Institute, Nanjing, PEOPLE'S REPUBLIC OF CHINA, H. EKEROL and J. W. RAILLY, University of Birmingham, Birmingham, UK
**(ASME Paper No. 84-GT-240)**

**Mass Flow Limitation of Supersonic Blade Rows Due to Leading Edge Blockage**
H. STARKEN and H. A. SCHREIBER, DFVLR, Institut fur Antriebstechnik, Koln, WEST GERMANY, ZHONG YONGXING, Gas Turbine Establishment, Jiangyou, PEOPLE'S REPUBLIC OF CHINA
**(ASME Paper No. 84-GT-233)**

**Stalled Flow Performance for Axial Compressors—I: Axisymmetric Characteristic**
S. G. KOFF and E. M. GREITZER, Massachussetts Institute of Technology, Cambridge, MA
**(ASME Paper No. 84-GT-93)**

**Stalled Flow Performance for Axial Compressors II: Rotating Stall Characteristic**
S. G. KOFF, Massachussetts Institute of Technology, Cambridge, MA
**(ASME Paper No. 84-GT-120)**

*Poster presentation, see pages 12 and 64 for details.

**SESSION 58**

**Wednesday, 9:00 AM** — **Blauwezaal**

**FLUID DYNAMICS OF RADIAL-FLOW TURBOMACHINES 2**

**Sponsored By: Turbomachinery Committee**

**Chairman:** H. G. WEBER, Cummins Engine Company, Inc., Columbus, IN

**Vice Chairman:** Y. SENOO, Kyusho University, Kasugashi, Fukuoka, JAPAN

**The Influence of Different Geometries for a Vaned Diffuser on the Pressure Distribution in a Centrifugal Compressor**
I. TEIPEL and A. WIEDERMANN, University of Hannover, Hannover, GERMANY
**(ASME Paper No. 84-GT-68)**

**Flow Characteristics in the Volute and Tongue Region of a Centrifugal Pump**
R. B. BROWNWELL and R. D. FLACK, University of Virginia, Charlottesville, VA
**(ASME Paper No. 84-GT-82)**

(continued)

**SESSION 63**

**Wednesday, 2:00 PM** **Parkzaal**

**GAS TURBINE OPERATIONAL EXPERIENCE—2**

**Sponsored by: Electric Utilities Committee**

**Chairman:** H. LUKAS, Encotech, Inc., Schenectady, NY

**Vice Chairman:** A. J. AULD, Springfield, PA

**Design and Testing of a 45 MW Gas Turbine**
F. FARKAS and A. WICKI, BBC Brown, Boveri & Co., Baden, SWITZERLAND
**(ASME Paper No. 84-GT-16)**

**MS 7001 E-Riyadh 7-Sustained Performance**
C. G. PETROFF and E. H. GAULT, General Electric Co., Schenectady, NY
**(ASME Paper No. 84-GT-119)**

**Gas Turbine Operation in the "Real World"**
H. L. ALLEN, Florida Power Corp., St. Petersburg, FL
**(ASME Paper No. 84-GT-1)**

**Special Design Considerations and Operating Experience of Two Gas Turbine Powerplants in Libya**
K. Y. LAU, Westinghouse Canada, Inc., Hamilton, Ontario, CANADA
**(ASME Paper No. 84-GT-56)**

**SESSION 64**

**Wednesday, 2:00 PM** **Room III**

**ANALYTICAL METHODS IN HEAT TRANSFER**

**Sponsored By: Heat Transfer Committee**

**Chairman:** D. E. WISLER, General Electric, Cincinnati, OH

**Vice Chairman:** A. BROWN, The Royal Military College of Science, Swindon, Wilts, UK

**Airfoil Heat Transfer Calculations Using a Low-Reynolds Number Version of a Two-Equation Turbulence Model**
J. H. WANG, Wang Associates, Milford, CT and H. F. JEN and E. O. HARTEL, AVOC Lycoming Division, Stratford, CT
**(ASME Paper No. 84-GT-261)**

**Numerical Simulation of Single, Double and Multiple Row Film Cooling Effectiveness and Heat Transfer**
K. L. MILLER and M. E. CRAWFORD, The University of Texas, Austin, TX
**(ASME Paper No. 84-GT-112)**

**Prediction of the Flow in Rotating Disc Systems Using the k-e Turbulence Model**
J. W. CHEW, Rolls-Royce Limited, Derby, UK
**(ASME Paper No. 84-GT-229)**

**Heat Transfer in Thermal Barrier Coated Rods with Circumferential and Radial Temperature Gradients**
B. T. F. CHUNG, M. M. KERMANI, M. J. BRAUN and J. PADOVAN, University of Akron, Akron, OH and R. HENDRICKS, NASA Lewis Research Center, Cleveland, OH
**(ASME Paper No. 84-GT-181)**

(continued)



**SESSION 64 (continued)**

**The Inverse Design of Internally Cooled Turbine Blades**
S. R. KENNON and G. S. DULIKRAVICH, University of Texas, Austin, TX
**(ASME Paper No. 84-GT-7)**

**SESSION 65**

**Wednesday, 2:00 PM** **Room VI**

**MARINE 2**

**Sponsored by: Marine Committee**

**Chairman:** L. T. DALEY, General Electric Company, Cincinnati, OH

**Vice Chairman:** J. P. K. VLEGHERT, National Aerospace Laboratory (NLR), Amsterdam, THE NETHERLANDS

**Multifuel Gas Turbine Propulsion System for Naval Ships Part 1: Logistic and Operational Rationale**
R. T. G. PRINS, Royal Netherlands Naval College, Den Helder, THE NETHERLANDS
**(ASME Paper No. 84-GT-207)**

**Multifuel Gas Turbine Propulsion for Naval Ships—Gas Turbine Cycles Implementing a Rotating Gasifier**
F. BANDER, Royal Netherlands Naval College, Den Helder, THE NETHERLANDS
**(ASME Paper No. 84-GT-265)**

**Development of Diagnostic Model for Marine Gas Turbines**
P. J. MacGILLIVRAY, National Defense Forces, Ottawa, Ontario, CANADA, B. D. MacISSAC, Gas TOPS, Ltd., Ottawa, Ontario, CANADA, and H. I. H. SARAVANAMUTTOO, Carleton University, Ottawa, Ontario, CANADA
**(ASME Paper No. 84-GT-221)**

**SESSION 66**

**Wednesday, 2:00 PM** **Room A**

**INTEGRATION OF TURBINE MACHINERY ON OFFSHORE FACILITIES PANEL**

**Sponsored By: Pipelines and Applications Committee**

**Chairman:** R. B. SPECTOR, General Electric Co., Cincinnati, OH

**Vice Chairman:** J. LOURENS, N.V. Nederlandse Gasunie, Groningen, THE NETHERLANDS

**PANELISTS**
A. D. SIMNETT, Shell U.K. Exploration & Production, Lowestoft, UK
A. ERICHSEN, Statoil, Stavanger, NORWAY
H. D. MOY, Columbia Gulf Transmission Co., Houston, TX
R. M. EDWARDS, Davy McKee Ltd., London, UK
E. WALLEY, Brown & Root (UK) Ltd., Surrey, UK

SESSION 73

Thursday, 9:00 AM Room D

**COAL FIRED PILOT PLANT OPERATING EXPERIENCE**

**PANEL**

Sponsored By: Coal Utilization Committee

**Chairman:** S. MOSKOWITZ, Curtiss Wright Corp., Wood-Ridge, NJ

**Vice Chairman:** G. WETH, U.S. Department of Energy, Germantown, MD

**PANELISTS**

W. SWIFT, MCB [IEA Grimethorpe] Ltd., Barnsley, South Yorkshire, UK
V. ZAKKAY, New York University, Westbury, NY
J. PETERSEN, Allis-Chalmers, Milwaukee, WI
F. C. SCHORA, Hycrude Corp., Chicago, IL
P. MAINHARDT, Burns & Roe, Inc., Oradell, NJ
M. SCHUETZ, Saarbergwerke AG, Saarbruecken, WEST GERMANY

SESSION 74

Thursday, 9:00 AM Middenzaal

**ADVANCED CONCEPTS**

Sponsored by: Combustion and Fuels Committee

**Chairman:** R. M. PIERCE, Pratt and Whitney, West Palm Beach, FL

**Co-Chairman:** A. J. CIFONE, Naval Air Propulsion Center, Trenton, NJ

**Some Practical Aspects of Staged Premixed, Low Emissions Combustion**
A. SOTHERAN, D. E. PEARCE, D. L. OVERTON, Rolls Royce Limited, Filton, UK
**(ASME Paper No. 84-GT-88)**

**"Full-Load" Operation of a Gas Turbine Combustor With Acoustically Controlled Dilution-Air Mixing**
P. J. VERMEULEN, V. RAMESH and J. ODGERS, The University of Calgary, Calgary, Alberta, CANADA
**(ASME Paper No. 84-GT-106)**

**A Design Approach for a Practical Turbojet Engine Combustor Diffuser System**
T. L. DuBELL, P. L. RUSSELL and R. S. REILLY, Pratt and Whitney Aircraft, West Palm Beach, FL
**(ASME Paper No. 84-GT-104)**

**Update of Full Scale Catalytic Burner Testing for Combustion Turbines**
P. W. PILLSBURY, Westinghouse Electric Corporation, Concordville, PA
**(ASME Paper No. 84-GT-54)**



SESSION 75

Thursday, 9:00 AM Room B

**COMPUTER USAGE IN GAS TURBINE EDUCATION**

**PANEL**

Sponsored by: Education Committee

**Chairman:** M. SAARLAS, U.S. Naval Academy, Annapolis, MD

**Vice Chairman:** J. WITTON, Cranfield Institute of Technology, Cranfield, UK

**Panelists to be announced**

SESSION 76

Thursday, 9:00 AM Parkzaal

**ADVANCED GAS TURBINE TECHNOLOGY—I**

Sponsored by: Electric Utilities Committee

**Chairman:** G. MANNING, U. S. Dept. of Energy, Washington, DC

**Vice Chairman:** P. H. GILSON, Gibbs & Hill, New York, NY

**Evaluation of the Compression-Intercooled Reheat Gas Turbine Combined Cycle**
I. G. RICE, Spring, TX
**(ASME Paper No. 84-GT-128)**

**Design of a Heat Recovery Steam Generator**
D. R. LOGEAIS, Deltak Corp., Minneapolis, MN
**(ASME Paper No. 84-GT-160)**

**The Effect of Water Injection for Emission Control on Industrial Gas Turbine Combustors**
R. J. ANTOS and W. C. EMMERLING, Westinghouse Electric Corp., Concordville, PA
**(ASME Paper No. 84-GT-38)**

**Effect of New Blade Cooling System With Minimized Gas Temperature Dilution on Gas Turbine Performance**
K. KAWAIKE, N. KOBAYASHI AND T. IKEGUCHI, Hitachi, Ltd., Saiwai-Cho, Hitachi-Shi, JAPAN
**(ASME Paper No. 84-GT-89)**

SESSION 77

Thursday, 9:00 AM Room III

**BOUNDARY LAYER AND AIRFOIL HEAT TRANSFER**

Sponsored By: Heat Transfer Committee

**Chairman:** R. E. YORK, Allison Gas Turbine Operations, General Motors Corporation, Indianapolis, IN

**Vice Chairman:** M. E. CRAWFORD, The University of Texas, Austin, TX

**Hot Wire Measurements of Velocity and Temperature Fluctuations in a Heated Turbulent Boundary Layer**
M. F. BLAIR, United Technologies Research Center, East Hartford, CT and J. C. BENNETT, University of Connecticut, Storrs, CT
**(ASME Paper No. 84-GT-234)**

(continued)

SESSION 77 (continued)

**Freestream Turbulence and Pressure Gradient Effects on Heat Transfer and Boundary Layer Development on Highly Cooled Surfaces**
S. L. K. WITTIG and K. RUED, Universitat Karlsruhe, Karlsruhe, W. GERMANY
**(ASME Paper No. 84-GT-180)**

**Boundary Layer Transition Regions on Turbine Blade Suction Surfaces**
G. ROBERTS, Polytechnic of Wales, Treforest, Montypridd, Mid Glamorgan, WALES and A. BROWN, The Royal Military College of Science, Swindon, Wilts, UK
**(ASME Paper No. 84-GT-284)**

**Turbine Heat-Flux Measurements-I. Influence of Slot Injection on Vane Trailing Edge Heat Transfer and, II. Influence of Rotor on Vane Heat Transfer**
M. G. DUNN, Calspan Advanced Technology Center, Buffalo, NY
**(ASME Paper No. 84-GT-175)**

**Cascade Heat Transfer Tests of the Air Cooled W501D First Stage Vane**
E. W. TOBERY and R. H. BUNCE, Westinghouse Electric Corporation, Concordville, PA
**(ASME Paper No. 84-GT-114)**

## SESSION 78

Thursday, 9:00 AM — Room VI

**MARINE 3**

Sponsored by: Marine Committee

**Chairman:** R. J. BRADFORD, National Steel and Shipbuilding Company, San Diego, CA

**Vice Chairman:** J. P. K. VLEGHERT, National Aerospace Laboratory (NLR), Amsterdam, THE NETHERLANDS

**Ten Years of Gas Turbine Propulsion in Ships of the Royal Netherlands Navy**
J. C. F. DE KANTER, R. M. LUTJE-SCHIPHOLT and G. A. K. CROMMELIN, Ministerie van Defensie, s-Gravenhave, THE NETHERLANDS
**(ASME Paper No. 84-GT-266)**

**Combined Diesel and LM2500 Gas Turbine Propulsion Enhances Corvette/Frigate Missions**
P. A. DUPUY, General Electric Company, Cincinnati, OH
**(ASME Paper No. 84-GT-195)**

**Reliability and the Marine Spey**
G. T. HEALY, Rolls Royce, Ltd., Ansty, Coventry, UNITED KINGDOM
**(ASME Paper No. 84-GT-225)**

## SESSION 79

Thursday, 9:00 AM — Room A

**TURBINE INSTALLATIONS**

Sponsored By: Pipeline and Applications Committee

**Chairman:** C. W. MEYER, Pacific Gas Transmission Co., San Francisco, CA

**Vice Chairman:** H. D. MOY, Columbia Gulf Transmission Co., Houston, TX

(continued)



SESSION 79 (continued)

**The Design Manufacture and Operation of a Model Turbine Test Rig**
M. C. GOSLING, Westinghouse Canada Inc., Hamilton, Ontario, CANADA
**(ASME Paper No. 84-GT-130)**

**Design Objectives and Experience with Processor Based Gas Turbine Controls**
H. D. LENZ, Cooper Energy Services, Mount Vernon, OH
**(ASME Paper No. 84-GT-80)**

**LM 2500 Packages for Platform Applications**
J. G. KIERNAN, General Electric Company, Schenectady, NY, and R. B. SPECTOR, General Electric Company, Cincinnati, OH
**(ASME Paper No. 84-GT-94)**

**Operational Mode Monitoring of Gas Turbines in an Offshore Gas Gathering Application**
D. F. TOLER and R. N. YORIO, Ingersoll-Rand Company, Phillipsburg, N.J.
**(ASME Paper No. 84-GT-77)**

## SESSION 80

Thursday, 9:00 AM — Room C

**SPECIAL CYCLES FOR PROCESS INDUSTRIES**

Sponsored by: Process Industries Committee

**Chairman:** T. MATHEWS, Dow Chemical U.S.A., Houston, TX

**Vice Chairman:** B. GROOT, Thomassen International B.V, Rheden, THE NETHERLANDS

**Design and Development of a Process Plant Gas Generator Installation**
G. A. REYNOLDS, Rolls-Royce Ltd., Ansty, Conventry, UK
**(ASME Paper No. 84-GT-131)**

**New Diagram and Equation for Thermodynamic Calculations for Gas Turbines**
B. HERRMANN, Lahmeyer International Gmb H, Frankfurt, GERMANY
**(ASME Paper No. 84-GT-275)**

**Comparative Analysis of Gas Turbine Systems for Pressure Energy Recovery from Blast Furnace Gas**
G. L. GUIZZI, University of Rome, Rome, ITALY
**(ASME Paper No. 84-GT-111)**

**Repowering in Steel Works by Introducing Blast Furnace Gas Firing Gas Turbine**
A. MUYAMA and H. HIURA, Mitsubishi Heavy Industries, Ltd., Takasago, JAPAN, and K. MORIMOTO, Nippon Steel Corporation, Ltd., Kamaishi, JAPAN
**(ASME Paper No. 84-GT-146)**

**SESSION 85**

**Thursday, 2:00 PM** **Middenzaal**

**INDUSTRIAL SYSTEMS**

**Sponsored by: Combustion and Fuels Committee**

**Chairman:** L. B. DAVIS, General Electric Company, Schenectady, NY

**Co-Chairman:** D. W. BAHR, General Electric Co., Cincinnati, OH

**Evolution of $NO_x$ Abatement Techniques Through Combustor Design for Heavy Duty Turbines**
M. B. HILT and J. WASLO, General Electric Company, Schenectady, NY
**(ASME Paper No. 84-GT-48)**

**Development of a Dry Low $NO_x$ Combustor for 120 MW Gas Turbine**
S. MANDAI and K. AOYAMA, Mitsubishi Heavy Industries, Ltd., Takasago, JAPAN
**(ASME Paper No. 84-GT-44)**

**The Development of the RB211-24C Industrial Gas Generator to Operate on Medium BTU Gas**
J. D. WILLIS, Rolls-Royce Ltd., Ansty, Coventry, UK
**(ASME Paper No. 84-GT-20)**

**SESSION 86**

**Thursday, 2:00 PM** **Parkzaal**

**ADVANCED GAS TURBINE TECHNOLOGY—2**

**Sponsored by: Electric Utilities Committee**

**Chairman:** P. H. GILSON, Gibbs & Hill, Inc., New York, NY

**Vice Chairman:** M. D. BANKS, Rolls Royce, Ltd., Ansty, Coventry, UK

**Advanced Cooled First Stage Vane Design**
G. N. LEVARI, Westinghouse Electric Corp., Concordville, PA, A. COHN, EPRI, Palo Alto, CA, and R. E. JEFFRIES, Allison Gas Turbine Div., Indianapolis, IN
**(ASME Paper No. 84-GT-219)**

**Operating Experience with Compressors of Large Heavy-Duty Gas Turbines**
B. BECKER and D. BOHN, Kraftwerk Union, Mulheim, WEST GERMANY
**(ASME Paper No. 84-GT-133)**

**Experience in the Operation of Air Filters in Gas Turbine Installations**
T. ZABA and P. J. LOMBARDI, BBC Brown, Boveri & Co. Ltd., Baden, SWITZERLAND
**(ASME Paper No. 84-GT-39)**



**SESSION 87**

**Thursday, 2:00 PM** **Room VI**

**MARINE 4**

**Sponsored by: Marine Committee**

**Chairman:** D. A. GROGHAN, Naval Sea Systems Command, Washington, DC

**Vice Chairman:** T. J. PAKULA, Seaworthy Engine Systems, Essex, CT

**Test Installation for the SM 1A Marine Spey at RAE (Pyestock)**
J. M. KINGSLAND, Royal Aircraft Establishment, Ministry of Defence, Farnborough, Hants, UK
**(ASME Paper No. 84-GT-248)**

**The Marine Environment and Its Influence on Inlet System Design**
L. V. SHELTON and R. S. CARLETON, Designers and Planners, Inc., Arlington, VA
**(ASME Paper No. 84-GT-137)**

**Effects of Nonuniform Flow Distribution on Marine Gas Turbine Waste-Heat Steam Generators**
H-T. SHU, United Technologies Research Center, East Hartford, CT, S. C. KUO, CEMCON, Lanham, MD, and M. K. ELLINGSWORTH, Office of Naval Research, Arlington, VA
**(ASME Paper No. 84-GT-251)**

**SESSION 88**

**Thursday, 2:00 PM** **Blauwezaal**

**FLUID DYNAMICS OF RADIAL-FLOW TURBOMACHINES 5**

**Sponsored By: Turbomachinery Committee**

**Chairman:** C. RODGERS, Solar Turbines Inc., San Diego, CA

**Vice Chairman:** J. CHAUVIN, University of Marseille, Marseille, FRANCE

**The Design of Two Radial Inflow Turbines**
G. E. SMITH, J. E. HOLLAND and W. JANSEN, Northern Research and Engineering Corp., Woburn, MA
**(ASME Paper No. 84-GT-236)**

**Size Effects in Small Radial Turbines**
T. J. WILLIAMS, Kings College, London, UK and K. H. SCRIMSHAW, Frazer-Nastz, Ltd., Kingston upon Thames, Surrey, UK
**(ASME Paper No. 84-GT-215)**

**Comparison of Different Small Steam Turbines for a Steam Turbocharger**
M. RAUTENBERG and C. MEYER, University of Hannover, Hannover, WEST GERMANY, A. MOBARAK, Cairo University, Cairo, EGYPT, M. ABDEL KADER, Suiss Canal University, EGYPT
**(ASME Paper No. 84-GT-239)**

**Impingement Starting and Power Boosting of Small Gas Turbines**
C. RODGERS, Solar Turbines Inc., San Diego, CA
**(ASME Paper No. 84-GT-188)**