# In the United States Court of Federal Claims

No. 05-187 C
(Filed August 3, 2005)

************************************
IVAN G. RICE, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
************************************

## SCHEDULING ORDER

Upon examination of the pleadings and the Joint Preliminary Status Report, and in view of the parties' agreement with respect to the use of the procedure of ¶s 8-12 of the Chief Judge's Special Procedures Order ("SPO")[1/] pursuant to RCFC 16(b) and ¶ 8 of Appendix A, it is **ORDERED** that the following schedule is established:

(1) Plaintiff's Initial Disclosure of Asserted Claims pursuant to SPO ¶ 8(a) including all information required by SPO ¶ 8(b) and the Accompanying Document Production pursuant to SPO ¶¶ 8(a) and 8(c) are due November 14, 2005.

(2) Defendant's Initial Disclosure of Prior Art pursuant to SPO ¶ 8(d) including all information required by SPO ¶ 8(e) and the Accompanying Document Production pursuant to SPO ¶¶ 8(d) and 8(f) are due November 29, 2005.

(3) Plaintiff's Claim Chart pursuant to and including the information required by SPO ¶ 9(a) is due February 7, 2006.

---

[1/] SPO paragraph 10(c) shall be deemed as modified to incorporate all further expert disclosures required by RCFC 26(a)(2). Disclosure requirements of RCFC 26(a)(2) and SPO 10(c) shall also apply to plaintiff when presenting expert testimony.

(4) Plaintiff's Proposed Claim Construction Statement pursuant to SPO ¶ 11(a) is due February 7, 2006.

(5) Report(s) of Plaintiff's Claim Construction Expert(s) pursuant to SPO ¶ 11(a)(v), further including the information required by RCFC 26(a)(2) and by SPO ¶¶ 10(c) and 11(a)(v), is due February 7, 2006.

(6) Deposition(s) of Plaintiff's Claim Construction Expert(s) pursuant to SPO ¶ 11(a)(v) are to be completed on or before April 10, 2006.

(7) Defendant's Response Chart pursuant to and including the information required by SPO ¶ 9(b) is due April 10, 2006.

(8) Defendant's Response to Plaintiffs Proposed Claim Construction Statement pursuant to SPO ¶ 11(b) is due April 10, 2006.

(9) Report(s) of Defendant's Claim Construction Expert(s) pursuant to SPO ¶ 11(b)(v) and further including the information required by RCFC 26(a)(2) and by SPO ¶¶ 10( c) and 11(b)(v) is due April 10, 2006.

(10) Production of documents by both parties concerning all issues is to be completed on or before April 17, 2006.

(11) The parties are to meet and confer to prepare a Joint Claim Construction Statement pursuant to SPO ¶ 12(a) on or before May 1, 2006.

(12) Depositions of Defendant's Claim Construction Expert(s) pursuant to SPO ¶ 11(b)(v) are to be completed on or before May 16, 2006.

(13) The parties are to prepare and file with the Court a Joint Claim Construction Statement pursuant to SPO ¶ 12(b) on or before May 16, 2006.

(14) Plaintiff's Opening Brief on Claim Construction and Provision of Plaintiff's Supporting Evidence pursuant to SPO ¶ 12(d)(i) are due June 12, 2006.

(15) Defendant's Responsive Brief on Claim Construction and Provision of Defendant's Supporting Evidence pursuant to SPO ¶ 12(d)(ii) are due June 26, 2006.

(16) Plaintiff's Reply Brief on Claim Construction and Provision of Rebuttal Evidence pursuant to SPO ¶ 12(d)(iii) are due July 3, 2006.

(17) The Markman Hearing for claim construction issues pursuant to SPO ¶ 12 (c) will occur on July 12, 2006 and will be set by further order.

(18) The parties are to complete the depositions of fact witnesses concerning all issues on or before October 27, 2006.

(19) The parties are to complete fact discovery on all issues on or before November 3, 2006.

(20) The parties are to serve on each other Expert Reports of All Trial Experts on All Issues and Provision of Information Required for Trial Experts pursuant to RCFC 26(a)(2) and SPO ¶ 10(c) on or before December 20, 2006.

(21) The parties are to serve on each other Rebuttal Reports of All Trial Experts on All Issues and Provision of Information Required for Rebuttal Trial Experts (not previously provided) pursuant to RCFC 26(a)(2) and SPO ¶ 10(c) on or before January 26, 2007.

(22) Depositions of all Trial Experts on all issues shall be completed on or before February 23, 2007.

(23) Discovery for all issues by all parties shall be completed on or before March 2, 2007.

(24) A status conference to discuss further proceedings required and scheduling therefore shall be held on March 16, 2007.

s/ James F. Merow
James F. Merow
Senior Judge