**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 8, 2005, a copy of the foregoing OPPOSITION OF NON-PARTY ROLLS-ROYCE INDUSTRIAL & MARINE GAS TURBINES, LTD. TO PLAINTIFF IVAN G. RICE'S REQUEST TO BE INCLUDED AS A "QUALIFIED PERSON" UNDER THE PROTECTIVE ORDER was mailed by first class mail, postage prepaid, to:

Douglas H. Elliott, Esq.
Moser, Patterson & Sheridan, LLP
3040 Post Oak Boulevard
Suite 1500
Houston, Texas 77056
Telephone: (713) 623-4844

Attorney for Plaintiff

Chun-I Chiang, Esq.
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530
Telephone: (202) 307-0341

Attorney for Defendant, United States of America

Elizabeth Miller Roesel, Esq.
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
Telephone: (202) 624-2500

Attorney for AlliedSignal, Inc.

Mr. Charles Robinson
Director of Contracting
CAE Electronics, Ltd.
8585 Cote de Liesse Road
Saint-Laurent, Quebec H4T 1G6
CANADA
Telephone: 9-1-514-340-5521

Representative of CAE Electronics, Ltd.

Lorene F. Schaefer, Esq.
Litigation Counsel
GE Aircraft Engines
General Electric Company
One Neumann Way J104
Cincinnati, Ohio 45215-6301
Telephone: (513) 243-3329

Attorney for General Electric Co.

Joseph O. Costello, Esq.
Assistant General Counsel - Litigation
Corporate Law Department
Northrop Grumman Corp.
M/S 195/CC
1840 Century Park East
Los Angeles, California 90067-2199
Telephone: (310) 553-6262

Attorney for Northrop Grumman Corp.

Dwinette Johnson, Esq.
Assistant General Counsel
Government Engines & Space Propulsion
Pratt & Whitney
P.O. Box 109600
West Palm Beach, Florida 33410-9600
Telephone: (561) 796-6853
For direct delivery:
17900 Beeline Highway
Jupiter, Florida 33458

Attorney for Pratt & Whitney

Louis A. DePaul, Esq.
Assistant General Counsel
Law Department
Westinghouse Electric Corp.
11 Stanwix Street
Pittsburgh, Pennsylvania 15222
Telephone: (412) 642-5258

Attorney for Westinghouse Electric Corp.

Richard E. Rice