# EXHIBIT 3

# PROPOSAL FOR FLEXI-SPEY REGENERATIVE GAS TURBINE STUDY

ROLLS-ROYCE, INC.
MARINE PROGRAMS OFFICE
1201 Pennsylvania Ave., N.W., Suite 230
Washington, D.C. 20004
Telephone (202) 737-1010

This data shall not be disclosed outside the Government and shall not be duplicated, used, or disclosed in whole or in part for any purpose other than to evaluate the proposal; provided, that if a contract is awarded to this offeror as a result of or in connection with the submission of this data, the Government shall have the right to duplicate, use, or disclose the data to the extent provided in the contract. This restriction does not limit the Government's right to use information contained in the data if it is obtained from another source without restriction. The data subject to this restriction is contained in Sheets.i,ii,..1-56.&. Figs. 1-7. (1966 DEC)

No. W089 APRIL 1982 Issue 1

Copy No. 3

## ABSTRACT

This proposal is for a Phase 1 study of the feasibility of developing an intercooled/regenerative heat exchanged marine gas turbine for the Navy using the Rolls-Royce marine Spey engine. The program will be performed by a team comprising Rolls-Royce, Inc. and Rolls-Royce Ltd., referred to in this proposal collectively as "Rolls-Royce."

Gas turbine cruise efficiencies in excess of 40 percent can only be practically realized through use of a heat exchanged gas turbine cycle or a combined cycle. The relative merits of each cycle are discussed. The marine Spey is aerodynamically and mechanically suited for optimization as an intercooled/regenerated engine with relatively minimal change to its critical simple cycle components.

The Phase 1 work to be performed at a price of $113,741 includes:

(1) Establish theoretical rated and part load performance of three optimized Flexi-Spey variants above, below and at 16,000 BHP (100°F inlet temperature) utilizing existing turbine and compressor hardware from the Spey family of engines with thermal efficiencies of over 40 percent.


ROLLS-ROYCE INC.

Use or disclosure of proposal data is subject to restriction on Title page of this Proposal.

# Schematic of intercooled/recuperated cycle




FIG. 3

G109/3

ROLLS-ROYCE INC.
Use or disclosure of proposal data is subject to restriction on Title page of this Proposal.

# EXHIBIT 4

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
FILED

JAN 03 1994

Michael N. Milby, Clerk

| | | |
|---|---|---|
| IVAN G. RICE, Plaintiff | § | |
| v. | § | C.A. No. H-94 0007 |
| GENERAL ELECTRIC COMPANY, INC. and STEWART & STEVENSON SERVICES, INC., Defendants | § | TRIAL BY JURY REQUESTED |

## COMPLAINT

Ivan G. Rice ("Rice") files this action against General Electric Company, Inc. ("GE") and Stewart & Stevenson Services, Inc. ("Stewart & Stevenson"). GE and Stewart & Stevenson are collectively referred to as "Defendants". Plaintiff states:

### I. The Parties

1. Plaintiff Rice is an individual residing at 1007 Lynwood, Spring, Texas 77373.

2. Defendant GE is a Delaware corporation licensed to do business in Texas and actually doing business in the Southern District of Texas. Service may be effected on its registered agent, C.T. Corporation System at 350 North St. Paul Street, Dallas, Texas 75201.

3. Defendant Stewart & Stevenson is a Delaware corporation licensed to do business in Texas and actually doing business in the Southern District of Texas. Service may be effected on its registered agent Prentice-Hall Corporation System at 400 North St. Paul Street, Dallas, Texas 75201.

## II. Jurisdiction and Venue

4. This is an action for patent infringement under 35 U.S.C. §1 et al. Defendants have committed acts of patent infringement under 35 U.S.C. §271 in this judicial district.

5. This Court has jurisdiction of this action pursuant to 28 U.S.C. §1338(a).

6. Venue is proper in this judicial district pursuant to 28 U.S.C. §§1391 and 1400(b).

## III. The Patents

7. On February 9, 1982, United States Letters Patent No. 4,314,442 ("the '442 patent") entitled STEAM-COOLED BLADING WITH STEAM THERMAL BARRIER FOR REHEAT GAS TURBINE COMBINED WITH STEAM TURBINE was duly, regularly and legally issued to Rice. A copy of the '442 patent is attached hereto as Exhibit A and incorporated herein by reference.

8. On May 24, 1983, United States Letters Patent No. 4,384,452 ("the '452 patent") entitled STEAM-COOLED BLADING WITH STEAM THERMAL BARRIER FOR REHEAT GAS TURBINE COMBINED WITH STEAM TURBINE was duly, regularly and legally issued to Rice. A copy of the '452 patent is attached hereto as Exhibit B and incorporated herein by reference.

9. On June 6, 1989, United States Letters Patent No. 4,835,958 ("the '958 patent") entitled PROCESS FOR DIRECTING A COMBUSTION GAS STREAM ONTO ROTATABLE BLADES OF A GAS TURBINE was duly, regularly and legally issued to the Rice. A copy of the '958 patent is attached hereto as Exhibit C and incorporated herein by reference.

10. The '442 patent, the '452 patent and the '958 patent are collectively referred to herein as "the Rice patents".

11. All right, title and interest in and to the Rice patents are now and have been at all times owned by Rice.

12. All required maintenance fees have been paid on each of the Rice patents.

13. The inventions described and claimed in each of the Rice patents were made in this judicial district by Plaintiff Rice.

## IV. The Infringements

14. Defendants have manufactured, offered for sale, sold and used and continue to manufacture, offer for sale, sell and use various gas turbine systems, including the LM 2500 and LM 5000 STIG (Steam Injected Gas) turbine systems, embodying the inventions claimed in one or more of the claims of each of the Rice patents. On information and belief, these systems and processes using these systems infringe Claims 1, 2, 4 and 5 of the '442 patent, Claims 1-5, 15, 17 and 23-25 of the '452 patent and Claims 5-8 of the '958 patent. On information and belief, some or all of the infringing actions of Defendants related to these systems have occurred in this judicial district. On information and belief, Defendants have shipped these infringing systems from this judicial district to locations elsewhere both within the United States and aboard. These actions constitute infringement of the Rice patents pursuant to 35 U.S.C. §271.

15. Defendants, by themselves and through others, have manufactured, used, offered for sale and sold and continue to manufacture, use, offer for sale and sell within the Southern District of Texas and elsewhere in the United States, gas turbine systems embodying the

inventions claimed in one or more of the claims of each of the Rice patents as set forth in Paragraph 14 above. These actions of Defendants constitute direct infringement of each of the Rice patents pursuant to 35 U.S.C. §271(a).

16. Defendants have induced others to sell and use and continue to induce others to sell and use within the Southern District of Texas and elsewhere in the United States, gas turbine systems embodying the inventions claimed in one or more of the claims of each of the Rice patents as set forth in Paragraph 14 above. These actions of Defendants constitute inducing infringement of each of the Rice patents pursuant to 35 U.S.C. §271(b).

17. Defendants have supplied or caused to be supplied from this judicial district and elsewhere in the United States, all or a substantial portion of the components of the claimed inventions and have actively induced their assembly outside the United States in a manner that would infringe one or more claims of each of the patents as set forth in Paragraph 14 above, if it occurred within the United States. These actions constitute infringement of the Rice patents pursuant to 35 U.S.C.§271(f).

18. On information and belief, Plaintiff alleges that Defendants had actual knowledge of Rice's inventions and of each of the Rice patents prior to commencing their acts of infringement.

## V. Damages

19. Marking is not required in connection with method claims. No apparatus embodying the invention of any claims of the Rice patents has been made or sold by or under Rice. Accordingly, marking pursuant to 35 U.S.C. §287 is not required as a prerequisite to recovery of damages by Rice.

20. Rice seeks an award of damages adequate to compensate for all of the infringements of Defendants, but in no event less than a reasonable royalty, together with interest and costs as fixed by the Court pursuant to 35 U.S.C. §284.

21. The actions of Defendants in infringing and inducing others to infringe the Rice patents with actual knowledge thereof were willful, deliberate, wanton and reckless, and make this an exceptional case within the meaning of 35 U.S.C. §285. Accordingly, Rice requests that the damages awarded by the Court be trebled as permitted by 35 U.S.C. §284, and that reasonable attorney fees be awarded pursuant to 35 U.S.C. §285.

22. Because of the infringements of Defendants, Rice has suffered and will continue to suffer irreparable damage and injury for which he has no adequate remedy at law. This irreparable damage and injury will continue for as long as Defendants continue to manufacture, have manufactured, offer for sale, sell, or use, either directly or indirectly by inducing the infringement of others, gas turbine systems within the United States embodying the inventions claimed in one or more of the claims of each of the Rice patents as set forth in Paragraph 14 above. Therefore, Rice seeks an injunction pursuant to 35 U.S.C. §283 to prevent such continuing infringement.

23. Pursuant to Rule 38, Fed. R. Civ. P., Rice hereby makes demand for a trial by jury.

WHEREFORE, Plaintiff requests:

(a) that this Court permanently enjoin both Defendants, their officers, employees, servants, agents, attorneys, successors, assigns, and all other persons, corporations, partnerships, or entities acting by or under their direction or authority, or in active concert or participation with Defendants, or aware of the Court's order, from further infringement of any of Claims 1, 2, 4 and 5 of United States Letters Patent No. 4,314,442; Claims 1-5, 15, 17 and 23-25 of United States Letters Patent No. 4,384,452; and Claims 5-8 of United States Letters Patent No. 4,835,958, by directly or indirectly making, or causing to be made, using, or causing to be used, selling, or causing to be sold in or from the United States any gas turbine systems embodying the inventions covered by any claim of these patents for the remaining term of these patents, as provided by 35 U.S.C. §283;

(b) that Defendants be ordered to account for all profits arising as a result of their infringements and that Plaintiff be awarded damages adequate to compensate for Defendants' infringing activities, including all profits arising as a result of such infringements, but in no event less than a reasonable royalty, together with prejudgment and post judgment interest thereon and costs as fixed by the Court, as provided by 35 U.S.C. §284;

(c) that the damages so found be trebled by this Court as a result of the intentional, willful, deliberate, wanton and reckless infringement by Defendants, which makes this an exceptional case, as provided by 35 U.S.C. §284;

(d) that, because this is an exceptional case, Plaintiff be awarded his reasonable attorneys fees in connection with this action, as provided by 35 U.S.C. §285; and

(e) that Plaintiff be awarded all other and further relief that this Court deems just, including costs of this suit.

Respectfully submitted,

William H. Young - Attorney-in-Charge
Texas State Bar No. 22209000
John R. Millard
Texas State Bar No. 14052700
YOUNG & HAMPTON
1301 McKinney, Suite 3400
Houston, Texas 77010-3094
Tel.: (713) 224-0934
Fax: (713) 650-6458

ATTORNEYS FOR PLAINTIFF

Of Counsel
Walter R. Brookhart
Texas State Bar No. 03061300
Loren G. Helmreich
Texas State Bar No. 09399700
BROWNING, BUSHMAN, ANDERSON & BROOKHART
5718 Westheimer, Suite 1800
Houston, Texas 77057
Tel.: (713) 266-5593
Fax: (713) 266-5169

# EXHIBIT 5

TOBOR & GOLDSTEIN
L.L.P
*Attorneys at Law*
1360 POST OAK BLVD.
SUITE 2300
HOUSTON, TEXAS 77056-3023

DOUGLAS H. ELLIOTT
EDWARD W. GOLDSTEIN
JOHN T. POLASEK
BEN D. TOBOR

DARIN H. DUPHORNE
BYRON G. BUCK
C. DALE QUISENBERRY*
COLIN E. ERRINGTON
PATRICIA A. MEIER
*MEMBER OKLAHOMA BAR

TELEPHONE (713) 877-1515
FACSIMILE (713) 877-1145

July 17, 1997

**Via Fax As Shown**
**& U.S. First Class Mail**
**At Address Indicated Below**

**United States Government**
c/o Chun-I Chiang, Esq.
Via Fax (202) 307-0345

**AlliedSignal, Inc.**
c/o Elizabeth Miller Roesel, Esq.
Via Fax (202) 628-5116

**CAE Electronics, Ltd.**
c/o Mr. Charles Robinson
Via Fax 9-1-514-340-5530

**General Electric Co.**
c/o Lorene F. Schaefer, Esq.
Via Fax (513) 243-6938

**Northrop Grumman Corp.**
c/o Joseph O. Costello, Esq.
Via Fax (310) 201-3378

**Pratt & Whitney**
c/o David K. Ware, Esq.
Via Fax (561) 796-6514

**Rolls-Royce Plc**
c/o James A. Oliff, Esq.
Via Fax (703) 836-2787

**Westinghouse Electric Corp.**
c/o Louis A. DePaul, Esq.
Via Fax (412) 642-5262

RE: No. 97-246C; Ivan G. Rice v. The United States;
In the United States Court of Federal Claims;
Judge James F. Merow

Dear Ladies and Gentlemen:

The only letter I received responsive to my July 3, 1997 letter was from Ms. Roesel, dated July 10, 1997. Accordingly, I am assuming that the information requested in that letter is information requested by you all.

Attached is the current Professional Background of Mr. Rice, which should provide you with an idea of Mr. Rice's background. To the extent not disclosed or implied in the Resume, and responsive to Ms. Roesel's request, we are providing the following information:

- Mr. Rice is self-employed, but is at present essentially "semi-retired." His former employers are General Electric Co. and Delaval Turbine Inc.

- He has no consulting arrangements at this time. Previous consulting arrangements have been with the clientel as listed on the third page of his Professional Background enclosed.

- It is not clear what is meant by "relationships" but there has been no consulting or employment agreements between Mr. Rice and any member of the "aerospace industry." Mr. Rice's background is not directed to the aerospace industry per se, but rather to the gas and steam turbine and power generation industries.

- See above.

- The only pending application is a divisional in connection with pending U.S. Patent No. 5,628,183, and a corresponding European Patent Office application.

We hope the above information will assist you to provide us with appropriate language for the Protective Order promptly.

If you have any questions, or if we can provide you with any further information to speed things up, please do not hesitate to contact us.

Very truly yours,

TOBOR & GOLDSTEIN, L.L.P.

Douglas H. Elliott

DHE/csr

cc: Chun-I Chiang, Esq.
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530

AlliedSignal, Inc.
c/o Elizabeth Miller Roesel, Esq.
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595

CAE Electronics, Ltd.
c/o Mr. Charles Robinson
Director of Contracting
CAE Electronics, Ltd.
8585 Cote de Liesse Road
Saint-Laurent, Quebec H4T 1G6
CANADA

General Electric Co.
c/o Lorene F. Schaefer, Esq.
Litigation Counsel
GE Aircraft Engines
General Electric Company
One Neumann Way J104
Cincinnati, Ohio 45215-6301

Northrop Grumman Corp.
c/o Joseph O. Costello, Esq.
Assistant General Counsel - Litigation
Corporate Law Department
Northrop Grumman Corp.
M/S 195/CC
1840 Century Park East
Los Angeles, CA 90067-2199

Pratt & Whitney
c/o David K. Ware, Esq.
Vice President & Deputy General Counsel
Government Engines & Space Propulsion
Pratt & Whitney
P. O. Box 109600
West Palm Beach, FL 33410-9600

or
17900 Beeline Highway
Jupiter, FL 33458
Rolls-Royce Plc
c/o James A. Oliff, Esq.
OLIFF & BERRIDGE
700 South Washington Street
Suite 300
Alexandria, VA 22314

Westinghouse Electric Corp.
c/o Louis A. DePaul, Esq.
Assistant General Counsel
Law Department
Westinghouse Electric Corp.
11 Stanwix Street
Pittsburgh, PA 15222

Mr. Ivan G. Rice
Edward W. Goldstein, Esq. (Firm)
Darin H. Duphorne, Esq. (Firm)

F:\CLIENT\7\7423\007\LTR\30.DHE

**IVAN G. RICE, P.E.**
*Consulting Engineer*
GAS TURBINES AND ROTATING EQUIPMENT

CAROLYN KEYES RICE
*Business Manager*

1007 Lynwood
SPRING, TEXAS 77373
(281) 353-5040

## Professional Qualifications

June, 1997

**Consultant, 5/74 - Present:**
*Specializing in Gas Turbines and Rotating Equipment.* Consulted in USA and Europe for a group of oil companies on North Sea projects, for Mideastern Aramco and presently for major US engineering contractors including oil, chemical and utility companies in the US and overseas including consulting on turbines for *coal gasification.* Also serve as *GT Expert Witness.*

**Gas Turbine Specialist Worldwide, 9/73 - 5/74:**
*Applied and marketed gas turbine compressor packages* in USA, Canada, Mexico, Europe and the USSR while on Corporate Staff for DELAVAL Turbine Inc.

**Manager of Gas Turbine Application and Sales, 2/69 - 9/73:**
Managed Gas Turbine Application and Sales for DELAVAL Turbine Inc. Deltex Division with an overall engineering *scope of packaging gas turbine compressor packages for the US and Canadian Market.*

**District Application Engineer, Installation & Service Engineer, 1/52 - 2/69:**
*Installed and serviced gas turbines* for General Electric Southwestern US Region (1/52 - 9/53). *Applied gas turbines* for General Electric Gulf Coast District. Advanced to *Regional Steam and Gas Turbine Application Engineer for three Districts* in General Electric South Central Region.

**Formal Education:**
- University of Arizona, BSME High Distinction

**Professional/Technical Education:**
- GE Test Program; GE Engineering Training, Marketing, and Gas and Steam Turbine Courses
- Texas A & M University Turbomachinery Symposiums 1972 to date (Advisory Committee)
- ASME Gas Turbine Technical Conferences 1954 to date
- Expert Witnessing Short Courses

**Professional Society Membership:**
- The American Society of Mechanical Engineers, Fellow Life Member
  Past Chairman - South Texas Section, Past Chairman - Gas Turbine Division
- Texas Society of Professional Engineers, Life Member
- National Society of Professional Engineers, Life Member

**Registration:** Professional Engineer - Texas - No. 12843M, 1956 to date

IVAN G. RICE, P.E.

**Honors and Awards:**
- Tau Beta Pi, Pi Mu Epsilon, Phi Kappa Phi, Pi Tau Sigma
- GE Management Awards, 1955, 61 and 66; GE Breakthrough '60 National Award 1960
- Various ASME Sectional and National Awards
- Marquis Who's Who in The South and Southwest and Who's Who in The World

**Major Professional Accomplishments:**
- Supervised installation of first GE GTs for El Paso Natural Gas Co. pipeline
- Applied gas turbines for large transcontinental pipelines
- Established gas turbines & combined cycle in petrochemical & process field
- Applied large steam turbine generator sets for industrial power generation
- Managed sales, applications, proposals, contract administration, cost estimates & advertising for Deltex Division of DELAVAL
- Consulted for oil company group on large N.Sea offshore platforms (Beryl A & Statfjord A) involving both heavy duty and aero turbines
- Consulted for Aramco Saudi Arabia on GE FS5, MHI301, MHI501 & W501D GTs
- Consulted for Puget Sound Power & Light on Westinghouse 100 MW 501D GTs
- Consulted for Mission Energy Co. (Southern California Edison) & Capitol Cogeneration Co. on three Westinghouse 501D GTs
- Consulted for Shell Oil Co.'s cogeneration plants & coal gasification projects
- Prepared extensive reports and made special presentations for Shell Oil Co. on latest GE7F & W/MHI501F 160 MW GTs for coal gasification
- Lectured on Gas Turbines: AICHE Tour; ASME Houston; ASME Mobile; SPE Saudi Arabia; ASME E.Moline, Ill; and JSME/GTSJ/ASME Tokyo
- Served as Expert Witness on several cases involving steam & gas turbines
- Authored numerous technical gas turbine articles published in national magazines
- Authored 23 ASME technical papers on gas turbines and combined cycles

USER CLIENTEL

Air Products and Chemicals, Inc.
American Oil Company
Arabian American Oil Company (ARAMCO)
Brown and Root, Inc.
Capitol Cogeneration Company, Ltd.
Celanese Chemical Company, Inc.

Creole Production Services, Inc.
Diamond Energy (MHI)
E.I. Du Pont de Nemours & Company, Inc.
Electric Power Research Institute (EPRI)
Enron Gas Processing Company

ESI Energy Inc. (Florida Power & Light)
Exxon Chemical Company
Gates Rubber Company
General Atomic Company
Hickham Industries

Mission Energy Company
Mississippi Chemical Corporation
Massachusetts Institute of Technology
Mobil Coal Producing, Inc.
Mobil Exploration Norway, Inc.

Mobil North Sea, Ltd.
North Carolina Natural Gas Company
Occidental Petroleum, Ltd.
Petro Canada Resources (National Oil Co.)
Philadelphia Electric Co.

Puget Sound Power and Light Company
Shell California Production, Inc.
Shell Oil Company
Statoil (A Norwegian National Oil Company)
Southern Connecticut Gas Company

Union Oil Company of California
Williams Brothers Engineering Company

PUBLICATIONS

"Gas Pipe Line Pressure-Flow Calculations", Ivan G. Rice
GET-2467, 1954 (General Electric Technical Publication)

"Tennessee Gas Transmission Company Parallels Gas-Turbine-Driven Centrifugals", Ivan G. Rice and T.C. Heard
Industry Engineering News, Jan-Feb, 1957 (General Electric Pub.)

"Don't Waste That Gas-Turbine Heat", Ivan G. Rice
The Oil and Gas Journal, June 29, 1959

"Steam and Gas Turbines in Tandem Can Pay Dividends",
Ivan G. Rice and H.P. Puyper, The Oil and Gas Journal, Oct.11, 1965

"Gas Turbines for the Chemical Industry", Ivan G. Rice
AICHE Speaker's Tour, November, 1967

"Process Industries Can Save Money With Gas Turbines", Ivan G. Rice
Southern Power and Industry, February, 1968

"Case Study is a Key to Gas-Turbine Evaluation", Ivan G. Rice
The Oil and Gas Journal, April 15, 1968

"Operating Experience & New Approaches Provide Basis for Portable 3500 HP Prime Mover Package", Ivan G. Rice and W.A. Garrett (Trunklilne Gas Co.)
ASME Paper No. 71-GT-51, March, 1971 (ASME GTD Conference)

"Gas Turbine Compressor Design Based on Operating Experience",
Ivan G. Rice & W.A. Garrett, Diesel & Gas Turbine Progress, July, 1971

"Loss Prevention of Rotating Machinery - Gas Turbine System Reliability",
Ivan G. Rice, ASME Petroleum Division, September, 1971

"Gas Turbines Go Offshore - Part I", Ivan G. Rice
Gas Turbine International, March-April, 1976

"Gas Turbines Go Offshore - Part II", Ivan G. Rice
Gas Turbine International, May-June, 1976

"The Industrial Application of the Gas Turbine", Ivan G. Rice
GTSJ,JSME,ASME Paper No.S-11, May,1977 (Joint GT Congress, Tokyo,Japan)

"The Industrial Application of the Gas Turbine", Ivan G. Rice
Turbomachinery International, April, 1978

"The Combined Reheat Gas Turbine/Steam Turbine Cycle,
Part I - A Critical Analysis of the Combined Reheat Gas Turbine/Steam Turbine Cycle", Ivan G. Rice
ASME Paper No. 79-GT-7, March 1979 (ASME GTD Conference)
Journal of Engineering for Power, Transactions of ASME, January, 1980

PUBLICATIONS (Cont'd)

"The Combined Reheat Gas Turbine/Steam Turbine Cycle, Part II - The LM 5000 Gas Generator Applied to the Combined Reheat Gas Turbine/Steam Turbine Cycle", Ivan G. Rice
ASME Paper No. 79-GT-8, March, 1979 (ASME GTD Conference)
Journal of Engineering for Power, Transactions of ASME, January, 1980

"Steam-Cooled Blading in a Combined Reheat Gas Turbine/Reheat Steam Turbine Cycle, Part I - Performance Evaluation", Ivan G. Rice
ASME Paper No. 79-JPGC-GT-2, October, 1979 (ASME JPG Conference)

"Steam-Cooled Blading in a Combined Reheat Gas Turbine/Reheat Steam Turbine Cycle, Part II - Design Considerations", Ivan G. Rice
ASME Paper No. 79-JPGC-GT-3, October 1979 (ASME JPG Conference)

"The Reheat Gas Turbine with Steam-Blade Cooling, A Means of Increasing Reheat Pressure, Output and Combined-Cycle Efficiency", Ivan G. Rice
ASME Paper No. 81-GT-30, March, 1981 (ASME GTD Conference)
Journal of Engineering for Power, Transactions of ASME, January, 1982

"Comparison of the HTT Reheat Gas-Turbine Combined Cycle with the HTT Non-Reheat Gas-Turbine Combined Cycle", Ivan G.. Rice and P.E. Jenkins
ASME Paper No. 81-GT-69, March, 1981 (ASME GTD Conference)
Journal of Engineering for Power, Transactions of ASME, January, 1982

"Blading Heat Transfer Considerations in a Reheat Gas-Turbine Combined Cycle", P.E. Jenkins and Ivan G. Rice
ASME Paper No. 81-GT-155 (ASME GTD Conference)

"The Reheat Gas-Turbine Combined Cycle", Ivan G. Rice
Turbomachinery International, July-August, 1981

"The Reheat Gas-Turbine Combined Cycle - 60 Percent Cycle Efficiency", Ivan G. Rice, MEchanical Engineering, April, 1982

"The Reheat Power Turbine with Steam Cooling - A Means of Increasing Reheat Temperature, Exhaust Temperature and Combined-Cycle Efficiency", Ivan G. Rice, ASME Paper No. 82-GT-134, April, 1982 (ASME GTD Conf.)

"Steam-Cooled Gas-Turbine Casings, Struts, and Disks in a Reheat Gas-Turbine Combined Cycle, Part I - Compressor and Combustor", Ivan G. Rice, ASME Paper No. 83-GT-85, March, 1983 (ASME GTD Conf.)
Journal of Engineering for Power, Transactions of ASME, October, 1983

"Steam-Cooled Gas-Turbine Casings, Struts and Disks in a Reheat Gas - Turbine Combined Cycle, Part II - Compressor and Combustor", Ivan G. Rice, ASME Paper No. 83-GT-86, March 1983 (ASME GTD Conference)
Journal of Engineering for Power, Transactions of ASME, October, 1983

PUBLICATIONS (Cont'd)

"Evaluation of the Compression-Intercooled Reheat Gas-Turbine Combined Cycle", Ivan G. Rice
ASME Paper No. 84-GT-128, June, 1984 (ASME GTD Conference)

"The Integrated Gas/Steam Nozzle with Steam Cooling, Part I - Application", Ivan G. Rice
ASME Paper No. 84-GT-134, June, 1984 (ASME GTD Conference)

"The Integrated Gas/Steam Nozzle with Steam Cooling, Part II - Design Considerations", Ivan G. Rice
ASME Paper No. 84-GT-135, June, 1984 (ASME GTD Conference)

"Thermodynamic Evaluation of Gas-Turbine Cogeneration Cycles, Part I - Heat Balance Method Analysis", Ivan G. Rice
ASME Paper No. 86-GT-6, June, 1986 (ASME GTD Conference)
Journal of Engineering for Power, Transactions of ASME, January, 1987

"Thermodynamic Evaluation of Gas-Turbine Cogeneration Cycles, Part II - Complex Cycle Analysis", Ivan G. Rice
ASME Paper No. 86-GT-7, June 1986 (ASME GTD Conference)
Journal of Engineering for Power, Transactions of ASME, January, 1987

Discussion of - "Performance of the Integrated Gas and Steam Cycle (IGSC) for Reheat Gas Turbines", K. Takeya and H. Yasui
Ivan G. Rice, Journal of Engineering for Gas Turbines and Power, Vol.110, April, 1988, pages 224-228

"Steam-Injected Gas Turbine Analysis: Part I - Steam Rates", Ivan G. Rice, ASME Paper 93-GT-132, May 1993 (ASME IGTI GT Conference)
Accepted for Publication in the Transactions of ASME

"Steam-Injected Gas Turbine Analysis: Part II - Steam-Cycle Efficiency", Ivan G. Rice, ASME Paper 93-GT-420, May 1993 (ASME IGTI GT Conference)

"Steam-Injected Gas Turbine Analysis: Part III - Steam-Regenerated Heat", Ivan G. Rice, ASME Paper 93-GT-421, May 1993 (ASME IGTI GT Conference)

"Split Stream Boilers for High Temperature/High Pressure Topping Steam Turbine Combined Cycles", Ivan G. Rice,
ASME Paper 95-GT-29, June 1995 (ASME IGTI GT Conference)
Journal of Engineering for Gas Turbines and Power, Transactions of ASME, April, 1997