# EXHIBIT 6

United States Patent [19] [11] 4,272,953
Rice [45] Jun. 16, 1981

[54] **REHEAT GAS TURBINE COMBINED WITH STEAM TURBINE**

[76] Inventor: Ivan G. Rice, P.O. Box 233, Spring, Tex. 77373

[21] Appl. No.: 954,838

[22] Filed: Oct. 26, 1978

[51] Int. Cl.[3] .............. F02C 6/18
[52] U.S. Cl. .............. 60/39.04; 60/39.18 B
[58] Field of Search ........ 60/39.04, 39.18 R, 39.18 B, 60/39.16 R, 39.17, 39.55; 122/4 B

[56] References Cited

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,605,610 | 8/1952 | Hermitte et al. | 60/39.18 B |
| 3,032,985 | 5/1962 | Alexander et al. | 60/39.16 |
| 3,232,052 | 2/1966 | Ricard | 60/39.18 B |
| 3,826,080 | 7/1974 | De Corso et al. | 60/39.55 |
| 3,832,845 | 9/1974 | Aguet | 60/39.18 B |
| 3,969,891 | 7/1976 | Aguet | 60/39.18 B |

FOREIGN PATENT DOCUMENTS

1003925 3/1952 France .............. 60/39.18 B

OTHER PUBLICATIONS

Wade et al., *Low Emission Combustion for Regenerative Gas Turbine*, ASME Transactions, Jan. 1974.

*Primary Examiner*—Louis J. Casaregola
*Attorney, Agent, or Firm*—Harvey B. Jacobson

[57] **ABSTRACT**

A process and apparatus for generating useful power comprises the use of a combined reheat gas turbine and steam turbine cycle. The combined cycle optionally includes the superheating of steam and the reheating of steam in the reheat combustor of the reheat gas turbine. The use of second generation high-ratio, high-firing temperature gas generators in the combined cycle of the present invention yields increased efficiency and output heretofore unexpected from reheat gas and combined cycles.

16 Claims, 19 Drawing Figures



TABLE IV

| | Gas Turbine Reheat Cycle Efficiency. Half Plant Capacity | | | | | |
|---|---|---|---|---|---|---|
| Mode | Gas Generator Fuel Input LHV BTU/HR $\times 10^6$ | Reheat Fuel Input LHV BTU/HR $\times 10^6$ | Gas Turbine Net Output KW | Steam Turbine Net Output KW | Total Net Output KW | Net Cycle Eff % |
| Continuous | 296.24 | 171.57 | 43,002 | 23,442 | 66,444 | 48.69 |
| Electric Base | 320.16 | 162.57 | 45,969 | 23,814 | 69,783 | 49.34 |
| Peak | 336.72 | 155.90 | 48,083 | 23,734 | 71,817 | 49.76 |

The three modes of operations for which the calculations above are presented are defined by the new International Standard ISO/DIS-3977 for gas turbines, and are as follows. The continuous mode of operation represents continuous or base load operation typical of pipeline service, process applications or electric power generation up to 8700 hours per year with infrequent starting greater than 100 hours per start. The electric base mode of operation refers to longer duration of mid-range electrical power generation, with process applications up to 4000 hours per year and with up to eight hours per start. The peak mode of operation refers to short duration intermittent type of operation as occurring typically in electrical power generation for peak load demands, where operation should normally be limited to 500 hours per year and up to two hours per start.

The assumptions in the calculations above and used in the cycle are based on figures for the Model LM 5000 gas generator obtained from the manufacturer after the first second generation unit was thoroughly tested. Characteristics of the LM 5000 gas generator are shown in Table V for base load ratings of 60° F. and 14.7 psia inlet pressure:

TABLE V

| Characteristics of Gas Generator. Base Load Ratings - 60° F. and 14.7 Psia Inlet | |
|---|---|
| | LM5000 |
| Cycle Pressure Ratio $P_2/P_1$ | 29 |
| Exhaust Flow #/sec. | 272 |
| IGHP $\times 10^3$* | 50.00 |
| Cycle Eff. (IGHP)* LHV % | 43.0 |
| Firing Temp. F. | 2,100 |
| Gas Generator Ex Pressure Psia | 56.10 |
| Gas Generator Ex Temp. F. | 1,215 |

*Isentropic Gas Horsepower for 100% Expansion Efficiency.

It is clear from comparison of the results of Table II and Table IV that steam reheat generates an over-all power plant efficiency approaching or exceeding 50% LHV when burning the distillate fuel in the apparatus of FIG. 4. Even without incorporation of the superheater in the second combustor, it is possible with an arrangement such as that of FIG. 2 or a process shown in FIG. 1 to obtain net cycle efficiencies approaching or exceeding 49%. These efficiencies represent improvements over the efficiencies obtainable with use of conventional electric power generating equipment, and can lead to considerable cost savings in actual operation. A simplified economic evaluation for half plant capacity and one power turbine making certain reasonable assumptions as to unit size, fuel cost, and the results of earlier calculations, the economic data of Table VI provide a measure of the degree of commercial success expectable with both the reheat gas turbine and with the reheat gas turbine combined with the reheat steam turbine:

TABLE VI

| Comparative Economic Analysis of Units Utilizing Reheat Cycles. | | | | | | | |
|---|---|---|---|---|---|---|---|
| Unit | Cycle Eff. LHV | % Inc. Eff. | % Fuel Consump. | Fuel Cost* $/yr. × 10 | Savings* $/yr. $10^6$ | Savings* $ × $10^6$/5 yrs | Savings* $ × $10^6$/5 yrs. |
| Conventional Combined Cycle | 44 | Base | 100 | 12.41 | Base | Base | — |
| Reheat G.Turb./S.Turb. (FIG. 2) | 48.5 | 10.2 | 90.7 | 11.26 | 1.15 | 5.75 | Base |
| Reheat G.Turb/Reheat S.Turb. (FIG. 4) | 49.5 | 12.5 | 88.9 | 11.03 | 1.38 | 6.90 | 1.15 |

*Based on Fuel Cost of $2.50 × $10^6$ BTU LHV.

Table VI indicates that there would be generation of 5.75 million dollars in five years for amortization of the capital cost of the reheat power turbine, while an additional 1.15 million dollars would be made available in five years of operation to amortize the capital cost of a reheat gas turbine combined with a reheat steam turbine system. It should further be noted that a savings in the heat recovery boiler would result, since the boiler would be simpler and have less surface and greater mean temperature difference. Moreover, the two superheaters would not be duplicated in the heat recovery boiler, effecting even further savings. These figures which are based on the standard industry accepted combined cycle available today having a cycle efficiency of 44% LHV, provide a clear indication of the degree of commercial success expectable from the two embodiments of the present invention, but the existence of uncertainties, such as rising fuel costs, limited future oil supply, coal fuel development, high interest rates,

**United States Patent** [19] [11] **4,314,442**

**Rice** [45] **Feb. 9, 1982**

[54] **STEAM-COOLED BLADING WITH STEAM THERMAL BARRIER FOR REHEAT GAS TURBINE COMBINED WITH STEAM TURBINE**

[76] Inventor: **Ivan G. Rice**, P.O. Box 233, Spring, Tex. 77373

[21] Appl. No.: **47,571**

[22] Filed: **Jun. 11, 1979**

**Related U.S. Application Data**

[63] Continuation-in-part of Ser. No. 954,838, Oct. 26, 1978.

[51] **Int. Cl.³** .......... **F01B 5/18; F02C 7/16**

[52] **U.S. Cl.** .......... **60/39.05**; 60/39.14 M; 60/39.18 B; 60/39.54; 60/39.83; 415/114; 415/115

[58] **Field of Search** .......... 60/39.02, 39.54, 39.05, 60/39.58, 39.83, 730, 39.18 B, 39.19; 415/114, 115, 214; 416/97 R, 97 A

[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 1,255,924 | 2/1918 | Peaslee | 60/39.54 |
| 3,240,468 | 3/1966 | Watts et al. | 416/97 A |
| 3,443,790 | 5/1969 | Buckland | 415/115 |
| 3,619,077 | 11/1971 | Wile et al. | 415/214 |
| 3,628,880 | 12/1971 | Smuland et al. | 416/97 R |
| 3,628,885 | 12/1971 | Sidenstick et al. | 416/97 R |
| 3,729,930 | 5/1973 | Williams | 416/97 |
| 4,026,659 | 5/1977 | Freeman | 416/97 R |
| 4,153,386 | 5/1979 | Leogrande et al. | 415/115 |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 753633 | 7/1956 | United Kingdom | 60/39.54 |

*Primary Examiner*—Louis J. Casaregola
*Attorney, Agent, or Firm*—Harvey B. Jacobson

[57] **ABSTRACT**

Steam-cooling with a steam thermal barrier for reheat gas turbine vanes and blades offers advantages over cooling with air or water at the higher temperatures characteristic of existing high temperature gas tubines, in particular when coupled with a reheat steam cycle. Consequently, in such a combined cycle, higher cycle efficiency is obtainable for gas turbine initial firing temperatures of about 2500° F. (1371° C.) and 2050° F. (1121° C.) reheat temperatures where over-all combined cycle degradation resulting from steam cooling is below about 1%. A proposed combined reheat gas turbine and steam turbine cycle includes a gas turbine having steam-cooled components operating at a cycle pressure ratio of about 38 without intercooling and includes steam superheating in the reheat combustor.

**17 Claims, 20 Drawing Figures**



# STEAM-COOLED BLADING WITH STEAM THERMAL-BARRIER FOR REHEAT GAS TURBINE COMBINED WITH STEAM TURBINE

## CROSS-REFERENCE TO RELATED APPLICATION

This application is a continuation-in-part of applicant's copending U.S. application Ser. No. 954,838, filed Oct. 26, 1978.

## BACKGROUND OF THE INVENTION

In apparatus for generating useful power by reheating gas turbine exhaust gases, with or without a combined steam cycle, conditions of temperature and pressure producing relatively high cycle efficiencies typically involve sufficiently high temperatures and high pressures to necessitate special cooling of gas turbine components. Conventionally, blade cooling is accomplished with air to extract heat from the blade surface.

The physical properties of air limit its effectiveness as a coolant medium, and impose an upper limit to the temperature attainable in a gas turbine. Moreover, air must be sparingly and very carefully used due to its dearness and its effect on cycle degradation both with respect to power and efficiency. At all cycle pressure ratios, and particularly the higher cycle pressure ratios encountered in apparatus involving reheating gas turbine exhaust gases, very little pressure to be available in the small pressure drops allow only region between the compressor discharge and the nozzles and blades for air cooling.

Other approaches to gas turbine component cooling being studied, researched and developed include transpiration air cooling, water cooling and alternative materials of construction capable of withstanding the conditions encountered.

Many additional problems incident to prior approaches to component cooling include corrosion of the metal surfaces at high temperatures, low-cycle metal fatigue, radiant heat absorption, and first-stage nozzle and blade surface fouling during start-up and operation. The following references are cited as background for the present invention and disclose the proposed combined reheat gas turbine and steam turbine cycle which is the basis of the parent application, U.S. Ser. No. 954,838.

(1) Rice, I. G., "The Combined Reheat Gas Turbine/Steam Turbine Cycle", Part I—"A Critical Analysis of the Combined Reheat Gas Turbine/Steam Turbine Cycle", ASME Paper No. 79-GT-7, ASME Journal of Engineering for Power, 1979

(2) Rice, I. G., "The Combined Reheat Gas Turbine/Steam Turbine Cycle", Part II—"The LM 5000 Gas Generator Applied to the Combined Reheat Gas Turbine/Steam Turbine Cycle", ASME Paper No. 79-GT-8, ASME Journal of Engineering for Power, 1979

The above references describe essentially the invention disclosed in the parent application for patent of which this is a continuation-in-part. Other material pertinent to the present invention include published studies of the effects of steam injection on the performance of gas turbine power cycles for combined cycles, where steam is evaluated as a form of injection to augment power and to control nitrogen oxide emissions. However, no studies have been made with respect to the combined reheat gas turbine and steam turbine cycle



without intercooling as the combined cycle of the present invention and no evaluation of steam as a coolant is presented as a way to optimize the combined gas turbine and steam turbine cycle, nor is the apparatus disclosed herein described.

## SUMMARY OF THE INVENTION

In order to obtain the necessary operating temperatures and pressures at which a gas turbine in a combined reheat gas turbine and steam turbine cycle is to be operated for maximum efficiency, steam is used as a coolant and a thermal barrier. The combined cycle of the present invention optimizes; the gas turbine cycle pressure ratio and simultaneously takes advantage of the cold heat steam formed from the steam turbine in order to provide vane and blade cooling for the gas generator first stage, and to utilize extracted steam to provide cooling for second-stage gas generator blading and the power turbine blading.

The invention contemplates use of film cooling employing steam as the coolant, whereby steam with higher coolant working pressures available and higher specific heat and superior radiant, conductive, and convective cooling characteristics is an advantageous alternative to air as a coolant. Moreover, steam can be used in film cooling to advantage without sacrificing blade surface roughness, which can be critical where high Reynolds numbers are encountered.

Accordingly, an important object of the invention is to provide a process of using a combined reheat gas turbine and steam turbine cycle with pressure ratios and temperatures capable of giving high cycle efficiency turbine operations including use of steam cooling with a steam thermal barrier for gas generator blading and power turbine blading.

Another object of the invention is to provide the combined power generating cycle and enable use to be made of cold reheat steam from a steam turbine for first-stage blade cooling of the associated gas generator, while taking advantage of use of extracted steam for cooling the second-stage gas generator blading and the power turbine blading.

Still another object is to employ film cooling of gas turbine blading with use of steam.

Yet another object is to take advantage of steam cooling to provide steam-cooled gas turbine internal apparatus having low-cycle fatigue prevention, hot corrosion protection, and first-stage nozzle and blade sonic cleaning during start-up.

A further object is to provide a combined cycle having a built-in starter for the gas generator.

Another further object is to apply steam as a blade coolant to take full advantage of the superior physical properties of steam as a coolant and to optimize integration of such coolant with the steam cycle characteristics, such properties including specific heat, viscosity, conductivity, radiation absorptivity and Prandtl number.

These together with other objects and advantages which will become subsequently apparent reside in the details of construction and operation as more fully hereinafter described and claimed, reference being had to the accompanying drawings forming a part hereof, wherein like numerals refer to like parts throughout.

**United States Patent** [19] [11] **4,384,452**
**Rice** [45] **May 24, 1983**

[54] **STEAM-COOLED BLADING WITH STEAM THERMAL BARRIER FOR REHEAT GAS TURBINE COMBINED WITH STEAM TURBINE**

[76] Inventor: **Ivan G. Rice**, P.O. Box 233, Spring, Tex. 77373

[21] Appl. No.: **274,660**

[22] Filed: **Jun. 17, 1981**

**Related U.S. Application Data**

[60] Division of Ser. No. 47,571, Jun. 11, 1979, Pat. No. 4,314,442, which is a continuation-in-part of Ser. No. 954,838, Oct. 26, 1978, Pat. No. 4,272,953.

[51] Int. Cl.$^{3}$ .......... **F01B 5/18**; F02C 7/16
[52] U.S. Cl. .......... **60/39.182**; 60/39.54; 415/214
[58] **Field of Search** .......... 60/39.05, 39.18 B, 39.54, 60/39.58, 39.83; 415/114, 115, 214; 416/97 R, 97 A

[56] **References Cited**

**U.S. PATENT DOCUMENTS**

| | | | |
|---|---|---|---|
| 1,255,924 | 2/1918 | Peasles | 60/39.54 |
| 3,240,468 | 3/1966 | Watts et al. | 416/97 A |
| 3,443,790 | 5/1969 | Bockland | 415/115 |
| 3,619,077 | 11/1971 | Wile et al. | 415/214 |
| 3,628,880 | 12/1971 | Smuland et al. | 416/97 R |
| 3,628,885 | 12/1971 | Sidenstick et al. | 416/97 R |
| 3,729,930 | 5/1973 | Williams | 416/97 |
| 4,026,659 | 5/1977 | Freeman | 416/97 R |
| 4,153,386 | 5/1979 | Leogrande et al. | 415/115 |

**FOREIGN PATENT DOCUMENTS**

| | | | |
|---|---|---|---|
| 753633 | 7/1956 | United Kingdom | 60/39.54 |

*Primary Examiner*—Louis J. Casaregola
*Attorney, Agent, or Firm*—Stuart D. Frenkel

[57] **ABSTRACT**

Steam-cooling with a steam thermal barrier for reheat gas turbine vanes and blades offers advantages over cooling with air or water at the higher temperatures characteristic of existing high temperature gas turbines, in particular when coupled with a reheat steam cycle. Consequently, in such a combined cycle higher cycle efficiency is obtainable for gas turbine initial firing temperatures of about 2500° F. (1371° C.) and 2050° F. (1121° C.) reheat temperatures where over-all combined cycle degradation resulting from steam cooling is below about 1%. A proposed combined reheat gas turbine and steam turbine cycle includes a gas turbine having steam-cooled components operating at a cycle pressure ratio of about 38 without intercooling and included steam superheating in the reheat combustor.

**26 Claims, 20 Drawing Figures**



# STEAM-COOLED BLADING WITH STEAM THERMAL BARRIER FOR REHEAT GAS TURBINE COMBINED WITH STEAM TURBINE

This is a division of application Ser. No. 47,571 filed June 11, 1979, now U.S. Pat. No. 4,314,442, which is a continuation-in-part of application Ser. No. 954,838 filed Oct. 26, 1978, now U.S. Pat. No. 4,272,953.

## BACKGROUND OF THE INVENTION

In apparatus for generating useful power by reheating gas turbine exhaust gases, with or without combined steam cycle, conditions of temperature and pressure producing relatively high cycle efficiencies typically involve sufficiently high temperatures and high pressures to necessitate special cooling of gas turbine components. Conventionally, blade cooling is accomplished with air to extract heat from the blade surface.

The physical properties of air limit its effectiveness as a coolant medium, and impose an upper limit to the temperatures attainable in a gas turbine. Moreover, air must be sparingly and very carefully used due to its dearness and its effect on cycle degradation both with respect to power and efficiency. At all cycle pressure ratios, and particularly the higher cycle pressure ratios encountered in apparatus involving reheating gas turbine exhaust gases, very little pressure available in the small pressure drops allow only region between the compressor discharge and the nozzles and blades for a cooling.

Other approaches to gas turbine component cooling being studied, researched and developed include transpiration air cooling, water cooling and alternative materials of construction capable of withstanding the conditions encountered.

Many additional problems incident to prior approaches to component cooling include corrosion of the metal surfaces at high temperatures, low-cycle metal fatigue, radiant heat absorption, and first-stage nozzle and blade surface fouling during start-up and operation.

The following references are cited as background for the present invention and disclose the proposed combined reheat gas turbine and steam turbine cycle which is the basis of application, U.S. Ser. No. 954,838.

(1) Rice, I. G., "The Combined Reheat Gas Turbine/-Steam Turbine Cycle", Part I—"A Critical Analysis of the Combined Reheat Gas Turbine/Steam Turbine Cycle", ASME Paper No. 79-GT-7, ASME Journal of Engineering for Power, 1979

(2) Rice, I. G., "The Combined Reheat Gas Turbine/-Steam Turbine Cycle", Part II—"The LM 5000 Gas Generator Applied to the Combined Reheat Gas Turbine/Steam Turbine Cycle", ASME Paper No. 79-GT-8, ASME Journal of Engineering for Power, 1979

The above references describe essentially the invention disclosed in the parent application for patent of which this is a continuation-in-part. Other material pertinent to the present invention include published studies of the effects of steam injection on the performance of gas turbine power cycles for combined cycles, where steam is evaluated as a form of injection to augment power and to control nitrogen oxide emissions. However, no studies have been made with respect to the combined reheat gas turbine and steam turbine cycle without intercooling as the combined cycle of the present invention and no evaluation of steam as a coolant is



presented as a way to optimize the combined gas turbine and steam turbine cycle, nor is the apparatus disclosed herein described.

## SUMMARY OF THE INVENTION

In order to obtain the necessary operating temperatures and pressures at which a gas turbine is a combined reheat gas turbine and steam turbine cycle is to be operated for maximum efficiency, steam is used as a coolant and a thermal barrier. The combined cycle of the present invention optimizes the gas turbine cycle pressure ratio and simultaneously takes advantage of the cold reheat steam formed from the steam turbine in order to provide vane and blade cooling for the gas generator first stage, and to utilize extracted steam to provide cooling for second-stage gas generator blading and the power turbine blading.

The invention contemplates use of film cooling employing steam as the coolant, whereby steam with higher coolant working pressures available and higher specific heat and superior radiant, conductive, and convective cooling characteristics is an advantageous alternative to air as a coolant. Moreover, steam can be used in film cooling to advantage without sacrificing blade surface roughness, which can be critical where high Reynolds numbers are encountered.

Accordingly, an important object of the invention is to provide a process of using a combined reheat gas turbine and steam turbine cycle with pressure ratios and temperatures capable of giving high cycle efficiency operations including use of steam cooling with a steam thermal barrier for gas generator blading and power turbine blading.

Another object of the invention is to provide the combined power generating cycle on enable use to be made of cold reheat steam from a steam turbine for first-stage blade cooling of the associated gas generator, while taking advantage of use of extracted steam for cooling the second-stage gas generator blading and the power turbine blading.

Still another object is to employ film cooling of gas turbine blading with use of steam.

Yet another object is to take advantage of steam cooling to provide steam-cooled gas turbine internal apparatus having low-cycle fatigue protection prevention, hot corrosion protection, and first-stage nozzle and blade sonic cleaning during start-up.

A further object is to provide a combined cycle having a built-in starter for the gas generator.

Another further object is to apply steam as a blade coolant to take full advantage of the superior physical properties of steam as a coolant and to optimize integration of such coolant with the steam cycle characteristics, such properties including specific heat, viscosity, conductivity, radiation absorptivity and Prandt 1 number.

These together with other objects and advantages which will become subsequently apparent reside in the details of construction and operation as more fully hereinafter described and claimed, reference being had to the accompanying drawings forming a part hereof, wherein like numerals refer to like parts throughout.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a side elevational view, partly in diagrammatic section, of a gas generator and a reheat power turbine, such as can be used in a combined reheat gas power turbine and steam turbine cycle, the components

**United States Patent** [19] [11] **4,438,625**
**Rice** [45] **Mar. 27, 1984**

[54] **REHEAT GAS TURBINE COMBINED WITH STEAM TURBINE**

[76] Inventor: Ivan G. Rice, P.O. Box 233, Spring, Tex. 77373

[21] Appl. No.: 224,496

[22] Filed: Jan. 13, 1981

**Related U.S. Application Data**

[62] Division of Ser. No. 954,838, Oct. 26, 1978, Pat. No. 4,272,953.

[51] Int. Cl.³ .......... F02C 6/18
[52] U.S. Cl. .......... 60/39.17; 60/39.18
[58] Field of Search .......... 60/39.17, 39.18, 39.31, 60/39.32; 122/7 R

[56] **References Cited**

**U.S. PATENT DOCUMENTS**

| | | | |
|---|---|---|---|
| 2,547,619 | 4/1951 | Buckland | 60/39.32 |
| 2,605,610 | 8/1952 | Hermitte et al. | 60/39.18 B |
| 2,656,677 | 10/1953 | Peterson | 60/39.17 |
| 2,989,843 | 6/1961 | Ferri | 60/39.17 |
| 3,841,270 | 10/1974 | Sokolowski | 122/7 R |
| 3,844,115 | 10/1974 | Freid | 60/39.31 |
| 3,939,651 | 2/1976 | Penny | 60/39.32 |
| 4,030,288 | 6/1977 | Davis et al. | 60/39.32 |
| 4,206,593 | 6/1980 | Su et al. | 60/39.17 |

**OTHER PUBLICATIONS**

Gas Turbine World, "Industrial Gas Turbine Handbook and Directory", 1976, pp. 52 and 58.

*Primary Examiner*—Louis J. Casaregola
*Attorney, Agent, or Firm*—Stuart D. Frenkel

[57] **ABSTRACT**

A process and apparatus for generating useful power comprises the use of a combined reheat gas turbine and steam turbine cycle. The combined cycle optionally includes the superheating of steam and the reheating of steam in the reheat combustor of the reheat gas turbine. The use of second generation high pressure-ratio, high-firing temperature gas generators in the combined cycle of the present invention yields increased efficiency and output heretofore unexpected from reheat gas and combined cycles.

**21 Claims, 19 Drawing Figures**



 

The three modes of operations for which the calculations above are presented are defined by the new International Standard ISO/DIS-3977 for gas turbines, and are as follows. The continuous mode of operation represents continuous or base load operation typical of pipeline service, process applications or electric power generation up to 8700 hours per year with infrequent starting greater than 100 hours per start. The electric base mode of operation refers to longer duration of mid-range electrical power generation, with process applications up to 4000 hours per year and with up to eight hours per start. The peak mode of operation refers to short duration intermittent type of operation as occurring typically in electrical power generation for peak load demands, where operation should normally be limited to 500 hours per year and up to two hours per start.

The assumptions in the calculations above and used in the cycle are based on figures for the Model LM 5000 gas generator obtained from the manufacturer after the first second generation unit was thoroughly tested. Characteristics of the LM 5000 gas generator are shown in Table V for base load ratings of 60° F. and 14.7 psia inlet pressure:

TABLE V

| Characteristics of Gas Generator. | Base Load Ratings - 60° F. and 14.7 Psia Inlet LM 5000 |
|---|---|
| Cycle Pressure Ratio $P_2/P_1$ | 29 |
| Exhaust Flow lb./sec. | 272 |
| IGHP × $10^3$* | 50.00 |
| Cycle Eff. (IGHP)* LHV % | 43.0 |
| Firing Temp. F. | 2,100 |
| Gas Generator Ex Pressure Psia | 56.10 |
| Gas Generator Ex Temp. F. | 1,215 |

*Isentropic Gas Horsepower for 100% Expansion Efficiency.

It is clear from comparison of the results of Table II and Table IV that steam reheat generates an over-all power plant efficiency approaching or exceeding 50% LHV when burning the distillate fuel in the apparatus of FIG. 4. Even without incorporation of the superheater in the second combustor, it is possible with an arrangement such as that of FIG. 2 or a process shown in FIG. 1 to obtain net cycle efficiencies approaching or exceeding 49%. These efficiencies represent improvements over the efficiencies obtainable with use of conventional electric power generating equipment, and can lead to considerable cost savings in actual operation. A simplified economic evaluation for half plant capacity and one power turbine making certain reasonable assumptions as to unit size, fuel cost, and the results of earlier calculations, the economic data of Table VI provide a measure of the degree of commercial success expectable with both the reheat gas turbine and with the reheat gas turbine combined with the reheat steam turbine:

TABLE VI

Comparative Economic Analysis of Units Utilizing Reheat Cycles.

| Unit | Cycle Eff. LHV | % Inc. Eff. | % Fuel Consump. | Fuel Cost* \$/yr. × $10^6$ | Savings* \$/yr. $10^6$ | Savings* \$ × $10^6$/ 5 yrs | Savings* \$ × $10^6$/ 5 yrs. |
|---|---|---|---|---|---|---|---|
| Conventional Combined Cycle | 44 | Base | 100 | 12.41 | Base | Base | — |
| Reheat G. Turb./ S. Turb. (FIG. 2) | 48.5 | 10.2 | 90.7 | 11.26 | 1.15 | 5.75 | Base |
| Reheat G. Turb. 1 Reheat S. Turb. (FIG. 4) | 49.5 | 12.5 | 88.9 | 11.03 | 1.38 | 6.90 | 1.15 |

*Based on Fuel Cost of \$2.50 × $10^6$ BTU LHV.

Table VI indicates that there would be generation of 5.75 million dollars in five years for amortization of the capital cost of the reheat power turbine, while an additional 1.15 million dollars would be made available in five years of operation to amortize the capital cost of a reheat gas turbine combined with a reheat steam turbine system. It should further be noted that a savings in the heat recovery boiler would result, since the boiler would be simpler and have less surface and greater mean temperature difference. Moreover, the two superheaters would not be duplicated in the heat recovery boiler, effecting even further savings. These figures which are based on the standard industry accepted combined cycle available today having a cycle efficiency of 44% LHV, provide a clear indication of the degree of commercial success expectable from the two embodiments of the present invention, but the existence of uncertainties, such as rising fuel costs, limited future oil supply, coal fuel development, high interest rates, power rate increases, and other uncertainties, could result in a shift favoring the embodiments of the present invention to an even greater extent in the future.

Considerations incident to the reheat turbine combustor of the present invention are the following. Combustor 36 incorporates an annular liner 121 flaring outwardly to an exit plane 170 at power turbine 42. Fuel nozzles 120 are disposed in liner 121 and have orifices 123 equally spaced on an orifice plane and separated by a chord width having a chord width diameter with respect to axis 172 of the entire arrangement. Fuel nozzles 120 are directed outwardly along a pitch line forming a pitch angle with respect to axis 172, the intersection of the pitch lines with exit plane 170 having a pitch line diameter in a certain preferred ratio to the chord diameter. This ratio is determined by calculating the volume ratio of gases at the exit plane and at the orifice plane by applying Boyle's low, PV=WRT. Under typical conditions, the output gas at the exit plane of the gas generator combustor 30 has a temperature of approximately 2100° F. (1149° C.) and a pressure of approximately 30 atmospheres, while the exhaust gas at the orifice plane of the reheat combustor 36 has a temperature of approximately 1800° F. (982° C.) and 3.75 atmo-

spheres. Accordingly, a volume ratio of 6.9 is obtained, and this value is preferably increased slightly to produce a lower pressure drop combustor 36.

Moreover, the length of diffuser 124 and combustor 36 should be about 60% greater than the diffuser of a conventional power turbine not incorporating combustor 36. Preferably, diffuser 124 and in the alternative apparatus, diffuser 130, has a length of at least about four feet to prevent separation and resulting turbulence of incoming gas for the LM 5000 gas generator with a gas flow rate of 272 lb/sec. at a flow temperature of 1215° F. and a pressure of 56.1 psia as given in Table V. Of course, diffuser 124 or 130 will be constructed of proper angular change and cross-sectional area change to accomplish the above. The power turbine diameter can be slightly greater, and the nozzle chord width adjusted to give approximately 1.35 times the first stage power turbine nozzle area.

Referring again to FIGS. 4 to 6, the required diameter of cavity 90 is about 10 feet for the LM 5000, which takes into account a gas velocity of about 100 feet per second and the increase in area required to accommodate superheater tubes 142, assuming an average gas temperature of about 2000° F. (1093° C.). The increase in area to accommodate tubes 142 is about 70%. The length of cavity 90 can vary somewhat according to the surface area required for superheating, and a workable length is about 18 feet. Outer shell 176 is fabricated in sections about two feet long and bolted together at joints 178 so that superheater coils 142 can be inserted properly. The outer shell 176 and associated pipes 56, 92, 94, 96, etc., can be disconnected from headers 144, 146, 148 and 150 at flanges 57, 93, 95, 97, etc., for removal of the two foot sections of outer shell 176. Superheater tubes 142 are wrapped around in a manner to form helical coils of specific configurations, such as that illustrated in FIG. 5. Coils 142 form an annular combustion cavity and control air flow to burner 136. Downstream from burner 136 coils 142 then temper hot combustion gases and distribute them through coils 142. Combustion cap 155 can also be seen.

In the arrangement shown in FIG. 5, cold steam enters at the bottom of cavity 90, circulates through tubes 142 and then exits at the top for each superheater. Shell 176 can be center-line supported by supporting mounts 180 to control expansion and to maintain a reasonable center-line elevation with respect to foundation 182 and to satisfy axial alignment of gas generator 20 and power turbine 42. Furthermore, gas generator 20 can be quickly and readily removed to service cavity 90.

Superheater coils 142 are individually configured so that each tube length is balanced for steam pressure drop and for equal radiant and convection heat absorption area. Equal pressure drop is needed for flow distribution and the balance of radiation and convection heat absorption provides good superheater temperature control, particularly at partial load conditions. The gas side pressure drop of conventional superheaters is about two inches of water per superheater, amounting to less than a one percent drop for the two superheaters in an atmospheric aspirated boiler. This percent pressure loss can be applied to superheater coils 142 operating at approximately 3.75 atmospheres. Tubes 142 are fabricated with three different sizes, 160, 162 and 164, and are streamlined with perforated leading and trailing edge overlays 158 to minimize pressure drop to control the hot gas flow as illustrated in FIG. 6. The perforations allow proper temperature gas to enter and reach the interior surfaces of tubes 160, 162 and 164, thereby increasing considerably the effective heat transfer area. Diffuser 130 from gas generator 20 to cavity 90 has an extra length, and the gas generator assisted by the angle of the struts 132 imparts a swirl to gas passing therethrough to give the gas a longer flow path to assist in diffusion of the gas entering cavity 90.

Power turbine 42 has a nozzle consisting of an outer cone or bell mouth 196 and inner bullet-shaped nose 157 to reduce inlet loss from cavity 90 to power turbine 42, where velocity of gas is increased.

Data are shown in Table VII comparing a non-reheat steam turbine cycle and a reheat steam turbine cycle each combined with the reheat gas turbine cycle, where pertinent data on the gas generator power turbine and boiler are included. As in previous comparisons, calculations have been made for three modes of operation, namely, continuous, electric base and peak. It is seen that under all modes of operation, the cycle efficiency is improved by use of steam reheat, and total net output is increasedsubstantially.

TABLE VII

Half Plant Capacity
Non-Reheat Steam Turbine Steam Conditions 1250 psig - 900° F.
Reheat Steam Turbine Steam Conditions 2400 psig - 1000/1000° F.
Average Gas Generator Figures Presented

| | | Continuous | | Electric Base | | Peak | |
|---|---|---|---|---|---|---|---|
| | | No STRH | STRH | No STRH | STRH | No STRH | STRH |
| 1. | GG IHP × $10^3$ | 50.0 | | 55.0 | | 59.1 | |
| 2. | GG Firing Temperature °F. | 2100° | | 2250° | | 2400° | |
| 3. | GG Exhaust Flow lb/Sec. | 272 | | 283 | | 289 | |
| 4. | GG Exhaust Temperature °F. | 1215 | | 1262 | | 1295 | |
| 5. | GG Exhaust Pressure psia | 56.10 | | 58.60 | | 61.0 | |
| 6. | GG Fuel Cons. BTU/HR × $10^6$ LHV | 296.24 | | 320.16 | | 336.72 | |
| 7. | Fuel Cons. BTU/HR × $10^6$ LHV | 169.55 | 337.75 | 162.57 | 334.14 | 155.90 | 328.22 |
| 8. | Tot. Fuel Cons. BTU/HR × $10^6$ LHV | 465.79 | 633.99 | 482.73 | 654.30 | 492.62 | 664.94 |
| 9. | PT Ex. Flow to Boiler lb/Sec. | 274.5 | 277.2 | 285.4 | 288.1 | 291.3 | 294.0 |
| 10. | PT Ex. Temp. to Boiler °F. | 1269 | 1281 | 1253 | 1266 | 1240 | 1252 |
| 11. | PT Expansion Ratio | 3.702 | | 3.867 | | 4.025 | |
| 12. | PT Net Output BTU/lb Flow | 151.3 | 152.2 | 155.8 | 156.5 | 159.7 | 160.4 |
| 13. | Steam Flow lb/HR × $10^3$ | 197.5 | 292.1 | 200.5 | 298.6 | 199.9 | 300.1 |
| 14. | Boiler Stack Temp. °F. | 328 | 300 | 335 | 300 | 341 | 300 |
| 15. | Air/Fuel Ratio lb. Air/# Feul | 38.40 | 28.21 | 38.42 | 28.34 | 38.32 | 28.39 |
| 16. | PT Net MW Output | 43.00 | 43.61 | 45.97 | 46.60 | 48.08 | 48.75 |
| 17. | ST Net MW Output | 23.44 | 48.23 | 23.81 | 49.31 | 23.73 | 49.56 |
| 18. | Total Net MW Output | 66.44 | 91.84 | 69.78 | 95.91 | 71.81 | 98.31 |

United States Patent [19]
Rice

[11] Patent Number: 4,507,914
[45] Date of Patent: Apr. 2, 1985

[54] **STEAM COOLED GAS GENERATOR**

[76] Inventor: Ivan G. Rice, P.O. Box 233, Spring, Tex. 77373

[21] Appl. No.: 416,275

[22] Filed: Sep. 9, 1982

**Related U.S. Application Data**

[60] Continuation-in-part of Ser. No. 224,496, Jan. 13, 1981, Pat. No. 4,438,625, and Ser. No. 274,660, Jun. 17, 1981, Pat. No. 4,384,452, which is a division of Ser. No. 47,571, Jun. 11, 1979, Pat. No. 4,314,442, said Ser. No. 224,496, is a division of Ser. No. 954,832, Oct. 26, 1978, Pat. No. 4,272,953.

[51] Int. Cl.³ .......... F02C 7/16
[52] U.S. Cl. .......... 60/39.17; 60/39.182; 60/728; 60/730; 415/114; 415/178
[58] Field of Search .......... 60/39.182, 39.19, 39.53, 60/39.54, 39.55, 39.58, 39.59, 728, 730, 39.17; 415/114, 115, 116, 117, 177, 178, 179, 180

[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,241,782 | 5/1941 | Jendrassik | 415/180 |
| 2,586,025 | 2/1952 | Godfrey | 60/39.182 |
| 2,648,519 | 8/1953 | Campini | 60/39.75 |
| 4,333,309 | 6/1982 | Coronel | 60/39.182 |

FOREIGN PATENT DOCUMENTS

309540 1/1930 United Kingdom .

*Primary Examiner*—Louis J. Casaregola
*Attorney, Agent, or Firm*—Stuart D. Frenkel

[57] **ABSTRACT**

A reheat gas and double reheat steam turbine combined cycle is provided in which the outer compressor shell and gas generator turbine are modified for steam cooling to control tip clearances of the rotating blades of the compressor and gas generator turbine with the respective shells which confine the blading.

**58 Claims, 20 Drawing Figures**



## STEAM COOLED GAS GENERATOR

### CROSS REFERENCE TO RELATED APPLICATIONS

This application is a continuation-in-part of U.S. Ser. No. 274,660, filed June 17, 1981 (U.S. Pat. No. 4,384,452), which is a Division of U.S. Ser. No. 47,571, filed June 11, 1979, now U.S. Pat. No. 4,314,442.

This application is also a continuation-in-part of U.S. Ser. No. 224,496, filed Jan. 13, 1981 (U.S. Pat. No. 4,438,625), which is a Division of U.S. Ser. No. 954,832, filed Oct. 26, 1978, now U.S. Pat. No. 4,272,953.

### FIELD OF THE INVENTION

This invention relates to improvements in the reheat gas turbine and, more particularly, to a reheat gas turbine/steam turbine combined cycle with steam cooling of the gas generator and power turbine. The invention further relates to a process of performing work using a steam cooled reheat gas turbine.

In U.S. Pat. No. 4,272,953, applicant has disclosed that second generation high-cycle pressure-ratio, high-firing temperature gas generators can be used in the reheat gas turbine/steam turbine combined cycle to yield increased efficiency and output heretofore unexpected from reheat gas combined cycles. A novel reheat gas turbine without intercooling combined with a steam turbine is further disclosed in applicant's pending application, U.S. Ser. No. 224,496, filed Jan. 10, 1981. In this pending application, the reheat gas turbine comprises a juxtaposed and axially aligned gas generator and power turbine in which gas flow through the gas generator, reheat combustor and power turbine is substantially linear throughout.

In U.S. Pat. No. 4,314,442, applicant has disclosed that steam extracted from the steam turbine in a reheat gas turbine/steam turbine combined cycle can be used to cool the reheat gas turbine vanes and rotating blades. Steam cooling is shown to offer advantages over cooling with air or water at the higher temperatures which are possible in the reheat gas turbine/steam turbine combined cycle described in U.S. Pat. No. 4,272,953. As described in U.S. Pat. No. 4,314,442, the extracted steam is directed as a thermal barrier over the reheat gas turbine vanes and rotating discs and blades from internal steam plenums within the respective vanes and blades. Internal steam convective cooling of the gas turbine rotating blades is also beneficially used. The heated coolant steam is eventually ejected into the gas stream. It has been found that gas generator work is obtained by ejecting the coolant into the gas stream and reheat pressure and reheat temperature are raised as well.

The reheat gas turbine power output and associated reheat gas turbine and steam turbine combined cycle efficiency is, however, limited by the exhaust temperature. The reheat-firing temperature is also limited as a result. The large physical size of the power turbine last-stage blading, support struts, outer casing, inner barrel and exhaust hood imposes strength and material challenges in view of the high temperature environment. Thus, where extensive exiting cooling is not contemplated, a low exhaust ceiling must be set. Such a temperature restraint in turn results in a modest reheat temperature (2200° F.) that has been contemplated. A 2200° F. reheat temperature can be considered modest in view of the future advancements being made in blade cooling by air (transpiration), water, and steam where a reheat temperature of 2400° to 2600° F. is within reach. This higher reheat temperature would be compatible with the proposed inlet temperature of 2600° F. of the gas generators presently being developed. Accordingly, important objects of the present invention include overcoming the limitation of reheat-firing temperature and realizing the improvement in terms of output and cycle efficiency which is possible when a reheat gas turbine containing a second generation gas generator having a high-cycle pressure ratio (38–42) and high firing temperature (2600° F.) is combined with a steam turbine.

Aircraft and industrial gas turbines with cycle pressure ratios of 5 to 7 and with firing temperatures of 1400° to 1500° F. have in the past been designed to operate satisfactorily through the proper material selection and known design procedures. Tip clearances of the compressor and turbine rotating blades with respect to the stationary casings were important, but not overly critical to the operation of the engines. No special cooling techniques were necessary to control tip clearance for these low-cycle ratios.

Today, engines with cycle-pressure ratios of 20 to 30 have been in service for a number of years (aircraft: CF6, JP9, RB-211; and industrial: LM 2500, LM 5000, and RB-211). Material selection and cooling techniques have been developed to match the expansion of the discs and the rotating blades with the expansion of the stator parts, struts and casings to retain acceptable blade-tip clearances. Presently, commercial-jet engines are being developed with cycle-pressure ratios of 38 to 42 and base load firing temperatures of 2250° F. Cycle pressure ratios up to 44 are even now being contemplated.

These high-pressure ratio, high-temperature engines encounter far more severe duty and necessitate more careful material selection. Advanced design methods of controlling tip clearance of both the compressor and turbine sections are necessary. Mini computers and micro-processors are being applied to control the compressor and turbine outer-shell cooling to shrink or expand the casings to maintain close tip clearance and at the same time prevent tip rubbing. Air is being proposed to provide the shell cooling, either through impingement cooling or convection to accomplish active blade-tip control.

Close compressor blade-tip clearance is necessary to obtain high-compression efficiency at the elevated pressures and higher compression temperatures presently contemplated where the reduced blading size accentuates the fluid dynamics involved. Tip leakage and recirculation reduces compression efficiency and if not controlled the higher-cycle pressure ratios will not provide higher cycle efficiency and a corresponding lower specific-fuel consumption. Similarly, turbine blade-tip clearance is important to prevent gas-blade bypass, particularly in regard to the first-stage blading where a high pressure drop of 3 to 4 ratio is being realized through new techniques such as blunt-nosed "S"-wall nozzle vanes and a higher degree of reaction in transonic-rotating blades (40% reaction and 60% impulse).

Prototype jet engines being designed present[illegible]e to operate at about 2250° F. base load inlet tem[illegible]ture using air as the blade, disc and casing coolan[illegible] When considering 2400° to 2700° F. inlet temperatur[illegible]r an industrial-gas generator as proposed in the pr[illegible] invention, there is a critical ducting area betw[illegible] he

**United States Patent** [19]
**Rice**

[11] **Patent Number: 4,543,781**
[45] **Date of Patent: Oct. 1, 1985**

[54] **ANNULAR COMBUSTOR FOR GAS TURBINE**

[76] Inventor: Ivan G. Rice, P.O. Box 233, Spring, Tex. 77373

[21] Appl. No.: 486,495

[22] Filed: Apr. 19, 1983

**Related U.S. Application Data**

[60] Continuation-in-part of Ser. No. 274,660, Jun. 17, 1981, Pat. No. 4,384,452, and Ser. No. 224,496, Jan. 13, 1981, Pat. No. 4,438,625, said Ser. No. 274,660, is a division of Ser. No. 47,571, Jun. 11, 1979, Pat. No. 4,314,442, said Ser. No. 224,496, is a division of Ser. No. 954,832, Oct. 26, 1978, Pat. No. 4,272,953.

[51] Int. Cl.⁴ ........ F02C 3/14
[52] U.S. Cl. ........ 60/39.36; 60/730; 60/755
[58] Field of Search ........ 60/39.32, 39.36, 730, 60/737, 751, 752, 755, 756, 757

[56] **References Cited**

**U.S. PATENT DOCUMENTS**

| | | | |
|---|---|---|---|
| 2,544,538 | 3/1951 | Mahuken et al. | 60/39.32 |
| 2,569,446 | 10/1951 | Bonvillian et al. | 60/39.36 |
| 2,647,368 | 8/1953 | Triebnigg et al. | 60/39.05 |
| 2,743,579 | 5/1956 | Gaubatz | 60/39.36 |
| 2,988,886 | 6/1961 | Hamm et al. | 60/752 |
| 3,631,674 | 1/1972 | Taylor | 60/39.36 |
| 3,722,216 | 3/1973 | Bahr et al. | 60/737 |
| 3,729,930 | 5/1973 | Williams | 416/97 R |
| 3,804,551 | 4/1974 | Moore | 416/97 R |
| 3,849,025 | 11/1974 | Grondahl | 416/97 R |

**FOREIGN PATENT DOCUMENTS**

| | | | |
|---|---|---|---|
| 767546 | 11/1952 | Fed. Rep. of Germany | 416/97 R |
| 117810 | 9/1979 | Japan | 416/97 R |
| 104506 | 11/1980 | Japan | 415/115 |

*Primary Examiner*—Louis J. Casaregola
*Attorney, Agent, or Firm*—Stuart D. Frenkel

[57] **ABSTRACT**

A combustor for producing a combustion gas stream turns the gas exiting therefrom to direct the gas stream at a first stage nozzle at a more advantageous angle of attack. The combustor is formed of a plurality of sections, each section containing a plurality of U-shaped steam coils placed askew to the linear axis if the combustor, the bend of the tubes forming the dome and the legs forming the respective inner and outer surfaces of the annulus.

**21 Claims, 17 Drawing Figures**



## ANNULAR COMBUSTOR FOR GAS TURBINE

### CROSS REFERENCE TO RELATED APPLICATIONS

This application is a Continuation-in-part of U.S. application Ser. No. 274,660, filed June 17, 1981, now U.S. Pat. No. 4,384,452 which is a division of U.S. application Ser. No. 47,571, filed June 11, 1979, now U.S. Pat. No. 4,314,442.

This application is also a Continuation-in-part of U.S. application Ser. No. 224,496, filed Jan. 13, 1981, now U.S. Pat. No. 4,438,625 which is a division of U.S. application Ser. No. 954,832, filed Oct. 26, 1978, now U.S. Pat. No. 4,272,953.

### FIELD OF THE INVENTION

This invention relates to improvements in the reheat gas turbine and, more specifically, to a reheat gas turbine/steam turbine combined cycle with steam cooling of the first stage nozzle vanes contained in both the gas generator and power turbine. The invention further relates to a process of performing work using a steam cooled reheat gas turbine. This invention is equally applicable to simple cycle gas turbines.

### DESCRIPTION OF PRIOR ART

In U.S. Pat. No. 4,272,953, applicant has disclosed that second generation, high-cycle pressure-ratio, high-firing temperature gas generators can be used in the reheat gas turbine/steam turbine combined cycle to yield increased efficiency and output heretofore unexpected from reheat gas combined cycles. A novel reheat gas turbine without intercooling combined with a steam turbine is further disclosed in applicant's pending application, U.S. Ser. No. 224,496, filed Jan. 10, 1981. In this pending application, the reheat gas turbine comprises a juxtaposed and axially aligned gas generator and power turbine in which gas flow through the gas generator, reheat combustor and power turbine is substantially linear throughout.

In U.S. Pat. No. 4,314,442, applicant has disclosed that steam extracted from the steam turbine in a reheat gas turbine/steam turbine combined cycle can be used to cool the reheat gas turbine vanes and rotating blades. Steam cooling is shown to offer advantages over cooling with air or water at the higher temperatures which are possible in the reheat gas turbine/steam turbine combined cycle described in U.S. Pat. No. 4,272,953. As described in U.S. Pat. No. 4,314,442, the extracted steam is directed as an external thermal barrier over the reheat gas turbine vanes and rotating discs and blades from internal steam plenums within the respective vanes and blades. Internal steam convective cooling of the gas turbine rotating blades is also beneficially used. The heated coolant steam is eventually ejected into the gas stream. It has been found that gas generator work is obtained by ejecting the coolant into the gas stream and reheat pressure and reheat temperature are raised as well.

In pending applications, U.S. Ser. Nos. 416,171; 416,172; 416,173 and 416,275; all filed Sept. 9, 1982, applicant has disclosed that the gas generator and power turbine casings, struts, inner barrels, exhaust hood and discs can be cooled by steam to allow a higher reheat firing temperature. These parts are cooled in a computer-controlled manner wherein the tip clearances of the compressor and turbine blades can be reduced



and minimized under all operating conditions to improve cycle output and efficiency. A closed steam cooling system is disclosed wherein the coolant steam after being heated is re-introduced to the steam turbine to form a second steam reheat which results in greater steam turbine output at a higher combined cycle efficiency.

As shown by applicant, there are distinct advantages to utilize steam as a gas turbine blade coolant for high-inlet temperature levels of 2600° F. for both the simple and reheat gas trubines operating in the combined cycle mode. For example, steam is twice as effective a coolant as air and is not as harsh or as difficult to control as water. All of applicant's U.S. patents and pending applications as described above are herein incorporated by reference to illustrate the advantages of steam as a blade coolant.

Air has been extensively used as a blade coolant. The emphasis in applying air as a coolant has been to accomplish the most effective cooling possible and thus allow raising the turbine inlet temperature. The air coolant has been given only secondary consideration as a working fluid. However, aircraft engine manufacturers are presently using thermal barrier ceramic coatings for the blading whereby less air is consumed for cooling, leaving more air to do full work.

On the other hand, when considering steam as a coolant, as in applicant's prior patents and pending applications, emphasis can also be placed on the steam being a working fluid. Pressure drop is not as critical since water can be pumped to 3000 psia pressure for only 10 BTU/lb. The old criteria of cooling effectiveness does not hold the same meaning where it is now possible to heat the majority of the steam to the maximum while at the same time provide thermal shielding of the blading through an exterior laminar sublayer of steam which comprises only a small amount of the total steam flow.

An integrated propulsion nozzle is being applied to the "Rolls-Royce RB-211-535 E4" engine for the "Boeing 757" aircraft. Performance gains giving 2% lower specific fuel consumption are realized where both the fan and the hot-core flows exhaust through a single propelling nozzle. High supersonic drag over the afterbody is reduced to a lower subsonic drag. The "RB-211" exit nozzle measures several feet in diameter. However, the same general concept can be applied to very small steam nozzles measuring ten to twenty thousandths of an inch whereby steam with its much lower viscosity, higher specific heat, and higher Mach 1 velocity than air can be substituted in principle for the fan bypass air.

Historically, gas turbine first stage nozzle vanes have been subject to leading edge burning and low cycle fatigue cracking and the trailing edge region has been prone to develop hot spots, cracks and burn areas, particularly on the suction sides. Shower-head weep holes at the leading edge of the nozzle vanes have been added to provide cooling thereof, but the very thin trailing edge portion has been difficult to properly cool due to lack of adequate space and available thickness.

Various methods of air cooling both stationary vanes and rotating blades have been patented and are in use today in aircraft and industrial gas turbines. U.S. Pat. No. 3,628,880 granted Dec. 21, 1971 to Robert J. Smuland et al relates to an air cooled vane utilizing impingement cooling, convection cooling with turbulence promoters and external film cooling. U.S. Pat. No.

# United States Patent [19]

**Rice**

[11] **Patent Number: 4,545,197**

[45] **Date of Patent: Oct. 8, 1985**


[54] **PROCESS FOR DIRECTING A COMBUSTION GAS STREAM ONTO ROTATABLE BLADES OF A GAS TURBINE**

[76] Inventor: Ivan G. Rice, P.O. Box 233, Spring, Tex. 77373


[21] Appl. No.: 486,334

[22] Filed: Apr. 19, 1983

**Related U.S. Application Data**

[60] Continuation-in-part of Ser. No. 274,660, Jun. 17, 1981, Pat. No. 4,384,452, which is a division of Ser. No. 47,571, Jun. 11, 1979, Pat. No. 4,314,442, and a continuation-in-part of Ser. No. 224,496, Jan. 13, 1981, Pat. No. 4,438,625, which is a division of Ser. No. 954,832, Oct. 26, 1978, Pat. No. 4,272,953.

[51] Int. Cl.⁴ ........................ F02C 7/00; F02C 7/16

[52] U.S. Cl. ........................ 60/39.05; 60/39.58

[58] Field of Search ................ 60/39.02, 39.05, 39.54, 60/39.58, 39.36; 415/114, 115, 181; 416/97 R



[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,647,368 | 8/1953 | Triebbnigg et al. | 60/39.05 |
| 2,743,579 | 5/1956 | Gaubatz | 60/39.36 |
| 3,631,674 | 1/1972 | Taylor | 60/39.36 |
| 3,729,930 | 5/1973 | Williams | 416/97 R |
| 3,804,551 | 4/1974 | Moore | 416/97 R |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 104506 | 11/1980 | Japan | 415/115 |



*Primary Examiner*—Louis J. Casaregola

*Attorney, Agent, or Firm*—Stuart D. Frenkel



[57] **ABSTRACT**

A process for producing work comprises passing a combustion gas stream through a gas nozzle which directs the stream onto the rotatable blades of an expansion turbine. A fluid having a sonic velocity greater than the combustion gas is directed against and across the air-foil shaped vanes which form the nozzle at sonic velocity allowing the gas stream to accelerate to beyond Mach 1 without excessive loss of pressure. The fluid such as steam can be used to cool the vanes prior to entering the gas stream.

**19 Claims, 17 Drawing Figures**




United States Patent [19]
Rice

[11] Patent Number: 4,550,562
[45] Date of Patent: Nov. 5, 1985

[54] METHOD OF STEAM COOLING A GAS GENERATOR

[76] Inventor: Ivan G. Rice, P.O. Box 233, Spring, Tex. 77373

[21] Appl. No.: 416,173

[22] Filed: Sep. 9, 1982

Related U.S. Application Data

[60] Continuation-in-part of Ser. No. 274,660, Jun. 17, 1981, Pat. No. 4,384,452, and a continuation-in-part of Ser. No. 224,496, Jan. 13, 1981, Pat. No. 4,438,625, which is a division of Ser. No. 954,832, Oct. 26, 1978, Pat. No. 4,272,953, said Ser. No. 274,660, is a division of Ser. No. 47,571, Jun. 11, 1979, Pat. No. 4,314,442.

[51] Int. Cl.[4] .......................... F02C 7/143; F02C 7/16
[52] U.S. Cl. ...................................... 60/39.02; 60/728
[58] Field of Search ............... 60/39.02, 39.182, 39.19, 60/39.53, 39.54, 39.55, 39.58, 39.59, 728, 730; 415/114, 115, 116, 117, 177, 178, 179, 180

[56] References Cited

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 1,708,402 | 4/1929 | Schilling | 60/39.19 |
| 2,241,782 | 5/1941 | Jendrassik | 415/180 |
| 2,586,025 | 2/1952 | Godfrey | 60/39.182 |
| 4,333,309 | 6/1982 | Coronel | 60/39.182 |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 955011 | 7/1951 | France | 415/114 |
| 309450 | 1/1930 | United Kingdom . | |

*Primary Examiner*—Louis J. Casaregola
*Attorney, Agent, or Firm*—Stuart D. Frenkel

[57] ABSTRACT

A reheat gas and double reheat steam turbine combined cycle is provided in which the outer compressor shell and gas generator turbine are cooled with steam to control tip clearance of the rotating blades of the compressor and gas generator turbine with the respective shells which confine the blading. Steam cooling of the gas generator turbine blading as well as the low and high pressure gas generator shafts are also provided.

9 Claims, 20 Drawing Figures



# METHOD OF STEAM COOLING A GAS GENERATOR

## CROSS REFERENCE TO RELATED APPLICATIONS

This application is a continuation-in-part of U.S. Ser. No. 274,660, filed June 17, 1981 (U.S. Pat. No. 4,384,452), which is a Division of U.S. Ser. No. 47,571, filed June 11, 1979, now U.S. Pat. No. 4,314,442.

This application is also a continuation-in-part of U.S. Ser. No. 224,496, filed Jan. 13, 1981 (U.S. Pat. No. 4,438,625), which is a Division of U.S. Ser. No. 954,832, filed Oct. 26, 1978, now U.S. Pat. No. 4,272,953.

## FIELD OF THE INVENTION

This invention relates to improvements in the reheat gas turbine and, more particularly, to a reheat gas turbine/steam turbine combined cycle with steam cooling of the gas generator and power turbine. The invention further relates to a process of performing work using a steam cooled reheat gas turbine.

In U.S. Pat. No. 4,272,953, applicant has disclosed that second generation high-cycle pressure-ratio, high-firing temperature gas generators can be used in the reheat gas turbine/steam turbine combined cycle to yield increased efficiency and output heretofore unexpected from reheat gas combined cycles. A novel reheat gas turbine without intercooling combined with a steam turbine is further disclosed in applicant's pending application, U.S. Ser. No. 224,496, filed Jan. 10, 1981. In this pending application, the reheat gas turbine comprises a juxtaposed and axially aligned gas generator and power turbine in which gas flow through the gas generator, reheat combustor and power turbine is substantially linear throughout.

In U.S. Pat. No. 4,314,442, applicant has disclosed that steam extracted from the steam turbine in a reheat gas turbine/steam turbine combined cycle can be used to cool the reheat gas turbine vanes and rotating blades. Steam cooling is shown to offer advantages over cooling with air or water at the higher temperatures which are possible in the reheat gas turbine/steam turbine combined cycle described in U.S. Pat. No. 4,272,953. As described in U.S. Pat. No. 4,314,442, the extracted steam is directed as a thermal barrier over the reheat gas turbine vanes and rotating discs and blades from internal steam plenums within the respective vanes and blades. Internal steam convective cooling of the gas turbine rotating blades is also beneficially used. The heated coolant steam is eventually ejected into the gas stream. It has been found that gas generator work is obtained by ejecting the coolant into the gas stream and reheat pressure and reheat temperature are raised as well.

The reheat gas turbine power output and associated reheat gas turbine and steam turbine combined cycle efficiency is, however, limited by the exhaust temperature. The reheat-firing temperature is also limited as a result. The large physical size of the power turbine last-stage blading, support struts, outer casing, inner barrel and exhaust hood imposes strength and material challenges in view of the high temperature environment. Thus, where extensive exiting cooling is not contemplated, a low exhaust ceiling must be set. Such a temperature restraint in turn results in a modest reheat temperature (2200° F.) that has been contemplated. A 2200° F. reheat temperature can be considered modest



in view of the future advancements being made in blade cooling by air (transpiration), water, and steam where a reheat temperature of 2400° to 2600° F. is within reach. This higher reheat temperature would be compatible with the proposed inlet temperature of 2600° F. of the gas generators presently being developed. Accordingly, important objects of the present invention include overcoming the limitation of reheat-firing temperature and realizing the improvement in terms of output and cycle efficiency which is possible when a reheat gas turbine containing a second generation gas generator having a high-cycle pressure ratio (38–42) and high firing temperature (2600° F.) is combined with a steam turbine.

Aircraft and industrial gas turbines with cycle pressure ratios of 5 to 7 and with firing temperatures of 1400° to 1500° F. have in the past been designed to operate satisfactorily through the proper material selection and known design procedures. Tip clearances of the compressor and turbine rotating blades with respect to the stationary casings were important, but not overly critical to the operation of the engines. No special cooling techniques were necessary to control tip clearance for these low-cycle ratios.

Today, engines with cycle-pressure ratios of 20 to 30 have been in service for a number of years (aircraft:CF6, JP9, RB-211; and industrial: LM 2500, LM 5000, and RB-211). Material selection and cooling techniques have been developed to match the expansion of the discs and the rotating blades with the expansion of the stator parts, struts and casings to retain acceptable blade-tip clearances. Presently, commercial-jet engines are being developed with cycle-pressure ratios of 38 to 42 and base load firing temperatures of 2250° F. Cycle pressure ratios up to 44 are even now being contemplated.

These high-pressure ratio, high-temperature engines encounter far more severe duty and necessitate more careful material selection. Advanced design methods of controlling tip clearance of both the compressor and turbine sections are necessary. Mini computers and micro-processors are being applied to control the compressor and turbine outer-shell cooling to shrink or expand the casings to maintain close tip clearance and at the same time prevent tip rubbing. Air is being proposed to provide the shell cooling, either through impingement cooling or convection to accomplish active blade-tip control.

Close compressor blade-tip clearance is necessary to obtain high-compression efficiency at the elevated pressures and higher compression temperatures presently contemplated where the reduced blading size accentuates the fluid dynamics involved. Tip leakage and recirculation reduces compression efficiency and if not controlled the higher-cycle pressure ratios will not provide higher cycle efficiency and a corresponding lower specific-fuel consumption. Similarly, turbine blade-tip clearance is important to prevent gas-blade bypass, particularly in regard to the first-stage blading where a high pressure drop of 3 to 4 ratio is being realized through new techniques such as blunt-nosed "S"-wall nozzle vanes and a higher degree of reaction is transonic-rotating blades (40% reaction and 60% impulse).

Prototype jet engines being designed presently are to operate at about 2250° F. base load inlet temperature using air as the blade, disc and casing coolant. When considering 2400° to 2700° F. inlet temperatures for an industrial-gas generator as proposed in the present in-

**United States Patent** [19]
**Rice**

[11] **Patent Number:** **4,565,490**
[45] **Date of Patent:** **Jan. 21, 1986**

[54] **INTEGRATED GAS/STEAM NOZZLE**

[76] Inventor: **Ivan G. Rice**, P.O. Box 233, Spring, Tex. 77373

[21] Appl. No.: **486,336**

[22] Filed: **Apr. 19, 1983**

**Related U.S. Application Data**

[60] Continuation-in-part of Ser. No. 274,660, Jun. 17, 1981, Pat. No. 4,384,452, which is a division of Ser. No. 47,571, Jun. 11, 1979, Pat. No. 4,314,442, and a continuation-in-part of Ser. No. 224,496, Jan. 13, 1981, Pat. No. 4,438,625, which is a division of Ser. No. 954,832, Oct. 26, 1978, Pat. No. 4,272,953.

[51] **Int. Cl.⁴** .......... **F02C 7/16**
[52] **U.S. Cl.** .......... **415/114; 415/115**
[58] **Field of Search** .......... 60/39.02, 39.05, 39.36, 60/39.54, 39.58; 415/114, 115, 181; 416/97 R

[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,647,368 | 8/1953 | Tribbnigg et al. | 60/39.05 |
| 2,743,579 | 5/1956 | Gaubatz | 60/39.36 |
| 3,631,673 | 1/1972 | Taylor | 60/39.36 |
| 3,722,216 | 3/1973 | Bahr et al. | 60/737 |
| 3,729,930 | 5/1973 | Williams | 416/97 R |
| 3,804,551 | 4/1974 | Moore | 416/97 R |
| 3,849,025 | 11/1974 | Grondahl | 416/97 R |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 767546 | 11/1952 | Fed. Rep. of Germany | 416/97 R |
| 117810 | 9/1979 | Japan | 416/97 R |
| 104506 | 11/1980 | Japan | 415/115 |

*Primary Examiner*—Louis J. Casaregola
*Attorney, Agent, or Firm*—Stuart D. Frenkel

[57] **ABSTRACT**

A first stage gas nozzle for directing a combustion gas stream onto the rotatable blades of a gas turbine contains a plurality of spaced air-foil shaped vanes, each vane containing a steam nozzle to direct steam as a thermal barrier over the exterior surfaces of the vane. A steam nozzle in the trailing edge of each vane directs heated coolant steam from the interior of the vane to the gas streams. Disruption of the laminar steam film in the trailing edge steam nozzle such as by the provocation of a shock wave or by diffusion separation exposes the bare surfaces of the trailing edge steam nozzle to the coolant steam thereby improving heat transfer at the extreme trailing edge of the vane.

**1 Claim, 17 Drawing Figures**



**United States Patent** [19]
**Rice**

[11] **Patent Number:** **4,571,935**
[45] **Date of Patent:** **Feb. 25, 1986**

[54] **PROCESS FOR STEAM COOLING A POWER TURBINE**

[76] Inventor: **Ivan G. Rice**, P.O. Box 233, Spring, Tex. 77373

[21] Appl. No.: **691,732**

[22] Filed: **Jan. 16, 1985**

**Related U.S. Application Data**

[60] Continuation of Ser. No. 416,172, Sep. 9, 1982, abandoned, which is a continuation-in-part of Ser. No. 274,660, Jun. 17, 1981, Pat. No. 4,384,452, which is a division of Ser. No. 47,571, Jun. 11, 1979, Pat. No. 4,314,442, and a continuation-in-part of Ser. No. 224,496, Jan. 13, 1981, Pat. No. 4,438,625, which is a division of Ser. No. 954,832, Oct. 26, 1978, Pat. No. 4,272,953.

[51] **Int. Cl.⁴** .......................... **F02C 7/16; F02C 7/26; F02C 6/18**

[52] **U.S. Cl.** .............................. **60/39.05**; 60/39.141; 60/39.182

[58] **Field of Search** .............. 60/39.02, 39.05, 39.141, 60/39.182, 39.19, 39.31, 39.5, 39.53, 39.54, 39.55, 39.58, 39.59, 728, 730; 415/1, 114, 178, 116

[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 1,708,402 | 4/1929 | Schilling | 60/39.19 |
| 2,447,696 | 8/1948 | Forsyth | 60/39.19 |
| 2,586,025 | 2/1952 | Godfrey | 60/39.53 |
| 2,801,821 | 8/1957 | Burger | 415/178 |
| 3,600,890 | 8/1971 | White et al. | 60/736 |
| 3,729,930 | 5/1973 | Williams | 60/39.58 |
| 3,860,359 | 1/1975 | De Feo | 60/39.31 |
| 3,966,354 | 6/1976 | Patterson | 415/116 |
| 4,117,669 | 10/1978 | Heller | 60/39.141 |
| 4,257,222 | 3/1981 | Schwarz | 60/39.141 |
| 4,333,309 | 6/1982 | Coronel | 415/114 |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 83109 | 7/1983 | European Pat. Off. | 60/39.182 |
| 360323 | 10/1922 | Fed. Rep. of Germany | 60/730 |
| 160502 | 9/1983 | Japan | 60/39.182 |
| 705135 | 12/1979 | U.S.S.R. | 60/730 |

*Primary Examiner*—Louis J. Casaregola
*Attorney, Agent, or Firm*—Stuart D. Frenkel

[57] **ABSTRACT**

A reheat gas and double reheat steam turbine combined cycle is provided in which the outer shell confining the blading of the power turbine and the exhaust portion of the power turbine are cooled with steam extracted from the steam cycle. The coolant steam is extracted from a high pressure steam turbine, used to cool the turbine outer shell, readmitted for expansion in the steam turbine, the lower pressure steam is extracted to cool the exhaust portion of the power turbine and readmitted to the steam turbine and condensed.

**24 Claims, 20 Drawing Figures**



considering 2400° to 2700° F. inlet temperatures for an industrial-gas generator as proposed in the present invention, there is a critical ducting area between the high-pressure turbine blading and the low-pressure blading which is subjected to a much higher temperature by about 350° F. over the jet engines. The main support struts pass through this ducting to tie the inner barrel, seals and rear bearing to the outer casing. This higher temperature environment requires special materials and cooling techniques to cope with the strength of materials and thermal expansion of these parts.

It is not practical to consider using steam as a disc and casing coolant in aircraft engines due to the weight restriction. Industrial gas turbines, on the other hand, do not have these weight restrictions and steam, which has been shown to be a far superior coolant than air with twice the specific heat and a lower viscosity, can be applied as a coolant, particularly when a combined cycle using a bottoming-steam turbine is contemplated.

Applicant's prior patents discussed above have dealt with the reheat gas/steam combined cycle thermodynamics and steam cooling of the gas turbine rotating blades and stationary vanes. A further object of the present invention is to provide steam cooling of the gas generator: including the compressor shell, compressor discs, turbine shell, inner barrel, support struts, and diffuser as well as the gas generator and power turbine blading. Another object of the present invention is to provide active control of the compressor and gas generator and power turbine blade-tip clearances during start up, running, and shut down using steam cooling.

As mentioned previously, considerable effort is presently being spent to develop industrial gas turbines which are to fire at 2600° F. and higher. Such effort is directed toward air cooling (transpiration) and water cooling the gas turbine to achieve such high firing temperatures. Steam cooling, however, is not presently being seriously considered. While there has been superficial investigation using steam as a coolant in the simple-cycle gas turbine, the reheat-gas turbine with steam cooling has not been considered for development in the United States. Japan is, however, developing a reheat-gas turbine for combined-cycle operation, but air is reported to be used as the coolant.

U.S. Pat. No. 4,272,953 and U.S. Ser. No. 224,496, filed Jan. 10, 1981, and U.S. Pat. No. 4,314,442, and U.S. Ser. No. 274,660, filed June 17, 1981, are herein incorporated by reference. Additionally, applicant has published numerous articles related to the reheat-gas turbine/steam-turbine-combined cycle in which are described the energy balance calculations and assumptions that indicate the advantages to be derived from steam cooling as used in the reheat gas turbine/steam turbine-combined cycle. Some of these publications are listed below and are numbered inasmuch as the data from these publications are referred to in a more detailed description of the invention given below.


1. I. G. Rice, "The Combined Reheat-Gas Turbine/-Steam-Turbine Cycle", Part 1—"A Critical Analysis of the Combined Reheat Gas Turbine/Steam Turbine Cycle" ASME Paper No. 79-GT-7, *ASME Journal of Engineering for Power*, January 1980.
2. I. G. Rice, "The Combined Reheat-Gas Turbine/-Steam-Turbine Cycle", Part II; "The LM 5000 Gas Generator Applied to the Combined Reheat Gas Turbine/Steam Turbine Cycle", ASME, Paper No. 79-GT-8, *ASME Journal of Engineering for Power*, January, 1980.





3. I. G. Rice, "Steam-Cooled Blading in a Combined Reheat-Gas-Turbine/Reheat-Steam-Turbine Cycle", Part I—"Performance Evaluation", ASME Paper No. 79-JPGC-GT-2, October, 1979.
4. I. G. Rice, "Steam-Cooled Blading in a Combined Reheat-Gas Turbine/Reheat-Steam-Turbine Cycle", Part II—"Design Consideration", ASME Paper No. 79-JPGC-GT-3, October, 1979.
5. I. G. Rice, "The Reheat-Gas Turbine with Steam-Blade Cooling A means of Increasing Reheat Pressure, Output and Combined-Cycle Efficiency", ASME Paper No. 81-GT-30, *ASME Journal of Engineering for Power*, March, 1981.
6. I. G. Rice, "The Reheat Power Turbine With Steam Cooling—A Means of Increasing Reheat Temperature, Exhaust Temperature and Combined-Cycle Efficiency", ASME Paper No. 82-GT-134, April, 1982.


All of the above enumerated publications are also herein incorporated by reference.

## SUMMARY OF THE INVENTION

In accordance with the present invention, the improvements in output and cycle efficiency possible when a reheat gas turbine containing a high-cycle pressure ratio, high-firing gas generator is combined with a steam turbine are achieved by comprehensive steam cooling of the gas generator and reheat power turbine. The steam coolant is extracted from the steam turbine. The heated coolant steam is either ejected into the gas stream passing through the reheat gas turbine (open-cycle-cooling) or is readmitted to the steam turbine at a lower pressure to be further expanded and condensed (closed cycle-cooling). A combination of open-cycle-cooling and closed-cycle cooling is utilized.

The lower temperatures, and thus the heat sink, provided by the bottoming-steam cycle has been shown previously to enhance and improve both the reheat gas turbine cycle and the steam cycle. For example, the open-cycle steam cooling of the gas generator vanes and blades as disclosed in applicant's U.S. Pat. No. 4,314,442 serves as a method of increasing both reheat pressure and reheat temperature. Another example of improving the combined cycle efficiency and output has been to reheat the steam by steam cooling the reheat combustor and at the same time shift this heat load from the heat-recovery boiler to the reheat combustor as set forth in applicant's U.S. Pat. No. 4,272,953 and thus improve the steam portion of the cycle.

In the present invention, the exit end of the power turbine is also cooled with extracted steam by the use of a closed-cycle steam cooling system wherein the exhaust hood and transition duct to the boiler are steam cooled. The steam cooling system of the present invention also contemplates the use of steam to control blade-tip clearances of the last stages of the high-pressure compressor, the gas generator turbine and the power turbine. Control of blade-tip clearance is vital to high performance and low specific fuel consumption. Close blade-tip control increases gas generator efficiency and output and protects against blade-tip rub. Steam-cooling also increased the allowable stress levels of the various parts due to the resulting appreciable lower metal temperatures. A bit more freedom in the material selection is thus made possible. Additionally, there results a reduced disc low cycle fatigue by lowering the temperature differential between hub and rim, particularly during start up. A micro-processor mini-computer controls

United States Patent [19]
Rice

[11] Patent Number: 4,592,204
[45] Date of Patent: Jun. 3, 1986

[54] COMPRESSION INTERCOOLED HIGH CYCLE PRESSURE RATIO GAS GENERATOR FOR COMBINED CYCLES

[76] Inventor: Ivan G. Rice, P.O. Box 233, Spring, Tex. 77383

[21] Appl. No.: 572,548

[22] Filed: Jan. 20, 1984

Related U.S. Application Data

[60] Continuation-in-part of Ser. No. 486,334, Apr. 19, 1983, Pat. No. 4,545,187, Ser. No. 486,336, Apr. 19, 1983, Ser. No. 486,495, Apr. 19, 1983, Pat. No. 4,543,781, Ser. No. 416,171, Sep. 9, 1982, abandoned, Ser. No. 416,172, Sep. 9, 1982, abandoned, Ser. No. 416,173, Sep. 9, 1982, Ser. No. 416,275, Sep. 9, 1982, Pat. No. 4,507,914, Ser. No. 274,660, Jun. 17, 1981, Pat. No. 4,384,452, Ser. No. 224,496, Jan. 13, 1981, Pat. No. 4,438,625, and Ser. No. 47,571, Jun. 11, 1979, Pat. No. 4,314,442, said Ser. No. 486,334, Ser. No. 486,336, and Ser. No. 486,495, each is a continuation-in-part of said Ser. No. 416,171, Ser. No. 416,172, Ser. No. 416,173, Ser. No. 461,275, Ser. No. 274,660, Ser. No. 224,496, and Ser. No. 47,571, and Ser. No. 954,838, Oct. 26, 1978, Pat. No. 4,272,953, said Ser. No. 416,171, Ser. No. 416,172, Ser. No. 416,173, and Ser. No. 416,275, each is a continuation-in-part of said Ser. No. 274,660, Ser. No. 224,496, Ser. No. 47,571, and Ser. No. 954,838, said Ser. No. 274,660, is a division of said Ser. No. 47,571, said Ser. No. 224,496, is a division of said Ser. No. 954,838.

[51] Int. Cl.⁴ .......................... F02C 3/10; F02C 7/143
[52] U.S. Cl. .......................... 60/39.161; 60/39.17; 60/728
[58] Field of Search .............. 60/39.04, 39.161, 39.17, 60/39.31, 39.32, 728; 415/179

[56] References Cited

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,312,605 | 3/1943 | Traupel | 60/39.17 |
| 2,563,745 | 8/1951 | Price | 415/179 |
| 2,575,683 | 11/1951 | Price | 60/728 |
| 2,625,012 | 1/1953 | Larrecq | 60/39.161 |
| 2,645,412 | 7/1953 | Sens | 60/39.161 |
| 2,722,802 | 11/1955 | Blackwell et al. | 60/39.161 |
| 3,546,880 | 12/1970 | Schwaar | 60/39.161 |
| 3,823,553 | 7/1974 | Smith | 60/39.31 |
| 3,892,499 | 7/1975 | Strub | 415/179 |
| 4,030,288 | 6/1977 | Davis et al. | 60/39.31 |
| 4,206,593 | 6/1980 | Su et al. | 60/39.04 |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 215474 | 10/1941 | Switzerland | 415/179 |

*Primary Examiner*—Louis J. Casaregola

[57] ABSTRACT

A compression intercooled gas generator operating at high-cycle pressure ratios of 35 to 65 atmospheres to furnish hot pressurized gas sequentially to a diffuser, to a reheat combustor and then to a power turbine. An associated method of compression intercooling with an optimum intercooling pressure ratio to minimize overall combined-cycle efficiency degradation when said gas generator, diffuser, reheat combustor and power turbine are operating in conjunction with a heat-recovery boiler and a steam or vapor turbine. A coaxial shafting arrangement for driving the low-pressure and high-pressure compressor sections. A pressure-retaining casing arrangement enclosing the high-pressure portion of said gas generator to contain the higher than normal pressure of said gas generator.

21 Claims, 17 Drawing Figures



United States Patent [19] Rice
[11] Patent Number: 4,638,628
[45] Date of Patent: Jan. 27, 1987

[54] PROCESS FOR DIRECTING A COMBUSTION GAS STREAM ONTO ROTATABLE BLADES OF A GAS TURBINE

[76] Inventor: Ivan G. Rice, P.O. Box 233, Spring, Tex. 77373

[21] Appl. No.: 716,373

[22] Filed: Mar. 26, 1985

Related U.S. Application Data

[60] Division of Ser. No. 486,334, Apr. 19, 1983, Pat. No. 4,545,197, and a continuation-in-part of Ser. No. 274,660, Jun. 17, 1981, abandoned, which is a division of Ser. No. 47,571, Jun. 11, 1979, Pat. No. 4,314,442, and a continuation-in-part of Ser. No. 224,496, Jan. 13, 1981, Pat. No. 4,438,625, which is a division of Ser. No. 954,832, Oct. 26, 1978, Pat. No. 4,272,953.

[51] Int. Cl.[4] ........ F02C 7/00
[52] U.S. Cl. ........ 60/39.02; 60/39.36; 60/755
[58] Field of Search ........ 60/39.36, 39.37, 722, 60/752, 755, 757, 39.02

[56] References Cited

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,743,579 | 5/1956 | Gaubatz | 60/39.36 |
| 3,631,674 | 1/1972 | Taylor | 60/39.36 |

*Primary Examiner*—Louis J. Casaregola
*Attorney, Agent, or Firm*—Stuart D. Frenkel

[57] ABSTRACT

A process for producing work comprises passing a combustion gas stream through a gas nozzle which directs the stream onto the rotatable blades of an expansion turbine. A fluid having a sonic velocity greater than the combustion gas is directed against and across the air-foil shaped vanes which form the nozzle at sonic velocity allowing the gas stream to accelerate to beyond Mach 1 without excessive loss of pressure. The fluid such as steam can be usdl to cool the vanes prior to entering the gas stream.

3 Claims, 17 Drawing Figures



**United States Patent** [19]
**Rice**

[11] **Patent Number:** **4,813,227**
[45] **Date of Patent:** **Mar. 21, 1989**

[54] **PREHEAT GAS TURBINE COMBINED WITH STEAM TURBINE**

[76] Inventor: Ivan G. Rice, 1007 Lynwood, P.O. Box 233, Spring, Tex. 77383

[21] Appl. No.: 580,171

[22] Filed: Feb. 14, 1984

**Related U.S. Application Data**

[62] Division of Ser. No. 224,496, Jan. 13, 1981, Pat. No. 4,438,625, which is a division of Ser. No. 954,838, Oct. 16, 1978, Pat. No. 4,272,953.

[51] Int. Cl.⁴ .......... F02C 3/10; F02C 6/18
[52] U.S. Cl. .......... 60/39.04; 60/39.17
[58] Field of Search .......... 60/39.04, 39.16, 39.17, 60/39.181, 39.182, 39.55, 751; 122/4 B

[56] **References Cited**

**U.S. PATENT DOCUMENTS**


| | | | |
|---|---|---|---|
| 2,605,610 | 8/1952 | Hermitte et al. | 60/39.182 |
| 2,989,843 | 6/1961 | Ferri | 60/226.1 |
| 3,826,080 | 7/1974 | De Corso et al. | 60/39.55 |
| 3,841,270 | 10/1974 | Sokolowski | 122/7 R |
| 4,206,593 | 6/1980 | Su et al. | 60/39.17 |

**OTHER PUBLICATIONS**

Lefebure, Arthur H. *Gas Turbine Combustion;* McGraw Hill Co., New York, 1983, pp. 7-9, 13, 77, 78.
Gas Turbine World, "Industrial Gas Turbine Handbook and Directory", 1976, pp. 52, 58, & 73.
Wade et al. "Low Emission Combustion for Regenerative Gas Turbine", ASME Transactions, Jan., 1974.
Flugantriebe, Grundlagen, Systematik und Technik der Luft-und Raumfahrtantriebe, by H. G. Munzberg, 1972, pp. 308 and 309, and the English Translation of Pertinent Parts.


*Primary Examiner*—Louis J. Casaregola
*Attorney, Agent, or Firm*—Stuart D. Frenkel

[57] **ABSTRACT**

A process for generating useful power comprises the use of a combined reheat gas turbine and steam turbine cycle. The use of second generation high pressure-ratio, high-firing temperature gas generators in combination with linear axial diffusion prior to reheating the gas yields increased efficiency and output heretofore unexpected from reheat gas and combined cycles.

**17 Claims, 5 Drawing Sheets**



TABLE IV

| Gas Turbine Reheat Cycle Efficiency. Half Plant Capacity | | | | | | |
|---|---|---|---|---|---|---|
| Mode | Gas Generator Fuel Input LHV BTU/HR × $10^6$ | Reheat Fuel Input LHV BTU/HR × $10^6$ | Gas Turbine Net Output KW | Steam Turbine Net Output KW | Total Net Output KW | Net Cycle Eff % |
| Continuous | 296.24 | 171.57 | 43,002 | 23,442 | 66,444 | 48.69 |
| Electric Base | 320.16 | 162.57 | 45,969 | 23,814 | 69,783 | 49.34 |
| Peak | 336.72 | 155.90 | 48,083 | 23,734 | 71,817 | 49.76 |

The three modes of operations for which the calculations above are presented are defined by the new International Standard ISO/DIS-3977 for gas turbines, and are as follows. The continuous mode of operation represents continuous or base load operation typical of pipeline service, process applications or electric power generation up to 8700 hours per year with infrequent starting greater than 100 hours per start. The electric base mode of operation refers to longer duration of mid-range electrical power generation, with process applications up to 4000 hours per year and with up to eight hours per start. The peak mode of operation refers to short duration intermittent type of operation as occurring typically in electrical power generation for peak load demands, where operation should normally be limited to 500 hours per year and up to two hours per start.

The assumptions in the calculations above and used in the cycle are based on figures for the Model LM 5000 gas generator obtained from the manufacturer after the first second generation unit was thoroughly tested. Characteristics of the LM 5000 gas generator are shown in Table V for base load ratings of 60° F. and 14.7 psia inlet pressure:

TABLE V

| Characteristics of Gas Generator. Base Load Ratings - 60° F. and 14.7 Psia Inlet | LM5000 |
|---|---|
| Cycle Pressure Ratio $P_2/P_1$ | 29 |
| Exhaust Flow lb./sec. | 272 |
| IGMP × $10^3$* | 50.00 |
| Cycle Eff. (ICMP)* LHV % | 43.0 |
| Firing Temp. F | 2,100 |
| Gas Generator Ex Pressure Psia | 56.10 |
| Gas Generator Ex Temp. F | 1,215 |

*Isentropic Gas Horsepower for 100% Expansion Efficiency.

It is clear from comparison of the results of Table II and IV that steam reheat generates an over-all power plant efficiency approaching or exceeding 50% LHV when burning the distillate fuel in the apparatus of FIG. 4. Even without incorporation of the superheater in the second combustor, it is possible with an arrangement such as that of FIG. 2 or a process shown in FIG. 1 to obtain net cycle efficiencies approaching or exceeding 49%. These efficiencies represent improvements over the efficiencies obtainable with use of conventional electric power generating equipment, and can lead to considerable cost savings in actual operation. A simplified economic evaluation for half plant capacity and ore power turbine making certain reasonable assumptions as to unit size, fuel cost, and the results of earlier calculations, the economic data of Table VI provide a measure of the degree of commercial success expectable with both the reheat gas turbine and with the reheat gas turbine combined with the reheat steam turbine.

TABLE VI

| Comparative Economic Analysis of Units Utilizing Reheat Cycles. | | | | | | | |
|---|---|---|---|---|---|---|---|
| Unit | Cycle Eff. LHV | % Inc. Eff. | % Fuel Consump. | Fuel Cost* \$/yr. × $10^6$ | Savings* \$/yr. $10^6$ | Savings* \$ × $10^6$/ 5 yrs | Savings* \$ × $10^6$/ 5 yrs. |
| Conventional Combined Cycle | 44 | Base | 100 | 12.41 | Base | Base | — |
| Reheat C.Turb./ S.Turb. (FIG. 2) | 48.5 | 10.2 | 90.7 | 11.26 | 1.15 | 5.75 | Base |
| Reheat C.Turb./ Reheat S.Turb. (FIG. 4) | 49.5 | 12.5 | 88.9 | 11.03 | 1.38 | 6.90 | 1.15 |

*Based on Fuel Cost of \$2.50 × $10^6$ BTU LHV.

Table VI indicates that there would be generation of 5.75 million dollars in five years for amortization of the capital cost of the reheat power turbine, while an additional 1.15 million dollars would be made available in five years of operation to amortise the capital cost of a reheat gas turbine combined with a reheat steam turbine system. It should further be noted that a savings in the heat recovery boiler would result, since the boiler would be simpler and have less surface and greater mean temperature difference. Moreover, the two superheaters would not be duplicated in the heat recovery boiler, effecting even further savings. These figures which are based on the standard industry accepted combined cycle available today having a cycle efficiency of 44% LHV, provide a clear indication of the degree of commercial success expectable from the two embodiments of the present invention, but the existence of uncertainties, such as rising fuel costs, limited future oil supply, coal fuel development, high interest rates, power rate increases, and other uncertainties, could result in a shift favoring the embodiments of the present invention to an even greater extent in the future.

United States Patent [19]
[11] Patent Number: 4,835,958
Rice
[45] Date of Patent: Jun. 6, 1989

[54] **PROCESS FOR DIRECTING A COMBUSTION GAS STREAM ONTO ROTATABLE BLADES OF A GAS TURBINE**

[76] Inventor: **Ivan G. Rice**, 1007 Lynwood - P.O. Box 233, Spring, Tex. 77383

[21] Appl. No.: **170,647**

[22] Filed: **Mar. 16, 1988**

**Related U.S. Application Data**

[60] Continuation of Ser. No. 931,058, Nov. 17, 1986, abandoned, which is a division of Ser. No. 716,373, Mar. 26, 1985, Pat. No. 4,638,628, which is a division of Ser. No. 486,334, Apr. 19, 1983, Pat. No. 4,545,197, which is a continuation-in-part of Ser. No. 274,660, Jun. 17, 1981, Pat. No. 4,384,452, which is a division of Ser. No. 47,571, Jun. 11, 1979, Pat. No. 4,314,442, said Ser. No. 486,334, is a continuation-in-part of Ser. No. 224,496, Jan. 13, 1981, Pat. No. 4,438,625, which is a division of Ser. No. 954,832, Oct. 26, 1978, Pat. No. 4,272,953.

[51] Int. Cl.⁴ .......... F02C 7/16
[52] U.S. Cl. .......... 60/39.05; 60/39.58; 415/114
[58] Field of Search .......... 60/39.02, 39.05, 39.36, 60/39.54, 39.58; 415/114, 115, 181; 416/97 R

[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,647,368 | 4/1953 | Triebbnigg et al. | 60/39.05 |
| 3,729,930 | 5/1973 | Williams | 60/39.58 |
| 3,804,551 | 4/1974 | Moore | 416/197 |
| 4,136,516 | 1/1979 | Corsmeier | 415/114 |

*Primary Examiner*—Louis J. Casaregola
*Attorney, Agent, or Firm*—Stuart D. Frenkel

[57] **ABSTRACT**

A process for producing work comprises passing a combustion gas stream through a gas nozzle which directs the steam onto the rotatable blades of an expansion turbine. The trailing edge of the air-foil shaped vanes which form the gas nozzle is cooled by passing coolant steam through the interior of said vanes and passing said steam through a plurality of said spaced steam nozzles contained at the trailing edge of the vanes. Disruption of the laminar steam film on the surfaces of the nozzle ensures increased heat transfer.

**8 Claims, 7 Drawing Sheets**



US005628183A

# United States Patent [19]

Rice

[11] Patent Number: 5,628,183

[45] Date of Patent: May 13, 1997

[54] SPLIT STREAM BOILER FOR COMBINED CYCLE POWER PLANTS

[76] Inventor: Ivan G. Rice, P.O. Box 233, Spring, Tex. 77383

[21] Appl. No.: 320,956

[22] Filed: Oct. 12, 1994

[51] Int. Cl.[6] ........ F02C 6/00

[52] U.S. Cl. ........ 60/39.182; 60/39.04; 122/7 B

[58] Field of Search ........ 60/39.04, 39.05, 60/39.55, 39.182, 39.07; 122/7 R, 7 B

[56] References Cited

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,001,513 | 9/1961 | Wolf et al. | 122/7 B |
| 3,703,807 | 11/1972 | Rice | 60/39.182 |
| 4,315,893 | 2/1982 | McCallister | 60/649 |
| 4,333,310 | 7/1982 | Uram | 60/39.182 |
| 4,785,622 | 11/1988 | Plumley et al. | 60/39.55 |
| 5,109,665 | 5/1992 | Hoizumi et al. | 60/39.182 |
| 5,127,470 | 7/1992 | Inaba et al. | 122/7 R |
| 5,133,180 | 7/1992 | Horner et al. | 60/39.182 |
| 5,365,730 | 11/1994 | Bruckner et al. | 60/39.182 |
| 5,375,410 | 12/1994 | Briesch et al. | 60/39.182 |
| 5,428,950 | 7/1995 | Tomlinson et al. | 60/39.182 |

OTHER PUBLICATIONS

Power, Sep. 1994, By Jason Makansi, Titled: HRSGs, Steam Turbines and Auxiliaries for Combined Cycles.

*Primary Examiner*—John J. Vrablik
*Assistant Examiner*—Ted Kim
*Attorney, Agent, or Firm*—Tobor & Goldstein

[57] ABSTRACT

A process and equipment for generating useful power comprising a special split stream heat recovery boiler 108 in combination with a gas turbine 20 and a steam turbine 80 to form a combined cycle. A steam-injected gas turbine 20 and alternately a condensing steam turbine 116 may be utilized. A topping high temperature and high pressure topping steam turbine 80 optionally may be included. Chemical heat recuperation via natural gas reformation may be incorporated within the boiler 108 to increase cycle efficiency further and to lower NOx formation without excess CO. The heat recovery boiler 206 yields increased efficiency and power output heretofore unexpected for the combined cycle compared to conventional combined cycle equipment.

25 Claims, 16 Drawing Sheets



## SPLIT STREAM BOILER FOR COMBINED CYCLE POWER PLANTS

### BACKGROUND OF THE INVENTION

1. Field of the Invention

The invention relates to equipment and processes for generating useful power. More particularly, the invention provides a combined gas and steam turbine cycle, wherein a split stream heat recovery boiler is applied to recover heat from a gas turbine exhaust flow.

2. Description of the Prior Art

Aero engines with relatively low exhaust temperatures of from 750° F. to 900° F. do not achieve steam throttle temperatures high enough for the next generation of high-temperature-topping steam turbines. The latest "F" and future "G" technology heavy-duty gas turbines have exhaust temperatures of from 1100° F. to 1160° F. that also are too low for steam throttle temperatures of from 1400° F. to 1500° F. Currently used full exhaust gas stream supplementary firing in front of the boiler tends to lower combined cycle efficiency and thus nullifies potential efficiency gains.

Research and development has been conducted in Europe on higher throttle temperatures and supercritical pressures (boilers and steam turbines) for realizing more efficient conventional steam power plants. In the United States, the Department of Energy (DOE) and the Electric Power Research Institute (EPRI) through the Innovative Steam Technologies/Solar Turbine Inc. (IST/Solar) are pursuing the development of high temperature and high pressure (HT/HP) topping steam turbines (TST) for existing and future conventional all-steam power plants. Parallel work is also being done on the once through boiler (OTB).

The "F" technology gas turbine introduced in the early 1990s fires at 2300° F. and has made the reheat (RH) heat recovery steam generator (HRSG) a reality. Higher combined cycle (CC) efficiency is achieved with this technology. The promise of the "G" turbine that is projected to fire at about 2600° F. offers even higher CC efficiency. A typical 160 MW "F" gas turbine exhausting into a RH HRSG produces a CC efficiency of about 53% (LVH), and the "G" turbine is projected to have a CC efficiency of about 56%. There is a distinct probability that future CC efficiency may exceed 60% by utilizing the concepts of this invention. Supplementary firing the entire exhaust gas stream greatly increases the power output of the overall bottoming portion of the cycle. The very bottom end has a low heat-to-power efficiency conversion level that at most is only 30%. Studies have shown that the higher throttle temperature does not yield a higher overall combined cycle efficiency for reasons to be explained. Therefore, the HT/HP topping steam turbine has not been given serious consideration for combined cycles for either the Aero or heavy duty gas turbines. Conventional CCs generally do not incorporate supplementary firing. However, the conventional all-steam power plants do show a cycle efficiency gain when the HT/HP topping unit is utilized.

The Aero engines with high cycle pressure ratios have low exhaust temperatures by cycle inheritance low exhaust temperatures. Even the new proposed intercooled engines with TITs of 2600° F. and 40 pressure ratios are projected to have exhaust temperature levels of only 850° F. Full exhaust flow supplementary firing does not render markedly increased combined cycle efficiency even when applying a higher temperature topping steam turbine. The steam-injected (STIG) gas turbines have lower exhaust temperatures of about 750° F., and the regenerative cycle gas turbines have even lower exit temperatures (650° F. level). The addition of a HT/HP TST appears impractical. Supplementary firing in front of the HRSG does not offer a viable solution towards higher cycle efficiency.



Supplementary firing the exhaust gas of gas turbines in front of HRSGs has been done for years to increase HRSG output. However, such firing tends to lower CC efficiency. More power is generated but at a lower overall CC efficiency due to the increasing dominance of the lower efficiency of the bottoming part of the cycle. Foster-Pegg in 1982 reported that extensive Westinghouse Electric Corp. studies showed that maximum CC efficiency takes place at a point where an optimum number of drum pressure levels are used—i.e. three stages—to obtain a minimum stack temperature and where no supplementary firing is introduced. General Electric Co. (GE) studies revealed the same peaking phenomena as reported by Tomlinson and Lee in 1985. Because of this optimization point, and since a reduction in CC efficiency occurs with supplementary firing, CC power plants that do not export steam for industrial use do not apply supplementary firing.

Early conceptual work on the chemical recuperated gas turbine CC burning natural gas fuel was performed by Jack Janes of the California Energy Commission (CEC). General Electric Co., under contract to the CEC, made a study of this cycle. In turn, GE was granted a U.S. patent on a portion of the cycle (U.S. Pat. No. 5,133,180, issued Jul. 28, 1992). In this patent, the steam-injected gas turbine CC is used so that the gas turbine exhausts into a combination HRSG and hydrocarbon reformer. A full exhaust flow duct burner (supplementary firing) is positioned in front of the reformer. An excess amount of low efficiency steam is generated in the process, which degrades CC efficiency.

Basic reforming theory is outlined in the '180 patent. The fuel gas as a mixture of natural gas and steam is heated in the presence of a catalyst so that endothermic reaction occurs. The extent of natural gas reforming to produce hydrogen and CO is a function of pressure, temperature and steam/fuel ratio. The latter may be controlled by steam flow to and from the two boiler streams. The proper steam to natural gas ratio for reforming is generally considered to range from 3 to 5 moles of steam to one mole of natural gas. Therefore, 25 to 35% of the total steam produced in a conventional non-supplementary fired gas turbine heat recovery boiler may be used for natural gas fuel reforming. A higher pressure tends to reduce hydrogen production, but a higher temperature will appreciably increase hydrogen production. A reforming temperature of 1300° to 1500° F. will produce far more hydrogen than a 1100° F. temperature, as is well known in the hydrocarbon process industry. Natural gas reformers generally use these higher temperatures. The key to reforming is the catalyst and the temperature. New catalysts could improve reforming at lower temperatures, but so far such catalysts have not been developed.

The hydrogen content is important for reducing the NOx and minimizing the CO, indicative of incomplete combustion. The hydrogen component increases the flame travel speed for improved combustion for low BTU/Ft$^3$ gaseous fuels burning at low flame temperatures. NOx formation is directly proportional to flame temperature. A low BTU/Ft$^3$ value of a mixture of reformed natural gas and steam will burn at a low flame temperature. Very little NOx will be formed, and the CO will also be very low. Combustion tests sponsored by DOE and EPRI have verified this phenomenon. Hydrogen-rich fuel exhibits high flame velocity, combustion stability, wide flammability limits and low luminosity and thus is well suited as a gas turbine fuel.