# REPLY EXHIBIT A

# Patent Assignment Assignor Details

***NOTE:Results display only for issued patents and published applications. For pending or abandoned applications please consult USPTO staff.***

**Assignor Name : RICE, IVAN G.**

**Total Assignments: 1**

**Assignment: 1**

**Reel/Frame:** 007737/0233 **Recorded:** 10/20/1995 **Pages:** 8

**Conveyance:** PATENT AGREEMENT

**Assignors**

1 RICE, IVAN G. **Exec Dt:** 10/16/1995

2 RICE, CAROLYN K. **Exec Dt:** 10/16/1995

**Assignee**

1 GENERAL ELECTRIC COMPANY
ONE RIVER ROAD
SCHENECTADY, NEW YORK 12345

**Properties**

| Pat # | Pub # | App # | Pat # | Pub # | App # | Pat # | Pub # | App # |
|---|---|---|---|---|---|---|---|---|
| 4272953 | NONE | 05954838 | 4314442 | NONE | 06047571 | 4438625 | NONE | 06224496 |
| 4384452 | NONE | 06274660 | 4550562 | NONE | 06416173 | 4507914 | NONE | 06416275 |
| 4545197 | NONE | 06486334 | 4565490 | NONE | 06486336 | 4543781 | NONE | 06486495 |
| 4592204 | NONE | 06572548 | 4813227 | NONE | 06580171 | 4571935 | NONE | 06691732 |
| 4638628 | NONE | 06716373 | 4835958 | NONE | 07170647 | 4896499 | NONE | 07251076 |
| 5628183 | NONE | 08320956 | | | | | | |

**Correspondence name and address**

GENERAL ELECTRIC COMPANY
ANDREW C. HESS
ONE NEUMANN WAY
CINCINNATI, OH 45215

Search Results as of: 08/05/2005 04:41 PM

# Patent Assignment Assignee Details

***NOTE:Results display only for issued patents and published applications. For pending or abandoned applications please consult USPTO staff.***

**Assignee Name : ABB POWER GENERATION LTD.**

**Total Assignments: 1**

**Assignment: 1**

**Reel/Frame:** 010078/0907 **Recorded:** 07/07/1999 **Pages:** 4

**Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignor**

**1** RICE IVAN G. **Exec Dt:** 03/18/1999

**Assignee**

**1** ABB POWER GENERATION LTD.
HASELSTRASSE 16
CH-5401 BADEN, SWITZERLAND

**Properties**

| Pat # | Pub # | App # | Pat # | Pub # | App # | Pat # | Pub # | App # |
|---|---|---|---|---|---|---|---|---|
| 4438625 | NONE | 06224496 | 4384452 | NONE | 06274660 | 4550562 | NONE | 06416173 |
| 4545197 | NONE | 06486334 | 4565490 | NONE | 06486336 | 4543781 | NONE | 06486495 |
| 4813227 | NONE | 06580171 | 4571935 | NONE | 06691732 | 4638628 | NONE | 06716373 |
| 4835958 | NONE | 07170647 | | | | | | |

**Correspondence name and address**

BURNS, DOANE, SWECKER & MATHIS, L.L.P.
ROBERT S. SWECKER
P.O. BOX 1404
ALEXANDRIA, VIRGINIA 22313-1404

Search Results as of: 08/05/2005 04:35 PM

# REPLY EXHIBIT B

# USPTO Patent Full-Text and Image Database

Home | Quick | Advanced | Pat Num | Help

Bottom | View Cart

*Searching 1976 to present...*

**Results of Search in 1976 to present db for:**
**IN/Rice-Ivan-G**: 16 patents.
*Hits 1 through 16 out of 16*

Jump To

Refine Search IN/Rice-Ivan-G

| | PAT. NO. | | Title |
|---|---|---|---|
| 1 | 5,628,183 | T | Split stream boiler for combined cycle power plants |
| 2 | 4,896,499 | T | Compression intercooled gas turbine combined cycle |
| 3 | 4,835,958 | T | Process for directing a combustion gas stream onto rotatable blades of a gas turbine |
| 4 | 4,813,227 | T | Preheat gas turbine combined with steam turbine |
| 5 | 4,638,628 | T | Process for directing a combustion gas stream onto rotatable blades of a gas turbine |
| 6 | 4,592,204 | T | Compression intercooled high cycle pressure ratio gas generator for combined cycles |
| 7 | 4,571,935 | T | Process for steam cooling a power turbine |
| 8 | 4,565,490 | T | Integrated gas/steam nozzle |
| 9 | 4,550,562 | T | Method of steam cooling a gas generator |
| 10 | 4,545,197 | T | Process for directing a combustion gas stream onto rotatable blades of a gas turbine |
| 11 | 4,543,781 | T | Annular combustor for gas turbine |
| 12 | 4,507,914 | T | Steam cooled gas generator |
| 13 | 4,438,625 | T | Reheat gas turbine combined with steam turbine |

14 4,384,452 **T** Steam-cooled blading with steam thermal barrier for reheat gas turbine combined with steam turbine

15 4,314,442 **T** Steam-cooled blading with steam thermal barrier for reheat gas turbine combined with steam turbine

16 4,272,953 **T** Reheat gas turbine combined with steam turbine

Top | View Cart

Home | Quick | Advanced | Pat Num | Help

United States Patent [19]
Rice

[11] Patent Number: 4,507,914
[45] Date of Patent: Apr. 2, 1985

[54] STEAM COOLED GAS GENERATOR

[76] Inventor: Ivan G. Rice, P.O. Box 233, Spring, Tex. 77373

[21] Appl. No.: 416,275

[22] Filed: Sep. 9, 1982

Related U.S. Application Data

[60] Continuation-in-part of Ser. No. 224,496, Jan. 13, 1981, Pat. No. 4,438,625, and Ser. No. 274,660, Jun. 17, 1981, Pat. No. 4,384,452, which is a division of Ser. No. 47,571, Jun. 11, 1979, Pat. No. 4,314,442, said Ser. No. 224,496, is a division of Ser. No. 954,832, Oct. 26, 1978, Pat. No. 4,272,953.

[51] Int. Cl.³ .................... F02C 7/16
[52] U.S. Cl. .................... 60/39.17; 60/39.182; 60/728; 60/730; 415/114; 415/178
[58] Field of Search .................... 60/39.182, 39.19, 39.53, 60/39.54, 39.55, 39.58, 39.59, 728, 730, 39.17; 415/114, 115, 116, 117, 177, 178, 179, 180

[56] References Cited

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,241,782 | 5/1941 | Jendrassik | 415/180 |
| 2,586,025 | 2/1952 | Godfrey | 60/39.182 |
| 2,648,519 | 8/1953 | Campini | 60/39.75 |
| 4,333,309 | 6/1982 | Coronel | 60/39.182 |

FOREIGN PATENT DOCUMENTS

309540 1/1930 United Kingdom .

*Primary Examiner*—Louis J. Casaregola
*Attorney, Agent, or Firm*—Stuart D. Frenkel

[57] ABSTRACT

A reheat gas and double reheat steam turbine combined cycle is provided in which the outer compressor shell and gas generator turbine are modified for steam cooling to control tip clearances of the rotating blades of the compressor and gas generator turbine with the respective shells which confine the blading.

58 Claims, 20 Drawing Figures



# United States Patent [19]

**Rice**

[11] **Patent Number:** **4,592,204**

[45] **Date of Patent:** **Jun. 3, 1986**


[54] **COMPRESSION INTERCOOLED HIGH CYCLE PRESSURE RATIO GAS GENERATOR FOR COMBINED CYCLES**

[76] Inventor: **Ivan G. Rice**, P.O. Box 233, Spring, Tex. 77383


[21] Appl. No.: **572,548**

[22] Filed: **Jan. 20, 1984**


**Related U.S. Application Data**

[60] Continuation-in-part of Ser. No. 486,334, Apr. 19, 1983, Pat. No. 4,545,187, Ser. No. 486,336, Apr. 19, 1983, Ser. No. 486,495, Apr. 19, 1983, Pat. No. 4,543,781, Ser. No. 416,171, Sep. 9, 1982, abandoned, Ser. No. 416,172, Sep. 9, 1982, abandoned, Ser. No. 416,173, Sep. 9, 1982, Ser. No. 416,275, Sep. 9, 1982, Pat. No. 4,507,914, Ser. No. 274,660, Jun. 17, 1981, Pat. No. 4,384,452, Ser. No. 224,496, Jan. 13, 1981, Pat. No. 4,438,625, and Ser. No. 47,571, Jun. 11, 1979, Pat. No. 4,314,442, said Ser. No. 486,334, Ser. No. 486,336, and Ser. No. 486,495, each is a continuation-in-part of said Ser. No. 416,171, Ser. No. 416,172, Ser. No. 416,173, Ser. No. 461,275, Ser. No. 274,660, Ser. No. 224,496, and Ser. No. 47,571, and Ser. No. 954,838, Oct. 26, 1978, Pat. No. 4,272,953, said Ser. No. 416,171, Ser. No. 416,172, Ser. No. 416,173, and Ser. No. 416,275, each is a continuation-in-part of said Ser. No. 274,660, Ser. No. 224,496, Ser. No. 47,571, and Ser. No. 954,838, said Ser. No. 274,660, is a division of said Ser. No. 47,571, said Ser. No. 224,496, is a division of said Ser. No. 954,838.

[51] **Int. Cl.**[4] .......................... **F02C 3/10; F02C 7/143**

[52] **U.S. Cl.** ................................ **60/39.161;** 60/39.17; 60/728

[58] **Field of Search** ............... 60/39.04, 39.161, 39.17, 60/39.31, 39.32, 728; 415/179

[56] **References Cited**

U.S. PATENT DOCUMENTS


| | | | |
|---|---|---|---|
| 2,312,605 | 3/1943 | Traupel | 60/39.17 |
| 2,563,745 | 8/1951 | Price | 415/179 |
| 2,575,683 | 11/1951 | Price | 60/728 |
| 2,625,012 | 1/1953 | Larnecq | 60/39.161 |
| 2,645,412 | 7/1953 | Sens | 60/39.161 |
| 2,722,802 | 11/1955 | Blackwell et al. | 60/39.161 |
| 3,546,880 | 12/1970 | Schwaar | 60/39.161 |
| 3,823,553 | 7/1974 | Smith | 60/39.31 |
| 3,892,499 | 7/1975 | Strub | 415/179 |
| 4,030,288 | 6/1977 | Davis et al. | 60/39.31 |
| 4,206,593 | 6/1980 | Su et al. | 60/39.04 |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 215474 | 10/1941 | Switzerland | 415/179 |


*Primary Examiner*—Louis J. Casaregola

[57] **ABSTRACT**

A compression intercooled gas generator operating at high-cycle pressure ratios of 35 to 65 atmospheres to furnish hot pressurized gas sequentially to a diffuser, to a reheat combustor and then to a power turbine. An associated method of compression intercooling with an optimum intercooling pressure ratio to minimize overall combined-cycle efficiency degradation when said gas generator, diffuser, reheat combustor and power turbine are operating in conjunction with a heat-recovery boiler and a steam or vapor turbine. A coaxial shafting arrangement for driving the low-pressure and high-pressure compressor sections. A pressure-retaining casing arrangement enclosing the high-pressure portion of said gas generator to contain the higher than normal pressure of said gas generator.

**21 Claims, 17 Drawing Figures**



US005628183A

# United States Patent [19]

Rice

[11] Patent Number: 5,628,183

[45] Date of Patent: May 13, 1997

[54] SPLIT STREAM BOILER FOR COMBINED CYCLE POWER PLANTS

[76] Inventor: Ivan G. Rice, P.O. Box 233, Spring, Tex. 77383

[21] Appl. No.: 320,956

[22] Filed: Oct. 12, 1994

[51] Int. Cl.[6] .................... F02C 6/00

[52] U.S. Cl. .................... 60/39.182; 60/39.04; 122/7 B

[58] Field of Search .................... 60/39.04, 39.05, 60/39.55, 39.182, 39.07; 122/7 R, 7 B

[56] References Cited

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,001,513 | 9/1961 | Wolf et al. | 122/7 B |
| 3,703,807 | 11/1972 | Rice | 60/39.182 |
| 4,315,893 | 2/1982 | McCallister | 60/649 |
| 4,333,310 | 7/1982 | Uram | 60/39.182 |
| 4,785,622 | 11/1988 | Plumley et al. | 60/39.55 |
| 5,109,665 | 5/1992 | Hoizumi et al. | 60/39.182 |
| 5,127,470 | 7/1992 | Inaba et al. | 122/7 R |
| 5,133,180 | 7/1992 | Horner et al. | 60/39.182 |
| 5,365,730 | 11/1994 | Bruckner et al. | 60/39.182 |
| 5,375,410 | 12/1994 | Briesch et al. | 60/39.182 |
| 5,428,950 | 7/1995 | Tomlinson et al. | 60/39.182 |

OTHER PUBLICATIONS

Power, Sep. 1994, By Jason Makansi, Titled: HRSGs, Steam Turbines and Auxiliaries for Combined Cycles.

*Primary Examiner*—John J. Vrablik
*Assistant Examiner*—Ted Kim
*Attorney, Agent, or Firm*—Tobor & Goldstein

[57] ABSTRACT

A process and equipment for generating useful power comprising a special split stream heat recovery boiler 108 in combination with a gas turbine 20 and a steam turbine 80 to form a combined cycle. A steam-injected gas turbine 20 and alternately a condensing steam turbine 116 may be utilized. A topping high temperature and high pressure topping steam turbine 80 optionally may be included. Chemical heat recuperation via natural gas reformation may be incorporated within the boiler 108 to increase cycle efficiency further and to lower NOx formation without excess CO. The heat recovery boiler 206 yields increased efficiency and power output heretofore unexpected for the combined cycle compared to conventional combined cycle equipment.

25 Claims, 16 Drawing Sheets



# REPLY EXHIBIT C

US004896499B1

# REEXAMINATION CERTIFICATE (1790th)

## United States Patent [19]

[11] B1 4,896,499

Rice

[45] Certificate Issued Sep. 15, 1992

[54] COMPRESSION INTERCOOLED GAS TURBINE COMBINED CYCLE

[76] Inventor: Ivan G. Rice, P.O. Box 233, Spring, Tex. 77383

Reexamination Request:
No. 90/002,663, Mar. 9, 1992

Reexamination Certificate for:
Patent No.: 4,896,499
Issued: Jan. 30, 1990
Appl. No.: 251,076
Filed: Sep. 28, 1988

Related U.S. Application Data

[60] Continuation of Ser. No. 818,472, Jan. 13, 1986, abandoned, which is a division of Ser. No. 572,548, Jan. 20, 1984, Pat. No. 4,592,204, which is a continuation-in-part of Ser. No. 224,496, Jan. 13, 1981, Pat. No. 4,438,625, Ser. No. 274,660, Jun. 17, 1981, Pat. No. 4,384,452, Ser. No. 416,171, Sep. 9, 1982, abandoned, Ser. No. 416,172, Sep. 9, 1982, abandoned, Ser. No. 416,173, Sep. 9, 1982, Pat. No. 4,550,562, Ser. No. 416,275, Sep. 9, 1982, Pat. No. 4,507,914, Ser. No. 486,334, Apr. 19, 1983, Pat. No. 4,545,197, Ser. No. 486,336, Apr. 19, 1983, Pat. No. 4,565,490, and Ser. No. 486,495, Apr. 19, 1983, Pat. No. 4,543,781, said Ser. No. 224,496, is a division of Ser. No. 954,832, Oct. 26, 1978, Pat. No. 4,272,953, said Ser. No. 274,660, is a division of Ser. No. 47,571, Jun. 11, 1979, Pat. No. 4,314,442, said Ser. No. 416,171, and Ser. No. 416,172, and Ser. No. 416,173, and Ser. No. 416,275, and Ser. No. 486,334, and Ser. No. 486,336, and Ser. No. 486,495, is a continuation-in-part of Ser. No. 47,571, , Ser. No. 224,496, , Ser. No. 954,832, , and Ser. No. 274,660, , said Ser. No. 486,334, Ser. No. 486,336, and Ser. No. 486,495, is a continuation-in-part of Ser. No. 416,171, , Ser. No. 416,172, , Ser. No. 416,173.

[51] Int. Cl.[5] .......................... F02C 3/10; F02C 7/143
[52] U.S. Cl. .............................. 60/39.161; 60/39.182; 60/728
[58] Field of Search .................... 60/39.161, 266, 267, 60/727, 728; 415/179

[56] References Cited

U.S. PATENT DOCUMENTS

3,486,340 12/1969 DuPont et al. ...................... 60/267

OTHER PUBLICATIONS

"Future Propulsion Machinery Technology For Gas Turbined Powered Frigates, Destroyers, and Cruisers", by Quandt et al, pp. 321-376.
"Regenerated Marine Gas Turbines, Part I: Cycle Selection and Performance Estimation", by Bowen and Ness, 82-GT-306, pp. 1-12.
"Regenerated Marine Gas Turbines, Part II: Regenerator Technology and Heat Exchanger Sizing", by Watts and Bowen, 82-GT-314, pp. 1-8.
"Advanced-Cycle Gas Turbines for Naval Ship Propulsion", by Bowen and Groghan; Naval Engineers Journal, May 1984, pp. 262-271.

*Primary Examiner*—Louis J. Casaregola

[57] ABSTRACT

A compression intercooled gas turbine and vapor bottoming combined cycle system with the gas turbine operating at 30 to 65 atmospheres is disclosed. A twin spool hot gas generator incorporates compression intercooling at the optimum intercooler pressure ratio to (a) minimize intercooler heat rejection degradation, (b) raise the overall cycle pressure ratio, (c) increase gas generator core mass flow and (d) to increase the gas turbine power output. The gas turbine can operate in either the simple cycle or the reheat cycle mode for optimum combined cycle efficiency. A combined cycle efficiency upwards of 60 percent can be realized.




EXHIBIT
tabbles
B

# REEXAMINATION CERTIFICATE ISSUED UNDER 35 U.S.C. 307

THE PATENT IS HEREBY AMENDED AS INDICATED BELOW.

**Matter enclosed in heavy brackets [ ] appeared in the patent, but has been deleted and is no longer a part of the patent; matter printed in italics indicates additions made to the patent.**

ONLY THOSE PARAGRAPHS OF THE SPECIFICATION AFFECTED BY AMENDMENT ARE PRINTED HEREIN.

*Column 1, lines 5–11: Continuation of Ser. No.* 818,472, Jan. 13, 1986, abandoned, *which is a division of Ser. No. 572,548, Jan. 20, 1984, Pat. No. 4,592,204,* which is a continuation-in-part of Ser No. 224,496, Jan. 13, 1981, Pat. No. 4,438,625, Ser. No. 274,660, Jun. 17, 1981, Pat. No. 4,384,452, Ser. No. 416,171, Sep. 9, 1982, abandoned, Ser. No. 416,172, Sep. 9, 1982, abandoned, Ser. No. 416,173, Sep. 9, 1982, Pat. No. 4,550,562, Ser. No. 416,275, Sep. 9, 1982, Pat. No. 4,507,914, Ser. No. 486,334, Apr. 19, 1983, Pat. No. 4,545,197, Ser. No. 486,336, Apr. 19, 1983, Pat. No. 4,565,490, and Ser. No. 486,495, Apr. 19, 1983, Pat. No. 4,543,781, and Ser. No. 224,496, is a division of Ser. No. 954,832, Oct. 26, 1978, Pat. No. 4,272,953, said Ser. No. 274,660, is a division of Ser. No. 47,571, Jun. 11, 1979, Pat. No. 4,314,442, said Ser. No. 416,171, Ser.No. 416,172, Ser. No. 416,173, Ser. No. 416,275, Ser. No. 486,334, Ser. No. 486,336, *and Ser. No. 486,495, each is a continuation-in-part of* Ser. No. 47,571, Ser. No. 224,496, Ser. No. 954,832, and Ser. No. 274,660, said Ser. No. 486,334, Ser. No. 486,336, and Ser. No. 486,495, each is a continuation-in-part of Ser. No. 416,171, Ser. No. 417,172, Ser. No. 416.173.

Column 5, lines 60–61:

FIG. 7a is a [pan] *plan* quarter top sectional view showing an airfoil diffuser and toroidal-shaped outlet duct.

Column 8, lines 3–27:

Low-pressure compressor 24 discharges axially at *about Mach 0.3* air *velocity corresponding to about 400 to 450 ft/sec* at the flowing temperature. Said air flows into elbow 100 where the airflow direction is changed from that of axial to radial. The air flow at this point is then diffused by flat or parallel wall vaneless diffuser 102 before being discharged to a scroll collector 35 and then to duct 36. The gas velocity exiting diffuser 102 is at about Mach 0.14 corresponding to about 200 ft/sec according to the base temperature involved. About 65 to 70 percent of the velocity pressure head is recovered by diffuser 102 and the remainder is dissipated and lost to the cycle. The cooled air enters the high-pressure compressor 44 through a separate duct 42 by means of a special "S" shaped inlet duct 104 detachably attached *to compressor outer casing 78, inner housing 79 and* elbow 100. Struts 77 [joins] *join* together forward and aft sides of inlet duct 104. The cooled air counterflows in direction to that of the hot discharge air flowing inside diffuser 102. Diffuser 102 and elbow 100 fit adjacent and close to the outer wall 108 of inlet duct 104 and areremovably secured together. Generous cross-sectional area of the inlet duct 104 is provided to keep the inlet air velocity low at a value of approximately 50 to 75 ft/sec to reduce inlet pressure loss.

Column 8, lines 29–47:

The [added] *increased* low-pressure compressor 24 pitch-line radius, r, FIG. 2, made possible by the cooler and more dense air to the high-pressure compressor 44 provides the needed radial space and therefore makes it possible to exit the low-pressure compressor 24 hot air, diffuse the hot air and return the cooled air to the high pressure compressor 44 efficiently and with low-pressure loss and at the same time retain the coaxial shafting and unitized single-unit modular construction of gas generator 20. It is obvious that if the pitch-line radius, r, of the low-pressure compressor 24 were the same or verynearly the same as the pitch-line radius of the high-pressure compressor 44, there would not be adequate radial space without the shafting 26 to the low-pressure compressor being lengthened considerably making it impractical from a structural standpoint to adapt an [aeroderivitating] *derivative* gas generator to a unitized single module and structural design with the given bearing arrangement provided.

Column 8, lines 48–60:

Reference is made to FIG. 4 which shows the low pressure compressor *24 of this invention with radius $R_2$* superimposed over the low-pressure compressor [or] *of* a normal gas generator with radius $r_1$. Also note the smaller pitch-line radius, $r_3$, of the high-pressure compressor 44. As previously mentioned, the greater low-pressure compressor 24 radius is made possible by the change in density of the air when it is intercooled. The forward-bearing arrangement is basically the same for both cases and the stationary structural support to the bearing needs only minor changes to accommodate the inlet "S" shaped duct 104 wherein the duct 104 becomes *part of the stationary structural part of said modular gas* generator 20. The low-pressure compressor support funnel-shaped rotating members 110 and 112 likewise change only slightly in shape to accommodate the inlet duct 104 and low-pressure-compressor rotor drum 114. Note that the low-pressure compressor drum 114 is mounted to shaft 26 similar to how a dual truck tire and rim are cantilevered and bolted to an axle shaft which protrudes beyond the wheel-axle bearing.

Column 11, lines 11–32:

*Outer casing 152 is substantially thick enough to* prevent pressure distortion or blow-out with an adequate safety factor and is stiffened by ribs 162 as required. Forward casing 156 likewise has a thick enough section 164 to prevent pressure distortion but as a thin enough side wall 166 to allow for some flexibility. Forward casing 156 has three or more annular grooves 168 wherein seal piston rings 170 fit similar to those of a piston of a large reciprocating engine. The grooves 168 are deep enough for piston rings 170 to compress and expand. Another set of grooves 168' and rings 170' are *located at the rear of the gas generator at connection* ring 172. The outer casing 152 is thus allowed to float axially and radially so to speak as the temperature of the *gas generator* [casings] *casing 142 expands. This differential* expansion can be considerable at the temperature involved. Stiffening and support ring 174 is thin-walled and can have an expansion loop if required. It

can also be noted that orifices 176 allow deadended compressor air to flow back and forth in forward cavity 153 andrear cavity 154.

Column 14, lines 37–50:

The hot air is diffused efficiently without separation by the cascade airfoil arrangement. The air flow and direction thereof is controlled so it will fan out or spread apart. The direction of flow of the air at the inner surface 234 is mostly tangential to the inner surface and the flow at the center pitch line is tangential to the center pitch line and the outer surface flow is tangential with the outer surface 234. The direction of the flow with respect to the radial position can be curved backwards to give space for flange 258, expansion joint 260 and transition 262. The curvature can also be slightly forward with less curvature of elbow 100 and with the inlet 280 being moved farther backward to increase the curvature of the "S" shape of the inlet 280.

Column 16, lines 10–27:

The general reheat-gas-turbine cycle arrangement is given in the schematic diagram of FIG. 1. Air is compressed in a low-pressure compressor 24 which is driven coaxially by turbine 28. Said air is diffused and then ducted to intercoolers 38 and 40 where said air is cooled before being ducted back to be further compressed by high-pressure compressor 44 driven by turbine 46. High-pressure air at 40 to 60 atmospheres is heated in first combustion chamber 30, is then expanded through turbines 46 and 28, is subsequently fully diffused by diffuser 52 and then reheated in second combustion chamber 50 at a total pressure of 4 to 9 atmospheres, depending on the cycle-pressure ratio and amount of steam-cooling/injection and is finally expanded to atmospheric pressure through power turbine 58 to drive load 60. The hot exhaust gases generate steam in a boilerfor a conventional 2400 psig reheat-steam turbine not shown. The reheated *gas can be at a temperature of 2000° to 2500° F. or higher.*

The intercoolers can be made in two sections 38 and 40 with condensate being used to cool the high end and cooling water used to cool the low end as shown in FIG. 1. The following expected and typical pressure losses are assumed for the intercooler. These losses are expressed as percentages of the compressor intercooler total pressure:

Column 18, lines 10–18:

The aforestated three formulas and assumptions will produce close results which are valid for incremental compression work saved through intercooling and incremental heat added after compression to raise the temperature back to the nonintercooled level. More exact results using the gas tables are not [warrented] *warranted* for comparison and relative compression work and changes in cycle efficiencies.

Column 20, lines 9–19:

It can be seen that a maximum work saved by intercooling occurs at the square root of the total pressure ratio, points A and B of FIG. 13. The incremental specific work, $W_i$, saved can be determined by applying formula (6) following:

$$W_i = C_p[(T_5 - T_2) - (T_4 - T_3)] \times .95 \quad (6)$$

where $C_p$ is the specific heat considered to be [24] .24 BTU/lb—°F. (1.005 KJ/Kg—°C.) for standard air and where the numerical subscripts refer to FIG. 10.

Column 21, lines 34–43:

Intercooling according to the teachings of this invention degrades combined-cycle efficiency. This degradation as given in FIG. 14 starts from about 0.8 percent, point X at the optimum intercooling ratio range of 1.8 to 2.2 and increases rapidly to about 2.5 percent at a 4 ratio point Y for the 41° F. interrapidly cooled] *intercooler* approach temperature to the atmospheric temperature (100°−59°=41° F.). Cooling to a closer temperature would reduce this loss only slightly.

Column 22, lines 40–45:

The gas generator and complete reheat gas turbine of this invention can be applied to [generator] *generate* electric power or produce mechanical power to drive a large ship where efficiency and space are important factors to be considered. The quick change-out feature of the gas generator makes such applications attractive.

AS A RESULT OF REEXAMINATION, IT HAS BEEN DETERMINED THAT:

The patentability of claims 7 and 8 is confirmed.

Claims 1 and 3 are determined to be patentable as amended.

Claims 2 and 4–6, dependent on an amended claim, are determined to be patentable.

New claims 9–16 are added and determined to be patentable.

1. In a power producing system comprising a twin spool gas generator and a power turbine, said gas generator having a low pressure compressor driven by a low pressure turbine, a high pressure compressor driven by a high pressure turbine, a combustor positioned between said high pressure compressor and said high pressure turbine, said power turbine positioned downstream from said low pressure turbine, the improvement being characterized in that: said high and low pressure turbines being axially positioned and independently rotatable for driving said high and low pressure compressors, respectively, by means of concentric coaxial outer and inner shafting, respectively, said gas generator including at least one externally mounted intercooler positioned between said low pressure compressor and said high pressure compressor, at least one compressoroutlet duct from said low pressure compressor communicating with said intercooler, and at least one return high pressure compressor, wherein said compressor outlet and return ducts and connections between said compressors and said intercooler are provided between said axially positioned low and high pressure compressors for air flow to and from said intercooler in counterflow with coolant, said outlet duct being configured to radially expand said air flow to a low velocity and said return duct being configured for low radial flow return velocity to said high pressure compressor, *the high pressure compressor having an inlet flow area directly proportional to the outlet flow area of the low pressure compressor, and inversely proportional to the absolute temperature ratio between the high temperature air*

*flow discharged from the low pressurecompressor compared to the low temperature air flow from the intercooler passing to the inlet area of the high pressure compressor.*

3. In a power producing system comprising a twin spool gas generator, a reheat combustor and a power turbine, said gas generator having a low pressure compressor driven by a low pressure turbine, a high pressure compressor driven by a high pressure turbine and a first combustor positioned between said high pressure compressor and said high pressure turbine, said reheat combustor being positioned between said low pressure turbine and said power turbine, the improvement being characterized in that: said high and low pressure turbines being axially positioned and independently rotatable for driving said high and low pressure compressors, respectively, by means of concentric coaxial outer and inner shafting, respectively, said gas generator including at least one externally mounted intercooler positioned between said low pressure compressor and said high pressure compressor, at least one compressor outlet duct from said low pressure compressor communicating with said intercooler, and at least one return duct from said intercooler communicating with said high pressure compressor, wherein said compressor outlet and return ducts and connections between said compressor and said intercooler are provided between said axially positioned low and high pressure compressors for air flow to and from said intercooler in counterflow with coolant, said outlet duct being configured to radially expand said air flow to a low velocity and said return duct being configured for low radial flow return velocity to said high pressure compressor, *the high pressure compressor having an inlet flow area directly proportional to the outlet flow area of the low pressure compressor, and inversely proportional to the absolute temperature ratio between the high temperature air flow discharged from the low pressure compressor compared to the low temperature air flow from the intercooler passing to the inlet area of the high pressure compressor.*

*9. The power producing system as defined in claim 1, wherein the outlet duct includes a radial diffuser for reducing said air flow to said low velocity of less than approximately 200 feet per second.*

*10. The power producing system as defined in claim 9, wherein said outlet duct includes a plurality of airfoil shaped vanes downstream from said radial diffuser for further diffusion of the air flow.*

*11. The power producing system as defined in claim 1, wherein said return duct has a selected cross-sectional area to maintain said airflow at a velocity of less than approximately 75 feet per second.*

*12. The power producing system as defined in claim 1, wherein said return duct includes one or more turning guide vanes for even flow distribution of said air flow to said high pressure compressor.*

*13. The power producing system as defined in claim 1, wherein said return duct has a generally S-shaped configuration.*

*14. The power producing system as defined in claim 13, further comprising:*

*said high pressure compressor including an outer pressurizing casing; and*

*said S-shaped return duct is housed substantially radially within the pressurizing casing of the high pressure compressor.*

*15. The power producing system as defined in claim 13, further comprising:*

*said low pressure compressor including an outer pressurizing casing; and*

*the S-shaped return duct is housed at least partially withinthe low pressure compressor casing and radially interior of the outlet duct to minimize the axial length of said coaxial shafting.*

*16. The power producing system as defined in claim 1, wherein the return duct is housed at least partially within the low pressure compressor to minimize the axial length of the coaxial shafting.*

* * * * *

# REPLY EXHIBIT D

THE AMERICAN SOCIETY OF MECHANICAL ENGINEERS
345 E. 47 St., New York, N.Y. 10017

82-GT-306

The Society shall not be responsible for statements or opinions advanced in papers or in discussion at meetings of the Society or of its Divisions or Sections, or printed in its publications. Discussion is printed only if the paper is published in an ASME Journal. Released for general publication upon presentation. Full credit should be given to ASME, the Technical Division, and the author(s). Papers are available from ASME for nine months after the meeting.
Printed in USA.

# Regenerated Marine Gas Turbines, Part I: Cycle Selection and Performance Estimation

T. L. Bowen

J. C. Ness

Engines Branch,
David Taylor Naval Ship Research
& Development Center,
Annapolis, MD
Assoc. Mems. ASME

*Analytical studies are currently being conducted by the David Taylor Naval Ship R&D Center to assess the suitability of regenerative-cycle and intercooled, regenerative-cycle gas turbines for naval applications. This paper, which is presented in two parts, discusses results of initial investigations to identify attractive engine concepts based on existing turbomachinery and to consider the regenerator technology required to develop these engine concepts. Part I of the paper deals with the attractive engine concepts. A survey of simple-cycle engines rated from 2500 to 50,000 hp (2 to 37 MW) was conducted to determine the cycle conditions, performance characteristics, and mechanical configurations of current marine gas turbines. Comparative cycle studies were performed to establish the performance trends of the simple, regenerative, intercooled-simple, and intercooled-regenerative cycles. Hypothetical engine concepts are described which illustrate the improved performance obtained by adding heat exchangers for regeneration and intercooling to today's simple-cycle marine engines.*

NOMENCLATURE

$A_g$ - airfoil gas-side heat transfer area, $ft^2$ ($m^2$)

$\bar{C}_p$ - average specific heat, Btu/lb·deg R (J/kg·deg K)

$\bar{h}_g$ - integrated gas-side heat transfer coefficient, $Btu/ft^2 \cdot deg\ R \cdot s$ ($W/m^2 \cdot deg\ K$)

$M_a$ - engine inlet airflow, lb/s (kg/s)

$M_c$ - coolant flowrate, lb/s (kg/s)

P - engine output power, hp (kW)

$R_c$ - overall compression ratio

$R_{c1}$ - compression ratio of low-pressure compressor

$R_{c2}$ - compression ratio of high-pressure compressor

$R_t$ - ratio of turbine inlet temperature to ambient temperature

$T_c$ out - temperature of coolant exiting from the airfoil, R (K)

$T_c$ in - temperature of coolant entering the airfoil, R (K)

$T_g$ - gas temperature, R (K)

$T_s$ - airfoil surface temperature, R (K)

$\alpha$ - compression-split factor, see equation (2)

$\gamma$ - ratio of specific heats

$\Delta p$ - pressure drop, %

$\varepsilon_I$ - intercooler effectiveness, %

$\varepsilon_R$ - regenerator effectiveness, %

$\eta_B$ - burner efficiency, %

$\eta_c$ - overall compressor efficiency, %

$\eta_{c1}$ - low-pressure compressor efficiency, %

$\eta_{c2}$ - high-pressure compressor efficiency, %

$\eta_{T1}$ - gasifier turbine(s) efficiency, %

$\eta_{T2}$ - power turbine efficiency, %

$\theta$ - difference between turbine exhaust and compressor exit temperature, F (C)

INTRODUCTION

In recent years the regenerative-cycle gas turbine has received considerable attention as an alternative powerplant for automobiles, highway trucks and buses, tracked military vehicles, and even helicopters. The weight and volume constraints associated with these vehicular applications are such that only the lightest, most compact heat exchangers would be acceptable despite their reduced

Contributed by the Gas Turbine Division of the ASME.

effectiveness. Yet many prototype engines have been developed at great expense which have fuel consumption characteristics approaching that of the diesel engine while still retaining the desirable features of the gas turbine engine. The largest regenerative-cycle engine currently used for vehicular propulsion is rated about 1500 hp (1120 kW), but most are rated below 500 hp (370 kW). If these regenerated gas turbines prove to be better powerplants for vehicular applications, the result will be a new market for thousands of engines per year, driving the unit cost of each engine low enough to compete with current engine costs. Two factors which set marine applications apart from vehicular applications are the larger size and smaller number of engines needed to meet shipboard propulsion and auxiliary power requirements. As a large user in a small market, the U.S. Navy is aware of its role as advisor and perhaps joint developer of regenerative-cycle gas turbines for marine applications. Therefore, analytical studies are currently being conducted by the David Taylor Naval Ship R&D Center to assess the suitability of regenerative-cycle and intercooled, regenerative-cycle gas turbines for naval applications. This paper, which is presented in two parts, discusses results of initial investigations to identify attractive engine concepts based on existing turbomachinery and to consider the regenerator technology required to develop these engine concepts.

## CURRENT MARINE GAS TURBINES

Lightweight, aero-derived, marine/industrial gas turbines are manufactured by at least six aircraft turbine engine companies. A survey of simple-cycle engines rated from 2,500 to 50,000 hp (2 to 37 MW) was conducted to determine the cycle conditions, performance characteristics, and mechanical configurations of current marine gas turbines.

### Differences in Thermal Efficiency

At the present time, the General Electric LM2500 marine gas turbine is the only engine used in significant numbers for ship propulsion by the U.S. Navy. Compared to most of the gas turbines surveyed, the LM2500 has a significantly lower specific fuel consumption (i.e., 10% or more at the design point). The difference is not so much a function of engine size or manufacturer, but a function of two critical cycle parameters - compression ratio and turbine inlet temperature. Specific fuel consumption of the gas turbines surveyed varied between 0.61 and 0.36 lb/hph (371 and 220 g/kWh). Since thermal efficiency is inversely proportional to specific fuel consumption, this corresponds to thermal efficiencies between 22% and 38% based on International Standard Operating (ISO) conditions. The large difference in thermal efficiency of simple-cycle engines is due to the fact that compression ratios range from 6:1 to 30:1 and turbine inlet temperatures range from 1775 to 2200 F (957 to 1204 C). Plots of thermal efficiency versus compression ratio and turbine inlet temperature are shown in Figures 1 and 2, respectively, based on the empirical data from the survey. These plots demonstrate that improvement in the thermal efficiency of simple-cycle gas turbines is achieved with higher compression ratio and higher turbine inlet temperature. To significantly improve the thermal efficiency of the simple cycle would require a substantial increase in compression ratio and turbine inlet temperature. Modifying the simple cycle to include heat exchangers for regeneration and intercooling will also result in




Fig. 1 Thermal efficiency of current marine gas turbines versus compression ratio




Fig. 2 Thermal efficiency of current marine gas turbines versus turbine inlet temperature

similar improvement without raising compression ratio and turbine inlet temperature above the current state of the art. Hence, the next generation of marine engines could include engines having higher cycle conditions, or with heat exchangers, or both to increase thermal efficiency to 45% or higher. Depending upon the value of compression ratio, a regenerator[1] alone can recover some of the waste heat in a simple cycle,

[1] Although "regenerator" is often used to describe a rotary heat exchanger and "recuperator" is often used to describe a stationary heat exchanger, the word regenerator is used here to denote any type of heat exchanger.

but regeneration following compressor intercooling can lower exhaust gas temperature much more than regeneration alone. In either case the result of low-compression ratio or compressor intercooling is a large difference between exhaust gas temperature and compressor exit temperature which favors waste heat recovery in the regenerator. Many engines surveyed would not benefit significantly with just regeneration due to an insufficient temperature differential, θ, between turbine exhaust gas and compressor exit air. As shown in Figure 3, the value of θ decreases sharply as compression ratio increases. In some




Fig. 3 Temperature difference θ among current marine gas turbines versus compression ratio

cases the value of θ is negative, meaning heat transfer from exhaust gas to compressor exit air is impossible unless compressor exit air in these moderate-to-high-compression ratio engines is reduced with an intercooled compressor. As results from the comparative cycle studies will later demonstrate, there is an optimum point in the compression process at which intercooling should occur to maximize thermal efficiency. In many cases extensive modifications to an existing engine would be required to intercool the compressor. Furthermore, placing the intercooler at the optimum thermodynamic location may not be practical, given the mechanical configuration of the engine.

Differences in Mechanical Configurations

The engines surveyed can be divided into four groups according to their mechanical configurations which are illustrated in Figure 4. All of the engines have a free power turbine which is connected to the load at either the front (intake) or the back (exhaust) of the engine, depending upon the particular engine. Engines having a single-spool gas generator composed of an axial compressor driven by an axial high-pressure turbine are shown as configuration A. The addition of a centrifugal stage as the final compressor stage is the major mechanical feature distinguishing configuration B from configuration A. Configuration C has a single-spool gas generator also




Fig. 4 Mechanical configuration of current simple-cycle gas turbines

consisting of dual centrifugal compressor stages driven by an axial high-pressure turbine. Engines having a dual-spool gas generator composed of axial low-pressure and high-pressure compressors driven by axial low-pressure and high-pressure turbines, respectively, are shown as configuration D. When it comes to retrofitting engines with a regenerator, configurations B and C have an advantage because compressor exit airflow is radially out. Likewise, configurations C and D could be adapted with an intercooler more easily because compression is accomplished in two mechanically separate components.

COMPARATIVE CYCLE STUDIES

Comparative cycle studies were performed to establish the performance trends of the simple, regenerative, intercooled-simple, and intercooled-regenerative cycles as a function of compression ratio and turbine inlet temperature. Based on the survey of current marine gas turbines, compression ratios ranging from 6:1 to 30:1 and turbine inlet temperatures ranging from 1775 to 2200 F (957 to 1204 C) are of interest. Secondary cycle parameters, such as component efficiencies, pressure losses, and bleed air fractions, have significant effect on the thermal efficiency and output power of these cycles. Table 1 summarizes the nominal values assumed for many of those parameters that are maintained constant throughout the cycle comparisons. All cycle calculations are

Table 1. Gas Turbine Cycle Assumptions

| | |
|---|---|
| Overall Compressor Efficiency | 84% |
| Burner Efficiency | 99% |
| Gasifier Turbine Efficiency | 90% |
| Power Turbine Efficiency | 88% |
| Burner $\Delta p$ | 4% |
| Interturbine $\Delta p$ | 2% |
| Diffuser & Exhaust Elbow $\Delta p$ | 3% |
| Cooling Bleed Fraction | 10% |

based on common operating conditions including ambient temperature of 80 F (26.7 C), ambient pressure of 14.7 psia, 4 inches (1 kPa) of water inlet duct loss, and 6 inches (1.5 kPa) of water exhaust duct loss. It is considered unnecessary to discuss in detail the differences between the cycles and/or include their temperature versus entropy diagrams here considering the numerous gas turbine textbooks to which one may refer (1-3). Basically, adding a regenerator to existing simple-cycle engines would allow heat from the hot exhaust gases to be transferred to the compressed air prior to entering the combustion chamber. Thermal efficiency improves because less fuel is needed to heat the combustion

air to the desired turbine inlet temperature. The compressive work required in the intercooled-simple cycle is less than that of the simple cycle because cooling occurs along constant pressure lines which converge as temperature decreases. A portion of the energy previously expended by the gasifier turbine in the simple cycle becomes available as increased power turbine output in the intercooled-simple cycle. A larger combustion temperature rise (fuel flowrate) is necessary in the intercooled-simple cycle due to the lower compressor exit temperature. With both fuel flowrate and power turbine output increasing due to intercooling, the net change in thermal efficiency may be positive or negative, depending upon secondary parameters such as intercooler pressure drop and effectiveness. As its name implies, the intercooled-regenerative cycle has two heat exchangers in the cycle, both an intercooler and a regenerator. In this cycle, a greater portion of the gas turbine's waste heat is recovered by the regenerator, and less is rejected to the atmosphere because cooling the compressor increases the value of θ. Thus, the intercooled-regenerative cycle is inherently more efficient than the regenerative cycle or the intercooled-simple cycle.

Simple-Cycle Versus Regenerative-Cycle Thermal Efficiency

Some results from the comparative cycle studies are included here to demonstrate how the cycle conditions, particularly compression ratio and turbine inlet temperature, of existing marine gas turbines could obtain significantly higher thermal efficiencies if used in another cycle. Figure 5 is a plot of simple-cycle and regenerative-cycle thermal efficiencies versus compression ratio. Existing marine gas turbines have a maximum turbine inlet temperature of 2200 F (1204 C) or less. Considering the continuing effort by turbine manufacturers to increase turbine inlet temperature by developing better materials and manufacturing processes, a 200 F (109 C) growth in turbine inlet temperature may be possible for marine gas turbines over the next decade. Lines of constant turbine inlet temperature between 1800 and 2200 F (982 and 1204 C) in Figure 5 represent current engine technology. The shaded region between 2200 and 2400 F (1204 and 1316 C) implies potential growth in maximum turbine inlet temperature which may come about due to technology advances during the 1980's. The trend of simple-cycle thermal efficiency shown in Figure 5 illustrates why engine manufacturers have sought to improve current engines by increasing the compression ratio in conjunction with higher turbine inlet temperature in newer engines. The statement made earlier that low-to-moderate-compression ratio engines will benefit most from regeneration is apparent from the trend of regenerative-cycle thermal efficiency shown in Figure 5. Peak thermal efficiency of the regenerative-cycle occurs at much lower compression ratios, i.e., 10:1 or less. At higher values of compression ratio, thermal efficiency is lower because compressor exit air is hotter, causing the value of θ to decrease. Eventually the value of θ becomes zero at which point corresponding regenerative-cycle and simple-cycle curves intersect. Under these conditions compressor exit air and exhaust gas temperatures are equal, and waste heat can no longer be recovered with a regenerator alone. In addition to compression ratio and turbine inlet temperature, regenerator effectiveness is an important parameter in the regenerative-cycle calculations. The regenerative-cycle results shown




Fig. 5 Simple-cycle and regenerative-cycle thermal efficiency versus compression ratio

in Figure 5 were calculated assuming a modest regenerator effectiveness of 80%. The peak thermal efficiency and the optimum compression ratio are strongly influenced by the value of regenerator effectiveness. Regenerator pressure drop introduces a penalty on thermal efficiency which is not included in the regenerative-cycle results shown in Figure 5. Given a compression ratio of 8:1 and a turbine inlet temperature of 2100 F (1149 C), thermal efficiency of the regenerative cycle is 37.5%. An increase in regenerator pressure loss can be offset by an increase in effectiveness such that the same thermal efficiency is obtained using a regenerator with 87% effectiveness and 5% pressure drop or a regenerator with 93% effectiveness and 10% pressure drop.

Efficiency Improvements Due to Intercooling

The increase in thermal efficiency as a result of intercooling both the simple and regenerative cycles is illustrated in Figure 6. Thermal efficiency of each cycle is shown as a function of compression ratio, assuming the same turbine inlet temperature, 2100 F (1149 C), for all cases. Intercooler performance is characterized by assuming an effectiveness of 90%, a pressure drop of 4%, and a heat sink temperature of 75 F (24 C). The overall compression ratio of the intercooled cycles is divided between low-pressure and high-pressure compressors according to a compression-split factor, α, defined by:




Fig. 6 Effect of intercooling on simple-cycle and regenerative-cycle thermal efficiency

$$R_c = R_{c1} \times R_{c2} \qquad (1)$$

$$\alpha = \frac{(R_{c1} - 1)}{(R_{c2} - 1) + (R_{c1} - 1)} \times 100\% \qquad (2)$$

Given an overall compression ratio, $R_c$, the value of $\alpha$ had to be iterated upon until the highest thermal efficiency was determined. The efficiencies of the low-pressure and high-pressure compressors had to be defined such that the exit temperature of the two compressors running uncooled equaled the exit temperature of a single compressor having the same overall compression ratio and an efficiency of 84%. The following expression defines $\eta_{c1}$ and $\eta_{c2}$ in the intercooled cycle calculations:

$$\left[1 + \frac{\left(R_c^{\left(\frac{\gamma-1}{\gamma}\right)} - 1\right)}{0.84}\right] = \left[1 + \frac{\left(R_{c1}^{\left(\frac{\gamma-1}{\gamma}\right)} - 1\right)}{\eta_{c1}}\right] \times \left[1 + \frac{R_{c2}^{\left(\frac{\gamma-1}{\gamma}\right)} - 1)}{\eta_{c2}}\right] \qquad (3)$$

Assuming a low-pressure compressor efficiency of 86% and solving the equation shown above for $\eta_{c2}$ resulted in a high-pressure compressor efficiency for the intercooled-simple cycle of 86% as well. The same assumption for the intercooled-regenerative cycle resulted in a high-pressure compressor efficiency which varied from 85% to 88% as compression ratio increased from 6:1 to 32:1. The values of compression-split factor, $\alpha$, used to generate Figure 6 included 15% for the intercooled-simple cycle and 35% for the intercooled-regenerative cycle. The intercooling calculations indicate that retrofitting a 2100 F (1149 C) simple-cycle engine with an intercooler improve thermal efficiency the most if compression ratio is greater than 16:1, but retrofitting a regenerator is more beneficial than intercooling if the compression ratio is less than 16:1. The results also demonstrate that the intercooled-regenerative cycle gives the highest thermal efficiency regardless of the value of compression ratio. Selecting the value of $\alpha$ for intercooled-simple cycle calculations depends on whether it is more desirable to maximize thermal efficiency than specific power. The results shown in Figure 7 indicate that maximum thermal efficiency is obtained when $\alpha$ is 10% to 15%, but maximum specific power is obtained when $\alpha$ is 45% to 55%. About two points in thermal efficiency are lost in order to maximize specific power. As shown in Figure 8, peak thermal efficiency and peak specific power for the intercooled-regenerative cycle occur at values of $\alpha$ which are much closer to one another than in the previous graph.




Fig. 7 Specific power and thermal efficiency versus compression-split factor for intercooled-simple cycle




Fig. 8 Specific power and thermal efficiency versus compression-split factor for intercooled-regenerative cycle

Specific Power Increase Due to Intercooling

As mentioned earlier, a portion of the energy required to drive an uncooled compressor becomes available as increased power turbine output when the compressor is intercooled. Figure 9 is a plot of thermal efficiency versus specific power for the four gas turbine cycles discussed in this paper. The curves on the graph represent lines of constant compression ratio and lines of constant temperature ratio (i.e., ratio of turbine inlet temperature to ambient temperature). Comparing an intercooled-simple cycle and a simple cycle both having 16:1 compression ratio and 5:1 temperature ratio indicates that specific power increases by 20% due to intercooling, but only a slight increase in thermal efficiency is shown. At these same conditions, specific power of the regenerative cycle differs very little from that of the simple cycle, while the specific power of the intercooled-regenerative cycle is 23% higher than that of the simple cycle. Stating the same conclusion inversely: 23% less air is required by the intercooled-regenerative cycle than the simple cycle to produce the same output power as the simple cycle.

REGENERATED ENGINE CONCEPTS

The amount of calculations required to obtain a data point on Figure 8 with reasonable accuracy necessitates the use of a computer program. Such a computer program was used to identify candidate engine concepts having high efficiency based on existing turbomachinery. The compression ratio, turbine inlet temperature, component efficiencies, pressure losses, and bleed fraction for many of today's simple-cycle marine gas turbines was used as the input to estimate performance of regenerated and intercooled-regenerated versions of those engines. Since results from these analyses of specific turbines are regarded as proprietary information by both the particular engine manufacturer and the U.S. Navy, hypothetical advanced cycle engine concepts are presented in this paper. These concepts include a low-compression, 8:1, regenerative cycle with and without intercooling and a high-compression, 16:1, intercooled-regenerative cycle. The turbomachinery assumptions made in these cycle calculations as a whole do not represent any particular engine, but as individual values represent state-of-the-art marine gas turbine technology.

Low-Compression Regenerative Cycle

Figure 10 is a cycle diagram for a low-compression, regenerative-cycle engine. The temperature, pressure, enthalpy, fuel-to-air ratio, and mass flow at each station in the cycle are given in a table below the diagram. The temperature differential between exhaust gas and compressor exit air is 606 F (319 C). The temperature of the air is raised 545 F (285 C) as it passes through the regenerator which is more than one-third of the combustion temperature rise required in an equivalent simple-cycle engine. The thermal efficiency of this cycle is over 38% compared to less than 28% if the regenerator was not included in the cycle. With a specific fuel consumption of 0.362 lb/hph (220 g/kWh), the low-compression regenerative cycle is also 0.056 lb/hph (34 g/kWh) less than a high-compression, 24:1, simple cycle.

Low-Compression, Intercooled-Regenerative Cycle

The cycle diagram shown in Figure 11 is similar to the previous diagram, except the 8:1 compressor is divided into low-pressure and high-pressure compressors with 2.83:1 compression ratios, and an intercooler is added to the cycle. Compressor exit air temperature is 260 F (127 C) lower due to the intercooler. Hence, the value of θ in this cycle is 860 F (460 C). Exhaust gas temperature is 500 F (260 C) in this cycle compared to 706 F (374 C) in the previous cycle. The thermal efficiency of the low-compression, intercooled-regenerative cycle is about 41%, or 3 points higher than the same engine without intercooling. The specific power of the cycle also improved from 144 to 160 hp/lb/s (237 to 263 kW/kg/s), or 11%, due to intercooling.

High-Compression, Intercooled-Regenerative Cycle

Figure 12 is a cycle diagram for a high-compression intercooled-regenerative cycle engine. The compressor exit temperature of an uncooled 16:1 compressor would be 814 F (434 C), thereby limiting the value of θ to less than 200 F (93 C). Adding a regenerator alone does not improve a 16:1 simple-cycle engine because exhaust gas temperature could be lowered to only about 850 F (454 C). Placing an intercooler between a 4:1 low-pressure compressor and a 4:1 high-pressure compressor lowers compressor exit temperature to 419 F (215 C). A significant portion of the waste heat in the exhaust gas flow can now be recovered in a regenerator because the value of θ has increased to almost 550 F (290 C). As a result, thermal efficiency of the high-compression, intercooled-regenerative cycle is about 42% and specific power is 190 hp/lb/s (312 kW/kg/s). This represents a substantial improvement over the 16:1 simple-cycle engine.




Fig. 9 Thermal efficiency versus specific power of the simple and regenerative cycles with and without intercooling




| | |
|---|---|
| AMBIENT TEMP | = 539.7 |
| AMBIENT PRESS | = 14.7 |
| FUEL LHV | =18400. |
| PRESSURE RATIO | = 8.000 |
| BLEED FRACTION | = .100 |
| INLET LOSS | = 4. IN H2O |
| EXHAUST LOSS | = 6. IN H2O |
| RECUP DELPC | = .0100 |
| RECUP DELPH | = .0700 |
| OVB BLEED FRAC | = 0.0000 |
| REGEN EFF | = .900 |

| STATION | TEMP R | PRESS PSI | ENTH BTU/LB | FAR | MASSFLOW LB/SEC |
|---|---|---|---|---|---|
| 2 | 539.7 | 14.6 | 128.95 | | 100.00 |
| 3 | 1040.5 | 116.4 | 250.98 | | 90.00 |
| 31 | 1585.8 | 115.3 | 391.81 | | 90.00 |
| 4 | 2560.0 | 110.7 | 677.31 | .0161 | 91.45 |
| 5 | 2103.1 | 43.2 | 543.88 | .0161 | 91.45 |
| 6 | 2005.7 | 42.4 | 515.01 | .0145 | 101.45 |
| 8 | 1646.4 | 16.8 | 414.47 | .0145 | 101.45 |
| 81 | 1646.4 | 16.3 | | .0145 | 101.45 |
| 9 | 1165.8 | 14.9 | 286.17 | .0145 | 101.45 |

| EFFICIENCIES | |
|---|---|
| ETAC | = .8600 |
| ETAB | = .9900 |
| ETAT1 | = .9000 |
| ETAT2 | = .8800 |
| ETATH | = .3824 |
| SFC | = .3617 |
| BHP | = 14426.6 |
| WF | = 5217.5 |

Fig. 10 Cycle diagram for a low-compression, regenerative-cycle engine




| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| AMBIENT TEMP = | 539.7 | STATION | TEMP R | PRESS PSI | ENTH BTU/LB | FAR | MASSFLOW LB/SEC | EFFICIENCIES | |
| AMBIENT PRESS = | 14.7 | 2 | 539.7 | 14.6 | 128.95 | | 100.00 | ETAC1= | .8600 |
| FUEL LHV | =18400. | 25 | 756.3 | 41.2 | 181.08 | | 100.00 | ETAC2= | .8595 |
| WATER TEMP = | 535.000 | 27 | 557.1 | 39.5 | 133.13 | | 100.00 | | |
| PRESS RATIO LC= | 2.830 | 3 | 780.5 | 111.9 | 186.96 | | 90.00 | ETAB = | .9900 |
| PRESS RATIO HC= | 2.830 | 31 | 1555.2 | 110.8 | 383.68 | | 90.00 | ETAT1= | .9000 |
| BLEED FRACTION= | .100 | 4 | 2560.0 | 106.4 | 677.74 | .0166 | 91.49 | ETAT2= | .8800 |
| INLET LOSS = | 4.IN H2O | 5 | 2164.6 | 47.6 | 561.92 | .0166 | 91.49 | ETATH= | .4127 |
| EXHAUST LOSS = | 6.IN H2O | 6 | 2039.7 | 46.7 | 524.98 | .0149 | 101.49 | | |
| RECUP DELPC = | .010 | 8 | 1641.3 | 16.8 | 413.28 | .0149 | 101.49 | WF = | 5374.0 |
| RECUP DELPH = | .090 | 81 | 1641.3 | 16.3 | 413.28 | .0149 | 101.49 | SFC = | .3351 |
| RECUP EFF = | .900 | 9 | 960.7 | 14.9 | 233.85 | .0149 | 101.49 | BHP = | 16035.3 |
| INTERCOOL EFF = | .900 | | | | | | | | |

Fig. 11 Cycle diagram for a low-compression, intercooled, regenerative-cycle engine




| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| AMBIENT TEMP = | 539.7 | STATION | TEMP R | PRESS PSI | ENTH BTU/LB | FAR | MASSFLOW LB/SEC | EFFICIENCIES | |
| AMBIENT PRESS = | 14.7 | 2 | 539.7 | 14.6 | 128.95 | | 100.00 | ETAC1= | .8600 |
| FUEL LHV | =18400. | 25 | 842.7 | 58.2 | 202.13 | | 100.00 | ETAC2= | .8701 |
| WATER TEMP = | 535.000 | 27 | 565.8 | 55.9 | 135.20 | | 100.00 | | |
| PRESS RATIO LC= | 4.000 | 3 | 878.9 | 223.6 | 210.99 | | 90.00 | ETAB = | .9900 |
| PRESS RATIO HC= | 4.000 | 31 | 1372.0 | 221.3 | 335.50 | | 90.00 | ETAT1= | .9000 |
| BLEED FRACTION= | .100 | 4 | 2560.0 | 212.5 | 680.27 | .0194 | 91.75 | ETAT2= | .8800 |
| INLET LOSS = | 4.IN H2O | 5 | 2005.4 | 65.8 | 517.90 | .0194 | 91.75 | ETATH= | .4163 |
| EXHAUST LOSS = | 6.IN H2O | 6 | 1903.5 | 64.4 | 487.73 | .0175 | 101.75 | | |
| RECUP DELPC = | .010 | 8 | 1426.8 | 16.8 | 355.96 | .0175 | 101.75 | WF = | 6301.3 |
| RECUP DELPH = | .090 | 81 | 1426.8 | 16.3 | 355.96 | .0175 | 101.75 | SFC = | .3322 |
| RECUP EFF = | .900 | 9 | 993.5 | 14.9 | 242.64 | .0175 | 101.75 | BHP = | 18965.7 |
| INTERCOOL EFF = | .900 | | | | | | | | |

Fig. 12 Cycle diagram for a high-compression, intercooled, regenerative-cycle engine

Accounting for Different Coolant Temperatures

In all previous calculations, an arbitrary flow of cooling bleed air equal to 10 lb/s (4.5 kg/s) was assumed to be extracted at the compressor exit prior to station 3. The results in Figures 10 through 12 show significant differences in the cooling capacity per unit mass flow, i.e., enthalpy/flowrate, despite the fact that turbine inlet temperature is 2100 F (1149 C) for all three hypothetical engine concepts. Since the low-compression, regenerative-cycle concept shown in Figure 10 has the higher coolant temperature, a minimum cooling capacity of about 25 Btu/lb per pound of coolant per second is assumed sufficient to operate at 2100 F (1149 C). Enthalpy of the coolant streams in Figures 11 and 12 is significantly lower due to compressor intercooling. Thus, comparable cooling capacity is obtained with reduced coolant flowrates. Coolant bleed fractions in the 8:1 and 16:1 intercooled, regenerative-cycle concepts can be reduced from 0.100 to 0.075 and 0.084, respectively. An alternative to reducing the flowrate of coolant in these concepts would be to increase the turbine inlet temperature. The heat transferred from the hot gas stream to the surface of a turbine airfoil can be expressed as:

$$q = \overline{h}_g A_g (T_g - T_s) \qquad (4)$$

This must equal the heat removed by the coolant flowing through the hot structure:

$$q = M_c \overline{C}_p (T_c \text{ out} - T_c \text{ in}) \qquad (5)$$

Combining the above equations gives:

$$\frac{M_c \overline{C}_p}{\overline{h}_g A_g} = \frac{(T_c \text{ out} - T_c \text{ in})}{(T_g - T_s)} \qquad (6)$$

Coolant flowrate ($M_c$), airfoil gas-side heat transfer area ($A_g$), airfoil surface temperature ($T_s$), and the temperature of the coolant exiting the hot structure ($T_c$ out) are all constant in the above equation. Assuming the average specific heat ($\overline{C}_p$) and the integrated gas-side heat transfer coefficient ($\overline{h}_g$) do not change significantly, any decrease in coolant temperature entering the hot structure ($T_c$ in) will allow a similar increase in temperature of the hot gas ($T_g$). Thus, turbine inlet temperature in the 8:1 and 16:1 intercooled, regenerative-cycle concepts can be increased from 2100 F (1149 C) to 2360 and 2260 F (1300 and 1240 C), respectively. The variations in the calculations for the low-compression, intercooled, regenerative cycle as a result of decreased coolant flowrate or increased turbine inlet temperature are shown in Table 2. Similar calculations for the high-compression, intercooled, regenerative cycle are shown in Table 3. These calculations indicate that a much larger increase in thermal efficiency and output power results from increasing the turbine inlet temperature rather than decreasing the coolant flowrate.

## OFF-DESIGN PERFORMANCE

Although the addition of heat exchangers for intercooling and regeneration can significantly increase the design point efficiency over that of a comparable simple-cycle engine, variable area turbine nozzles are necessary to maintain a high efficiency at part load conditions. A study by Messerlie and Cox (4), the results of which are summarized in Table 4, considered both simple-cycle and regenerative-cycle engines having single-shaft and free-power-turbine configurations. Since the simple cycle favors high compression ratio and turbine inlet temperature, the ideal method of reducing its output power is to reduce airflow while maintaining turbine inlet temperature and compression ratio at their maximum values. Given the characteristic of any compressor, some reduction in airflow can be obtained at constant pressure ratio before the compressor's surge margin is reached. Further reduction in airflow must be accompanied by a reduction in pressure ratio to avoid compressor surge. The desired part load performance in a simple-cycle engine, single shaft or free-power-turbine configuration, can best be achieved within surge limits by incorporating variable area nozzles in the gasifier (compressor drive) turbine. Unfortunately, the gasifier turbine experiences the highest level of temperature in the engine, and the need for air-cooled nozzles further complicates the design of the variable area nozzles. Since the compression ratio in the regenerative cycle can vary over a wider range than the simple cycle without significant loss in thermal efficiency, the ideal method of reducing output power of the regenerative cycle is to reduce airflow while maintaining just the turbine inlet temperature at its maximum value. On the typical compressor map, a greater reduction in airflow can be obtained along the constant temperature operating line before intersecting the compressor's surge line than along a constant pressure line. Hence, a high thermal efficiency can be maintained over a wider power range with variable geometry in the regenerative cycle than in the simple cycle. The desired part load performance in the regenerative cycle can best be achieved by incorporating variable area nozzles in the free power turbine. An advantage with this configuration is that the gas temperature is low enough by the time it exits the gasifier turbine to not necessitate blade cooling in the free power turbine where the variable area nozzles are located. The exit temperature from the variable area power turbine increases as output power is reduced resulting in a significant increase in the value of regenerator temperature differential ($\theta$) at part load. The increasing value of $\theta$, the increasing regenerator effectiveness, and the decreasing regenerator pressure drop as airflow is reduced in the variable geometry twin-shaft regenerated engine can result in impressive off-design performance characteristics. As shown in Table 4, no significant effect on part load fuel consumption is obtained by incorporating variable area nozzles in the turbine of a single-shaft regenerative-cycle engine. Output power of such an engine cannot be significantly reduced by decreasing compression ratio, while airflow remains high due to constant speed operation and turbine inlet temperature remains high due to variable turbine geometry.

Gas turbines used in naval applications are required to operate at part load conditions for most of the total time utilized. Thus, the variation in thermal efficiency of a regenerated marine gas turbine is usually more important than its design point efficiency. Off-design performance can be accurately predicted for specific gas turbines like the LM2500 using its component performance maps, but the hypothetical engine concepts discussed previously are not based on specific components. The low-compression, 8:1, regenerative-cycle engine shown earlier in Figure 9 has cycle conditions similar to engines

Table 2. Adjusted Performance of the Low-Compression, Intercooled-Regenerative Cycle

(a) Assuming Decreased Coolant Flowrate

| AMBIENT TEMP = | 539.7 | STATION | TEMP R | PRESS PSI | ENTH BTU/LB | FAR | MASSFLOW LB/SEC | EFFICIENCIES | |
|---|---|---|---|---|---|---|---|---|---|
| AMBIENT PRESS = | 14.7 | 2 | 539.7 | 14.6 | 128.95 | | 100.00 | ETAC1= | .8600 |
| FUEL LHV | =18400. | 25 | 756.3 | 41.2 | 181.08 | | 100.00 | ETAC2= | .8595 |
| WATER TEMP = | 535.000 | 27 | 557.1 | 39.5 | 133.13 | | 100.00 | | |
| PRESS RATIO LC= | 2.830 | 3 | 780.5 | 111.9 | 186.96 | | 92.50 | ETAB = | .9900 |
| PRESS RATIO HC= | 2.830 | 31 | 1578.7 | 110.8 | 389.92 | | 92.50 | ETAT1= | .9000 |
| BLEED FRACTION= | .075 | 4 | 2560.0 | 106.4 | 677.41 | .0162 | 94.00 | ETAT2= | .8800 |
| INLET LOSS = | 4.IN H20 | 5 | 2175.0 | 48.8 | 564.68 | .0162 | 94.00 | ETATH= | .4276 |
| EXHAUST LOSS = | 6.IN H20 | 6 | 2080.8 | 47.8 | 536.77 | .0150 | 101.50 | | |
| RECUP DELPC = | .010 | 8 | 1667.4 | 16.8 | 420.48 | .0150 | 101.50 | WF = | 5399.8 |
| RECUP DELPH = | .090 | 81 | 1667.4 | 16.3 | 420.48 | .0150 | 101.50 | SFC = | .3234 |
| RECUP EFF = | .900 | 9 | 946.8 | 14.9 | 230.36 | .0150 | 101.50 | BHP = | 16695.7 |
| INTERCOOL EFF = | .900 | | | | | | | | |

(b) Assuming Increased Turbine Inlet Temperature

| AMBIENT TEMP = | 539.7 | STATION | TEMP R | PRESS PSI | ENTH BTU/LB | FAR | MASSFLOW LB/SEC | EFFICIENCIES | |
|---|---|---|---|---|---|---|---|---|---|
| AMBIENT PRESS = | 14.7 | 2 | 539.7 | 14.6 | 128.95 | | 100.00 | ETAC1= | .8600 |
| FUEL LHV | =18400. | 25 | 756.3 | 41.2 | 181.08 | | 100.00 | ETAC2= | .8595 |
| WATER TEMP = | 535.000 | 27 | 557.1 | 39.5 | 133.13 | | 100.00 | | |
| PRESS RATIO LC= | 2.830 | 3 | 780.5 | 111.9 | 186.96 | | 90.00 | ETAB = | .9900 |
| PRESS RATIO HC= | 2.830 | 31 | 1712.7 | 110.8 | 425.87 | | 90.00 | ETAT1= | .9000 |
| BLEED FRACTION= | .100 | 4 | 2820.0 | 106.4 | 757.58 | .0188 | 91.69 | ETAT2= | .8800 |
| INLET LOSS = | 4.IN H20 | 5 | 2432.9 | 51.8 | 642.01 | .0188 | 91.69 | ETATH= | .4393 |
| EXHAUST LOSS = | 6.IN H20 | 6 | 2285.5 | 50.7 | 597.26 | .0169 | 101.69 | | |
| RECUP DELPC = | .010 | 8 | 1816.2 | 16.8 | 462.81 | .0169 | 101.69 | WF = | 6088.4 |
| RECUP DELPH = | .090 | 81 | 1816.2 | 16.3 | 462.81 | .0169 | 101.69 | SFC = | .3148 |
| RECUP EFF = | .900 | 9 | 999.4 | 14.9 | 244.03 | .0169 | 101.69 | BHP = | 19339.6 |
| INTERCOOL EFF = | .900 | | | | | | | | |

Table 3. Adjusted Performance of the High-Compression, Intercooled-Regenerative Cycle

(a) Assuming Decreased Coolant Flowrate

| AMBIENT TEMP = | 539.7 | STATION | TEMP R | PRESS PSI | ENTH BTU/LB | FAR | MASSFLOW LB/SEC | EFFICIENCIES | |
|---|---|---|---|---|---|---|---|---|---|
| AMBIENT PRESS = | 14.7 | 2 | 539.7 | 14.6 | 128.95 | | 100.00 | ETAC1= | .8600 |
| FUEL LHV | =18400. | 25 | 842.7 | 58.2 | 202.13 | | 100.00 | ETAC2= | .8701 |
| WATER TEMP = | 535.000 | 27 | 565.8 | 55.9 | 135.20 | | 100.00 | | |
| PRESS RATIO LC= | 4.000 | 3 | 878.9 | 223.6 | 210.99 | | 91.60 | ETAB = | .9900 |
| PRESS RATIO HC= | 4.000 | 31 | 1383.6 | 221.3 | 338.51 | | 91.60 | ETAT1= | .9000 |
| BLEED FRACTION= | .084 | 4 | 2560.0 | 212.5 | 680.11 | .0193 | 93.37 | ETAT2= | .8800 |
| INLET LOSS = | 4.IN H20 | 5 | 2015.0 | 67.3 | 520.55 | .0193 | 93.37 | ETATH= | .4246 |
| EXHAUST LOSS = | 6.IN H20 | 6 | 1928.8 | 66.0 | 495.00 | .0177 | 101.77 | | |
| RECUP DELPC = | .010 | 8 | 1439.7 | 16.8 | 359.48 | .0177 | 101.77 | WF = | 6354.1 |
| RECUP DELPH = | .090 | 81 | 1439.7 | 16.3 | 359.48 | .0177 | 101.77 | SFC = | .3257 |
| RECUP EFF = | .900 | 9 | 988.4 | 14.9 | 241.38 | .0177 | 101.77 | BHP = | 19507.6 |
| INTERCOOL EFF = | .900 | | | | | | | | |

(b) Assuming Increased Turbine Inlet Temperature

| AMBIENT TEMP = | 539.7 | STATION | TEMP R | PRESS PSI | ENTH BTU/LB | FAR | MASSFLOW LB/SEC | EFFICIENCIES | |
|---|---|---|---|---|---|---|---|---|---|
| AMBIENT PRESS = | 14.7 | 2 | 539.7 | 14.6 | 128.95 | | 100.00 | ETAC1= | .8600 |
| FUEL LHV | =18400. | 25 | 842.7 | 58.2 | 202.13 | | 100.00 | ETAC2= | .8701 |
| WATER TEMP = | 535.000 | 27 | 565.8 | 55.9 | 135.20 | | 100.00 | | |
| PRESS RATIO LC= | 4.000 | 3 | 878.9 | 223.6 | 210.99 | | 90.00 | ETAB = | .9900 |
| PRESS RATIO HC= | 4.000 | 31 | 1458.2 | 221.3 | 358.04 | | 90.00 | ETAT1= | .9000 |
| BLEED FRACTION= | .100 | 4 | 2720.0 | 212.5 | 729.65 | .0210 | 91.89 | ETAT2= | .8800 |
| INLET LOSS = | 4.IN H20 | 5 | 2173.6 | 71.4 | 567.53 | .0210 | 91.89 | ETATH= | .4394 |
| EXHAUST LOSS = | 6.IN H20 | 6 | 2057.5 | 70.0 | 532.54 | .0189 | 101.89 | | |
| RECUP DELPC = | .010 | 8 | 1522.6 | 16.8 | 382.41 | .0189 | 101.89 | WF = | 6810.5 |
| RECUP DELPH = | .090 | 81 | 1522.6 | 16.3 | 382.41 | .0189 | 101.89 | SFC = | .3148 |
| RECUP EFF = | .900 | 9 | 1014.7 | 14.9 | 248.30 | .0189 | 101.89 | BHP = | 21637.5 |
| INTERCOOL EFF = | .900 | | | | | | | | |

Table 4. Potential Value of Variable Geometry According to Gas Turbine Engine Configuration

| Free Shaft Configuration | Potential Value of Variable Geometry in: | | |
|---|---|---|---|
| | Gasifier Turbine | Power Turbine | Both Turbines |
| Simple Cycle | Effective means of reducing part load SFC | Detrimental effect on SFC | No added advantage over variable gasifier turbine alone |
| Regenerative Cycle | Detrimental effect on SFC | Effective means of reducing part load SFC | No added advantage over variable power turbine alone |

| Single Shaft Configuration | Potential Value of Variable Geometry in Single Drive Turbine |
|---|---|
| Simple Cycle | Effective means of reducing SFC provided pressure ratio is maintained constant |
| Regenerative Cycle | No significant effect on part load SFC |

analyzed by Messerlie and Cox (4) and others (5,6). The off-design performance trends defined in these analyses indicate the relative benefits of variable geometry when incorporated in both the simple-cycle and regenerative-cycle engines. Figure 13 illustrates the trend in specific fuel consumption as a function of percent power, assuming constant power turbine speed across the entire operating range. Specific fuel consumption is represented as ratios of part load to design point values to account for differences in actual values resulting from variations in cycle assumptions among the analyses. Figure 13(a) shows the trends for a simple-cycle engine with and without variable area nozzles in the gasifier turbine, while Figure 13(b) shows the trends for a regenerative-cycle engine with and without variable area nozzles in the power turbine. Using these curves, the approximate variations in specific fuel consumption of a low-compression, regenerative-cycle engine (i.e., Figure 10) and an equivalent simple-cycle engine were compared in Figure 14. Comparison of the upper two curves in Figure 14 indicates that adding variable area nozzles (VANs) to the gasifier turbine of a simple cycle reduces specific fuel consumption up to 10% as power is reduced to 30% of the design point output. Adding a regenerator to the baseline simple cycle results in a nearly constant fuel savings of 36% between full power and 50% power. The reduction in specific fuel consumption increases from 37% to 57% as power is decreased from 50% to 20% of full power, respectively. Adding VANs to the power turbine of a regenerative cycle increases the fuel savings at 50% power from 37% without VANs to 55% with VANs, and increases the fuel savings at 20% power from 57% without VANs to 73% with VANs. The significant advantage at part load conditions due to incorporating VANs in the power turbine warrants serious consideration for regenerated marine gas turbines which will operate a large part of the time below 60% of full power.

SUMMARY

Today's simple-cycle marine gas turbines have thermal efficiencies which range from 22% to 38% based on ISO conditions. In the past, improvement in the thermal efficiency of the simple cycle has




(a) Simple cycle




(b) Regenerative cycle

Fig. 13 Relative specific fuel consumption versus percent power for various engine configurations




Fig. 14 Specific fuel consumption versus percent power for low-compression engine configurations

been achieved by increasing compression ratio and turbine inlet temperature, but to reach a thermal efficiency of 50% will require a significant advance over the state of the art. Modifying the simple cycle to include heat exchangers for regeneration and intercooling will yield a similar improvement without raising compression ratio and turbine inlet temperature above current values. Regeneration alone can only benefit engines having low-to-moderate-compression ratio and exhaust gas temperature above 1000 F (538 C) because a significant temperature differential between turbine exhaust gas and compressor exit air is necessary for effective waste heat recovery. Compressor intercooling increases this temperature differential in engines with low- or high-compression ratio. The moderate-to-high-compression ratio engine will not benefit from regeneration unless the compressor is intercooled. Cycle calculations have shown that a thermal efficiency of about 45% can be obtained with the intercooled-regenerative cycle based on derated operating conditions. Thus, a specific fuel consumption of approximately 0.32 lb/hph (195 g/kWh) is predicted for a cycle having turbomachinery assumptions which represent state-of-the-art marine gas turbine technology. Under similar conditions, today's simple-cycle engine would have a specific fuel consumption of about 0.42 lb/hph (225 g/kWh) even with a 16:1 compression ratio. Incorporating variable area nozzles in the engine's power turbine will allow specific fuel consumption to be maintained near the design point level while power is reduced by perhaps as much as 50% of rated output. Since the typical duty cycle for a marine application has the majority of operating hours occurring at part load, variable geometry is a very desirable characteristic for regenerated marine gas turbines. Obviously the size and weight of the engine will increase due to the addition of both an intercooler and regenerator to the cycle. The volume and weight constraints aboard a 4000- or 8000-ton naval vessel are not nearly as severe as in an automobile, but lightweight, compact heat exchangers are a desirable characteristic for a regenerated marine gas turbine also. Part II of this paper will examine the various types of regenerators and discuss the advantages and disadvantages of each for marine applications. Tradeoffs between plate-fin recuperator size and weight, matrix geometry, and performance are examined in detail in Part II also.

REFERENCES

1 Hodge, J., Cycles and Performance Estimation, Academic Press, New York, 1955.

2 Woodward, J. B., Marine Gas Turbines, Wiley & Sons, New York, 1975.

3 Kerrebrock, J. L., Aircraft Engines and Gas Turbines, MIT Press, Cambridge, Mass., 1977.

4 Messerlie, R. L. and Cox, D. M., "Study of Variable Turbine Geometry for Small Gas Turbine Engines," USAAVLABS Technical Report 67-19, Detroit Diesel Allison Div. of General Motors Corp., Apr 1967.

5 Tameo, R. W., et al, "Regenerative Engine Analysis," USAAVRADCOM Technical Report 80-D-18, General Electric Co., Oct 1980.

6 Schwaar, P., et al, "Regenerative Engine Analysis Program," USAAVRADCOM Technical Report 80-D-29, AVCO Lycoming Div., Jan 1981.