# REPLY EXHIBIT E

THURSDAY, OCTOBER 21, 1982
Issue No. PSA-8193

# Commerce Business Daily

*A daily list of U.S. Government procurement invitations, contract awards, subcontracting leads, sales of surplus property and foreign business opportunities*

## U.S. GOVERNMENT PROCUREMENTS

### Services

**A Experimental, Developmental, Test and Research work (research includes both basic and applied research)**

Office of Naval Research, 800 N. Quincy Street, Arlington, VA 22217

★ A — CONTINUE THE DEVELOPMENT OF ALTERNATE FUEL USAGE STATEGIES. Negotiations conducted with Acurex Corporation, 485 Clyde Ave., Mountain View, CA 94042. See note 46. Contract Negotiator J.H. Myers 202-696-4605.

★ A — CONTINUE TO MONITOR INTERNATIONAL STRATEGIC EVENTS; MAINTAIN IPPRC COMPUTER SOFTWARE AND INTERNATIONAL DATA EARLY WARNING AND MONITORING SYSTEM. Negotiations conducted with International Public Policy Research Corporation, 6845 Elm Street, Suite 212, McLean, VA 22101. See note 46. Contract Negotiator, C.E. Anderson 202-696-4508.

★ A — BASIC RESEARCH ON NONLINEAR THREE DIMENSIONAL METHODS FOR SOLVING FREE SURFACE HYDRODYNAMIC PROBLEMS. Negotiations conducted with Cambridge Hydrodynamics, Inc., 54 Baskin Rd., Lexington, MA 02173. See note 46. Contract Negotiator 202-696-4510.

★ A — COMPARATIVE EXAMINATION OF THE BASELINE AND ALTERNATIVE COMPOSITE BATTLE FORCES across the full spectrum of naval functions along the escalatory continum. Negotiations conducted with Delex Systems, Inc., Suite 700, 8150 Leesburg Pike, Vienna, VA 22180. See note 46. Contract Negotiator D.T. Robinson 202-696-4513.

A — SUPPORT OF FACULTY MEMBERS TO ATTEND SUMMER FACULTY RESEARCH PROGRAMS. Negotiations conducted with American Society for Engineering Education. 11 Dupont Circle, Washington, DC 20036. Contract Negotiator Catherine Anderson 202-696-4508.

★ A — CONTINUED RESEARCH ON CONTROLLING MECHANISMS FOR NITROGEN, carbon and oxygen distribution. Negotiations are to be conducted with Northeastern Research Foundation, Inc. Bigelow Laboratory for Ocean Sciences, McKown Point, West Boothbay Harbor, Maine 04575. See note 46. Contract Negotiator C. Davis 202-606-4510.

★ A — ANALYSIS OF THE OCEAN BOTTOM SEISMOGRAPH (OBS) COUPLING DATA acquired in the Keehi Lagoon test using calibrated mechanical transients, sine waves and other known excitations. Negotiations are to be conducted with Rondout Associates, Inc., PO Box 224, Stone Ridge, NY 12484. See note 46. Contract Negotiator C. Davis 202-696-4510. (288)

---

Naval Air Development Center, Warminster, PA 18974

★ A — DCR-2 (10) PULSED LASER SYSTEM AND ONE HG-2 harmonic generator accessory with type II SHG KD'P crystal. Laser system must have a sealed optical path and a 10 NS maximum acceptable pulse width—A contract is being negotiated exclusively with Quanta-Ray, 1250 Charleston Road, Mountain View, CA 94043—See note 46. (286)

---

Commander, Naval Sea Systems Command, Washington, DC 20362

A — MATERIAL AND SERVICES TO PROVIDE THE INBOARD ELECTRONICS TEST SET and the Towed Buoy Test Set with the capability to test the Simultaneous Reception Configuration of the AN/BRR-6 Trident Towed Buoy Equipment—IAW the specification in the schedule, RFP No N00024-82-R-7194(S) issued to Spears Associates, Inc., 249 Vanderbilt Ave., Norwood, MA 02062 since this firm is the developer and manufacturer of the Trident Towed Buoy Equipment and is in a position to meet this requirement. (289)

---

U.S. Department of the Interior, Geological Survey, Procurement and Contracts Section, Room D2810, Building 25, box 25046, Denver Federal Center, Denver, CO 80225

★ A — A STUDY DESIGNED TO IDENTIFY GEOHYDROLOGIC ENVIRONMENTS SUITABLE FOR ISOLATION OF HIGH-LEVEL RADIOACTIVE WASTE FROM MAN'S ENVIRONMENT—Negotiations to be conducted with Utah Geological and Minerals Survey.

★ A — A STUDY DESIGNED TO IDENTIFY GEOHYDROLOGIC ENVIRONMENTS SUITABLE FOR ISOLATION OF HIGH-LEVEL RADIOACTIVE WASTE FROM MAN'S ENVIRONMENT—Negotiations to be conduced with Idaho Department of Water Resources. (288)

---

Department of the Air Force, Air Force Office of Scientific Research (AFSC), Bolling AFB, DC 20332

★ A — TACTICAL AIRCRAFT PENETRATION MODEL (TAPM). F49620-83-R-0001. Negotiations are to be conducted with Fairchild Industries, Inc., Fairchild Republic Company, Farmingdale NY. See note 40. (288)

---

Commander, Naval Sea System Command, Washington, DC 20362

★ A — CONTINUING TECHNICAL EFFORT FOR THE DDG 51 PROGRAM OFFICE in the areas of Combat System design, test and evaluation, and performance analysis—A modification to Contract N00024-80-C-2166 with Automation Industries, Inc., Vitro Laboratories, Inc, 14000 Georgia Avenue, Silver Spring, MD issued. See note 46. (288)

---

NASA, Attn: Industry Assistance Office, M/S 144, Langley Research Center, Hampton, VA 23665; Tel 804-827-3925

★ A — PRESSURE SYSTEMS ENERGY RELEASE PROTECTION STUDY AND REPORT. Intend to negotiate with The American Society of Mechanical Engineers (ASME), New York, New York, on a sole source basis. Sol 1-19-5627.0150. See note 46. (288)

---

Eastern Space Missile Center (AFSC), Contracts Division/PMPC, Patrick AFB, FL 32925, Attn: Mrs. A.D. Jones Tel 305-494-7081

★ A — EXPLORATORY DEVELOPMENT OF SPECIFIC SEISMIC DATA ANALYSIS PROCEDURES resulting from a technical competitive proposal. ESMC, Patrick AFB, FL intends to negotiate a contract with Teledyne Industries Inc., Geotech Division, 3401 Shiloh Road, Garland, TX 75041 on a sole source basis. See note 40. (288)

---

Ballistic Missile Defense Systems Command, Contracts Office, BMDSC-CRR, Attn: Lester Young, 205-895-4420, PO Box 1500, Huntsville, AL 35807

★ A — BATTLE MANAGEMENT REQUIREMENTS, an eleven month R&D effort to be performed for the Ballistic Missile Defense Systems Command, Huntsville, AL, RFQ DASG60-83-Q-0002—Negotiations will be conducted with Spectra Research Systems, 1811 Quail Street, Newport Beach, CA 92660. (288)

---

Geological Survey, Procurement and Contracts Section, Room D2810, Building 25, Box 25046, Denver Federal Center, Denver, CO 80225

★ A — A STUDY DESIGNED TO IDENTIFY GEOHYDROLOGIC ENVIRONMENTS SUITABLE FOR ISOLATION OF HIGH-LEVEL RADIOACTIVE WASTE FROM MAN'S ENVIRONMENT—Negotiations conducted with Nevada Bureau of Mines and Geology. See note 40.

---

NASA, Goddard Space Flight Center (GSFC), Greenbelt, MD 20771, Wilma A. Branchflower, Code 284.4.

★ A — EXTENSION TO THE ADVANCED DEFINITION PHASE FOR THE PARTICLE ENVIRONMENT MONITOR (PEM). (RFP) 5-15752/303 to Southwest Research Institute, San Antonio, TX. This procurement is issued as a result of announcement of opportunity OSS-3-78. See note 46. (288)

---

NASA, Industry Assistance Office, M/S 144, Langley Research Center, Hampton, VA 23665; 804/827-3925.

★ A — LARGE SPACE ANTENNA TECHNOLOGY DEVELOPMENT. NASA, Langley Research Center intends to negotiate with Foldes Incorporated, Wayne, PA on a sole source basis. Negotiations will be conducted pursuant to Foldes' unsolicited proposal. Sol 1-96-1570.2105. (288)

---

Department of Transportation, Transportation Systems Center, Kendall Square, Cambridge, MA 02142 Attn: Procurement Office Code DTS-852

A — URBAN TRANSIT PLANNING, MANAGEMENT, AND OPERATIONS conducted under the TSC/UMTA Planning Methods and Support Program, and related demonstration design and evaluation tasks conducted under the TSC/UMTA Service and Methods Demonstration Program.—This is a partial set aside for small business, labor surplus area and disadvantaged firms (under section 8(a) of the small business act). Multiple awards to extend over a period of three years are planned. It is contemplated that under the program two awards will be made to 8(a) firms. It is also contemplated that two to three contracts will be awarded through the RFP, part of which will be set aside for small business and/or labor surplus area firms. Through the proposed RFP, a team of qualified contractors will be selected to perform methodological research; technique and system design, development and integration; product testing and evaluation; technical assistance; and related support activities. Respondents should have capabilities in: (1) development of operations, planning and management methods for the transit industry (2) implementation, utilization and dissemination of applications software (3) analysis and evaluation of urban public transit operations, service concepts and management support systems (4) development of state-of-the-art computerized systems and software (5) collection, processing, and organization of transit financial and operational data (6) management analysis and performance evaluation (7) report writing (8) project planning and management and (9) statistical analysis. Requests for proposals (RFP's) may be requested in writing from the above address. Telephone requests for RFP's will not be honored. See note 24—Sol request DTRS-82-R-00067-ES. (288)

---

Geological Survey, Procurement and Contracts Section, Room D2810, Building 25, Box 25046, Denver Federal Center, Denver, CO 80225

★ A — A STUDY DESIGNED TO IDENTIFY GEOHYDROLOGIC ENVIRONMENTS SUITABLE FOR ISOLATION OF HIGH-LEVEL RADIOACTIVE WASTE FROM MAN'S ENVIRONMENT—Negotiations conducted with New Mexico Energy and Minerals Departments—See note 40. (283)

---

David Taylor Naval Ship Research and Development Center, Bethesda, MD 20084, Attn: R. Summerbell Code 532.1 202/227-3300.

★ A — ENGINEERING RESEARCH STUDY TO ACQUIRE TECHNICAL DATA OF A REGENERATIVE-CYCLE, GAS TURBINE based on the existing Pratt & Whitney 2037 turbofan or FT9 turboshaft engine—Negotiations are contemplated with Pratt & Whitney Aircraft Group/United Technologies, 1125 Fifteenth St, NW, Washington, DC 20005—See notes 40 and 46.

★ A — ENGINEERING RESEARCH STUDY TO ACQUIRE TECHNICAL DATA OF AN INTERCOOLED, REGENERATIVE-CYCLE, GAS TURBINE based on the existing Rolls-Royce Marine Spey engine—Negotiations are contemplated with Rolls-Royce Inc./Marine Programs Office, 1201 Pennsylvania Ave, NW, Suite 230, Washington, DC



20004—See notes 40 and 46.

★ A — ENGINEERING RESEARCH STUDY TO ACQUIRE TRECHNICAL DATA OF AN INTERCOOLED REGENERATIVE-CYCLE, GAS TURBINE based on the existing General Electric F404 turbofan engine—Negotiations are contemplated with General Electric Co, Marine and Defense Facilities Sales, 777 Fourteenth St, NW, Washington, DC 20005—See notes 40 and 46. (288)

## BUSINESS NEWS

### ELECTRONIC EDITION OF COMMERCE BUSINESS DAILY

An Electronic Edition of the Commerce Business Daily is available through the facilities of time-sharing vendors. Proposed contracts for time sharing vendors to make this information available to the public may be obtained at the Department of Commerce, Washington, DC 20230, Room 1513, telephone number 202/377-0632. Contracts for the experimental period as executed will uniformly expire Dec. 31, 1982 and with other provisions include a $50 per day magnetic tape charge FOB Chicago plus an $8 per hour user fee. Vendors are advised application software will be required. Inquiries of qualified parties are solicited.

# REPLY EXHIBIT F

THOMAS L. BOWEN & DANIEL A. GROGHAN

# *ADVANCED-CYCLE GAS TURBINES FOR NAVAL SHIP PROPULSION*


*THE AUTHORS*

*Thomas L. Bowen began his career at the David W. Taylor Naval Ship Research and Development Center in 1969 by enrolling in the Cooperative Education Program at the Annapolis laboratory. He earned a Bachelor of Science degree in chemical engineering in 1973 at West Virginia Institute of Technology.*

*His involvement with numerous projects in the Power Systems Division has provided him with a broad technical background, particularly in the areas of gas turbines and naval ship propulsion. He is the principal developer of analytical methods used at the Center to estimate the design and off-design static performance of gas turbines, as well as the dynamic response of engines and connected systems. He is co-inventor of a reversing system for gas turbine engines. His contributions to an investigation of optimal propeller pitch control on DD-963 class ships included predicting fuel savings, participating in sea trials, and recommending control system modifications. He has made assessments of the state of the art of foreign gas turbine technology in support of the Navy Critical Technologies Program.*

*He is presently project engineer with overall responsibility for the research and development of advanced-cycle gas turbines for naval applications. He is a member of the American Society of Naval Engineers and American Society of Mechanical Engineers.*

**Daniel A. Groghan** *received a Bachelor of Science degree in mechanical engineering from West Virginia Institute of Technology in 1966 and later did graduate work at the George Washington University and the University of Maryland. He came to the Naval Ship Systems Command in June 1966 and began working in the Internal Combustion and Gas Turbine Engines Branch. He worked on development of the Orenda OT-4 recuperated gas turbine and marinization of the Garrett 831 gas turbine. He was also project engineer, responsible for fleet installations and product improvements on the Solar Saturn gas turbines, Boeing gas turbines, American Locomotive diesels, Electro-Motive diesels and Ruston Paxman diesels. In 1976 he became head of the Engines Research and Development Branch where he was responsible for such programs as development of hot section gas turbine materials, improved gas turbine inlets, Pratt and Whitney FT9 gas turbine, General Electric LM2500 Condition Monitor, and initiation of the RACER program. In 1982 he became the Program Manager for propulsion systems development where he is responsible for developments on the DDG-51, AOE-6 and initiation of the recuperated cruise gas turbine.*

*He is a member of the ASE and ASME where he serves on the Marine Committee. He has authored several papers on gas turbine and systems developments.*


## ABSTRACT


**Investigations are currently being conducted by the Navy and several contractors to determine the technical feasibility and cost effectiveness of advanced regenerative or intercooled-regenerative gas turbines as a naval propulsion engine for future mid-size surface combatants. A comparison of the performance characteristics of these engines indicates that significant increases in the thermal efficiency above current simple-cycle engines will result by adding heat exchangers for regeneration alone or with intercooling. Design and performance characteristics of several advanced-cycle gas turbines are described which utilize turbomachinery from various existing simple-cycle gas turbines. Estimates of the weight and volume of recuperators and intercoolers for these conceptual engines are provided. The nominal part-load fuel consumption trends of the simple-cycle and the advanced-cycle engines are used to compare annual fuel usage of typical ships with various combinations of propulsion engines. The relative impacts of the advanced-cycle gas turbine on propulsion machinery spaces are compared with other energy efficient prime movers using the simple-cycle gas turbine as the baseline. Commercial applications for an advanced-cycle gas turbine are surveyed according to output power and market sector. This paper presents an overview of current results and discusses the technology areas which require additional investigation.**


## INTRODUCTION

GAS TURBINE TECHNOLOGY HAS MATURED OVER THE PAST 40 YEARS to a point where improvements in simple-cycle efficiency are becoming less cost effective. Relatively small gains are achieved through the use of expensive materials and sophisticated manufacturing techniques. Modifying an existing simple cycle to include heat exchangers can improve its efficiency by an estimated 20% without advancing the present state of the art of gas turbine technology. Advanced regenerative or intercooled-regenerative gas turbines as naval propulsion engines could result in significantly lower fuel consumption by types of ships which currently utilize simple-cycle propulsion gas turbines. The higher efficiency, however, is accompanied by an increase in propulsion plant weight, volume, and cost primarily due to the heat exchangers added to the engine. Since 1980 the U.S. Navy has supported exploratory research at the David Taylor Naval Ship R&D Center (DTNSRDC) to determine the technical feasibility and cost effectiveness of regenerative or intercooled-regenerative gas turbines for naval ship applications. Substantial progress towards meeting that objective has been made by defining advanced engine concepts, assessing recuperator and intercooler technology requirements, estimating impact on naval ship design and performance, surveying commercial markets, and evaluating life cycle cost. This paper presents an overview of current results and discusses technology areas which require additional investigation.

## GAS TURBINE CYCLE CHARACTERISTICS

The basic differences in configuration between simple, regenerative and intercooled-regenerative cycles are illustrated in Figure 1. The simple-cycle schematic is representative of many current marine gas turbines including the General Electric LM2500. Other simple-cycle configurations include single-shaft engines, such as the Allison 501-K17 which has no free power turbine,




**Figure 1. Schematic Diagram of Simple, Regenerative, and Intercooled-Regenerative Cycle Configurations.**

and engines with twin-spool gas generators such as the Pratt & Whitney FT9. The simple cycle does not include any heat exchangers. The regenerative-cycle schematic includes a gas-to-air recuperator which allows waste heat in the exhaust gas stream to be transferred to the compressed air prior to entering the burner. By preheating the combustion air, less fuel is needed to heat the air to the desired turbine inlet temperature. The improvement in thermal efficiency due to adding the recuperator to the cycle depends on the difference between exhaust gas temperature and compressor exit air temperature, as well as the effectiveness and pressure drop of the recuperator. The compressor exit air temperature varies significantly among current marine gas turbines because compression ratios range from 6:1 to 30:1. As shown in Figure 2, the temperature difference decreases sharply as compression ratio increases. Simple-cycle gas turbines having a compression ratio of 10:1 or less are likely to show a significant improvement in thermal efficiency if retrofitted with a recuperator. As compression ratio increases to about 18:1, the temperature difference approaches zero, and heat transfer from exhaust gas to compressor exit air is no longer possible in the regenerative cycle. Including an air-to-air or air-to-water heat exchanger at some intermediate stage of the compression process reduces the compressive work required by the cycle. Although the intercooler causes additional pressure drop in the cycle, it can improve thermal efficiency of just a simple cycle. In the intercooled-regenerative schematic, the intercooler lowers the overall temperature rise across the compressors. The corresponding increase in the temperature difference as a function of compression ratio is also shown in Figure 2. The heat rejected by the intercooler is replaced in the cycle by the additional waste heat that is recovered in the recuperator. With addition of an intercooler, certain simple-cycle engines with a relatively high compression ratio become amenable to regeneration.

Some results from comparative cycle studies [1] shown in Figure 3 illustrate the effect of two important cycle parameters, compression ratio and turbine inlet temperature, on the thermal efficiency of the various cycles. Thermal efficiency is the percentage of chemical energy put into the cycle as fuel which is converted into the mechanical energy taken out as shaft power. Historically, engine manufacturers have sought to im-




**Figure 2. Differential Between Turbine Exhaust and Compressor Exit Temperatures Versus Compression Ratio.**

prove the thermal efficiency of simple-cycle gas turbines by increasing the compression ratio and turbine inlet temperature. The two curves in the lower half of Figure 3 indicate a typical increase in thermal efficiency from 26% for first generation to 32% for second generation marine gas turbines. Considering the potential advances in materials and manufacturing technology, third generation simple cycles approaching 30:1 compression ratio and 2,400°F turbine inlet temperature could further increase thermal efficiency of marine gas turbines to 37% during the next decade. As shown in Figure 3, a typical first generation gas turbine when retrofitted with a recuperator has a higher thermal efficiency than the second generation simple cycle. If upgraded further by increasing turbine inlet temperature from 1,800°F to 2,100°F, thermal efficiency of the previous first generation gas turbine exceeds that of the future third generation simple cycle. For reasons previously discussed, thermal efficiency of the typical second generation simple cycle with higher compression ratio is not significantly improved by retrofitting a recuperator alone. Adding an intercooler alone to the second generation simple cycle increases thermal efficiency from 32% to 34% for the same compression ratio. Thermal efficiency approaching 38% is possible by doubling compression ratio. However, an increase from 32% to 42% results from regeneration with compressor intercooling while maintaining compression ratio constant. Other cycle characteristics of a low-compression (8:1) regenerative cycle, engine Type I, and high-compression (16:1) inter-



Figure 3. Thermal Efficiency Versus Compression Ratio.

**TABLE 1. Comparison of Regenerative and Intercooled-Regenerative Cycle Characteristics.**

| Cycle Characteristic | Type I Regenerative | Type II Intercooled-Regenerative |
|---|---|---|
| Compression Ratio | 8:1 | 16:1 |
| Turbine Inlet Temperature, °F | 2,100 | 2,100 |
| Compressor Exit Temperature, °F | 580 | 420 |
| Thermal Efficiency, % | 38 | 42 |
| Stack Gas Temperature, °F | 710 | 530 |
| Specific Power, hp/lb/s | 145 | 190 |

cooled regenerative cycle, engine Type II, are compared in Table 1. The inherently more efficient Type II engine has a significantly lower stack gas temperature. Furthermore, the specific power of the Type II engine is 35% higher allowing it to produce the same output power as the Type I engine with less than two-thirds the inlet airflow. These differences in cycle characteristics will be considered again when the relative impacts of the advanced-cycle gas turbine on propulsion machinery spaces is discussed.

## CONCEPTS UTILIZING EXISTING AERO-DERIVED TURBOMACHINERY

The most expensive part of a new gas turbine development program is the cost to develop the rotating machinery. By adapting an existing simple-cycle turbomachine to the regenerative or intercooled-regenerative configuration, much of that expense can be avoided. Preliminary studies were conducted at DTNSRDC to identify existing simple-cycle gas turbines which, due to their cycle characteristics and mechanical designs, would be attractive candidates. Other factors considered during the screening process included the output power of the reconfigured engine and the production base foreseen for the simple-cycle core engine during the 1990s time frame. As a result, three alternative core engines were identified which could yield regenerative or intercooled-regenerative gas turbines suitable for propulsion of mid-size surface combatants. These distinct alternatives included:

- Modifying the Rolls Royce Marine Spey which has a dual-spool gas generator to include both an intercooler and recuperator.
- Modifying the General Electric F404 dual-spool military turbofan to include both an intercooler and recuperator and incorporating a new-design power turbine to obtain a marine propulsion engine.
- Modifying the high-pressure spool taken from the Pratt & Whitney PW2037 or PW4056 commercial turbofans to include a recuperator and incorporating a new design power turbine to obtain a marine propulsion engine.

There are certainly other alternatives. However, investigating the three defined above should be sufficient to determine the overall technical feasibility and cost effectiveness of the concept. Contractor studies were initiated early in 1983 with each of the major aircraft engine manufacturers to obtain preliminary perfor-

mance, aeromechanical design, and cost information for several advanced engine concepts with output power in the range of 10,000 to 25,000 hp.

Design point performance of the various engine concepts was estimated using specified effectiveness and pressure drop assumptions for the heat exchangers. Each core engine could be modified in a variety of ways to yield a configuration option having a particular output power and specific fuel consumption at its maximum rating. Extensive modifications to the existing turbomachinery were undesirable, but even with relatively minor changes a large number of options were identified. A limited number of the options (i.e., those which achieved the full performance potential of the regenerative or intercooled-regenerative cycles with a minimum of modification) were selected for further analysis of off-design performance. Among these engine concepts were:

- 3 intercooled-regenerative General Electric F404 derivatives rated at 13,400 hp, 17,800 hp and 25,400 hp
- 3 intercooled-regenerative Rolls Royce Marine Spey derivatives rated at 12,000 hp, 16,000 hp and 19,400 hp
- 1 regenerative Pratt & Whitney PW2037 derivative rated at 11,500 hp
- 2 regenerative Pratt & Whitney PW4056 derivatives rated at 15,200 hp and 23,000 hp

The thermal efficiency of these concepts varied only slightly, 40 to 41%, at the maximum rated output. Thus, the regenerative and intercooled-regenerative cycles should provide a design-point specific fuel consumption 15 to 20% lower than today's better simple-cycle gas turbines.

Propulsion gas turbines are required to operate at part-load conditions for most of the total time under-




Figure 4. Comparison of Part-Load Fuel Consumption Characteristics.

way. Therefore, the variation in specific fuel consumption as a function of output power can have greater significance than the design point. A comparison of the part-load fuel consumption characteristics of the LM2500 simple-cycle gas turbine and the advanced engine concepts is shown in Figure 4. The upper curve indicates the specific fuel consumption trend of the current LM2500 and, directly below that, another curve indicates the improvement in LM2500 specific fuel consumption expected as a result of an on-going LM2500 Fuel Conservation Program (FCP). As mentioned above, the specific fuel consumption of the various advanced engine concepts varies little at 100% power but as output power decreases the difference between engines becomes more pronounced. The upper shaded region in Figure 4 illustrates the variation in off-design performance of the various advanced engine concepts with a fixed area power turbine (FAPT). The first stage nozzles in a fixed area power turbine are stationary as in the case of the LM2500 power turbine. The variation in off-design performance of the same engines with a variable area power turbine (VAPT) is indicated by the lower shaded region. The position of the first stage nozzles is varied by rotating each first-stage nozzle about its radial axis. Decreasing the effective area (i.e., capacity) of the power turbine as output power is reduced, maintains higher inlet temperature to both the power turbine and the gas side of the recuperator. As shown in Figure 4, this variable area feature in the power turbine allows the recuperated engine to operate much more efficiently at part-load conditions. The improvement in fuel consumption of the regenerative or intercooled-regenerative cycle over a simple cycle increases dramatically as output power is decreased, particularly when the variable area power turbine is incorporated in the design of an advanced engine concept. This is shown by comparing nominal specific fuel consumption (SFC) of the advanced cycle having either fixed or variable area power turbine with that of a simple cycle at the same percent output power. The percent reduction differs depending on whether the current LM2500 or improved LM2500-FCP is used as the simple-cycle baseline. The results of the comparison with both of the above as the baseline are summarized in Table 2. The advantage of the variable area power turbine over the fixed area power turbine is a substantial improvement in part-load fuel consumption of the regenerative cycle, while negligible change in part-load fuel consumption of the simple cycle results.

**TABLE 2. Comparison of Specific Fuel Consumption Characteristics.**

| Output Power % | Nominal % Reduction In SFC Below: Current LM2500 As Baseline and Advanced Cycle with: FAPT | VAPT | Improved LM2500-FCP As Baseline and Advanced Cycle with: FAPT | VAPT |
|---|---|---|---|---|
| 100 | 16.6 | 15.9 | 13.6 | 12.8 |
| 50 | 18.2 | 25.2 | 12.8 | 20.0 |
| 30 | 24.4 | 33.2 | 17.1 | 26.6 |
| 10 | 31.6 | 43.3 | 21.8 | 35.4 |

Case 1:05-cv-00187-JFM Document 17-3 Filed 08/08/2005 Page 8 of 15





Figure 5. Regenerator Characteristics for a 14,500 HP Regenerative Gas Turbine.

## RECUPERATOR CHARACTERISTICS

In order to obtain the reduced specific fuel consumption shown in Table 2, an increase in the weight and volume of the propulsion engine due to the recuperator must be accepted. Heat exchanger performance is usually given as effectiveness of heat transfer which is the ratio of actual to the thermodynamic maximum rate of heat transfer. Industrial gas turbine recuperators such as those produced by Garrett Corporation, Breda-Holland, and Harrison Radiator have an effectiveness of 80 to 83% and a total pressure drop of 3 to 4%. The specific weight of these industrial units designed for a nominal 15,000 hp gas turbine ranges from 5 to 7 lbs/hp and recuperator volume varies between 1,200 and 2,700 cubic feet. To minimize the impact of the recuperator upon shipboard machinery installation, it is desirable to incorporate a compact lightweight recuperator into the design of any regenerative or intercooled-regenerative marine gas turbine. In conjunction with the comparative cycle studies discussed earlier, recuperator tradeoff studies [2] have been conducted at DTNSRDC with the aid of a computer program for performance analyses and sizing of plate-fin heat exchangers. Results of these preliminary studies indicate that a 25% improvement in specific fuel consumption can be obtained with a recuperator having specific weight less than 2 lbs/hp and volume on the order of 0.03 cubic feet per hp. The volume of a plate-fin recuperator is reduced while holding its effectiveness constant by increasing compactness, i.e., the amount of heat transfer area per unit volume. The reduction in specific weight results from increasing compactness, as well as decreasing thickness of plates and fins.

Tradeoffs between size, weight and performance of a plate-fin recuperator are illustrated in Figures 5 and 6 for the generic engines defined earlier as Type I and II, respectively. Inlet airflow to both engines is assumed to be 100 lbs/sec, which based on the specific power shown in Table 1 means the output power from engine Type I is 14,500 hp and engine Type II is 19,000 hp. The graphs show the improvement in specific fuel consumption



Figure 6. Regenerator Characteristics for a 19,000 HP Intercooled-Regenerative Gas Turbine.

(over that of an equivalent simple cycle) as a function of regenerator weight along lines of constant recuperator frontal area ($A_f$). The term frontal area is analogous to the deck area which the recuperator will require aboard ship if installed in line with the exhaust uptake. Recuperator core volume is the product of frontal area and counterflow length (L) which is shown increasing from left to right along the lines of constant frontal area. For the assumed recuperator air side and gas side heat transfer surfaces, a specified frontal area and core counterflow length yields a corresponding effectiveness and pressure drop. The improvement in specific fuel consumption is a convenient way to combine both recuperator effectiveness and pressure drop into one performance parameter. Specific fuel consumption of an equivalent simple cycle is shown at the graph's origin, i.e., at zero heat exchanger weight. Adding an ideal recuperator having 100% effectiveness and zero pressure drop to the simple cycle results in the specific fuel consumption shown at the top of the graph. The results indicate that for a 25% improvement in specific fuel consumption, specific weight of the recuperator is about 1.2 lbs/hp. Additional weight associated with shipboard installation of the recuperator might increase specific weight to as much as 2.0 lbs/hp, which is equivalent to the typical propulsion gas turbine module. Allowing 200 cubic feet for air inlet and outlet header volume, recuperator total volume (i.e., core plus headers) is estimated to be 400 cubic feet for the 14,500 hp regenerative engine and 500 cubic feet for the 19,000 hp intercooled-regenerative engine.

The desire to minimize the weight and volume of the recuperator must be balanced against the susceptibility of small gas side passages to plugging by constituents in the gas turbine exhaust stream. Recuperator gas side fouling may or may not be a problem in a particular regenerative-cycle gas turbine depending upon:

- The gas turbine's emission characteristics which are related to the combustor design and fuel utilized.
- The recuperator's gas side characteristics including the compactness of the heat transfer surface and the temperature drop.

The literature [3] suggests that fouling occurs due to condensation of unburned heavy hydrocarbon isomers which form an adhesive coating in which particulate matter subsequently become entrapped. When fouling is not a problem, gas side compactness is limited to about 800 sq ft/cu ft and 22 fins per inch. Gas side fouling has evidently not been a problem with the very compact recuperator in the recently developed AVCO AGT-1500 or Garrett GT601 vehicular gas turbines. A wide fin spacing (i.e., 4 to 6.5 fins per inch) is used in the Garrett industrial recuperators to minimize fouling since use of heavy fuels in industrial gas turbines was anticipated.[4] The allowable compactness of the gas side heat transfer surface must be determined experimentally under the operating conditions expected in an advanced-cycle gas turbine. The quality of liquid fuels is expected to worsen over the next decade. As the aromatic content of future fuels increases, so does the amount of soot and unburned heavy hydrocarbons in the engine's exhaust stream. Hence, gas side recuperator fouling is an area where additional investigation is needed to determine the extent of the problem under conditions representative of future engines operated on future fuels.

Several factors must be considered when selecting a material for the recuperator including: temperature capability, oxidation and corrosion resistance, material cost and ease of fabrication. The maximum temperature experienced in the recuperator is the gas inlet temperature which may vary somewhat among engines depending upon their performance characteristics. Gas inlet temperature is typically below 1,100°F. However, regenerative-cycle engines with variable geometry power turbines will have a much higher gas inlet temperature at part power. A shipboard recuperator will be subject to several corrosion mechanisms unique to the marine environment. Since trace amounts of salt in the inlet air are likely to reach the air side surfaces of the recuperator, resistance to chloride attack is important. Low melting point, molten, mixed salts produced during combustion of fuels containing sulfur can cause hot corrosion on the gas side surfaces if the temperature is above 1,200°F. [5] In the low-temperature end of the recuperator, sulfuric acid will condense from the exhaust gas when gas side exit temperature goes below a certain level. Thus, careful selection of materials for marine recuperators is required to obtain acceptable life under high temperature, cyclic and corrosive conditions.

Special considerations apply to naval shipboard installations of recuperators. Space available in the main engine rooms on destroyers and frigates is somewhat limited. The vertical center of gravity of the recuperator installation should be kept as low as possible to give maximum ship stability. The recuperator must be mounted such that externally induced shock does not damage the recuperator. Air side and gas side ducting should be designed to avoid excessive pressure losses between the recuperator and gas turbine engine. Bypass ducting around the air side or gas side of the recuperator may be deemed necessary in a naval installation for reasons related to vulnerability and survivability, dynamic response, or recuperator cleaning. Consideration must be given also to repair or replacement by removal of the recuperator either as a whole or in sections.

A factor in determining the operational effectiveness of naval ships is the time required for its propulsion system to start-up and respond to power change commands during maneuvers. Response characteristics of a naval ship will depend on the transient behavior of its propulsion system. Heat exchangers, which are a part of a regenerative-cycle propulsion gas turbine, will have an important influence on the overall system's transient response. The transient response of a heat exchanger is not instantaneous due to the large thermal capacitance and thermal resistance associated with the heat exchanger materials and working fluids. In older industrial applications, recuperated gas turbines have been started and brought to full power over a long period of time to avoid thermal distortion or thermal stress concentration problems which can lead to recuperator failures. Long periods for shipboard recuperator warmup would significantly decrease operational effectiveness. Thus, the design of a shipboard recuperator should take into account the overall system response requirements. Dynamic analyses of various gas turbine engine configurations with and without the heat exchangers are being conducted to determine differences in transient response and to define control system requirements.

## INTERCOOLER CHARACTERISTICS

As mentioned earlier, the intercooled-regenerative engine includes an additional heat exchanger between a low pressure and high pressure compressor. The resulting increase in weight and volume of the propulsion engine due to the intercooler is estimated with the aid of a computer program for performance analysis and sizing of direct air-to-seawater, tube-and-shell heat exchangers. For the initial contractor studies, a staggered finned-tube heat exchanger design was selected with multiple air passes on the shell side and a single tube side water pass to allow easy access for tube cleaning which is an important feature in marine applications. Other design constraints included a 5/8 inch (18 gage) minimum tube diameter to avoid plugging and a maximum seawater velocity of 8 ft/sec in the tubes to avoid erosion of the copper-nickel tube. The extended fins on the shell side of the tubes were assumed to be made of aluminum. The intercooler was designed to have an effectiveness of 90% when inlet seawater temperature is 85°F and an air side pressure drop of 2.5%. Table 3 compares weights, dimensions and volumes of intercoolers assuming a single large unit or multiple smaller units are used with the generic Type II engine described earlier. Total airflow is 100 lb/sec, which is divided equally among intercoolers if more than one is used. Inlet pressure and temperature to the intercoolers is 58 psia and 380°F, respectively. The results show no weight or volume is saved by using multiple intercoolers. Some flexibility in machinery arrangement may be obtained with multiple smaller units, but complexity of air duct-

**TABLE 3. Comparison of Single and Multiple Intercooler Design Characteristics.**

| Intercooler Characteristic | Number of Intercoolers Per Engine | | |
|---|---|---|---|
| | 1 | 2 | 4 |
| Unit Weight, lbs (dry) | 4,160 | 2,560 | 1,420 |
| Unit Weight, lbs (wet) | 8,040 | 4,070 | 2,020 |
| Overall Length, ft | 11.2 | 10.8 | 9.4 |
| Shell Diameter, in | 56 | 33 | 29 |
| Unit Volume, cu ft | 170 | 90 | 40 |
| Number of Air Passes | 2 | 3 | 4 |
| Unit Inlet Airflow, lb/sec | 100 | 50 | 25 |

ing between intercoolers and the engine must be considered also. Specific weight of the intercooler is about 0.4 lb/hp including the seawater. Preliminary design results obtained using an intermediate glycol heat transfer loop between air and seawater indicate intercooler volume may be reduced to one-third of the direct air-to-seawater unit. This and other innovative approaches to intercooler design require further investigation.

The inlet airflow to the engine can contain a significant amount of water vapor. As the mixture of air and water vapor is compressed in the low pressure compressor, partial pressure and saturation temperature of the water vapor increases. Decreasing temperature of the mixture below the saturation temperature of the water vapor will cause condensation of the air borne water vapor inside the intercooler. Decreasing seawater temperature, increasing ambient air temperature for constant or increasing relative humidity, or increasing intercooler effectiveness favor moisture condensation. Operating conditions assumed to nearly represent the worst case (i.e., maximum quantity of condensate produced) include maximum inlet airflow, 100°F ambient air temperature, 90% intercooler effectiveness, 100% relative humidity, and 65°F seawater temperature. Under these conditions, the amount of water produced by an intercooled regenerative gas turbine with cycle characteristics similar to the Type II engine is estimated to be 3.2 lb/sec (1380 gal/hr). Previous experience during development of the intercooled-regenerated R.M. 60 gas turbine by Rolls Royce indicates that impact of the entrained water droplets on surfaces of the forged aluminum impeller of the high pressure compressor located downstream of the intercooler caused an erosion problem. [6] A water removal system between the intercooler and high pressure compressor would further increase the weight and volume penalty associated with the intercooler, would increase pressure drop, and would increase the complexity of the engine. Removing the condensed water from the gas turbine cycle would have detrimental effects on performance similar to bleeding compressor air. Work done by the low pressure compressor to compress the incoming water vapor is lost, and flow through the turbines is reduced by the amount of water removed from the cycle. An increase in specific fuel consumption of about 1.5% and a decrease in output power of 3 to 4% are estimated losses in performance. Results from the preliminary intercooler studies indicate that condensation would not occur when intercooler effectiveness is reduced to 70% even




**Figure 7. Typical Mission Profile and Powering Curves for a Frigate and Destroyer.**

under the worst case operating conditions. This suggests that the problems associated with condensation of water vapor inside the intercooler can be avoided by limiting or controlling intercooler effectiveness.

## MISSION FUEL ANALYSIS

With the aid of a mission profile and powering curves for a typical destroyer and frigate, comparisons of mission fuel consumption are made for a variety of propulsion machinery arrangements. To simplify the analysis it is assumed that varying the propulsion machinery arrangement does not change the ship's powering curve (i.e., total displacement and hull form are not varied). Holding the ship design constant while varying the propulsion engines implies that the range of the ship increases as cruise engine efficiency improves. Top speed also varies because the total installed power changes with different cruise and boost engines. The assumption yields conservative estimates of annual fuel savings since lighter ships requiring less power and fuel result when range is held constant. As shown in Figure 7, the mission profile normally used in these analyses accounts for over 80% of the total mission time at ship speeds of 20 knots or less. The power required to propel the typical destroyer or frigate for most of its mission is less than 20% of the ship's total installed power. This peculiar characteristic of warship propulsion is responsible for the popularity of the cruise-boost machinery arrangement in many of the world's navies. The cruise-boost machinery arrangement tries to take advantage of this unique duty profile by utilizing a small, efficient



Figure 8. Annual Fuel Savings for a Nominal Destroyer.



Figure 9. Annual Fuel Savings for a Nominal Frigate.

cruise engine most or all of the time underway. Allowing an additional 10% margin on the powering curves shown in Figure 7 to account for hull fouling increases the total power requirement of the frigate and destroyer to 47,000 shp and 86,000 shp, respectively. Specific fuel consumption of each engine is increased by about 15% to account for transmission inefficiency, prairie masker bleed air, new engine performance variation, and machinery degradation. Since the advanced engine concepts would not become available until the 1990s, the current LM 2500 as well as the improved LM2500-FCP engines are considered as the propulsion engine for baseline ships in this comparison. The conventional two engines per shaft arrangement is selected as the baseline propulsion plant for the single shaft, 30-knot frigate and the twin shaft, 32-knot destroyer. The annual fuel usage of the baseline ship with current LM2500 engines and assuming a total of 3,200 hours underway is about 13 million pounds (47,000 barrels) for the frigate and 23 million pounds (82,000 barrels) for the destroyer. Annual fuel usage of the baseline ship decreases to about 12 million pounds (43,000 barrels) for the frigate and 21 million pounds (75,000 barrels) for the destroyer when the more efficient LM2500-FCP engines are used.

Results of the mission fuel analysis illustrate the fuel savings obtained when a regenerative or intercooled-regenerative gas turbine replaces one of the baseline engines on each shaft. The nominal output power of each cruise engine varies from 12,000 to 28,000 hp, and results are shown for cruise engines with fixed or variable area power turbines. Theoretically, there exists an optimum power rating for the cruise engine which depends upon the assumed mission profile and ship's powering curve. An under-rated cruise engine would result in a greater number of operating hours on the boost engine at low power, while an over-rated cruise engine would result in a greater number of operating hours on the cruise engine at low power. Both conditions cause higher fuel consumption, hence the annual fuel savings curve should indicate maximum fuel savings at the cruise engine's optimum power rating. Figure 8 summarizes the results for the 32-knot destroyer. The total installed power requirement of 86,000 shp can be obtained using two boost engines and two cruise engines. Propulsion machinery arrangements with cruise engines rated above 19,000 hp each use LM2500 boost engines while those with cruise engines rated lower use Pratt & Whitney FT9 boost engines. A fuel savings of 29 to 34% over the baseline ship with current LM2500 engines is indicated for cruise engines with a fixed area power turbine, compared to fuel savings of 35 to 38% for cruise engines with a variable area power turbine. Results shown for the baseline ship with improved LM2500-FCP engines are lower because the fuel efficiency of the baseline engines is improved. The fuel savings obtained varies from 23 to 30% of the LM2500-FCP baseline using cruise engines with fixed area power turbine. Variable area power turbines increased the fuel savings into the range of 30 to 34% of the LM2500-FCP baseline. Near maximum fuel savings (i.e., within 1 percentage point) is obtained over a wide range of cruise engine ratings, 15,000 to 22,000 hp. Figure 9 summarizes the results for the 30-knot frigate. The total installed power requirement of 47,000 shp is obtained with a single boost and cruise engine except when cruise engine rating is less than 13,500 hp. Propulsion machinery arrangements with the cruise engine rated between 13,500 and 23,000 hp use an FT9 boost engine while those with the cruise engine rated above about 23,000 hp use the LM2500 as the boost engine. To maintain a two engine machinery arrangement when the cruise engine is rated below 13,500 hp would require a boost engine larger than the FT9. Hence, a three-engine machinery arrangement is assumed with two cruise engines and a single LM2500 boost engine. A fuel savings of 27 to 34% over the baseline ship with current LM2500 engines is indicated for cruise engines with fixed area power turbine, compared to fuel savings of 34 to 40% for cruise engines with variable area power turbine. The fuel savings obtained varies from 20 to 28% of the LM2500-FCP baseline using cruise engines with fixed area power turbine. Variable area power turbines increased the fuel savings into the range of 27 to 34% of the LM2500-FCP baseline. The limited number of cases which included two cruise engines indicate an increase in annual fuel savings of only 3% due to the additional

Case 1:05-cv-00187-JFM Document 17-3 Filed 08/08/2005 Page 12 of 15



cruise engine. The curves for variable area power turbines show again that near maximum fuel savings is obtained over a wide range of cruise engine ratings, 13,000 to 23,000 hp. However, the curves for fixed area power turbines indicate that fuel savings decrease by more than 3% as cruise engine rating increases from 13,000 to 23,000 hp. In general, the results of the mission fuel analysis show that annual fuel savings for a particular cruise-boost machinery arrangement can be improved by 4 to 7% by incorporating variable area nozzles in the regenerative cruise engine's power turbine. Furthermore, the annual fuel savings obtained using cruise engines with variable area power turbine is practically constant over the same wide range of cruise engine ratings for both frigates and destroyers. The general results, shown as smooth curves in Figures 8 and 9, assume that despite different designs and maximum ratings, the normalized part-load fuel consumption trends for cruise engines with fixed area power turbines are the same and those for cruise engines with variable area power turbines are the same. The variation in part-load fuel consumption characteristics exhibited by the conceptual engines (see Figure 4) is enough to cause scatter among data points by as much as 4% below these curves.

## IMPACT ON SHIPS

The regenerative and intercooled-regenerative gas turbines have several basic characteristics which lead to some relatively large benefits in terms of ship design and operational capability. A low specific fuel consumption characteristic compared to that of the simple-cycle gas turbine has other benefits besides reduced annual fuel consumption. As an example, consider the typical 30-knot frigate which requires less than 9,000 shp to cruise at 20 knots. The frigate with two LM2500-FCP gas turbines for propulsion would be cruising on one engine operating at 40% power with a specific fuel consumption of 0.47 lb/hp hr. A frigate cruising on a 15,000 hp variable area advanced-cycle engine operating at 60% power would consume 30% less fuel. Thus for the same range of 6,000 nautical miles, the fuel load on the frigate with the advanced-cycle cruise engine would be about 140 long tons lighter of which one-third of the tankage weight is added weight savings. Assuming a maximum specific weight of 5 lbs/hp for the advanced-cycle cruise engine and 20 long tons for the LM2500 results in an estimated net increase in engine weight of 13.5 long tons.

Other weight savings associated with the intakes and uptakes for an advanced-cycle propulsion engine are anticipated. Specific power of the simple and regenerative cycles is about the same, while the specific power of the intercooled-regenerative cycle is 35% higher. Therefore, one-third less airflow is required by an intercooled-regenerative gas turbine than a simple cycle engine with equivalent output power. The accompanying reduction in volume and weight of the air intake should more than offset the added weight and volume of the intercooler. The stack gas temperature of the regenerative cycle engine is about 250°F lower than the simple cycle resulting in lower volumetric gas flow rates and smaller uptakes. The intercooled-regenerative cycle has a stack gas temperature about 430°F lower than the simple cycle which when combined with the 35% lower engine airflow results in significant reductions in uptake volume and weight. The lower stack gas temperatures will also have a beneficial impact on infrared suppression either as a reduced requirement for eductors or lower infrared signatures. Furthermore, the need for silencers in the uptake may be reduced or eliminated since the recuperator will probably provide some degree of noise attenuation.

Other propulsion plant alternatives which offer a quantum improvement in efficiency similar to the advanced-cycle gas turbine are limited to a combined gas and steam (COGAS) system or cruise diesel engines in a combined diesel and gas turbine (CODAG) system. Each of these alternative propulsion plants has unique advantages and disadvantages. Although separable from the gas turbine engine, the waste heat recovery equipment in the COGAS system is relatively complex compared to a gas-to-air recuperator. A waste heat boiler generates steam at a pressure and temperature proportional to the output power of the gas turbine. The steam is expanded through a steam turbine to produce additional shaft power (as much as one-third of the gas turbine's maximum rating). After passing through a condenser, water is returned to the boiler. The volume of the waste heat boiler for the LM2500-COGAS system [7] is more than twice that estimated for a compact marine recuperator with equivalent gas flow rate. Specific weight of the waste heat recovery equipment alone is over 12 lb/hp, but the turbine and steam system combined is only 4.5 lb/hp. In the conventional two engine per shaft machinery arrangements, the steam turbine and condenser are located on the opposite side of the reduction gear from the propulsion gas turbines. As a result, overall length of the propulsion machinery is increased by about 30%. Diesel engines have low fuel consumption characteristics and can burn cheaper heavier grades of fuel than a gas turbine. The lighter, medium speed diesels such as the SEMT-Pielstick PA6 BTC are being utilized on frigates of the French Navy in a CODAG machinery arrangement and more recently in an all diesel propulsion installation. [8, 9] The advantages of the all diesel installation over the CODAG installation are said to be the smaller space taken up by air intakes and exhaust uptakes and the longer cruising range. The PA6 BTC has a specific weight of about 8 lb/hp, which is four times that of a simple-cycle gas turbine. Thus far the weight penalty, higher maintenance and noise signature associated with propulsion diesel engines have deterred their use on combatants in the U.S. Navy. Comparison of these alternative as well as the advanced-cycle gas turbine for future naval ship applications is an area where detailed investigations are needed.

## COMMERCIAL APPLICATIONS

The number of potential commercial applications for a future regenerative or intercooled-regenerative gas turbine suitable for naval cruise propulsion is important because the number of engines required by the U.S. Navy is relatively small. Engine manufacturers would have little interest in developing an advanced-cycle gas turbine whose application is limited to naval surface ships. In future development programs, the U.S. Navy will benefit by developing a gas turbine which also has a significant commercial market because the contractor is likely to assume a larger share of the development cost, recoupment of development cost is spread over a greater number of engines, and acquisition cost is influenced by the volume of sales. The risk that the Navy assumes by investing in such a development program diminishes as the size of the commercial market increases. Hence, considerable effort has been spent analyzing the various elements which make up the engine market and evaluating statistics on historical trends and forecasts for diesel and gas turbine production.

An estimate of the number of potential applications for regenerative or intercooled-regenerative gas turbines in the 10,000 to 20,000 hp range can be based on this information. Over the next ten years, the annual production of mechanical and generator drive gas turbines is forecast to be 66 units in the 10,000 to 15,000 hp class and 103 units in the 15,000 to 20,000 hp class. Since these advanced-cycle gas turbines have a specific fuel consumption approaching that of a diesel engine, a portion of the current diesel engine market may shift to the high efficiency gas turbine. A recent annual power generation survey indicates that 32 diesel engines in both the 10,000 to 15,000 hp and 15,000 to 20,000 hp classes were ordered for baseload power generation. Diesel engines used for propulsion of commercial ships built during 1981 totalled 198 engines in the 10,000 to 15,000 hp class and 157 engines in the 15,000 to 20,000 hp class. Assuming that the sum of the gas turbines and diesels cited above is a reasonable estimate of the commercial market for 10,000 to 20,000 hp engines during the 1990s, approximately 600 engines would be produced annually. Capturing 7 to 10% of this market would make the advanced-cycle gas turbine as commercially successful as today's LM2500 or 501K gas turbines.

## CONCLUDING REMARKS

The exploratory research into regenerative and intercooled-regenerative gas turbines conducted by DTNRSDC and contractors has produced very encouraging results to date. Engine concepts which achieve the full performance potential of these advanced cycles have been defined with a minimum of modification to an existing simple-cycle turbomachine. These concepts have been shown to have significantly better fuel consumption characteristics over their entire range of output power. Preliminary design analyses of recuperators and intercoolers have provided estimates of heat exchanger weight and volume which indicate their impact on engine weight and volume is probably no worse than a COGAS system of the same combined output power and much less than cruise diesel engines. Results of mission fuel analyses indicate annual fuel savings on the order of 30% are obtained on typical frigates and destroyers. Technology areas which require additional investigation include design optimization of heat exchangers, recuperator gas side fouling, dynamic analyses, detailed ship impact studies comparing the alternative propulsion engines in various ship applications, and life cycle cost.

## ACKNOWLEDGEMENT

The authors wish to acknowledge the technical contributions made by several individuals at DTNSRDC including Jon Ness, John Wohlgemuth, John Purnell, Jennifer Stickley, and Luther Ward, as well as Professor Jerry Watts of the United States Naval Academy. The enthusiastic cooperation of General Electric Company, Pratt & Whitney Aircraft, Rolls Royce, Inc./Rolls Royce, Ltd., and the Garrett Corporation is greatly appreciated.

## REFERENCES

[1] Bowen, T. L., and J. C. Ness, "Regenerated Marine Gas Turbines, Part I: Cycle Selection and Performance Estimation," ASME Technical Paper No. 82-GT-306, April, 1982.

[2] Watts, J. W., and T. L. Bowen, "Regenerated Marine Gas Turbines, Part II: Regenerator Technology and Heat Exchanger Sizing," ASME Technical Paper No. 82-GT-314, April, 1982.

[3] Miller, J. A., "Mechanisms of Gas Turbine Regenerator Fouling," ASME Technical Paper No. 67-GT-26, March 1967.

[4] Kretzinger, K., et al, "Heavy Duty Regenerators for Gas Turbines," *Modern Power Systems,* V3, N4, March 1983, p 55-61.

[5] Jones, R. L., and K. H. Stern, "New Eras in Molten Salt Corrosion Research," *Ind. Eng. Chem. Prod. Res. Dev.* 1980, 19, 158-165.

[6] Trewby, Cmdr. G. F. A., "British Naval Gas Turbines," *Institute of Marine Engineers,* 13 April 1954.

[7] Halkola, J. T., et al, "Racer Conceptual Design," ASME Technical Paper No. 83-GT-50, March 1983.

[8] Debout, F., and L. Gaudaut, "SEMT-Pielstick PA6 BTC Marine Diesels," *International Defense Review,* 4, 1981, 457-461.

[9] *International Defense Review,* 1, 1983, 65.

# NAVAL
## ENGINEERS JOURNAL

ISSN 0028-1425

Vol. 96, No. 3
May 1984

© American Society of Naval Engineers, Inc., 1984

**Editor**
*Captain James L. McVoy, USN (Ret.)*

**Technical Director**
*Capt. James E. Grabb, USCG (Ret.)*

**Assistant Editor**
*Joseph N. Avallone, Jr.*

**Administrative Assistant**
*Karlis Paucitis*

**Assistant Secretary-Treasurer**
*Mrs. Sally Skolnick*

**Assistant to the Secretary-Treasurer**
*Capt. Richard R. Bradley, USN (Ret.)*

**Art & Editorial Consultant**
*Capt. Wm. A. Ellis, USN (Ret.)*

**Secretary-Treasurer Emeritus**
*Capt. Frank G. Law, USN (Ret.)*

**Journal Committee**

CHAIRMAN:
Jack W. Abbott

MEMBERS:
Susan M. Lee Bales
Capt. Peter A. Bunch, USCG
Dr. Leslie Chen
Charles B. Cherrix
Capt. John J. Donegan, USN
Capt. J. Richard Gauthey, USN
Harvey Kloehn
Dr. Dale K. Pace
LCdr. Michael, R. Reed, USN
Capt. John R. Walker, USN (Ret.)
Theodore R. Wilson

Published bi-monthly by the American Society of Naval Engineers, Inc. 1452 Duke Street, Alexandria, Virginia 22314; Phone (703) 836-6727. (Direct all communications to the same address).

Entered as Second Class Matter at U.S. Post Office, Alexandria, Virginia and additional mailing offices.

The subscription price of the *Journal*, post-paid in the United States, its possessions, and Canada, is $36.00. Single copies $7.00. All other countries $45.00. Single copies $9.00. All subscriptions payable in advance. Make checks, drafts, and postal money orders payable to: ASNE.

Advertising rates will be furnished on request.

Addresses will be changed at any time, upon notification. Notices should be given of any delay in the receipt of the *Journal*.

Send subscription correspondence and change of address to ASNE, Inc., 1452 Duke Street, Alexandria, Virginia 22314.

COVER: *The United States Coast Guard Academy's training ship USCGC* Eagle *standing out of harbor. The framed original photograph of this cover was contributed to ASNE by Capt. John T. Howell, USCG as part of the outfitting of the new Society Headquarters, Alexandria, Virginia. Photo by Lt. Neil D. Ruenzel, USCG.*

## CONTENTS

### ASNE DAY 1984 TECHNICAL PAPERS

#### SESSION 1A. Ship Acquisition and Modernization

**Design of Modernized Battleships and Cruisers**
by Philip J. Sims, James F. Edwards, Sr.,
LCdr. Robert L. Dickey, & N.S. Shull ..... 25

**The Ship Characteristics and Improvement Board — A Status Report**
by Stuart Williams ..... 39

**Comparison of Naval Ship Design Procedures in U.S. and Canada**
by LCdr. James D. Ertner, USN & Cdr. W.A. Tyler Cassedy, USN ..... 47

#### SESSION 1B. Ship Auxiliary Systems

**Evolution of Navy Ship Sewage Systems — Gravity Through Vacuum Collection**
by Milton W. Raupuk, Jr. ..... 55

**FFG-7 Class Fin Stabilizer System**
by Cdr. John C. Donahue, USN, Edward J. McMahon
& Louis W. Nelson ..... 62

**Experience With Reverse Osmosis Desalination Aboard USS *Fletcher***
by Wayne L. Adamson, Joseph F. Pizzino, & Wilbur Smith ..... 69

#### SESSION 2A: Ship Design

**Technical Evaluation of the SES-200 High Length-To-Beam Surface Effect Ship**
by John D. Adams & W.F. Beverly ..... 77

**The CONFORM Program — An Update**
by Kenneth B. Spaulding ..... 94

**Combatant Ship Design Guidance Through Mission Effectiveness Analysis**
by Dr. Dean A. Rains ..... 112

#### SESSION 2B: Combat Systems I

**Current Trends in Naval Data Handling Systems**
by Martin Wapner & Richard Fastring ..... 128

**Ship Combat System Simulation (SCSS)**
by Dennis R. Mensh ..... 142

## PAGES 2 CONTENTS CONT'D


### SESSION 3A: Combat Systems II

**The *New Jersey*-Tomahawk Story: From Retirement to Renaissance — A New Strike Capability**
by Gerald R. Bell ........ 149

**Detection — A Modern View**
by Robert T. Hill ........ 162

### SESSION 3B: Systems Engineering

**Arctic Trafficability Program — A Review**
by Richard P. Voelkner, Ian F. Glen, Frederick Seibold & Ian Bayly ........ 169

**Extension and Application of Ship Design Optimization Code "SHIPDOC"**
by William M. Richardson & William N. White ........ 177

**Human Factor Considerations Applied to Operations of FFG-8 and LAMPS MK III**
by A. Erich Baitis, Terrence R. Applebee, & Thomas M. McNamara ........ 191

### SESSION 3C: Hull Coatings

**Underwater Cleaning Technology**
by Christopher P. Cologer ........ 200

**Organotin Antifouling Paints and the Environment — Drydock Phase**
by Carl M. Adema & Paul Schatzberg ........ 209

### SESSION 4A: Hull Design

**"No Frame" Concept — Its Impact on Shipyard Cost**
by Natale S. Nappi, Ronald W. Walz & Christopher J. Wiernicki ........ 218

**Advanced Technology in Ship Design Analysis and Production**
by M.N. Parker, A.Y. Odabasi, P.A. Fitzsimmons & C.J. Goggin ........ 233

### SESSION 4B. Ship Propulsion

**Testing of a Magnetically Treated West German Diesel Engine**
by LCdr. James W. White, USN ........ 243

**Surface Hardened Naval Marine Gears With Reference to Alternative Means of Surface Hardening**
by Roger Barker & George C. Mudd ........ 252

**Advanced-Cycle Gas Turbines for Naval Ship Propulsion**
by Thomas L. Bowen & Dan A. Groghan ........ 262

### REGULAR DEPARTMENTS

Secretary's Notes ........ 9
Announcing the New Members ........ 17
Section News ........ 21
Meetings & Symposia ........ 272
Between the Bookends ........ 274
Continuing Education ........ 276
Manuscript Guidelines & Journal Notes ........ 277


## ASNE DAY 1984 PROGRAM CHANGES

ASNE Day 1984 will be held at the Shoreham Hotel, Washington, D.C., on 3-4 May 1984. The Hull Coatings session of ASNE Day 1984, initially scheduled as Session 3C to be held Friday morning, 4 May, has been redesignated Session 2C and will now take place beginning at 1430 on Thursday afternoon, 3 May. Session 2C, Hull Coatings, will be held in the Empire Room, at the Shoreham.