**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(Electronically filed August 8, 2005)

| | | |
|---|---|---|
| IVAN G. RICE | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 05-187C |
| v. | ) | |
| | ) | Senior Judge James F. Merow |
| THE UNITED STATES | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**NONPARTY HONEYWELL'S MOTION FOR LEAVE TO FILE A REPLY TO PLAINTIFF RICE'S RESPONSE TO DEFENDANT'S MOTION FOR ENTRY OF A PROTECTIVE ORDER**

Honeywell International, Inc. ("Honeywell") appears specially[1] to respectfully move this Court for leave to file a reply to Plaintiff Rice's Response to Defendant's Motion for Entry of a Protective Order. Honeywell's reply is attached hereto as Exhibit A. Although not a party to these proceedings, Honeywell believes that Mr. Rice or the Government will request technical documents from Honeywell that are highly sensitive in nature. Because of Mr. Rice's past activities in this field including preparation and filing of patent applications as well as his propensity for litigation, he should be precluded from seeing highly sensitive technical documentation that could, if disclosed, disadvantage Honeywell's competitive position. Honeywell believes its reply is required to provide this Court with appropriate context for understanding Honeywell's concerns with allowing Mr. Rice personal access to its highly sensitive technical information. Consequently, Honeywell respectfully requests that this Court grant its motion for leave to file a reply.

[1] By this special appearance, Honeywell does not subject itself to the jurisdiction of the Court. *See Uram v. United States*, 216 Ct. Cl. 418, 420 (1978).

Dated: August 8, 2005

Respectfully submitted,

s/ Daniel S. Herzfeld________
Daniel S. Herzfeld
PILLSBURY WINTHROP
SHAW PITTMAN LLP
1650 Tysons Boulevard
McLean, Virginia 22102
(703) 770-7900
(703) 770-7901 (facsimile)

*Attorney for Nonparty,*
*Honeywell International, Inc.*

Of Counsel:
Lawrence J. Gotts
Aslan Baghdadi
David C. Isaacson
PILLSBURY WINTHROP
SHAW PITTMAN LLP
1650 Tysons Boulevard
McLean, Virginia 22102
(703) 770-7900
(703) 770-7901 (facsimile)