IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| IVAN G. RICE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. _05-187C_ |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | Senior Judge James F. Merow |
| Defendant. | ) | |

**PLAINTIFF RICE'S NOTICE OF INITIAL DISCLOSURE OF ASSERTED CLAIMS AND DOCUMENT PRODUCTION ACCOMPANYING INITIAL DISCLOSURE OF ASSERTED CLAIMS**

Pursuant to Rules 8(a)-(c) of the Special Procedures For Cases Under 28 U.S.C. § 1498(a), Plaintiff Ivan G. Rice gives notice that Plaintiff has served Defendant with PLAINTIFF RICE'S NOTICE OF INITIAL DISCLOSURE OF ASSERTED CLAIMS and made available for inspection and copying all documents in accordance with DOCUMENT PRODUCTION ACCOMPANYING INITIAL DISCLOSURE OF ASSERTED CLAIMS on November 14, 2005.

Respectfully submitted,

s/ Douglas H. Elliott
Douglas H. Elliott
Attorney-in-Charge
Neil P. Morrissette
Patterson & Sheridan, LLP
3040 Post Oak Blvd., Suite 1500
Houston, Texas 77056
Tel (713) 623-4844
Fax (713) 623-4846

ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of "PLAINTIFF RICE'S NOTICE OF INITIAL DISCLOSURE OF ASSERTED CLAIMS AND DOCUMENT PRODUCTION ACCOMPANYING INITIAL DISCLOSURE OF ASSERTED CLAIMS" was served on the party listed below, via e-mail, facsimile (202.307.0345), and U.S. first-class mail on this 14th day of November 2005:

B. Frederick Buchan, Jr.
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530

Respectfully submitted,

s/ Douglas H. Elliott
Douglas H. Elliott
Attorney-in-Charge
Neil P. Morrissette
Patterson & Sheridan, LLP
3040 Post Oak Blvd., Suite 1500
Houston, Texas 77056
Tel (713) 623-4844
Fax (713) 623-4846

ATTORNEYS FOR PLAINTIFF

408319_1