**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| IVAN G. RICE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 05-187C |
| v. | ) | |
| | ) | Senior Judge James F. Merow |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S NOTICE OF COMPLIANCE WITH**
**PARAGRAPH (2) OF THE SCHEDULING ORDER FILED AUGUST 3, 2005**

Defendant hereby gives notice that, pursuant to paragraph (2) of the "Scheduling Order" filed August 3, 2005, and paragraphs ¶ 8 (d), (e), and (f) of the Chief Judge's Special Procedures Order ("SPO") referred to in the Scheduling Order, defendant's counsel served plaintiff's counsel with: (1) "Defendant's Initial Disclosure of Prior Art" and (2) "Defendant's Document Production Accompanying Initial Disclosures of Prior Art."

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JOHN FARGO
Director

November 29, 2005

s/ B. Frederick Buchan, Jr.
B. FREDERICK BUCHAN, JR.
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530
Phone: (202) 307-0335
Facsimile: (202) 307-0345

Attorneys for the United States

OF COUNSEL:
KEN B. BARRETT
Attorney
Department of Justice