**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **IVAN G. RICE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **NO. 05-187C** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **Senior Judge James F. Merow** |
| **Defendant.** | ) | |

**HONEYWELL INTERNATIONAL, INC.'S MOTION FOR LEAVE TO FILE A MEMORANDUM IN OPPOSITION TO PLAINTIFF RICE'S UNOPPOSED MOTION TO STAY PROCEEDINGS**

Honeywell International Inc. ("Honeywell") appears specially[1] to respectfully move this Court for leave to file a Memorandum in Opposition to Plaintiff Rice's Unopposed Motion to Stay Proceedings (the "Motion"). Honeywell informally submitted its memorandum to the Court on Friday, January 6, 2006, and attaches another copy hereto as Exhibit A for the Court's convenience.

Although not a party to these proceedings, Honeywell is a subcontractor to the United States under the contract at issue in this case. In August 2005 Honeywell specially appeared in this case to assert its objection to plaintiff having access to confidential documents expected to be produced by Honeywell in the course of the proceedings. More recently, plaintiff

---

[1] Honeywell indicated in its January 6, 2006 letter to the Court that it intended to file a motion to intervene in this action. Because of the limited nature of Honeywell's submission, Honeywell has determined that the more appropriate vehicle by which to raise its objection to the Motion is a special appearance. By virtue of this special appearance, Honeywell does not subject itself to the jurisdiction of the Court. *See Uram v. United States*, 216 Ct. Cl. 418, 420 (1978).

issued third party subpoenas to Honeywell, and Honeywell has responded to those subpoenas. Honeywell is also the defendant in a related action in the U.S. District Court for the Eastern District of Texas involving the same patent and substantially the same accused technology that is at issue in this case. *Ivan G. Rice v. Honeywell International Inc. and Rolls-Royce plc*, Case No. 6:05 CV 330 (the "Texas Action").

Honeywell submits that it should be permitted to specially appear in order to provide the Court with the appropriate context in which to consider plaintiff's Motion. As set forth in further detail in Honeywell's accompanying Memorandum, granting the Motion will not result in any conservation of judicial resources, or cost savings to the parties. To the contrary, staying this action pending the resolution of the Texas Action is most likely to multiply the overall expense and duration of the legal proceedings. Moreover, plaintiff's Motion is being brought purely for tactical reasons in disregard for the first-to-file rule and this Court's ruling on the protective order. Accordingly, Honeywell respectfully requests that this Court grant its motion for leave to file its Memorandum in Opposition to Plaintiff Rice's Unopposed Motion to Stay Proceeding.

Respectfully submitted,

s/ Richard L. Brusca by
s/ Elizabeth C. Billhimer

Richard L. Brusca
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
1440 New York Avenue, NW
Washington, D.C. 20005
Telephone: (202) 371-7140
Fax: (202) 661-8209

**CERTIFICATE OF SERVICE**

On the 6th day of January, 2006, a courtesy copy of the attached Memorandum in Opposition to Plaintiff Rice's Unopposed Motion to Stay Proceedings was served by facsimile on counsel of record in the above-referenced matter. On the 10th day of January, 2006, a copy of the foregoing Motion for Leave and attached Memorandum in Opposition to Plaintiff Rice's Unopposed Motion to Stay Proceedings will be served electronically by the ECF system and by facsimile on the following counsel of record:

Douglas H. Elliott *(via facsimile)*
Neil P. Morrissette
Patterson & Sheridan, LLP
3040 Post Oak Boulevard, Suite 1500
Houston, Texas 77056
Fax: (713) 623.4846

B. Frederick Buchan, Jr. *(via facsimile)*
Ken B. Barrett
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530
Fax: (202) 307.0345

James A. Oliff, Esq.*(via facsimile)*
Richard E. Rice, Esq.
John W. O'Meara, Esq.
Oliff & Berridge, PLC
277 South Washington Street, Suite 500
Alexandria, Virginia 22314
Fax: (703) 836.2787

s/ Richard L. Brusca by
s/ Elizabeth C. Billhimer