**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **IVAN G. RICE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **NO. _05-187C_** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **Senior Judge James F. Merow** |
| **Defendant.** | ) | |

**PLAINTIFF RICE'S RESPONSE TO HONEYWELL'S MOTION FOR LEAVE TO FILE A MEMORANDUM IN OPPOSITION TO PLAINTIFF RICE'S UNOPPOSED MOTION TO STAY PROCEEDINGS**

Plaintiff Ivan G. Rice ("Rice") does not oppose Honeywell International, Inc.'s Motion For Leave to file its Memorandum in Opposition to Plaintiff Rice's Unopposed Motion to Stay Proceedings ("Honeywell's Motion"), although Rice disagrees with Honeywell's statement set forth in its Motion for Leave that granting Rice's motion to stay "will not result in any conservation of judicial resources." Granting the stay will clearly conserve the resources of this Court, as well as the resources of both the Plaintiff Rice and the Defendant United States, which has not opposed the motion to stay.

Respectfully submitted,

s/ Douglas H. Elliott
Douglas H. Elliott
Attorney-in-Charge
Neil P. Morrissette
PATTERSON & SHERIDAN, LLP
3040 Post Oak Blvd.
Suite 1500
Houston, Texas 77056
Tel (713) 623-4844
Fax (713) 623-4846
delliott@pattersonsheridan.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of "PLAINTIFF RICE'S RESPONSE TO HONEYWELL'S MOTION FOR LEAVE TO FILE A MEMORANDUM IN OPPOSITION TO PLAINTIFF RICE'S UNOPPOSED MOTION TO STAY PROCEEDINGS" was served on the parties listed below, via e-mail, facsimile, and U.S. first-class mail on this 26th day of January, 2006:

B. Frederick Buchan, Jr.
Ken B. Barrett
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530

Richard L. Brusca
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, NW
Washington, D.C. 20005

s/ Douglas H. Elliott
Douglas H. Elliott