# In the United States Court of Federal Claims

No. 05-187 C
(Filed February 3, 2006)

***********************************
IVAN G. RICE, *
*
Plaintiffs, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
***********************************

**ORDER**

On January 10, 2006, Honeywell International, Inc. ("Honeywell") filed a Motion for Leave to File a Memorandum in Opposition to Plaintiff Rice's Unopposed Motion to Stay Proceedings. Plaintiff filed a response on January 26, 2006, and indicated that he does not oppose the motion for leave.

Accordingly, it is **ORDERED** that Honeywell's motion, filed January 10, 2006, is **GRANTED**. Honeywell shall file its memorandum on or before February 8, 2006.

s/ James F. Merow
James F. Merow
Senior Judge