**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **IVAN G. RICE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **NO. _05-187C_** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **Senior Judge James F. Merow** |
| **Defendant.** | ) | |

**PLAINTIFF RICE'S NOTICE OF COMPLIANCE WITH PARAGRAPHS (3) & (4) OF THE SCHEDULING ORDER FILED AUGUST 3, 2005**

Plaintiff hereby gives notice that, pursuant to paragraphs (3) and (4) of the "Scheduling Order" filed August 3, 2005, and paragraphs ¶ 9 (a) and ¶ 11 (a) of the Chief Judge's Special Procedures Order ("SPO") referred to in the Scheduling Order, plaintiff's counsel served defendant's counsel with: (1) "Plaintiff Rice's Claim Chart" and (2) "Plaintiff Rice's Proposed Claim Construction Statement."

Dated: February 7, 2006

Respectfully submitted,

s/ Douglas H. Elliott

Douglas H. Elliott
Attorney-in-Charge
Neil P. Morrissette
PATTERSON & SHERIDAN, LLP
3040 Post Oak Blvd.
Suite 1500
Houston, Texas 77056
Tel (713) 623-4844
Fax (713) 623-4846
delliott@pattersonsheridan.com

ATTORNEYS FOR PLAINTIFF