**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **IVAN G. RICE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **NO. _05-187C_** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **Senior Judge James F. Merow** |
| **Defendant.** | ) | |

**PLAINTIFF RICE'S MOTION TO AMEND REPLY TO HONEYWELL'S MEMORANDUM IN OPPOSITION TO PLAINTIFF RICE'S UNOPPOSED MOTION TO STAY PROCEEDINGS**

Plaintiff Rice hereby moves to amend his Reply to Honeywell's Memorandum in Opposition to Plaintiff Rice's Unopposed Motion to Stay Proceedings, by substituting the attached new Exhibit "A" for the document originally attached as Exhibit "A" to the Reply. The originally attached Exhibit "A" was incorrect. The new Exhibit "A" (attached hereto) is the correct one.

Respectfully submitted,

s/ Douglas H. Elliott
Douglas H. Elliott
Attorney-in-Charge
Neil P. Morrissette
Patterson & Sheridan, LLP
3040 Post Oak Blvd., Suite 1500
Houston, Texas 77056
Tel (713) 623-4844
Fax (713) 623-4846
delliott@pattersonsheridan.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of "PLAINTIFF RICE'S MOTION TO AMEND REPLY TO HONEYWELL'S MEMORANDUM IN OPPOSITION TO PLAINTIFF RICE'S UNOPPOSED MOTION TO STAY PROCEEDINGS" was served on the parties listed below, via e-mail, facsimile, and U.S. first-class mail on this 21st day of February, 2006:

B. Frederick Buchan, Jr.
Ken B. Barrett
Attorneys
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530

Richard L. Brusca
Elizabeth C. Billhimer
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, NW
Washington, D.C. 20005

Respectfully submitted,

s/ Douglas H. Elliott
Douglas H. Elliott
Attorney-in-Charge
Neil P. Morrissette
Patterson & Sheridan, LLP
3040 Post Oak Blvd., Suite 1500
Houston, Texas 77056
Tel (713) 623-4844
Fax (713) 623-4846
delliott@pattersonsheridan.com

ATTORNEYS FOR PLAINTIFF