RECEIVED
OVER THE COUNTER
FEB 2 3 2006
THE OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| IVAN G. RICE,<br><br>Plaintiff<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. 05-187C<br><br>Senior Judge James F. Merow |

**ROLLS-ROYCE PLC'S NOTICE OF SUPPORT OF HONEYWELL INTERNATIONAL, INC'S MEMORANDUM IN OPPOSITION TO PLAINTIFF RICE'S UNOPPOSED MOTION TO STAY PROCEEDINGS**

Rolls-Royce plc ("Rolls-Royce"), not a party to this action, is a defendant in the related action in the U.S. District Court for the Eastern District of Texas (*Ivan G. Rice v. Honeywell International Inc. and Rolls-Royce plc*, Case No. 6:05-CV-330) (the "Texas Case").[1] As a defendant in the Texas case - - which Plaintiff relies upon to seek a stay of this action - - Rolls-Royce respectfully provides this notice of its support of Honeywell International, Inc.'s ("Honeywell") Memorandum In Opposition to Plaintiff Rice's Unopposed Motion to Stay Proceedings, that was filed with this Court on January 10, 2006. In particular, Rolls-Royce concurs with Honeywell's positions, as stated more fully in Honeywell's Memorandum, that:

(1) Plaintiff Rice purposely chose to initiate his patent claim against the Government in this Court in February 2005 (seven months prior to pursuing similar patent claims against Honeywell and Rolls-Royce). Having chosen to file this case first,

[1] Rolls-Royce plc specially appears to present this Notice of Support of Honeywell's Opposition to Plaintiff Rice's Stay Motion.

Plaintiff Rice should not be permitted to stay this action in favor of the later-filed Texas Case;

(2) If there is any liability at all for Plaintiff Rice's infringement claims, the Government (not Rolls-Royce or Honeywell) is liable under 28 U.S.C. § 1498. According to § 1498(a), this Court is the proper forum for the adjudication of Plaintiff's claims; and

(3) Plaintiff Rice's requested stay will not result in any conservation of judicial resources, or cost savings to the parties. Rather, it will likely result in increased overall expenses and legal proceedings, at least because, as Honeywell points out (Memorandum at page 5), in the event of a stay, this action will likely be litigated fully even after the Texas Case is concluded.

Accordingly, Rolls-Royce respectfully urges this Court to deny Plaintiff Rice's Motion.

Dated: February 23, 2006

Respectfully submitted,

By: ______________________

James A. Oliff
Richard E. Rice
OLIFF & BERRIDGE, PLC
277 South Washington Street, Suite 500
Alexandria, VA 22314
Telephone: (703) 836-6400
Facsimile: (703) 836-2787

Attorneys for ROLLS-ROYCE PLC

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Rolls-Royce plc's Notice of Support of Honeywell International, Inc.'s Memorandum In Opposition to Plaintiff Rice's Unopposed Motion to Stay Proceedings was served on this 23rd day of February, 2006 on the following as indicated:

Douglas H. Elliott
PATTERSON & SHERIDAN LLP
3040 Post Oak Blvd., Suite 1500
Houston, Texas 77056
(By Facsimile and Mail)

B. Frederick Buchan, Jr.
Ken B. Barrett
Commercial Litigation Branch
Civil Division
UNITED STATES DEPARTMENT OF JUSTICE
Washington, D.C. 20530
(By Facsimile and Mail)

Douglas R. Nemec
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
Four Times Square
New York, New York 10036
(By Facsimile and Mail)

R E Rice

Richard E. Rice