**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **IVAN G. RICE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 05-187C** |
| **v.** | ) | |
| | ) | **Senior Judge James F. Merow** |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S REPLY TO PLAINTIFF'S MOTION TO AMEND ITS REPLY TO HONEYWELL'S MEMORANDUM IN OPPOSITION**

Defendant hereby replies to "Plaintiff Rice's Motion to Amend Reply to Honeywell's Memorandum in Opposition to Plaintiff Rice's Unopposed Motion to Stay Proceedings" (the Motion) with a corrected Exhibit "A" electronically filed February 21, 2006. Defendant does not object to the proposed substitution of Exhibit "A" and does not oppose the Motion to Amend.

Defendant respectfully notes that briefing as to plaintiff's motion to stay proceedings, filed January 4, 2006, now appears to be complete.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JOHN FARGO
Director

March 2, 2006

s/ B. Frederick Buchan, Jr.
B. FREDERICK BUCHAN, JR.
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530
Phone: (202) 307-0335
Facsimile: (202) 307-0345
frederick.buchan@usdoj.gov
Attorneys for the United States

OF COUNSEL:
KEN B. BARRETT
Attorney
Department of Justice