# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| IVAN G. RICE, Plaintiff, | ) | No. 05-187C |
| v. | ) | Senior Judge James F. Merow |
| THE UNITED STATES, Defendant. | ) | |

## NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Ken B. Barrett as attorney of record for the United States.

Service of all papers by opposing parties should be addressed as follows:

Ken B. Barrett
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JOHN FARGO
Director

May 12, 2006

s/ Ken B. Barrett

KEN B. BARRETT
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530
Phone: (202) 307-0343
Facsimile: (202) 307-0345

Attorneys for the United States