IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| IVAN G. RICE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. _05-187C_ |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | Senior Judge James F. Merow |
| Defendant. | ) | |

## JOINT STATUS REPORT

This Joint Status Report is being filed in accordance with this Court's Order dated March 7, 2006 [Document 36], instructing the parties to indicate whether the stay should remain in effect. As set forth below, the parties request the Court to enter an order that the stay shall remain in effect, and that the parties shall file a second joint status report by July 2, 2007.

I. Introduction.

This action concerns plaintiff Ivan G. Rice's claim for the alleged unauthorized use or manufacture of a patented invention by or for the Government. The allegations pertain to the Navy's WR-21 Gas Turbine Engine program. Subsequent to the initiation of this action, Mr. Rice filed suit against Honeywell International, Inc. and Rolls-Royce, plc in the District Court for the Eastern District of Texas. *Ivan G. Rice v. Honeywell International, Inc. and Rolls-Royce, plc*, Case No. 6:05-CV-330 (E.D. Tex., Tyler Div.) ("the Texas Case"). Mr. Rice's allegations in the Texas Case pertain to the purported infringement of the same patent that is at issue in the instant case and the manufacture of other WR-21 engines. In an Order dated March 7, 2006, this Court granted plaintiff's motion for a stay of the proceedings in this matter pending the disposition in the Texas Case. The Court further ordered that, in the event that the Texas Case is

not concluded by March 7, 2007, the parties shall file a status report indicating whether the stay should remain in effect.

II. Status of Texas Litigation.

The Texas Case is still pending. After receiving briefs and conducting a claim construction hearing, the District Court entered a Memorandum Opinion and Order on November 21, 2006, in which it construed various claim terms. Discovery is scheduled to close in March 2007. Two motions for summary judgment are pending. Specifically, Rolls-Royce has filed a motion for summary judgment of non-infringement, and also a motion for summary judgment of invalidity. The District Court has not yet ruled upon those motions. Trial is currently scheduled for May 14, 2007.

III. Joint Proposal to Maintain Stay.

The parties believe that, for purposes of judicial economy, the current stay should remain in effect. The parties request an order by this Court maintaining the stay and ordering the parties to submit a second Joint Status Report on or before July 2, 2007, indicating whether the stay should continue to remain in effect. This joint request for a continued stay is not for purposes of delay, and the parties believe the continued stay advances the interests of judicial economy.

Respectfully submitted,

Date: 3/6/07

DOUGLAS H. ELLIOTT
Lead Attorney
Patterson & Sheridan, LLP
3040 Post Oak Blvd., Suite 1500
Houston, Texas 77056
Tel (713) 623-4844
Fax (713) 623-4846
delliott@pattersonsheridan.com

ATTORNEYS FOR PLAINTIFF

PETER D. KEISLER
Assistant Attorney General

JOHN FARGO
Director

Date: 3/6/07

KEN B. BARRETT
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530
Tel: (202) 307-0335
Fax: (202) 307-0345
ken.barrett@usdoj.gov

Attorneys for the United States

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the "JOINT STATUS REPORT" was served on the parties listed below, via the Court's CM/ECF system and facsimile on this 7th day of March, 2007.

Ken B. Barrett
Civil Division - Commercial Litigation Branch
U.S. Department of Justice
1100 L. Street, NW, 8th Floor
Washington, D.C. 20530
Fax: (202) 307-0343
E-mail: ken.barrett@usdog.gov

*Counsel for The United States*

Constance S. Huttner
Skadden, Arps, Slate, Meagher & Flom, LLP
Four times Square
New York, New York 10036
Fax: (212) 735-2000
E-mail: chuttner@skadden.com

*Counsel for Honeywell International Inc.*
*(Interested Party)*

Richard E. Rice
OLIFF & BERRIDGE, PLC
277 South Washington Street, Suite 500
Alexandria, VA 22314
Fax: (703) 836-2787
E-mail: rrice@oliff.com

*Counsel for Rolls-Royce PLC*
*(Interested Party)*

s/Douglas H. Elliott
Douglas H. Elliott