# In the United States Court of Federal Claims

No. 05-187 C
(Filed March 8, 2007)

***********************************
IVAN G. RICE, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
***********************************

**ORDER**

On March 7, 2007, a Joint Status Report was filed in accordance with the Order of March 7, 2006, indicating whether the stay should remain in effect. Parties have requested a further stay of proceedings.

Accordingly, it is **ORDERED** that the stay shall remain in effect and parties shall file a second joint status report by July 2, 2007.

s/ James F. Merow
James F. Merow
Senior Judge