IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| IVAN G. RICE, | ) | |
| Plaintiff, | ) | |
| v. | ) | NO. 05-187C |
| UNITED STATES OF AMERICA, | ) | Senior Judge James F. Merow |
| Defendant. | ) | |

**SECOND JOINT STATUS REPORT**

This Second Joint Status Report is being filed in accordance with this Court's Order dated March 7, 2006 [Document 36] and also this Court's Order dated March 8, 2007 [Document 39].

I. Introduction.

This action concerns plaintiff Ivan G. Rice's claim for the alleged unauthorized use or manufacture of a patented invention by or for the Government. The allegations pertain to the Navy's WR-21 Gas Turbine Engine program. Subsequent to the initiation of this action, Mr. Rice filed suit against Honeywell International, Inc. and Rolls-Royce, plc in the District Court for the Eastern District of Texas. *Ivan G. Rice v. Honeywell International, Inc. and Rolls-Royce, plc*, Case No. 6:05-CV-330 (E.D. Tex., Tyler Div.) ("the Texas Case"). Mr. Rice's allegations in the Texas Case pertain to the purported infringement of the same patent that is at issue in the instant case and the manufacture of other WR-21 engines. In the Order dated March 7, 2006, this Court granted plaintiff's motion for a stay of the proceedings in this matter pending the disposition in the Texas Case. The Court also ordered the parties to file a status report within thirty days following disposition of the above-cited district court litigation, proposing a schedule for the completion of remaining pretrial proceedings. The Court further ordered that, in the

event that the Texas Case is not concluded by March 7, 2007, the parties shall file a status report indicating whether the stay should remain in effect. On March 7, 2007, the parties filed a status report requesting that the stay remain in effect. In the Order dated March 8, 2007, the Court ordered that the stay shall remain in effect and that the parties shall file a second joint status report by July 2, 2007.

II. Status of Texas Litigation.

The Texas Case has recently been dismissed on summary judgment, and Rice will shortly be filing a notice of appeal to the Court of Appeals for the Federal Circuit. After receiving briefs and conducting a claim construction hearing, the Magistrate Judge entered a Memorandum Opinion and Order on November 21, 2006, in which it construed various claim terms. All discovery closed as of March 20, 2007.

Rolls-Royce filed a motion for summary judgment of non-infringement, and also a motion for summary judgment of invalidity. The Magistrate Judge received briefs on both motions and heard oral arguments on the non-infringement motion. On May 7, 2007, the Magistrate Judge entered a Report and Recommendation, recommending that Rolls-Royce's motion for summary judgment of non-infringement be granted. Mr. Rice and Rolls-Royce filed objections to that report. Also on May 7, 2007, the Magistrate Judge entered another Report and Recommendation, recommending that Rolls-Royce's motion for summary judgment of invalidity be denied. Rolls-Royce filed objections to that report as well.

On June 28, 2007, the District Court issued an order overruling all objections to both of the Magistrate's Reports and Recommendations, and adopting both Reports as the findings of the District Court. On the same day, the District Court entered Final Judgment, ordering that all

parties take nothing and ordering the case closed. Rice anticipates filing his Notice of Appeal to the Federal Circuit in a timely manner.

## III. Joint Proposal to Maintain Stay.

The parties believe that, for purposes of judicial economy, the current stay should remain in effect. Claim construction and infringement, both of which are relevant to the instant case, will be addressed by the Federal Circuit, or on remand. Judicial economy would continue to be served by maintaining the stay. Accordingly, the parties request an order by this Court maintaining the stay and ordering the parties to submit a third Joint Status Report on or before November 5, 2007, indicating the status of the appeal and whether the stay should continue to remain in effect. This joint request for a continued stay is not for purposes of delay, and the parties believe the continued stay advances the interests of judicial economy.

Date: 7/2/07

Respectfully submitted,

DOUGLAS H. ELLIOTT
Lead Attorney
Patterson & Sheridan, LLP
3040 Post Oak Blvd., Suite 1500
Houston, Texas 77056
Tel (713) 623-4844
Fax (713) 623-4846
delliott@pattersonsheridan.com

ATTORNEYS FOR PLAINTIFF RICE

PETER D. KEISLER
Assistant Attorney General

JOHN FARGO
Director

Date: July 2, 2007

KEN B. BARRETT
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530
Tel: (202) 307-0343
Fax: (202) 307-0345
ken.barrett@usdoj.gov

Attorneys for the United States

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the "SECOND JOINT STATUS REPORT" was served on the parties listed below, via the Court's CM/ECF system and facsimile on this 2nd day of July, 2007.

Ken B. Barrett
Civil Division - Commercial Litigation Branch
U.S. Department of Justice
1100 L. Street, NW, 8th Floor
Washington, D.C. 20530
Fax: (202) 307-0343
E-mail: ken.barrett@usdog.gov

*Counsel for The United States*

Constance S. Huttner
Skadden, Arps, Slate, Meagher & Flom, LLP
Four times Square
New York, New York 10036
Fax: (212) 735-2000
E-mail: chuttner@skadden.com

*Counsel for Honeywell International Inc.*
*(Interested Party)*

Richard E. Rice
OLIFF & BERRIDGE, PLC
277 South Washington Street, Suite 500
Alexandria, VA 22314
Fax: (703) 836-2787
E-mail: rrice@oliff.com

*Counsel for Rolls-Royce PLC*
*(Interested Party)*

s/Douglas H. Elliott
Douglas H. Elliott