# In the United States Court of Federal Claims

No. 05-187 C
(Filed July 5, 2007)

***********************************
IVAN G. RICE, *
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
Defendant. *
***********************************

**ORDER**

The Second Joint Status Report, filed July 2, 2007, reports that the parties to the litigation in the Eastern District of Texas, concerning the same patent that is involved in the instant suit, contemplate appealing to the United States Court of Appeals for the Federal Circuit from the District Court's judgment entered June 28, 2007. The parties request that the stay of proceedings in the instant case continue with a further Joint Status Report to be filed on or before November 5, 2007.

At present, the interests of all concerned are served by deferring the expenditure of time and effort in this litigation to await a Federal Circuit ruling.

Accordingly, it is **ORDERED** that:

(1) The stay of proceedings shall continue to remain in effect;

(2) On or before November 5, 2007, a report(s) shall be filed by parties indicating the status of the appeal from the June 28, 2007 District Court judgment and stating the parties' view(s) on whether the stay should then continue to remain in effect.

s/ James F. Merow
James F. Merow
Senior Judge