IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| IVAN G. RICE,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | ) | NO. 05-187C<br><br>Senior Judge James F. Merow |

# THIRD JOINT STATUS REPORT

This Third Joint Status Report is being filed in accordance with this Court's Orders dated March 7, 2006 [Document 36], March 8, 2007 [Document 39] and July 5, 2007 [Document 41].

## I. Introduction.

This action concerns plaintiff Ivan G. Rice's claim for the alleged unauthorized use or manufacture of a patented invention by or for the Government. The allegations pertain to the Navy's WR-21 Gas Turbine Engine program. Subsequent to the initiation of this action, Mr. Rice filed suit against Honeywell International, Inc. and Rolls-Royce, plc in the District Court for the Eastern District of Texas. *Ivan G. Rice v. Honeywell International, Inc. and Rolls-Royce, plc*, Case No. 6:05-CV-330 (E.D. Tex., Tyler Div.) ("the Texas Case"). Mr. Rice's allegations in the Texas Case pertain to the purported infringement of the same patent that is at issue in the instant case and the manufacture of other WR-21 engines. In the Order dated March 7, 2006, this Court granted plaintiff's motion for a stay of the proceedings in this matter pending the disposition in the Texas Case. The Court also ordered the parties to file a status report within thirty days following disposition of the above-cited district court litigation, proposing a schedule for the completion of remaining pretrial proceedings. The Court further ordered that, in the event that the Texas Case is not concluded by March 7, 2007, the parties shall file a status report

indicating whether the stay should remain in effect. On March 7, 2007, the parties filed a status report requesting that the stay remain in effect. In the Order dated March 8, 2007, the Court ordered that the stay shall remain in effect and that the parties shall file a second joint status report by July 2, 2007. On July 2, 2007, the parties filed a second status report requesting that the stay remain in effect. In the Order dated July 5, 2007, the Court ordered that the stay remain in effect and that the parties shall file a third joint status report by November 5, 2007.

II. Status of Texas Litigation.

As summarized in the Second Status Report, Rolls-Royce had filed a motion for summary judgment of non-infringement, and also a motion for summary judgment of invalidity. The Magistrate Judge received briefs on both motions and heard oral arguments on the non-infringement motion. On May 7, 2007, the Magistrate Judge had entered a Report and Recommendation, recommending that Rolls-Royce's motion for summary judgment of non-infringement be granted. Mr. Rice and Rolls-Royce filed objections to that report. Also on May 7, 2007, the Magistrate Judge entered another Report and Recommendation, recommending that Rolls-Royce's motion for summary judgment of invalidity be denied. Rolls-Royce filed objections to that report as well.

On June 28, 2007, the District Court issued an order overruling all objections to both of the Magistrate's Reports and Recommendations, and adopting both Reports as the findings of the District Court. On the same day, the District Court entered Final Judgment, ordering that all parties take nothing and ordering the case closed.

Recently, on October 1, 2007, the court entered an "Amended Final Judgment" order, in which costs were awarded. After entry of that order, Plaintiff Rice represents to this Court that the parties (Rice and Rolls-Royce) have settled the Texas case, and are now in the process of

executing formal settlement agreement documents which includes, among other things, an agreement to file a joint stipulation of dismissal of both the Texas Case and the appeal.

III. <u>Joint Proposal to Maintain Stay.</u>

The parties believe that, for purposes of judicial economy, the current stay should remain in effect for a period of sixty (60) days, so that the parties in the Texas Case will have an opportunity to finalize settlement, and the district court in the Texas case will have an opportunity to rule on the motions filed by the parties, including the motions to dismiss. Accordingly, the parties request an order by this Court maintaining the stay and ordering the parties to submit a joint motion to enter a Scheduling Order for this action on or before January 7, 2008. This joint request for a continued stay is not for purposes of delay, and the parties believe the continued stay advances the interests of judicial economy.

Respectfully submitted,

Date: 11/5/07

DOUGLAS H. ELLIOTT
Lead Attorney
Patterson & Sheridan, LLP
3040 Post Oak Blvd., Suite 1500
Houston, Texas 77056
Tel (713) 623-4844
Fax (713) 623-4846
delliott@pattersonsheridan.com

ATTORNEYS FOR PLAINTIFF RICE

PETER D. KEISLER
Assistant Attorney General

JOHN FARGO
Director

Date: November 5, 2007

KEN B. BARRETT
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530
Tel: (202) 307-0343
Fax: (202) 307-0345
ken.barrett@usdoj.gov

Attorneys for the United States

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the "THIRD JOINT STATUS REPORT" was served on the parties listed below, via the Court's CM/ECF system and facsimile on this 5th day of November, 2007.

Ken B. Barrett
Civil Division - Commercial Litigation Branch
U.S. Department of Justice
1100 L. Street, NW, 8th Floor
Washington, D.C. 20530
Fax: (202) 307-0343
E-mail: ken.barrett@usdog.gov

*Counsel for The United States*

Constance S. Huttner
Skadden, Arps, Slate, Meagher & Flom, LLP
Four times Square
New York, New York 10036
Fax: (212) 735-2000
E-mail: chuttner@skadden.com

*Counsel for Honeywell International Inc.*
*(Interested Party)*

Richard E. Rice
OLIFF & BERRIDGE, PLC
277 South Washington Street, Suite 500
Alexandria, VA 22314
Fax: (703) 836-2787
E-mail: rrice@oliff.com

*Counsel for Rolls-Royce PLC*
*(Interested Party)*

s/Douglas H. Elliott
Douglas H. Elliott

624075_1