# In the United States Court of Federal Claims

No. 05-187 C
(Filed November 6, 2007)

**********************************
IVAN G. RICE, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
***********************************

**ORDER**

On November 5, 2007, a Joint Status Report was filed in accordance with the orders of March 7, 2006, March 8, 2007, and July 5, 2007, indicating whether the stay should remain in effect. Parties have requested a further stay of proceedings.

Accordingly, it is **ORDERED** that the stay shall remain in effect and parties shall file a further joint status report by January 7, 2008.

s/ James F. Merow
James F. Merow
Senior Judge