IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| IVAN G. RICE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 05-187C |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | Senior Judge James F. Merow |
| Defendant. | ) | |

**FOURTH JOINT STATUS REPORT**

This Fourth Joint Status Report is being filed in accordance with this Court's Order filed November 6, 2007 [Document 43].

I. Introduction.

This action concerns plaintiff Ivan G. Rice's claim for the alleged unauthorized use or manufacture of a patented invention by or for the Government. The allegations pertain to the Navy's WR-21 Gas Turbine Engine program. Subsequent to the initiation of this action, Mr. Rice filed suit against Honeywell International, Inc. and Rolls-Royce, plc in the District Court for the Eastern District of Texas. *Ivan G. Rice v. Honeywell International, Inc. and Rolls-Royce, plc*, Case No. 6:05-CV-330 (E.D. Tex., Tyler Div.) ("the Texas Case"). Mr. Rice's allegations in the Texas Case pertain to the purported infringement of the same patent that is at issue in the instant case and the manufacture of other WR-21 engines.

In the Order dated March 7, 2006, this Court granted plaintiff's motion for a stay of the proceedings in this matter pending the disposition in the Texas Case. The Court also ordered the parties to file a status report within thirty days following disposition of the above-cited district court litigation, proposing a schedule for the completion of remaining pretrial proceedings. The Court further ordered that, in the event that the Texas Case is not concluded by March 7, 2007,

the parties shall file a status report indicating whether the stay should remain in effect. On March 7, 2007, the parties filed a status report requesting that the stay remain in effect. Subsequently, the parties filed two more status reports requesting that the stay remain in effect. After each status report, the Court has ordered that the stay remain in effect. In an Order dated November 6, 2007, the Court ordered that the stay remain in effect and that the parties shall file a fourth joint status report by January 7, 2008.

II. Status of Texas Litigation.

The Texas Case has ended. Mr. Rice and Rolls-Royce entered into a formal Settlement Agreement on November 8, 2007. Mr. Rice represents that the Settlement Agreement has settled all disputes relating to the Texas Case. On November 28, 2007, the District Court entered an order stating that it considered its Final Judgment and Amended Final Judgment as dispositive on all issues, notwithstanding Mr. Rice and Rolls-Royce's arguments that Rolls-Royce's counterclaims remained pending. On December 11, 2007, the Federal Circuit granted Mr. Rice's unopposed motion to dismiss the appeal.

III. Joint Proposal to Lift Stay and Enter Modified Scheduling Order.

The parties believe that there is no need for further stay of the present case. Accordingly, the parties respectfully request that the Court lift the stay and enter the attached Modified Scheduling Order.

The Court's previous Scheduling Order, filed August 3, 2005, incorporated certain provisions in Chief Judge Damich's "Special Procedures Order for Cases Under 28 U.S.C. § 1498(a)" (revised April 4, 2005). That Special Procedures Order has since been revised. The parties agree that paragraphs 8 through 12 of the August 17, 2007, revision of that Special

Procedures Order should govern future proceedings in this matter. The attached proposed Modified Scheduling Order incorporates the provisions of that revised Special Procedures Order.

Respectfully submitted,

Date: January 4, 2008

DOUGLAS H. ELLIOTT
Lead Attorney
Patterson & Sheridan, LLP
3040 Post Oak Blvd., Suite 1500
Houston, Texas 77056
Tel (713) 623-4844
Fax (713) 623-4846
delliott@pattersonsheridan.com

ATTORNEYS FOR PLAINTIFF RICE

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JOHN FARGO
Director

Date: January 4, 2008

KEN B. BARRETT
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530
Tel: (202) 307-0343
Fax: (202) 307-0345
ken.barrett@usdoj.gov

Attorneys for the United States

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the "FOURTH JOINT STATUS REPORT" was served on the parties listed below, via the Court's CM/ECF system and/or facsimile on this 4th day of January, 2008.

Ken B. Barrett
Civil Division - Commercial Litigation Branch
U.S. Department of Justice
1100 L Street, NW, Room 11122
Washington, D.C. 20005
Fax: (202) 307-0343
E-mail: ken.barrett@usdoj.gov

*Counsel for The United States*

Constance S. Huttner
Buchanan, Ingersoll & Rooney, PC
One Chase Manhattan Plaza, 35th Floor
New York, NY 10005-1417
Fax: (212) 440-4401
E-mail: constance.huttner@bipc.com

*Counsel for Honeywell International Inc.*
*(Interested Party)*

Richard E. Rice
OLIFF & BERRIDGE, PLC
277 South Washington Street, Suite 500
Alexandria, VA 22314
Fax: (703) 836-2787
E-mail: rrice@oliff.com

*Counsel for Rolls-Royce PLC*
*(Interested Party)*

Douglas H. Elliott