IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| IVAN G. RICE, | ) | |
| Plaintiff, | ) | |
| v. | ) | NO. 05-187C |
| THE UNITED STATES, | ) | |
| | ) | Senior Judge James F. Merow |
| Defendant. | ) | |

**[PROPOSED] MODIFIED SCHEDULING ORDER**

Upon examination of the parties' Joint Status Report and proposed scheduling order and in view of the parties' agreement with respect to the use of the procedures of paragraphs 8 through 12 of the Chief Judge's "Special Procedures Order for Cases Under 28 U.S.C.§ 1498(a) (Revised August 17, 2007)" ("SPO"),[1] pursuant to RCFC 16(b) and ¶ 8 of Appendix A, it is ORDERED that the following schedule is established:

(1) Plaintiff's Amended Proposed Claim Construction Statement pursuant to SPO ¶ 11(a) is due February 1, 2008.

(2) Defendant's Response Chart pursuant to and including the information required by SPO ¶ 9(b) is due March 17, 2008.

(3) Defendant's Response to Plaintiffs Proposed Claim Construction Statement pursuant to SPO ¶ 11(b) is due March 17, 2008.

(4) Report(s) of Defendant's Claim Construction Expert(s) pursuant to SPO ¶ 11(b)(v) and further including the information required by RCFC 26(a)(2) and by SPO ¶ 11(b)(v) is due March 17, 2008.

[1] Disclosure requirements of RCFC 26(a)(2) shall also apply to plaintiff when presenting expert testimony.

(5) Production of documents by both parties concerning all issues is to be completed on or before March 24, 2008.

(6) The parties are to meet and confer to prepare a Joint Claim Construction Statement pursuant to SPO ¶ 12(a) on or before April 7, 2008.

(7) Depositions of Defendant's Claim Construction Expert(s) pursuant to SPO ¶ 11(b)(v) are to be completed on or before April 22, 2008.

(8) The parties are to prepare and file with the Court a Joint Claim Construction Statement pursuant to SPO ¶ 12(b) on or before April 22, 2008.

(9) Plaintiff's Opening Brief on Claim Construction and Provision of Plaintiff's Supporting Evidence pursuant to SPO ¶ 12(d)(i) are due May 19, 2008.

(10) Defendant's Responsive Brief on Claim Construction and Provision of Defendant's Supporting Evidence pursuant to SPO ¶ 12(d)(ii) are due June 9, 2008.

(11) Plaintiff's Reply Brief on Claim Construction and Provision of Rebuttal Evidence pursuant to SPO ¶ 12(d)(iii) are due June 23, 2008.

(12) The Markman Hearing for claim construction issues pursuant to SPO ¶ 12 (c) will occur on or after July 7, 2008, at the Court's convenience and will be set by further order.

(13) The parties are to complete the depositions of fact witnesses concerning all issues on or before October 3, 2008.

(14) The parties are to complete fact discovery on all issues on or before October 10, 2008.

(15) The parties are to serve on each other Expert Reports of All Trial Experts on All Issues and Provision of Information Required for Trial Experts pursuant to RCFC 26(a)(2) on or before November 21, 2008.

(16) The parties are to serve on each other Rebuttal Reports of All Trial Experts on All Issues and Provision of Information Required for Rebuttal Trial Experts (not previously provided) pursuant to RCFC 26(a)(2) on or before January 16, 2009.

(17) Depositions of all Trial Experts on all issues shall be completed on or before March 13, 2009.

(18) Discovery for all issues by all parties shall be completed on or before March 20, 2009.

(19) A status conference to discuss further proceedings required and scheduling therefore shall be held on or after March 27, 2009, at the Court's convenience.

James F. Merow
Senior Judge