**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **IVAN G. RICE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **NO. 05-187C** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **Senior Judge James F. Merow** |
| **Defendant.** | ) | |

**PLAINTIFF RICE'S NOTICE OF COMPLIANCE WITH**
**PARAGRAPH (1) OF THE SCHEDULING ORDER ENTERED JANUARY 7, 2008**

Plaintiff hereby gives notice that, pursuant to paragraph (1) of the "Scheduling Order" issued January 7, 2008, and paragraph ¶ 11(a) of the Chief Judge's Special Procedures Order ("SPO") referred to in the Scheduling Order, plaintiff's counsel served defendant's counsel with "Plaintiff Rice's Amended Proposed Claim Construction Statement."

Dated: February 1, 2008

Respectfully submitted,

s/ Douglas H. Elliott
Douglas H. Elliott
Attorney-in-Charge
Aaron Perkins
PATTERSON & SHERIDAN, LLP
3040 Post Oak Blvd., Suite 1500
Houston, Texas 77056
Telephone: (713) 623-4844
Facsimile: (713) 623-4846
E-mail: delliott@pattersonsheridan.com
aperkins@pattersonsheridan.com

*ATTORNEYS FOR PLAINTIFF*
*IVAN G. RICE*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of "*Plaintiff Rice's Notice of Compliance With Paragraph (1) of the Scheduling Order Entered January 7, 2008*" was served on the parties listed below, via the Court's CM/ECF system and U.S. First Class mail on this 1st day of February, 2008:

Ken B. Barrett, Esq.
Civil Division - Commercial Litigation Branch
U.S. DEPARTMENT OF JUSTICE
1100 L Street, NW, Room 11122
Washington, D.C. 20005
Fax: (202) 307-0343
E-mail: ken.barrett@usdoj.gov

*Counsel for The United States*

Constance S. Huttner, Esq.
Buchanan, Ingersoll & Rooney, PC
One Chase Manhattan Plaza, 35th Floor
New York, NY 10005-1417
Fax: (212) 440-4401
E-mail: constance.huttner@bipc.com

*Counsel for Honeywell International Inc.*
*(Interested Party)*

Richard E. Rice, Esq.
Oliff & Berridge, Plc
277 South Washington Street, Suite 500
Alexandria, VA 22314
Fax: (703) 836-2787
E-mail: rrice@oliff.com

*Counsel for Rolls-Royce PLC*
*(Interested Party)*

s/ Douglas H. Elliott
Douglas H. Elliott