# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **IVAN G. RICE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **NO. 05-187C** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **Senior Judge James F. Merow** |
| **Defendant.** | ) | |

## PARTIES' AGREED MOTION TO MODIFY SCHEDULING ORDER WITH RESPECT TO PRODUCTION OF DOCUMENTS

Plaintiff Ivan G. Rice and Defendant United States of America respectfully move the Court to amend the Scheduling Order with respect to the deadline for completing production of documents (item No. 5 of the Court's January 7, 2008 Scheduling Order). The parties request that the deadline for completing production of documents be changed from March 24, 2008 to August 8, 2008.

## RELIEF REQUESTED

Under the January 7, 2008 Scheduling Order [Document No. 45], "[p]roduction of documents by both parties concerning all issues is to be completed on or before March 24, 2008."

Counsel for the parties have conferred on this matter and respectfully request the following modifications to item 5 of the Court's January 7, 2008 Scheduling Order:

- Production of documents by both parties concerning all issues is to be completed on or before August 8, 2008.

The parties believe that modification to the Scheduling Order will advance the purpose of encouraging efficient production of documents in this case. Accordingly, the parties submit the attached Proposed Order.

Respectfully submitted,

Date: March 7, 2008

s/ Douglas H. Elliott
DOUGLAS H. ELLIOTT
Lead Attorney
Patterson & Sheridan, LLP
3040 Post Oak Blvd., Suite 1500
Houston, Texas 77056
Tel (713) 623-4844
Fax (713) 623-4846
delliott@pattersonsheridan.com

*Attorneys for Plaintiff Ivan G. Rice*

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JOHN FARGO
Director

Date: ____________________________

____________________________________
KEN B. BARRETT
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530
Tel: (202) 307-0343
Fax: (202) 307-0345
ken.barrett@usdoj.gov

*Attorneys for Defendant*
*United States of America*

The parties believe that modification to the Scheduling Order will advance the purpose of encouraging efficient production of documents in this case. Accordingly, the parties submit the attached Proposed Order.

Respectfully submitted,

Date: ______________________

DOUGLAS H. ELLIOTT
Lead Attorney
Patterson & Sheridan, LLP
3040 Post Oak Blvd., Suite 1500
Houston, Texas 77056
Tel (713) 623-4844
Fax (713) 623-4846
delliott@pattersonsheridan.com

*Attorneys for Plaintiff Ivan G. Rice*

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JOHN FARGO
Director

Date: March 7, 2008

KEN B. BARRETT
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530
Tel: (202) 307-0343
Fax: (202) 307-0345
ken.barrett@usdoj.gov

*Attorneys for Defendant*
*United States of America*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document and attached proposed Order was served on the parties listed below, in the manner indicated, on this 7th day of March, 2008:

***Via the Court's CM/ECF electronic service procedures:***

Ken B. Barrett, Esq.
Civil Division - Commercial Litigation Branch
U.S. DEPARTMENT OF JUSTICE
1100 L Street, NW, Room 11122
Washington, D.C. 20005
Fax: (202) 307-0345
E-mail: ken.barrett@usdoj.gov

*Counsel for The United States of America*

***Via E-mail: constance.huttner@bipc.com***

Constance S. Huttner, Esq.
BUCHANAN, INGERSOLL & ROONEY, PC
One Chase Manhattan Plaza, 35th Floor
New York, NY 10005-1417
Fax: (212) 440-4401

*Counsel for Honeywell International Inc.*
*(Interested Party)*

***Via the Court's CM/ECF electronic service procedures:***

Richard E. Rice, Esq.
OLIFF & BERRIDGE, PLC
277 South Washington Street, Suite 500
Alexandria, VA 22314
Fax: (703) 836-2787
E-mail: rrice@oliff.com

*Counsel for Rolls-Royce PLC*
*(Interested Party)*

s/ Douglas H. Elliott
Douglas H. Elliott