**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **IVAN G. RICE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **NO. 05-187C** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **Senior Judge James F. Merow** |
| **Defendant.** | ) | |

**ORDER**

On this day came to be considered the Parties' Agreed Motion to Amend Scheduling Order with Respect to Production of Documents. Having considered this Agreed Motion, the Court is of the opinion that it should be granted. Accordingly the court GRANTS the Agreed Motion and ORDERS the following:

1. Item 5 of the January 7, 2008 Scheduling Order is amended as follows:

   Production of documents by both parties concerning all issues is to be completed on or before August 8, 2008.

SIGNED on this ______ day of ________________, 2008.

By: ______________________________
James F. Merow
Senior Judge