# In the United States Court of Federal Claims

No. 05-187 C
(Filed March 17, 2008)

***********************************
IVAN G. RICE, *
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
Defendant. *
***********************************

ORDER

On this day came to be considered the Parties' Agreed Motion to Amend Scheduling Order with Respect to Production of Documents filed on March 7, 2008. Having considered this Agreed Motion, the Court is of the opinion that it should be granted. Accordingly the court GRANTS the Agreed Motion and ORDERS the following:

1. Item 5 of the January 7, 2008 Scheduling Order is amended as follows: Production of documents by both parties concerning all issues is to be completed on or before August 8, 2008.

s/ James F. Merow
James F. Merow
Senior Judge