# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **IVAN G. RICE,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **NO. 05-187C** |
| **UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | **Senior Judge James F. Merow** |

## PARTIES' JOINT MOTION TO STAY DISCOVERY PENDING CLAIM CONSTRUCTION ORDER

Plaintiff Ivan G. Rice and Defendant United States of America respectfully move the Court to stay all discovery pending this Court's claim construction order.

## BACKGROUND

Under the Court's January 7, 2008 Scheduling Order [Document No. 45, item 12], the *Markman* hearing for claim construction will take place on or after July 7, 2008. At the parties' request, the Court recently entered an Order requiring production of documents concerning all issues to be completed by August 8, 2008 [Document No. 49].

Counsel for the parties have further discussed the discovery requirements for this case. Defendant has identified at least 73 boxes of documents in its possession that may be relevant. Plaintiff has identified at least 180 boxes of documents in his possession that may be relevant. While some, but not all, of such documents may be available in electronic form, it is anticipated that document production and review will necessarily consume significant legal resources. Counsel for the parties have determined that a stay of discovery pending this Court's claim construction order will avoid potentially unnecessary costs relating to production and review of

such documents. *See, e.g.*, *Vivid Techs., Inc. v. Am. Sci. & Eng'g, Inc.*, 200 F.3d 795, 803-04 (Fed. Cir. 1999) (finding stay of discovery pending claim construction within district court's broad case management discretion).

The parties do not intend the present motion to affect the current schedule for claim construction, *i.e.*, items 6–12 of the Court's January 7, 2008 Scheduling Order.

**RELIEF REQUESTED**

Counsel for the parties have conferred on this matter and respectfully request the following modifications to the Court's January 7, 2008 Scheduling Order:

- All discovery is stayed pending the Court's claim construction order;
- Within 21 days of the Court's entry of its claim construction order, counsel for the parties shall meet and confer regarding discovery and/or scheduling needs;
- Within 30 days of the Court's entry of its claim construction order, counsel for the parties shall submit a proposed Amended Scheduling Order reflecting new proposed dates for items 5 and 13–19 of the January 7, 2008 Scheduling Order.

The schedule for claim construction items, *i.e.*, items 6–12 of the January 7, 2008 Scheduling Order, shall remain the same.

The present motion is not brought for purposes of delay. Rather, the parties believe that the stay of discovery pending this Court's claim construction order will promote judicial efficiency. Accordingly, the parties request the Court enter an order granting the relief requested herein.

Respectfully submitted,

Date: March 28, 2008

s/ Douglas H. Elliott
DOUGLAS H. ELLIOTT
Lead Attorney
Patterson & Sheridan, LLP
3040 Post Oak Blvd., Suite 1500
Houston, Texas 77056
Tel (713) 623-4844
Fax (713) 623-4846
delliott@pattersonsheridan.com

*Attorneys for Plaintiff Ivan G. Rice*

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JOHN FARGO
Director

Date: ______________________________

______________________________
KEN B. BARRETT
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530
Tel: (202) 307-0343
Fax: (202) 307-0345
ken.barrett@usdoj.gov

*Attorneys for Defendant*
*United States of America*

Respectfully submitted,

Date: ____________________

____________________

DOUGLAS H. ELLIOTT
Lead Attorney
Patterson & Sheridan, LLP
3040 Post Oak Blvd., Suite 1500
Houston, Texas 77056
Tel (713) 623-4844
Fax (713) 623-4846
delliott@pattersonsheridan.com

*Attorneys for Plaintiff Ivan G. Rice*

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JOHN FARGO
Director

Date: March 27, 2008

____________________

KEN B. BARRETT
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530
Tel: (202) 307-0343
Fax: (202) 307-0345
ken.barrett@usdoj.gov

*Attorneys for Defendant*
*United States of America*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document was served on the parties listed below, in the manner indicated, on this 28th day of March, 2008:

***Via the Court's CM/ECF electronic service procedures:***

Ken B. Barrett, Esq.
Civil Division - Commercial Litigation Branch
U.S. DEPARTMENT OF JUSTICE
1100 L Street, NW, Room 11122
Washington, D.C. 20005
Fax: (202) 307-0345
E-mail: ken.barrett@usdoj.gov

*Counsel for The United States of America*

***Via email:***

Constance S. Huttner, Esq.
BUCHANAN, INGERSOLL & ROONEY, PC
One Chase Manhattan Plaza, 35th Floor
New York, NY 10005-1417
Fax: (212) 440-4401
E-mail: constance.huttner@bipc.com

*Counsel for Honeywell International Inc.*
*(Interested Party)*

***Via the Court's CM/ECF electronic service procedures:***

Richard E. Rice, Esq.
OLIFF & BERRIDGE, PLC
277 South Washington Street, Suite 500
Alexandria, VA 22314
Fax: (703) 836-2787
E-mail: rrice@oliff.com

*Counsel for Rolls-Royce PLC*
*(Interested Party)*

s/ Douglas H. Elliott
Douglas H. Elliott