# In the United States Court of Federal Claims

No. 05-187 C
(Filed March 28, 2008)

************************************
IVAN G. RICE, *
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
Defendant. *
************************************

ORDER

Parties' Joint Motion to Stay Discovery Pending Claim Construction Order was filed March 28, 2008.

Accordingly, it is **ORDERED** the January 7, 2008 Scheduling Order is modified as follows:

(1) All discovery is stayed pending the court's claim construction order;

(2) Within twenty-one days of the court's entry of its claim construction order, counsel for the parties shall meet and confer regarding discovery and/or scheduling needs;

(3) Within thirty days of the court's entry of its claim construction order, counsel for the parties shall submit a proposed Amended Scheduling Order reflecting new proposed dates for items 5 and 13-19 of the January 7, 2008 Scheduling Order.

s/ James F. Merow
James F. Merow
Senior Judge