**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **IVAN G. RICE,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **NO. 05-187C** |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **Senior Judge James F. Merow** |
| **Defendant.** | ) | |

**JOINT CLAIM CONSTRUCTION STATEMENT**

Pursuant to paragraph 12(b) of the Chief Judge's "Special Procedures Order for Cases Under 28 U.S.C. § 1498(a) (Revised August 17, 2007)" and paragraph 8 of the Scheduling Order filed January 7, 2008, Plaintiff Ivan G. Rice and Defendant United States of America hereby submit their Joint Claim Construction Statement. This Joint Statement was prepared following a meet-and-confer session between the parties' counsel, which took place on April 7, 2008, via telephone, as well as additional communications between counsel.

I. Agreed Claim Constructions

The parties agree as to the meaning of the following claim terms appearing in the asserted claim 1 of U.S. Patent No. B1 4,896,499:

| | |
|---|---|
| 1. *power turbine* | A turbine through which the energy of the high temperature and high pressure gas in excess of that energy required by the compressor turbines is converted into useful work. |
| 2. *intercooler* | A heat exchanger located in the flow path of the air between the low pressure compressor and the high pressure compressor through which the partially compressed air is cooled. |

II. Disputed Claim Terms

The parties respectfully disagree with respect to the meaning of the following claim terms appearing in the asserted patent claim:

| **Claim Term** | **Plaintiff's Proposed Claim Construction** | **Defendant's Proposed Claim Construction** |
|---|---|---|
| 1. *externally mounted intercooler* | An intercooler that is mounted outside the casing of the low pressure compressor and the casing of the high pressure compressor, excluding an intercooler that is mounted in the axial flow path of either compressor. | An intercooler that is mounted separately from and outside of the gas generator casing (the casing containing, among other things, both the low pressure compressor and the high pressure compressor). The claimed intercooler cannot be an annular intercooler. |
| 2. *said outlet duct being configured to radially expand said air flow to a low velocity* | The outlet duct being shaped and positioned to cause air flowing away from the axis of the shafting to increase in volume resulting in a decreased air flow velocity. | That portion of the air conduit which directs the air out of the gas generator and which is shaped so as to increase the cross-sectional flow area in a direction generally perpendicular to the axis of the gas generator resulting in a velocity of less than approximately 200 feet per second. |
| 3. *said return duct being configured for low radial flow return velocity to said high pressure compressor* | The return duct being shaped and positioned to result in a velocity of air flowing toward the axis of the shafting that is lower than the velocity of that air when it enters the high pressure compressor. | That portion of the air conduit which directs the air from the intercooler to the high pressure compressor in a direction generally perpendicular to the axis of the gas generator into the gas generator and which maintains the air flow at a velocity of less than approximately 200 feet per second. |
| 4. *connections* | Any structures (such as flanges) that connect the outlet and return ducts to the intercooler and permit air flow to and from the intercooler. | Piping and the associated flanges which deliver air from the compressor outlet duct to the externally mounted intercooler and from the externally mounted intercooler to the compressor return duct. |

| **Claim Term** | **Plaintiff's Proposed Claim Construction** | **Defendant's Proposed Claim Construction** |
|---|---|---|
| 5. *the high pressure compressor having an inlet flow area directly proportional to the outlet flow area of the low pressure compressor, and inversely proportional to the absolute temperature ratio between the high temperature air flow discharged from the low pressure compressor compared to the low temperature air flow from the intercooler passing to the inlet area of the high pressure compressor* | The ratio of the low pressure compressor outlet flow area and the high pressure compressor inlet flow area matches the ratio of the absolute temperature of the compressed air at the respective flow areas while the system is producing power, which can be stated mathematically as<br>$T_{LPC}/T_{HPC} = A_{LPC}/A_{HPC}$. | This phrase is a design rule applied to optimize the cross-sectional area of the air flow inlet of the high pressure compressor (HPC) in relation to the cross-sectional area of the air flow outlet of the low pressure compressor (LPC) for a single, particular predetermined operating condition (the design point) of the intercooler (1) by having the areas increase or decrease together on a constant ratio basis between them and (2) by having the cross-sectional area of the air flow inlet of the high pressure compressor also increase or decrease inversely to the ratio of the absolute temperature of the air flow at the cross-sectional area of the air flow outlet of the low pressure compressor divided by the absolute temperature of the air flow at the cross-sectional area of the air flow inlet of the high pressure compressor (i.e., the area increases as the ratio gets smaller and decreases as the ratio gets larger) such that the expression<br>$T_{LPC}/T_{HPC} = A_{LPC}/A_{HPC}$<br>is satisfied. The claim does not cover an apparatus in which the low pressure compressor and high pressure compressor matching relationship is achieved by way of changing a compressor speed or by changing the velocity of the air flow through the compressors. |

The parties identify the following sources of support for their respective proposed constructions of the disputed terms:

| **Claim Term 1:** ***externally mounted intercooler*** | |
|---|---|
| **Plaintiff's Identification of Support** | Claims:<br>Context ("said gas generator including at least one **externally mounted intercooler** positioned between said low pressure compressor and said high pressure compressor, at least one compressor outlet duct from said low pressure compressor communicating with **said intercooler**, and at least one return duct from **said intercooler** communicating with said high pressure compressor, wherein said compressor outlet and return ducts and connections between said compressors and **said intercooler** are provided between said axially positioned low and high pressure compressors for air flow to and from **said intercooler** in counterflow with coolant, said outlet duct being configured to radially expand said air flow to a low velocity and said return duct being configured for low radial flow return velocity to said high pressure compressor").<br><br>Specification:<br>Abstract; Col. 1:61 – Col. 2:3; Col. 2:31-40; Col. 3:23-62; Col. 4:19-25; Col. 4:31-37; Col. 4:42-48; Col. 4:67 – Col. 5:4; Col. 5:10-13; Col. 5:34 – Col. 6:35; Col. 6:54 – Col. 7:15; Col. 7:23-40; Col. 7:57-66; Col. 8:3-28; Col. 13:3-8; Col. 13:60 – Col.15:68; Col. 16:10 – Col. 22:45; Figures 1, 2, 3, 4, 5, 6a, 6b, 7a, 8 and 9-15.<br><br>Prosecution History:<br>Ser. No. 06/572,548:<br>May 21, 1985 Office Action, pp. 4-5;<br>July 29, 1985 Response to Office Action, pp. 10-13;<br><br>Ser. No. 06/818,472:<br>May 15, 1987 Office Action, p. 3;<br>July 13, 1987 Response to Office Action, pp. 7-13;<br>Dec. 17, 1987 Response to Communication, pp. 1-2;<br>May 31, 1988 Final Office Action, pp. 7, 8;<br>Aug. 29, 1988 Response to Final Office Action pp. 1-2, 4, 6-11;<br><br>Ser. No. 07/251,076:<br>April 11, 1989 Office Action, pp. 2-5;<br>July 7, 1989 Response to Office Action, pp. 7-12; |

| | |
|---|---|
| | Ser. No. 90/002,663:<br>March 9, 1992 Amendment and Statement Under 37 C.F.R. § 1.510 and § 1.530, p. 3-5;<br>June 17, 1992 Order Granting Request for Reexamination, p. 2;<br>July 15, 1992 Notice of Intent to Issue Reexamination Certificate, p. 2-3.<br><br>Plaintiff also identifies all prior art cited in the foregoing prosecution history documents as support for his construction.<br><br>Extrinsic:<br>Webster's New Universal Unabridged Dictionary 650 (2nd ed.1983): externally—"in an external manner; outwardly; on or from the outside" |
| **Defendant's Identification of Support** | Claims:<br>Claim 1 in its entirety, which defines the location of the intercooler and its relationship to the other components; claims 7 and 8; claims 14-16, which distinguish component locations in terms of the various casings.<br><br>Specification:<br>A. The entire patent describes an intercooler that is only mounted separately from and outside of the gas generator casing.<br><br>B. Abstract; col. 1, line 61 - col. 2, line 3; col. 2, lines 27-36; col. 3, line 23- col. 4, line 9; col. 4, lines 19-25; col. 4, lines 31-37; col. 4, lines 42-48; col. 4, line 67 - col. 5, line 4; col. 5, lines 10-13; col. 5, line 34 - col. 6, line 19; col. 6, line 61 - col. 7, line 15; col. 7, lines 23-49; col. 7, lines 56-63; col. 8, lines 3-61; col. 9, lines 46-68; col. 10, line 56 - col. 11, line 10; col. 12, lines 51-54; col. 13, lines 3-12; col. 13, line 53 - col. 14, line 12; col. 14, line 37- col. 22, line 45; Figures 1 through 5, 6a, 6b, 7a, and 8 through 15.<br><br>Prosecution History:<br>A. Application Ser. No. 06/572,548: G000103-09 (Office action, specifically pages 4-5, 7); G000110 (Notice of References Cited); G000111-23 (amendment and response to Office action); U.S. Patent No. 3,892,499 to Strub; U.S. Patent No. 2,563,745 to Price; and U.S. Patent No. 2,575,683 to Price.<br><br>B. Application Ser. No. 06/818,472: G000634-36 (Amendment and response to Office Action); G000666-77 (amendment and response to Office action). |

| | |
|---|---|
| | C. Application Ser. No. 07/251,076: G000504-50 and G000554-60 (application); G000678-83 (Office action, specifically pages 2 through 5); G000684 (Notice of References Cited); G000969-707 (amendment and response to Office action); G000708 (Notice of Allowability); U.S. Patent No. 3,273,340 to Hull; U.S. Patent No. 3,486,340 to DuPont; A. W. Judge, <u>Gas Turbines for Aircraft</u>, pp. 105-106 (G000693-695).<br><br>D. Application Ser. No. 90/002,663: G000838-39 (Information Disclosure Statement); G000840-41 (List of Materials Cited by Applicant); G000843-56 (Amendment and Statement Under 37 C.F.R. § 1.510 and § 1.530); G000867-69 (Supplemental Amendment); G000870-71 (Order Granting Request for Reexamination); G000872-74 (Notice of Intent to Issue Reexamination Certificate); G000875 (Notice of References Cited); Quandt et al., "Future Propulsion Machinery Technology for Gas Turbine Powered Frigates, Destroyers, and Cruisers" (G001233-87); Bowen and Ness, "Regenerated Marine Gas Turbines, Part I: Cycle Selection and Performance Estimation" (G001171-82); Watts and Bowen, "Regenerated Marine Gas Turbines, Part II: Regenerator Technology and Heat Exchanger Sizing" (G001347-54); and Bowen and Groghan, "Advanced-Cycle Gas Turbines for Naval Ship Propulsion" (G001159-70).<br><br><u>Extrinsic Evidence:</u><br>WEBSTER'S NINTH NEW COLLEGIATE DICTIONARY (1984) ("external(ly)" and "mount"); F.D. ADAMS, AERONAUTICAL DICTIONARY (National Aeronautics and Space Administration, 1959) ("intercooler"); U.S. Patent No. 4,244,191 to Hendriks; U.S. Patent No. 4,550,562 to Rice; C. Keller, "Operating Experience and Design Features of Closed-Cycle Gas-Turbine Power Plants," <u>Transactions of the ASME</u>, Vol. 79, No. 3, pp. 627-43, April 1957. |

| | |
|---|---|
| **Claim Term 2:** ***said outlet duct being configured to radially expand said air flow to a low velocity*** | |
| **Plaintiff's Identification of Support** | <u>Claims:</u><br>Context ("said gas generator including at least one externally mounted intercooler positioned between said low pressure compressor and said high pressure compressor, at least **one compressor outlet duct** from said low pressure compressor communicating with said intercooler, and at least one return duct from said intercooler communicating with said high pressure compressor"); ("wherein said **compressor outlet** and return **ducts** and connections between said compressors and said intercooler are provided between said axially positioned low and high pressure compressors for air flow to and from said intercooler in counterflow with coolant"); ("**said outlet duct being configured to radially expand said air flow to a low velocity** |

| | |
|---|---|
| | and said return duct being configured for low radial flow return velocity to said high pressure compressor"); Distinguished from Claim 9.<br><br>Specification:<br>Col. 1:61 – Col. 2:3; Col. 3:46-54: Col. 4:19-25; Col. 4: 31-37; Col. 4:42-48; Col. 5:5-9; Col. 5:34-65; Col. 6: 32-35; Col. 6: 61 – Col. 7:15; Col. 7:24-40; Col. 7:57-63; Col. 8:3-64; Col. 9:51-63; Col. 10:33-34; Col. 13:45 –Col. 15:68; Col. 16:10-16; Col. 16:28-40; Col. 22:1-11; Figures 1, 2, 3, 4, 5, 6a, 6b, 7a, 7b, and 8.<br><br>Prosecution History:<br>Ser. No. 06/572,548:<br>May 21, 1985 Office Action, p. 7;<br>July 29, 1985 Response to Office Action, pp. 10-13;<br>Ser. No. 06/818,472:<br>July 13, 1987 Response to Office Action, pp. 7-13;<br>Dec. 17, 1987 Response to Communication, pp. 1-2;<br>Aug. 29, 1988 Response to Final Office Action, pp. 1-2, 4, 6-11;<br>Ser. No. 07/251,076:<br>April 11, 1989 Office Action, p. 3;<br>July 7, 1989 Response to Office Action, pp. 7-12;<br>Ser. No. 90/002,663:<br>March 9, 1992 Amendment and Statement Under 37 C.F.R. § 1.510 and § 1.530, p. 3-5;<br>June 17, 1992 Order Granting Request for Reexamination, p. 2;<br>July 15, 1992 Notice of Intent to Issue Reexamination Certificate, p. 2-3.<br><br>Plaintiff also identifies all prior art cited in the foregoing prosecution history documents as support for his construction. |
| **Defendant's Identification of Support** | Claims:<br>The context of this phrase in claim 1; claim 9.<br><br>Specification:<br>Col. 1, line 61 - col. 2, line 3; col. 3, lines 46-54; col. 4, lines 19-25, 31-37, 42-48; col. 5, lines 5-9, 32-65; col. 6, lines 21-35, 61-65; col. 7, lines 3-15, 24-54; col. 7, line 57 - col. 8, line 64; col. 9, lines 16-62; col. 10, lines 33-39; col. 13, line 45 - col. 15, line 68; col. 16, lines 1-16, 31-40; col. 22, lines 1-11; figs. 1-4, 6a, 6b, 7a, 7b and 8. |

| | |
|---|---|
| | Prosecution History:<br><br>A. Application Ser. No. 06/572,548: G000103-09 (Office action); G000110 (Notice of References Cited); G000111-23 (amendment and response to Office action); U.S. Patent No. 2,575,683 to Price.<br><br>B. Application Ser. No. 06/818,472: G000601-05 (Office action); G000606 (Notice of References Cited); G000619-31 (amendment and response to Office action, specifically pages 7, 10; 12-13); G000634-36 (amendment and response to Office action); G000637-45 (Office action, specifically 2-3,5-9); G000647-58 (amendment and response to final Office action); U.S. Patent No. 2,645,412 to Sens; U.S. Patent No. 2,722,802 to Blackwell et al.; U.S. Patent No. 3,289,402 to Jung et al.; U.S. Patent No. 2,625,012 to Larrecq; Federal Republic of Germany No. 975 151; Gas Turbine World, Industrial Gas Turbine Handbook & Directory, (1976), pp: 52-53; I. E. Treager, Aircraft Gas Turbine Engine Technology, McGraw-Hill Book Co., New York, NY (1970), p. 28.<br><br>C. Application Ser. No. 07/251,076: G000666-77 (amendment and response to final Office action); G000678-83 (Office action); G000684 (Notice of References Cited); G000696-707 (amendment and response to Office action); G000708 (Notice of Allowability); U.S. Patent No. 3,273,340 to Hull; U.S. Patent No. 3,486,340 to DuPont; A. W. Judge, Gas Turbines for Aircraft, pp. 105-106 (G000693-695).<br><br>D. Application Ser. No. 90/002,663: G000838-39 (Information Disclosure Statement); G000840-41 (List of Materials Cited by Applicant); G000843-56 (Amendment and Statement Under 37 C.F.R. § 1.510 and §1.530, specifically pages 2-5); G000870-71 (Order Granting Request for Reexamination); G000867-69 (Supplemental Amendment); G000872-74 (Notice of Intent to Issue Reexamination Certificate); G000875 (Notice of References Cited); U.S. Patent No. 3,486,340 to Du Pont et al.; Quandt et al., "Future Propulsion Machinery Technology for Gas Turbine Powered Frigates, Destroyers, and Cruisers" (G001233-87); Bowen and Ness, "Regenerated Marine Gas Turbines, Part I: Cycle Selection and Performance Estimation" (G001171-82); Watts and Bowen, "Regenerated Marine Gas Turbines, Part II: Regenerator Technology and Heat Exchanger Sizing" (G001347-54); and Bowen and Groghan, "Advanced-Cycle Gas Turbines for Naval Ship Propulsion" (G001159-70).<br><br>Extrinsic Evidence:<br><br>WEBSTER'S NINTH NEW COLLEGIATE DICTIONARY (1984) ("radial(ly)"); H.A. Sorensen, Gas Turbines, Ronald Press Co., New York, NY, (1951), pp. 238-39, 403. |

<table>
<tr><td colspan="2">Claim Term 3: said return duct being configured for low radial flow return velocity to said high pressure compressor</td></tr>
<tr><td>Plaintiff's Identification of Support</td><td><u>Claims:</u><br><br>Context ("said gas generator including at least one externally mounted intercooler positioned between said low pressure compressor and said high pressure compressor, at least one compressor outlet duct from said low pressure compressor communicating with said intercooler, and at least one return duct from said intercooler communicating with said high pressure compressor"); ("wherein said compressor outlet and return ducts and connections between said compressors and said intercooler are provided between said axially positioned low and high pressure compressors for air flow to and from said intercooler in counterflow with coolant"); ("said outlet duct being configured to radially expand said air flow to a low velocity and said return duct being configured for low radial flow return velocity to said high pressure compressor");<br><br>Distinguished from Claim 11.<br><br><u>Specification:</u><br><br>See references from specification above, corresponding to "at least one compressor outlet duct from said low pressure compressor communicating with said intercooler," herein incorporated by reference.<br><br><u>Prosecution History:</u><br><br>See references from prosecution history above, corresponding to "at least one compressor outlet duct from said low pressure compressor communicating with said intercooler," herein incorporated by reference.</td></tr>
<tr><td>Defendant's Identification of Support</td><td><u>Claims:</u><br><br>The context of this phrase in claim 1; claims 11-16.<br><br><u>Specification:</u><br><br>See the citations above for "said outlet duct being configured to radially expand said air flow to a low velocity."<br><br><u>Prosecution History:</u><br><br>See the citations above for "said outlet duct being configured to radially expand said air flow to a low velocity."</td></tr>
</table>

| | |
|---|---|
| | Extrinsic Evidence:<br>See the citations above for "said outlet duct being configured to radially expand said air flow to a low velocity." |

| **Claim Term 4:** ***connections*** | |
|---|---|
| **Plaintiff's Identification of Support** | Claims:<br>Context ("at least one compressor outlet duct from said low pressure compressor communicating with said intercooler, and at least one return duct from said intercooler communicating with said high pressure compressor"); ("wherein said compressor outlet and return ducts and **connections** between said compressors and said intercooler are provided between said axially positioned low and high pressure compressors for air flow to and from said intercooler in counterflow with coolant").<br><br>Specification:<br>See references from specification above, corresponding to "at least one compressor outlet duct from said low pressure compressor communicating with said intercooler," herein incorporated by reference.<br><br>Prosecution History:<br>See references from prosecution history above, corresponding to "at least one compressor outlet duct from said low pressure compressor communicating with said intercooler," herein incorporated by reference.<br><br>Extrinsic:<br>WEBSTER'S NEW UNIVERSAL UNABRIDGED DICTIONARY 387 (2nd ed.1983):<br>connection—"that which connects or unites; a tie; a bond; means of joining" |
| **Defendant's Identification of Support** | Claims:<br>The context of this term in claim 1; claims 3 and 8.<br><br>Specification:<br>See the citations above for "said outlet duct being configured to radially expand said air flow to a low velocity." Also col. 12, lines 22-24; col. 13, lines 20-25. |

| | |
|---|---|
| | Prosecution History:<br>See the citations above for "said outlet duct being configured to radially expand said air flow to a low velocity."<br><br>Extrinsic Evidence:<br>WEBSTER'S NINTH NEW COLLEGIATE DICTIONARY (1984) ("connection"). |

| | |
|---|---|
| **Claim Term 5:** ***the high pressure compressor having an inlet flow area directly proportional to the outlet flow area of the low pressure compressor, and inversely proportional to the absolute temperature ratio between the high temperature airflow discharged from the low pressure compressor compared to the low temperature air flow from the intercooler passing to the inlet area of the high pressure compressor*** | |
| **Plaintiff's Identification of Support** | Claims:<br>Context ("power producing system"); ("high pressure compressor"); ("low pressure compressor"); ("intercooler").<br><br>Specification:<br>Col. 1:61 - Col. 2:3; Col. 2:26-40; Col. 2:53-62; Col. 3:42-54; Col. 4:42-48; Col. 5:34 – Col. 6:20; 7:409-56; Col. 8:28-55; Col. 9:1 - Col. 10:55; Col. 13:3-8; Col 15:34-68; Col. 16:31 – Col. 22:39; Col. 22:46-56; Figures 1, 2, 3, 4, 5, 6a, 6b, 7a, 8 and 9-15.<br><br>Prosecution History:<br>Ser. No. 06/572,548:<br>May 21, 1985 Office Action, p. 7;<br>July 29, 1985 Response to Office Action, pp. 10-13;<br>Ser. No. 06/818,472:<br>Aug. 29, 1988 Response to Final Office Action, pp. 1-2, 4, 6-11;<br>Ser. No. 07/251,076:<br>July 7, 1989 Response to Office Action, p. 7;<br>Ser. No. 90/002,663:<br>March 9, 1992 Amendment and Statement Under 37 C.F.R. § 1.510 and § 1.530, p. 3-5;<br>June 17, 1992 Order Granting Request for Reexamination, p. 2;<br>July 15, 1992 Notice of Intent to Issue Reexamination Certificate, p. 2-3.<br><br>Plaintiff also identifies all prior art cited in the foregoing prosecution history documents as support for his construction. |

| | |
|---|---|
| | Extrinsic:<br>WEBSTER'S NEW UNIVERSAL UNABRIDGED DICTIONARY 1444 (2nd ed.1983):<br>proportional—"in mathematics, having the same or a constant ratio; as, the velocity of a moving body is proportional to the impelling force"<br>MCGRAW-HILL ENCYCLOPEDIA OF SCIENCE AND TECHNOLOGY 333 (5th ed. 1982) ("ratio and proportion," "variation");<br>Robert Resnick & David Halliday, Physics for Students of Science and Engineering Part 1 490-91 (1962) ("Equation of State of an Ideal Gas"). |
| **Defendant's Identification of Support** | Claims:<br>The context of this phrase in claim 1. Also, the phrase "a power producing system" in the preamble of claim 1 indicates that it is an apparatus claim.<br><br>Specification:<br>A. The entire patent is directed to the design of a modified gas turbine engine.<br><br>B. Col. 1, line 61 - col. 2, line 3; col. 2, lines 27-62; col. 3, line 42 - col. 4, line 9; col. 4, lines 42-48; col. 4, line 67 - col. 5, line 4; col. 5, line 32 - col. 6, line 20; col. 7, lines 23-40, 49-54; col. 7, line 57 - col. 8, line 7; col. 8, lines 25-55; col. 9, line 1 - col. 10, line 55; col. 13, lines 20-33; col. 14, lines 37-44, 58-63; col. 15, lines 53-68; col. 16, line 1 - col. 22, line 39; col. 22, lines 46-56; all the figures; the reexamination certificate.<br><br>Prosecution History:<br>A. Application Ser. No. 06/572,548: G000103-09 (Office action, specifically pages 4-5, 7); G000110 (Notice of References Cited); G000111-23 (amendment and response to Office action, specifically pages 9-12); U.S. Patent No. 2,575,683 to Price; and U.S. Patent No. 2,722,802 to Blackwell et al.<br><br>B. Application Ser. No. 06/818,472: G000637-45 (Office action); G000666-77 (amendment and response to Office action).<br><br>C. Application Ser. No. 07/251,076: G000678-83 (Office action, specifically pages 2 through 4); G000684 (Notice of References Cited); G000969-707 (amendment and response to Office action); U.S. Patent No. 3,273,340 to Hull; A. W. Judge, Gas Turbines for Aircraft, Chapman & Hall Ltd., London, England, (1958), pp. 105-106 (G000693-95). |

| | |
|---|---|
| | D. Application Ser. No. 90/002,663: G000838-39 (Information Disclosure Statement); G000840-41 (List of Materials Cited by Applicant); G000843-56 (Amendment and Statement Under 37 C.F.R. § 1.510 and § 1.530); G000870-71 (Order Granting Request for Reexamination); G000867-69 (Supplemental Amendment); G000872-74 (Notice of Intent to Issue Reexamination Certificate); G000875 (Notice of References Cited); U.S. Patent No. 3,486,340 to Du Pont et al.; Quandt et al., "Future Propulsion Machinery Technology for Gas Turbine Powered Frigates, Destroyers, and Cruisers" (G001233-87); Bowen and Ness, "Regenerated Marine Gas Turbines, Part I: Cycle Selection and Performance Estimation" (G001171-82); Watts and Bowen, "Regenerated Marine Gas Turbines, Part II: Regenerator Technology and Heat Exchanger Sizing" (G001347-54); and Bowen and Groghan, "Advanced-Cycle Gas Turbines for Naval Ship Propulsion" (G001159-70).<br><br>Extrinsic Evidence:<br>WEBSTER'S NINTH NEW COLLEGIATE Dictionary (1984) ("inverse(ly)," "proportion" and "proportional"); MCGRAW-HILL DICTIONARY OF SCIENTIFIC AND TECHNICAL TERMS (2d ed. 1978) ("Boyle's law," "Charles' law," and "ideal gas law"); VAN NOSTRAND'S SCIENTIFIC ENCYCLOPEDIA (6th ed. 1983) ("Boyle-Charles law," "Boyle's law," "dynamic similarity," "fluid flow (dynamic similarity)" and "ideal gas law"); U.S. Patent No. 4,272,953 issued to Rice; H.A. Sorensen, Gas Turbines, Ronald Press Co., New York, NY, (1951), pp. 28-30, 48-49, 52-53, 403; S. M. Yahya, Fundamentals of Compressible Flow, John Wiley & Sons, New York, NY (1982), pp. 3-4, 7-9, 28-29, 51-55, 58, 71-73, 82-83, 224-30, and 238 (G001355-84); Plaintiff Rice's Response to Defendant Rolls-Royce's Objections to the Report and Recommendation of the United States Magistrate Judge on Rolls-Royce's Motion for Summary Judgment of Invalidity of U.S. Patent No. B1 4,896,499 (Document No. 234, *Rice v. Honeywell Int'l., Inc*, No. 6:05CV330 (E.D. Tex.)). |

The parties each reserve the right to support their own claim constructions with evidence identified by the other party.

## III. Jointly Agreeable Date for Claim Construction Hearing

The parties propose that the claim construction hearing occur between July 16, 2008, and July 31, 2008.

## IV. Expected witness testimony

The parties do not anticipate offering witness testimony at the claim construction hearing.

Respectfully submitted,

Date: April 22, 2008

s/ Douglas H. Elliott
DOUGLAS H. ELLIOTT
Lead Attorney
PATTERSON & SHERIDAN, LLP
3040 Post Oak Blvd., Suite 1500
Houston, Texas 77056
Tel: (713) 623-4844
Fax: (713) 623-4846
delliott@pattersonsheridan.com

*Attorneys for Plaintiff Ivan G. Rice*

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JOHN FARGO
Director

Date: ______________________________

______________________________________
KEN B. BARRETT
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530
Tel: (202) 307-0343
Fax: (202) 307-0345
ken.barrett@usdoj.gov

*Attorneys for Defendant*
*United States of America*

IV. Expected witness testimony

The parties do not anticipate offering witness testimony at the claim construction hearing.

Respectfully submitted,

Date: April 22, 2008

s/ Douglas H. Elliott
DOUGLAS H. ELLIOTT
Lead Attorney
PATTERSON & SHERIDAN, LLP
3040 Post Oak Blvd., Suite 1500
Houston, Texas 77056
Tel: (713) 623-4844
Fax: (713) 623-4846
delliott@pattersonsheridan.com

*Attorneys for Plaintiff Ivan G. Rice*

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JOHN FARGO
Director

Date: April 21, 2008

KEN B. BARRETT
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530
Tel: (202) 307-0343
Fax: (202) 307-0345
ken.barrett@usdoj.gov

*Attorneys for Defendant*
*United States of America*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served on the parties listed below, in the manner indicated, on this 22nd day of April, 2008:

***Via the Court's CM/ECF electronic service procedures:***

Ken B. Barrett, Esq.
Civil Division - Commercial Litigation Branch
U.S. DEPARTMENT OF JUSTICE
1100 L Street, NW, Room 11122
Washington, D.C. 20005
Fax: (202) 307-0345
E-mail: ken.barrett@usdoj.gov

*Counsel for The United States of America*

***Via email:***

Constance S. Huttner, Esq.
BUCHANAN, INGERSOLL & ROONEY, PC
One Chase Manhattan Plaza, 35th Floor
New York, NY 10005-1417
Fax: (212) 440-4401
E-mail: constance.huttner@bipc.com

*Counsel for Honeywell International Inc.*
*(Interested Party)*

***Via the Court's CM/ECF electronic service procedures:***

Richard E. Rice, Esq.
OLIFF & BERRIDGE, PLC
277 South Washington Street, Suite 500
Alexandria, VA 22314
Fax: (703) 836-2787
E-mail: rrice@oliff.com

*Counsel for Rolls-Royce PLC*
*(Interested Party)*

s/ Douglas H. Elliott
Douglas H. Elliott