# EXHIBIT B

US004896499B1

# REEXAMINATION CERTIFICATE (1790th)

## United States Patent [19]

Rice

[11] B1 4,896,499

[45] Certificate Issued Sep. 15, 1992

[54] COMPRESSION INTERCOOLED GAS TURBINE COMBINED CYCLE

[76] Inventor: Ivan G. Rice, P.O. Box 233, Spring, Tex. 77383

Reexamination Request:
No. 90/002,663, Mar. 9, 1992

Reexamination Certificate for:

| | |
|---|---|
| Patent No.: | 4,896,499 |
| Issued: | Jan. 30, 1990 |
| Appl. No.: | 251,076 |
| Filed: | Sep. 28, 1988 |

Related U.S. Application Data

[60] Continuation of Ser. No. 818,472, Jan. 13, 1986, abandoned. which is a division of Ser. No. 572,548, Jan. 20, 1984, Pat. No. 4,592,204, which is a continuation-in-part of Ser. No. 224,496, Jan. 13, 1981, Pat. No. 4,438,625, Ser. No. 274,660, Jun. 17, 1981. Pat. No. 4,384,452, Ser. No. 416,171, Sep. 9, 1982, abandoned, Ser. No. 416,172, Sep. 9, 1982, abandoned, Ser. No. 416,173, Sep. 9, 1982, Pat. No. 4,550,562, Ser. No. 416,275, Sep. 9, 1982, Pat. No. 4,507,914, Ser. No. 486,334, Apr. 19, 1983, Pat. No. 4,545,197, Ser. No. 486,336, Apr. 19, 1983, Pat. No. 4,565,490, and Ser. No. 486,495, Apr. 19, 1983, Pat. No. 4,543,781, said Ser. No. 224,496, is a division of Ser. No. 954,832, Oct. 26, 1978, Pat. No. 4,272,953, said Ser. No. 274,660, is a division of Ser. No. 47,571, Jan. 11, 1979, Pat. No. 4,314,442, said Ser. No. 416,171, and Ser. No. 416,172, and Ser. No. 416,173, and Ser. No. 416,275, and Ser. No. 486,334, and Ser. No. 486,336, and Ser. No. 486,495, is a continuation-in-part of Ser. No. 47,571, , Ser. No. 224,496, , Ser. No. 954,832, , and Ser. No. 274,660, , said Ser. No. 486,334, Ser. No. 486,336, and Ser. No. 486,495, is a continuation-in-part of Ser. No. 416,171, , Ser. No. 416,172, , Ser. No. 416,173.

[51] Int. Cl.[5] .................... F02C 3/10; F02C 7/143

[52] U.S. Cl. .................... 60/39.161; 60/39.182; 60/728

[58] Field of Search .................... 60/39.161, 266, 267, 60/727, 728; 415/179

[56] References Cited

U.S. PATENT DOCUMENTS

3,486,340 12/1969 DuPont et al. .................... 60/267

OTHER PUBLICATIONS

"Future Propulsion Machinery Technology For Gas Turbined Powered Frigates, Destroyers, and Cruisers", by Quandt et al, pp. 321-376.

"Regenerated Marine Gas Turbines, Part I: Cycle Selection and Performance Estimation", by Bowen and Ness, 82-GT-306, pp. 1-12.

"Regenerated Marine Gas Turbines, Part II: Regenerator Technology and Heat Exchanger Sizing", by Watts and Bowen, 82-GT—314, pp. 1-8.

"Advanced-Cycle Gas Turbines for Naval Ship Propulsion", by Bowen and Groghan; Naval Engineers Journal, May 1984, pp. 262-271.

*Primary Examiner*—Louis J. Casaregola

[57] ABSTRACT

A compression intercooled gas turbine and vapor bottoming combined cycle system with the gas turbine operating at 30 to 65 atmospheres is disclosed. A twin spool hot gas generator incorporates compression intercooling at the optimum intercooler pressure ratio to (a) minimize intercooler heat rejection degradation, (b) raise the overall cycle pressure ratio, (c) increase gas generator core mass flow and (d) to increase the gas turbine power output. The gas turbine can operate in either the simple cycle or the reheat cycle mode for optimum combined cycle efficiency. A combined cycle efficiency upwards of 60 percent can be realized.



## REEXAMINATION CERTIFICATE ISSUED UNDER 35 U.S.C. 307

### THE PATENT IS HEREBY AMENDED AS INDICATED BELOW.

Matter enclosed in heavy brackets [ ] appeared in the patent, but has been deleted and is no longer a part of the patent; matter printed in italics indicates additions made to the patent.

### ONLY THOSE PARAGRAPHS OF THE SPECIFICATION AFFECTED BY AMENDMENT ARE PRINTED HEREIN.

Column 1, lines 5-11: Continuation of Ser. No. 818,472, Jan. 13, 1986, abandoned, *which is a division of Ser. No. 572,548, Jan. 20, 1984, Pat. No. 4,592,204,* which is a continuation-in-part of Ser No. 224,496, Jan. 13, 1981, Pat. No. 4,438,625, Ser. No. 274,660, Jun. 17, 1981, Pat. No. 4,384,452, Ser. No. 416,171, Sep. 9, 1982, abandoned, Ser. No. 416,172, Sep. 9, 1982, abandoned, Ser. No. 416,173, Sep. 9, 1982, Pat. No. 4,550,562, Ser. No. 416,275, Sep. 9, 1982, Pat. No. 4,507,914, Ser. No. 486,334, Apr. 19, 1983, Pat. No. 4,545,197, Ser. No. 486,336, Apr. 19, 1983, Pat. No. 4,565,490, and Ser. No. 486,495, Apr. 19, 1983, Pat. No. 4,543,781, and Ser. No. 224,496, is a division of Ser. No. 954,832, Oct. 26, 1978, Pat. No. 4,272,953, said Ser. No. 274,660, is a division of Ser. No. 47,571, Jun. 11, 1979, Pat. No. 4,314,442, said Ser. No. 416,171, Ser.No. 416,172, Ser. No. 416,173, Ser. No. 416,275, Ser. No. 486,334, Ser. No. 486,336, and Ser. No. 486,495, each is a continuation-in-part of Ser. No. 47,571, Ser. No. 224,496, Ser. No. 954,832, and Ser. No. 274,660, said Ser. No. 486,334, Ser. No. 486,336, and Ser. No. 486,495, each is a continuation-in-part of Ser. No. 416,171, Ser. No. 417,172, Ser. No. 416,173.

Column 5, lines 60-61:

FIG. 7a is a [pan] *plan* quarter top sectional view showing an airfoil diffuser and toroidal-shaped outlet duct.

Column 8, lines 3-27:

Low-pressure compressor 24 discharges axially at about Mach 0.3 air velocity corresponding to about 400 to 450 ft/sec at the flowing temperature. Said air flows into elbow 100 where the airflow direction is changed from that of axial to radial. The air flow at this point is then diffused by flat or parallel wall vaneless diffuser 102 before being discharged to a scroll collector 35 and then to duct 36. The gas velocity exiting diffuser 102 is at about Mach 0.14 corresponding to about 200 ft/sec according to the base temperature involved. About 65 to 70 percent of the velocity pressure head is recovered by diffuser 102 and the remainder is dissipated and lost to the cycle. The cooled air enters the high-pressure compressor 44 through a separate duct 42 by means of a special "S" shaped inlet duct 104 detachably attached to compressor outer casing 78, inner housing 79 and elbow 100. Struts 77 [joins] *join* together forward and aft *sides of inlet duct 104. The cooled air counterflows* in direction to that of the hot discharge air flowing inside diffuser 102. Diffuser 102 and elbow 100 fit adjacent and close to the outer wall 108 of inlet duct 104 and areremovably secured together. Generous cross-sec*tional area of the inlet duct 104 is provided to keep the* inlet air velocity low at a value of approximately 50 to 75 ft/sec to reduce inlet pressure loss.



Column 8, lines 29-47:

The [added] *increased* low-pressure compressor 24 pitch-line radius, r, FIG. 2, made possible by the cooler and more dense air to the high-pressure compressor 44 provides the needed radial space and therefore makes it possible to exit the low-pressure compressor 24 hot air, diffuse the hot air and return the cooled air to the high pressure compressor 44 efficiently and with low-pressure loss and at the same time retain the coaxial shafting and unitized single-unit modular construction of gas generator 20. It is obvious that if the pitch-line radius, r, of the low-pressure compressor 24 were the same or verynearly the same as the pitch-line radius of the high-pressure compressor 44, there would not be adequate radial space without the shafting 26 to the low-pressure compressor being lengthened considerably making it impractical from a structural standpoint to adapt an [aeroderivitating] *derivative* gas generator to a unitized single module and structural design with the given bearing arrangement provided.

Column 8, lines 48-60:

Reference is made to FIG. 4 which shows the low pressure compressor 24 of this invention with radius $R_2$ superimposed over the low-pressure compressor [or] *of* a normal gas generator with radius $r_1$. Also note the smaller pitch-line radius, $r_3$, of the high-pressure compressor 44. *As previously mentioned, the greater low-pressure compressor 24 radius is made possible by the change in density of the air when it is intercooled. The forward-bearing arrangement is basically the same for* both cases and the stationary structural support to the bearing needs only minor changes to accommodate the inlet "S" shaped duct 104 wherein the duct 104 becomes part of the stationary structural part of said modular gas generator 20. The low-pressure compressor support funnel-shaped rotating members 110 and 112 likewise change only slightly in shape to accommodate the inlet duct 104 and low-pressure-compressor rotor drum 114. Note that the low-pressure compressor drum 114 is mounted to shaft 26 similar to how a dual truck tire and rim are cantilevered and bolted to an axle shaft which protrudes beyond the wheel-axle bearing.

Column 11, lines 11-32:

Outer casing 152 is substantially thick enough to prevent pressure distortion or blow-out with an adequate safety factor and is stiffened by ribs 162 as required. Forward casing 156 likewise has a thick enough-section 164 to prevent pressure distortion but as a thin enough side wall 166 to allow for some flexibility. Forward casing 156 has three or more annular grooves 168 wherein seal piston rings 170 fit similar to those of a piston of a large reciprocating engine. The grooves 168 are deep enough for piston rings 170 to compress and *expand. Another set of grooves 168' and rings 170' are* located at the rear of the gas generator at connection ring 172. The outer casing 152 is thus allowed to float *axially and radially so to speak as the temperature of the* gas generator [casings] *casing* 142 expands. This differential expansion can be considerable at the temperature involved. Stiffening and support ring 174 is thin-walled and can have an expansion loop if required. It

can also be noted that orifices 176 allow deadended compressor air to flow back and forth in forward cavity 153 andrear cavity 154.

Column 14, lines 37–50:

The hot air is diffused efficiently without separation by the cascade airfoil arrangement. The air flow and direction thereof is controlled so it will fan out or spread apart. The direction of flow of the air at the inner surface 234 is mostly tangential to the inner surface and the flow at the center pitch line is tangential to the center pitch line and the outer surface flow is tangential with the outer surface 234. The direction of the flow with respect to the radial position can be curved backwards to give space for flange 258, expansion joint 260 and transition 262. The curvature can also be slightly forward with less curvature of elbow 100 and with the inlet 280 being moved farther backward to increase the curvature of the "S" shape of the inlet 280.

Column 16, lines 10–27:

The general reheat-gas-turbine cycle arrangement is given in the schematic diagram of FIG. 1. Air is compressed in a low-pressure compressor 24 which is driven coaxially by turbine 28. Said air is diffused and then ducted to intercoolers 38 and 40 where said air is cooled before being ducted back to be further compressed by high-pressure compressor 44 driven by turbine 46. High-pressure air at 40 to 60 atmospheres is heated in first combustion chamber 30, is then expanded through turbines 46 and 28, is subsequently fully diffused by diffuser 52 and then reheated in second combustion chamber 50 at a total pressure of 4 to 9 atmospheres, depending on the cycle-pressure ratio and amount of steam-cooling/injection and is finally expanded to atmospheric pressure through power turbine 58 to drive load 60. The hot exhaust gases generate steam in a boil-erfor a conventional 2400 psig reheat-steam turbine not shown. The reheated *gas can be at a temperature of 2000° to 2500° F. or higher.*

The intercoolers can be made in two sections 38 and 40 with condensate being used to cool the high end and cooling water used to cool the low end as shown in FIG. 1. The following expected and typical pressure losses are assumed for the intercooler. These losses are expressed as percentages of the compressor intercooler total pressure:

Column 18, lines 10–18:

The aforestated three formulas and assumptions will produce close results which are valid for incremental compression work saved through intercooling and incremental heat added after compression to raise the temperature back to the nonintercooled level. More exact results using the gas tables are not [warrented] *warranted* for comparison and relative compression work and changes in cycle efficiencies.

Column 20, lines 9–19:

It can be seen that a maximum work saved by intercooling occurs at the square root of the total pressure ratio, points A and B of FIG. 13. The incremental specific work, $W_i$, saved can be determined by applying formula (6) following:

$$W_i = C_p[(T_3 - T_2) - (T_4 - T_5)] \times .95 \quad (6)$$

where $C_p$ is the specific heat considered to be [24] .24 BTU/lb—°F. (1.005 KJ/Kg—°C.) for standard air and where the numerical subscripts refer to FIG. 10.

Column 21, lines 34–43:

Intercooling according to the teachings of this invention degrades combined-cycle efficiency. This degradation as given in FIG. 14 starts from about 0.8 percent, point X at the optimum intercooling ratio range of 1.8 to 2.2 and increases rapidly to about 2.5 percent at a 4 ratio point Y for the 41° F. [interrapidly cooled] *intercooler* approach temperature to the atmospheric temperature (100°−59°=41° F.). Cooling to a closer temperature would reduce this loss only slightly.

Column 22, lines 40–45:

The gas generator and complete reheat gas turbine of this invention can be applied to [generator] *generate* electric power or produce mechanical power to drive a large ship where efficiency and space are important factors to be considered. The quick change-out feature of the gas generator makes such applications attractive.

AS A RESULT OF REEXAMINATION, IT HAS BEEN DETERMINED THAT:

The patentability of claims 7 and 8 is confirmed.

Claims 1 and 3 are determined to be patentable as amended.

Claims 2 and 4–6, dependent on an amended claim, are determined to be patentable.

New claims 9–16 are added and determined to be patentable.

1. In a power producing system comprising a twin spool gas generator and a power turbine, said gas generator having a low pressure compressor driven by a low pressure turbine, a high pressure compressor driven by a high pressure turbine, a combustor positioned between said high pressure compressor and said high pressure turbine, said power turbine positioned downstream from said low pressure turbine, the improvement being characterized in that: said high and low pressure turbines being axially positioned and independently rotatable for driving said high and low pressure compressors, respectively, by means of concentric coaxial outer and inner shafting, respectively, said gas generator including at least one externally mounted intercooler positioned between said low pressure compressor and said high pressure compressor, at least one compressoroutlet duct from said low pressure compressor communicating with said intercooler, and at least one return high pressure compressor, wherein said compressor outlet and return ducts and connections between said compressors and said intercooler are provided between said axially positioned low and high pressure compressors for air flow to and from said intercooler in counterflow with coolant, said outlet duct being configured to radially expand said air flow to a low velocity and said return duct being configured for low radial flow return velocity to said high pressure compressor, *the high pressure compressor having an inlet flow area directly proportional to the outlet flow area of the low pressure compressor, and inversely proportional to the absolute temperature ratio between the high temperature air*

*flow discharged from the low pressurecompressor compared to the low temperature air flow from the intercooler passing to the inlet area of the high pressure compressor.*

3. In a power producing system comprising a twin spool gas generator, a reheat combustor and a power turbine, said gas generator having a low pressure compressor driven by a low pressure turbine, a high pressure compressor driven by a high pressure turbine and a first combustor positioned between said high pressure compressor and said high pressure turbine, said reheat combustor being positioned between said low pressure turbine and said power turbine, the improvement being characterized in that: said high and low pressure turbines being axially positioned and independently rotatable for driving said high and low pressure compressors, respectively, by means of concentric coaxial outer and inner shafting, respectively, said gas generator including at least one externally mounted intercooler positioned between said low pressure compressor and said high pressure compressor, at least one compressor outlet duct from said low pressure compressor communicating with said intercooler, and at least one return duct from said intercooler communicating with said high pressure compressor, wherein said compressor outlet and return ducts and connections between said compressor and said intercooler are provided between said axially positioned low and high pressure compressors for air flow to and from said intercooler in counterflow with coolant, said outlet duct being configured to radially expand said air flow to a low velocity and said return duct being configured for low radial flow return velocity to said high pressure compressor, *the high pressure compressor having an inlet flow area directly proportional to the outlet flow area of the low pressure compressor, and inversely proportional to the absolute temperature ratio between the high temperature air flow discharged from the low pressure compressor compared to the low temperature air flow from the intercooler passing to the inlet area of the high pressure compressor.*

*9. The power producing system as defined in claim 1, wherein the outlet duct includes a radial diffuser for reducing said air flow to said low velocity of less than approximately 200 feet per second.*

*10. The power producing system as defined in claim 9, wherein said outlet duct includes a plurality of airfoil shaped vanes downstream from said radial diffuser for further diffusion of the air flow.*

*11. The power producing system as defined in claim 1, wherein said return duct has a selected cross-sectional area to maintain said airflow at a velocity of less than approximately 75 feet per second.*

*12. The power producing system as defined in claim 1, wherein said return duct includes one or more turning guide vanes for even flow distribution of said air flow to said high pressure compressor.*

*13. The power producing system as defined in claim 1, wherein said return duct has a generally S-shaped configuration.*

*14. The power producing system as defined in claim 13, further comprising:*

*said high pressure compressor including an outer pressurizing casing; and*

*said S-shaped return duct is housed substantially radially within the pressurizing casing of the high pressure compressor.*

*15. The power producing system as defined in claim 13, further comprising:*

*said low pressure compressor including an outer pressurizing casing; and*

*the S-shaped return duct is housed at least partially withinthe low pressure compressor casing and radially interior of the outlet duct to minimize the axial length of said coaxial shafting.*

*16. The power producing system as defined in claim 1, wherein the return duct is housed at least partially within the low pressure compressor to minimize the axial length of the coaxial shafting.*

* * * * *