# EXHIBIT D

GP343

RECEIVED GROUP 340
89 JUL 13 AM 10:35

MAIL ROOM JUL 7 1989 PAT. & TRADEMARK

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In regard Application of: | |
| Ivan G. Rice | |
| Serial No. 07/251,076 | Group Art Unit: 343 |
| Filed: September 28, 1988 | Examiner: L.Casaregola |
| Entitled: COMPRESSION INTERCOOLED GAS TURBINE COMBINED CYCLE | |

The Honorable Commissioner
of Patents and Trademarks
Washington D.C. 20231

Sir:

The Examiner is thanked for his Action mail dated 04/11/89 including the U.S. referenced patents, referenced foreign documents and the other cited references included with the Action.

Please make the following changes in response to the Action:

IN THE DRAWINGS

Please add the combined cycle portion to Figure 1 as shown in red ink on the attached Figure 1. Please advise the chief draftsman of this change and give approval to the Inventor so Figure 1 can be revised accordingly for the final drawing submittal. This revision is in accordance with the Examiner's request made on pages 2 and 6 of the Action.

IN THE SPECIFICATIONS

Page 7, line 25 after the word "load" insert -with exhaust gasses being ducted to a heat recovery means for forming a combined cycle- .

Page 9, line 21, cancel the words and commas ",not shown,".

Page 9, line 23, cancel the words and commas ",not shown,".

Page 9, line 25, after "cycle." add - Refer to Figure 1. -

Page 9, between lines 25 and 26 add the following paragraph:

— Power turbine 58 discharges hot exhaust gasses through line 63 to heat recovery means 49 and exits said gas through

line 71. Steam or vapor generated in heat recovery means 49 is expanded through turbine 55 which drives load 57. Expanded steam or vapor is condensed in condenser means 61. Optionally, condensate is pumped through intercooler means section 38 to cool compressed air entering said intercooler means through line 36. Heated condensate returns to heat recovery means through line 69. Lines 73 and 75 feed steam to gas generator 20 and power turbine 58. - .

Page 20, line 1, cancel the words and comma ", not shown". Add - Refer to Figure 1. - .

IN THE CLAIMS

Amend Claim 69 as follows:

~~69~~ 1. (Amended) In a power producing system comprising a twin spool gas generator and a power turbine, said gas generator having a low pressure compressor driven by a low pressure turbine, a high pressure compressor driven by a high pressure turbine, a combustor positioned between said high pressure compressor and said high pressure turbine, said power turbine positioned downstream from said low pressure turbine, the improvement being characterized in that: said high and low pressure turbines being axially positioned and independently rotatable for driving said high and low pressure compressors respectively by means of concentric coaxial outer and inner shafting respectively said gas generator including [an] at least one externally mounted intercooler positioned between said low pressure compressor and said high pressure compressor, at least one compressor outlet duct from said low pressure compressor communicating with said intercooler and at least one return duct from said intercooler communicating with said high pressure compressor, wherein said compressor outlet and return ducts and connections between said compressors and said intercooler are provided between said axially positioned low and high pressure compressors for air flow to and from said intercooler in counterflow with ~~said~~ coolant, said outlet duct being configured to radially expand said air

flow to a low velocity and said return duct being configured for low radial flow return velocity to said high pressure compressor.

Amend Claim 72 as follows:

74 ~~72.~~ 3 (Amended) In a power producing system comprising a twin spool gas generator, a reheat combustor and a power turbine, said gas generator having a low pressure compressor driven by a low pressure turbine, a high pressure compressor driven by a high pressure turbine and a first combustor positioned between said high pressure compressor and said high pressure turbine, said reheat combustor being positioned between said low pressure turbine and said power turbine, the improvement being characterized in that: said high and low pressure turbines being axially positioned and independently rotatable for driving said high and low pressure compressors respectively by means of concentric coaxial outer and inner shafting respectively, said gas generator including [an] at least one externally mounted intercooler positioned between said low pressure compressor and said high pressure compressor, at least one compressor outlet duct from said low pressure compressor communicating with said intercooler and at least one return duct from said intercooler communicating with said high pressure compressor, wherein said compressor outlet and return ducts and connections between said compressors and said intercooler are provided between said axially positioned low and high pressure compressors for air flow to and from said intercooler in counterflow with ~~said~~ coolant, said outlet duct being configured to radially expand said air flow to a low velocity and said return duct being configured for low radial flow return velocity to said high pressure compressor.

Amend Claim 81 as follows:

75 ~~81.~~ 6 (Amended) The power producing system as defined in Claim ~~80~~ 5 including [heat exchange] means in said intercooler communicating with said condenser means whereby the coolant for said intercooler is said condensate from said condenser means.

Cancel Claim 83 and rewrite in independent form as new Claim 92 as follows:

96 92. In a power producing system comprising a twin spool gas generator, a power turbine, a heat recovery boiler means, and a steam or vapor expansion turbine means, said gas generator having a low pressure compressor driven by a low pressure turbine, a high pressure compressor driven by a high pressure turbine and a combustor positioned between said high pressure compressor and said high pressure turbine, said power turbine positioned downstream from said low pressure turbine, said heat recovery boiler means positioned downstream from said power turbine, the improvement being characterized in that: said high and low pressure turbines being axially positioned and independently rotatable for driving said high and low pressure compressors respectively by means of concentric coaxial outer and inner shafting respectively, said gas generator including at least one intercooler means positioned between said low pressure compressor and said high pressure compressor, at least one compressor outlet duct from said low pressure compressor communicating with said intercooler means and at least one return duct from said intercooler means communicating with said high pressure compressor, wherein said compressor outlet and return ducts and connections between said compressors and said intercooler means are provided between said axially positioned low and high pressure compressors for said flow to and from said intercooler means, wherein said low pressure compressor is an axial flow design staged to produce a pressure ratio no greater than about 3 and said high pressure compressor is an axial flow design of 11 or more stages being fed with cooler and more dense air by said intercooler means to produce a discharge pressure of at least about 40 atmospheres.

JLR 7-3-89 JLR 7-3-89

Cancel Claim 85 and rewrite in independent form as new Claim 93 as follows:

98 93. In a power producing system comprising a twin spool gas

generator, a reheat combustor, a power turbine, a heat recovery boiler means and a steam or vapor expansion turbine means, said gas generator having a low pressure compressor driven by a low pressure turbine, a high pressure compressor driven by a high pressure turbine, and a first combustor positioned between said high pressure compressor and said high pressure turbine, said reheat combustor being positioned between said low pressure turbine and said power turbine, said heat recovery boiler means positioned downstream from said power turbine, the improvement being characterized in that: said high and low pressure turbines being axially positioned and independently rotatable for driving said high and low pressure compressors respectively by means of concentric coaxial outer and inner shafting respectively, said gas generator including at least one intercooler means positioned between said low pressure compressor and said high pressure compressor, at least one compressor outlet duct from said low pressure compressor communicating with said intercooler means and at least one return duct from said intercooler means communicating with said high pressure compressor wherein said compressor connections between said compressor and said intercooler means are provided between said axially positioned low and high pressure compressors for air flow to and from said intercooler means, wherein said low pressure compressor is an axial flow design staged to produce a pressure ratio no greater than about 3 and said high pressure compressor is an axial flow design of 11 or more stages being fed with cooler and more dense air by said intercooler means to produce a discharge pressure of at least about 40 atmospheres.

Entd
JZR 7-3-89
JZR 7-3-89

Entry of the proposed Figure 1 additions, specification amendemnts and claim amendments of the above-identified application is respectfully requested in view of the following remarks:

REMARKS

Figure 1 has been amended by adding the heat recovery boiler means 49 and expander turbine means 55 as originally

stated page 9, lines 21-23. Condenser means 61 and condenser condensate flow to the intercooler is originally disclosed .ge 9, second paragraph. The request made by the Examiner on pages 2 and 6 of the Action to correct the drawings is believed to be achieved with no new matter added. Applicant asks for approval of the additions shown in red ink on Figure 1.

The specifications have been amended to include the combined cycle portion "not shown" originally, but deemed necessary by the Examiner. Approval of these specification amendments is respectfully requested based on the fact that the bottoming cycle is common knowledge with those familiar with gas turbines and has been originally disclosed on page 9 of the specifications as stated above.

In regard to the rejection based on 35 USC 112 it is believed that the corrected drawing as well as the text added to the specifications overcomes the rejection. Applicant again states that these components were disclosed in the original specifications.

Claim 81 has been amended to remove the term heat exchange, as such term was redundant. Claim 81, as amended, is clearly supported in the original specifications, page 9, second paragraph.

New claims 92 and 93 have been written in independent form to take the place of cancelled claims 83 and 85 in accordance with allowance made by the Examiner. The words "about" have been eliminated regarding the number of compressor stages. The low pressure compressor compression ratio upper limit is retained as about 3 in the new claims 92 and 93. It can be noted in the specifications that the range extends to 3.2. See page 20, lines 15-17; page 29, 5th line from bottom; page 41, line 21; page 34, line 10; and page 35, line 7. Also refer to Figures 13, 14 and 15.

The overall cycle pressure ratio of 40 is retained in new claims 92 and 93. However, the specifications state

that an overall pressure ratio of 35 meets the intent of the invention as can be noted on page 2, line 7; on page 4, 2nd .ne from bottom; page 5, 3rd line from bottom; and page 14, 2nd line from bottom. Therefore, the word "about" referring to the 40 cycle pressure ratio has been retained in new claims 92 and 93.

Independent claims 69 and 72 have been amended to overcome the Examiner's rejection under 35 U.S.C. 102b as being anticipated by Hull or DuPont et al. Hull and DuPont et al do not anticipate claims 69 and 72 in as much as they do not include a power turbine. However, independent claims 69 and 72 have been amended to distinguish the gas generator portion of the claimed power producing system. Thus claims 69 and 72 now include one or more externally mounted intercooler(s) allowing low compressed air velocities, low pressure drops, close approach temperatures to the coolant and counterflow of coolant to the compressed air. The amendment also includes wording for radial flow low velocity exit and return ducting of the compressed air for reduced velocity and lower pressure loss.

The specifications and figures clearly make reference to these features of the invention as given following:

<u>Ducting and pressure loss</u>

page 4, lines 26-27; page 6, lines 9-11; page 10, lines 29-33; page 11, 3rd paragraph; page 12, lines 3-6; pages 23, lines 10-13; and page 25, 2nd full paragraph.

<u>Counterflow</u>

page 9, lines 26-34; page 11, last line; and Figure 1.

<u>Close approach temperature</u>

page 9, lines 29-34; page 13, line 18; page 14, lines 2-5; page 26, lines 4-6; page 33, 3rd and 4th full paragraphs.

The Hull patent no. 3,273,340 covers an aircraft propulsion fan engine. Claims 69 and 72 have been amended to include at least one externally mounted counterflow intercooler.

Considerable surface area is required to cool the partially compressed air to a temperature which closely approaches the temperature of the coolant at its inlet to the intercooler. Such an intercooler is heavy, large and bulky - not suitable for aircraft. Hull uses annular ducting and intercooler and not separate piping to an externally mounted intercooler. Low pressure drop is necessary and not possible for close approach temperatures in the Hull arrangements.

It is important to note in the Hull patent that the heat exchanger 16 does not and cannot readily apply counter-flow of the compressed air to the coolant. Therefore, a close approach temperature to the coolant at its entrance temperature is not possible because the partially compressed air (and heated) coolant flows in the same direction as the compressed air being cooled.

JZR 7-3-89

Further, it is commonly known by those knowledgeable in gas turbine design that the exit velocity of an axial flow compressor is typically mach 0.3 which is far too high for a low pressure drop heat exchanger. Pressuredrop varies as the square of the velocity, and the Hull heat exchanger and ducting pressure losses would be very high and several times the total 3% given as typical for the Applicant's invention.

The Applicant recognized the above problem areas in his invention and creatively solved the problems with the unique and novel outlet and return ducting to a counterflow externally mounted intercooler.

Regarding Claim 72, there is no reheat combustor shown or anticipated by Hull to be located before a power turbine.

The DuPont et al patent no. 3,486,340 describes a jet engine which has compression intercooling by means of a cryogenic fuel coolant. The Applicant's invention incorporates an externally mounted intercooler. The intercooler of the Applicant's invention is heavy, large and bulky and not at all suitable for aircraft. A close approach temperature

is achieved in the Applicant's invention by means of counter current flow of the intercooler. Annular ducting and inter-ooler are used by DuPont et al thus limiting the surface area and approach temperature achievable. DuPont et al therefore have the same limitations as Hull.

Regarding Claim 72, there is no reheat combustor shown or anticipated by DuPont et al to be located before a power turbine. The DuPont et al patent single figure clearly shows the axial flow fan 18 discharge air being fed directly to heat exchanger 26. The air velocity would be too high for a low air side pressure drop heat exchanger - especially with the double pass heat exchanger arrangement used. The fan exit velocity would be about mach 0.3 and much too high. A low velocity of mach less than 0.10 is needed and knowing that pressure drop varies as the square of the velocity, the DuPont et al heat exchanger 26 or 28 pressure drop would be several times greater than the projected total 3% of the Applicant's invention.

No mention is made to velocities, physical size, surface area of pressure drop in the DuPont et al patent. The patent figure indicates that the velocity to heat exchanger 28 would likewise be v ery high because there is very little change in cross-sectional flow area shown. High velocity air streams have to be handled very carefully with particular attention directed to flow bends, diffusers and cross-sectional area change to decelerate the air with a minimum of pressure loss as explained in the specifications of the Applicant's invention in some detail.

The low pressure compressor 27 and the high pressure compressor 29 are mounted on a common shaft 42 and driven by turbine 41 in the DuPont et al patent. The advantage of the variable speed of 2 turbine shafts is lost. In this regard, it is improper for the Examiner to claim that dual coaxial concentric shafts and separately rotating turbines are applied to <u>radial ducting</u> and that the DuPont et al patent teaches

this advantage. Heat exchanger 26 does not use a radial entrance duct where the double shafting is applied.

The Examiner has rejected Claims 71, 72 and 80 under 35 U.S.C. 103. It appears that the Examiner meant to reject Claim 74 and not 72 under this paragraph. Claims 71, 74, 80 and 81 are all dependent claims depending upon Claims 69 and 72 and therefore should be allowable for the same reasons as Claims 69 and 72 are allowable.

The 1958 Judge publication, Figure 59, does not show concentric coaxial shafting and gives no details as to how the ducting to and from the intercooler is to be arranged. It was later in 1963 (Hull) and 1967 (DuPont et al) when the intercooling arrangement cited by the Examiner came up. But the Hull and DuPont et al patents apply aircraft jet engines. It is difficult to get the air out and back into gas generators with concentric coaxial shafting even with an externally mounted intercooler. The Hull and DuPont et al patents both use annular ducting. The annular heat exchanger offers limited heat exchange surface because of restraints on size and weight for aircraft.

To the best of the Applicant's knowledge, there has never been a compression intercooled gas turbine made for aircraft jet engines and the Hull and DuPont et al inventions have not been found to be practical. The Applicant has discovered and invented a way to adapt a twin spool gas generator with coaxial concentric shafts for practical intercooling for industrial applications where intercooler size and weight is not a problem. This invention makes it possible to exit the air, cool the air and return the air at low velocities with minimal and reasonable pressure drops that do not rob the cycle of potential gains in power whereby a minimal loss in cycle efficiency is realized.

The Applicant's invention with a separately mounted intercooler(s) and the radial ducting to and from the

intercooler(s) with connection flanges makes it possible to disconnect the gas generator from the intercooler(s) and :ckly remove the entire gas generator without disturbing the heavy intercooler(s) and bulky ducting. This arrangement provides a distinct advantage for offplant inspection and overhaul of the twin spool, high pressure ratio gas generator.

The Swedish patent 7713915-2 does not incorporate compression intercooling and is a hybrid arrangement utilizing a steam turbine to drive a second air compressor. This patent does not apply to independent Claims 69, 72, 92 and 93.

The Russian document 0404958 shows a vertically mounted gas generator driving a horizontal power turbine. Steam is generated to drive a steam turbine. This patent does not include compression intercooling and does not apply to independent Claims 69, 72, 92 and 93.

Russian document 1,004,660 shows 2 gas turbines driving a ship propeller through a common gear. No compression intercooling is shown and does not apply to independent Claims 69, 72, 92 and 93.

The references do not collectively suggest the external intercooler with the radial flow in and out with a twin spool gas generator.

The publication by Arthur W. Judge (1958) is of general interest but gives no details on dual concentric coaxial drives, air velocities, size, surface area, pressure drop and ducting.

It is believed that the invention as set forth by the amended independent Claims 69 and 72 and new Claims 92 and 93 written in independent form for cancelled Claims 83 and 85 and as set forth by dependent Claims 71, 74, 80, and amended 81 is now in proper form to be issued as a patent. This Applicant's invention goes beyond what has been done

in the past with intercooling and ducting. It is believed that the unique and novel arrangements are inventive in nature and therefore patentable. Further, it is believed that the specific cycle pressure ratios for maximum combined cycle efficiency are patentable.

In accordance with 37 CFR 1.33(b) Applicant acknowledges assistance given by Stuart D. Frenkel, Registration no. 29,500, in the preparation of this Amendment and Response.

Respectfully submitted,

Ivan G. Rice, P.E.
Independent Inventor

P.O. Box 233
Spring, Texas 77383
Tel. 713-353-5040

CERTIFICATE OF MAILING

This is to certify that on this date I deposited this correspondence with the U.S. Postal Service as first-class mail in an enevelope addressed to the Commissioner of Patents, Washington D.C., 20231.

Ivan G. Rice

July 3, 1989
Date