# EXHIBIT E

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

90002663

| | | |
|---|---|---|
| In re Reexamination of | § | Attorney Docket No. Rice-2 |
| U.S. Patent No.: 4,896,499 | § | |
| Control No.: To be Issued | § | Art Unit: |
| Filed: Herewith | § | Examiner: |
| For: COMPRESSION INTERCOOLED GAS TURBINE COMBINED CYCLE | § | |

**AMENDMENT AND STATEMENT UNDER 37 C.F.R. § 1.510 AND § 1.530**

Commissioner of Patents
& Trademarks
BOX REEXAM
Washington, D.C. 20231

Sir:

## AMENDMENT

### In the Specification

Please amend "Related U.S. Application Data", line 2; Col. 1, line 8; Col. 5, line 60; Col 8, line 19; Col 8, line 28; Col. 8, line 45; Col. 8, line 50; Col. 11, line 25; Col. 14, line 40; Col. 16, after line 27; Col. 18, line 16; Col. 20, line 17; Col. 21, line 39; and Col. 22, line 41 as follows. Each paragraph of the description which is amended is set forth below, with matter deleted being bracketed and matter added being underlined in accordance with 37 C.F.R. 1.121.

# United States Patent [19]

**Rice**

[54] COMPRESSION INTERCOOLED GAS TURBINE COMBINED CYCLE

[76] Inventor: Ivan G. Rice, P.O. Box 233, Spring, Tex. 77383

[21] Appl. No.: 251,076

[22] Filed: Sep. 28, 1988

Related U.S. Application Data

[60] Continuation of Ser. No. 818,472, Jan. 13, 1986, abandoned. which is a division of Serial No. 572,548, January 20, 1984, abandoned, which is a continuation-in-part of Ser. No. 224,496, Jan. 13, 1981, Pat. No. 4,438,625, Ser. No. 274,660, Jun. 17, 1981, Pat. No. 4,384,452, Ser. No. 416,171, Sep. 9, 1982, abandoned, Ser. No. 416,172, Sep. 9, 1982, abandoned, Ser. No. 416,173, Sep. 9, 1982, Pat. No. 4,550,562, Ser. No. 416,275, Sep. 9, 1982, Pat. No. 4,507,914, Ser. No. 486,334, Apr. 19, 1983, Pat. No. 4,545,197, Ser. No. 486,336, Apr. 19, 1983, Pat. No. 4,565,490, and Ser. No. 486,495, Apr. 19, 1983, Pat. No. 4,543,781, said Ser. No. 224,496, is a division of Ser. No. 954,832, Oct. 26, 1978, Pat. No. 4,272,953, said Ser. No. 274,660, is a division of Ser. No. 47,571, Jun. 11, 1979, Pat. No. 4,314,442, said Ser. No. 416,171, Ser. No. 416,172, Ser. No. 416,173, Ser. No. 416,275, Ser. No. 486,334, Ser. No. 486,336, and Ser. No. 486,495, each is a continuation-in-part of Ser. No. 47,571, , Ser. No. 224,496, , Ser. No. 954,832, , and Ser. No. 274,660, , said Ser. No. 486,334, Ser. No. 486,336, and Ser. No. 486,495, each is a continuation-in-part of Ser. No. 416,171, , Ser. No. 416,172, , Ser. No. 416,173.

[51] Int. Cl.[4] ........ F02C 3/10; F02C 7/143

[52] U.S. Cl. ........ 60/39.161; 60/39.182; 60/728

[58] Field of Search ........ 60/39.161, 39.182, 728, 60/39.04, 727, 266, 267; 415/179

Not Entered See 'B'

[56] References Cited

U.S. PATENT DOCUMENTS

2,625,012 1/1953 Larrecq ........ 60/39.161




G 000844

4,896,.

1

# COMPRESSION INTERCOOLED GAS TURBINE COMBINED CYCLE

## CROSS REFERENCE TO RELATED APPLICATIONS

This application is a continuation of application Ser. No. 818,472 filed Jan. 13, 1986, (abandoned), which is a division of Serial No. 572,548, January 20, 1984, abandoned, which is a continuation-in-part of U.S. application Ser. No. 047,571, filed June 11, 1979, now U.S. Pat. No. 4,314,442.

Not Entry See B

a1

5

FIG. 7a is a [pan] plan quarter top sectional view showing an airfoil diffuser and toroidal-shaped outlet duct.

8

a2

Low-pressure compressor 24 discharges axially at about Mach 0.3 air velocity corresponding to about 400 to 450 ft/sec at the flowing temperature. Said air flows into elbow 100 where the airflow direction is changed from that of axial to radial. The air flow at this point is then diffused by flat or parallel wall vaneless diffuser 102 before being discharged to a scroll collector 35 and then to duct 36. The gas velocity exiting diffuser 102 is at about Mach 0.14 corresponding to about 200 ft/sec according to the base temperature involved. About 65 to 70 percent of the velocity pressure head is recovered by diffuser 102 and the remainder is dissipated and lost to the cycle. The cooled air enters the high-pressure compressor 44 through a separate duct 42 by means of a special "S" shaped inlet duct 104 detachably attached to compressor outer casing 78, inner housing 79 and elbow 100. Struts 77 [joins] join together forward and aft sides of inlet duct 104. The cooled air counterflows in direction to that of the hot discharge air flowing inside diffuser 102. Diffuser 102 and elbow 100 fit adjacent and close to the outer wall 108 of inlet duct 104 and are removably secured together. Generous cross-sectional area of the inlet duct 104 is provided to keep the inlet air velocity low at a value of approximately 50 to 75 ft/sec to reduce inlet pressure loss.

8

The [added] increased low-pressure compressor 24 pitch-line radius, r, FIG. 2, made possible by the cooler and more dense air to the high-pressure compressor 44 provides the needed radial space and therefore makes it possible to exit the low-pressure compressor 24 hot air, diffuse the hot air and return the cooled air to the high pressure compressor 44 efficiently and with low-pressure loss and at the same time retain the coaxial shafting and unitized single-unit modular construction of gas generator 20. It is obvious that if the pitch-line radius, r, of the low-pressure compressor 24 were the same or very nearly the same as the pitch-line radius of the high-pressure compressor 44, there would not be adequate radial space without the shafting 26 to the low-pressure compressor being lengthened considerably making it impractical from a structural standpoint to adapt an aero- [derivitating] derivative gas generator to a unitized single module and structural design with the given bearing arrangement provided.

47

6

eference is made to FIG. 4 which shows the pressure compressor 24 of this invention with radius $r_2$ superimposed over the low-pressure compressor

[or] of

normal gas generator with radius $r_1$. Also note the smaller pitch-line radius, $r_3$, of the high-pressure compressor 44. As previously mentioned, the greater low-pressure compressor 24 radius is made possible by the change in density of the air when it is intercooled. The forward-bearing arrangement is basically the same for both cases and the stationary structural support to the bearing needs only minor changes to accomodate the inlet "S" shaped duct 104 wherein the duct 104 becomes part of the stationary structural part of said modular gas generator 20. The low-pressure compressor support funnel-shaped rotating members 110 and 112 likewise change only slightly in shape to accomodate the inlet duct 104 and low-pressure-compressor rotor drum 114. Note that the low-pressure compressor drum 114 is mounted to shaft 26 similar to how a dual truck tire and rim are cantilevered and bolted to an axle shaft which protrudes beyond the wheel-axle bearing.

a3

11

Outer casing 152 is substantially thick enough to prevent pressure distortion or blow-out with an adequate safety factor and is stiffened by ribs 162 as required. Forward casing 156 likewise has a thick enough section 164 to prevent pressure distortion but as a thin enough side wall 166 to allow for some flexibility. Forward casing 156 has three or more annular grooves 168 wherein seal piston rings 170 fit similar to those of a piston of a large reciprocating engine. The grooves 168 are deep enough for piston rings 170 to compress and expand. Another set of grooves 168' and rings 170' are located at the rear of the gas generator at connection ring 172. The outer casing 152 is thus allowed to float axially and radially so to speak as the temperature of the gas generator [casings] casing 142 expands. This differential expansion can be considerable at the temperature involved. Stiffening and support ring 174 is thin-walled and can have an expansion loop if required. It can also be noted that orifices 176 allow deadended compressor air to flow back and forth in forward cavity 153 and rear cavity 154.

a4

14

The hot air is diffused efficiently without separation by the cascade airfoil arrangement. The air flow and direction thereof is controlled so it will fan out or spread apart .

The direction of flow of the air at the inner surface 234 is mostly tangential to the inner surface and the flow at the center pitch line is tangential to the center pitch line and the outer surface flow is tangential with the outer surface 234. The direction of the flow with respect to the radial position can be curved backwards to give space for flange 258, expansion joint 260 and transition 262. The curvature can also be slightly forward with less curvature of elbow 100 and with the inlet 280 being moved farther backward to increase the curvature of the "S" shape of the inlet 280.

4

a5

16

The general reheat-gas-turbine cycle arrangement is given in the schematic diagram of FIG. 1. Air is compressed in a low-pressure compressor 24 which is driven coaxially by turbine 28. Said air is diffused and then ducted to intercoolers 38 and 40 where said air is cooled before being ducted back to be further compressed by high-pressure compressor 44 driven by turbine 46. High-pressure air at 40 to 60 atmospheres is heated in first combustion chamber 30, is then expanded through turbines 46 and 28, is subsequently fully diffused by diffuser 52 and then reheated in second combustion chamber 50 at a total pressure of 4 to 9 atmospheres, depending on the cycle-pressure ratio and amount of steam-cooling/injection and is finally expanded to atmospheric pressure through power turbine 58 to drive load 60. The hot exhaust gases generate steam in a boiler for a conventional 2400 psig reheat-steam turbine not shown. The reheated gas can be at a temperature of 2000 to 2500° F or higher.

The intercoolers can be made in two sections 38 and 40 with condensate being used to cool the high end and cooling water used to cool the low end as shown in FIG. 1. The following expected and typical pressure losses are assumed for the intercooler. These losses are expressed as percentages of the compressor intercooler total pressure:

a6

18

The aforestated three formulas and assumptions will produce close results which are valid for incremental compression work saved through intercooling and incremental heat added after compression to raise the temperature back to the nonintercooled level. More exact results using the gas tables are not [warrented] warranted for comparison and relative compression work and changes in cycle efficiencies.

a7

20

It can be seen that maximum work saved by intercooling occurs at the square root of the total pressure ratio, points A and B of FIG. 13. The incremental specific work, $W_I$, saved can be determined by applying formula (6) following:

$$W_I = C_p [(T_3 - T_2) - (T_4 - T_1)] \times .95 \quad (6)$$

where $C_p$ is the specific heat considered to be [24] .24 BTU/lb - °F. (1.005 KJ/Kg - °C.) for standard air and where the numerical subscripts refer to FIG. 10.

21

a8

Intercooling according to the teachings of this invention degrades combined-cycle efficiency. This degradation as given in FIG. 14 starts from about 0.8 percent, point X at the optimum intercooling ratio range of 1.8 to 2.2 and increases rapidly to about 2.5 percent at a 4 ratio point Y for the 41° F. [interrapidly cooled] intercooler approach temperature to the atmospheric temperature (100°−59°=41° F.). Cooling to a closer temperature would reduce this loss only slightly.

a9

22

The gas generator and complete reheat gas turbine of this invention can be applied to [generator] generate electric power or produce mechanical power to drive a large ship where efficiency and space are important factors to be considered. The quick change-out feature of the gas generator makes such applications attractive.

Please amend Claims 1 and 3 as follows:

That which is claimed is:

a10

1. In a power producing system comprising a twin spool gas generator and a power turbine, said gas generator having a low pressure compressor driven by a low pressure turbine, a high pressure compressor driven by a high pressure turbine, a combustor positioned between said high pressure compressor and said high pressure turbine, said power turbine positioned downstream from said low pressure turbine, the improvement being characterized in that: said high and low pressure turbines being axially positioned and independently rotatable for driving said high and low pressure compressors , respectively ,

by means of concentric coaxial outer and inner shafting ,

. respectively ,

said gas generator including at least one externally mounted intercooler positioned between said low pressure compressor and said high pressure compressor, at least one compressor outlet duct from said low pressure compressor communicating with said intercooler ,

and at least one return duct from said intercooler communicating with said high pressure compressor, wherein said compressor outlet and return ducts and connections between said compressors and said intercooler are provided between said axially positioned low and high pressure compressors for air flow to and from said intercooler in counterflow with coolant, said outlet duct being configured to radially expand said air flow to a low velocity and said return duct being configured for low radial flow return velocity to said high pressure compressor , the high pressure compressor having an inlet flow area directly proportional to the outlet flow area of the low pressure compressor, and inversely proportional to the absolute temperature ratio between the high/temperature air flow discharged from the low pressure compressor compared to the low temperature air flow from the intercooler passing to the inlet area of the high pressure compressor.

5

3. In a power producing system comprising a twin spool gas generator, a reheat combustor and a power turbine, said gas generator having a low pressure compressor driven by a low pressure turbine, a high pressure compressor driven by a high pressure turbine and a first combustor positioned between said high pressure compressor and said high pressure turbine, said reheat combustor being positioned between said low pressure turbine and said power turbine, the improvement being characterized in that: said high and low pressure turbines being axially positioned and independently rotatable for driving said high and low pressure compressors

, respectively ,

by means of concentric coaxial outer and inner shafting ,

, respectively, said gas generator including at least one externally mounted intercooler positioned between said low pressure compressor and said high pressure compressor, at least one compressor outlet duct from said low pressure compressor communicating with said intercooler ,

and at least one return duct from

said intercooler communicating with said high pressure compressor, wherein said compressor outlet and return ducts and connections between said compressors and said intercooler are provided between said axially positioned low and high pressure compressors for air flow to and from said intercooler in counterflow with coolant, said outlet duct being configured to radially expand said air flow to a low velocity and said return duct being configured for low radial flow return velocity to said high pressure compressor , the high pressure compressor having an inlet flow area directly proportional to the outlet flow area of the low pressure compressor, and inversely proportional to the absolute temperature ratio between the high temperature air flow discharged from the low pressure compressor compared to the low temperature air flow from the intercooler passing to the inlet area of the high pressure compressor.

Please add the following dependent Claims 9-16:

1,12

9. The power producing system as defined in Claim 1, wherein the outlet duct includes a radial diffuser for reducing said air flow to said low velocity of less than approximately 200 feet per second.

10. The power producing system as defined in Claim 9, wherein said outlet duct includes a plurality of airfoil shaped vanes downstream from said radial diffuser for further diffusion of the air flow.

11. The power producing system as defined in Claim 1, wherein said return duct has a selected cross-sectional area to maintain said air flow at a velocity of less than approximately 75 feet per second.

12. The power producing system as defined in Claim 1, wherein said return duct includes one or more turning guide vanes for even flow distribution of said air flow to said high pressure compressor.

13. The power producing system as defined in Claim 1, wherein said return duct has a generally S-shaped configuration.

14. The power producing system as defined in Claim 13, further comprising:

said high pressure compressor including an outer pressurizing casing; and

said S-shaped return duct is housed substantially radially within the pressurizing casing of the high pressure compressor.

15. The power producing system as defined in Claim 13, further comprising:

said low pressure compressor including an outer pressurizing casing; and

the S-shaped return duct is housed at least partially within the low pressure compressor casing and radially interior of the outlet duct to minimize the axial length of said coaxial shafting.

16. The power producing system as defined in Claim 1, wherein the return duct is housed at least partially within the low pressure compressor to minimize the axial length of the coaxial shafting.

**STATEMENT**

Ivan G. Rice, inventor and owner of the above-identified patent, submits that a question of patentability exists with respect to Claims 1-6 based upon the prior art discussed below. A detailed explanation of the pertinency and manner of applying the art which is considered most pertinent to every claim for which reexamination is requested is provided below. Additional art which is not considered as relevant is discussed in the Information Disclosure Statement attached hereto.

**Claims 1, 2, and 9-16**

Independent Claim 1 is directed to a power producing compressor/turbine system of the twin spool type, i.e., one wherein high and low pressure compressors are driven by respective high and low pressure turbines which utilize concentric coaxial outer and inner shafting, so that speed of each compressor may be independently controlled. Claim 1 requires an externally mounted intercooler between the low pressure compressor and the high pressure compressor, with an outlet duct from the low pressure compressor to the intercooler being configured to radially expand air flow to a low velocity, and a return duct from the intercooler to the high pressure compressor being configured for low radial flow return velocity to the high pressure compressor. As amended, Claim 1 additionally recites that the inlet flow area of the high pressure compressor is directly proportional to the outlet flow area of the low pressure compressor, and is inversely proportional to the absolute temperature ratio between the high temperature air flow discharged from the low compressor compared to the low temperature air flow from the intercooler. Support for this added language is clearly provided in the specification at Col. 9, commencing at line 1. Minor amendments were also made to Claim 1 in order that the claim is easier to read. Dependent Claim 2 further recites the structure of a heat recovery boiler means and a steam turbine or vapor turbine means to form a combined cycle. Newly added dependent 9-16 are directed to further features of the invention, and particularly recite further features with respect to the outlet duct from the low pressure compressor and the return duct to the high pressure compressor.

**Claims 3-6**

Independent Claim 3 is similar to Claim 1, but recites the additional structure of a reheat combuster and a power turbine. Claim 3 has been amended in the manner similar to the amendments to Claim 1 discussed above. Claim 4-6 are each directed to additional features of the claimed invention.

**Paper, "Future Propulsion Machinery Technology For Gas Turbined Powered Frigates, Destroyers, and Cruisers", by Quandt et al. pp. 321-376**

Requester was recently informed that this paper was presented at an ASNE Symposium in 1982. Pages 337-339 are of particular interest with respect to discussion of "Far Term Engines". A diagram for a proposed intercooled/regenerative gas turbine is provided on page 338. The discussion references an article by Bowen which is discussed below.

**Article, "Regenerated Marine Gas Turbines, Part I: Cycle Selection and Performance Estimation", by Bowen and Ness, 82-GT-306, pp. 1-12.**

This article, which was published in 1982, describes various marine gas turbines. Intercooling is discussed in the first column on page 3, and a dual-spool axial compressor and power turbine are shown in Fig. 4 on that same page. Efficiency improvements due to intercooling are specifically discussed on pages 4-6. Cycle diagrams for both low-compression and high-compression intercooled, regenerative-cycle engines are illustrated in Fig. 11 and 12 on page 8. Reduction in air flow while avoiding compressor surge is discussed in the second column on page 9. The conclusions on page 12 describe the benefit of compressor intercooling for engines as a function of the engine compression ratio, and suggest incorporating variable area flow nozzles in the engine power turbine.

**Patentability of Claims 1-6 and 9-16**

The newly cited references disclose power producing compressor/turbine systems of the twin spool type, with the system including an intercooler between the low pressure compressor and the high pressure compressor. The references do not suggest, however, that the high pressure compressor have an inlet flow area proportional to the outlet flow area of the low pressure compressor, and inversely proportional to the absolute temperature ratio between the air discharged from the low pressure compressor compared to the air passing from the intercooler to the high pressure compressor. The specification at Col. 8 commencing at line 29, and particularly Col. 9, line 1 through Col. 10 line 55, describe the significant benefits which will be obtained by the power producing system of the present invention when the inlet flow area to the high pressure compressor is matched to the conditions of the air flow exiting the low pressure compressor. As explained in the specification, this matching relationship according to the present invention is governed by Boyles Law, and satisfying this relationship significantly increases the efficiency of the power producing system. Most importantly, it should be understood that recognition of Boyles Law does not inherently mean that one must size the high pressure compressor inlet flow area in

a manner which is directly proportional to the outlet flow area of the low pressure compressor, or that the inlet flow area to the high pressure compressor must be inversely proportional to the absolute temperature ratio between the high temperature air flow discharged from the low pressure compressor compared to the low temperature air flow from the intercooler passing to the inlet area of the high pressure compressor. While the advantages of this particular matching relationship are discussed in the specification at Col. 9, the Examiner should appreciate that various other factors could theoretically be changed to satisfy Boyles Law. For example, the speed of both the high and low pressure compressors could be modified, although according to the present invention, a change in the speed is not used to obtain the desired substantial matching to satisfy Boyles Law. Also, the velocity of the air flow could be changed, for example by utilizing variable stater blades, to satisfy Boyles Law, although according to the teaching of the present invention such a velocity change is not utilized to achieve the substantial matching of the air flow between the low and high pressure compressors. Such substantial matching of the low and high pressure compressors is uniquely obtained by satisfying the area and temperature relationships recited in the amended claims. Adjustments of this match may take into consideration minor changes, such as the 3% pressure drop referenced at Col. 9, line 43, or slight rotational speed or stater blade modifications. Such adjustments are not excluded by the present invention, provided the area and temperature relationships are satisfied to achieve the substantial low pressure compressor and high pressure compressor matching which is claimed. Requester submits that there is no teaching or suggestion in the newly cited references, nor in any of the references previously considered by the Examiner, that the low and high pressure compressors should be matched as a function of the relationship set forth in amended Claims 1 and 3.

Claims 2 and 4 are each effectively dependent upon Claims 1 and 3, and add the further limitation of a heat recovery boiler means and a steam or a vapor turbine means to form the combined cycle. Claim 5 depends upon Claim 4, and adds the further limitation of a condenser means for condensing steam from the heat recovery boiler means, while Claim 6 depends upon Claim 5 recites means in the intercooler communicating with the condenser means so that coolant from the intercooler is condensate from the condenser means. Newly added Claims 9-16 are each dependent directly or indirectly upon Claim 1, and are directed to further features with respect to either the outlet duct or the return duct recited in Claim 1. Applicant submits that the additional features as recited in Claims 9-16 are not suggested by the newly cited references.

**Additional Remarks**

Corrections have been made to the specification, and care was taken not to add new matter. Reference to the parent application Serial No. 572,548 filed January 20, 1984 was inadvertently omitted when the patent was published, and this reference was added.Typographical errors and awkwardly worded language have been amended. The additional phrase added to Col. 16 commencing at line 27 was in the application as originally filed, but was inadvertently not printed in the issued patent.

The two references discussed above are considered most pertinent to the claims for which Reexamination is requested. Two additional references considered less pertinent to the claims of Patent 4,896,499 are discussed in on Information Disclosure Statement submitted herewith.

The Requester/Patent owner submits that the invention as defined by the amended and newly-added claims patentable over the prior art.

Respectfully submitted,

Loren G. Helmreich
Reg. No. 29,389

Date: 3/9/92

BROWNING, BUSHMAN, ANDERSON & BROOKHART
5718 Westheimer, Suite 1800
Houston, TX 77057
(713) 266-5593

CERTIFICATE OF EXPRESS MAILING

I hereby certify that this correspondence and its attachments is being deposited by me with the United States Postal Service as Express Mail with Receipt No. [illegible] in an envelope addressed to the Commissioner of Patents and Trademarks, Washington, D.C. 20231 on March 9, 1992.
By: Michelle R. Gullickson
Michelle R. Gullickson

27