# EXHIBIT F

UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

90/002,663 03/09/92 4896499

CASAREGOLA,L

BROWNING, BUSHMAN, ANDERSON & BROOKHART
5718 WESTHEIMER, STE. 1800
HOUSTON, TX 77057

7

3402

07/15/92

# NOTICE OF INTENT TO ISSUE REEXAMINATION CERTIFICATE

1. [X] Examination has been terminated in this reexam proceeding and a Certificate will be issued in due course in view of:
   - a. [ ] Patent owner's communication filed on: ______.
   - b. [ ] Patent owner's late response filed on: ______.
   - c. [ ] Patent owner's failure to file an appropriate response to the Office action dated: ______.
   - d. [ ] Patent owner's failure to timely file an Appeal Brief. 37 C.F.R. 1.192.
   - e. [X] Other: Preliminary Amendment filed 3/9/92.

   The Reexamination Certificate will indicate the following:

   - f. Change in the Specification: [X] Yes, [ ] No
   - g. Change in the Drawings: [ ] Yes, [X] No
   - h. Status of the Claims:
     - (1) Patent claim(s) confirmed: 7, 8
     - (2) Patent claim(s) amended: 1-6
     - (3) Patent claim(s) cancelled: ______.
     - (4) New claim(s) patentable: 9-16

2. [X] Note attached statement of reasons for patentability and/or confirmation. Any comments considered necessary by patent owner regarding reasons for patentability and/or confirmation must be submitted promptly to avoid processing delays. Such submissions should be labeled: "Comments on Statement of Reasons for Patentability and/or Confirmation."

3. [X] Note attached NOTICE OF REFERENCES CITED, PTO - 892, which is a part of this communication. The listed references are considered pertinent to the claimed invention, but the claims are deemed to be patentable thereover.

4. [X] Note attached LIST OF REFERENCES CITED, PTO - 1449, which is part of this communication and serves as an acknowledgment of receipt of patent owner's prior art statement. The rererences which were considered have been initialed on the form by the examiner and the claims are deemed patentable thereover.

5. [ ] The drawing correction request filled on ______: [ ] is, [ ] is not, approved.

6. [ ] Acknowledgment is made of the claim for priority under 35 U.S.C. 119. The certified copy has: [ ] been received, [ ] not been received, [ ] been filed in Serial No. ______ filed on ______.

7. [ ] Note Examiner's Amendment (attachment).

8. [ ] Other (attachment).

cc: Requester

PTOL-469 (2-90)

## Reasons for Patentability

In a telephone conversation on or about June 25, 1992, Mr. Loren Helmreich, attorney for requester/patent owner, indicated that no statement would be filed under 37 CFR 1.530 or 1.535 and that any extension of time permitted because of the remailing of Form PTOL-471 (June 17, 1992) would be waived. A reexamination of patent claims 1-6 and new claims 9-16 was subsequently conducted and the claims were found to be allowable for the reasons set forth below.

As stated in the paper granting the Request for Reexamination, the pertinent new material supplied by Requester consists of the publication to Quandt and the publication to Bowen and Ness. After making a complete evaluation of these references, it has been concluded that they may have been applicable to original claims 1-6 of requester/owner's '499 Patent but are not applicable to amended claims 1-6 and new claims 9-16 submitted March 9, 1992. In addition to the limitations set forth in the original claims, the present claims all set forth a specific relationship between the inlet flow area of the high pressure compressor, the outlet flow area of the low pressure compressor, and the air temperatures ratio across the intercooler. The publications cited with the Request for Reexamination do not disclose such a feature. This is likewise true of most of the other available prior art cited during the

prosecution of the '499 Patent. The sole exception is the patent to Dupont et al, which illustrates an abrupt drop in flow area between compressor sections 18 and 27 located respectively upstream and downstream of intercooler 26. This arrangement however is not explained in the disclosure and appears to be merely an accommodation for the core engine bypass duct. Dupont thus does not provide any basis for modifying low pressure compressor inlet structure in the engines disclosed by Quandt and Bowen.

It is additionally noted that the present reexamination has not raised any new question with respect to the patentability of patent claims 7 and 8. These claims have thus been confirmed in their original form.

L. J. Casaregola

LOUIS J. C[illegible]
P[illegible]
ART U[illegible]

L. CASAREGOLA:lm
July 07, 1992
July 08, 1992
703-308-1027

BROWNING, BUSHMAN, ANDERSON & BROOKHART
5718 WESTHEIMER, STE. 1800
HOUSTON, TX 77057

FORM PTO-892 (REV. 3-78)

U.S. DEPARTMENT OF COMMERCE PATENT AND TRADEMARK OFFICE

SERIAL NO. 90/002665

GROUP ART UNIT 343

ATTACHMENT TO PAPER NUMBER 7

NOTICE OF REFERENCES CITED

APPLICANT(S) I. Rice

U.S. PATENT DOCUMENTS

| * | | DOCUMENT NO. | DATE | NAME | CLASS | SUB-CLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|
| X | A | 3486340 | 12/30/69 | Du Pont et al | 60 | 267 | |
| | B | | | | | | |
| | C | | | | | | |
| | D | | | | | | |
| | E | | | | | | |
| | F | | | | | | |
| | G | | | | | | |
| | H | | | | | | |
| | I | | | | | | |
| | J | | | | | | |
| | K | | | | | | |

FOREIGN PATENT DOCUMENTS

| * | | DOCUMENT NO. | DATE | COUNTRY | NAME | CLASS | SUB-CLASS | PERTINENT SHTS. DWG | PP. SPEC. |
|---|---|---|---|---|---|---|---|---|---|
| | L | | | | | | | | |
| | M | | | | | | | | |
| | N | | | | | | | | |
| | O | | | | | | | | |
| | P | | | | | | | | |
| | Q | | | | | | | | |

OTHER REFERENCES (Including Author, Title, Date, Pertinent Pages, Etc.)

| | |
|---|---|
| R | |
| S | |
| T | |
| U | |

EXAMINER [signature]

DATE 6/30/82

* A copy of this reference is not being furnished with this office action. (See Manual of Patent Examining Procedure, section 707.05 (a).)