# EXHIBIT I

# WEBSTER'S NEW UNIVERSAL UNABRIDGED DICTIONARY

DELUXE
SECOND EDITION

BASED UPON THE BROAD FOUNDATIONS LAID DOWN BY

Noah Webster

EXTENSIVELY REVISED BY THE PUBLISHER'S EDITORIAL STAFF UNDER THE GENERAL SUPERVISION OF

JEAN L. McKECHNIE

INCLUDING ETYMOLOGIES, FULL PRONUNCIATIONS, SYNONYMS, AND AN ENCYCLOPEDIC SUPPLEMENT OF GEOGRAPHICAL AND BIOGRAPHICAL DATA, SCRIPTURE PROPER NAMES, FOREIGN WORDS AND PHRASES, PRACTICAL BUSINESS MATHEMATICS, ABBREVIATIONS, TABLES OF WEIGHTS AND MEASURES, SIGNS AND SYMBOLS, AND FORMS OF ADDRESS

ILLUSTRATED THROUGHOUT

Dorset & Baber

# WEBSTER'S NEW TWENTIETH CENTURY DICTIONARY

## Second Edition

Copyright © 1983 and 1955, 1956, 1957, 1958, 1959, 1960, 1962, 1964, 1968, 1970, 1975, 1977, 1979 by Simon & Schuster, a Division of Gulf & Western Corporation
Full-Color Plates Copyright © 1972 by Simon & Schuster, a Division of Gulf & Western Corporation
All rights reserved
including the right of reproduction
in whole or in part in any form
Published by New World Dictionaries/Simon and Schuster
A Simon & Schuster Division of Gulf & Western Corporation
Simon & Schuster Building
Rockefeller Center
1230 Avenue of the Americas
New York, New York 10020
SIMON AND SCHUSTER, TREE OF KNOWLEDGE and colophon are trademarks of Simon & Schuster.

*Dictionary Editorial Offices*
*New World Dictionaries*
*850 Euclid Avenue*
*Cleveland, Ohio 44114*

Manufactured in the United States of America

K 20 19 18 17 16

Library of Congress Catalog Card Number: 83-42537

ISBN 0-671-41819-X

Previous editions of this book were published by The World Publishing Company, William Collins +World Publishing Co., Inc. and William Collins Publishers, Inc.

thought which may be used to complete a logical chain.

**cŏn·nect′ing rod**, a rod or bar connecting two or more moving parts of a machine; especially, a rod connecting the crank shaft and pistons of an automobile.

**cŏn·nec′tion**, *n.* 1. the act of joining, or state of being joined; a state of being knit or fastened together; union.
2. that which connects or unites; a tie; a bond; means of joining.
3. a relation; association; specifically, (a) the relation between things that depend on, involve, or follow each other; (b) the logical linking together of words or ideas; coherence; (c) the relation of a word, sentence, etc. to the surrounding text as it affects and influences the meaning; context; (d) relation by family ties; business, etc.
4. [*usually in pl.*] (a) a relative, especially by marriage; (b) a business associate, acquaintance, etc., especially an influential one; as, he has powerful *connections.*
5. [*usually in pl.*] the act, fact, or means of meeting buses, trains, etc., or transferring from one to another, at points along a route.
6. a group of people associated together in politics, business, worship, etc.
7. a religious sect or denomination: usually *connexion.*
8. in electricity, a circuit.
9. in telephony and telegraphy, a line of communication from one point to another.
*in connection with*; (a) together with; in conjunction with; (b) with reference to.

**cŏn·nect′ive**, *a.* connecting or serving to connect.

**cŏn·nect′ive**, *n.* something that connects; especially, a word that connects phrases, clauses, or other words, as a conjunction or relative pronoun.

**cŏn·nect′ive·ly**, *adv.* in union or conjunction; jointly.

**cŏn·nect′ive tis′sūe** (tish′ū), tissue found throughout the body, serving to bind together and support other tissues and organs: it is made up of various kinds of fibrils contained in a matrix of intercellular material.

**con·nec·tiv′i·ty**, *n.* the quality or condition of being connective.

**cŏn·nect′ŏr**, *n.* a person or thing that connects: also spelled *connecter.*

**cŏn′nẽr**, *n.* same as *cunner.*

**cŏn′nẽr**, *n.* [from ME. *cunnen*; AS. *cunnian*, to try, test, examine.] an examiner; one who inspects or tests. [Archaic.]

**cŏn′nẽr**, *n.* a lookout on shore or on shipboard.

**cŏn′nex**, *v.t.* to link together; to join. [Obs.]

**cŏn·nex′ion**, *n.* connection: chiefly British spelling.

**cŏn·nex′ive**, *a.* connective. [Obs.]

**cŏn′ning tow′ẽr**, [ppr. of *con, conn* (to direct).]
1. an armored pilothouse on the deck of a warship, used as an observation and control station.
2. in submarines, a low observation tower serving also as an entrance to the interior.



CONNING TOWER OF SUBMARINE

**cŏn·nip′tion**, *n.* [arbitrary pseudo-Latin coinage.] a fit of anger, hysteria, etc.; tantrum: also *conniption fit.* [Colloq.]

**cŏn·nīv′ănce**, *n.* [Fr. *connivence*; L. *conniventia*, connivance, from *connivere*, to wink, connive.] a conniving; passive co-operation, as by consent or pretended ignorance, especially in wrongdoing.

**cŏn·nīv′ăn·cy**, *n.* connivance. [Rare.]

**cŏn·nīve′**, *v.i.*; connived, *pt., pp.*; conniving, *ppr.* to feign ignorance of. [Obs.]

**cŏn·nīve′**, *v.i.* [L. *connivere*, to wink, wink at, overlook.]
1. to wink; to close and open the eyelids rapidly. [Obs.]
2. to pretend not to look (*at* crime, deceit, etc.), thus giving tacit consent or co-operation; pretend ignorance of another's wrongdoing.
3. to co-operate secretly (*with* someone), especially in wrongdoing; conspire.

**cŏn·nīv′en·cy**, *n.* connivance. [Obs.]

**cŏn·nīv′ent**, *a.* 1. conniving. [Obs.]
2. in biology, with the ends inclined toward each other, as wings, anthers, etc.

**cŏn·nīv′ẽr**, *n.* one who connives.

**con·noi·seūr′** (-nis-sẽr′ or -nis-sūr′), *n.* [Fr. *connaisseur*, formerly *connoisseur*; OFr. *conoisseor*, a judge, one well versed in anything, from *conoistre*; L. *cognoscere*, to know.] a person who has expert knowledge and keen discrimination in some field, especially in the fine arts or in matters of taste.

**con·nois·seūr′ship**, *n.* the skill of a connoisseur.

**cŏn′nō·tāte**, *v.t.* to connote. [Obs.]

**con·nō·tā′tion**, *n.* [L. *com-*, together, and *notare*, to mark, note.]
1. the act or process of connoting.
2. something connoted; idea suggested by or associated with a word, phrase, etc. in addition to its explicit meaning, or denotation; as, *politician* has different *connotations* from *statesman.*
3. in logic, the sum of all the attributes thought of as essential to the meaning of a term.

**con·nō′tā·tive**, *a.* connoting, or involving connotation.
*connotative term*; a term which denotes a subject and gives its attributes by implication.

**con·nō′tā·tive·ly**, *adv.* in the manner of connotation.

**cŏn·nōte′**, *v.t.*; connoted, *pt., pp.*; connoting, *ppr.* 1. to suggest or convey (associations, overtones, etc.) in addition to the explicit, or denoted, meaning; as, the word *mother* means "female parent," but it generally *connotes* love, care, tenderness, etc.
2. to imply or involve.

**cŏn·nū′bi·ăl**, *a.* [L. *connubialis*, pertaining to marriage, from *connubium*, marriage, from *com-*, together, and *nubere*, to veil, marry.]
1. of marriage or the state of being married; conjugal.
2. married.

**cŏn·nū·bi·al′i·ty**, *n.*; *pl.* **cŏn·nū·bi·al′i·ties**,
1. marriage.
2. a thing characteristic of marriage.

**con·nū·mẽr·ā′tion**, *n.* a reckoning together. [Rare.]

**con′nu·sănce**, *n.* cognizance. [Obs.]

**con′nu·sănt**, *a.* cognizant. [Obs.]

**con·nu·sor′**, *n.* cognizor. [Obs.]

**con·nū·tri′tious** (-trish′us), *a.* fed or nourished together. [Obs.]

**con′ny**, *n.* canny. [Brit. Dial.]

**cŏ′nō·dont**, *n.* [Gr. *kōnos*, a cone, and *odous*, a tooth.] any of various toothlike fossils, occurring especially in carboniferous rocks, believed to be the remains of annelids.

**cō′noid**, *n.* [Gr. *kōnoeidēs*, cone-shaped.]
1. in geometry, a solid formed by the revolution of a conic section about its axis. If the conic section is a parabola, the resulting solid is a parabolic conoid, or paraboloid; if a hyperbola, the solid is a hyperbolic conoid, or hyperboloid; if an ellipse, an elliptic conoid, a spheroid, or an ellipsoid.
2. in anatomy, the pineal gland. [Obs.]
3. anything having the form of a cone.

**cō′noid**, *a.* same as *conoidal.*

**cō·noid′ăl**, *a.* of or shaped like a cone or conoid.
*conoidal ligament*; a ligament, conical in form, which serves to protect the collarbone and to hold it in place at its distal end.

**cō·noid′ic, cō·noid′ic·ăl**, *a.* pertaining to a conoid; having the form of a conoid.

**cŏ·nom·i·nee′**, *n.* one nominated in conjunction with another; a joint nominee.

**cŏ′nō·scōpe**, *n.* [Gr. *kōnos*, a cone, and *skopein*, to view.] a kind of polariscope for the examination of crystals in converging rays of light.

**con·quad′rāte**, *v.t.* [L. *conquadratus*, pp. of *conquadrare*, to make square; *con-*, and *quadrare*, to make square.] to bring into a square.

**con·quas′sāte**, *v.t.* to shake. [Obs.]

**con·quas·sā′tion**, *n.* a shaking; an agitation. [Obs.]

**coñ′quẽr** (-kẽr), *v.t.*; conquered, *pt., pp.*; conquering, *ppr.* [ME. *conqueren*; OFr. *conquerre*, to conquer, seek after; L. *conquirere*, to seek after, procure.]
1. to subdue; to gain by force; to take possession or control of by or as by winning a war.
2. to overcome by physical, mental, or moral force; defeat; get the better of.
3. to gain or obtain by effort; as, to *conquer* freedom; to *conquer* peace. [Obs.]

**coñ′quẽr** (-kẽr), *v.i.* to win; to gain the victory.
The champions resolved to *conquer* or to die.
—Waller.

Syn.—beat, crush, defeat, discomfit, down, humble, master, overcome, overpower, overthrow, prevail over, reduce, rout, subdue, subject, subjugate, surmount, vanquish, win, worst.

**coñ′quẽr·ȧ·ble**, *a.* capable of being conquered, overcome, or subdued.

**coñ′quẽr·ȧ·ble·ness**, *n.* a state of being conquerable.

**coñ′quẽr·ess**, *n.* a woman who conquers.

**coñ′quẽr·ing·ly**, *adv.* in a conquering manner.

**coñ′quẽr·ŏr**, *n.* one who conquers.

**coñ′quest** (-kwest), *n.* [ME. *conquest*; OFr. *conquest*; L. *conquisitus*, pp. of *conquirere*, to seek for; from *con-*, and *quærere*, to seek.]
1. the act or process of conquering; the act of overcoming or vanquishing opposition by force, physical, mental, or moral; victory; subjugation.
In joys of *conquest* he resigns his breath.
—Addison.
2. that which is conquered; as, Jamaica was a valuable *conquest* for England.
3. in a feudal sense, acquisition; the acquiring of property by other means than inheritance.
4. the act of gaining or regaining by effort; as, the *conquest* of liberty or peace. [Obs.]
5. (a) a winning of someone's affection or favor; (b) a person whose affection or favor has been won.

Syn.—victory, triumph, mastery, reduction, subjugation, subjection, achievement.

**coñ′quī·ăn** (-ki-ăn), *n.* a card game like rummy, for two players.

**con·quis′tȧ·dŏr**, *n.* [Sp.] any one of the Spanish conquerors of South or Central America in the sixteenth century.

**con·sañ′guine** (-gwin), *a.* consanguineous.

**con·sañ·guin′ē·ăl** (-gwin′), *a.* consanguineous.

**con·sañ′guined**, *a.* related by blood. [Rare.]

**con·sañ·guin′ē·ous**, *a.* [L. *consanguineus*; *con-*, and *sanguis*, blood.]
1. of the same blood; related by birth; descended from the same ancestor.
2. of blood relationship.

**con·sañ·guin′i·ty**, *n.* 1. the relation or connection of persons descended from the same ancestor; blood relationship.
2. close relationship; affinity.

**con·sär·ci·nā′tion**, *n.* [L. *consarcinatus*, pp. of *consarcinare*, to patch together.] the act of patching together. [Obs.]

**con′science** (-shens), *n.* [Fr. *conscience*, from L. *conscientia*, a joint knowledge, feeling, from *conscire*, from *com-*, together with, and *scire*, to know.]
1. knowledge or feeling of right and wrong; the faculty, power, or principle of a person which decides on the lawfulness or unlawfulness of his actions, with a compulsion to do right; moral judgment that prohibits or opposes the violation of a previously recognized ethical principle.
*Conscience* is first occupied in ascertaining our duty, before we proceed to action; then in judging of our actions when performed.
—J. M. Mason.
2. consciousness; knowledge of our own actions or thoughts. [Obs.]
The sweetest cordial we receive, at last,
Is *conscience* of our virtuous actions past.
—Denham.
3. the estimate or determination of justice, honesty, etc.
What you require cannot, in *conscience*, be deferred.
—Milton.
*a matter of conscience*; a matter in which one is bound to act according to the dictates of conscience.
*conscience clause*; a clause in a law exempting certain persons from doing certain things prescribed for others, when they have religious or conscientious scruples against performing such acts, as taking oaths, rendering military service, etc.
*conscience money*; money paid to relieve one's conscience, as if to compensate for some previous fraud, or in atonement for theft, etc.
*in all conscience*; in all reason or reasonableness.

**con′scienced** (-shenst), *a.* having a conscience.

-izing or the state or condition of being externalized.

2. an externalized thing; embodiment.

**ex·tėr'năl·ize**, *v.t.*; externalized, *pt.*, *pp.*; externalizing, *ppr.* 1. to make external.

2. to regard as having external existence.

**ex·tėr'năl·ly**, *adv.* in an external manner; outwardly; on or from the outside.

**ex·ter·nāt'** (eks-ter-nä'), *n.* [Fr., a day school, from *externe*, a day scholar.] a day school.

**ex·tėr'nīze**, *v.t.*; externized, *pt.*, *pp.*; externizing, *ppr.* same as *externalize.*

**ex·tėr·nō·mē'di·ăn**, **ex·tėr·nō·mē'di·ăl**, *a.* [L. *externus*, outward, and *medius*, middle.] in entomology, exterior to the central line or plane.

**ex''tėr·ō·cep'tive**, *a.* [L. *exter*, on the outside; and *-o*, and *receptive*.] designating, of, or affected by stimuli from outside the body, as in touching, seeing, smelling, tasting, etc.

**ex''tėr·ō·cep'tŏr**, *n.* [Mod. L.] a sense organ or sensory receptor that responds to exteroceptive stimuli.

**ex·tėr·rā'nē·ous**, *a.* [LL. *exterraneus*, of another country; L. *ex*, out, and *terra*, country.] foreign; coming from abroad.

**ex''ter·ri·tō'ri·ăl**, *a.* [L. *ex*, out, and *territorium*, territory.] outside the territorial limits or jurisdiction of the country, state, etc.; extraterritorial.

**ex''ter·ri·tō·ri·al'i·ty**, *n.* in law, the condition of being exempt from the laws of the land in which one resides.

**ex·tėr'sion**, *n.* [L. *extersus*, pp. of *extergere*, to wipe off, to wipe dry; *ex*, out, and *tergere*, to wipe.] the act of wiping or rubbing out.

**ex·till'**, *v.i.* to drop or distill from. [Obs.]

**ex·til·lā'tion**, *n.* the act of distilling from, or falling from in drops. [Obs.]

**ex·tim'ū·lāte**, *v.t.* to stimulate. [Obs.]

**ex·tim·ū·lā'tion**, *n.* stimulation. [Obs.]

**ex·tinct'**, *a.* [L. *extinctus*, *exstinctus*, pp. of *extinguere*, *exstinguere*, to put out, destroy.]

1. extinguished; put out; quenched.

Her weapons blunted, and *extinct* her fires. —Pope.

2. being at an end; having no living descendant; no longer in existence; as, an *extinct* law; the enmity is *extinct*.

**ex·tinct'**, *v.t.* to put out; to destroy. [Obs.]

**ex·tinc'tion**, *n.* 1. the act of extinguishing or the state of being extinguished.

2. the fact or state of being or becoming extinct; dying out, as of a race, species of animal, etc.

3. a putting an end to; a coming to an end; destruction; annihilation; as, the *extinction* of a race; the *extinction* of a feud.

**ex·tinc'tive**, *a.* serving or tending to extinguish.

**ex'tine**, *n.* [from L. *exterus*, outside, and *-ine*.] in botany, the outer coat of the pollen grain.

**ex·tin'guish** (-tin'gwish), *v.t.*; extinguished (-gwisht), *pt.*, *pp.*; extinguishing, *ppr.* [L. *extinguere*, to put out, quench; *ex*, out, and *stinguere*, to quench.]

1. to put out; to quench; to suffocate; as, to *extinguish* fire or flame.

2. to destroy; to put an end to; to cause to die; to wipe out; as, to *extinguish* desire or hope; to *extinguish* a claim or title.

3. to obscure by superior splendor; to eclipse.

4. in law, to nullify.

Syn.—abolish, destroy, extirpate, eradicate, kill, quench, annihilate.

**ex·tin'guish·ȧ·ble**, *a.* capable of being extinguished.

**ex·tin'guish·ẽr**, *n.* one who or that which extinguishes; especially, (a) a hollow cone, usually of metal, to be put over the flame of a candle or lamp to extinguish it; (b) any of various kinds of apparatus for extinguishing a fire by spraying chemical liquids, powders, etc.

**ex·tin'guish·ment**, *n.* the act of putting out or quenching; extinction.

**ex·tirp'**, *v.t.* to extirpate. [Obs.]

**ex·tir'pȧ·ble**, *a.* capable of being extirpated.

**ex·tir'pāte**, *v.t.*; extirpated, *pt.*, *pp.*; extirpating, *ppr.* [L. *extirpatus*, *exstirpatus*, pp. of *extirpare*, *exstirpare*, to root out, eradicate; *ex*, out, and *stirps*, the lower part of a tree, the root.] to pull or pluck up by the roots; to root out; hence, to destroy totally; to exterminate; to abolish; as, to *extirpate* weeds from a field; to *extirpate* a sect.

Syn.—uproot, exterminate, destroy, eradicate, annihilate, abolish.

**ex·tir·pā'tion**, *n.* [L. *extirpatio* (*-onis*), *exstirpatio* (*-onis*), from *extirpare*, *exstirpare*, to root out, extirpate.] the act of extirpating or the state of being extirpated; total destruction.

**ex'tir·pā·tive**, *a.* pertaining to or causing extirpation.

**ex'tir·pā·tŏr**, *n.* one who or that which extirpates.

**ex·tir'pȧ·tō·ry**, *a.* extirpative.

**ex·tir'pẽr**, *n.* an extirpator. [Obs.]

**ex·tis'pex**, *n.*; *pl.* **ex·tis'pi·cēs**, [L., from *exta*, the nobler entrails, and *specere*, to view.] same as *haruspex*.

**ex·ti·spi'cious** (-spish'us), *a.* relating to the inspection of entrails in order to prognosticate. [Obs.]

**ex·tog'e·nous**, *a.* same as *exogenous*.

**ex·tol'**, **ex·toll'** (or -tōl'), *v.t.*; extolled, *pt.*, *pp.*; extolling, *ppr.* [OFr. *extoller*; L. *extollere*, to raise up; lift up; *ex*, out, up, and *tollere*, to raise.]

1. to raise aloft; to set on high; to elevate. [Obs.]

2. to praise highly; to laud; to eulogize; as, to *extol* virtues, noble exploits, and heroism.

*Extol* him that rideth upon the heavens by his name Jah. —Ps. lxviii. 4.

Syn.—laud, praise, applaud, commend, magnify, celebrate, glorify.

**ex·tol'lẽr**, *n.* one who extols; a praiser or eulogist.

**ex·tol'ment**, **ex·toll'ment**, *n.* [OFr. *extollement*, from *extoller*, to raise.] the act of extolling; eulogy.

**ex·tor'sive**, *a.* [L. *extortus*, pp. of *extorquere*, to twist or turn out; *ex*, out, and *torquere*, to turn, twist.] serving to extort; tending to draw from by compulsion. [Rare.]

**ex·tor'sive·ly**, *adv.* in an extorsive manner; by extortion. [Rare.]

**ex·tort'**, *v.t.*; extorted, *pt.*, *pp.*; extorting, *ppr.* [L. *extortus*, pp. of *extorquere*, to twist or turn out; *ex*, out, and *torquere*, to twist.] to draw from by force or compulsion; to wrest or wring from by physical force, violence, threats, misuse of authority, or by any illegal means; to exact (money, etc.) *from*; as, conquerors *extort* contributions *from* the vanquished.

**ex·tort'**, *v.i.* to practice extortion. [Obs.]

**ex·tort'**, *a.* extortionate. [Obs.]

**ex·tort'ẽr**, *n.* one who extorts or practices extortion.

**ex·tor'tion**, *n.* [ME. *extorcioun*; LL. *extorsio* (*-onis*), a wrenching away, from L. *extortus*, pp. of *extorquere*, to wrench away.]

1. the act of extorting; the act or practice of wresting money, etc. from a person by force, threats, misuse of authority, or by any undue exercise of power: sometimes applied to the exaction of too high a price.

2. anything extorted.

Syn.—exaction, overcharge.

**ex·tor'tion·ȧ·ry**, *a.* pertaining to or implying extortion.

**ex·tor'tion·āte**, *a.* 1. characterized by, or having the nature of, extortion.

2. excessive, exorbitant; as, an *extortionate* price.

**ex·tor'tion·ẽr**, **ex·tor'tion·ist**, *n.* one who is guilty of extortion.

**ex·tor'tion·ous**, *a.* extortionate. [Obs.]

**ex·tor'tious**, *a.* extortionate. [Obs.]

**ex·tor'tious·ly**, *adv.* in an extortionate manner. [Obs.]

**ex·trȧ-**, [L. *exter*, *exterus*, on the outside.] a prefix signifying *outside*, *outside the scope or region of*, *beyond*, *more than*, *besides*, used to form adjectives such as *extraordinary*.

**ex'trȧ**, *a.* [from *extraordinary*; also from L. *extra*, additional, extra, from *extra*, *adv.*, more than, outside.] more, larger, or better than what is stipulated, normal, expected, necessary, or usual; additional; supplementary; as, *extra* compensation, an *extra* edition.

**ex'trȧ**, *n.* an extra person or thing; specifically, (a) [*often in pl.*] an additional charge; (b) a special edition of a newspaper, put out between regular editions to cover news of unusual interest or importance; (c) something of unusually good quality; (d) an extra worker; (e) in cricket, a run not made from a hit, as a bye; (f) in motion pictures, an actor hired by the day to play a minor part, as a member of a mob scene, etc.

**ex'trȧ**, *adv.* beyond the usual standard; especially; extraordinarily; unusually; as, you did *extra* well.

**ex'trȧ-ax'il·lȧ·ry**, **ex'trȧ-ax'il·lăr**, *a.* in botany, growing from above or below the axils; as, an *extra-axillary* bud.

**ex'trȧ-bōld'**, *n.* in printing, a style of type heavier than boldface.

**ex·trȧ·bran'chi·ăl**, *a.* [*extra-*, and Gr. *branchia*, gills.] in anatomy, not located within the branchial arches: said of the cartilages of certain fishes.

**ex''trȧ·cȧ·lic'ū·lăr**, *a.* [*extra-*, and L. *calyx*, the calyx.] situated outside the calyculus of a coelenterate.

**ex''trȧ·cȧ·non'ic·ăl**, *a.* not included among the canonical writings.

**ex·trȧ·cap'sū·lăr**, **ex·trȧ·cap'sū·lȧ·ry**, *a.* in anatomy, situated outside a capsule; specifically, of or pertaining to the extracapsularium.

**ex''trȧ·cap·sū·lā'ri·um**, *n.*; *pl.* **ex''trȧ·cap·sū·lā'ri·ȧ**, [L., from *extra*, beyond, and *capsula*, capsule.] in zoology, that part of a radiolarian which is situated outside of the central capsule.

**ex·trȧ·cel'lū·lăr**, *a.* [*extra-*, and L. *cella*, a cell.]

1. placed outside a cell.

2. in physiology, existent, developed, or acting outside organic cells; as, *extracellular* digestion.

**ex''trȧ-con·densed'**, *a.* in printing, designating a style of type narrower than condensed.

**ex·tract'**, *v.t.*; extracted, *pt.*, *pp.*; extracting, *ppr.* [L. *extractus*, pp. of *extrahere*, to draw or drag out; *ex*, out, and *trahere*, to draw.]

1. to draw out by effort; to pull out; as, to *extract* a tooth; to *extract* a promise from a person.

2. to draw out, as the juices or essence of a substance, by distilling, pressing, or other means; as, to *extract* juice from fruit.

3. to obtain as if by drawing out; to deduce; to derive; to manage to get; as, to *extract* knowledge from a chance acquaintance; to *extract* pleasure from work.

4. to take out or select a part of; to copy out (a passage from a book, etc.).

I have *extracted* out of that pamphlet a few notorious falsehoods. —Swift.

5. in mathematics, to find out (the root of a number or quantity).

**ex'tract**, *n.* 1. that which is extracted or drawn from something.

2. a passage taken from a book or writing; a quotation; an excerpt.

3. a concentrated form, whether solid, viscid, or liquid, of a food, flavoring, etc.; as, vanilla *extract*.

4. in pharmacy, the substance obtained by treating a drug with some solvent, as ether or alcohol, and then evaporating the preparation.

5. in old chemistry, a principle once supposed to form the basis of all vegetable extracts: called also the *extractive principle*.

6. extraction; descent. [Obs.]

7. in Scots law, a copy, authenticated by the proper officer, of a deed, writing, or other entry, the principal of which is in a public record.

*compound extract*; in pharmacy, an extract containing the essence of more than one drug.

*fluid extract*; in pharmacy, a liquid preparation whose volume is equal to a measure of distilled water weighing the same as the amount of drug used.

**ex·tract'ȧ·ble**, **ex·tract'i·ble**, *a.* capable of being extracted.

**ex·tract'i·form**, *a.* [L. *extractus*, pp. of *extrahere*, to draw out, and *forma*, form.] in chemistry, having the characteristics of an extract.

**ex·trac'tion**, *n.* [L. *extractus*, pp. of *extrahere*, to draw out, extract.]

1. an extracting or a being extracted; as, the *extraction* of a tooth; the *extraction* of a bullet from the body.

2. descent; lineage; derivation of persons from a stock or family; as, he is of French *extraction*.

3. that which is extracted; essence; extract.

**ex·tract'ive**, *a.* 1. capable of being extracted.

2. tending or serving to extract.

3. of the nature of an extract; extracted.

**ex·tract'ive**, *n.* 1. an extract.

2. an extractive substance.

3. in chemistry, any one of various substances, such as creatin and xanthin, found in minute quantities in animal tissue.

4. in pharmacy, that portion of an extract which during evaporation becomes insoluble.

**ex·tract'ŏr**, *n.* [L., from *extractus*, pp. of *extrahere*, to extract.]

1. one who or that which extracts.

2. an evaporator.

3. in surgery, a forceps for extracting substances from the human body.

4. the part of a breech-loading gun that withdraws the cartridge case from the chamber.