# EXHIBIT J

# WEBSTER'S Ninth New Collegiate Dictionary

Copyright © 1984 by Merriam-Webster Inc.

Philippines Copyright 1984 by Merriam-Webster Inc.

Library of Congress Cataloging in Publication Data
Main entry under title:

Webster's ninth new collegiate dictionary.

Based on Webster's third new international dictionary.
Includes index.
1. English language—Dictionaries. I. Merriam-Webster Inc.
PE1628.W5638 1984 423 83-19499
ISBN 0-87779-508-8
ISBN 0-87779-509-6 (indexed)
ISBN 0-87779-510-X (deluxe)

Webster's Ninth New Collegiate Dictionary principal copyright 1983

COLLEGIATE trademark Reg. U.S. Pat. Off.

All rights reserved. No part of this work covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

8RMcN84

[redacted]



true — **con·junc·tion·al** \-shnəl, -shən-ᵊl\ *adj* — **con·junc·tion·al·ly** \-ē\ *adv*

**con·junc·ti·va** \,kän-,jəŋ(k)-'tī-və, kən-\ *n, pl* **-vas** *or* **-vae** \-(,)vē\ [NL, fr. LL, fem. of *conjunctivus* conjoining, fr. L *conjunctus*] (14c) : the mucous membrane that lines the inner surface of the eyelids and is continued over the forepart of the eyeball — see EYE illustration — **con·junc·ti·val** \-vəl\ *adj*

**con·junc·tive** \kən-'jəŋ(k)-tiv\ *adj* (1581) **1** : CONNECTIVE **2** : CONJUNCT, CONJOINED **3** : being or functioning like a conjunction **4** : COPULATIVE 1a — **conjunctive** *n* — **con·junc·tive·ly** *adv*

**con·junc·ti·vi·tis** \kən-,jəŋ(k)-ti-'vīt-əs\ *n* (1835) : inflammation of the conjunctiva

**con·junc·ture** \kən-'jəŋ(k)-chər\ *n* (1605) **1** : CONJUNCTION, UNION **2** : a combination of circumstances or events usu. producing a crisis : JUNCTURE

**con·ju·ra·tion** \,kän-jü-'rā-shən, ,kən-\ *n* (14c) **1** : the act or process of conjuring : INCANTATION **2** : an expression or trick used in conjuring **3** : a solemn appeal : ADJURATION

**con·jure** *vt 2 & vi senses* 'kän-jər *also* 'kən-; *vt 1* kən-'jü(ə)r\ *vb* **con·jured; con·jur·ing** \'känj-(ə-)riŋ, 'kənj-; kən-'jü(ə)r-iŋ\ [ME *conjuren*, fr. OF *conjurer*, fr. L *conjurare* to swear together, fr. *com-* + *jurare* to swear — more at JURY] *vt* (13c) **1** : to charge or entreat earnestly or solemnly **2 a** : to summon by invocation or incantation **b** (1) : to affect or effect by or as if by magic (2) : IMAGINE, CONTRIVE — often used with *up* ⟨we ~ up our own metaphors for our own needs —R. J. Kaufmann⟩ ~ *vi* **1 a** : to summon a devil or spirit by invocation or incantation **b** : to practice magical arts **2** : to use a conjurer's tricks : JUGGLE

**con·jur·er** *or* **con·ju·ror** \'kän-jər-ər, 'kən-\ *n* (14c) **1** : one that practices magic arts : WIZARD **2** : one that performs feats of sleight of hand and illusion : MAGICIAN, JUGGLER

[1]**conk** \'käŋk, 'kȯŋk\ *vt* [slang *conk* (head); prob. alter. of *conch*] (1821) : to hit esp. on the head : KNOCK OUT

[2]**conk** *n* [prob. alter. of *conch*] (1847) : the visible fruiting body of a tree fungus; *also* : decay caused by such a fungus — **conky** \-ē\ *adj*

[3]**conk** *vi* [prob. imit.] (1918) **1** : BREAK DOWN; *esp* : STALL — usu. used with *out* ⟨the motor suddenly ~*ed* out⟩ **2 a** : FAINT **b** : to go to sleep — usu. used with *off* or *out* ⟨~*ed* out for a while after lunch⟩ **c** : DIE ⟨I caught pneumonia. I almost ~*ed* —Truman Capote⟩

[4]**conk** *vt* [prob. by shortening & alter. fr. *congolene* (a hydrocarbon produced from Congo copal and used for straightening hair)] (1950) : to straighten out (hair) usu. by the use of chemicals

[5]**conk** *n* (1964) : a hairstyle in which the hair is straightened out and flattened down or lightly waved — called also *process*

**conk·er** \'käŋ-kər\ *n* [*conch* + *-er*; fr. the original use of a snail shell on a string in the game] (1877) **1** *pl* : a game popular in England in which each player swings a horse chestnut on a string to try to break one held by his opponent **2** : a horse chestnut esp. when used in conkers

**con mo·to** \kän-'mō-(,)tō, kōn-\ *adv* [It] (ca. 1891) : with movement : in a spirited manner — used as a direction in music

[1]**conn** \'kän\ *vt* [alter. of ME *condien* to conduct, fr. MF *conduire*, fr. L *conducere*] (1626) : to conduct or direct the steering of (as a ship)

[2]**conn** *n* (1810) : the control exercised by one who conns a ship

**con·nate** \kä-'nāt, 'kän-,āt\ *adj* [LL *connatus*, pp. of *connasci* to be born together, fr. L *com-* + *nasci* to be born — more at NATION] (1641) **1** : AKIN, CONGENIAL **2** : INNATE, INBORN **3** : congenitally or firmly united ⟨~ leaves⟩ **4** : born or originated together **5** : entrapped in sediments at the time of their deposition ⟨~ water⟩ — **con·nate·ly** *adv*

**con·nat·u·ral** \kä-'nach-(ə-)rəl, kə-\ *adj* [ML *connaturalis*, fr. L *com-* + *naturalis* natural] (1592) **1** : connected by nature : INBORN **2** : of the same nature — **con·nat·u·ral·i·ty** \-,nach-ə-'ral-ət-ē\ *n* — **con·nat·u·ral·ly** \-'nach-(ə-)rə-lē\ *adv*

**con·nect** \kə-'nekt\ *vb* [ME *connecten*, fr. L *conectere*, *connectere*, fr. *com-* + *nectere* to bind; akin to L *nodus* knot — more at NET] *vi* (15c) **1** : to become joined ⟨the two rooms ~ by a hallway⟩ ⟨ideas that ~ easily to form a theory⟩ **2** : to make a successful hit, shot, or throw ⟨~*ed* for a home run⟩ ⟨~*ed* on 60 percent of his shots —*N.Y. Times*⟩ **3** : to have or establish a rapport ⟨tried to ~ with the younger generation⟩ ~ *vt* **1** : to join or fasten together usu. by something intervening **2** : to place or establish in relationship *syn* see JOIN — **con·nect·able** *also* **con·nect·ible** \-'nek-tə-bəl\ *adj* — **con·nec·tor** *also* **con·nect·er** \-'nek-tər\ *n*

**con·nect·ed** *adj* (1712) **1** : joined or linked together **2** : having the parts or elements logically linked together ⟨presented a thoroughly ~ view of the problem⟩ **3** : related by blood or marriage **4** : having a social, professional, or commercial relationship **5** *of a set* : having the property that any two of its points can be joined by a line completely contained in the set; *also* : incapable of being separated into two or more closed disjoint subsets — **con·nect·ed·ly** *adv* — **con·nect·ed·ness** *n*

**connecting rod** *n* (1839) : a rod that transmits power from one rotating part of a machine to another in reciprocating motion

**con·nec·tion** \kə-'nek-shən\ *n* [L *connexion-*, *connexio*, fr. *conexus*, pp. of *conectere*] (14c) **1** : the act of connecting : the state of being connected: as **a** : causal or logical relation or sequence ⟨the ~ between two ideas⟩ **b** : contextual relations or associations ⟨in this ~ the word has a different meaning⟩ **c** : a relation of personal intimacy (as of family ties) **d** : COHERENCE, CONTINUITY **2 a** : something that connects : LINK ⟨a loose ~ in the wiring⟩ **b** : a means of communication or transport **3** : a person connected with others esp. by marriage, kinship, or common interest ⟨has powerful ~*s* in high places⟩ **4** : a social, professional, or commercial relationship: as **a** : POSITION, JOB **b** : an arrangement to execute orders or advance interests of another ⟨a firm's foreign ~*s*⟩ **c** : a source of contraband (as illegal drugs) **5** : a set of persons associated together: as **a** : DENOMINATION **b** : CLAN — **con·nec·tion·al** \-shnəl, -shən-ᵊl\ *adj*

[1]**con·nec·tive** \kə-'nek-tiv\ *adj* (1655) : serving to connect — **con·nec·tive·ly** *adv*

[2]**connective** *n* (1751) : something that connects: as **a** : a linguistic form that connects words or word groups **b** : the tissue connecting the pollen sacs of an anther **c** : a logical term (as *or*, *if-then*, *and*, *not*) or a symbol for it that relates propositions in such a way that the truth or falsity of the resulting statement is determined by the truth or falsity of the components

**connective tissue** *n* (1846) : a tissue of mesodermal origin rich in intercellular substance or interlacing processes with little tendency for the cells to come together in sheets or masses; *specif* : connective tissue of stellate or spindle-shaped cells with interlacing processes that pervades, supports, and binds together other tissues and forms ligaments, tendons, and aponeuroses

**con·nec·tiv·i·ty** \(,)kä-,nek-'tiv-ət-ē, kə-\ *n, pl* **-ties** (1893) : the quality or state of being connective or connected ⟨~ of a surface⟩

**con·nex·ion** \kə-'nek-shən\ *chiefly Brit var of* CONNECTION

**conning tower** *n* (1870) **1** : an armored pilothouse (as on a battleship) **2** : a raised cylindrical structure on the deck of an early submarine used esp. for navigation and attack direction

**con·nip·tion** \kə-'nip-shən\ *n* [origin unknown] (1833) : a fit of rage, hysteria, or alarm

**con·niv·ance** \kə-'nī-vən(t)s\ *n* (1611) : the act of conniving; *esp* : knowledge of and active or passive consent to wrongdoing

**con·nive** \kə-'nīv\ *vi* **con·nived; con·niv·ing** [F or L; F *conniver*, fr. L *conivēre*, *connivēre* to close the eyes, connive, fr. *com-* + *-nivēre* (akin to *nictare* to wink); akin to OE & OHG *hnīgan* to bow, L *nicere* to beckon] (1602) **1** : to pretend ignorance of or fail to take action against something one ought to oppose **2 a** : to be indulgent or in secret sympathy : WINK **b** : to cooperate secretly or have a secret understanding **3** : CONSPIRE, INTRIGUE — **con·niv·er** *n*

**con·ni·vent** \-'nī-vənt\ *adj* [L *conivent-*, *conivens*, prp. of *conivēre*] (1757) : converging but not fused ⟨~ stamens⟩

**con·nois·seur** \,kän-ə-'sər *also* -'sü(ə)r\ *n* [obs. F (now *connaisseur*), fr. OF *connoisseor*, fr. *connoistre* to know, fr. L *cognoscere* — more at COGNITION] (1714) **1** : EXPERT; *esp* : one who understands the details, technique, or principles of an art and is competent to act as a critical judge **2** : one who enjoys with discrimination and appreciation of subtleties ⟨a ~ of fine wines⟩ — **con·nois·seur·ship** \-,ship\ *n*

**con·no·ta·tion** \,kän-ə-'tā-shən\ *n* (1532) **1 a** : something suggested by a word or thing : IMPLICATION ⟨the ~*s* of comfort that surrounded that old chair⟩ **b** : the suggesting of a meaning by a word apart from the thing it explicitly names or describes **2** : the signification of something ⟨that abuse of logic which consists in moving counters about as if they were known entities with a fixed ~ —W. R. Inge⟩ **3** : an essential property or group of properties of a thing named by a term in logic — compare DENOTATION — **con·no·ta·tion·al** \-shnəl, -shən-ᵊl\ *adj*

**con·no·ta·tive** \'kän-ə-,tāt-iv, kə-'nōt-ət-iv\ *adj* (1614) **1** : connoting or tending to connote **2** : relating to connotation — **con·no·ta·tive·ly** *adv*

**con·note** \kə-'nōt, kä-\ *vt* **con·not·ed; con·not·ing** [ML *connotare*, fr. L *com-* + *notare* to note] (1665) **1** : to be associated with or inseparable from as a consequence or concomitant ⟨the remorse so often *connoted* by guilt⟩ **2 a** : to convey in addition to exact explicit meaning ⟨all the misery that poverty ~*s*⟩ **b** : to imply as a logical connotation

**con·nu·bi·al** \kə-'n(y)ü-bē-əl\ *adj* [L *conubialis*, fr. *conubium*, *connubium* marriage, fr. *com-* + *nubere* to marry — more at NUPTIAL] (ca. 1656) : of or relating to the married state : CONJUGAL — **con·nu·bi·al·ism** \-bē-ə-,liz-əm\ *n* — **con·nu·bi·al·i·ty** \-,n(y)ü-bē-'al-ət-ē\ *n* — **con·nu·bi·al·ly** \-'n(y)ü-bē-ə-lē\ *adv*

**co·no·dont** \'kō-nə-,dänt\ *n* [ISV *con-* (fr. Gk *kōnos* cone) + *-odont*] (1859) : a Paleozoic fossil that may consist of the teeth of an extinct cyclostome or more probably the remains of an invertebrate

**co·noid** \'kō-,nȯid\ *or* **co·noi·dal** \kō-'nȯid-ᵊl\ *adj* (1668) : shaped like or nearly like a cone ⟨~ shells⟩ ⟨~ pottery⟩ — **conoid** *n*

**con·quer** \'käŋ-kər\ *vb* **con·quered; con·quer·ing** \-k(ə-)riŋ\ [ME *conqueren* to acquire, conquer, fr. OF *conquerre*, fr. (assumed) VL *conquaerere*, fr. L *conquirere* to search for, collect, fr. *com-* + *quaerere* to ask, search] *vt* (13c) **1** : to gain or acquire by force of arms : SUBJUGATE **2** : to overcome by force of arms : VANQUISH **3** : to gain mastery over or win by overcoming obstacles or opposition ⟨~*ed* the mountain⟩ **4** : to overcome by mental or moral power : SURMOUNT ⟨~*ed* her fear⟩ ~ *vi* : to be victorious — **con·quer·or** \-kər-ər\ *n*

*syn* CONQUER, VANQUISH, DEFEAT, SUBDUE, REDUCE, OVERCOME, OVERTHROW mean to get the better of by force or strategy. CONQUER implies gaining mastery of; VANQUISH implies a complete overpowering; DEFEAT does not imply the finality or completeness of VANQUISH which it otherwise equals; SUBDUE implies a defeating and suppression; REDUCE implies a forcing to capitulate or surrender; OVERCOME suggests getting the better of with difficulty or after hard struggle; OVERTHROW stresses the bringing down or destruction of enemy power.

**con·quest** \'kän-,kwest, 'käŋ-; 'käŋ-kwəst\ *n* [ME, fr. MF, fr. (assumed) VL *conquaesitus*, alter. of L *conquisitus*, pp. of *conquirere*] (14c) **1** : the act or process of conquering **2 a** : something conquered; *esp* : territory appropriated in war **b** : a person whose favor or hand has been won

**con·qui·an** \'käŋ-kē-ən\ *n* [MexSp *conquián* — more at COONCAN] (1889) : a card game for two played with 40 cards from which all games of rummy developed

**con·quis·ta·dor** \kōŋ-'kēs-tə-,dō(ə)r, kän-'k(w)is-, kən-\ *n, pl* **con·quis·ta·do·res** \(,)kōŋ-,kēs-tə-'dōr-ēz, -'dōr-, -ās, -'dōr-, (,)kän-,k(w)is-, kən-\ *or* **con·quis·ta·dors** [Sp, deriv. of L *conquirere*] (1830) : one that conquers; *specif* : a leader in the Spanish conquest of America and esp. of Mexico and Peru in the 16th century

**con·san·guine** \kän-'saŋ-gwən, kən-\ *adj* (1610) : CONSANGUINEOUS

**con·san·guin·e·ous** \,kän-,san-'gwin-ē-əs, -,saŋ-\ *adj* [L *consanguineus*, fr. *com-* + *sanguin-*, *sanguis* blood — more at SANGUINE] (1601) : of the same blood or origin; *specif* : descended from the same ancestor — **con·san·guin·e·ous·ly** *adv*

**con·san·guin·i·ty** \-'gwin-ət-ē\ *n, pl* **-ties** (14c) **1** : the quality or state of being consanguineous **2** : a close relation or connection

**con·science** \'kän-chən(t)s\ *n* [ME, fr. OF, fr. L *conscientia*, fr. *conscient-*, *consciens*, prp. of *conscire* to be conscious, be conscious of guilt, fr. *com-* + *scire* to know — more at SCIENCE] (13c) **1 a** : the sense or consciousness of the moral goodness or blameworthiness of one's own conduct, intentions, or character together with a feeling of obligation to do right or be good **b** : a faculty, power, or principle enjoining good acts **c** : the part of the superego in psychoanalysis that transmits commands and admonitions to the ego **2** *archaic* : CONSCIOUSNESS **3** : conformity to the dictates of conscience : CONSCIENTIOUSNESS **4** : sensitive regard for fairness or justice : SCRUPLE — **con·science·less** \-ləs\ *adj* — **in all conscience** *or* **in conscience** : in all fairness

**conscience money** *n* (1848) : m
the conscience by restoring wha
**con·sci·en·tious** \,kän-chē-'en-ch
forming to the dictates of con
vant⟩ **2** : METICULOUS, CAREF
**con·sci·en·tious·ly** *adv* — **con·sc**
**conscientious objection** *n* (191
grounds (as to service in the arm
**conscientious objector** *n* (1899)
forces or bear arms on the grou
**con·scio·na·ble** \'känch-(ə-)nə-t
: CONSCIENTIOUS
[1]**con·scious** \'kän-chəs\ *adj* [L c
**1** *archaic* : sharing another's
state or outward fact **2** : perc
degree of controlled thought
guilt⟩ **4** : capable of or marke
**5** : SELF-CONSCIOUS **6** : havir
faintness, or stupor : AWAKE ⟨
**7** : done or acting with critical
same mistakes⟩ **8 a** : likely
gain-*conscious* shopper⟩ **b** : t
*conscious* businessman⟩ **c** : r
race-*conscious* society⟩ *syn* se
[2]**conscious** *n* (1919) : CONSCIOU
**con·scious·ness** \'kän-chə-snəs\
being aware esp. of something
being conscious of an external
: concern for some social or p
acterized by sensation, emotio
totality of conscious states of
conscious life **5** : the upper l
aware as contrasted with unco
**consciousness–raising** *n* (1971
esp. of some social or political
**con·scribe** \kən-'skrīb\ *vt* co
(1613) **1** : LIMIT, CIRCUMSCR
his intentions —*Times Lit. Su*
[1]**con·script** \'kän-,skript\ *adj* [
enroll, fr. *com-* + *scribere* to
rolled into service by comp
scripted persons
[2]**conscript** *n* (1800) : a conscri
[3]**con·script** \kən-'skript\ *vt* (18
: DRAFT ⟨was ~*ed* into the ar
**con·scrip·tion** \kən-'skrip-shə
persons esp. for military servi
[1]**con·se·crate** \'kän(t)-sə-,krāt\
: HALLOWED
[2]**consecrate** *vt* **-crat·ed; -crat·i**
of *consecrare*, fr. *com-* + *sacr*
**1** : to induct (a person) into
: to ordain to the office of b
*esp* : to devote irrevocably
mony **b** : to effect the lit
bread and wine⟩ **c** : to de
solemnity or dedication **3**
ples *consecrated* by the weig
**cra·tive** \-,krāt-iv\ *adj* — **co**
\'kän(t)-si-krə-,tōr-ē, -,tȯr-\
**con·se·cra·tion** \,kän(t)-sə-'kr
consecrating **2** : the state
Communion rite in which th
**con·se·cu·tion** \,kän(t)-si-'kyi
*consecutus*, pp. of *consequi*
(1532) : SEQUENCE
**con·sec·u·tive** \kən-'sek-(y)ət
other in order : SUCCESSIVE
**ness** *n*
**con·sen·su·al** \kən-'sench-(ə-
(1754) **1** : existing or mad
ing ⟨a ~ contract⟩ **2** : rel
response of an eye that is co
— **con·sen·su·al·ly** \-ē\ *adv*
**con·sen·sus** \kən-'sen(t)-səs\
*sentire*] (1861) **1** : group
: general agreement : UNA
reports that had drifted bac
judgment arrived at by mo
don the project⟩
*usage* The phrase *consensu*
(see sense 2a; the sense t
been so often claimed as
rare in edited prose. Sense
far outstripped it in frequ
tributive use esp. in the ph
[1]**con·sent** \kən-'sent\ *vi* [MI
*tire* to feel — more at SE
: AGREE **2** *archaic* : to be
ASSENT — **con·sent·ing·ly** \
[2]**consent** *n* (14c) **1** : compl
posed by another : ACQUI
the advice and ~ of the S
**2** : agreement as to action
a people to organize a civ
ment — **con·sent·er** *n*
**con·sen·ta·ne·ous** \,kän(t)-s
fr. *consentire* to agree] (1
: done or made by the con
**consent decree** *n* (1925) :
agreement between parties
**con·se·quence** \'kän(t)-sə-,k
sion derived through logi

[redacted]



**ex·ten·sion·al** \ik-'stench-nəl, -'sten-chən-ᵊl\ *adj* (1647) **1** : of, relating to, or marked by *extension*; *specif* : DENOTATIVE **2** : concerned with objective reality — **ex·ten·sion·al·i·ty** \-,sten-chə-'nal-ət-ē\ *n* — **ex·ten·sion·al·ly** \-'stench-nə-lē, -'sten-chən-ᵊl-ē\ *adv*
**extension cord** *n* (1946) : an electric cord fitted with a plug at one end and a receptacle at the other
**ex·ten·si·ty** \ik-'sten(t)-sət-ē\ *n, pl* **-ties** (1834) **1 a** : the quality of having *extension* **b** : degree of extension : RANGE **2** : an attribute of sensation whereby space or size is perceived
**ex·ten·sive** \ik-'sten(t)-siv\ *adj* (1605) **1** : EXTENSIONAL **2** : having wide or considerable extent ⟨~ reading⟩ **3** : of, relating to, or constituting farming in which large areas of land are utilized with minimum outlay and labor — **ex·ten·sive·ly** *adv* — **ex·ten·sive·ness** *n*
**ex·ten·som·e·ter** \,ek-,sten-'säm-ət-ər\ *n* [*extension* + *-o-* + *-meter*] (1887) : an instrument for measuring minute deformations of test specimens caused by tension, compression, bending, or twisting
**ex·ten·sor** \ik-'sten(t)-sər\ *n* (1713) : a muscle serving to extend a bodily part (as a limb)
**ex·tent** \ik-'stent\ *n* [ME, fr. AF & MF; AF *extente* land valuation, fr. MF, area, surveying of land, fr. *extendre* to extend] (14c) **1** *archaic* : valuation (as of land) in Great Britain esp. for taxation **2 a** : seizure (as of land) in execution of a writ of extent in Great Britain : the condition of being so seized **b** : a writ giving to a creditor temporary possession of his debtor's property **3 a** : the range over which something extends : SCOPE ⟨the ~ of his authority⟩ **b** : the point, degree, or limit to which something extends ⟨using talents to the greatest ~⟩ **c** : the amount of space or surface that something occupies or the distance over which it extends : MAGNITUDE ⟨the ~ of the forest⟩
**ex·ten·u·ate** \ik-'sten-yə-,wāt\ *vt* **-at·ed**; **-at·ing** [L *extenuatus*, pp. of *extenuare*, fr. *ex-* + *tenuis* thin — more at THIN] (1529) **1 a** *archaic* : to make light of **b** : to lessen or to try to lessen the seriousness or extent of by making partial excuses : MITIGATE **c** *obs* : DISPARAGE **2 a** *archaic* : to make thin or emaciated **b** : to lessen the strength or effect of — **ex·ten·u·a·tor** \-,wāt-ər\ *n* — **ex·ten·u·a·to·ry** \-wə-,tōr-ē, -,tȯr-\ *adj*
**ex·ten·u·a·tion** \ik-,sten-yə-'wā-shən\ *n* (1542) **1** : the act of extenuating or state of being extenuated; *esp* : partial justification **2** : something extenuating; *esp* : a partial excuse
**¹ex·te·ri·or** \ek-'stir-ē-ər\ *adj* [L, compar. of *exter*, *exterus* being on the outside, foreign, fr. *ex*] (1528) **1** : being on an outside surface : situated on the outside **2** : observable by outward signs ⟨his ~ quietness is belied by an occasional nervous twitch —*Current Biog.*⟩ **3** : suitable for use on outside surfaces — **ex·te·ri·or·ly** *adv*
**²exterior** *n* (1591) **1 a** : an exterior part or surface : OUTSIDE **b** : outward manner or appearance **2** : a representation (as on stage or film) of an outdoor scene
**exterior angle** *n* (1890) **1** : the angle between a side of a polygon and an extended adjacent side **2** : an angle formed by a transversal as it cuts one of two lines and situated on the outside of the line




*ega, agb, fhc, fhd* exterior angle 2

**ex·te·ri·or·i·ty** \(,)ek-,stir-ē-'ȯr-ət-ē, -'är-\ *n* (1611) : the quality or state of being exterior or exteriorized : EXTERNALITY
**ex·te·ri·or·ize** \ek-'stir-ē-ə-,rīz\ *vt* **-ized**; **-iz·ing** (1879) **1** : EXTERNALIZE **2** : to bring out of the body (as for surgery) — **ex·te·ri·or·iza·tion** \-,stir-ē-ə-rə-'zā-shən\ *n*
**ex·ter·mi·nate** \ik-'stər-mə-,nāt\ *vt* **-nat·ed**; **-nat·ing** [L *exterminatus*, pp. of *exterminare*, fr. *ex-* + *terminus* boundary — more at TERM] (1591) : to get rid of completely usu. by killing off ⟨~ crabgrass from a lawn⟩ — **ex·ter·mi·na·tion** \-,stər-mə-'nā-shən\ *n* — **ex·ter·mi·na·tor** \-'stər-mə-,nāt-ər\ *n*
*syn* EXTERMINATE, EXTIRPATE, ERADICATE, UPROOT mean to effect the destruction or abolition of something. EXTERMINATE implies complete and immediate extinction by killing off all individuals; EXTIRPATE implies extinction of a race, family, species, or sometimes an idea or doctrine by destruction or removal of its means of propagation; ERADICATE implies the driving out or elimination of something that has established itself; UPROOT implies a forcible or violent removal and stresses displacement or dislodgment rather than immediate destruction.
**ex·ter·mi·na·to·ry** \ik-'stər-m(ə-)nə-,tōr-ē, -,tȯr-\ *adj* (1790) : of, relating to, or marked by extermination
**ex·ter·mine** \ik-'stər-mən\ *vt* **-mined**; **-min·ing** *obs* (1539) : EXTERMINATE
**¹ex·tern** \ek-'stərn, 'ek-,\ *adj* [MF or L; MF *externe*, fr. L *externus*] *archaic* (1533) : EXTERNAL
**²ex·tern** *also* **ex·terne** \'ek-,stərn\ *n* (1610) : a person connected with an institution but not living or boarding in it; *specif* : a nonresident doctor or medical student at a hospital
**¹ex·ter·nal** \ek-'stərn-ᵊl\ *adj* [L *externus* external, fr. *exter*] (1556) **1 a** : capable of being perceived outwardly ⟨~ signs of a disease⟩ ⟨~ reality⟩ **b** (1) : having merely the outward appearance of something : SUPERFICIAL (2) : not intrinsic or essential ⟨~ circumstances⟩ **2 a** : of, relating to, or connected with the outside or an outer part **b** : applied or applicable to the outside **3 a** (1) : situated outside, apart, or beyond; *specif* : situated near or toward the surface of the body (2) : arising or acting from outside ⟨~ force⟩ **b** : of or relating to dealings or relationships with foreign countries **c** : having existence independent of the mind ⟨~ reality⟩ — **ex·ter·nal·ly** \-ᵊl-ē\ *adv*
**²external** *n* (1600) : something that is external: as **a** *archaic* : an outer part **b** : an external feature or aspect — usu. used in pl. ⟨the ~s of religion⟩
**external–combustion engine** *n* (1915) : a heat engine (as a steam engine) that derives its heat from fuel consumed outside the engine cylinder
**external degree** *n* (1928) : a degree conferred on a student who has not attended the university but has passed the qualifying examination
**ex·ter·nal·ism** \ek-'stərn-ᵊl-,iz-əm\ *n* (1856) **1** : EXTERNALITY **1 2** : attention to externals; *esp* : excessive preoccupation with externals
**ex·ter·nal·i·ty** \,ek-,stər-'nal-ət-ē\ *n, pl* **-ties** (1673) **1** : the quality or state of being external or externalized **2** : something that is external **3** : a secondary or unexpected consequence ⟨increased air pollution was one ~ of the new design⟩

**ex·ter·nal·iza·tion** \ek-,stərn-ᵊl-ə-'zā-shən\ *n* (1803) **1 a** : the action or process of externalizing **b** : the quality or state of being externalized **2** : something externalized : EMBODIMENT
**ex·ter·nal·ize** \ek-'stərn-ᵊl-,īz\ *vt* **-ized**; **-iz·ing** (1852) **1** : to make external or externally manifest : EMBODY **2** : to attribute *to* causes outside the self : RATIONALIZE ⟨~ his failure⟩
**external respiration** *n* (1940) : exchange of gases between the external environment and a distributing system of the animal body (as the lungs of higher vertebrates or the tracheal tubes of insects) or between the alveoli of the lungs and the blood — compare INTERNAL RESPIRATION
**ex·tern·ship** \'ek-,stərn-,ship\ *n* [*external* + *-ship* (as in *internship*)] (1945) : a training program that is part of a course of study of an educational institution and is taken in private business
**ex·tero·cep·tive** \,ek-stə-rō-'sep-tiv\ *adj* [L *exter* + E *-o-* + *-ceptive* (as in *receptive*)] (ca. 1921) : activated by, relating to, or being stimuli received by an organism *from* outside
**ex·tero·cep·tor** \-tər\ *n* [NL, fr. L *exter* + NL *-o-* + *-ceptor* (as in *receptor*)] (1906) : a sense organ excited by exteroceptive stimuli
**ex·ter·ri·to·ri·al** \,ek-,ster-ə-'tōr-ē-əl, -'tȯr-\ *adj* (ca. 1880) : EXTRATERRITORIAL — **ex·ter·ri·to·ri·al·i·ty** \-,tōr-ē-'al-ət-ē, -,tȯr-\ *n*
**¹ex·tinct** \ik-'stiŋ(k)t, 'ek-,\ *adj* [ME, fr. L *exstinctus*, pp. of *exstinguere*] (15c) **1 a** : no longer burning **b** : no longer active ⟨an ~ volcano⟩ **2** : no longer existing ⟨an ~ animal⟩ **3 a** : gone out of use : SUPERSEDED **b** : having no qualified claimant ⟨an ~ title⟩
**²extinct** *vt, archaic* (15c) : EXTINGUISH
**ex·tinc·tion** \ik-'stiŋ(k)-shən\ *n* (15c) **1** : the act of making extinct or causing to be extinguished **2** : the condition or fact of being extinct or extinguished; *also* : the process of becoming extinct ⟨~ of a species⟩ **3** : the process of eliminating or reducing a conditioned response by not reinforcing it
**ex·tinc·tive** \ik-'stiŋ(k)-tiv\ *adj* (1600) : tending or serving to extinguish or make extinct
**ex·tin·guish** \ik-'stiŋ-(g)wish\ *vt* [L *exstinguere* (fr. *ex-* + *stinguere* to extinguish) + E *-ish* (as in *abolish*); akin to L *instigare* to incite — more at STICK] (1551) **1 a** : to cause to cease burning : QUENCH **b** (1) : to bring to an end : make an end of ⟨hope for their safety was slowly ~*ed*⟩ (2) : to reduce to silence or ineffectiveness **c** : to cause extinction of (a conditioned response) **d** : to dim the brightness of : ECLIPSE **2 a** : to cause to be void : NULLIFY ⟨~ a claim⟩ **b** : to get rid of usu. by payment ⟨~ a debt⟩ — **ex·tin·guish·able** \-ə-bəl\ *adj* — **ex·tin·guish·er** \-ər\ *n* — **ex·tin·guish·ment** \-mənt\ *n*
**ex·tir·pate** \'ek-stər-,pāt\ *vt* **-pat·ed**; **-pat·ing** [L *exstirpatus*, pp. of *exstirpare*, fr. *ex-* + *stirp-*, *stirps* trunk, root — more at TORPID] (1539) **1 a** : to pull up by the root **b** : to destroy completely : WIPE OUT **2** : to cut out by surgery *syn* see EXTERMINATE — **ex·tir·pa·tion** \,ek-stər-'pā-shən\ *n* — **ex·tir·pa·tor** \'ek-stər-,pāt-ər\ *n*
**ex·tol** *also* **ex·toll** \ik-'stōl\ *vt* **ex·tolled**; **ex·tol·ling** [ME *extollen*, fr. L *extollere*, fr. *ex-* + *tollere* to lift up — more at TOLERATE] (15c) : to praise highly : GLORIFY — **ex·tol·ler** *n* — **ex·tol·ment** \-'stōl-mənt\ *n*
**ex·tor·sion** \ek-'stȯr-shən, 'ek-,\ *n* (1899) : outward rotation (as of a body part) about an axis or fixed point
**ex·tort** \ik-'stȯ(ə)rt\ *vt* [L *extortus*, pp. of *extorquēre* to wrench out, extort, fr. *ex-* + *torquēre* to twist — more at TORTURE] (1529) : to obtain from a person by force, intimidation, or undue or illegal power : WRING; *also* : to gain esp. by ingenuity or compelling argument *syn* see EDUCE — **ex·tort·er** *n* — **ex·tor·tive** \-'stȯrt-iv\ *adj*
**ex·tor·tion** \ik-'stȯr-shən\ *n* (14c) **1** : the act or practice of extorting esp. money or other property; *specif* : the offense committed by an official engaging in such practice **2** : something extorted; *esp* : a gross overcharge — **ex·tor·tion·er** \-sh(ə-)nər\ *n* — **ex·tor·tion·ist** \-sh(ə-)nəst\ *n*
**ex·tor·tion·ary** \-shə-,ner-ē\ *adj, archaic* (1805) : EXTORTIONATE 1
**ex·tor·tion·ate** \ik-'stȯr-sh(ə-)nət\ *adj* (1789) **1** : characterized by extortion **2** : EXCESSIVE, EXORBITANT — **ex·tor·tion·ate·ly** *adv*
**¹ex·tra** \'ek-strə\ *adj* [prob. short for *extraordinary*] (1776) **1 a** : more than is due, usual, or necessary : ADDITIONAL ⟨~ work⟩ **b** : subject to an additional charge ⟨room service is ~⟩ **2** : SUPERIOR ⟨~ quality⟩
**²extra** *n* (ca. 1793) **1** : something extra or additional: as **a** : an added charge **b** : a special edition of a newspaper **c** : an additional worker; *specif* : one hired to act in a group scene in a motion picture or stage production **2** : something of superior quality or grade
**³extra** *adv* (1823) : beyond the usual size, extent, or degree ⟨~ large⟩
**extra-** *prefix* [ME, fr. L, fr. *extra*, adv. & prep., outside, except, beyond, fr. *exter* being on the outside — more at EXTERIOR] : outside : beyond ⟨*extra*judicial⟩
**extra–base hit** *n* (ca. 1949) : a hit in baseball that lets the batter reach more than one base
**ex·tra·cel·lu·lar** \,ek-strə-'sel-yə-lər\ *adj* (1867) : situated or occurring outside a cell or the cells of the body ⟨~ digestion⟩ ⟨~ enzymes⟩ — **ex·tra·cel·lu·lar·ly** *adv*
**ex·tra·chro·mo·som·al** \-,krō-mə-'sō-məl, -'zō-\ *adj* (1940) : situated or controlled by factors outside the chromosome ⟨~ inheritance⟩
**ex·tra·cor·po·re·al** \-kȯr-'pōr-ē-əl, -'pȯr-\ *adj* (1865) : occurring or based outside the living body ⟨heart surgery employing ~ circulation⟩ — **ex·tra·cor·po·re·al·ly** \-ē-ə-lē\ *adv*
**ex·tra·cra·ni·al** \-'krā-nē-əl\ *adj* (1887) : situated or occurring outside the cranium
**¹ex·tract** \ik-'strakt, *oftenest in sense 5* 'ek-,\ *vt* [ME *extracten*, fr. L *extractus*, pp. of *extrahere*, fr. *ex-* + *trahere* to draw — more at DRAW] (15c) **1 a** : to draw forth (as by research) ⟨~ data⟩ **b** : to pull or take out forcibly ⟨~*ed* a wisdom tooth⟩ **c** : to obtain by much effort from someone unwilling ⟨~*ed* a confession⟩ **2** : to withdraw (as a juice or fraction) by physical or chemical process; *also* : to treat with a solvent so as to remove a soluble substance **3** : to separate (a metal) from an ore **4** : to determine (a mathematical root) by calculation **5** : to select (excerpts) and copy out or cite *syn* see EDUCE — **ex·tract·abil·i·ty** \ik-,strak-tə-'bil-ət-ē, (,)ek-\ *n* — **ex·tract·able** \ik-'strak-tə-bəl, 'ek-,\ *adj*
**²ex·tract** \'ek-,strakt\ *n* (15c) **1** : a selection from a writing or discourse : EXCERPT **2** : a product (as an essence or concentrate) prepared by extracting; *esp* : a solution (as in alcohol) of essential constituents of a complex material (as meat or an aromatic plant)
**ex·trac·tion** \ik-'strak-shən\ *n* (15c) **1** : the act or process of extracting something **2** : ANCESTRY, ORIGIN **3** : something extracted

**¹ex·trac·tive** \ik-'strak-tiv, 'ek-,\ *adj* (15
involving extraction ⟨~ processes⟩ **b** :
withdrawal of natural resources by ex
replenishment ⟨~ agriculture⟩ **2** : ca
trac·tive·ly *adv*
**²extractive** *n* (1844) : something extracte
**ex·trac·tor** \ik-'strak-tər\ *n* (1611) : one
anism in a firearm that dislodges a spent
**ex·tra·cur·ric·u·lar** \,ek-strə-kə-'rik-yə-lə
within the scope of a regular curriculu
cially or semiofficially approved and u
(as athletics) connected with school a
credit **2 a** : lying outside one's regul
MARITAL — **extracurricular** *n*
**ex·tra·dit·able** \'ek-strə-,dīt-ə-bəl\ *adj* (
extradition **2** : making liable to extrad
**ex·tra·dite** \'ek-strə-,dīt\ *vt* **-dit·ed**; **-dit·**
*tion*] (1864) **1** : to deliver up to extrac
tion of
**ex·tra·di·tion** \,ek-strə-'dish-ən\ *n* [F, fr
of handing over — more at TRADITIO
alleged criminal usu. under the provisi
state or other authority to another havi
**ex·tra·dos** \'ek-strə-,däs, -,dō; ek-'strā-,d
or **ex·tra·dos·es** \-,däs-əz\ [F, fr. L *extr*
SIER] (1772) : the exterior curve of an a
**ex·tra·ga·lac·tic** \,ek-strə-gə-'lak-tik\ *ad*
from outside the Milky Way
**ex·tra·he·pat·ic** \-hi-'pat-ik\ *adj* (1926)
the liver
**ex·tra·ju·di·cial** \-jü-'dish-əl\ *adj* (1630)
of regular legal proceedings ⟨an ~ in
out legal authority : PRIVATE 2a(2)
: done in contravention of due proces
tra·ju·di·cial·ly \-'dish-(ə-)lē\ *adv*
**ex·tra·le·gal** \,ek-strə-'lē-gəl\ *adj* (1644
law — **ex·tra·le·gal·ly** \-gə-lē\ *adv*
**ex·tra·lim·it·al** \-'lim-ət-ᵊl\ *adj* (1874)
used of kinds of organisms (as species
**ex·tra·lin·guis·tic** \-liŋ-'gwis-tik\ *adj* (1
of linguistics — **ex·tra·lin·guis·ti·cal·l**
**ex·tra·lit·er·ary** \-'lit-ə-,rer-ē\ *adj* (194
ature
**ex·tral·i·ty** \ek-'stral-ət-ē\ *n* [by contr
ITY
**ex·tra·mar·i·tal** \,ek-strə-'mar-ət-ᵊl\ *ad*
ried person's sexual intercourse wi
: ADULTEROUS
**ex·tra·mun·dane** \,ek-strə-,mən-'dān,
fr. L *extra* + *mundus* the world] (1
region beyond the material world
**ex·tra·mu·ral** \-'myür-əl\ *adj* (1854)
or beyond the walls, boundaries, or
medical care provided by hospital p
ing to, or taking part in extension c
ly \-ə-lē\ *adv*
**ex·tra·mu·si·cal** \-'myü-zi-kəl\ *adj* (19
music
**ex·tra·ne·ous** \ek-'strā-nē-əs\ *adj* [L
(1638) **1** : existing on or coming fr
an essential or vital part ⟨an ~ sce
**b** : having no relevance ⟨~ points
: being a number obtained in solvin
of the equation ⟨~ roots⟩ *syn* see
**ex·tra·ne·ous·ness** *n*
**ex·tra·nu·cle·ar** \,ek-strə-'n(y)ü-klē-ə
ated in or affecting the parts of a
PLASMIC **2** : situated outside the nu
**ex·tra·oc·u·lar muscle** \,ek-strə-'äk-y
voluntary muscles that pass betw
control the movement of the eyeball
**ex·traor·di·nary** \ik-'strȯrd-ᵊn-,er-ē,
*narie*, fr. L *extraordinarius*, fr. *extr*
*ordinem*, acc. of *ordin-*, *ordo* order]
usual, regular, or customary ⟨~
marked extent : REMARKABLE ⟨~ b
a special function or service ⟨an a
\ik-,strȯrd-ᵊn-'er-ə-lē, ,ek-strə-,ȯrd-
'strȯrd-ᵊn-,er-ē-nəs, ,ek-strə-'ȯrd-\
**extra point** *n* (ca. 1949) : a point ga
**ex·trap·o·late** \ik-'strap-ə-,lāt\ *vb* -l
*-polate* (as in *interpolate*) — more
(values of a variable in an unobse
already observed interval **2 a** :
data or experience) into an area
arrive at a usu. conjectural knowl
ent trends to construct an image
jecting past experience or know
issue from known public reaction
or process of extrapolating — ex
**ex·trap·o·la·tive** \-'strap-ə-,lāt-iv\
**ex·tra·py·ra·mi·dal** \,ek-strə-pə-'ra
: situated outside of and esp. inv
than the pyramidal tracts
**ex·tra·sen·so·ry** \,ek-strə-'sen(t)s-(ə
outside the ordinary senses ⟨insta
**ex·tra·sys·to·le** \-'sis-tə-(,)lē\ *n* [NI
the chambers of the heart that lea
**¹ex·tra·ter·res·tri·al** \-tə-'res-trē-əl,
or existing outside the earth or
relating to extraterrestrial space ⟨
**²extraterrestrial** *n* (1921) : an extr
**ex·tra·ter·ri·to·ri·al** \-,ter-ə-'tōr-ē-
ing place outside the territorial li