# EXHIBIT K

# Physics

## For Students of Science and Engineering

PART I

*New York · London · John Wiley & Sons, Inc.*

0( 29



ROBERT RESNICK

*Professor of Physics*

*Rensselaer Polytechnic Institute*

DAVID HALLIDAY

*Professor of Physics*

*University of Pittsburgh*

FIFTH PRINTING, DECEMBER, 1962
Copyright © 1960 by John Wiley & Sons, Inc.

All rights reserved. This book or any part thereof must not be reproduced in any form without the written permission of the publisher.

Library of Congress Catalog Card Number: 60-6455
Printed in the United States of America

05.22

In the kinetic theory of gases Newtonian mechanics is extended down to the atomic scale. Here we have a microscopic theory which predicts correctly a great many macroscopically observed quantities. Of course, in applying Newtonian ideas we could not hope to obtain useful results by trying to specify the position and velocity of every particle in a gas. Instead, we use a statistical method and deduce mean values of various quantities. For it is the mean values, rather than the individual values of the gas particles' properties, which we observe and measure experimentally.

## 23–2 Equation of State of an Ideal Gas

It is found from experiment that all gases behave essentially in the same way provided their densities are not too high. That is, if the temperatures are not too low and the pressures are not too high, all real gases show the same simple behavior. This suggests the concept of an *ideal gas*, one that will have this simple behavior under *all* conditions. Let us first deduce the ideal gas law. We shall then seek to interpret it on a microscopic scale with the aid of the kinetic theory of gases.

Methods exist for measuring the pressure $p$, the volume $V$, the temperature $T$, and the mass $m$ of a gas. We call $V/m$ the specific volume. Consider now experiments carried out on a gas at low density. Such experiments lead to the result that at a constant temperature the pressure of a gas is inversely proportional to its specific volume (Boyle's law); and that the product of the pressure and the specific volume is directly proportional to the temperature (Charles' law). These experimental results can be summarized by the relation

$$p\frac{V}{m} = rT \tag{23-1}$$

where $r$ is a constant of proportionality whose value depends on the specific gas being investigated.

When we compare the values of $r$ for various gases, we find from experiment that $r$ is inversely proportional to the molecular weight $M$ of the gas. That is, we find that $r = R/M$, where $R$ is a constant of proportionality, the *same* for all gases. Hence, $R$ is not specific to a particular gas but is a *universal* constant. We can therefore rewrite Eq. 23–1 as

$$p\frac{V}{m} = \frac{R}{M}T$$

or

$$pV = \frac{m}{M}RT.$$

It must be pointed out that the molecular weight $M$ has no dimension but is only a number. From elementary chemistry we know that the molecular weight of a molecule is the ratio of the mass of that molecule to $\frac{1}{16}$ the mass of an oxygen atom. In this respect, molecular weight is a misnomer.

In chemistry it is convenient to define a new unit of mass. One "gram molecule" or "mole" is defined as the mass of that number of grams to which

the molecular weight is numerically equal, that is, $M$ grams. Hence, the number of grams contained in 1 mole is adapted individually to each substance. The mass in moles is commonly expressed as $n$ so that if $m$ is the mass of a gas in grams, then $n$ (moles) equals $m$ (grams)$/M$.

Hence, our previous formula takes on the familiar form

$$pV = nRT \tag{23-2}$$

when the mass of the gas is expressed as $n$ moles. The numerical value of the universal gas constant $R$ is found to be

$$R = 8.314 \text{ joule/(mole)(K°)} = 1.986 \text{ cal/(mole)(K°)}$$

We see that the volume per mole of a gas depends only on the pressure and temperature (that is, $V/n = RT/p$) and not on the nature of the gas. Under standard conditions ($p = 1$ atm and $T = 273$°K) the volume occupied by 1 mole of any gas is 22.4 liters.

The behavior of real gases conforms closely to Eq. 23-2 under a wide range of conditions and begins to deviate from it only as gas densities become higher. We shall consider this effect in Chapter 24. However, an ideal gas is assumed to behave according to Eq. 23-2 under all circumstances. Therefore, the relation

$$pV = nRT$$

is called the *equation of state* of an ideal gas and can be taken as the definition of an ideal gas on the macroscopic scale.

► **Example 1.** A cylinder contains oxygen gas at a temperature of 20°C and a pressure of 15 atm in a volume of 100 liters. A fitted piston is lowered into the cylinder, decreasing the volume occupied by the gas to 80 liters and raising the temperature to 25°C. What then is the gas pressure?

We can write Eq. 23-2 as

$$p\frac{V}{T} = nR.$$

Since the amount of gas is unchanged, $nR$ is constant and we have

$$\frac{p_1V_1}{T_1} = \frac{p_2V_2}{T_2}.$$

Our initial conditions are

$$p_1 = 15 \text{ atm}, \qquad T_1 = 293\text{°K}, \qquad V_1 = 100 \text{ liters}.$$

Our final conditions are

$$p_2 = ?, \qquad T_2 = 298\text{°K}, \qquad V_2 = 80 \text{ liters}.$$

Hence,

$$p_2 = \left(\frac{T_2}{V_2}\right)\left(\frac{p_1V_1}{T_1}\right) = \left(\frac{298\text{°K}}{80 \text{ liters}}\right)\left(\frac{15 \text{ atm} \times 100 \text{ liters}}{293\text{°K}}\right) = 19 \text{ atm}.$$

**Example 2.** Calculate the work done by 1 mole of an ideal gas which expands isothermally, that is, at constant temperature, from an initial volume $V_i$ to a final volume $V_f$.