RI ... UTILIT

Form PTO-436 (Rev. 8/78)

4592204

| SERIAL NUMBER | PATENT DATE | PATENT NUMBER |
|---|---|---|
| 572548 | JUN 03 1986 | 4592204 |

| SERIAL NUMBER | FILING DATE | CLASS | SUBCLASS | GROUP ART UNIT | EXAMINER |
|---|---|---|---|---|---|
| 06/572,548 | 01/20/84 | 060 | 39.01 | 343 | |

APPLICANTS: IVAN G. RICE, SPRING, TX.

**CONTINUING DATA************************

VERIFIED

| | | | |
|---|---|---|---|
| THIS APPLN IS A CIP OF | 06/047,571 06/11/79 | PAT | 4,314,442 |
| AND A CIP OF | 06/224,496 01/13/81 | PAT | 4,438,625 |
| WHICH IS A DIV OF | 05/954,838 10/26/78 | PAT | 4,272,953 |
| AND A CIP OF | 06/274,660 06/17/81 | PAT | 4,384,452 |
| WHICH IS A DIV OF | 06/047,571 06/11/79 | PAT | 4,314,442 |
| AND A CIP OF | 06/416,171 09/09/82 | ABN | |
| AND A CIP OF | 06/416,172 09/09/82 | ABN | |
| AND A CIP OF | 06/416,173 09/09/82 | Allowed | |
| AND A CIP OF | 06/416,275 09/09/82 | PAT | |
| AND A CIP OF | 06/486,334 04/19/83 | PAT | |
| AND A CIP OF | 06/486,336 04/19/83 | Allowed | |
| AND A CIP OF | 06/486,495 04/19/83 | PAT | |

**FOREIGN/PCT APPLICATIONS************

VERIFIED

--------

FOREIGN FILING LICENSE GRANTED 02/16/84 ***** SMALL ENTITY *****

| Foreign priority claimed / 35 USC 119 conditions met | yes / no | AS FILED | STATE OR COUNTRY | SHEETS DRWGS. | TOTAL CLAIMS | INDEP. CLAIMS | FILING FEE RECEIVED | ATTORNEY'S DOCKET NO. |
|---|---|---|---|---|---|---|---|---|
| Verified and Acknowledged — Examiner's Initials: LAC | no | | TX | 7 | 51 | 2 | $355.00 | N/R/C |

IVAN G. RICE
P.O. BOX 233
SPRING, TX 77373

~~Stuart D. Frenkel~~
~~P.O. Box 1426~~
~~Springfield, Va. 22151~~

Ivan G. Rice
P.O. Box 233
Spring, TX

COMPRESSION INTERCOOLED HIGH CYCLE PRESSURE RATIO GAS GENERATOR COMBINED CYCLES

U.S. DEPT. of COMM.-Pat. & TM Office — PTO-436L (rev. 10-78)

PARTS OF APPLICATION FILED SEPARATELY

PREPARED FOR ISSUE

(Assistant Examiner)

AT ALLOWANCE

| FIGURES DRWGS. | CLAIMS | CLASS | SUBCLASS |
|---|---|---|---|
| 17 | 21 | 60 | 39.161 |

EXAMINED AND PASSED FOR ISSUE

LAC LOUIS J. CASAREGOLA EXAMINER ART UNIT 343

(Primary Examiner)

Estimate of printed pages

Drawing(s) Spec(s)

1593

Notice of allowance and

Date mailed 10/11/85

RETENTION LABEL

11251

COMPRESSION INTERCOOLED HIGH CYCLE PRESSURE RATIO

GAS GENERATOR FOR COMBINED CYCLES

CROSS REFERENCE TO RELATED APPLICATIONS

This application is a Continuation-in-Part of United States Application Serial Number 047,571, filed June 11, 1979, now U. S. Patent 4,314,442.

This application is also a Continuation-in-Part of United States Application Serial Number 224,496, filed January 13, 1981 (Pat. No. 4,438,625), which is a Division of United States Application Serial Number ~~954,832,~~ 954,838 filed October 26, 1978, now U. S. Patent 4,272,953.

This application is also a Continuation-in-Part of United States Application Serial Number 274,660, filed June 17, 1981, now U.S. Patent 4,384,452, which is a division of U. S. Application 047,571, filed June 11, 1979, now U. S. Patent 4,314,442.

This application is also a Continuation-in-Part of the four United States Application Serial Numbers, 416,171 (Abandoned), 416,172 (Abandoned), 416,173 (Allowed) and 416,275 (Pat. No. 4,507,914), filed September 9, 1982, with each of these being a Continuation-in-Part of the heretofore above stated U.S. Applications and U. S. Patents.

This application is likewise a Continuation-in-Part of the three United States Application Serial Numbers, 486,334 (Pat. No. 4,545,187), 486,336 (Allowed) and 486,495 (Pat. No. 4,543,781), filed April 19, 1983, with each of these being a Continuation-in-Part of the heretofore above stated U.S. Applications and U. S. Patents.

02/15/84 572548 3 201 150.00 CK
02/15/84 572548 3 203 155.00 CK
02/15/84 572548 3 204 50.00 CK

COMPRESSION INTERCOOLED HIGH CYCLE PRESSURE RATIO GAS GENERATOR FOR COMBINED CYCLES

BACKGROUND OF THE INVENTION

This invention relates to an open-cycle compression-intercooled gas generator operating at high cycle pressure ratios of 35 to 65 atmospheres. The said gas generator exhausts hot gas at relatively high velocity and pressure to a diffuser where a majority of the velocity pressure is converted to static pressure. The converted gas then is reheated in a reheat combustor before being expanded through a power turbine to produce mechanical work, generally considered to be electrical power.

The air is intercooled at a particular and specific pressure to minimize the overall combined cycle efficiency degradation when said gas generator, diffuser, reheat combustor and power turbine are operating in conjunction with a heat recovery boiler and a steam or vapor turbine. The boiler can evaporate water, ammonia, freon or some other liquid or a mixture thereof to form superheated vapor for expansion through a vapor turbine such as a steam turbine. A combined cycle is accordingly formed whereby the overall combined cycle efficiency can range from 50 to 65% (LHV) depending upon the gas generator and power turbine inlet temperatures and the bottoming steam or vapor cycle selected.

An integral single-bodied gas generator with a coaxial shafting arrangement for driving the low pressure and high-pressure compressor sections with intercooling connections is made possible whereby gas generators such as the GE LM5000, RR RB211, P&WA JT9 and subsequent third-generation gas generators expected to be developed from the NASA $E^3$ (Energy Efficient Engine) aircraft gas turbine program can be applied through proper modifications. The advantage of quick installation and removal of aeroderivative gas generators can be retained.

A pressure retaining casing arrangement around the high pressure portion of said gas generator, that is the high

pressure compressor, the combustor and the turbine section, is provided to contain the higher than normal pressure of said gas generator. The GE LM5000 operates at a cycle pressure ratio of about 30 and the new engines to be derived from the $E^3$ program will operate at pressure ratios of about 38 atmospheres. The gas generator of this invention would operate at pressures of 35 to 65 atmospheres, but preferably at about 50. The pressure-retaining casing makes it possible to adapt light-weight aero-derivative gas generators with light-weight casings for the higher pressure levels of this invention without exceeding safe blow-out casing pressures.

The reheat-gas-turbine combined cycle is being seriously considered as a way to obtain a higher combined-cycle efficiency than otherwise obtainable from the simple-cycle gas turbine. The Japanese Government is well along in testing its 122 MW compression-intercooled reheat gas turbine and field-test results will be made available in mid-1984.

The Japanese reheat-gas-turbine configuration incorporates compression intercooling to accomplish a projected 55 percent (LHV) combined-cycle efficiency. Intercooling is done at about a 4.85 ratio by direct-contact condensate spray water. The intercooling of my invention takes place at a much lower and specific pressure with an optimum ratio range of about 2.0 to 2.5 and uses condensate and cooling-tower, lake, river or sea water as the coolant in a primary closed loop and an open or closed secondary loop. Ammonia or a mixture of ammonia and water can also be used as the intercooler coolant where a dry-type atmospheric cooling system is employed. Direct-contact water-spray cooling can also be used.

Studies of the non-intercooled reheat-gas-turbine combined cycle show that such an arrangement will produce the highest combined-cycle efficiency for any given gas generator and reheat-turbine inlet temperatures. However, the non-intercooled gas generator is limited to about 40 atmospheres primarily due to the high compressor discharge temperatures associated with the high compressor pressure. My invention

makes it possible to exceed the 40 atmospheres and provide a lower compressor-discharge temperature needed for said gas generator combustor-liner cooling and $NO_x$ control.

Industrializing the $E^3$ engine gas generators, considered to be the third generation of aircraft engines, is inevitable based on past history, and adapting them for intercooling can be accomplished using the basic engine designs coming from the $E^3$ program and applying the process principles and design features of this invention. Adaptation of the $E^3$ engine such as the Pratt and Whitney Aircarft 2037 and 4000 series engines as well as similar engines by General Electric and Rolls Royce being readied for aircraft service can be applied.

In U.S. Patent No. 4,272,953 applicant has disclosed that second generation, high-cycle pressure ratio, high-firing temperature gas generators can be used in the reheat gas turbine/steam turbine combined cycle to yield increased efficiency and output heretofore unexpected from reheat-gas-turbine combined cycles. A novel reheat gas turbine without intercooling combined with a steam turbine is further disclosed in applicant's pending application, U.S. Serial Number 224,496 filed January 13, 1981. In this pending application the reheat gas turbine comprises a juxtaposed and axially aligned gas generator and power turbine in which gas flow through the gas generator, reheat combustor and power turbine is substantially linear throughout, but nothing is given on the compression intercooling in either disclosure.

Other U.S. patents and pending applications by the applicant, all pertaining to the reheat gas turbine and steam cooling, but not specifically to compression intercooling are as follows:

U.S. Patent No. 4,314,442
U.S. Patent No. 4,384,452
U.S. Serial No. 416,171
U.S. Serial No. 416,172
U.S. Serial No. 416,173
U.S. Serial No. 416,275
U.S. Serial No. 486,334
U.S. Serial No. 486,336
U.S. Serial No. 486,495.



11:92

Intercooling has been used for many years with compression of air and other gaseous fluids to reduce the power required for compression. Also simple-cycle and reheat-cycle gas turbines have incorporated air compression intercooling to reduce compression work and consequently to increase the gas turbine output, particularly for regenerative-cycle gas turbines not involving a combined cycle. However, in such cases the emphasis has been on maximizing output and gas turbine efficiency and not to optimize combined cycle efficiency. As will be shown, the compression intercooling in past gas turbines takes place at a much higher pressure ratio than the analytical discovery of my invention indicates as being optimum for combined cycle efficiency. The Japanese Government is developing an intercooled reheat gas turbine for combined cycle service, but water-spray intercooling is employed at a much higher intercooled compression ratio than that of my invention.

A coaxial shafting arrangement is contemplated whereby the initial (low pressure) compressor is driven by a turbine by means of a shaft running through the high-pressure compressor, the high-pressure turbine and the interconnecting shaft. Coaxial drives are highly developed for high-bypass fan jets and indeed gas generators such as General Electric's LM5000, General Motors 570K and Rolls-Royce's RB-211. However, no intercooling is used or even remotely suggested. It is the increase in the low-pressure compressor diameter made possible by the intercooling that permits adequate physical space for the air to be exited and readmitted efficiently with a minimum of pressure loss.

Further, when such type generators as the LM5000 or 570K or future third-generation aeroderivatives are modified for intercooling, the high-pressure sections (high-pressure compressor housing, combustor housing and high-pressure turbine housing) are subjected to much higher internal pressures. The cycle pressure ratios will increase from 18, 30 or 38, as the case may be, to some 35 to 65 due to the supercharging. In order for such gas generators to be adapted for compression

intercooling and the higher cycle pressure ratios suitable for the reheat gas turbine and the combined cycle something has to be done about the added pressure to prevent casing rupture and/or distortion due to the higher internal pressure. This invention deals with the added pressure and the prevention of distortion and blow-out by incorporating a special and unique cylindrical pressure chamber with thermal expansion joints around the gas generator. Air is presently being used to cool the advanced aero gas-turbine casings to control rotating blade-tip clearance. This invention uses steam inside the pressure chamber not only to provide casing cooling but to also provide cooling for the internal gas-generator parts.

SUMMARY OF THE INVENTION

This invention contemplates a process and apparatus for generating a high-pressure, high-temperature gas to be reheated and expanded in a power turbine whereby useful mechanical work is produced. Additional power is also produced by a steam or vapor turbine operating in a combined cycle mode using the heat from the gas-turbine exhaust to generate the steam or vapor.

The process comprises the compression of air in a low-pressure compressor at a specified pressure ratio, intercooling said air by heat exchange or direct contact and then compressing said air to a higher than normal pressure whereafter said compressed air is heated directly by fuel and partially expanded in a gas generator arrangement. The gas-generator exit gas is further reheated by fuel and further expanded through a power turbine to produce mechanical work before being exhausted to a heat recovery boiler. Steam or vapor generated in said heat recovery boiler drives a steam or vapor turbine to produce secondary mechanical work.

Accordingly, it is an object of this invention to provide an intercooled gas generator of a higher than normal cycle pressure ratio of 35 to 65 atmospheres, preferably about 50, with a coaxial shafting arrangement as an integral modular unit for easy installation and removal with respect to the

intercooler(s), gas-generator exit diffuser, reheat combustor and power turbine.

A further object is to provide a gas generator with a preferred cycle pressure ratio of about 50 atmospheres for a gas-generator firing temperature of up to 2600°F or even higher.

A further object of this invention is to provide an intercooled gas generator with a much larger than normal low-pressure compressor pitch-line diameter to allow adequate space for an exit elbow and radial diffuser and an associated low-pressure-drop return ducting to the high-pressure compressor of said gas-generator module.

Still another object of the invention is to provide a cylindrical-pressure container arrangement around the high-pressure section of the gas-generator module to allow steam pressure and/or bleed air pressure to pressurize the outer gas-generator casing thus allowing light-weight aero-derivative type gas generators to be adapted for much higher than normal pressure ratios without danger of pressure rupture or casing distortion. Thermal expansion joints are provided in the pressure container to compensate for differential thermal expansion.

A further object of the invention is to provide an annular plenum around the high-pressure section of said gas-generator module whereby cooling steam can be admitted to the interior of said gas generator to cool the stationary parts and nozzle vanes and rotating disks and blades whereby multiple separate inlet headers and connectors are eliminated.

Still another object of this invention is to provide a process for intercooling the air at the proper pressure ratio to optimize combined-cycle efficiency and minimize combined-cycle efficiency degradation. Heat exchange or direct-contact water-spray cooling is contemplated.

A further object of the invention is to provide a low-pressure-compressor cascade-airfoil diffuser and an associated process to recover additional dynamic pressure otherwise lost to the cycle. An incrementally higher combined-cycle efficiency is obtained.

Another further object of the invention is to provide gas-generator outer-casing cooling to control thermal growth of the casing and to control rotating blade-tip clearance.

Also contemplated within the scope of the invention is a combined intercooled reheat gas turbine and steam or vapor turbine cycle for production of useful power wherein superheated steam or vapor is produced by heat exchange in either the power-turbine exhaust-duct section or the reheat combustor wherein said superheated steam or vapor drives a steam or vapor power turbine for production of additional useful power to that of the power produced by the reheat gas power turbine. The steam or vapor can optionally be extracted, reheated and readmitted to the steam or vapor turbine and normally condensed for higher cycle efficiency and increased incremental power output.

These objects together with other objects and advantages which will become subsequently apparent reside in the details of construction and operation as more fully hereinafter described and claimed, reference being had to the accompanying drawings forming a part hereof, wherein like numerals refer to like parts throughout.

BRIEF DESCRIPTION OF THE DRAWINGS

Fig. 1 is a schematic view of a compression intercooled gas generator exhausting through a diffuser to a reheat combustor and then to a power turbine to drive a mechanical or electrical load.

Fig. 2 is a top plan view, partially in diagramatic section, of the intercooled gas generator of the present invention illustrating the intercooling exit and re-entrance arrangement.

Fig. 3 is an enlarged top plan view in partial section of Fig. 2 showing more details.

Fig. 4 is a top plan view in partial section showing increase in the low-pressure compressor pitch-line radius resulting from intercooling.

Fig. 5 is an enlarged plan view in section of Fig. 2 showing pressure-casing, expansion joint and cooling arrangement.

Fig. 6a is a perspective view of the gas generator high-pressure section showing low-pressure compressor on the left and diffuser, reheat combustor and power turbine on the right.

Fig. 6b is a perspective view with partial section of compression-intercooled reheat gas turbine incorporating an industrial low-pressure compressor in the gas generator.

Fig. 7a is a plan quarter top sectional view showing an airfoil diffuser and toroidal-shaped outlet duct.

Fig. 7b is an enlarged sectional view of the diffuser cascade airfoils of Fig. 7a.

Fig. 8 is a front quarter top sectional view of Fig. 7a viewed in direction of axial air flow.

Fig. 9 is a graph of combined-cycle efficiency as a function of cycle-pressure ratio, firing temperatures and steam conditions.

Fig. 10 is a graph showing the relationship of compressor temperatures to cycle-pressure ratio.

Fig. 11 is a graph showing incremental cycle efficiency versus intercooler pressure ratio for a 40 cycle pressure ratio condition.

Fig. 12 is a graph showing incremental cycle efficiency versus intercooler pressure ratio for a 60 cycle pressure ratio condition.

Fig. 13 is a graph showing incremental work saved by intercooling as a function of cycle pressure ratio for 40 and 60 cycle pressure ratio conditions.

Fig. 14 is a graph showing percent change in combined-cycle efficiency as a function of intercooler pressure ratio for 40 and 60 cycle-pressure ratio conditions.

Fig. 15 is a graph showing gas generator combustor inlet temperature rise and compressor discharge temperature as a funtion of intercooler pressure ratio for 40 and 60 cycle-pressure ratio conditions and 2600°F gas inlet temperature.



11387

Ne,ce
P

DESCRIPTION OF THE PREFERRED EMBODIMENTS

In Fig. 1 a schematic diagram of the intercooled gas generator of the present invention shows gas generator 20 which receives air through inlet line 22 producing compressed air by low-pressure compressor 24 which is driven through A shaft 26 by low-pressure gas-generator turbine 28 which is powered by heated gas produced in first combustor 30 from air entering combustor 30 through line 32 and fuel entering combustor 30 through fuel line 34. Low-pressure air is discharged through line 36 and is cooled by series intercoolers 38 and 40 before being discharged through line 42 to the high-pressure compressor 44. The air is further compressed by high-pressure compressor 44 driven by high-pressure turbine 46 through B shaft 48. High-pressure turbine 46 is powered by said heated gas produced in the first combustor 30. Reheat or second combustor 50 receives exhaust from gas-generator turbine 28 through reheat diffuser 52 and fuel through line 54 and dishcarges reheated gas through line 56 to power turbine 58 which drives load 60, preferably an electric generator, directly by C shaft 62. The gas exits power turbine 58 through line 63 to a heat-recovery boiler,not shown,where steam or a vapor such as freon or a mixture of water and ammonia is produced to drive a second steam or vapor turbine,not shown, forming what is commonly referred to in the industry as a combined cycle.

Low-pressure compressor 24 discharge air can be cooled first by combined-cycle steam or vapor condensate in a counter-flow direction with the coolant entering intercooler 38 through line 64 and discharging through line 66. The air can be further cooled by cooling-tower, lake, river or sea water or a coolant from a dry-cooling system with the coolant counterflowing and entering second series intercooler 40 through line 68 and discharging through line 70. Direct-contact water-spray cooling can also be applied.

It is to be particularly noted that the component parts of coaxial-shaft gas generator 20 shown in Fig. 1 are

conventional and only the particular physical modular arrangement and method of getting the partially compressed air out of and back into said coaxial shafted-modular gas-generator compressor 24 and 44 at a specific low-pressure range and the physical arrangement and method of controlling blow-out pressure and the introduction of coolant to said modular gas-generator internal and external parts as well as the interrelated process involved with the combined cycle leading to advantages and efficiencies disclosed in the present invention are intended to be described as new.

Fuel for combustors 30 and 50 can be liquid such as petroleum distillates, crude oil, Bunker "C" or petroleum liquid products such as methanol, or said fuel can be gaseous such as natural gas or gas produced from coal (low, medium or high BTU) and said fuel can be burned in conjunction with an integrated coal gasification combined gas turbine/steam turbine power plant.

Figs. 2 and 3 are overall representations of the typical modular gas generator 20 showing inlet line 22, low-pressure compressor 24 and associated outer casing 72, variable stator blades 74, variable-stator-blade linkeage mechanism 76, discharge duct 36, return duct 42, high-pressure compressor 44, associated outer casing 78, combustor 30, high-pressure turbine 46, low-pressure turbine 28, coaxial shafting 26 and 48 and exit 51 to diffuser 52.

There can be two discharge ducts 36, one on each side of gas generator 20 and two return ducts 42, one on each side of gas generator 20 to feed two mirror-image twin intercoolers 38 and 40 located on each side of gas generator 20. The dual ducting and intercooler arrangement makes it possible to manage the flow of the low-density high-volume air to and from the intercooler(s) more efficiently with a lower overall pressure loss.

Referring to Fig. 3, an enlarged partial view of Fig. 2, the low-pressure compressor 24 is supported by forward antifriction steel ball bearing 80 and is cantilevered or overhung. Said compressor rotor drum 114 is mounted to shaft 26 by flange 82.

JHA -13-84

The high-pressure compressor 44 is supported by duplex antifriction bearing(s) 84 for coaxial shafts 26 and 48. The high-pressure turbine 46 and low-pressure turbine 28 are supported by rear duplex antifriction bearing(s) 86. The low-pressure shaft 26 and compressor 24, components for a gas generator with an airflow of 300 lb/sec, would typically rotate at about 3600 RPM and the high-pressure shaft 48 and compressor 44 would typically rotate at about 8500 RPM. Note that hydrodynamic-type bearings (usually babbit) can be applied for industrial-type construction.

Fig. 3 is an enlarged view of Fig. 2 representative of the typical high-cycle pressure-ratio intercooled gas generator 20 of the present invention including low-pressure compressor 24, high-pressure compressor 44, low-pressure turbine 28, high-pressure turbine 46, coaxial shafting A and B (26 and 48), outlet ducting 36, return inlet ducting 42 and exit 51 to diffuser 52. Gas-generator low-pressure compressor 24 is made up of stages 88, 90, 92, 94, 96, 98 of a six-stage axial-flow compressor. There can be fewer stages or more stages as required to produce the desired pressure ratio, and for a typical pressure ratio of 2.5 there would be four to six stages according to the particular design and manufacturer.

Low-pressure compressor 24 discharges axially at about Mach 0.3 air velocity corresponding to about 400 to 450 ft/sec at the flowing temperature. Said air flows into elbow 100 where the airflow direction is changed from that of axial to radial. The air flow at this point is then diffused by flat or parallel wall vaneless diffuser 102 before being discharged to a scroll collector 35 and then to duct 36. The gas velocity exiting diffuser 102 is at about Mach 0.14 corresponding to about 200 ft/sec according to the gas temperature involved. About 65 to 70 percent of the velocity pressure head is recovered by diffuser 102 and the remainder is dissipated and lost to the cycle. The cooled air enters the high-pressure compressor 44 through a separate duct 42 by means of a special "S" shaped inlet duct 104 detachably attached to compressor outer casing 78, inner housing 79 and elbow 100. Struts 77 joins together forward and aft sides of inlet duct 104. The cooled air counterflows in direction to that of the

11:00

JGR 1-13-84

JGR 1-13-84

hot discharge air flowing inside diffuser 102. Diffuser 102 and elbow 100 fit adjacent and close to the outer wall 108 of inlet duct 104 and are removably secured together. Generous cross-sectional area of the inlet duct 104 is provided to keep the inlet air velocity low at a value of approximately 50 to 75 ft/sec to reduce inlet pressure loss.

The added low-pressure compressor 24 pitch-line radius, r, Fig. 2, made possible by the cooler and more dense air to the high-pressure compressor 44 provides the needed radial space and therefore makes it possible to exit the low-pressure compressor 24 hot air, diffuse the hot air and return the cooled air to the high pressure compressor 44 efficiently and with low-pressure loss and at the same time retain the coaxial shafting and unitized single-unit modular construction of gas generator 20. It is obvious that if the pitch-line radius, r, of the low-pressure compressor 24 were the same or very nearly the same as the pitch-line radius of the high-pressure compressor 44, there would not be adequate radial space without the shafting 26 to the low-pressure compressor being lengthened considerably making it impractical from a structural standpoint to adapt an aero-derivitating gas generator to a unitized single module and structural design with the given bearing arrangement provided.

Reference is made to Figure 4 which shows the low-pressure compressor 24 of this invention with radius $r_2$ superimposed over the low-pressure compressor or a normal gas generator with radius $r_1$. Also note the smaller pitch-line radius, $r_3$, of the high-pressure compressor 44. As previously mentioned, the greater low-pressure compressor 24 radius is made possible by the change in density of the air when it is intercooled. The forward-bearing arrangement is basically the same for both cases and the stationary structural support to the bearing needs only minor changes to accomodate the inlet "S" shaped duct 104 wherein the duct 104 becomes part of the stationary structural part of said modular gas generator 20. The low-pressure compressor support funnel-shaped rotating members 110 and 112 likewise change only slightly in shape to accomodate the inlet duct 104 and low-pressure-compressor rotor drum 114. Note that the low-



11391

pressure compressor drum 114 is mounted to shaft 26 similar to how a dual truck tire and rim are cantilevered and bolted to an axle shaft which protrudes beyond the wheel-axle bearing.

The thermodynamic explanation of the increase in radius, r, will be discussed as follows: The high-pressure compressor 44 running at a constant RPM has an inlet volume flow that remains practically constant, if not constant, for varying conditions of inlet pressure and temperature, that is changes in its inlet density. The air that is compressed by the low-pressure compressor 24 is cooled before it is admitted to the inlet of the high-pressure compressor 44 and as a result the density is increased according to Boyles Law given as follows:

$$PV = WRT \qquad (1)$$

where P is the absolute pressure, V is the volume, W is the weight flow, R is the gas constant and T is the absolute temperature.

As an example, if the low-pressure compressor 24 discharge air is cooled from 300°F to 80°F then the change in density, according to formula (1) would be 41 percent. The low-pressure compressor 24 would have to compress 41 percent greater mass of air to satisfy the high-pressure compressor 44 inlet volume. Considering no increase in low-pressure compressor 24 RPM then the pitch-line radius, $r_1$, of a normal low-pressure compressor would increase by about 19 percent to $r_2$ (square root of 1.41) See Fig. 4. Dynamic similarity principles apply.

There is another significant difference which can increase the low-pressure compressor 24 pitch-line radius, r, even further. As another example, in the case of the GE LM5000 gas generator converted to intercooling, the front low-pressure compressor would normally have a 1.667 pressure ratio and a 152°F discharge temperature to the high-pressure compressor 44 for a 59°F inlet temperature. The high-pressure compressor 44 has an 18 pressure ratio and discharges at 30 atmospheres for a 30 total ratio. If the low-pressure compressor is modified to discharge at 2.5 atmospheres to form low-pressure compressor 24

instead of its normal 1.667, then the discharge temperature would be about 236°F for a 59°F ambient inlet. The inlet mass flow to the "core" of high-pressure compressor 44 would be 1.59 times as great if the compressed air is cooled to 100°F, considering a 3 percent pressure drop in the cooling process. The pitch-line radius, $r_2$, Fig. 4, would increase by about 1.26 times.

It is of particular interest to note that the change in radius of $r_1$ to $r_2$ with respect to high-pressure compressor radius 44, $r_3$, will be about 75 percent; that is considering $r_1$ to be unity in length, $r_2$ would be approximately 2 units in length and $r_3$ would be approximately 2 3/4 units in length or 3/4 of a unit longer than the one unit length of $r_3$ as can be seen in Fig. 4. The added length of radius $r_2$ is critical in making it possible and practical to retain one single module of gas generator 20 and to provide the outlet elbow 100, diffuser 102 and the return "S" shaped inlet duct 104 all with the shafting 26 and 48 and forward bearing 80 arrangement confinements of the aero-derivative design. The radial length of the low-pressure compressor 24 radius $r_2$ can, however, range from 2.2 to 3.0 times that of the high-pressure compressor 44 radius $r_3$ to provide room for said inlet and exit ducting.

The "core" gas-turbine portion of the gas-generator module, that is the integral assembly consisting of the high-pressure compressor 44, the combustor 30, shaft 48, the high-pressure trubine 46 and associated casing can have a pressure ratio of 12 to 24 according to its design with the preferred ratio range being 18 to 24. The "core" portion can also have two spools such as the Rolls-Royce RB-211 with two compressors, turbines and shafts to form the high-pressure section and thus the "core". The LM5000 "core" (one-spool design) has an 18 compression ratio and the new $E^3$ "core" engine (also a one-spool design) has a compression ratio of about 23, giving examples. The low-pressure compressor 24 of this invention would have a compression ratio of 1.8 to 3.2 to produce a 50 total pressure ratio, this total ratio considered prefereable for this invention although a total ratio as low as 35 or as high as 65 can also be considered and accomplished by varying the compression



11393

G 000042

ratio of the low pressure compressor 24, the total ratio being the product of the high and low pressure ratios. It should be noted that the low-pressure compressor 24 and associated low-pressure turbine 28 are not extremely high-technology, high-temperature parts, and these parts can be readily modified by adding stages and diameter to obtain the required pressure ratio.

The mass-flow increase to the "core" portion of the gas-generator module is significant because the high-technology "core" portion would be a key part of a new gas generator 20 system developing significantly more power output in terms of discharge pressure and mass flow to the reheat combustor and power turbine 58, this power being in all practical purposes directly proportional to the increase in "core" mass flow. There would also be an additional increase in gas generator power output because of the power saved by the intercooled compression process which will be discussed later.

The partially compressed and cooled air enters the high-pressure compressor 44 by way of inlet duct 104 and is further compressed by axial-flow compressor stages 116, 118, 120 and subsequent stages of a typical eleven-stage compressor to a high-pressure compression ratio of 12 to 24 as the case may be and as required. Additional high-pressure compressor stages can be added as required. The high-pressure compressor 44 can be equipped with variable stator blades 122 and mechanism 124 to provide operating flexibility.

The high-pressure compressed air flows through gas-generator combustor 30 and is heated by fuel from fuel lines 34 before being expanded through the high-pressure turbine 46 and low-pressure turbine 28. Fig. 3 shows typically one turbine stage for the high-pressure nozzle vanes 126, rotating blades 128 and disk 130 but it should be noted that two or more stages can be applied. Similarly, one turbine stage of low-pressure nozzle vanes 132, rotating blades 134 and disk 136 are typically shown and two or more stages can be utilized. The hot gas exits by duct 51 to the diffuser 52 (shown in Figure 6a).

PRESSURE CONTAINING CASING ARRANGEMENT

Reference is again made to Fig. 4 and the enlarged gas-generator portion given in Fig. 5 showing the high-pressure casing arrangement of this invention. The gas generator casing 142 retains the compressor discharge pressure in cavity 144 which surrounds annular combustor liner 146. A second casing 148 surrounds gas-generator casing 142 wherein a dual annular cavity 150 and 151 is formed. Cooling steam fills cavity 150/151 as will be subsequently explained. A third outer casing 152 surrounds casing 148 to form dual annular cavities 153 and 154 wherein bleed air from the axial compressor is deadended, as will be discussed.

A curved forward casing 156 attaches to the gas generator casing circumferentially at gas-generator compressor flange 158 (See Fig. 3) forming a leak-proof joint to prevent steam leakage. Inner casing 148 is thin-walled and flexible to allow for differential thermal and pressure expansion. Insulation 160 covers the entire outer surface. Fuel is fed to combustor 30 by fuel line 34.

Outer casing 152 is substantially thick enough to prevent pressure distortion or blow-out with an adequate safety factor and is stiffened by ribs 162 as required. Forward casing 156 likewise has a thick enough section 164 to prevent pressure distortion but has a thin enough side wall 166 to allow for some flexibility. Forward casing 156 has three or more annular grooves 168 wherein seal piston rings 170 fit similar to those of a piston of a large reciprocating engine. The grooves 168 are deep enough for piston rings 170 to compress and expand. Another set of grooves 168' and rings 170' are located at the rear of the gas generator at connection ring 172. The outer casing 152 is thus allowed to float axially and radially so to speak as the temperature of the gas generator casings 142 expands. This differential expansion can be considerable at the temperature involved. Stiffening and support ring 174 is thin-walled and can have an expansion loop if required. It can also

be noted that orifices 176 allow deadended compressor air to flow back and forth in forward cavity 153 and rear cavity 154.

Casings 148, 152, 156 and associated parts can all be fabricated out of high-strength steel and no expensive stainless or exotic materials are required such as may be required for the gas generator casing 142.

Piston rings 170 seal the outer casing 152 to the matching parts 164 and 172 to prevent leakage but yet allow relative movement axially and radially between the parts. The rear diameter of casing 152 and flange 172 and rings 170' can be slightly smaller than the diameter of the forward parts 152, 164 and 170 to allow cylindrical casing 152 to be slipped into place from the rear. Assembly and disassembly of the outer casing 152 is thus made quite easy and fast.

Locking pins 178 which are free to float secure and anchor the casing 152 to part 164 and subsequently to gas generator compressor casing flange 158. There can be 2 or more of pins 178 equally spaced around casing 156.

Piston-ring seals are used in gas turbines and other apparatus for expansion joints and are not unique in themselves, but this application of the double piston sealing ring arrangement is quite different than those previously known or disclosed.

Alternately, referring to Figure 6a, the thermal expansion between the gas generator casing 142 and the outer casing 152 can be accomodated by bellows-type expansion joints 180 and 182 with connecting flanges 184 and 186 for assembly and disassembly.

The casing arrangement of this invention allows a substantially conventional gas generator with thin walls to be used for much higher pressures than normal. As an example, the LM5000 gas-generator casing is designed for 30 atmospheres of pressure. When operating at the higher pressure through intercooling and supercharging, the casing will operate at 40 to 60 stmospheres and will not be strong enough to prevent distortion and possible rupture without the strong outer casing arrangement.



11096

Reference is again made to Figures 3 and 6a showing the compressor bleed air line 188 which pressurizes dual cavities 153 and 154. The air pressure will be somewhat higher than half that of the compressor discharge. As an example, for a 50 atmosphere discharge pressure, the correct compressor stage is selected to provide about a 30 atmospheric pressure to surround casing 148 and pressurize outer casing 152 through cavities 153 and 154. The outer casing 152 thus is subjected to a substantially lower pressure than the compressor discharge pressure. Inner casing 148 is subjected to the differential pressure of 50 minus 30 or about 20 atmospheres. Steam chamber 150 is selected to be slightly more than 50 atmospheres for the 50 cycle pressure ratio, as will be discussed. The air pressure in cavities 153 and 154 has no outlet and flow is normally zero with the deadend situation. Flow only occurs during startup,load changes or shutdown to charge or discharge cavities 153 and 154.

Cooling steam enters cavity 150 by means of flange connection 190 to ring distribution header 192 then to connect. to flexible tubing pipes 194. The steam is produced by a heat recovery boiler and/or is extracted from a steam turbine at a pressure substantially equal to the compressor discharge pressure or preferably at a pressure 30 to 50 psi greater. The steam surrounds gas generator casing 142 and thus neutralizes the internal-annular-discharge air pressure. In fact, the gas generator casing 142 can be placed in a slight condition of compression by the 30 to 50 psi added pressure.

The steam is prefereably dry and saturated for maximum cooling capacity with maximum specific heat and the lowest temperature. However, the steam can have $10^{o}$ to $30^{o}$F superheat to insure dryness as no water particles should be present at entrance through pipes 194. The steam cools the gas generator casing 142 as required. Baffles not shown can be applied to control the flow around the casing 142 if required to control. casing 142 cooling.



11:97

Again referring to Fig. 5, cooling steam in cavity 150 flows to inner casing 142 by means of open tubing 196. Cooling steam enters open tubing 198 to cool the first-stage turbine disk 130 and blades 128. Cooling steam enters nozzle-vane opening 200, one or two for each vane, to cool each first-stage nozzle vane 126. Cooling steam enters opening 202 to control the cooling of gas generator casing 142 rear section. Thus, cavity 150 serves as an annular plenum or cooling steam distribution chamber. Hot steam can be taken out of turbine 20 by outlets 204, 206 and 208 for admission back to the steam turbine, but the exit connections or external headers for these tubes are not shown. Alternately, this hot steam can be piped by tubing not shown to rear steam cavity 151 downstream of orifice 218. Cooling steam not used for internal gas-generator cooling is discharged at a higher temperature through tubing 210 to ring header 212 and through flange 214.

Dam 216 with orifice or orifices 218, in number as needed, control downstream steam pressure as required to lower the downstream pressure and control total steam flow to header 212.

Control of steam pressure and flow to cavity 150/151 during startup and shutdown of gas generator 20 can be by means of computer control of a pressure regulating valve not shown that feeds steam to flange 190 and ring header 192. Such control prevents over-pressurizing inner cavity 150/151 and endangering blowout of inner casing 148 under transient conditions.

Reference is made to Fig. 6b showing a perspective view with partial section of an intercooled reheat gas turbine incorporating a separate and independent industrial-type low-pressure compressor 24' coupled to the high-pressure compressor 44 by coupling 220 and exhausting to intercoolers 38 and 40. Gas generator 20 exhausts through diffuser 52 to reheat combustor 50 and expands heated gas by power turbine 58 which drives load 60 by C shaft 62 being connected thereto by coupling flange 59. The power turbine hot gas exhausts through exhaust hood 222 to a heat

recovery boiler not shown. Diffuser 52 is connected to gas generator 20 by means of expansion joint 49 and is connected to reheat combustor 50 by means of flange 53. Diffuser 52 can be a separate assembly which can be removed independently of gas generator 20 or reheat combustor 50 and power turbine 58 assembly.

JSA 1-13-84

Present-day aero-derivative gas generators such as the GE LM500, GM 570K, R-R RB211 drive through the cold end, that is have an inner coaxial shaft extending through the gas generator with a coupling flange connection protruding out the center of the high-pressure air compressor 44. Some heavy-duty non-aero industrial gas turbines likewise drive out the cold (compressor) end. It is therefore possible to drive a separate low-pressure compressor of this invention by such gas generators. This physical arrangement, per se, is not unique. It is, however, unique to drive a specifically and specified low-ratio compressor of a low-pressure ratio of 1.8 to 3.2 for intercooling and specifically for a combined cycle for optimum combined-cycle efficiency. For instance, the Japanese Government reheat gas turbine AGT-J-100A intercools at a 4.85 low-pressure ratio. Also, supercharging by large forced draft fans to 50 inches of water and cooling by humidification has been used but not at the specified low-pressure compressor ratio of this invention. Secondly, the pressurizing container required for aero-derivative light-weight casings is likewise quite unique. No such process or arrangement has ever been proposed or contemplated before, to this inventor's knowledge.

CASCADE AIRFOIL DIFFUSER

Reference is now made to Figs. 7a, 7b, and 8 showing a unique low-pressure compressor-diffuser arrangement of a cascade-airfoil configuration, which is part of this invention, to convert a greater amount of velocity head to static pressure than made possible by the apparatus of Figs. 3 and 6a. As stated, the straight wall vaneless diffuser of Figs. 3 and 6b can only recover about 65 to 70 percent of the velocity head. The cascade airfoil

JSA 1-13-84

diffuser of this invention can increase this conversion from the 65 to 70 percent level to approximately 85 to 90 percent. The process and associated apparatus will now be explained. Convenient gas generator 20 duct connections can also be provided, as will be explained, to install and remove said gas generator.

Air is discharged from the low-pressure compressor 24 through elbow 100. One or more turning vanes 224 are attached to elbow wall 226 by radial struts 228. The turning vanes 224 prevent flow distortion and separation. The radial discharge of the elbow 100 enters typically 12 sections of essentially rectangular cross-sectional ducts 230 each bounded by inner wall 232, outer wall 234 and side walls 236 and 238. There can be fewer or more than 12 sections of duct 230 but typically there are 12, 3 of which can be seen in Fig. 8. Side walls 236 and 238 can have an included divergent angle of zero to 30 degrees, but preferably no more than 20 degrees, that is 10° on each side wall 236 and 238. Inner wall 232 and outer wall 234 each curve outwardly like the outlet of a horn. The ratio of the rectangular cross-sectional area at the radial entrance 240 to that of the exit 242 can be typically about 4 to effect a velocity change of 4. Typically the discharge velocity at exit 240 will be about Mach .3 which translates to about 400 ft/sec for the flowing temperature involved. The exit 242 velocity would be about 100 ft/sec (Mach .075).

Separation and thus channeling of the air causing eddy currents and velocity-pressure-head dissipation is prevented by a series of two or more stages of cascade airfoils. Three stages are shown in Fig. 7a. The first stage has airfoils 246, the second stage has airfoils 248 and the third stage has airfoils 250.

The airfoils are held in precise position by radial-duct sidewalls 236 and 238. Welding can be used. Each inner duct is supported by struts 252. The airfoils 246, 248 and 250 are precisely shaped according to specific specifications provided by NASA or the RAF ~~/page 22~~

11:00

to produce the lowest drag and best lift (and thus diffusion) for the associated velocities. The surfaces of the airfoils are very smooth similar to stator vanes of an axial-flow compressor to reduce friction and loss. Referring to Fig. 7b, the airfoils are positioned to have a precise angle of attack, $\beta$, at leading edge point A to provide the lift and associated downstream diffusion with a low drag (pressure loss). The airfoils diffuse the hot air as it flows from the maximum width point B and then to the trailing edge point C. Each stage of cascade airfoils is staggered so that the wake of the upstream airfoils will not interfere with the downstream airfoil.

The hot air is diffused efficiently without separation by the cascade airfoil arrangement. The air flow and direction thereof is controlled so it will fan out or spread apart. The direction of flow of the air at the inner surface 234 is mostly tangential to the inner surface and the flow at the center pitch line is tangential to the center pitch line and the outer surface flow is tangential with the outer surface 234. The direction of the flow with respect to the radial position can be curved backwards to give space for flange 258, expansion joint 260 and transition 262. The curvature can also be slightly forward with less curvature of elbow 100 and with the inlet 280 being moved farther backward to increase the curvature of the "S" shape of the inlet 280.

The gas, after leaving the cascade airfoil diffuser section, passes through an expansion joint ~~160~~ 260 which has internal flow shielding not shown to form smooth internal surfaces. Flanges 264 and 266 connect the expansion joint 260 to the ducting. The air then passes through the transition piece 262 which changes the rectangular duct cross-section to a round cross-section at round flange connection 268. The air is diffused further in the process and the exit velocity at flange 268 is now about 50 to 75 ft/sec, or the desired velocity for low pressure loss flow for the piping and ducting 36 to the intercoolers 38 and 40



11:01

and the return ducting to the high-pressure compressor 44. The air, after leaving transition piece 262, enters a toroidal-shaped ring-type duct 270 with two outlet connections 272, one on each side of ring duct 270. The air flow is aided by internal turning vanes 274. Flanges 276 are connected to line 36 which ducts the air to intercoolers 38 and 40.

The cooled air is returned to gas generator 20 by return air line 42 which is connected to said gas generator by flange connection 278 one on each side of said gas generator 20. The "S" walled inlet ducts 280 which are on each side of said gas generator 20 have a generous cross-sectional area to provide a low velocity inlet of 50 to 75 ft/sec or as required for low-pressure loss. Guide vanes 282 held by struts 284 guide the air to the high-pressure compressor 44 as can be seen in Figure 7a.

The exit flange 276 and the inlet flange 278 can be readily disconnected to allow gas generator 20 to be installed and removed for overhaul. Toroidal-shaped ring duct 270 need not be removed. Transition pieces 262 and a section of return duct and associated expansion joint not shown that connects line 42 to inlet flange 278 can be removed to allow clearance. Figure 8 shows the transition ducts 262 as having been removed.

The straight-wall vaneless diffuser of Figs. 3 and 6b will only provide an effective area ratio change of about 2 without flow separation and the exit velocity will be about 200 ft/sec resulting in a maximum of some 70 percent velocity pressure recovery when considering the velocity head varies as the square of the velocity. Also the outlet and inlet ducts for the configuration shown in Fig. 3 extend radially outward which necessitates a longer radial distance making it more clumsy to disconnect the gas generator 20 from outlet lines 36 and inlet lines 42. The design and assembly of the gas generator 20 becomes more complicated and disassembly for overhauls would likewise be more difficult. There are these additional advantages favoring the apparatus arrangement shown in Fig. 7a, 7b and 8.

11.02

The gas generator 20 of this invention consists of individual modular sections which are assembled one to another to form a complete assembly which is essentially cylindrical in shape. The low-pressure compressor 24 with discharge duct 36 or 230 module fits to the high-pressure compressor 44 and return inlet duct 42 or 280 modules. The high-pressure section 44/42 or 280 fits to the combustor section 30. The combustor section 30 fits to the high-pressure turbine 46 assembly which then fits to the low-pressure turbine assembly 28. The shafting and bearing parts 26, 48, 80, 84 and 86 and their associated sub-parts are assembled with the aforementioned modules to connect the rotating parts together. The outer-casing assembly consisting of parts 48, 152, 164 and 166 and associated sub-assembly parts fit over the high-pressure section of gas generator 20.

All these assemblies or sub-modules comprise one complete total module thus forming gas generator 20.

Such a modular assembly of aero-derivative gas generators is well known by those skilled in the art. Only the addition and arrangement of (a) the exit elbow 100, diffuser 102 or 230 and duct connection 36, (b) the return parts consisting of the duct connection 42, the "S" shaped duct 104 or 280 turning vanes 282 and the like and (c) the pressurizing casing parts 148, 152, 164 and 166 are new, all made possible by the oversized low-pressure compressor with a longer radius, r. This unique arrangement allows more or less standard "core" parts of high-temperature high-technology to be wedded with the lesser technology low-pressure compressor, the duct connections and the pressurizing cannister assembly to form the complete cylindrically-shaped module of gas generator 20.

THERMODYNAMIC ANALYSIS

The thermodynamic analysis of the heat-rate advantage of this invention will now be presented pinpointing the best intercooling low-pressure-compressor pressure-ratio range for optimum combined-cycle efficiency and the specific intercooling pressure for optimum combined-cycle efficiency of this invention.

Increased power output derived by intercooling will be set forth.

The general reheat-gas-turbine cycle arrangement is given in the schematic diagram of Fig. 1. Air is compressed in a low-pressure compressor 24 which is driven coaxially by turbine 28. Said air is diffused and then ducted to intercoolers 38 and 40 where said air is cooled before being ducted back to be further compressed by high-pressure compressor 44 driven by turbine 46. High-pressure air at 40 to 60 atmospheres is heated in first combustion chamber 30, is then expanded through turbines 46 and 28, is subsequently fully diffused by diffuser 52 and then reheated in second combustion chamber 50 at a total pressure of 4 to 9 atmospheres, depending on the cycle-pressure ratio and amount of steam-cooling/injection and is finally expanded to atmospheric pressure through power turbine 58 to drive load 60. The hot exhaust gases generate steam in a boiler for a conventional 2400 psig reheat-steam turbine not shown. The reheated gas can be at a temperature of 2000 to 2500$^{\circ}$F or higher.

The intercoolers can be made in two sections 38 and 40 with condensate being used to cool the high end and cooling water used to cool the low end as shown in Fig. 1. The following expected and typical pressure losses are assumed for the intercooler. These losses are expressed as percentages of the compressor intercooler total pressure:

| | |
|---|---|
| LPC Diffuser Loss - % | .50 |
| LPC Exit Loss - % | .25 |
| IC Loss - % | 2.00 |
| HPC Entrance Loss - % | .25 |
| Total Loss - % | 3.00 |

Incremental parasitic heat and mechanical losses that must be assigned to the incremental additional work saved by the intercooling process are also associated with the intercooler. These losses are assumed to be constant at five percent of the gross incremental work saved and are listed as follows:



11304

G 000053

| | |
|---|---|
| Generator Loss | Bearing Loss |
| Combustion Loss | Air Leakage |
| Radiation Loss | Auxiliary Loss. |

The intercooler is sized to effect an exit temperature of 100°F when considering a standard 59°F day. The minimum approach temperature is thus considered to be 41°F.

The adiabatic compression efficiencies of both the low-pressure and high-pressure compressors are assumed to be 88 percent. No attempt is made to increase the efficiency at the low-pressure end or decrease the efficiency at the high end to simulate what actually takes place.

Careful studies of the non-intercooled reheat-gas-turbine combined cycle have produced data for the three curves shown in Fig. 9. Note that three different gas-turbine initial and reheat firing temperatures are shown, namely: (a) 2400/2100°F, (b) 2600/2200°F and (c) 2600/2400°F. Also, as can be seen, two different steam-reheat temperature levels are given for the 2400 psig initial pressure. These are: 1000/1000°F and 1100/1050/850°F for the double reheat. Higher steam and gas temperature can be considered.

Each curve representing the gas-turbine and steam-turbine-temperature conditions peaks out at a specific cycle-pressure ratio as shown at point A 38 cycle pressure ratio (CPR), B 44 CPR and C 48 CPR. These three curves are considered as the basic standards for comparing the intercooled cycle in terms of overall maximum-cycle efficiency obtainable for the conditions given.

Referring to Fig. 1 again, it is assumed that the work saved by compression intercooling is extracted through A shaft 26 and that the rest of the reheat-gas-turbine cycle remains unchanged with the exception of incremental heat being added to the first combustor to heat the air back to the original compressor-discharge temperature associated with the non-intercooled compression for any given cycle-pressure ratio.

This procedure greatly simplifies the analysis and neglects the small variations introduced by the heat required to vaporize and/or heat the fuel, the expansion work of the fuel

itself and the slight increase in the second combustor pressure due to the savings in compression work and the incremental fuel-expansion work when considering a fixed exhaust temperature. Also, the very small amount of low-level heat recovery by the condensate, if this scheme is used, is neglected for the sake of simplicity.

Finally, with reference to Fig. 9 the three basic non-intercooled gas turbines employ steam as the blade and combustor coolant and therefore, a lower compressor-discharge temperature resulting from the intercooling and resulting cooling-air fluctuations does not enter into the reheat-gas-turbine cycle to distort the results.

There are three basic thermodynamic formulas to apply in calculating compression work and temperature rise. The first formula deals with the change in enthalpy of the air and thus the work of compression:

$$\left(H_2 - H_1\right) = \frac{wCp(T_2 - T_1)}{n} \qquad (2)$$

where $(H_2 - H_1)$ is the enthalpy change and work required, w is the weight flow, $C_p$ is the specific heat considered to be constant, $(T_2 - T_1)$ is the change in temperature resulting from the compression at constant entropy and n is the adiabatic compression efficiency.

The second formula gives the relationship of temperature and pressure ratio as follows:

$$T_2 = T_1 \left(\frac{P_2}{P_1}\right)^{\frac{k-1}{k}} \qquad (3)$$

where $T_1$ and $T_2$ are the absolute temperatures before and after compression, $P_2$ is the absolute pressure after compression, $P_1$ is the absolute initial pressure and k is the gas constant (ratio of the two specific heats $(C_p/C_v)$. This formula is based on a constant entropy compression with no losses, thus, at 100 percent efficiency.

The third formula is a combination of the two previous formulas and gives the temperature rise of compression which is directly related to the work of compression and the heat content of the air:

11:06

$$\frac{(H_2 - H_1)}{w\ C_p} = \frac{(T_2 - T_1)}{n} = \frac{T_1 \left[\left(\frac{P_2}{P_1}\right)^{\frac{k-1}{k}} - 1\right]}{n} \quad (4)$$

The specific heat of air ($C_p$) is considered to have a constant value of .24 BTU/lb - $^{o}$F (1.005 KJ/Kg - $^{o}$C) and the gas constant k is considered to be 1.4.

The aforestated three formulas and assumptions will produce close results which are valid for incremental compression work saved through intercooling and incremental heat added after compression to raise the temperature back to the non-intercooled level. More exact results using the gas tables are not warrented for comparison and relative compression work and changes in cycle efficiencies.

Formulas (2), (3) and (4) can be used to develop plots of temperature versus pressure ratio as given in Fig. 10 where, for an inlet temperature of 59$^{o}$F, the outlet temperature for any given ratio is plotted against the natural log of the pressure ratio. The natural log of pressure ratio is used to shrink the higher pressure-ratio scale and broaden the lower ratio scale where needed for closer analysis. The actual pressure ratios are given by the lower scale for easy reference.

Air is compressed from point 1 to point 5 without intercooling. This locus of temperature points is used as a standard for comparison.

Considering intercooling, air is first compressed from point 1 to point 2 at which point the air is cooled by the intercooler to point 3. The air is then compressed further to point 4. The total work of compression is represented by the sum of the two temperature differences: accordingly $(T_2 - T_1) + (T_4 - T_3)$. This temperature difference summation is given as point 6 in Fig. 10. Obviously the incremental work saved by the intercooling process is represented by $(T_5 - T_6)$.

The extra heat required to heat the air back to temperature $T_5$ without intercooling(and thus the incremental heat to be added) is represented by $(T_5 - T_4)$ in Figure 10.

The intercooling pressure at point 2 can be varied from a pressure ratio of 1 to 60, for purposes of analysis, giving complete data of incremental work saved and incremental heat added. The incremental cycle efficiency is then readily

11407

calculated using formula (5) which incorporates the 5 percent parasitic losses:

$$E_i = \left[1 - \frac{T_2 - T_3}{T_5 - T_4}\right] \times .95 \qquad (5)$$

where $E_i$ is the incremental cycle efficiency of the intercooling process and where the numerical subscripts refer to Fig. 10.

This analysis assumes that the compression work saved will be hypothetically extracted out shaft A of Fig. 1 so that the rest of the cycle is not disrupted. This assumption is valid for purposes of a general analysis within the scope of accuracy of the other assumptions. The total cycle would have to be evaluated for precise accuracy where more exact values of compression efficiency, expansion efficiency, pressure losses and the like are known for a specific design.

First, considering no intercooler pressure loss and considering the air to be cooled all the way to the standard inlet temperature of 59°F, a graph of incremental cycle efficiency versus the natural log of cycle pressure ratio is obtained as given in the top lines C of Figs. 11 and 12 for two total cycle-pressure ratios of 40 and 60, the general area of concern. Note that Fig. 10 presents an example for a CPR being intercooled at a 4 pressure ratio.

It can be seen that the incremental cycle efficiency is maximum at very low intercooling pressures and falls off as the intercooling pressure rises. The efficiency is zero at full cycle pressure because no incremental work is saved. Also it can be noted as ascertained from Fig. 9 that the combined cycle efficiency range is from 55 to 60 percent as shown by the shaded area of Figs. 11 and 12. Therefore the only way intercooling can possibly improve or equate to the known combined cycle efficiency is in the low intercooling pressure-ratio range of about 1.8 to 3.2 when considering high-turbine inlet temperatures above 2400°F ~~(1316°C)~~. Beyond a pressure ratio of 3, the combined cycles of Fig. 9 (points A, B and C) will be degraded in proportion to the amount of incremental work saved and the incremental efficiency derived.

11:08

Using the model of Fig. 10 developed from Formula (5) and the zero intercooler pressure-loss target curves C of Figs. 11 and 12, more realistic plots of incremental efficiency versus intercooling pressure ratio can now be developed for both the 40 CPR and 60 CPR cases. As stated earlier, a 3 percent total intercooler pressure loss is believed to be realistic and is assumed. Also, the air is assumed to be cooled to 100°F ~~(37.8°C)~~ and alternately to 150°F ~~(65.6°C)~~ for comparison to the theoretical curves C of Figs. 11 and 12. Reference is made to Fig. 11 for the 40 CPR case and Fig. 12 for the 60 CPR case where an intercooling ratio span of 1 to 10 is explored.

A shaded area representing the combined-cycle efficicney range of 55 to 60 percent taken from Fig. 9 can be seen at the top of each graph. As can be noted, the incremental cycle efficiency for intercooling (40 CPR and 60 CPR) for both the 100°F and the 150°F high-pressure compressor (HPC) inlets peak out below the combined-cycle efficiency being considered as 55 percent efficiency, (points A and B) which indicates that intercooling can only degrade combined-cycle efficiency relative to the amount of incremental compression work saved.

It can be noted that the incremental cycle efficiency plunges to zero at the critical low-intercooling pressures because of the assumed pressure loss of 3 percent and the inlet temperature to the HPC exceeding the normal compression temperature.

The most important consideration is at what intercooling pressure the incremental cycle efficiency peaks; that is points A and B of each of Figs. 11 and 12. The maximum efficiency as can be observed occurs at rather low return pressure, $P_3$, to the HPC and is about 1.8 for 100°F and 40 CPR and about 2.0 for 100°F and 60 CPR. The curves remain somewhat flat and then fall off at a more constant rate as the intercooler pressure increases to 2.5 and 3 respectively.

A further observation made is that the intercooling incremental cycle efficiency lines for both 100°F and 150°F

for the 3 percent pressure loss never cross the theoretical top lines C representing 59°F HPC inlet and zero pressure drop. It can be concluded that minimum pressure loss and minimum HPC return temperature should be sought to yield maximum incremental efficiency.

There is another factor that must be considered to obtain the overall combined-cycle degradation. This factor is the amount of incremental compression work saved by the intercooling process. Reference is made to Fig. 13 which is a plot of incremental work in BTU/lb of airflow versus pressure ratio for both the 40 CPR and 60 CPR cases and for 100°F HPC inlet and 3 percent pressure loss.

It can be seen that maximum work saved by intercooling occurs at the square root of the total pressure ratio, points A and B of Fig. 13. The incremental specific work, $W_i$, saved can be determined by applying formula (6) following:

$$W_i = C_p \left[ (T_5 - T_2) - (T_4 - T_3) \right] \times .95 \qquad (6)$$

where $C_p$ is the specific heat considered to be .24 BTU/lb - °F (1.005 KJ/Kg - °C) for standard air and where the numerical subscripts refer to Fig. 10.

An intercooler pressure range of 1.8 to 3.2 is shown in the range area where incremental cycle efficiency remains at a relatively high level. These lower intercooler pressures must be considered for maximum combined-cycle efficiency, but nevertheless at some sacrifice in overall combined-cycle efficiency and moreover at less than maximum incremental gas turbine and combined-cycle output. The ordinate has an additional scale for percent gas turbine power increase and another for percent combined-cycle power increase based on calculated values of 303.36 BTU/lb net work for the gas turbine and 121.49 BTU/lb net work for the steam turbine.

Intercooling does increase gas turbine output from about 6 to 14 percent and combined cycle output by 4 to 10 percent for the range shown in Fig. 13.

The effect intercooling has on combined cycle efficiency can now be determined by applying the known calculated data



11/10

33

of a combined cycle for both the 40 CPR and 60 CPR cases for $100^{O}F$ HPC inlet tabulated below:

| | BTU/lb | |
|---|---|---|
| Gas Turbine Output | 303.36 | |
| Steam Turbine Output | 121.49 | |
| Total Fuel Input (LHV) | 740.03 | |
| Net Cycle Efficiency (LHV) | | 57.41%. |

The incremental values for intercooling are added to the above values and then equated to percentages. The results are given in Fig. 14 where combined-cycle efficiency loss is plotted against the intercooler pressure ratio (outlet of the low-pressure compressor).

The range to be considered is shown to be about 1.8 to 3.2 as shown in Fig. 14. The combined cycle degradation can be as great as 4.5 percent at a six pressure ratio, but for practical considerations for a more reasonable intercooler pressure ratio of about 2.5 for 40 CPR the degradation would be about 1.2 percent and about 1.0 percent for the 60 CPR at a pressure ratio of about 3.

These values can now be applied to Fig. 9 to arrive at projected overall combined-cycle efficiency. As an example, considering a 50 CPR intercooler pressure of 2.5 and conditions of line B of Fig. 9 the net combined-cycle efficiency would be as follows:((57.3 (1 - .008) = 56.8 percent LHV)) with reference to point X of Fig. 14. If the intercooling pressure ratio is raised to 4 then the combined cycle efficiency would fall thus: ((57.3(1 - .0250) = 55.9 percent LHV)) with reference to point Y of Fig. 14.

The above examples show how important intercooling pressure ratio is with regard to combined cycle efficiency. It should, however, be pointed out that at the 4 intercooler pressure ratio the combined-cycle output is projected to be increased by about 12 percent for a given airflow in accordance with Fig. 13 whereas the increase in output at the lower 2.5 pressure ratio would only be about 8 percent.

There is one final additional consideration regarding intercooling which deals with the gas-generator combustion

11[illegible]

temperature rise (GGTR) and the HPC discharge temperature (CDT). Fig. 15 is a plot of the GGTR and the CDT versus the intercooler pressure ratio for both the 40 CPR and the 60 CPR cases.

As the intercooler pressure ratio rises, the GGTR also rises as shown and conversely the CDT falls. More fuel is burned in the gas-generator combustor as the intercooler pressure increases.

The intercooler pressure ratio range to be considered for best combined-cycle efficiency is given in Fig. 15 and corresponding GGTRs and CDTs can be compared in regard to changes in combustion radiation heat, combustor cooling and $NO_x$ control. It is worthy to note that as the GGTR becomes greater with more fuel being burned, the oxygen content of the gas to the reheat combustor will decrease and the gas will also be vitiated with steam from blade cooling and $NO_x$ control. Therefore, the safe flamability limits and the complete combustion could become a problem at some point.

Intercooling according to the teachings of this invention degrades combined-cycle efficiency. This degradation as given in Fig. 14 starts from about .8 percent, point X at the optimum intercooling ratio range of 1.8 to 2.2 and increases rapidly to about 2.5 percent at a 4 ratio, point Y for the 41°F intercooled approach temperature to the atmospheric temperature (100° - 59° = 41°F). Cooling to a closer temperature would reduce this loss only slightly.

The term effectiveness is often used to describe heat transfer parameters and surface areas. Effectiveness is the ratio of the temperature reduction achieved divided by the full potential to an ambient or coolant datum. Some studies have indicated an effectiveness as high as 95 percent which would yield a very low approach temperature of some 10°F instead of the 41°F for the 100°F inlet to the high pressure compressor. Of course a lower return temperature would reduce the degradation according to the teaching of this invention and in particular with reference to Figs. 11 and 12. However, the lower the approach temperature and the higher the effectiveness, the higher will be the intercooler pressure loss, offsetting the efficiency gain;

JDR 1-13-84



11413

G 000061

greater intercooler heat transfer surface area will be required. The 41°F approach seems reasonable because there is little to be gained in going to a lower approach temperature in terms of gain in combined-cycle efficiency.

Figs. 11, 12 and 14 clearly show that the best intercooler pressure ratio for maximum efficiency is very close to 2.0 and when considering extra power saved according to Fig. 13 this ratio can be extended to about 2.5 without excessive combined-cycle efficiency loss. This ratio can be further extended to 3.2 before cycle efficiency degradation becomes excessive.

The gas generator of this invention has the capital cost advantages of factory pre-assembly and test. One single module assembly is made possible whereby the low-pressure compressor and high-pressure compressor with the coaxial shafting can be made up of various individual modules of an aero-derivative approach. There is no flexible coupling between the two compressor components and only one bearing is needed for the low pressure compressor. Radial and longitudinal space is made available for air exit and readmittance because of the larger radius of the low-pressure compressor.

The aero-derivative high-pressure casings with the advantages of thin parts for low thermal stresses can be retained through the adaptation of the heavier external pressurizing casing. The thick casing and associated parts can be fabricated out of ordinary high-strength steel and will not be expensive. Manufacturing costs savings can be realized by using more or less standard designs of existing and future fan engines. Interchangeability of parts is another advantage of the gas generator of this invention.

The pressurizing container placed over the high-pressure gas generator thin casing makes it possible to apply existing aero-derivative gas generators that can drive an industrial-type low-pressure compressor through the cold end of the gas generator thereby broadening the scope of this invention.

The gas generator can be adapted to burn both liquid and gaseous fuels and there is a particular advantage in considering a gas-sous fuel derived from coal. Very high combined-cycle efficiencies of 55 to 60 percent are calculated for the complete combined cycle incorporating the gas generator of this invention.

The thermodynamic analysis shows that the low-pressure compressor pressure ratio must be low and about 1.8 to 3.2 to prevent excessive combined cycle degradation when the gas generator of this invention furnishes hot gas under pressure to a reheat combustor and then to a power turbine.

The gas generator and complete reheat gas turbine of this invention can be applied to generator electric power or produce mechanical power to drive a large ship where efficiency and space are important factors to be considered. The quick change-out feature of the gas generator makes such applications attractive.

According to the teachings of this invention, the particular existing aero-derivative gas generators cited and the increase in "core" flow made possible by the intercooling and supercharging effect, the reheat gas turbines of this invention can have an air-flow rate ranging from 50 lb/sec to as high as 400 lb/sec. However, the air flow rate and resulting output can be higher and extend upwards to 500 lb/sec or more, only limited to design bottlenecks encountered such as the size of the last-stage blade of the power turbine and the cooling thereof.

The air-flow rates given above will produce a reheat gas turbine output ranging from 15,000 KW to 150,000 KW for existing aero gas generators cited when adapted for intercooling and supercharging. Future units could yield even greater power output. The larger sizes of 100,000 to 200,000 KW are the desireable sizes for future electric utility installations as the present plans are to increase existing plant output by increments of 100,000 to 200,000 KW and not going to the larger

single units of the past decades of 1,000 MW size. It should be remembered that the reheat gas turbine arrangements of this invention will produce about one-third more secondary power from the steam or vapor bottoming portion of the cycle to supplement existing electric-utility power plant output.

While the invention has been described in connection with specific embodiments thereof, it will be understood that it is capable of further modifications, and this application is intended to cover any variations, uses or adaptations of the invention following, in general, the principles of the invention and including such departures from the present disclosure as come within known or customary practice in the art to which the invention pertains and as may be applied to the essential features hereinbefore set forth, and as fall within the scope of the invention and the limits of the appended claims.

add 181 THAT WHICH IS CLAIMED IS:

as defined in claim 2

1. A gas generator for generating a hot gas at a pressure of modular construction preassembled as one complete integral assembly with connections for compression intercooling comprising:

a. An integral single cylindrical-shaped casing assembly,

b. A multi-stage low-pressure compressor and associated casing sub-assembly with an inlet duct wherein essentially atmospheric air is compressed to a pressure of 1.8 to 3.2 atmospheres, is discharged to a short elbow/radial diffuser, is collected in a scroll and is exited to one or more flange connections whereby low-pressure compressor rotor is driven by an internal coaxial shaft drivingly connected to low-pressure turbine rotor (f),

c. A multi-stage high-pressure compressor sub-assembly of one or more rotor spools and associated casing or casings with a radial-flow inlet duct wherein cooled and compressed air from (b) having been cooled by an external intercooler is compressed to a further pressure



11415

ratio of 12 to 24 and whereby high-pressure compressor rotor is driven by coaxial shafting drivingly connected to high-pressure turbine rotor (e),

d. A combustion chamber sub-assembly with associated casing, liner and fuel nozzles wherein the exit air of said high-pressure compressor (c) is raised to a high temperature level and whereby a product of combustion gas is formed,

e. A high-pressure turbine sub-assembly with associated nozzle or nozzles, casing, disk or disks, blading and shafting drivingly connected to said high-pressure compressor rotor of (c),

f. A low-pressure turbine sub-assembly with associated nozzle or nozzles, casing, disk or disks, blading and shafting drivingly connected to said low-pressure compressor rotor of (b),

g. An exit-discharge flange and casing sub-assembly to connect partially expanded gas exiting (f) to an external diffuser,

h. Internal shafting, bearings, associated pumps, lines and seals as required whereby internal coaxial shaft connecting to (b) is rotated at a lower RPM than the outer coaxial shaft or shafts connecting to (c),

i. Structural support members for bearings and seals of (h) and casings of (b), (c), (d), (e) and (g).

2. A gas generator for generating a hot gas at a pressure of modular construction preassembled as one complete integral assembly comprising:

a. An integral single cylindrical-shaped casing assembly,

b. A multi-stage high-pressure compressor of one or more spools and associated casing sub-assembly with a radial-flow-inlet duct wherein air at a temperature slightly above ambient and at a pressure of 1.8 to 3.2 atmospheres is compressed to a further pressure ratio of 12 to 24 and discharged to combustion chamber (c) whereby



11416

said air compressor is driven by coaxial shafting drivingly connected to a high-pressure turbine rotor (d),

c. A combustion chamber sub-assembly with associated casing, liner and fuel nozzles wherein the exit air of said compressor (b) is raised to a high temperature level and whereby a product of combustion gas is formed,

d. A high-pressure turbine sub-assembly with associated nozzle or nozzles, casing, disk or disks, blading and shafting drivingly connected to said high-pressure compressor rotor (b),

e. A low-pressure turbine sub-assembly with associated nozzle or nozzles, casing, disk or disks, blading and a coaxial shaft which extends out inlet of compressor (b) with coupling-flange connection to drive an external low-pressure air compressor wherein essentially atmospheric air is compressed to a pressure ratio of 1.8 to 3.2 and whereby said-compressed air is cooled by an external intercooler and subsequently admitted to compressor (b),

f. An exit-discharge flange and casing sub-assembly to connect partially expanded gas exiting (e) to an external diffuser,

g. Internal shafting, bearings, associated pumps, lines and seals as required for coaxial shafting whereby external shaft or shafts connecting (d) to (b) is (are) rotated at higher RPM than internal shaft connecting (e) to said external low-pressure compressor,

h. Structural support members for bearings and seals (g) and casings of (b), (c), (d), (e) and (f).

3. A reheat-gas-turbine system for the production of power comprising in combination:

A. A preassembled gas generator as defined in Claim 1,

B. A separate external intercooler assembly or assemblies detachably attached to said gas generator wherein compressed ~~low-pressure air of (A) is cooled.~~

11:17

JSR 1-13-84

C. A separate diffuser assembly detachably attached to said gas generator (A) wherein velocity of said gas exiting from said gas generator (A) is reduced and wherein velocity pressure is converted to static pressure.

D. A separate reheat-power-turbine assembly detachably attached to said diffuser (C) including:

a. A reheat combustor sub-assembly with associated casing, fuel nozzles and liner wherein gas from (C) is raised to an elevated temperature,

b. A power-turbine sub-assembly wherein hot gas produced by (D) (a) is expanded and wherein said gas is exited to said power turbine diffuser and exhaust hood,

c. Shafting, seals and bearings for (D) (b) and coupling connection flange for driving an electric generator or mechanical load.

4. A reheat-gas-turbine system for the production of power comprising in combination:

A. A preassembled gas generator as defined in Claim 2,

JSR 1-13-84

B. A separate low-pressure air compressor assembly detachably attached to said gas generator (A) shaft coupling flange wherein essentially ambient air is compressed to a pressure of 1.8 to 3.2 atmospheres for admittance to said gas generator of (A) after said air is first cooled.

C. A separate, external intercooler assembly or assemblies detachably attached to gas generator wherein low-pressure compressed air of (B) is cooled,

JSR 1-13-84

D. A separate diffuser assembly detachably attached to said gas generator (A) wherein the velocity of said gas exiting from gas said generator (A) is reduced and wherein the velocity pressure is converted to static pressure,

E. A separate reheat-power turbine assembly detachably attached to said diffuser (D) including:

a. A reheat combustor sub-assembly with associated casing, fuel nozzles and liner wherein gas from (D) ~~is raised to an elevated temperature,~~

11-18

b. A power-turbine sub-assembly wherein hot gas produced by (E) (a) is expanded and wherein said gas is exited to said power turbine's diffuser and exhaust hood,

c. Shafting, seals and bearing for (E) (b) and coupling connection flange for driving an electric generator or mechanical load.

5. A power-producing system comprising reheat gas turbine as defined in Claim 3 wherein said power-turbine hot-exhaust gas is used to generate superheated steam or vapor in a heat recovery boiler and wherein said superheated steam or vapor is expanded through a steam or vapor turbine to produce secondary electrical or mechanical power thus forming a combined cycle.

6. A power-producing system comprising reheat gas turbine as defined in Claim 4 wherein said power-turbine hot-exhaust gas is used to generate superheated steam or vapor in a heat-recovery boiler and wherein said superheated steam or vapor is expanded through a steam or vapor turbine to produce secondary electric or mechanical power thus forming a combined cycle.

7. A gas generator as defined in Claim 1 wherein the low-pressure compressor has a pitch-line radius 2.2 to 3.0 times the length of the pitch-line radius of the high-pressure compressor.

8. A gas generator as defined in Claim 1 wherein the low-pressure compressor has a preferred pitch-line radius 2.75 times the length of the pitch-line radius of the high-pressure compressor.

9. A gas generator as defined in Claims 1 or 2 wherein the thin-walled high-pressure gas-generator shell operating under 35 to 60 atmospheres of pressure is surrounded by a heavier-pressurized casing assembly to neutralize said internal pressure of said gas-generator thin-wall shell to prevent said thin-wall shell distorting and/or rupturing.

10. A pressure casing assembly as defined in Claim 9 wherein said heavier casings extend partway up high-pressure compressor



11419

casing to protect said compressor casing against distortion and blowout.

11. A pressure-casing assembly as defined in Claim 10 wherein annular cavity formed between heavier casing and gas generator casing is pressurized by bleed air from the high-pressure compressor.

12. A pressure-casing assembly as defined in Claim 10 wherein annular cavity formed between heavier casing and gas generator casing is pressurized by steam supplied from an external source.

13. A pressure-casing assembly as defined in Claim 10 wherein said heavier casing assembly includes piston-ring type expansion joints and seal for thermal expansion and for assembly and disassembly.

14. A pressure-casing assembly as defined in Claim 10 wherein said heavier casing assembly includes bellows-type expansion joints for thermal expansion and for assembly and disassembly.

15. A pressure-casing assembly as defined in Claim 12 wherein annular cavity supplies cooling steam to cool casing of gas generator,

16. A pressure-casing assembly as defined in Claim 12 wherein annular cavity supplies cooling steam to cool gas generator internal stationary and rotating parts including casings, struts, nozzle vanes, disks and rotating blades.

17. A pressure casing assembly as defined in Claim 10 wherein an inner casing is located between the thick outer casing and the gas-generator thin casing wherein steam pressurizes the inner annular cavity next to the gas generator and bleed air pressurizes the outer annular cavity next to the exterior thick wall.

18. A ~~low-pressure compressor~~ gas generator as defined in Claim 1 wherein the low-pressure



11420

compressor is an axial-flow compressor with a pitch-line radius 2.2 to 3.0 times that of the high-pressure compressor thus allowing radial distance for the low-pressure compressor radial diffuser, exit duct and return duct to the high-pressure compressor.

19. A gas generator as defined in Claim 1 wherein the low-pressure compressor has a radial-parallel straight-wall vaneless-diffuser assembly.

20. A gas generator as defined in Claim 1 wherein the low-pressure compressor has a multi-stage cascade-airfoil-type radial diffuser assembly to reduce the exit velocity and recover velocity-pressure efficiency without separation wherein the exit velocity is reduced from about 400 ft/sec to 100 ft/sec.

JJR 1-13-84

21. A diffuser as defined in Claim 20 wherein the exit velocity is reduced to a value of about 50 ft/sec.

22. A diffuser as defined in Claim 21 wherein the low-velocity air is collected by a toroidal ring-type duct with one or more connection flanges for external piping to one or more intercoolers.

23. A diffuser as defined in Claim 22 wherein transition ducts between the cascade-airfoil diffuser and the ring duct can be removed to facilitate gas-generator installation and removal.

24. A power-producing system as defined in Claim 5 or 6 wherein combined-cycle efficiency levels of 55 to 60 percent lower-heating value can be achieved.

25. A reheat-gas-turbine system as defined in Claims 3 and 4 wherein approximately 10 percent additional gas-turbine power is realized by intercooling for any given air-flow rate.

26. A power-producing system as defined in Claim 5 or 6 wherein combined-cycle efficiency is optimized and the degradation caused by intercooling is minimized to a value of about 1 percent.



11121

27. A gas generator as defined in Claims 1 or 2 having a total cycle pressure of 35 to 65 atmospheres.

28. A gas generator as defined in Claims 1 or 2 having a preferred low-pressure compressor-compression ratio of 2 to 2.5.

29. A gas generator as defined in Claims 1 or 2 having a preferred high-pressure compressor-compression ratio of 18 to 24.

30. A gas generator as defined in Claims 1 or 2 having a preferred total cycle pressure of about 50 atmospheres.

31. A pressure-casing assembly as defined in Claim 8 wherein outer pressurizing casing or casings are fabricated out of ordinary less-expensive high-strength steels than the superalloy materials required for the outer shell of the gas generator itself.

32. A gas generator as defined in Claims 1 or 2 wherein said bearings are anti-friction steel-ball and/or steel roller type.

33. A gas generator as defined in Claims 1 or 2 wherein said bearings are hydro-dynamic type.

34. A gas generator as defined in Claims 1 or 2 wherein said air temperature is raised to a level as high as 2600°F or higher in said combustor.

JJR -13-84

35. A gas generator as defined in Claim 1 wherein said low-pressure compressor, turbine and shaft rotate at about 3600 RPM for an airflow of about 300 lb/sec.

36. A gas generator as defined in Claim 1 wherein said high-pressure compressor, turbine and shaft rotate at about 8500 RPM for an airflow of about 300 lb/sec.

37. A reheat gas turbine as defined in Claims 3 and 4 wherein the airflow rate passing through said reheat gas turbine ranges from 50 lb/sec upwards to 500 lb/sec, with the preferred flow ~~rate being about 450 lb/sec.~~



11:22

G 000071

38. A reheat gas turbine as defined in Claims 3 and 4 wherein the power output of said power turbine ranges from 15,000 KW upwards to 200,000 KW with the preferred otuput being about 150,000 KW.

39. A reheat gas turbine as defined in Claims 3 and 4 wherein said power turbine receives reheated gas at a total pressure ranging from 4 to 9 atmospheres and at a temperature ranging from 2000°F to 2500°F.

40. A power-producing system as defined in Claims 5 and 6 wherein said steam or vapor bottoming portion of said system produces approximately one-third additional power of that produced by said reheat gas turbine by itself.

41. A reheat-gas-turbine system as defined in Claims 3 or 4 wherein said intercooler cools said low-pressure compressor-discharge air by heat exchange whereby coolant is water.

42. A reheat-gas-turbine system as defined in Claims 3 or 4 wherein said intercooler cools said low-pressure compressor-discharge air by heat exchange whereby the cooling effectiveness of coolant water, ammonia or a mixture thereof to that of said compressed air is as high as 95 percent.

43. A reheat-gas-turbine system as defined in Claims 3 or 4 wherein said intercooler cools said low-pressure compressor-discharge air by heat exchange whereby the preferred approach temperature of cooled air to coolant water, ammonia or a mixture thereof is about 40°F.

44. A reheat-gas-turbine system as defined in Claims 3 or 4 wherein said intercooler cools said low-pressure compressor-discharge air by direct-contact water spray.

45. A power-producing system as defined in Claims 5 and 6 wherein said intercooler cools low-pressure compressor-discharge air by heat exchange whereby coolant is condensate from said

bottoming cycle and whereby said compressed air is cooled partially or totally thereby.

46. A reheat-gas-turbine system as defined in Claims 3 or 4 wherein said intercooler cools said low-pressure compressor-dishcharge air by heat exchange whereby the coolant water is cooled by ambient air in an open loop.

47. A reheat gas-turbine system as defined in Claims 3 or 4 wherein said intercooler cools said low-pressure compressor-discharge air by heat exchange whereby the coolant water, ammonia or a mixture thereof is cooled by ambient air or water in a closed loop.

48. A diffuser assembly as defined in Claim 21 wherein the radial diffuser is made up of multiple radial ducts of essentially rectangular cross-sections each duct connecting to a compressor exit annular elbow sub-assembly.

49. Diffuser ducts as defined in Claim 48 wherein opposite radial flat sidewalls of each said diffuser duct have a total included angle of divergence of zero to 30 degrees with said sidewalls positioning multiple airfoil vanes, each vane with a preselected angle of attack to the approaching airflow direction.

50. Diffuser ducts as defined in Claim 48 wherein the inner and outer walls individually or together curve outwardly at an increasing radius of curvature with respect to the wall airflow direction.

51. A diffuser assembly as defined in Claims 23 and 48 wherein said transition ducts change in rectangular cross-section to round cross-section for connecting to round flanges on said ~~toroidal ring-type duct.~~

DECLARATION FOR CONTINUATION-IN-PART PATENT APPLICATION

572548

As a below-named inventor, I hereby declare:

that my residence, Post Office address, and citizenship are as stated hereinafter below my name;

that I verily believe that I am the original, first, and sole inventor of the invention entitled:

COMPRESSION INTERCOOLED HIGH CYCLE PRESSURE RATIO GAS GENERATOR FOR COMBINED CYCLES

described and claimed in the attached specification, that I understand the content of the attached specification, that this application in part discloses and claims subject matter disclosed in my earlier-filed applications, now U. S. Patents, and pending applications; U. S. Serial Number 274,660, filed June 17, 1981, now U. S. Patent Number 4,384,452; which application is a Division of U. S. Serial Number 047,571, filed June 11, 1979, now U. S. Patent Number 4,314,442; and U. S. Serial Number 224,496, filed January 13, 1981; which is a Division of U. S. Serial Number 954,838, filed October 26, 1978, now U. S. Patent Number 4,272,953; and U. S. Serial Numbers 416,171 , 416,172 , 416,173 , 416,275 , filed September 9, 1982 which are Continuation-in-Part applications of the heretofore above stated U. S. Applications and U. S. Patents; and U. S. Serial Numbers 486,334 , 486,336 , and 486,495 , filed April 19, 1983 which are Continuation-in-Part applications of the heretofore above stated U. S. Application and U. S. Patents; that as to the subject matter of this application which is common to said earlier applications, I do not know and do not believe the same was ever known or used in the United States of America before my

[redacted] invention thereof, or patented or described in any printed publi-

[redacted] cation in any country before my invention thereof or more than one year prior to said earlier applications; that said common

[redacted] subject matter was not in public use or on sale in the United States of America more than one year prior to said earlier applications; that said common subject matter has not been patented

[redacted]

11

or made the subject of an inventor's certificate issued before the date of said earlier applications in any country foreign to the United States of America on an application filed by me or my legal representatives or assigns more than twelve months prior to said earlier application; that I acknowledge my duty to disclose information of which I am aware which is material to the examination of this application; and that no application for patent or inventor's certificate on said common subject matter has been filed in any country foreign to the United States of America by me or my legal representatives or assigns, except as follows:

| Country | Filing Date | Serial Number |
|---|---|---|
| Canada | October 18, 1979 | 337,963 |
| Japan | October 18, 1979 | 54-501-974 |
| European Patent Convention | October 18, 1979 | 7990 15 63.1 |

that, as to the subject matter of this application which is not common to said earlier applications, I do not know and do not believe the same was ever known or used in the United States of America before my invention thereof, or patented or described in any printed publication in any country before my invention thereof or more than one year prior to the date of this application, or in public use or on sale in the United States of America more than one year prior to the date of this application; that said not-common subject matter has not been patented or made the subject of an inventor's certificate issued before the date of this application in any country foreign to the United States of America on an application filed by me or my legal representatives or assigns more than twelve months prior to the date of this application; that I acknowledge my duty to disclose information of which I am aware which is material to the examination of this application; and that no application for patent or inventor's certificate on said not-common subject matter has been filed in any country foreign to the United States of America by me or my legal representatives, except as follows:

| Country | Filing Date | Serial Number |
|---|---|---|
| None | --- | --- |

I shall myself, Ivan G. Rice, hereby prosecute this application and transact all business in the Patent and Trade-make Office connected therewith:

Ivan G. Rice

Address all telephone calls to above at telephone number (713) 353-5040.

Address all correspondence to above at P.O. Box 233, Spring, Texas, 77383.

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

Ivan Glenn Rice
Fill name of Iventor

United States of America
Country of Citizenship

Ivan Glenn Rice
Inventor's Signature

Date January 16, 1984

P. O. Box 233, Spring, Texas 77383
Post Office Address

1007 Lynwood, Spring, Texas 77373
Residence Address

Terry Lynn Fenchu Notary
Comm. expires. 2-11-87

11427

COMPRESSION INTERCOOLED HIGH CYCLE PRESSURE RATIO GAS GENERATOR FOR COMBINED CYCLES


ABSTRACT OF THE DISCLOSURE

A compression intercooled gas generator operating at high-cycle pressure ratios of 35 to 65 atmospheres to furnish hot pressurized gas sequentially to a diffuser, to a reheat combustor and then to a power turbine. An associated method of compression intercooling with an optimum intercooling pressure ratio to minimize overall combined-cycle efficiency degradation when said gas generator, diffuser, reheat combustor and power turbine are operating in conjunction with a heat- recovery boiler and a steam or vapor turbine. A coaxial shafting arrangement for driving the low-pressure and high-pressure compressor sections. A pressure-retaining casing arrangement enclosing the high-pressure portion of said gas generator to contain the higher than normal pressure of said gas generator.

572548




Fig. 1




Fig. 2

(17)



Fig. 3



Fig. 4

MAIL ROOM
JAN 20 1984
PAT. & TRADE


178
162
170
142
160
162
34
152
154
148
150
216
218
151
202
126
128
168
208
200
153
206
164
174
176
204
142
130
STEAM SEAL
196
198
144
30
146

Fig. 5


190
192
188
180
186
214
182
152
142
184
160
194
160
54
58
210
212
52
50
48
20

Fig. 6a

MAIL ROOM
JAN 20 1984
PAT. & TRADE MARK OFF.

11359




Fig. 6b

11270

MAIL ROOM JAN 20 1984 PAT. & TRADE MARK OFF.



Fig. 8



Fig. 7b

Fig. 7a

MAIL ROOM
JAN 20 1984
PAT. & TM

IGR/CRR - 01 6 of 7

5/2548




Fig. 9




Fig. 10




Fig. 11




Fig. 12

11374

MAIL ROOM JAN




Fig. 13




Fig. 14




Fig. 15

MAIL ROOM JAN

11[illegible]77

FORM PTO-1082

572548

Case Docket No. IGR/CRK-01

MAIL ROOM JAN 20 1984 PAT. & TRADEMARK

January 17, 1984

THE COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

Sir:

Transmitted herewith for filing is the patent application of

Inventor: Ivan G. Rice

For: "Compression Intercooled High Cycle Pressure Ratio Gas Generator for Combined Cycles"

Enclosed are:

45 sheets Specifications
1 sheet Abstract
1 sheet Cross References
3 sheets Declaration.

[X] 7 sheets of drawings and:

[ ] An assignment of the invention to None

[X] A certified copy of a Continuation-in-Part application.

[ ] An associate power of attorney. None (Acting on my own behalf)

[X] A verified statement to establish small entity status under 37 CFR 1.9 and 37 CFR 1.27.

[X] Complete filing documents with Declaration

The filing fee has been calculated as shown below:

| FOR: | NO. FILED (Col. 1) | NO. EXTRA (Col. 2) | SMALL ENTITY RATE | SMALL ENTITY FEE | | OTHER THAN A SMALL ENTITY RATE | OTHER THAN A SMALL ENTITY FEE |
|---|---|---|---|---|---|---|---|
| BASIC FEE | | | | $150 | OR | | $300 |
| TOTAL CLAIMS | 51 -20= | * 31 | x5= | $155 | OR | x10= | $ |
| INDEP CLAIMS | 2 -3= | * -1 | x15= | $ 0 | OR | x30= | $ |
| [X] MULTIPLE DEPENDENT CLAIM PRESENTED | | | +50= | $ 50 | OR | +100= | $ |
| | | | TOTAL | $355 | OR | TOTAL | $ |

* If the difference in Col. 1 is less than zero, enter "0" in Col. 2

[ ] Please charge my Deposit Account No. ______________ in the amount of $______________. A duplicate copy of this sheet is enclosed.

[X] A check in the amount of $355.00 to cover the filing fee is enclosed.

[ ] The Commissioner is hereby authorized to charge payment of the following fees associated with this communication or credit any overpayment to Deposit Account No. ______________. A duplicate copy of this sheet is enclosed.

- [ ] Any additional filing fees required under 37 CFR 1.16.
- [ ] Any patent application processing fees under 37 CFR 1.17.

[ ] The Commissioner is hereby authorized to charge payment of the following fees during the pendency of this application or credit any overpayment to Deposit Account No. ______________. A duplicate copy of this sheet is enclosed.

- [ ] Any patent application processing fees under 37 CFR 1.17.
- [ ] The issue fee set in 37 CFR 1.18 at or before mailing of the Notice of Allowance, pursuant to 37 CFR 1.311(b).
- [ ] Any filing fees under 37 CFR 1.16 for presentation of extra claims.

Please notify me of any additional fees which I shall promptly remit by check.

Respectfully submitted,

[signature]

Ivan G. Rice, P.E.

11334

Applicant or Patentee Ivan Glenn Rice Attorney's
Serial or Patent No.: Docket No.: IGR/CRK-
Filed or Issued:
For: Application, "Compression Intercooled High Cycle Pressure Ratio Gas Generator for Combined Cycles"

MAIL SECTION JAN 9 1984 PAT. & TRADE MARK OFF.

VERIFIED STATEMENT (DECLARATION) CLAIMING SMALL ENTITY STATUS (37 CFR 1.9(f) and 1.27(b)) – INDEPENDENT INVENTOR

As a below named inventor, I hereby declare that I qualify as an independent inventor as defined in 37 CFR 1.9(c) for purposes of paying reduced fees under section 41(a) and (b) of Title 35, United States Code, to the Patent and Trademark Office with regard to the invention entitled "Compression Intercooled High Cycle Pressure Ratio Gas Generator for Combined Cycles" described in

[X] the specification filed herewith
[ ] application serial no. __________, filed __________
[ ] patent no. __________, issued __________.

I have not assigned, granted, conveyed or licensed and am under no obligation under contract or law to assign, grant, convey or license, any rights in the invention to any person who could not be classified as an independent inventor under 37 CFR 1.9(c) if that person had made the invention, or to any concern which would not qualify as a small business concern under 37 CFR 1.9(d) or a nonprofit organization under 37 CFR 1.9(e).

Each person, concern or organization to which I have assigned, granted, conveyed, or licensed or am under an obligation under contract or law to assign, grant, convey, or license any rights in the invention is listed below: NONE

[X] no such person, concern, or organization
[ ] persons, concerns or organizations listed below*

*NOTE: Seperate verified statements are required from each named person, concern or organization having rights to the invention averring to their status as small entities. (37 CFR 1.27)

FULL NAME __________
ADDRESS __________
[ ] INDIVIDUAL [ ] SMALL BUSINESS CONCERN [ ] NONPROFIT ORGANIZATION

FULL NAME __________
ADDRESS __________
[ ] INDIVIDUAL [ ] SMALL BUSINESS CONCERN [ ] NONPROFIT ORGANIZATION

FULL NAME __________
ADDRESS __________
[ ] INDIVIDUAL [ ] SMALL BUSINESS CONCERN [ ] NONPROFIT ORGANIZATION

I acknowledge the duty to file, in this application or patent, notification of any change in status resulting in loss of entitlement to small entity status prior to paying, or at the time of paying, the earliest of the issue fee or any maintenance fee due after the date on which status as a small entity is no longer appropriate. (37 CFR 1.28(b))

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under section 1001 of Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the application, any patent issuing thereon, or any patent to which this verified statement is directed.

| | | |
|---|---|---|
| Ivan G. Rice, P.E. | | |
| NAME OF INVENTOR | NAME OF INVENTOR | NAME OF INVENTOR |
| Ivan G. Rice (signature) | | |
| Signature of Inventor | Signature of Inventor | Signature of Inventor |
| January 17, 1984 | | |
| Date | Date | Date |

UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 06/572-548 | 01/20/83 | RICE J | IGR-TPF-1 |

JOHN G. RICE
P. O. BOX 233
SPRING, TX 77373

| EXAMINER | |
|---|---|
| CASAREGOLA, L | |
| ART UNIT | PAPER NUMBER |
| 343 | 4 |

DATE MAILED: 12/07/84

INFORMALITY RE PAYMENT OF FEE

The informality regarding the payment of the fee in connection with ☐ the original filing fee ☐ the amendment filed____________________ is indicated below.

A. FEE DUE

1. ☐ The amendment is considered incomplete in that the funds in Deposit Account No.____________________ are insufficient to cover the entire fee due. The balance is due within the period set below.

2. ☐ The amendment is considered an incomplete response, in that payment of $____________ is insufficient to cover the claims as shown in the attached Patent Application Fee Determination Record. Remittance is due within the period set below.

3. ☐ The amendment has not been entered, since applicant has failed to remit (or authorize charge to a Deposit Account) the fee as indicated on the attached Patent Application Fee Determination Record. Remittance or authorization is due within the period set below.

4. ☐ The filing fee of $ 355.00 submitted in this application is insufficient.

   A balance of $ 115.00 is due for additional claims.

5. ☐

APPLICANT IS GIVEN THE REMAINDER OF THE SET PERIOD FOR RESPONSE, OR ONE (1) MONTH FROM THE DATE OF THIS LETTER, WHICHEVER IS LONGER, WITHIN WHICH TO REMIT THE FEE OF $ 115.00 .

B. EXCESS PAYMENT:

5. ☐ It is noted that payment of $____________ is in excess of the amount necessary to cover the claims now in the application. See the attached Patent Application Fee Determination Record.

This matter of refund or credit to your account is being referred to the Finance Officer, for his consideration.

Trudy Mitchell
~~CLERK OF GROUP~~ Docket Clerk
Art Unit 343

PTOL-319 (REV. 3-82) USCOMM-DC 82-3838-P82

11360

$115 203 Group 343

IVAN G. RICE, P.E.
*Consulting Engineer*
GAS TURBINES AND ROTATING EQUIPMENT
P.O. BOX 233
SPRING, TEXAS 77373
(713) 353-5040

JAN 8 1985

#5 Tallies 1-24-85

January 4, 1984

Commissioner of Patents and Trademarks
United States Department of Commerce
Patent and Trademark Office
Washington DC 20231

Attention: Mitchell, Docket Clerk, Art Unit 343 Re: US Serial No. 06/572,548
Docket no. IGR/CRK-1

Per the attached notice,
please find attached our check in the amount of $115.00 billed, due for the remainder of the filing fee. The amount is due for additional claims.

Very truly yours,

Ivan G. Rice

IGR:ckr
Attachments: 2

UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 06/572,548 | 01/20/84 | RICE J | JGR/CRV-1 |

JUAN G. RICE
P. O. BOX 233
SPRING, TX 77373

| EXAMINER | |
|---|---|
| CASAREGOLA, L | |
| ART UNIT | PAPER NUMBER |
| 343 | 4 |

DATE MAILED: 12/07/84

## INFORMALITY RE PAYMENT OF FEE

The informality regarding the payment of the fee in connection with ☐ the original filing fee ☐ the amendment filed ______________ is indicated below.

**A. FEE DUE**

1. ☐ The amendment is considered incomplete in that the funds in Deposit Account No. ______________ are insufficient to cover the entire fee due. The balance is due within the period set below.

2. ☐ The amendment is considered an incomplete response, in that payment of $__________ is insufficient to cover the claims as shown in the attached Patent Application Fee Determination Record. Remittance is due within the period set below.

3. ☐ The amendment has not been entered, since applicant has failed to remit (or authorize charge to a Deposit Account) the fee as indicated on the attached Patent Application Fee Determination Record. Remittance or authorization is due within the period set below.

4. ☑ The filing fee of $ 355.00 submitted in this application is insufficient.
A balance of $ 115.00 is due for additional claims.

5. ☐

APPLICANT IS GIVEN THE REMAINDER OF THE SET PERIOD FOR RESPONSE, OR ONE (1) MONTH FROM THE DATE OF THIS LETTER, WHICHEVER IS LONGER, WITHIN WHICH TO REMIT THE FEE OF $ 115.00.

**B. EXCESS PAYMENT:**

5. ☐ It is noted that payment of $__________ is in excess of the amount necessary to cover the claims now in the application. See the attached Patent Application Fee Determination Record.

This matter of refund or credit to your account is being referred to the Finance Officer, for his consideration.

Judy Mitchell
CLERK OF GROUP
Docket Clerk
Art Unit 343

PTOL-319 (REV. 3-82) USCOMM-DC

11578

UNITED STATE! E. RTMENT OF COMMERCE
Patent and Trad ark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 06/572,538 | 01/20/84 | F J | IGR/CPK-1 |

IVAN G. RICE
P. O. BOX 233
SPRING, TX 77373

IVAN G. RICE, P.E.
Consulting Engineer
GAS TURBINES AND ROTATING EQUIPMENT
P.O. BOX 233
SPRING, TEXAS 77373

Commissioner of Patents and Trademarks
United States Department of Commerce
Patent and Trademark Office
Washington DC 20231

CONROE, TX PM ... 1985

NUMBER
4
/07/84

INFORMALITY RE PAYMENT

The informality regarding the payment of ... the amendment filed ______________ is indicat...

**A. FEE DUE**

1. ☐ The amendment is considered inco... are insufficient to cover the entire ...

2. ☐ The amendment is considered an i... s insufficient to cover the claims as shown in the ... mittance is due within the period set below.

3. ☐ The amendment has not been er... arge to a Deposit Account) the fee as indicated c... Remittance or authorization is due within the p...

4. ☑ The filing fee of $ 355.00
A balance of $ 115.00

5. ☐

APPLICANT IS GIVEN THE REMAINDER OF THE SET PERIOD FOR RESPONSE, OR ONE (1) MONTH FROM THE DATE OF THIS LETTER, WHICHEVER IS LONGER, WITHIN WHICH TO REMIT THE FEE OF $ 115.00 .

**B. EXCESS PAYMENT:**

5. ☐ It is noted that payment of $__________ is in excess of the amount necessary to cover the claims now in the application. See the attached Patent Application Fee Determination Record.

This matter of refund or credit to your account is being referred to the Finance Officer, for his consideration.

Judy Mitchell
CLERK OF GROUP
Docket Clerk
Art Unit 343

PTOL-319 (REV. 3-82) USCOMM-DC 82-3838-PA:

11359

**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 06/572,548 | 01/20/84 | RICE I | IGR/CRK-1 |

IVAN G. RICE
P. O. BOX 233
SPRING, TX 77373

| EXAMINER | |
|---|---|
| CASAREGOLA, L | |
| ART UNIT | PAPER NUMBER |
| 343 | 6 |

DATE MAILED: 02/11/85

This is a communication from the examiner in charge of your application.

COMMISSIONER OF PATENTS AND TRADEMARKS

[X] This application has been examined [ ] Responsive to communication filed on ____ [ ] This action is made final.

A shortened statutory period for response to this action is set to expire ~~month(s)~~, 30 days from the date of this letter.
Failure to respond within the period for response will cause the application to ~~become~~ abandoned. 35 U.S.C. 133

Part I THE FOLLOWING ATTACHMENT(S) ARE PART OF THIS ACTION:

1. [ ] Notice of References Cited by Examiner, PTO-892.
2. [ ] Notice re Patent Drawing, PTO-948.
3. [ ] Notice of Art Cited by Applicant, PTO-1449
4. [ ] Notice of informal Patent Application, Form PTO-152
5. [ ] Information on How to Effect Drawing Changes, PTO-1474
6. [ ] ____

Part II SUMMARY OF ACTION

1. [X] Claims 1-51 are pending in the application.

   Of the above, claims ____ are withdrawn from consideration.
2. [ ] Claims ____ have been cancelled.
3. [ ] Claims ____ are allowed.
4. [ ] Claims ____ are rejected.
5. [ ] Claims ____ are objected to.
6. [X] Claims 1-51 are subject to restriction or election requirement.
7. [ ] This application has been filed with informal drawings which are acceptable for examination purposes until such time as allowable subject matter is indicated.
8. [ ] Allowable subject matter having been indicated, formal drawings are required in response to this Office action.
9. [ ] The corrected or substitute drawings have been received on ____. These drawings are [ ] acceptable; [ ] not acceptable (see explanation).
10. [ ] The [ ] proposed drawing correction and/or the [ ] proposed additional or substitute sheet(s) of drawings, filed on ____ has (have) been [ ] approved by the examiner. [ ] disapproved by the examiner (see explanation).
11. [ ] The proposed drawing correction, filed ____, has been [ ] approved. [ ] disapproved (see explanation). However, the Patent and Trademark Office no longer makes drawing changes. It is now applicant's responsibility to ensure that the drawings are corrected. Corrections MUST be effected in accordance with the instructions set forth on the attached letter "INFORMATION ON HOW TO EFFECT DRAWING CHANGES", PTO-1474.
12. [ ] Acknowledgment is made of the claim for priority under 35 U.S.C. 119. The certified copy has [ ] been received [ ] not been received [ ] been filed in parent application, serial no. ____; filed on ____.
13. [ ] Since this application appears to be in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under Ex parte Quayle, 1935 C.D. 11; 453 O.G. 213.
14. [ ] Other

PTOL-326 (Rev. 7-82) EXAMINER'S ACTION

11353

Restriction to one of the following inventions is required under 35 U.S.C. 121:

I. Claims 1-4, 7-9, 19, 20, 25, 27-30, 32-39, 41-44, 46 and 47, drawn to a gas turbine engine, classified in Class 60, subclass 39.17.

II. Claims 5, 6, 24, 26, 40 and 45, drawn to a combined gas and steam turbine power power plant, classified in Class 60, subclass 39,182.

III. Claims 10-17 and 31, drawn to a pressure casing assembly, classified in Class 60, subclass 39.31.

IV. Claim 18, drawn to compressor, classified in Class 415, subclass 69.

V. Claims 21-23 & 48-51 drawn to diffuser, classified in Class 415, subclass 207.

In the inventive groups designated above, the gas turbine engine of group I is a distinct subcombination of the combined cycle power plant of group II, and the pressure casing, compressor, and diffuser of groups III - V respectively are mutually separate inventions which constitute distinct subcombinations of either the gas turbine engine of group I or the combined cycle power plant of group II. The combinations do not require all of the specific details of the subcombinations, and the subcombinations have separate utility form the combinations.

Because these inventions are distinct for the reasons given above and require separate classification

~~and~~ and/or divergent fields of search, restriction for examination purposes as indicated is proper.

Applicant is advised that the response to this requirement to be complete must include an election of the invention to be examined even though the requirement be traversed.

Applicant is further advised that the dependency of various subcombination claims from groups III - V upon combination claims from groups I or II is improper. According to 35 U.S.C. 112, a dependent claim incorporates all of the limitations of its parent claim. A dependent claim cannot thus be directed to depend ~~form~~ from only one specific subcombination ~~on~~ or feature within a more comprehensive parent claim. Should applicant elect one of the subcombinations of groups III - V, new independent claims would most likely be required.

In addition to the above noted restriction requirement, the following species election requirement must also be met.

This application contains claims specific to more than one species of a generic invention, as for example, the species of Figures 6b and 7a, respectively. Applicant is required for a complete response to elect a single disclosed species and to list all claims readable thereon, including any claims subsequently added. (MPEP 809.02(a)).

The elected invention will then correspond to the claims which are both (1) present in the elected

group chosen from groups I - V above, and (2) readable on the elected species.

This case currently includes several generic claims the best example of which is claim 2.

L. CASAREGOLA:smc
703 557-3424
2/1/85

L. J. Casaregola
L. J. CASAREGOLA
EXAMINER
ART UNIT 343

MAIL ... MAR 4 1985

Tlu ... 3-12-85

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In regard Application of:

Ivan G. Rice — Group Art Unit: 343

Serial Number 572,548 — Examiner: L. Casaregola

Filed January 20, 1984

COMPRESSION INTERCOOLED HIGH CYCLE PRESSURE RATIO GAS GENERATOR FOR COMBINED CYCLES

Honorable Commissioner of
Patent and Trademarks
Washington, D.C. 20231

Sir:

AMENDMENT

In response to the Patent Office communication dated February 11, 1985, the applicant elects group I which is to include claims 1-4, 7-8, 18-19, 25, 27-30, 32-39, 41-44, 46 and 47 classified in class 60, subclass 39.17. All other claims are to be held in abeyance now for later divisional application disposition by the applicant. Further, the species election is made by the applicant to be Figure 6b with claim 2 being the generic claim.

IN THE CLAIMS

Please amend claims 1, 18 and 32 as follows:

Claim 1 (amended) in line 1 after the word "generator" insert --as defined in claim 2--.

Claim 18 (amended) cancel line one and substitute:

18. A gas generator as defined in claim 1 wherein the low-pressure--.

Claim 32 (amended) in line two after the word "steel-ball" insert the phrase --and/or steel roller--.

11351

Reconsideration of the previously-identified application is respectfully requested in view of the remarks which follow.

REMARKS

Claim 1 has been amended to depend on elected generic independent claim 2. This change should place the claim in proper form to be examined.

Claim 18 has been amended to refer to a gas generator of claim 1 and not a compressor and therefore should be in the proper form to be considered as part of group I. A request for claim 18 examination is therefore made.

Claim 9 is to be held back and not examined at this time. Claim 9 should rightfully be included in group III as part of a separate invention on the pressurized casing.

Claim 20 is to be held back and not examined at this time. Claim 20 should rightfully be included in group V as part of a separate invention on the diffuser.

Claim 32 has been amended to include both steel ball and roller type antifriction bearings.

Respectfully submitted,

Ivan G. Rice

Independent Inventor

P.O. Box 233
Spring, Texas 77383

(713)353-5040

CERTIFICATE OF MAILING

This is to certify that on this date I deposited this correspondence with the U.S. Postal Service as first-class mail in an envelope addressed to the Commissioner of Patents, Washington D.C., 20231

Ivan G. Rice
March 1, 1985
March 1, 1985

11352

WB

UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 06/572,548 | 01/20/84 | RICE I | IGR/CRK-1 |

EVAN G. RICE
P. O. BOX 233
SPRING, TX 77373

| EXAMINER | |
|---|---|
| CASAREGOLA, L | |
| ART UNIT | PAPER NUMBER |
| 343 | 8 |

DATE MAILED: 05/21/85

This is a communication from the examiner in charge of your application.

COMMISSIONER OF PATENTS AND TRADEMARKS

[X] This application has been examined [X] Responsive to communication filed on 3/4/85 [ ] This action is made final.

A shortened statutory period for response to this action is set to expire 3 month(s), ______ days from the date of this letter.
Failure to respond within the period for response will cause the application to become abandoned. 35 U.S.C. 133

Part I THE FOLLOWING ATTACHMENT(S) ARE PART OF THIS ACTION:

1. [X] Notice of References Cited by Examiner, PTO-892.
2. [ ] Notice re Patent Drawing, PTO-948.
3. [ ] Notice of Art Cited by Applicant, PTO-1449
4. [ ] Notice of informal Patent Application, Form PTO-152
5. [ ] Information on How to Effect Drawing Changes, PTO-1474
6. [ ] ______

Part II SUMMARY OF ACTION

1. [X] Claims 1-51 are pending in the application.

   Of the above, claims 5, 6, 9-17, 20-24, 26, 31, 40, 45, 48-51 are withdrawn from consideration.

2. [ ] Claims ______ have been cancelled.

3. [ ] Claims ______ are allowed.

4. [X] Claims 1-4, 7, 8, 18, 19, 25, 27-30, 32-39, 41-44, 46, 47 are rejected.

5. [ ] Claims ______ are objected to.

6. [ ] Claims ______ are subject to restriction or election requirement.

7. [ ] This application has been filed with informal drawings which are acceptable for examination purposes until such time as allowable subject matter is indicated.

8. [ ] Allowable subject matter having been indicated, formal drawings are required in response to this Office action.

9. [ ] The corrected or substitute drawings have been received on ______. These drawings are [ ] acceptable; [ ] not acceptable (see explanation).

10. [ ] The [ ] proposed drawing correction and/or the [ ] proposed additional or substitute sheet(s) of drawings, filed on ______, has (have) been [ ] approved by the examiner. [ ] disapproved by the examiner (see explanation).

11. [ ] The proposed drawing correction, filed ______, has been [ ] approved. [ ] disapproved (see explanation). However, the Patent and Trademark Office no longer makes drawing changes. It is now applicant's responsibility to ensure that the drawings are corrected. Corrections MUST be effected in accordance with the instructions set forth on the attached letter "INFORMATION ON HOW TO EFFECT DRAWING CHANGES", PTO-1474.

12. [ ] Acknowledgment is made of the claim for priority under 35 U.S.C. 119. The certified copy has [ ] been received [ ] not been received [ ] been filed in parent application, serial no. ______; filed on ______.

13. [ ] Since this application appears to be in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under Ex parte Quayle, 1935 C.D. 11; 453 O.G. 213.

14. [ ] Other

PTOL-326 (Rev. 7-82) EXAMINER'S ACTION

G 000103

Applicant's election of group I and the species of Figure 6b is acknowledged. In view of applicant's amendment to claim 18 and comments directed to claim 9, the former has now been added to group I and the latter deleted from group I. The elected claims, i.e. those present in group I and readable on Figure 6b, are 1-4, 7, 8, 18, 19, 25, 27-30, 32-39, 41-44, 46, and 47. An action on the merits of these claims is set forth herein below and all other claims are withdrawn from consideration.

Claims 1-4, 7, 8, 18, 19, 25, 27-30, 32-39, 41-44, 46, and 47 are rejected under 35 U.S.C. 112, second paragraph, as being indefinite for failing to particularly point out and distinctly claim the subject matter which applicant regards as the invention. Claim 1 which was originally independent has now been amended to depend from claim 2. This dependency is totally inappropriate since most of the limitations in claim 1 are redundant with those in claim 2. This causes claim 1 and other related dependent claims to become verbose and highly confusing.

The claims are replete with alternative limitations such as "casing or casings", "nozzle or nozzles", "dish or dishs", etc. Such limitations render the claims indefinite as to scope.

Claims 1 and 2, and related dependent claims, include a number of limitations that are vague and/or

ambiguous. Item "a" in both of these claims includes a cylindrical casing assembly but the relationship of the casing assembly to the remaining structure is never clearly established.

Items "b" and "c" of claim 1 and "b" of claim 2 refer to shafting as being "coaxial" but never specifically state what it is coaxial with, thus the term "coaxial" becomes an unbased comparison.

In claims 1 and 2, items "h" and "g" respectively refer to "shafting, bearings, associated pumps, lines, and seals as required" (emphasis added). This limitation is vague and indefinite. Structural elements must be either positively included in or completely omitted from the claims. Their inclusion cannot be qualified under the expression "as required". Furthermore, bearings, seals, lines, shafts, etc. cannot be properly claimed as a conglomeration of miscellaneous parts. If such elements are to be included, they must be recited individually and described in terms of their relationships to other claimed structure, otherwise, their inclusion is meaningless.

The "structural support elements" referred to in the last item of claims 1 and 2 are also deemed vague and indefinite.

A number of the dependent claims merely add functions or desired results without reciting any further structure that would form the basis for such

functions or results. These include claims 25, 27-30, 34-39, 42-44, 46, and 47. In claim 25 for example, the statement that intercooling achieves a 10% increase in power is purely a desired result.

Claims 27-30 and 34-39 recite preferred ranges of values for operating parameters such as compression ratio, gas temperature, shaft speed, etc. The claims however fail to include any special structure that would lend support to limitations of this type.

Claims 42, 43, and 47 discuss the effectiveness of various coolants without, in fact, positively claiming the coolants. Furthermore, recitation of multiple coolants in the manner exhibited by applicant's claims constitutes an improper ~~Morbush~~ Markush group.

Claim 44 refers to cooling by direct water spray but fails to include any apparatus capable of providing such a feature. This is likewise true of the claimed open loop water cooling feature in claim 46. Note also that "the coolant water" in claims 46 and 47 lacks proper antecedent basis.

Claims 1, 2, 19, 27-30, and 34-36 are rejected under 35 U.S.C. 103 as being unpatentable over Blackwell et al or Sens in view of either Strub or Price '745 and optionally with or without additional reference to Davis et al or Smith. The primary references disclose dual spool gas turbine engines having high and low pressure

compressors driven respectively by high and low pressure turbines. Intercoolers are well known expedients for improving compressor performance and the prior art includes intercooler systems that have been specifically designed for external mounting on or with compressors similar to those in the primary references; see for example, Figure 3 of Stub and Figure 1 of Price. Such intercooler systems could obviously be used in conjunction with the turbine engines of Blackwell or Sens.

As was previously noted, the claims include a number of functional limitations involving ranges of values for pressure ratios, temperatures, rotor speeds, etc. Many of these limitations are expressed in purely functional claims such as claims 27-30 and 34-36. None of the claims including those reciting structure, moreover, have any special elements or features which would tend to make the instant invention more capable that the prior art of performing the claimed functions. Furthermore the claimed numerical values do not appear to be beyond the operating limits for existing state-of-the-art gas turbine components. Consequently, in the absense of any distinguishing structure, the mere inclusion of numerical values for various operating parameters does not enable the claims at issue to define over the cited prior art.

It is further noted that the claims make a number of references to components being integral, modular, detachable, etc. As in the case of the numerical limitations discussed above, however, there is really no recitation of unique or special structure. The claims include no specific elements that would establish a modular nature beyond what is already common in the prior art. It is pointed out that virtually any prior art gas turbine engine can be disassembled into component parts that can be typically combined into various subgroups, any of which could be arbitrarily thought of as a module. It is also pointed out that there is a well established trend of designing gas turbine engines to be comprised of a series of easy-to-handle sub-assemblies; Davis and Smith are cited to support this point. There is thus nothing unobvious in subdividing a gas turbine engine into any arrangement of modules that the designer might find convenient.

Claims 3, 4, 25, 37-39, 41-44, 46, and 47 are rejected like claims 1, 2, etc. above and in view of Schwaar or Larrecq and further in view of ~~Sen~~ Su or Traupel. It is known in the art that a separate power turbine may be added to a dual spool turbine engine as evidenced by Schwaar (see element 28) and Larrecq (see element 22). It is further submitted that the ~~gear~~ gas passage between the low pressure compressor turbine and the added power turbine would typically have an expanding cross section and would thus constitute a

diffuser; see, for example, the passage at 128 of ~~Schaar~~ Schwaar. The addition of a reheat burner between various turbine sections is also a well known concept as indicated by ~~Sen~~ Su (see element 6) and Traupel (see elements 8 and 22). Any or all of the above discussed features could obviously be added to the engine combinations based on Blackwell or Sens.

Claims 7, 8, and 18 are rejected like claims 1, 2, etc. above and in view of Price '683. The concept of using a high pressure compressor of lesser diameter than its related low pressure compressor so as to provide space to accommodate an intercooler and/or related inlet and outlet structure is a known expedient as evidenced by Price; see Figure 1. This feature could obviously be applied to the turbine engine combinations dicussed above.

Claims 32 and 33 are rejected like claims 1, 2, etc. above and with additional comment. Official notice is taken of the fact that ball, roller, and hydro-dynamic type bearings are well known mechanical components. To employ any one of these in conjunction with the gas turbines in the cited prior art would be an obvious exercise of design choice.

Swiss Specification 215,474 is cited as a further pertinent example of prior art.

L. J. Casaregola
LUIS J. CASAREGOLA
EXAMINER
ART UNIT 343

L.CASAREGOLA:ld
703 557-3424
05/15/85

TO SEPARATE, ... TOP AND BOTTOM EDGES, SNAP–APART AND D... RD CARBON

JC

FORM PTO-892 (REV. 3-78)

U.S. DEPARTMENT OF COMMERCE PATENT AND TRADEMARK OFFICE

**NOTICE OF REFERENCES CITED**

SERIAL NO. 572 548

GROUP ART UNIT 343

ATTACHMENT TO PAPER NUMBER 8

APPLICANT(S) I. Rice

**U.S. PATENT DOCUMENTS**

| * | | DOCUMENT NO. | DATE | NAME | CLASS | SUB-CLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|
| | A | 2222802 | 4/8/55 | Blackwell et al. | 60 | 32.61 | |
| | B | 2645412 | 7/14/53 | Sens | 60 | 32.61 | |
| | C | 3892429 | 7/1/75 | Strob | 415 | 179 | |
| | D | 2563745 | 8/7/51 | Price | 415 | 179 | |
| | E | 4030288 | 6/21/77 | Davis et al. | 60 | 39.31 | |
| | F | 3823553 | 7/16/74 | Smith | 60 | 32.31 | |
| | G | 3546880 | 12/15/70 | Schwaar | 60 | 39.61 | |
| | H | 2625012 | 1/13/53 | Lanneg | 60 | 32.61 | |
| | I | 4206583 | 6/10/80 | So et al. | 60 | 32.04 | |
| | J | 2312605 | 3/2/43 | Traupel | 60 | 32.17 | |
| | K | 2575683 | 11/20/51 | Price | 60 | 228 | |

**FOREIGN PATENT DOCUMENTS**

| * | | DOCUMENT NO. | DATE | COUNTRY | NAME | CLASS | SUB-CLASS | PERTINENT SHTS. DWG | PP. SPEC. |
|---|---|---|---|---|---|---|---|---|---|
| | L | 215474 | 10/1/41 | Switzerland | — | 415 | 179 | | |
| | M | | | | | | | | |
| | N | | | | | | | | |
| | O | | | | | | | | |
| | P | | | | | | | | |
| | Q | | | | | | | | |

**OTHER REFERENCES** (Including Author, Title, Date, Pertinent Pages, Etc.)

| | |
|---|---|
| R | |
| S | |
| T | |
| U | |

EXAMINER L. J. Casaregola

DATE 5/6/85

* A copy of this reference is not being furnished with this office action.
(See Manual of Patent Examining Procedure, section 707.05 (a).)

11350

MAIL ROOM 40 JUL 29 1985 PAT. & TRADE MARK OFF.

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In Regard Application of:

Ivan G. Rice — Group Art Unit: 343

Serial Number 572,548 — Examiner: L. Casaregola

Filed January 20, 1984

COMPRESSION INTERCOOLED HIGH CYCLE PRESSURE RATIO GAS GENERATOR FOR COMBINED CYCLES

Honorable Commissioner of
Patent and Trademarks
Washington D.C. 20231

Sir:

AMENDMENT

In response to the Patent Office Action dated May 21, 1985 kindly amend the above-identified application as follows. It should be noted that the application is being prosecuted by the Inventor himself without assistance from any patent agent or patent attorney. The examiner is thanked for his examination of the application and the inventor will respond hereby to the examiner's Action. Action on the merits herein is requested.

IN THE CLAIMS

Please cancel all claims now under consideration.

Please add the following revised claims wherein no new claims have been added:

52. An open cycle axial flow turbo hot gas generator assembly of modular construction for generating a hot gas at a back pressure above atmospheric with essentially an axial movement of the working fluid past any row of moving blades comprising:

a. A cylindrically shaped sectionalized outer casing to retain and direct the flow of said working fluid and to provide structural integrity of said gas generator assembly,

b. An air intake at one end of said casing,

c. A low pressure axial flow compressor mounted in said casing, connected directly to said intake to receive air therethrough and having a plurality of rows of moving blades

whereof there is a given flow pitchline radius of $r_2$ and wherein the torque transmitted to overhung rotating parts of said low pressure compressor and the rotating forces thereof are carried by a single axle style bearing and stub shaft arrangement.

d. A low pressure compressor discharge air housing connected to said casing and forming part of said casing with at least one radial discharge flange for discharging said low pressure compressor heated air to an external intercooling means,

e. A low pressure return air housing removably connected and fitted to said low pressure discharge housing forming part of said casing with at least one radial return air flange for receiving cooled air from said external inter-cooling means,

f. A high pressure axial flow hollow compressor mounted in said casing, connected directly to said return air housing having a plurality of rows of moving blades and variable stator blades whereof there is a given flow pitchline radius $r_3$ wherein said flow pitchline radius $r_2$ of said low pressure compressor is substantially greater than that of said radius $r_3$ of said high pressure compressor and wherein the RPM of said high pressure compressor is substantially greater than that of said low pressure compressor,

g. Combustion apparatus mounted in said casing and connected directly to said high pressure compressor to receive the air compressed by said high pressure compressor and wherein the temperature of said working fluid is elevated by burning a fuel therein,

h. An axial flow high pressure turbine having an open hub with at least one stage mounted in said casing and connected to said combustion apparatus therefrom and drivingly connected to said high pressure compressor by means of a hollow shaft passing axially through said combustion apparatus, the power developed being substantially wholly absorbed by said high pressure compressor,

i. An axial flow low pressure turbine with at least

one stage mounted in said casing connected directly to said high pressure turbine to receive the exhaust therefrom and drivingly connected directly to said low pressure compressor by means of a short compressor stub shaft and thereto a second driving shaft passing coaxially through said high pressure turbine open hub, said high pressure hollow shaft and said high pressure hollow compressor, the power developed by said low pressure turbine being substantially wholly absorbed by said low pressure compressor,

j. An axial flow annular discharge duct and flange mounted in said casing connected directly to said low pressure turbine to receive the exhaust therefrom and to provide means for connecting thereto the hot gas generated:

in which said low pressure compressor of said hot gas generator contains multiple stages to accomplish a compression ratio no greater than about 3.2 with said single bearing overhung design and in which said high pressure compressor of said hot gas generator contains multiple stages to accomplish an overall compression ratio for both low and high pressure compressors of at least about 35 and wherein said low pressure discharge housing contains a low pressure compressor discharge axial duct and radial diffuser flaring outwardly to said radial discharge flange and wherein said low pressure return housing contains an "S" shaped low pressure reverse flow return duct tucked inside and under said low pressure discharge duct wherein adequate volumetric dimensions are provided with the radii of said $r_2$ and $r_3$ and compressor stub shaft to yield a return velocity inside said return duct of about 75 feet per second therein resulting typically in a ?.25 percent pressure loss.

gzr July 17 '85

2 53. An open cycle axial flow turbo hot gas generator assembly with two separate cases of modular construction positioned on a single centerline axis for generating a hot gas at a back pressure above atmospheric with essentially an axial movement of the working fluid past any row of moving blades comprising:

a. A first cylindrically shaped outer casing to retain and direct the flow of said working fluid and to provide structural integrity of said casing,

b. An air intake at one end of said first casing,

c. A low pressure axial flow compressor mounted in said first casing, connected directly to said intake to receive air therethrough and having a plurality of rows of moving blades,

d. A low pressure compressor discharge air housing connected to said first casing and forming part of said casing with at least one radial discharge flange for discharging said low pressure compressor heated air to an external intercooling means,

e. A second cylindrically shaped outer casing to retain and direct the flow of said low pressure working fluid and to provide structural integrity of said second casing,

f. A low pressure return air housing with at least one radial return air flange for receiving cooled air from said external intercooling means mounted at the end of said second casing and being juxtapositioned adjacent to said low pressure compressor discharge housing,

g. A high pressure axial flow hollow compressor mounted in said second casing, connected directly to said low pressure return air housing having a plurality of rows of moving blades and variable stator blades wherein the RPM of said high pressure compressor is substantially greater than that of said low pressure compressor,

h. Combustion apparatus mounted in said second casing and connected directly to said high pressure compressor to receive the air compressed by said high pressure compressor and wherein the temperature of said working fluid is elevated by burning a fuel therein,

i. An axial flow high pressure turbine having an open hub with at least one stage mounted in said second casing and connected to said combustion apparatus therefrom and drivingly connected to said high pressure hollow compressor by means of a hollow first shaft passing coaxially through said combustion apparatus, the power developed being substantially wholly