**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**

Address : COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 06/572,596 | 01/20/84 | RICE I | IGR/CRR-1 |

IVAN G. RICE
P. O. BOX 233
SPRING, TX 77373

| EXAMINER | |
|---|---|
| CASAREGOLA,L | |
| ART UNIT | PAPER NUMBER |
| 343 | 14 |

DATE MAILED: 12/10/85

The ~~amendment~~ declaration filed 11/20/85 under Rule 312 has been considered, and has been:

1. ☐ entered.

2. ☒ entered as directed to matters of form not affecting the scope of the invention (0.3311).

3. ☐ disapproved. A report appears below.

4. ☐ entered in part. A report appears below.

By Direction of the Commissioner

Report:

L. J. Casaregola
CASAREGOLA
EXAMINER
ART UNIT 343

PLEASE FURNISH YOUR ZIP CODE IN ALL CORRESPONDENCE

FORM PTOL-271 (REV. 4/81)

11[illegible]

4/15

DEC 13 1985
PUBLISHING DIVISION

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| In re Application of | : | |
| Ivan G. Rice | : | |
| Serial No. 572,548 | : | Group Art Unit: 343 |
| Filed: January 20, 1984 | : | Examiner: L. Caseragola |
| COMPRESSION INTERCOOLED HIGH CYCLE PRESSURE RATIO GAS GENERATOR FOR COMBINED CYCLES | : : | |

POWER OF ATTORNEY

The Honorable Commissioner
of Patents and Trademarks
Washington, D. C. 20231

Sir:

As named inventor, I hereby appoint the following attorney to prosecute this application and transact all business in the Patent and Trademark Office connected therewith.

Stuart D. Frenkel, Registration No. 29,500
P.O. Box 1426, Springfield, Va. 22151

[signature]
Ivan G. Rice

SEND CORRESPONDENCE TO:

Ivan G. Rice
P.O. Box 233
Spring, Tx 77373

DIRECT TELEPHONE CALLS TO:

Stuart D. Frenkel
(703) 354-8063

11

**U.S. DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

1/20/84 573548 340 Paper No. 16

Ivan G. Rice

Compression Intercooled High Cycle Pressure et al.

DEC 19 1985

This is in response to the communication re the Power of Attorney filed 12/18/85

1. ☐ The power of attorney to you in this application has been revoked by the applicant. assignee.

2. ☐ In view of the notice in this application of the death of ______ his power of attorney is terminated.

3. ☑ The power of attorney to you in this application has been accepted by the Commissioner of Patents, & Trademarks.

For Director, Operation

4. ☐ The assignee in this application has intervened and appointed an attorney of his own selection. Further correspondence will be held with said attorney. (Rule 36, Rules of Practice.)

5. ☐ The revocation of the power of attorney to ______ has been entered and said attorney has been notified. Further correspondence will be addressed to you.

6. ☐ On ______, the applicant appointed ______ (assignee) as additional attorney in this application. Further correspondence will continue to be addressed to you as specified in the new power of attorney.

7. ☐ On ______, the applicant appointed ______ (assignee) as additional attorney in this application. Further correspondence will be addressed to said attorney. MPEP 403.02

8. ☐ The associate power of attorney to you in this application has been revoked by the attorney of record.

Stuart D. Frenkel
P.O. Box 1426
Springfield, VA 22151

G. Simms
For Director, Operation

RETAIN THIS COPY IN THE APPLICATION FILE

FORM PTOL-305 (REV.9/75) Copy A




Fig. 1



Fig. 2

11:37


168'
170'
172
51
138
22
26
134
28
132
128
46
126
142
30
152
136
86
130
48
46
190
192
34
42
156
104
188
158
77
102
108
44
78
120
118
122
116
84
106
100
98
77
124
79
96
80
36
24
94
26
92
114
20
72
112
90
82
88
110
22
L

Fig. 3


214
210
212
151
148
144
154
142
152
192
146
150
153
194
166
190
r3
r2
r1

Fig. 4

ROOM
PAT. & TRADE MARK OFF.


178
162
170
142
160
162
34
152
154
148
150
216
218
168
208
200
151
153
206
202
164
126
174
128
176
204
142
130
STEAM
SEAL
196
198
144
30
146

Fig. 5


190
192
186
214
188
180
182
152
54
184
160
142
194
160
58
210
212
52
50
48
20

Fig. 6a

ROOM
JAN
PAT. & TRADE MARK OFF.




Fig. 6b

MAIL ROOM
JAN 1985
PAT. & TRADE MARK OFF.

11303



Fig. 8



Fig. 7a

Fig. 7b

11394

ROOM

11:05




Fig. 9




Fig. 10




Fig. 11




Fig. 12

11:07




Fig. 13




Fig. 14




Fig. 15

11308

MAIL ROOM
PAT. & TRADE MARK OFF.

#17

RECEIVED
JAN 21

11309

UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | BATCH No. |
|---|---|---|---|
| 572,548 | 01/20/84 | Ivan G. Rice | K92 |

Stuart D. Frenkel
P.O. Box 1426
Springfield, VA 22151

| EXAMINER | |
|---|---|
| L. Casaregola | |
| ART UNIT | PAPER NUMBER |
| 343 | 18 |

DATE MAILED: 1-28-86

NOTICE OF DRAWING REQUIREMENTS

☐ The PTO delayed in providing a commercial bonded draftsman with drawings from the above-identified application. The delay prevented the draftsman from filing corrected drawings within the response period set in the Notice of Allowability mailed ______. Hence, said response period is hereby vacated. THE SHORTENED STATUTORY PERIOD FOR RESPONSE to comply with the requirement for drawing corrections is set to EXPIRE ONE MONTH FROM THE DATE OF THIS LETTER. Failure to comply will result in the ABANDONMENT of this application. Extensions of time may be obtained under the provisions of 37 CFR 1.136(a) by filing the appropriate request and fee before the end of the six month statutory period for response.

☑ Corrected/substituted drawings for the above-identified application, received in the PTO on 1-10-86, are still considered informal for the reason(s) identified on the attached Form PTO-948.

☐ Applicant has the time remaining in the response period set in the Notice of Allowability or Notice of Drawing Requirements mailed ______ to overcome the objections raised in the attached Form PTO-948. This response period may be extended under the provisions of 37 CFR 1.136(a) by filing the appropriate request and fee before the end of the six month statutory period for response.

☑ The PTO delayed in reviewing the corrected drawings. Applicant is given ONE month time limit from the date of this letter to provide corrected drawings. NO EXTENSION OF THIS TIME LIMIT MAY BE GRANTED UNDER EITHER 37 CFR 1.136(a) or (b). See MPEP 714.03. However, the response period set in the Notice of Allowability or Notice of Drawing Requirements mailed 10-17-85 may be extended under the provisions of 37 CFR 1.136(a) by filing the appropriate request and fee before the end of the six month statutory period for response.

☐ Corrected/substituted drawings for the above-identified application received in the PTO on ______ were submitted outside of the period for response set in the Notice of Allowability or Notice of Drawing Requirements mailed ______. This application will become abandoned unless applicant obtains an extension of time under the provisions of 37 CFR 1.136(a) by filing the appropriate request and fee before the end of the six month statutory period for response.

☑ ATTACHMENT: PTO-948
All FIG's

P.D. Burgess
PATENT AND TRADEMARK OFFICE

1-28-86
DATE

PTO - 948
(Rev. 8-82)

GROUP 343

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE

| ATTACHMENT TO PAPER NUMBER |
|---|
| S.N. 572548 |

NOTICE OF PATENT DRAWINGS OBJECTION

Drawing Corrections and/or new drawings may only be submitted in the manner set forth in the attached letter, "Information on How to Effect Drawing Changes" PTO-1474.

A. ☒ The drawings, filed on 1/10/86, are objected to as informal for reason(s) checked below:

1. ☒ Lines Pale. Fig 8
2. ☒ Paper Poor. plastic paper obj.
3. ☐ Numerals Poor.
4. ☒ Lines Rough and Blurred. FIG 2-6b
5. ☒ CLEAR Shade Lines Required.
6. ☐ Figures Must be Numbered.
7. ☐ Heading Space Required.
8. ☐ Figures Must Not be Connected.
9. ☐ Criss-Cross Hatching Objectionable.
10. ☐ Double-Line Hatching Objectionable.
11. ☐ Parts in Section Must Be Hatched.
12. ☒ Solid Black Objectionable. FIG (1) 2, 3, 4
13. ☐ Figure Legends Placed Incorrectly.
14. ☐ Mounted Photographs.
15. ☐ Extraneous Matter Objectionable. [37 CFR 1.84 (1)]
16. ☐ Paper Undersized; either 8½" x 14", or 21.0 cm. x 29.7 cm. required.
17. ☐ Proper A4 Margins Required:
    - ☐ TOP 2.5 cm.
    - ☐ RIGHT 1.5 cm.
    - ☐ LEFT 2.5 cm.
    - ☐ BOTTOM 1.0 cm.
18. ☐ Other:

B. ☒ The drawings, submitted on 1/10/86, are so informal they cannot be corrected. New drawings are required. Submission of the new drawings MUST be made in accordance with the attached letter.
FIG's 1-15

11290

PTO - 948
(Rev. 8-82)

GROUP

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE

ATTACHMENT TO
PAPER NUMBER

S.N. 572548

NOTICE OF PATENT DRAWINGS OBJECTION

Drawing Corrections and/or new drawings may only be submitted in the manner set forth in the attached letter, "Information on How to Effect Drawing Changes" PTO-1474.

A. [x] The drawings, filed on 1-20-84, are objected to as informal for reason(s) checked below:

1. [ ] Lines Pale.
2. [x] Paper Poor. COPY MACHINE SHADOW ON PAPER
3. [x] Numerals Poor. 1/8" IN HEIGHT MIN. FIGS. 7, 10, 11 & 12
4. [x] Lines Rough and Blurred.
5. [x] PROPER Shade Lines Required.
6. [ ] Figures Must be Numbered.
7. [ ] Heading Space Required.
8. [ ] Figures Must Not be Connected.
9. [ ] Criss-Cross Hatching Objectionable.
10. [ ] Double-Line Hatching Objectionable.
11. [x] Parts in Section Must Be Hatched.
12. [x] Solid Black Objectionable. LINES MASHING TOGETHER
13. [ ] Figure Legends Placed Incorrectly.
14. [ ] Mounted Photographs.
15. [ ] Extraneous Matter Objectionable. [37 CFR 1.84 (1)]
16. [ ] Paper Undersized; either 8½" x 14", or 21.0 cm. x 29.7 cm. required.
17. [ ] Proper A4 Margins Required:
    - [ ] TOP 2.5 cm.
    - [ ] RIGHT 1.5 cm.
    - [ ] LEFT 2.5 cm.
    - [ ] BOTTOM 1.0 cm.
18. [x] Other: DOUBLE THICKNESS REQUIRED

B. [x] The drawings, submitted on 1-20-84, are so informal they cannot be corrected. New drawings are required. Submission of the new drawings MUST be made in accordance with the attached letter.

11291

PTO - 948
(Rev. 8-82)

GROUP

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE

ATTACHMENT TO
PAPER NUMBER

S.N. 572548

# NOTICE OF PATENT DRAWINGS OBJECTION

Drawing Corrections and/or new drawings may only be submitted in the manner set forth in the attached letter, "Information on How to Effect Drawing Changes" PTO-1474.

A. ☑ The drawings, filed on 1-20-84, are objected to as informal for reason(s) checked below:

1. ☐ Lines Pale.
2. ☑ Paper Poor. COPY MACHINE SHADOW ON PAPER
3. ☑ Numerals Poor. 1/8" IN HEIGHT MIN. FIGS. 9, 10, 11 & 12
4. ☑ Lines Rough and Blurred.
5. ☑ PROPER Shade Lines Required.
6. ☐ Figures Must be Numbered.
7. ☐ Heading Space Required.
8. ☐ Figures Must Not be Connected.
9. ☐ Criss-Cross Hatching Objectionable.
10. ☐ Double-Line Hatching Objectionable.
11. ☑ Parts in Section Must Be Hatched.
12. ☑ Solid Black Objectionable. LINES MASKING TOGETHER
13. ☐ Figure Legends Placed Incorrectly.
14. ☐ Mounted Photographs.
15. ☐ Extraneous Matter Objectionable. [37 CFR 1.84 (1)]
16. ☐ Paper Undersized; either 8½" x 14", or 21.0 cm. x 29.7 cm. required.
17. ☐ Proper A4 Margins Required:
    ☐ TOP 2.5 cm. ☐ RIGHT 1.5 cm.
    ☐ LEFT 2.5 cm. ☐ BOTTOM 1.0 cm.
18. ☑ Other: DOUBLE THICKNESS REQUIRED

B. ☑ The drawings, submitted on 1-20-84, are so informal they cannot be corrected. New drawings are required. Submission of the new drawings MUST be made in accordance with the attached letter.

11192

MAIL ROOM JAN 10 1986 PAT. & TRADE MARK OFF.

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of:
Ivan G. Rice

Serial No. 572,548 — Group Art Unit: 343

Filed: January 20, 1984 — Examiner: L. Caseragola

#19

COMPRESSION INTERCOOLED HIGH CYCLE PRESSURE RATIO GAS GENERATOR FOR COMBINED CYCLES

The Honorable Commissioner of
Patents and Trademarks
Washington D.C. 20231

Sir:

This communication is sbumitted in response to the examiner's action, date mailed 10-29-85, Supplemental Notice of Allowance and the examiner's Notice of Allowance, date mailed 10-11-85 requesting formal drawings.

Attached please find my check in the amount of $280.00 for the Issue Fee and the completed Issue Fee Transmittal Form PTOL 85b (Rev. 8-82) to proceed with the Issue of this patent.

IN THE DRAWINGS

Referenced Attorney's Docket No. : IGR/CRK-1

Class-Subclass: 060-039,161

Batch No.: K92

Application Type: Utility

Number of Sheets: 7 Number of Figures: 15

I, the named inventor, personally prepared the original drawings. No objection was originally raised by the examiner to the drawings. At the time of allowance, the examiner then requested formal drawings.

Numerous telephone calls were made from the inventor's office (Oct. 30, Nov. 4, Nov. 18, Nov. 22, 1985; Jan. 2 and Jan. 3, 1986) to the examiner and the Patent Office drafting department to try to determine what the objections were to my original drawings as the paper weight was deemed satisfactory by the examiner. Vague reasons were cited by the drafting department such as smudges on the drawings, incorrect margins, poor reproduction - none of which proved to be the case. The drafting department did

not call back with specific objections as promised, and no list stating the specific corrections required was ever forthcoming to the inventor to date from the Patent Office.

By necessity, I, the inventor, engaged with Power of Attorney my registered Patent Attorney, Mr. Stuart D. Frenkel, No. 29,500, PO Box 1426, Springfield, Virginia 22151, Telephone 703-354-8063, and requested him to visit the patent office on my behalf to determine specifically what needed to be done to the drawings.

Mr. Frenkel reported back to me, the inventor, what oral information was given to him by the drafting department. To date, no follow-up list of the required corrections has been received either by the inventor or the inventor's patent attorney as promised by the drafting department.

In view of the time restraint, and in view of the fact that the examiner stated on the telephone November 18, 1985 that I, the inventor, could make any corrections necessary to the drawings as I had initially prepared them, I, the inventor have done my very best to correct the drawings to respond to the objections verbally given to Mr. Frenkel by the Patent Office drafting department.

Enclosed please find CHEMCO 668 paper photographic copies of the seven sheets of drawings which incorporate all of the minor corrections believed to be required by the draftsman and the examiner.

I hereby do certify that all of the corrections were made by myself, the named inventor, Ivan G. Rice, using copies of the original drawings submitted to the Patent Office with the application and no drawing changes whatsoever were made other than the corrections referred to herein.

Please advise me, the inventor, of acceptance of these revised drawings right away. It is the inventor's understanding that the timely submission of the Issue Fee will secure the patent from abandonment in the remote event that the drawings should need further correction. If such remote event should be the case, I request, under the circumstances outlined herein that an extension of time be granted for compliance under the provisions 37 CFR 1.136(a) with waiver of the extension fee.

Respectfully submitted,

[signature] January 8, 1986

Ivan G. Rice
Independent Inventor
P.O. Box 233
Spring, Texas 77383



11294

CERTIFICATE OF MAILING

This is to certify that on this date I deposited this correspondence with the U.S. Postal Service as first class mail in an envelope addressed to the Commissioner of Patents, Washington DC 20231.

Ivan G. Rice
January 8, 1986



11295

UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | BATCH No. |
|---|---|---|---|
| 572,548 | 01/20/84 | Ivan G. Rice | K92 |

Stuart D. Frenkel
P.O. Box 1426
Springfield, VA 22151

| EXAMINER | |
|---|---|
| L. Casaregola | |
| ART UNIT | PAPER NUMBER |
| 343 | 18 |

DATE MAILED: 1-28-86

**NOTICE OF DRAWING REQUIREMENTS**

☐ The PTO delayed in providing a commercial bonded dr... drawings from the above-identified application. Tl... the draftsman from filing corrected drawings withi... period set in the Notice of Allowability mailed ... Hence, said response period is hereby vacated. THE STATUTORY PERIOD FOR RESPONSE to comply with the r... drawing corrections is set to EXPIRE ONE MONTH FRO... LETTER. Failure to comply will result in the ABAN... application. Extensions of time may be obtained u... of 37 CFR 1.136(a) by filing the appropriate reque... end of the six month statutory period for response.

IVAN RICE
713 353 5040

☑ Corrected/substituted drawings for the above-ident... received in the PTO on 1-10-86, are informal for the reason(s) identified on the attac...

☐ Applicant has the time remaining in the respo... the Notice of Allowability or Notice of Drawi... mailed ______ to overcome the ... the attached Form PTO-948. This response peri... under the provisions of 37 CFR 1.136(a) by fi... request and fee before the end of the six mon... period for response.

12/19/85 Frenkle

Nov-22 - Exam Casaregola
Talked to Chester P.
Chester never returned Mr Rice's call as he said he would.

☑ The PTO delayed in reviewing the corrected dr... is given ONE month time limit from the date o... provide corrected drawings. NO EXTENSION OF ... BE GRANTED UNDER EITHER 37 CFR 1.136(a) or (b)... However, the response period set in the Notic... Notice of Drawing Requirements mailed 10-... may be extended under the provisions of 37 CF... the appropriate request and fee before the en... statutory period for response.

☐ Corrected/substituted drawings for the above-identified application received in the PTO on ______ were submitted outside of the period for response set in the Notice of Allowability or Notice of Drawing Requirements mailed ______. This application will become abandoned unless applicant obtains an extension of time under the provisions of 37 CFR 1.136(a) by filing the appropriate request and fee before the end of the six month statutory period for response.

☑ ATTACHMENT: PTO-948
All FIG's

P. D. Burgess
PATENT AND TRADEMARK OFFICE

1-28-86
DATE

11.38

416
095
K92

195.00-217

Gp 343

MAIL ROOM
MAR 17 1986
21
PAT. & TRADEMARK OFF.

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In Regard Application of:
Ivan G. Rice

Serial No. 572,548 : Group Art Unit: 343

Filed: January 20, 1984 : Examiner: L. Caseragola

COMPRESSION INTERCOOLED HIGH CYCLE PRESSURE RATIO GAS GENERATOR FOR COMBINED CYCLES

PLEASE EXPEDITE

The Honorable Commissioner of
Patents and Trademarks
Washington D.C. 20231

Sir:

This communication is submitted in response to the Examiner's Action, date mailed 10-29-85 Supplemental Notice of Allowance; and the Examiner's Notice of Allowance, date mailed 10-11-85 requesting formal drawings; and in reference to this inventor's communication to the U.S. Patent Office mailed January 8, 1986 acknowledged by the PTO as received January 10, 1986 to which no response was received by the inventor from the PTO as specifically requested in that communication; and in further reference to the necessitated communication with the Honorable Senator Lloyd Bentsen by this inventor.

Attached please find my check in the amount of $195.00 in respectful request of an extension of time until April 11, 1986 to submit acceptable drawings under the provision of 37 CFR 1.136(a). Please note that this is the second request for an extension. No response was received whatsoever to my January 8, 1986 request for an extension from the U.S. Patent Office.

IN THE DRAWINGS

Referenced Docket No.: IGR/CRK-1

Class-Subclass: 060-039,161

Batch No.: K92

Application Type: Utility

050 03/24/86 572548 1 217 195.00 CK

Number of Sheets: 7 - Number of Figures: 15

Enclosed please find printed copies of the seven sheets of drawings printed on appropriate paper which incorporate all of the minor corrections believed to be required by the chief draftsman.

I hereby do certify that all of the corrections were made by myself, the named inventor, Ivan G. Rice, using copies of the original drawings

submitted to the Patent Office with the application and no drawing changes whatsoever were made other than the corrections referred to herein.

Please EXPEDITE approval of the drawings and informing me, the inventor, of the acceptance of these corrected drawings immediately due to the very limited time constraints and notify me specifically what further changes, if any, are required. All communications and telephone calls are to be sent to and directed directly to me, the inventor and not to the supplemental, temporary attorney. I am willing and able to make any further corrections required by the U.S. Patent Office immediately, but I cannot forsee that any further corrections should be either necessary or required.

Ivan G. Rice
Independent Inventor
P.O. Box 233
Spring, Texas 77383

Telephone - 713-353-5040

March 17, 1986

CERTIFICATE OF MAILING

This is to certify that on this date I deposited this correspondence with the U.S. Postal Service as Express Mail in an envelope addressed to the Commissioner of Patents, Washington D.C. 20231.

Ivan G. Rice
March 17, 1986

O.G. FIG. 6B
60 | 37/61

GR/CRK - 01 1 of 7

4592204






Fig. 1




Fig. 2

11774

MAIL ROOM MAR 17 1986 21 PAT. & TRADE MARK OFF.

Inventor - Ivan G. Rice
US Serial No. 572-548
Date Filed - Jan. 20, 1984
Drawing correction date -
March 13, 1986 IGR

O.G. FIG.
CLASS | SUBCLASS





Fig. 3



Fig. 4

MAIL ROOM
MAR 17 1986
21 PAT. & TRADE MARK OFF.

Inventor — Ivan G. Rice
US Serial No. 572-548
Date filed - January 20, 1984
Drawing correction date -
March 13, 1986 QJR

11:77


178
162
170
142
160
162
34
152
154
148
150
216
218
168
208
200
151
202
153
206
126
164
128
174
176
204
142
130
STEAM
SEAL
196
198
144
30
146

Fig. 5


190
192
186
214
188
180
182
54
184
152
160
142
160
58
194
210
212
52
50
48
20

Fig. 6a

Inventor - Ivan G. Rice
US Serial No. 572-548
Date filed - Jan. 20, 1984
Drawing correction date -
March 13, 1986 IGR

MAIL ROOM MAR 17 1986 21 PAT. & TRADE MARK OFF.

11379

APPROVED | O.G. FIG 6B
BY | CLASS 60 | SUBCLASS 37.161
DRAFTSMAN








Fig. 6b

Inventor - Ivan G. Rice
US Serial No. 572-548
Date filed - Jan. 20, 1986
Drawing correction date -
March 13, 1986 IGR

MAIL ROOM
MAR 1986
PAT. & TRADE MARK OFF.

11281

O.G. FIG.
CLASS | SUBCLASS







Fig. 8



Fig. 7b

Fig. 7a

Inventor - Ivan G. Rice
US Serial No. 572-548
Date Filed - Jan. 20, 1984
Drawing correction date -
March 13, 1986 QGR

PAT. & TRADE MARK

11233

O.G. FIG. IGR/CRK - 01 6 of 7






Fig. 9




Fig. 10




Fig. 11




Fig. 12

11234

Inventor - Ivan G. Rice
US Serial No. 572-548
Date filed - Jan. 20, 1984
Drawing correction date
March 13, 1986

MAIL ROOM
MAR 17 1986
PAT. & TRADE MARK OFF.

11:35

IGR/CRK - 01 7 of 7






Fig. 13




Fig. 14




Fig. 15

Inventor - Ivan G. Rice
US Serial No. 572-548
Date filed - Jan. 20, 1984
Drawing correction date -
March 13, 1986 Ivan

MAIL ROOM
MAR 17 1986
21 PAT. & TRADE MARK OFF.

MAIL ROOM MAR 26 1986 22 PAT. & TRADE MARK OFF.

PATENT & TRADEMARK OFFICE MAR 28 1986

EXPRESS MAIL
US Postal Service
No. B46716776

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| In re Application of | : | |
| Ivan G. Rice | : | Batch No.: K92 |
| Serial No. 572,548 | : | Group Art Unit: 343 |
| Filed: January 20, 1984 | : | Examiner: L. Caseragola |

COMPRESSION INTERCOOLED HIGH CYCLE PRESSURE RATIO GAS GENERATOR FOR COMBINED CYCLES

REVOCATION OF POWER OF ATTORNEY

The Honorable Commissioner
of Patents and Trademarks
Washington, D.C. 20231

Sir:

As named inventor, the undersigned having on or about the ninth day of December, 1985 appointed Mr. Stuart D. Frenkel, 5501 Aldrich Lane, Springfield, Va. 22151, Registration No. 29,500 his attorney to arrange for the final drawings in this application, which application was filed on January 20, 1984, for Compression Intercooled High Cycle Pressure Ratio Gas Generator for Combined Cycles, U.S. Serial No. 572,548, hereby revokes the Power of Attorney then given effective this date, March 26, 1985.

Ivan G. Rice
Independent Inventor
P.O. Box 233
Spring, Texas 77383

March 26, 1986

CERTIFICATE OF MAILING

This is to certify that on this date I deposited this correspondence with the U.S. Postal Service as Express Mail in an envelope addressed to the Commissioner of Patents, Washington D.C., 20231.

Ivan G. Rice
March 26, 1986

572548 1/21/84
Ivan G. Rice
Compression Intercooled High
• Cycle, Pressure Ratio Gas
Generator For Combined Cycles.

**U.S. DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

Paper No. #30

Stuart L. Frenkel
5501 Aldrich Lane
Springfield, Va.

This is in response to the communication re the Power of Attorney filed ____________

1. ☑ The power of attorney to you in this application has been revoked by the applicant. assignee.

2. ☐ In view of the notice in this application of the death of ____________ his power of attorney is terminated.

3. ☑ The power of attorney to you in this application has been accepted by the Commissioner of Patents, & Trademarks.

____________
For Director, Operation

4. ☐ The assignee in this application has intervened and appointed an attorney of his own selection. Further correspondence will be held with said attorney. (Rule 36, Rules of Practice.)

5. ☐ The revocation of the power of attorney to ____________ has been entered and said attorney has been notified. Further correspondence will be addressed to you.

6. ☐ On ____________, the applicant assignee appointed ____________ as additional attorney in this application. Further correspondence will continue to be addressed to you as specified in the new power of attorney.

7. ☐ On ____________, the applicant assignee appointed ____________ as additional attorney in this application. Further correspondence will be addressed to said attorney. MPEP 403.02

8. ☐ The associate power of attorney to you in this application has been revoked by the attorney of record.

Ivan G. Rice
P.O. Box 133
Spring Texas

F. M. Haylin
For Director, Operation

FORM PTOL-305 (REV.9/75)

RETAIN THIS COPY IN THE APPLICATION FILE

Copy A

11[illegible]0

IGR/CRK - 01 PRINT OF I WING AS ORIGINALL LED 572548




Fig. 1




Fig. 2

11255

IGR/CRK - 01 PRINT OF DRAWING AS ORIGINALLY FILED 072548




Fig. 6b



G 000185

IGR/CRK - 0. PRINT OF DRAWING AS ORIGINALL ILED 5/2548



Fig. 3



Fig. 4

11257

IGR/CRK — 0; PRINT OF DRAWING AS ORIGINALL FILED 572548




Fig. 5




Fig. 6a

11958

IGR/CRK - 0: PRINT OF DRAWING AS ORIGINALL ILED

572548




Fig. 8

Fig. 7b

Fig. 7a

11259

IGR/CRK - 01 PRINT OF DRAWING AS ORIGINALL ILED 572548




Fig. 9




Fig. 10




Fig. 11




Fig. 12

11..9

IGR/CRK - 01 PRINT OF DRAWING AS ORIGINALLY FILED

572548




Fig. 13




Fig. 14




Fig. 15

11251

11252

ROOM
MAR 17 1986
PAT. & TRADE MARK OFF.

11253

11265

MAIL ROOM
MAR 17 1986
PAT. & TRADE MARK OFF.

11267

MAIL ROOM MAR 17 1986 21 PAT. & TRADE MARK OFF.

11199

**MULTIPLE DEPENDENT CLAIM FEE CALCULATION SHEET**
*(FOR USE WITH FORM PTO-875)*

SERIAL NO. 572,548 | FILING DATE 1-20-84
APPLICANT(S) Rice

CLAIMS

| | AS FILED | | AFTER 1st AMENDMENT | | AFTER 2nd AMENDMENT | |
|---|---|---|---|---|---|---|
| | IND. | DEP. | IND. | DEP. | IND. | DEP. |
| 1 | 1 | | | | | |
| 2 | 1 | | | | | |
| 3 | | 1 | | | | |
| 4 | | 1 | | | | |
| 5 | | 1 | | | | |
| 6 | | 1 | | | | |
| 7 | | 1 | | | | |
| 8 | | 1 | | | | |
| 9 | | 2 | | | | |
| 10 | | 2 | | | | |
| 11 | | 2 | | | | |
| 12 | | 2 | | | | |
| 13 | | 2 | | | | |
| 14 | | 2 | | | | |
| 15 | | 2 | | | | |
| 16 | | 2 | | | | |
| 17 | | 2 | | | | |
| 18 | | 1 | | | | |
| 19 | | 1 | | | | |
| 20 | | 1 | | | | |
| 21 | | 1 | | | | |
| 22 | | 1 | | | | |
| 23 | | 1 | | | | |
| 24 | | [illegible] | | | | |
| 25 | | (1) | | | | |
| 26 | | 2 | | | | |
| 27 | | 2 | | | | |
| 28 | | 2 | | | | |
| 29 | | 2 | | | | |
| 30 | | 2 | | | | |
| 31 | | 1 | | | | |
| 32 | | 2 | | | | |
| 33 | | 2 | | | | |
| 34 | | 2 | | | | |
| 35 | | 1 | | | | |
| 36 | | 1 | | | | |
| 37 | | (1) | | | | |
| 38 | | (1) | | | | |
| 39 | | (1) | | | | |
| 40 | | (1) | | | | |
| 41 | | 2 | | | | |
| 42 | | 2 | | | | |
| 43 | | 2 | | | | |
| 44 | | 2 | | | | |
| 45 | | (1) | | | | |
| 46 | | 2 | | | | |
| 47 | | 2 | | | | |
| 48 | | 1 | | | | |
| 49 | | 1 | | | | |
| 50 | | 1 | | | | |
| TOTAL IND. | 2 | | | | | |
| TOTAL DEP. | 73 | | | | | |
| TOTAL CLAIMS | 7[illegible] | | | | | |

| | * | | * | | * | |
|---|---|---|---|---|---|---|
| | IND. | DEP. | IND. | DEP. | IND. | DEP. |
| 51 | | (1) | | | | |
| 52 | | | | | | |
| 53 | | | | | | |
| 54 | | | | | | |
| 55 | | | | | | |
| 56 | | | | | | |
| 57 | | | | | | |
| 58 | | | | | | |
| 59 | | | | | | |
| 60 | | | | | | |
| 61 | | | | | | |
| 62 | | | | | | |
| 63 | | | | | | |
| 64 | | | | | | |
| 65 | | | | | | |
| 66 | | | | | | |
| 67 | | | | | | |
| 68 | | | | | | |
| 69 | | | | | | |
| 70 | | | | | | |
| 71 | | | | | | |
| 72 | | | | | | |
| 73 | | | | | | |
| 74 | | | | | | |
| 75 | | | | | | |
| 76 | | | | | | |
| 77 | | | | | | |
| 78 | | | | | | |
| 79 | | | | | | |
| 80 | | | | | | |
| 81 | | | | | | |
| 82 | | | | | | |
| 83 | | | | | | |
| 84 | | | | | | |
| 85 | | | | | | |
| 86 | | | | | | |
| 87 | | | | | | |
| 88 | | | | | | |
| 89 | | | | | | |
| 90 | | | | | | |
| 91 | | | | | | |
| 92 | | | | | | |
| 93 | | | | | | |
| 94 | | | | | | |
| 95 | | | | | | |
| 96 | | | | | | |
| 97 | | | | | | |
| 98 | | | | | | |
| 99 | | | | | | |
| 100 | | | | | | |
| TOTAL IND. | | | | | | |
| TOTAL DEP. | | | | | | |
| TOTAL CLAIMS | | | | | | |

PTO-1360 (3-78)

*MAY BE USED FOR ADDITIONAL CLAIMS OR AMENDMENTS

U.S. DEPARTMENT of COMMERCE
Patent and Trademark Office

FORM PTO-875 (Rev. 3-83)

U.S. DEPARTMENT OF COMMERCE PATENT AND TRADEMARK OFFICE

# PATENT APPLICATION FEE DETERMINATION RECORD

SERIAL NO. 572548

FILING DATE 1-20-84

APPLICANT (FIRST NAMED) Rice

## CLAIMS AS FILED - PART I

| FOR: | NO. FILED | | NO. EXTRA | SMALL ENTITY RATE | SMALL ENTITY FEE | | OTHER THAN A SMALL ENTITY RATE | OTHER THAN A SMALL ENTITY FEE |
|---|---|---|---|---|---|---|---|---|
| BASIC FEE | | | | | $150 | OR | | $300 |
| TOTAL CLAIMS | 75 | -20= | * 55 | x5= | $ 275 | OR | x10= | $ |
| INDEP. CLAIMS | 2 | -3= | * 0 | x15= | $ | OR | x30 | $ |
| MULTIPLE DEPENDENT CLAIM PRESENT | | | | +50= | $ 50 | OR | +100= | $ |
| | | | | TOTAL | $ 475 | OR | TOTAL | $ |

* If the difference in col. 1 is less than zero, enter "0" in col. 2

Fee paid, See paper # 5

## CLAIMS AS AMENDED - PART II

| AMENDMENT A | (1) CLAIMS REMAINING AFTER AMENDMENT | | (2) HIGHEST NO. PREVIOUSLY PAID FOR | (3) PRESENT EXTRA | SMALL ENTITY RATE | ADDIT. FEE | | OTHER THAN A SMALL ENTITY RATE | ADDIT. FEE |
|---|---|---|---|---|---|---|---|---|---|
| TOTAL | * 34 | MINUS | ** 75 | = | x5 | $ | | x10 | $ |
| INDEP. | * 2 | MINUS | *** 2 | = | x15= | $ | | x30= | $ |
| FIRST PRESENTATION OF MULTIPLE DEP. CLAIM | | | | | +50= | $ | | +100= | $ |
| | | | | | TOTAL ADDIT. FEE | $ | OR | TOTAL | $ |

| AMENDMENT B | CLAIMS REMAINING AFTER AMENDMENT | | HIGHEST NO. PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE | ADDIT. FEE | | RATE | ADDIT. FEE |
|---|---|---|---|---|---|---|---|---|---|
| TOTAL | * | MINUS | ** | = | x5= | $ | | x10= | $ |
| INDEP. | * | MINUS | *** | = | x15= | $ | | x30 | $ |
| FIRST PRESENTATION OF MULTIPLE DEP. CLAIM | | | | | +50= | $ | | +100 | $ |
| | | | | | TOTAL ADDIT. FEE | $ | OR | TOTAL | $ |

| AMENDMENT C | CLAIMS REMAINING AFTER AMENDMENT | | HIGHEST NO. PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE | ADDIT. FEE | | RATE | ADDIT. FEE |
|---|---|---|---|---|---|---|---|---|---|
| TOTAL | * | MINUS | ** | = | x5= | $ | | x10 | $ |
| INDEP. | * | MINUS | *** | = | x15= | $ | | x30 | $ |
| FIRST PRESENTATION OF MULTIPLE DEP. CLAIM | | | | | +50= | $ | | +100 | $ |
| | | | | | TOTAL ADDIT. FEE | $ | OR | TOTAL | $ |

* If the entry in Col. 1 is less than the entry in Col. 2, write "0" in Col. 3.

** If the "Highest No. Previously Paid For" IN THIS SPACE is less than 20, enter "20".

*** If the "Highest No. Previously Paid For" IN THIS SPACE is less than 3, enter "3".

The "Highest No. Previously Paid For" (Total or Indep.) is the highest number found in the appropriate box in Col. 1.

11[illegible]

## SEARCH NOTES

| | Date | Exr |
|---|---|---|
| — None | | LJC. |

## SEARCHED

| Class | Sub | Date | Exr |
|---|---|---|---|
| 60 | 39.04 | 5/6/85 | |
| | 39.161 | | |
| | 39.17 | | |
| | 39.71 | | |
| | 39.32 | | |
| | 728 | | |
| 415 | 177 | | LJC |
| 60 | 39.161 | 10/4/88 | |
| | 39.17 | | |
| | 728 | | LJC. |

Update

## PRINT CLAIM(S)

1

## INTERFERENCE SEARCHED

| Class | Sub | Date | Exr |
|---|---|---|---|
| 60 | 39.161 | 10/4/88 | |
| | 39.17 | | |
| | 728 | | LJC. |

## INDEX OF CLAIMS

| Claim Final | Claim Original | 1/13/85 | 5/6/85 | | | | 10/4/88 | Claim Final | Claim Original | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | ✓ | ✓ | 1 | 52 | ✓ | | | 26 | |
| | 2 | | ✓ | 2 | 53 | | | | 27 | |
| | 3 | | ✓ | 3 | 54 | | | | 28 | |
| | 4 | | ✓ | 4 | 55 | | | | 29 | ✓ |
| | 5 | | N | 5 | 56 | | | | 30 | ✓ |
| | 6 | | N | 6 | 57 | | | | 31 | ✓ |
| | 7 | | ✓ | 7 | 58 | | | | 32 | ✓ |
| | 8 | | ✓ | 8 | 59 | | | | 33 | |
| | 9 | | N | 9 | 60 | | | | 34 | |
| | 10 | | | 10 | 61 | | | | 35 | |
| | 11 | | | 11 | 62 | | | | 36 | |
| | 12 | | | 12 | 63 | | | | 37 | |
| | 13 | | | 13 | 64 | | | | 38 | |
| | 14 | | | 14 | 65 | | | | 39 | |
| | 15 | | | 15 | 66 | | | | 40 | N |
| | 16 | | | 16 | 67 | | | | 41 | ✓ |
| | 17 | | ✓ | 17 | 68 | | | | 42 | ✓ |
| | 18 | | ✓ | 18 | 69 | | | | 43 | ✓ |
| | 19 | | ✓ | 19 | 70 | | | | 44 | ✓ |
| | 20 | | N | 20 | 71 | | | | 45 | N |
| | 21 | | N | 21 | 72 | N | | | 46 | |
| | 22 | | N | | 73 | | | | 47 | |
| | 23 | | N | | 74 | | | | 48 | |
| | 24 | | N | | 75 | | | | 49 | |
| | 25 | ✓ | ✓ | | 76 | | | | 50 | N |

**SYMBOLS** **STATUS**

✓ ............... Rejected
= ............... Allowed
— (Through numeral) Canceled
÷ ............... Restriction requirement
N ............... Nonelected invention
I ............... Interference
A ............... Appeal
O ............... Objected

11252

572548 [redacted]

Entered

# CONTENTS

1. Applications ✓ papers. 57 [illegible]
2. [illegible] January 20, 1984
3. [illegible] January 20, 1984 No Such Paper
4. Informality Re pay Fee DEC 7 1984
5. [illegible] Fee Jan 8, 1985
6. Restriction (30 days) FEB 11 1985 1/31
7. Amdt [illegible] Mar 4, 1985
8. Rejection (3) MAY 21 1985
9. Amdt B July 29, 1985
10. [illegible] Amdt C Oct 11, 1985
11. [illegible] Amdt Oct 29, 1985
12. [illegible] to Inspect 12-3-85
[illegible] Declaration Nov. 20, 1985
[illegible] Dec 10, 1985
[illegible] of Atty by [illegible] Dec. 18, 1985
[illegible] Receipt Dec. 19, 1985
[illegible] (Note) Jan. 10, 1986
[illegible] Requirements 1-28-86
[illegible] Drugs Jan 10, 1986 WITH EXT OF TIME
[illegible] of Atty 3/1986

24.
25.
26.
27.
28.
29.
30.
31.

PRINTING OFFICE: 1981-349-860 11253

[redacted]

APPROVED FOR LICEN

INITIALS

U. S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE

APPLICATIONS ALLOWED BY EXAMINER CHECKLIST

SERIAL NUMBER 572,574

PTO-525 (action card) sense marked for allowance, except for applications in which Examiner's Answer has been wri

Serial number same on: file wrapper, each sheet of drawing, first page of specification, issue slip, all PTO-892's.

. No words unclear in specification due to holes at top of page.

4. PTO-270 (Blue Slip) completed in designated spaces, including cross references, where appropriate, IPC, and signed by examiner; and
   a. affixed to inside left flap of file wrapper by stapling in space marked "cross references";
   b. Class and subclass agree with notations on file wrapper;
   c. Group/Art Unit agree(s) with notations on file wrapper;
   d. Class and subclass agree with notations on drawing.

5. Figure of drawing indicated for printing in Official Gazette.

6. Number of sheets of drawings checked: a. file notation agrees; b. prints in file.

7. Interference search data completed with only recognized subclasses.

8. Index of claims updated;
   a. and claims renumbered in red ink, where necessary, as where cancelled claims precede or follow claims or where dependent claims require renumbering of preceding claims.

9. Total number of allowed claims indicated.

10. Date of copending or prior filed applications updated where necessary in specification;
   a. and where abandoned, applicant notified by Examiner's Amendment.
   b. agrees with file wrapper notations;
   c. file wrapper notations complete, inked and legible;
   d. mentioned in first paragraph of specification, and
   e. if file has paste-on label, Examiner initialed.

11. Condition for priority met. Face of file wrapper complete with appropriate data.

12. Change of title inked in red;
   a. and, where appropriate, notation "As amended by examiner" inserted immediately after "Title of Invention".

13. Assistant Examiner and Primary Examiner or S.P.E. names and initials are on face of file wrapper in appropriate spa or line thru space.

14. Retention Label PTO-150, completed and affixed to the parent when still in group;
   a. or forwarded to the appropriate area for affixing to a prior application, which is still pr has become abandoned.

15. PTO-89. (Notice of References Cited) located in center section of the file jacket;
   a. and entries checked for legibility, month and year of patent and classificatio

16. References left in file for Quality Control.

17. Examiner's Amendment signed by Primary Examiner or S.P.E.; and
   a. made of record;
   b. entered
   c. signed by Final Review Clerk on upper right corner under the paper number;
   d. mailed before forwarding application to Issue and Gazette Branch, via
      ☐ Quality Control
      ☐ Security Control

Face of file jacket signed by Final Review Clerk in appropriate space.

Docket Register Card pulled.

-ial Register Card posted with date application was forwarded to Issue and Gazette Branch via
☐ Quality Control
☐ Security Control

| | | | |
|---|---|---|---|
| H DRAWINGS, IF ANY, ISSUE AND GAZETTE BRANCH VIA | QUALITY / SECURITY CONTROL | DATE 11-15-85 | FINAL REVIEW CLERK (SIGN LEGIBLY) |

11254