RECEIVED
88 AUG 31 AM 10: 10

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In regard Application of: :
Ivan G. Rice :
Serial No. 818,472 : Group Art Unit: 343
Filed: January 13, 1986 : Examiner: L. Casaregola
COMPRESSION INTERCOOLED GAS TURBINE COMBINED CYCLE :

AMENDMENT UNDER 37 CFR 1.116

The Honorable Commissioner
of Patents and Trademarks
Washington D.C. 20231

Sir:

In response to the Final Rejection dated May 31, 1988, kindly amend the above-identified application as follows:

IN THE CLAIMS:

Please cancel claims 70, 73, 75, 76, 77, 78, 79, 82, 84, and 86 through 91.

Please amend the following claims:

69. (Amended) In a [A] power producing system comprising [a compression intercooled open cycle gas turbine useable for combined cycle operation with a heat recovery boiler means and a bottoming vapor or steam turbine means, said gas turbine having] a twin spool gas generator and a power turbine, said gas generator [further] having a low pressure compressor driven by a low pressure turbine, a high pressure compressor driven by a high pressure turbine, [an intercooler means positioned between said low pressure compressor and said high pressure compressor and] a combustor positioned between said high pressure compressor and said high pressure turbine, said power turbine positioned downstream from said low pressure turbine, the improvement being characterized in that: [(a) said twin spool gas generator has adjacent independently rotating] said high and low pressure turbines being axially positioned and independently rotatable for driving said high and low pressure [adjacent] compressors respectively by means of concentric

coaxial outer and inner shafting respectively, said gas generator including an intercooler positioned between said low pressure compressor and said high pressure compressor, at least one compressor outlet duct from said low pressure compressor communicating with said intercooler and at least one return duct from said intercooler communicating with said high pressure compressor, wherein said compressor outlet and return ducts and connections [thereto] between said compressors and said intercooler are provided between said axially [adjacent] positioned low and high pressure compressors for air flow to and from said intercooler [means. (b) said intercooler means cools said low pressure compressor compressed air to reduce compression work, (c) said gas generator exhausts into said power turbine to produce useful work].

71. (Amended) The power producing system as defined in claim 69 [includes] including a heat recovery boiler means and a steam turbine or vapor turbine means to form a combined cycle, wherein said [simple cycle gas] power turbine exhausts into said heat recovery boiler means producing steam for expanding in [a] said steam turbine or vapor turbine means [to form a combined cycle].

72. (Amended) In a [A] power producing system comprising [a compression intercooled open cycle gas turbine useable for combined cycle operation with a heat recovery boiler means and a vapor or bottoming steam turbine means, said gas turbine having] a twin spool gas generator, a reheat combustor and a power turbine, said gas generator [further] having a low pressure compressor driven by a low pressure turbine, a high pressure compressor driven by a high pressure turbine, [an intercooler means positioned between said low pressure compressor and said high pressure compressor] and a first combustor positioned between said high pressure compressor and said high pressure turbine, said reheat combustor being positioned between said low pressure turbine and said power turbine, the improvement being characterized in that:

[(a) said twin spool gas generator has adjacent independently otating] said high and low pressure turbines being axially positioned and independently rotatable for driving said high and low pressure [adjacent] compressors respectively by means of concentric coaxial outer and inner shafting respectively, said gas generator including an intercooler positioned between said low pressure compressor and said high pressure compressor, at least one compressor outlet duct from said low pressure compressor communicating with said intercooler and at least one return duct from said intercooler communicating with said high pressure compressor, wherein said compressor outlet and return ducts and connections [thereto] between said compressors and said intercooler are provided between said axially [adjacent] positioned low and high pressure compressors for air flow to and from said intercooler [means, (b) said intercooler means cools said low pressure compressor compressed air to reduce compression work, (c) said gas generator exhausts into said reheat combustor which then exhausts into said power turbine to produce useful work].

74. Amended) The power producing system as defined in Claim 72 [includes] including a heat recovery boiler means and a steam turbine or vapor turbine means to form a combined cycle, wherein said [reheat gas] power turbine exhausts into said heat recovery boiler means producing steam for expanding in [a] said steam turbine or vapor turbine means [to form a combined cycle].

80. (Amended) The power producing system as defined in Claim 74 [incorporates] including a condenser means [wherein said heat recovery boiler means produces steam conditions of 2400 psig and 1100°F inlet, 1050°F steam reheat and 850°F steam second reheat] for condensing steam from said heat recovery boiler means.

81. (Amended) The power producing system as defined in Claim [79 or] 80 [wherein said intercooler means cools said

low pressure compressor discharge air partially or fully by] including heat exchange means in said intercooler communicating with said condenser means whereby the coolant for said intercooler is said condensate from said condenser means.

83. (Amended) The power producing system as defined in Claim [69 or 72] 71 wherein said low pressure compressor [has a preferred pressure ratio of 2 to 2.5.] is an axial flow design staged to produce a pressure ratio no greater than about 3 and said high pressure compressor is an axial flow design of about eleven or more stages being fed with cooler and more dense air by said intercooler means to produce a discharge pressure of at least about 40 atmospheres.

85. (Amended) The power producing system as defined in Claim [72] 74 wherein said low pressure compressor [and said high pressure compressor have a combined preferred pressure ratio of about 50.] is an axial flow design staged to produce a pressure ratio no greater than about 3 and said high pressure compressor is an axial flow design of about eleven or more stages being fed with cooler and more dense air by said intercooler means to produce a discharge pressure of at least about 40 atmospheres.

Entry of the proposed amendment and reconsideration of the above-identified application is respectfully requested in view of the following remarks.

REMARKS

Claims 70 and 73 have been cancelled. All other claims specifying process parameters, except Claims 83 and 85, have likewise been cancelled.

Claims 69, 71, 72, 74, 80, 81, 83 and 85 have been amended to overcome the Examiner's language objections. Independent Claims 69 and 72 have been rewritten to emphasize that the claimed improvement is the incorporation of an intercooler in a twin spool gas generator. No new matter has

been written into the Claims, and all limitations are believed ) have been considered previously by the Examiner.

Claims 70, 71 and 73-91 have been finally rejected under 35 USC 112, second paragraph, as being indefinite. The Examiner's detailed explanation is appreciated.

It is believed that those Claims merely reciting superfluous process limitations have been cancelled. Further, amendments have been made to correct all improper antecedents. For example, Claim 81 now depends from Claim 80 which specifies the presence of a dondenser and the production of a condensate. Claim 81 states that the heat exchange means "in said inter-cooler" communicates with said condenser means. Similarly, Claims 83 and 85 now depend upon Claim 71 and 74 respectively and refer back to the heat recovery boiler, steam turbine and combined cycle. These claims also state that the cooler and more dense air produced by the intercooler makes the 40 atmospheric discharge pressure possible. Accordingly, it is believed that all formal matters have been corrected and that the remaining claims particularly point out and distinctly claim the invention.

Revised Claims 83 and 85 each incorporates the mechanical structure of axial flow low and high pressure com-pressor designs and each also indicates the minimum number of high pressure compressor stages required to produce the cited minimum overall discharge pressure of 40 atmospheres when considering the cooler and more dense inlet air. The low pressure compressor compression ratio range of 1.8 to 3.2 given in Claims 70 and 73 as well as the high pressure compressor compression ratios ranging from 18 to 24 given in Claim 84 along with the overall compression ratio band of 35 to 65 also given in Claims 70 and 73 have been incorporated as single numbers in revised Claims 83 and 85. The Claims have been simplified, but nothing new has been added. Supporting structure is now included in revised Claims 83 and 85 to overcome the Examiner's objection of purely functional language.

Reference is made to applicant's specifications for structural support: page 11, lines 16 through 21 for the low pressure compressor; page 14, last paragraph and page 15, first paragraph as well as lines 17 through 22 for the high pressure compressor.

Claims 69, 71, 72, 74, 75, 78-81 and 83-91 were rejected under 35 USC 103 as being unpatentable over any of Jung et al, Larrecq or Schutte in view of Sens or Blackwell et al, and optionally with further reference to the Industrial Gas Turbine Handbook and Treager. The Examiner admits the primary references do not disclose the claimed concentric coaxial shafts for driving the gas generator compressor. The Examiner attempts to make up for the deficiency by stating, one, that such arrangement is a matter of design choice influenced by plant space limitation, and two, applies Sens and Blackwell et al as showing concentric shaft systems. The rejection is respectfully traversed.

First of all, plant space limitations have nothing to do with the claimed intercooled compression concentric coaxial shafting arrangement. One could conceivably mount any gas turbine, industrial or aircraft, vertically for instance and place the generator in the basement and exhaust vertically upward to save floor space. The Examiner has not cited any passage in any reference alluding to plant space limitation as a necessity for the claimed concentric shaft arrangement.

Concentric coaxial shafting is used in aircraft engines over a variable stator blade compressor single shaft gas generator for two basic reasons. First, single shaft gas generators operate at one speed and, therefore, a cycle pressure ratio in excess of about 18 cannot efficiently be achieved at one rotor speed. Therefore, resorting to a two speed compressor, pressure ratios up to about 30 are possible by combining the two speeds with variable stator blades. Secondly, there is an aerodynamic and fluidynamic advantage in matching the required rather high rotational speed of the high pressure compressor

to the high rotational speed of the high pressure turbine and he aerodynamically required lower speed low pressure compressor with the aerodynamic lower speed low pressure turbine. Fewer turbine and compressor stages are required and the overall expansion and compression efficiencies are higher. If these two problems (cycle pressure ratio and efficiency) could be overcome with a single spool gas generator, then there would never by any twin spool or three spool gas generator used for aircraft engines.

For optimizing the power production using the claimed invention, high cycle pressure ratios above 30 are needed, and therefore, twin spools with two different operating speeds are required. The more dense air flowing to the high pressure compressor after being cooled will make it possible to increase the pressure ratio from 30 to 40 and higher with the twin spool and shafting arrangement. The specified cycle pressure ratio range of 40 to 60 is made possible by the twin spool compressor with intercooling described in the specifications.

When considering combined cycle operation, careful, creative calculations and graphs of the intercooled cycle show that the low pressure compressor pressure ratio should range from 1.8 to 3.2 for maximum cycle efficiency and likewise the overall cycle compression ratio should range from 40 to 60. Therefore, dependent claims 83 and 85 have been amended to state that the low pressure compressor is staged with the proper number of stages for a pressure ratio not to exceed about 3 and that the high pressure compressor is staged for a discharge pressure of not less than about 40 atmospheres. It is felt by this Inventor that these specific ratios are required for maximum combined cycle efficiency and they are not obvious to one skilled in the art of gas turbines. It takes the added knowledge of combined cycles; and putting both aspects together is creative. None of the references cited by the Examiner make reference to specific low pressure and high pressure compression ratios. Moreover, it is felt that a compression ratio of 40 and greater is up and noticeably beyond the

pressure ratios of conventional twin spool aircraft gas neraters where no intercooling is contemplated. It is the intercooling that makes possible an increase in the pressure ratios of the high pressure compressor.

The specifications clearly indicate that cooling the low pressure compressor discharge air will increase the density of the air entering the high pressure compressor. See pages 12 to 15 of the specifications. The cooler air entering the high pressure compressor will make it possible to increase the number of stages beyond typically 11 (page 15, lines 17-20). The number of stages can be increased to provide a compression ratio up to 24 (page 15, lines 20-23).

When considering intercooling, there is a distinct advantage from an aerodynamic standpoint in terms of pressure drop and expansion efficiency to exhaust axially from the high pressure turbine to the low pressure turbine. If the two spools are placed side by side, as might be suggested for an industrial power plant, the exhaust from the high pressure turbine would have to be turned ninety degrees out and then another ninety degrees back with very high velocities involved and at high flowing temperatures of some 1600°F. The extra pressure losses are obvious - let alone the problem in ducting the very hot gasses out and again back into the second spool. Reheat further complicates the arrangement.

Intercooling the partially compressed air, thus reducing compression work, does more than simply increase the specific output of the gas turbine. After the low pressure compressor air is cooled the air becomes more dense according to Boyle's Law where density is inversely proportional to absolute temperature. The more dense air entering the high pressure compressor makes it possible for the high pressure compressor to not only compress more pounds of air but to also develop a higher pressure ratio for a given number of stages which are distinct advantages. Also, the high pressure compressor compressor discharge air temperature is lowered

making possible more effective air cooling of the turbine \ading and rotor. Thses advantages are made possible by the claimed arrangement of the flow exit duct(s) and connections to the intercooler and the low velocity return duct(s) to the high pressure compressor whereby a low pressure drop intercooler can be used. The advantage explained earlier of the axial flow of the hot gasses through the gas generator turbines can be retained!

There are problems encountered in adding an intercooler to a concentric coaxial shaft arrangement. Such problems have, to the Inventor's knowledge, never been addressed or considered. Aircraft twin spool gas generators are not readily adaptable to intercooling and critical design changes must be made to accomodate the intercooler ducting. The design changes are not easily accomplished and require special consideration of shaft lengths, bearings, pressure drops, compressor blading pitch line diameter, outlets and return ducts, air velocities, changes in spool RPM, changes in air density, changes in mass air flow to the high pressure compressor and changes required in nozzle area, for example. It is not a simple matter of merely taking an aircraft twin spool gas generator from the secondary reference and adding intercooling. Readily available gas generators cannot be easily converted and used for intercooled compression.

As for Sens and Blackwell et al, aircraft gas generators do not use intercoolers. Intercoolers are much too heavy and far too bulky to be considered for airplanes. Many aircraft gas generators do incorporate twin spools with concentric coaxial shafting, but the Examiner does not provide any reference or drawing showing, or indicating, that an intercooler is placed between compressor spools with concentric coaxial shafting. Industrial gas turbines in general do not employ intercooling and where intercoolers have been suggested separate shafts are used such as shown in the primary references. In fact, the Inventor knows of not a single gas turbine operating in the world today with an intercooler. The US NAVY is

conducting advanced study work (subsequent to the filing of the instant invention) on a regenerative intercooled cycle gas turbine, but none are running. Some 38 years ago General Electric Co. built an industrial intercooled regenerative cycle machine with separate spools which was then abandoned in the mid 1950s.

At least one radial flow discharge duct is positioned at the low pressure compressor outlet. Axial length is limited with the twin spool coaxial concentric shafting, and the compressed air makes a rather tight 90 degree turn into one or more radial duct(s). Similarly, the return air duct, or ducts, are radially positioned and turn 90 degrees for axial entrance of the cooled air. None of the references cited by the Examiner show or describe such ducts associated with coaxial concentric shafting. Axial flow duct(s) take up critical axial length and therefore a radial discharge arrangement has been devised to save axial length of the air flow passageway without excessive pressure drop. Reference is made to the specifications, page 11, last paragraph.

Accordingly, in the absence of any teaching suggesting the combination of intercooling with the claimed concentric coaxial shaft arrangement, the rejection cannot be maintained. The Examiner is relying solely on applicant's disclosure for motivation in making the combination set forth in the rejection, which reliance is improper in a rejection under obviousness.

There have never been any layouts or plant arrangements, prior to the patent application of this Inventor, to the best of the Inventor's knowledge, whereby coaxial concentric coaxial shafting is applied to incorporate an intercooler. The claimed arrangement of the ducting and intercooler achieve a great advantage as discussed previously and is, thus, more than a mere "design choice".

The Inventor takes exception to this statement on page 6 of the Final Rejection that, "most stationary gas turbines are driven from aircraft engines ---". Most stationary

gas turbines are not driven by aircraft engines. The majority re of the industrial type with single spool compressors. However, the Inventor acknowledges that there are a relatively small number of industrial power turbines driven by hot gasses from aircraft type gas generators.

Claims 76, 77 and 82 have been cancelled, and the question of double patenting is eliminated.

Applicant brings to the attention of the Examiner U.S. Patent no. 2,575,683 to N.C. Price, issued November 20, 1951 and which was cited in related application, Serial no. 572,548, filed January 20, 1984, now U.S. Patent no. 4,592,204. This patent describes a single shaft gas generator having a two speed compressor with a speed reducing gear placed between a low pressure compressor and a high pressure compressor. In essence, this is a single shaft gas generator. The purpose of the gear is to lower the rotational speed of the low pressure compressor and thus to increase the pitch line diameter of the low pressure compressor axial flow blades. In turn, an axial flow discharge of the low pressure compressor directs the air to an intercooler. There is no radial compressor discharge duct associated in the Price invention. The Price gas generator is not a twin spool machine and does not have concentric coaxial shafts. The distinct advantage of the independently coupled low pressure compressor and its associated turbine and the high pressure compressor and its high pressure turbine of a modern day twin spool aircraft gas generator is lost. There is a gear loss also to consider with the Price invention.

It is believed that the invention as set forth by the amended Claims 69, 71, 72, 74, 80, 81, 83 and 85 is now in proper form to be issued as a patent. This applicant's invention goes beyond what has been done in the past with intercooling, and it advances the state-of-the-art gas turbines. It is believed that the unique intercooler ducting of the twin spool gas generator with coaxial concentric shafting is not obvious and is inventive in nature and therefore patentable.

Further, it is believed that the specific cycle pressure ratios or combined cycle operation for the axial flow compressor staging are patently unique for maximum combined cycle efficiency.

In accordance with 37 CFR 1.33(b) applicant acknowledges assistance given by Stuart D. Frenkel, Registration No. 29,500 in the preparation of this amendment.

Respectfully submitted,

Ivan G. Rice

Ivan G. Rice
Independent Inventor

P.O. Box 233
Spring, Texas 77383
Tel. 713-353-5040

CERTIFICATE OF MAILING

This is to certify that on this date I deposited this correspondence with the U.S. Postal Service as first-class mail in an envelope addressed to the Commissioner of Patents, Washington D.C., 20231.

Ivan G. Rice

Ivan G. Rice

August 26, 1988
Date

UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 06/818,472 | 01/13/86 | RICE | I | 1,756 |

IVAN G. RICE
P. O. BOX 233
SPRING, TX 77383

| EXAMINER | |
|---|---|
| CASAREGOLA,L | |
| ART UNIT | PAPER NUMBER |
| 343 | 17 |

DATE MAILED: 09/07/88

*Below is a communication from the EXAMINER in charge of this application*
*COMMISSIONER OF PATENTS AND TRADEMARKS*

## ADVISORY ACTION

☒ THE PERIOD FOR RESPONSE:

☐ is extended to run ______ from the date of the Final Rejection

☒ continues to run 3 mos. from the date of the Final Rejection

☐ expires three months from the date of the final rejection or as of the mailing date of this Advisory Action, whichever is later. In no event however, will the statutory period for response expire later than six months from the date of the final rejection.

Any extension of time must be obtained by filing a petition under 37 CFR 1.136(a), the proposed response and the appropriate fee. The date on which the response, the petition, and the fee have been filed is the date of the response and also the date for the purposes of determining the period of extension and the corresponding amount of the fee. Any extension fee pursuant to 37 CFR 1.17 will be calculated from the date that the shortened statutory period for response expires as set forth above.

☐ Appellant's Brief is due in accordance with 37 CFR 1.192(a).

☒ Applicant's response to the final rejection, filed 8/29/88, has been considered with the following affect, but it is not deemed to place the application in condition for allowance:

1. ☒ The proposed amendments to the claim and/or specification will not be entered and the final rejection stands because:

a. ☒ There is no convincing showing under 37 CFR 1.116(b) why the proposed amendment is necessary and was not earlier presented.

b. ☒ They raise new issues that would require further consideration and/or search. (See Note).

c. ☐ They raise the issue of new matter. (See Note).

d. ☐ They are not deemed to place the application in better form for appeal by materially reducing or simplifying the issues for appeal.

e. ☐ They present additional claims without cancelling a corresponding number of finally rejected claims.

NOTE: Proposed amendment encompasses extensive changes in claim language the evaluation of which would require further examining effort.

2. ☐ Newly proposed or amended claims ______ would be allowed if submitted in a separately filed amendment cancelling the non-allowable claims.

3. ☒ Upon the filing of an appeal, the proposed amendment ☐ will be ☒ will not be, entered and the status of the claims in this application would be as follows:

Allowed claims: ______
Claims objected to: ______
Claims rejected: 69-71

However;

a. ☐ The rejection of claims ______ on references is deemed to be overcome by applicant's response.
b. ☐ The rejection of claims ______ on non-reference grounds only is deemed to be overcome by applicant's response.

4. ☐ The affidavit, exhibit or request for reconsideration has been considered but does not overcome the rejection.

5. ☐ The affidavit or exhibit will not be considered because applicant has not shown good and sufficient reasons why it was not earlier presented.

☐ The proposed drawing correction ☐ has ☐ has not been approved by the examiner.

☐ Other

L. J. Casaregola
LOUIS J. CASAREGOLA
PRIMARY EXAMINER
ART UNIT 343

G 000365

328-215-343
10/18/88

MAIL ROOM

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant: Ivan G. Rice :

Serial No. 818,472 : Group Art Unit: 343

Filed: January 13, 1986 : Examiner: Louis J. Casaregola

PETITION FOR EXTENSION OF TIME #18
(37 CFR §1.136(a))

The Honorable Commissioner
of Patents and Trademarks
Washington, D. C. 20231

Sir:

Request is hereby made for the following indicated extension of time for the filing of the accompanying response to the Office Action of May 29, 1988.

/ X / One month
Fee in the amount of / X / $28.00

/ / Two months
Fee in the amount of / / $85.00

/ / Three months
Fee in the amount of / / $195.00

/ / Four months
Fee in the amount of / / $305.00

/ / Please charge my Deposit Account No. in the amount of $ . A duplicate copy of this sheet is enclosed.

/ / The Commissioner is hereby authorized to charge any additional fees which may be required, or credit any overpayment to Deposit Account No. . A duplicate copy of this sheet is enclosed.

/ X / A check in the amount of $ 28.00 to cover filing fee is enclosed.

FEE APPLIED under 37 CFR 1.136(a)
EXTENSION OF TIME GRANTED
TO 9/30/88
Clerk, Group 340

Respectfully submitted,

Ivan G. Rice
Applicant

Ivan G. Rice
Inventor

P.O. Box 233
Spring, Texas 77383
Tel. (713) 353-5040

040 10/04/88 818472 1 215 28.00 CK

#19

PTO-103c (rev. 6-78) SECURITY FILE

| GROUP NO. | FILING DATE | SERIAL NO. |
|---|---|---|
| | 17 NOV 1988 | 818472 |

SCREENED BY

LICENSE

DATE

DARCOM
NAVY
AF
CI
DOE
NASA
NSA

APPLICANT — INVENTION

JAN 2 7 85 2 4

| DRAWINGS | TOTAL CL'S | IND CL'S | FILING FEE REC | TRANSACTION | ATT'Y DK. |
|---|---|---|---|---|---|
| | | | | | |

## ACCESS ACKNOWLEDGEMENT

As Required by
Title 35, United States Code (1952) Section 181

I hereby acknowledge that I have inspected the disclosure of the above identified application for patent in the administration of the law cited above, on behalf of the department or agency which I represent, and promise that any information acquired from said application will not be divulged, disclosed or used for any purpose other than in the administration of the cited law.

| NAME | DATE | AGENCY REPRESENTED |
|---|---|---|
| B Jami | 3 Mar 86 | Army |

UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 06/818,472 | 01/13/86 | RICE I | 1,233 |

IVAN G. RICE
P. O. BOX 233
SPRING, TX 77383

| EXAMINER | |
|---|---|
| CASAREGOLA,L | |
| ART UNIT | PAPER NUMBER |
| 343 | 20 |

DATE MAILED: 11/17/88

## NOTICE OF ABANDONMENT

This application is abandoned in view of:

1. ☐ Applicant's failure to respond to the Office letter, mailed ______.
2. ☒ Applicant's letter of express abandonment which is in compliance with 37 C.F.R. 1.138. Ivan
3. ☐ Applicant's failure to timely file the response received ______ within the period set in the Office letter.
4. ☐ Applicant's failure to pay the required issue fee within the statutory period of 3 months from the mailing date of ______ of the Notice of Allowance.

   ☐ The issue fee was received on ______.

   ☐ The issue fee has not been received in Allowed Files Branch as of ______.

   In accordance with 35 U.S.C. 151, and under the provisions of 37 C.F.R. 1.316(b), applicant(s) may petition the Commissioner to accept the delayed payment of the issue fee if the delay in payment was unavoidable. The petition must be accompanied by the issue fee, unless it has been previously submitted, in the amount specified by 37 C.F.R. 1.17 (l), and a verified showing as to the causes of the delay.

   If applicant(s) never received the Notice of Allowance, a petition for a new Notice of Allowance and withdrawal of the holding of abandonment may be appropriate in view of Delgar Inc. v. Schuyler, 172 U.S.P.Q. 513.
5. ☐ Applicant's failure to timely correct the drawings and/or submit new or substitute formal drawings by ______ as required in the last Office action.

   ☐ The corrected and/or substitute drawings were received on ______.
6. ☐ The reason(s) below.

C.R. Croyle
CARLTON R. CROYLE
S.P.E.
ART UNIT 343

PTO-1432 (REV. 5-83)

110-001-A

No. 0651-0011 (12/31/86)

251076

MAIL ROOM SEP 28 1988 PAT. & TRADEMARK OFC.

| DOCKET NUMBER | ANTICIPATED CLASSIFICATION OF THIS APPLICATION: CLASS | SUBCLASS | PRIOR APPLICATION: EXAMINER | ART UNIT |
|---|---|---|---|---|
| | | | L. Casaregola | 343 |

Filing 11-18-88

Address to:

Commissioner of Patents and Trademarks
Box FWC
Washington, D.C. 20231

This is a Request for filing a ☐ continuation-in-part ☒ continuation ☐ divisional application under 37 CFR 1.62 of prior application Serial No. 818,472, filed on 01/13/86 entitled COMPRESSION INTERCOOLED GAS TURBINE COMBINED CYCLE by the following named inventor(s).

| | | | |
|---|---|---|---|
| FULL NAME OF INVENTOR | FAMILY NAME: RICE | FIRST GIVEN NAME: Ivan | SECOND GIVEN NAME: Glenn |
| RESIDENCE & CITIZENSHIP | CITY: Spring | STATE OR FOREIGN COUNTRY: Texas | COUNTRY OF CITIZENSHIP: U.S.A. |
| POST OFFICE ADDRESS | POST OFFICE ADDRESS: P.O. Box 233 | CITY: Spring | STATE & ZIP CODE/COUNTRY: Texas 77383 |
| FULL NAME OF INVENTOR | FAMILY NAME | FIRST GIVEN NAME | SECOND GIVEN NAME |
| RESIDENCE & CITIZENSHIP | CITY | STATE OR FOREIGN COUNTRY | COUNTRY OF CITIZENSHIP |
| POST OFFICE ADDRESS | POST OFFICE ADDRESS | CITY | STATE & ZIP CODE/COUNTRY |
| FULL NAME OF INVENTOR | FAMILY NAME | FIRST GIVEN NAME | SECOND GIVEN NAME |
| RESIDENCE & CITIZENSHIP | CITY | STATE OR FOREIGN COUNTRY | COUNTRY OF CITIZENSHIP |
| POST OFFICE ADDRESS | POST OFFICE ADDRESS | CITY | STATE & ZIP CODE/COUNTRY |

The above identified prior application in which no payment in the issue fee, abandonment of, or termination of proceedings has occurred, is hereby expressly abandoned as of the filing date of this new application. Please use all the contents of the prior application file wrapper, including the drawings, as the basic papers for the new application. (note: 37 CFR 1.60 may be used for applications where the prior application is not to be abandoned.)

1. ☒ Enter the amendment previously filed on 8/29/88 under 37 CFR 1.116 but unentered, in the prior application.

2. ☐ A preliminary amendment is enclosed.

The filing fee is calculated on the basis of the claims existing in the prior application as amended at 1 and 2 above.

| Claims | (1) For | (2) Number filed | (3) Number extra | (4) Rate | (5) Calculations |
|---|---|---|---|---|---|
| | Total Claims | — 20 = | | X $12.00 | $ |
| | Independent Claims | — 3 = | | X $34.00 | |
| | Multiple Dependent Claim(s) (if applicable) | | | +$110.00 | |
| | | | | Basic Fee | + $340.00 |
| | | | | Total of above Calculations = | |
| | Reduction by 1/2 for filing by small entity (Note 37 CFR 1.9, 1.27, 1.28) if applicable, affidavit must be filed also. | | | | - 170.00 |
| | | | | Total National Fee | $ 170.00 |

3. ☐ The Commissioner is hereby authorized to charge fees under 37 CFR 1.16 and 1.17 which may be required, or credit any overpayment to Deposit Account No. ______________.

4. ☒ A check in the amount of $ 170.00 is enclosed.

5. ☐ A new oath or declaration is included since this application is a continuation-in-part which discloses and claims additional matter.

6. ☒ Amend the specification by inserting before the first line the sentence:

A' This application is a ☐ continuation-in-part, ☒ continuation, ☐ division, of application Serial No. 818,472, filed Jan. 13, 1986 (abandoned), which is

7. ☒ A verified statement claiming small entity status is enclosed. (necessary even if a statement was filed in the prior application.)

8. ☐ Priority of application Serial No. ________ filed on ________ in ________ is claimed under 35 U.S.C. 119.

9. ☐ The prior application is assigned of record to ______________

10. ☐ The power of attorney in the prior application is to: ______________

11. ☐ Also enclosed

Address all future communications to: (May only be completed by applicant, or attorney or agent of record)

IVAN G. RICE
P.O. Box 233
Spring, Texas 77383

It is understood that secrecy under 35 U.S.C. 122 is hereby waived to the extent that if information or access is available to any one of the applications in the file wrapper of a 37 CFR 1.62 application, be it either this application or a prior application in the same file wrapper, the Patent and Trademark Office may provide similar information or access to all the other applications in the same file wrapper.

Sept. 26, 1988
Date

Ivan G. Rice
Signature

☒ inventor(s)
☐ assignee of complete interest
☐ attorney or agent of record
☐ filed under §1.34(a)

Applicant or Patentee: IVAN G. RICE Attorney's
Serial or Patent No.: ntinuation of 818,472 Docket No.:
Filed or Issued: Filed ...n. 13, 1986
For: COMPRESSION INTERCOOLED GAS TURBINE COMBINED CYCLE

MAIL ROOM SEP 28 1988 PAT. & TRADEMARK

VERIFIED STATEMENT (DECLARATION) CLAIMING SMALL ENTITY STATUS (37 CFR 1.9(f) and 1.27(b)) — INDEPENDENT INVENTOR

As a below named inventor, I hereby declare that I qualify as an independent inventor as defined in 37 CFR 1.9(c) for purposes of paying reduced fees under section 41(a) and (b) of Title 35, United States Code, to the Patent and Trademark Office with regard to the invention entitled COMPRESSION INTERCOOLED GAS TURBINE COMBINED CYCLE described in

[x] the specification filed herewith
[ ] application serial no. ____________, filed ____________
[ ] patent no. ____________, issued ____________

I have not assigned, granted, conveyed or licensed and am under no obligation under contract or law to assign, grant, convey or license, any rights in the invention to any person who could not be classified as an independent inventor under 37 CFR 1.9(c) if that person had made the invention, or to any concern which would not qualify as a small business concern under 37 CFR 1.9(d) or a nonprofit organization under 37 CFR 1.9(e).

Each person, concern or organization to which I have assigned, granted, conveyed, or licensed or am under an obligation under contract or law to assign, grant, convey, or license any rights in the invention is listed below:

[x] no such person, concern, or organization
[ ] persons, concerns or organizations listed below*

*NOTE: Separate verified statements are required from each named person, concern or organization having rights to the invention averring to their status as small entities. (37 CFR 1.27)

FULL NAME ____________
ADDRESS ____________
[ ] INDIVIDUAL [ ] SMALL BUSINESS CONCERN [ ] NONPROFIT ORGANIZATION

FULL NAME ____________
ADDRESS ____________
[ ] INDIVIDUAL [ ] SMALL BUSINESS CONCERN [ ] NONPROFIT ORGANIZATION

FULL NAME ____________
ADDRESS ____________
[ ] INDIVIDUAL [ ] SMALL BUSINESS CONCERN [ ] NONPROFIT ORGANIZATION

I acknowledge the duty to file, in this application or patent, notification of any change in status resulting in loss of entitlement to small entity status prior to paying, or at the time of paying, the earliest of the issue fee or any maintenance fee due after the date on which status as a small entity is no longer appropriate. (37 CFR 1.28(b))

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under section 1001 of Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the application, any patent issuing thereon, or any patent to which this verified statement is directed.

| NAME OF INVENTOR | NAME OF INVENTOR | NAME OF INVENTOR |
|---|---|---|
| Ivan G. Rice | | |
| Signature of Inventor: Ivan G. Rice | Signature of Inventor | Signature of Inventor |
| Date: Sep. 26, 1988 | Date | Date |

GP 343

RECEIVED

Sept 28 1988

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

88 AUG 31 AM 10:10

| | | |
|---|---|---|
| In regard Application of: | : | |
| Ivan G. Rice | : | |
| Serial No. 818,472 | : | Group Art Unit: 343 |
| Filed: January 13, 1986 | : | Examiner: L. Casaregola |
| COMPRESSION INTERCOOLED GAS TURBINE COMBINED CYCLE | : | |

AMENDMENT UNDER 37 CFR 1.116

The Honorable Commissioner
of Patents and Trademarks
Washington D.C. 20231

Sir:

In response to the Final Rejection dated May 31, 1988, kindly amend the above-identified application as follows:

IN THE CLAIMS:

Please cancel claims 70, 73, 75, 76, 77, 78, 79, 82, 84, and 86 through 91.

Please amend the following claims:

E1

69. (Amended) In a [A] power producing system comprising [a compression intercooled open cycle gas turbine useable for combined cycle operation with a heat recovery boiler means and a bottoming vapor or steam turbine means, said gas turbine having] a twin spool gas generator and a power turbine, said gas generator [further] having a low pressure compressor driven by a low pressure turbine, a high pressure compressor driven by a high pressure turbine, [an intercooler means positioned between said low pressure compressor and said high pressure compressor and] a combustor positioned between said high pressure compressor and said high pressure turbine, said power turbine positioned downstream from said low pressure turbine, the improvement being characterized in that: [(a) said twin spool gas generator has adjacent independently rotating] said high and low pressure turbines being axially positioned and independently rotatable for driving said high and low pressure [adjacent] compressors respectively by means of concentric

coaxial outer and inner shafting respectively, said gas generator including an intercooler positioned between said low pressure compressor and said high pressure compressor, at least one compressor outlet duct from said low pressure compressor communicating with said intercooler and at least one return duct from said intercooler communicating with said high pressure compressor, wherein said compressor outlet and return ducts and connections [thereto] between said compressors and said intercooler are provided between said axially [adjacent] positioned low and high pressure compressors for air flow to and from said intercooler [means. (b) said intercooler means cools said low pressure compressor compressed air to reduce compression work, (c) said gas generator exhausts into said power turbine to produce useful work].

71. (Amended) The power producing system as defined in claim 69 [includes] including a heat recovery boiler means and a steam turbine or vapor turbine means to form a combined cycle, wherein said [simple cycle gas] power turbine exhausts into said heat recovery boiler means producing steam for expanding in [a] said steam turbine or vapor turbine means [to form a combined cycle].

72. (Amended) In a [A] power producing system comprising [a compression intercooled open cycle gas turbine useable for combined cycle operation with a heat recovery boiler means and a vapor or bottoming steam turbine means, said gas turbine having] a twin spool gas generator, a reheat combustor and a power turbine, said gas generator [further] having a low pressure compressor driven by a low pressure turbine, a high pressure compressor driven by a high pressure turbine, [an intercooler means positioned between said low pressure compressor and said high pressure compressor] and a first combustor positioned between said high pressure compressor and said high pressure turbine, said reheat combustor being positioned between said low pressure turbine and said power turbine, the improvement being characterized in that:

[(a) said twin spool gas generator has adjacent independently otating] said high and low pressure turbines being axially positioned and independently rotatable for driving said high and low pressure [adjacent] compressors respectively by means of concentric coaxial outer and inner shafting respectively, said gas generator including an intercooler positioned between said low pressure compressor and said high pressure compressor, at least one compressor outlet duct from said low pressure compressor communicating with said intercooler and at least one return duct from said intercooler communicating with said high pressure compressor, wherein said compressor outlet and return ducts and connections [thereto] between said compressors and said intercooler are provided between said axially [adjacent] positioned low and high pressure compressors for air flow to and from said intercooler [means, (b) said intercooler means cools said low pressure compressor compressed air to reduce compression work, (c) said gas generator exhausts into said reheat combustor which then exhausts into said power turbine to produce useful work].

~~74.~~ 4 Amended) The power producing system as defined in Claim ~~71~~ 3 [includes] including a heat recovery boiler means and a steam turbine or vapor turbine means to form a combined cycle, wherein said [reheat gas] power turbine exhausts into said heat recovery boiler means producing steam for expanding in [a] said steam turbine or vapor turbine means [to form a combined cycle].

5 ~~80~~. (Amended) The power producing system as defined in Claim ~~74~~ 4 [incorporates] including a condenser means [wherein said heat recovery boiler means produces steam conditions of 2400 psig and 1100°F inlet, 1050°F steam reheat and 850°F steam second reheat] for condensing steam from said heat recovery boiler means.

81. (Amended) The power producing system as defined in Claim [79 or] 80 [wherein said intercooler means cools said

low pressure compressor discharge air partially or fully by] including heat exchange means in said intercooler communicating with said condenser means whereby the coolant for said intercooler is said condensate from said condenser means.

83. (Amended) The power producing system as defined in Claim [69 or 72] 71 wherein said low pressure compressor [has a preferred pressure ratio of 2 to 2.5.] is an axial flow design staged to produce a pressure ratio no greater than about 3 and said high pressure compressor is an axial flow design of about eleven or more stages being fed with cooler and more dense air by said intercooler means to produce a discharge pressure of at least about 40 atmospheres.

85. (Amended) The power producing system as defined in Claim [72] 74 wherein said low pressure compressor [and said high pressure compressor have a combined preferred pressure ratio of about 50.] is an axial flow design staged to produce a pressure ratio no greater than about 3 and said high pressure compressor is an axial flow design of about eleven or more stages being fed with cooler and more dense air by said intercooler means to produce a discharge pressure of at least about 40 atmospheres.

Entry of the proposed amendment and reconsideration of the above-identified application is respectfully requested in view of the following remarks.

REMARKS

Claims 70 and 73 have been cancelled. All other claims specifying process parameters, except Claims 83 and 85, have likewise been cancelled.

Claims 69, 71, 72, 74, 80, 81, 83 and 85 have been amended to overcome the Examiner's language objections. Independent Claims 69 and 72 have been rewritten to emphasize that the claimed improvement is the incorporation of an intercooler in a twin spool gas generator. No new matter has

been written into the Claims, and all limitations are believed to have been considered previously by the Examiner.

Claims 70, 71 and 73-91 have been finally rejected under 35 USC 112, second paragraph, as being indefinite. The Examiner's detailed explanation is appreciated.

It is believed that those Claims merely reciting superfluous process limitations have been cancelled. Further, amendments have been made to correct all improper antecedents. For example, Claim 81 now depends from Claim 80 which specifies the presence of a condenser and the production of a condensate. Claim 81 states that the heat exchange means "in said inter-cooler" communicates with said condenser means. Similarly, Claims 83 and 85 now depend upon Claim 71 and 74 respectively and refer back to the heat recovery boiler, steam turbine and combined cycle. These claims also state that the cooler and more dense air produced by the intercooler makes the 40 atmospheric discharge pressure possible. Accordingly, it is believed that all formal matters have been corrected and that the remaining claims particularly point out and distinctly claim the invention.

Revised Claims 83 and 85 each incorporates the mechanical structure of axial flow low and high pressure compressor designs and each also indicates the minimum number of high pressure compressor stages required to produce the cited minimum overall discharge pressure of 40 atmospheres when considering the cooler and more dense inlet air. The low pressure compressor compression ratio range of 1.8 to 3.2 given in Claims 70 and 73 as well as the high pressure compressor compression ratios ranging from 18 to 24 given in Claim 84 along with the overall compression ratio band of 35 to 65 also given in Claims 70 and 73 have been incorporated as single numbers in revised Claims 83 and 85. The Claims have been simplified, but nothing new has been added. Supporting structure is now included in revised Claims 83 and 85 to overcome the Examiner's objection of purely functional language.

Reference is made to applicant's specifications for structural support: page 11, lines 16 through 21 for the low pressure compressor; page 14, last paragraph and page 15, first paragraph as well as lines 17 through 22 for the high pressure compressor.

Claims 69, 71, 72, 74, 75, 78-81 and 83-91 were rejected under 35 USC 103 as being unpatentable over any of Jung et al, Larrecq or Schutte in view of Sens or Blackwell et al, and optionally with further reference to the Industrial Gas Turbine Handbook and Treager. The Examiner admits the primary references do not disclose the claimed concentric coaxial shafts for driving the gas generator compressor. The Examiner attempts to make up for the deficiency by stating, one, that such arrangement is a matter of design choice influenced by plant space limitation, and two, applies Sens and Blackwell et al as showing concentric shaft systems. The rejection is respectfully traversed.

First of all, plant space limitations have nothing to do with the claimed intercooled compression concentric coaxial shafting arrangement. One could conceivably mount any gas turbine, industrial or aircraft, vertically for instance and place the generator in the basement and exhaust vertically upward to save floor space. The Examiner has not cited any passage in any reference alluding to plant space limitation as a necessity for the claimed concentric shaft arrangement.

Concentric coaxial shafting is used in aircraft engines over a variable stator blade compressor single shaft gas generator for two basic reasons. First, single shaft gas generators operate at one speed and, therefore, a cycle pressure ratio in excess of about 18 cannot efficiently be achieved at one rotor speed. Therefore, resorting to a two speed compressor, pressure ratios up to about 30 are possible by combining the two speeds with variable stator blades. Secondly, there is an aerodynamic and fluidynamic advantage in matching the required rather high rotational speed of the high pressure compressor

to the high rotational speed of the high pressure turbine and the aerodynamically required lower speed low pressure compressor with the aerodynamic lower speed low pressure turbine. Fewer turbine and compressor stages are required and the overall expansion and compression efficiencies are higher. If these two problems (cycle pressure ratio and efficiency) could be overcome with a single spool gas generator, then there would never by any twin spool or three spool gas generator used for aircraft engines.

For optimizing the power production using the claimed invention, high cycle pressure ratios above 30 are needed, and therefore, twin spools with two different operating speeds are required. The more dense air flowing to the high pressure compressor after being cooled will make it possible to increase the pressure ratio from 30 to 40 and higher with the twin spool and shafting arrangement. The specified cycle pressure ratio range of 40 to 60 is made possible by the twin spool compressor with intercooling described in the specifications.

When considering combined cycle operation, careful, creative calculations and graphs of the intercooled cycle show that the low pressure compressor pressure ratio should range from 1.8 to 3.2 for maximum cycle efficiency and likewise the overall cycle compression ratio should range from 40 to 60. Therefore, dependent claims 83 and 85 have been amended to state that the low pressure compressor is staged with the proper number of stages for a pressure ratio not to exceed about 3 and that the high pressure compressor is staged for a discharge pressure of not less than about 40 atmospheres. It is felt by this Inventor that these specific ratios are required for maximum combined cycle efficiency and they are not obvious to one skilled in the art of gas turbines. It takes the added knowledge of combined cycles; and putting both aspects together is creative. None of the references cited by the Examiner make reference to specific low pressure and high pressure compression ratios. Moreover, it is felt that a compression ratio of 40 and greater is up and noticeably beyond the

pressure ratios of conventional twin spool aircraft gas generators where no intercooling is contemplated. It is the intercooling that makes possible an increase in the pressure ratios of the high pressure compressor.

The specifications clearly indicate that cooling the low pressure compressor discharge air will increase the density of the air entering the high pressure compressor. See pages 12 to 15 of the specifications. The cooler air entering the high pressure compressor will make it possible to increase the number of stages beyond typically 11 (page 15, lines 17-20). The number of stages can be increased to provide a compression ratio up to 24 (page 15, lines 20-23).

When considering intercooling, there is a distinct advantage from an aerodynamic standpoint in terms of pressure drop and expansion efficiency to exhaust axially from the high pressure turbine to the low pressure turbine. If the two spools are placed side by side, as might be suggested for an industrial power plant, the exhaust from the high pressure turbine would have to be turned ninety degrees out and then another ninety degrees back with very high velocities involved and at high flowing temperatures of some 1600°F. The extra pressure losses are obvious - let alone the problem in ducting the very hot gasses out and again back into the second spool. Reheat further complicates the arrangement.

Intercooling the partially compressed air, thus reducing compression work, does more than simply increase the specific output of the gas turbine. After the low pressure compressor air is cooled the air becomes more dense according to Boyle's Law where density is inversely proportional to absolute temperature. The more dense air entering the high pressure compressor makes it possible for the high pressure compressor to not only compress more pounds of air but to also develop a higher pressure ratio for a given number of stages which are distinct advantages. Also, the high pressure compressor compressor discharge air temperature is lowered

making possible more effective air cooling of the turbine lading and rotor. Thses advantages are made possible by the claimed arrangement of the flow exit duct(s) and connections to the intercooler and the low velocity return duct(s) to the high pressure compressor whereby a low pressure drop intercooler can be used. The advantage explained earlier of the axial flow of the hot gasses through the gas generator turbines can be retained!

There are problems encountered in adding an intercooler to a concentric coaxial shaft arrangement. Such problems have, to the Inventor's knowledge, never been addressed or considered. Aircraft twin spool gas generators are not readily adaptable to intercooling and critical design changes must be made to accomodate the intercooler ducting. The design changes are not easily accomplished and require special consideration of shaft lengths, bearings, pressure drops, compressor blading pitch line diameter, outlets and return ducts, air velocities, changes in spool RPM, changes in air density, changes in mass air flow to the high pressure compressor and changes required in nozzle area, for example. It is not a simple matter of merely taking an aircraft twin spool gas generator from the secondary reference and adding intercooling. Readily available gas generators cannot be easily converted and used for intercooled compression.

As for Sens and Blackwell et al, aircraft gas generators do not use intercoolers. Intercoolers are much too heavy and far too bulky to be considered for airplanes. Many aircraft gas generators do incorporate twin spools with concentric coaxial shafting, but the Examiner does not provide any reference or drawing showing, or indicating, that an intercooler is placed between compressor spools with concentric coaxial shafting. Industrial gas turbines in general do not employ intercooling and where intercoolers have been suggested separate shafts are used such as shown in the primary references. In fact, the Inventor knows of not a single gas turbine operating in the world today with an intercooler. The US NAVY is

conducting advanced study work (subsequent to the filing of the instant invention) on a regenerative intercooled cycle gas turbine, but none are running. Some 38 years ago General Electric Co. built an industrial intercooled regenerative cycle machine with separate spools which was then abandoned in the mid 1950s.

At least one radial flow discharge duct is positioned at the low pressure compressor outlet. Axial length is limited with the twin spool coaxial concentric shafting, and the compressed air makes a rather tight 90 degree turn into one or more radial duct(s). Similarly, the return air duct, or ducts, are radially positioned and turn 90 degrees for axial entrance of the cooled air. None of the references cited by the Examiner show or describe such ducts associated with coaxial concentric shafting. Axial flow duct(s) take up critical axial length and therefore a radial discharge arrangement has been devised to save axial length of the air flow passageway without excessive pressure drop. Reference is made to the specifications, page 11, last paragraph.

Accordingly, in the absence of any teaching suggesting the combination of intercooling with the claimed concentric coaxial shaft arrangement, the rejection cannot be maintained. The Examiner is relying solely on applicant's disclosure for motivation in making the combination set forth in the rejection, which reliance is improper in a rejection under obviousness.

There have never been any layouts or plant arrangements, prior to the patent application of this Inventor, to the best of the Inventor's knowledge, whereby coaxial concentric coaxial shafting is applied to incorporate an intercooler. The claimed arrangement of the ducting and intercooler achieve a great advantage as discussed previously and is, thus, more than a mere "design choice".

The Inventor takes exception to this statement on page 6 of the Final Rejection that, "most stationary gas turbines are driven from aircraft engines ---". Most stationary

gas turbines are not driven by aircraft engines. The majority e of the industrial type with single spool compressors. However, the Inventor acknowledges that there are a relatively small number of industrial power turbines driven by hot gasses from aircraft type gas generators.

Claims 76, 77 and 82 have been cancelled, and the question of double patenting is eliminated.

Applicant brings to the attention of the Examiner U.S. Patent no. 2,575,683 to N.C. Price, issued November 20, 1951 and which was cited in related application, Serial no. 572,548, filed January 20, 1984, now U.S. Patent no. 4,592,204. This patent describes a single shaft gas generator having a two speed compressor with a speed reducing gear placed between a low pressure compressor and a high pressure compressor. In essence, this is a single shaft gas generator. The purpose of the gear is to lower the rotational speed of the low pressure compressor and thus to increase the pitch line diameter of the low pressure compressor axial flow blades. In turn, an axial flow discharge of the low pressure compressor directs the air to an intercooler. There is no radial compressor discharge duct associated in the Price invention. The Price gas generator is not a twin spool machine and does not have concentric coaxial shafts. The distinct advantage of the independently coupled low pressure compressor and its associated turbine and the high pressure compressor and its high pressure turbine of a modern day twin spool aircraft gas generator is lost. There is a gear loss also to consider with the Price invention.

It is believed that the invention as set forth by the amended Claims 69, 71, 72, 74, 80, 81, 83 and 85 is now in proper form to be issued as a patent. This applicant's invention goes beyond what has been done in the past with intercooling, and it advances the state-of-the-art gas turbines. It is believed that the unique intercooler ducting of the twin spool gas generator with coaxial concentric shafting is not obvious and is inventive in nature and therefore patentable.

Further, it is believed that the specific cycle pressure ratios for combined cycle operation for the axial flow compressor staging are patently unique for maximum combined cycle efficiency.

In accordance with 37 CFR 1.33(b) applicant acknowledges assistance given by Stuart D. Frenkel, Registration No. 29,500 in the preparation of this amendment.

Respectfully submitted,

Ivan G. Rice

Ivan G. Rice
Independent Inventor

P.O. Box 233
Spring, Texas 77383
Tel. 713-353-5040

CERTIFICATE OF MAILING

This is to certify that on this date I deposited this correspondence with the U.S. Postal Service as first-class mail in an envelope addressed to the Commissioner of Patents, Washington D.C., 20231.

Ivan G. Rice

Ivan G. Rice

August 26, 1988

Date

**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 07/251,076 | 09/28/88 | RICE | I |

IVAN G. RICE
P. O. BOX 233
SPRING, TX 77383

| EXAMINER | |
|---|---|
| CASAREGOLA,L | |
| ART UNIT | PAPER NUMBER |
| 343 | 24 |

DATE MAILED: 04/11/89

This is a communication from the examiner in charge of your application.

COMMISSIONER OF PATENTS AND TRADEMARKS

☒ This application has been examined ☐ Responsive to communication filed on ______ ☐ This action is made final.

A shortened statutory period for response to this action is set to expire 3 month(s), ______ days from the date of this letter.
Failure to respond within the period for response will cause the application to become abandoned. 35 U.S.C. 133

Part I THE FOLLOWING ATTACHMENT(S) ARE PART OF THIS ACTION:

1. ☒ Notice of References Cited by Examiner, PTO-892.
2. ☐ Notice re Patent Drawing, PTO-948.
3. ☐ Notice of Art Cited by Applicant, PTO-1449
4. ☐ Notice of informal Patent Application, Form PTO-152
5. ☐ Information on How to Effect Drawing Changes, PTO-1474
6. ☐ ______

Part II SUMMARY OF ACTION

1. ☒ Claims 69, 71, 72, 74, 80, 81, 83, 85 are pending in the application.

   Of the above, claims ______ are withdrawn from consideration.

2. ☐ Claims ______ have been cancelled.

3. ☐ Claims ______ are allowed.

4. ☒ Claims 69, 71, 72, 74, 80, 81, 83, 85 are rejected.

5. ☐ Claims ______ are objected to.

6. ☐ Claims ______ are subject to restriction or election requirement.

7. ☐ This application has been filed with informal drawings which are acceptable for examination purposes until such time as allowable subject matter is indicated.

8. ☐ Allowable subject matter having been indicated, formal drawings are required in response to this Office action.

9. ☐ The corrected or substitute drawings have been received on ______. These drawings are ☐ acceptable; ☐ not acceptable (see explanation).

10. ☐ The ☐ proposed drawing correction and/or the ☐ proposed additional or substitute sheet(s) of drawings, filed on ______, has (have) been ☐ approved by the examiner. ☐ disapproved by the examiner (see explanation).

11. ☐ The proposed drawing correction, filed ______, has been ☐ approved. ☐ disapproved (see explanation). However, the Patent and Trademark Office no longer makes drawing changes. It is now applicant's responsibility to ensure that the drawings are corrected. Corrections MUST be effected in accordance with the instructions set forth on the attached letter "INFORMATION ON HOW TO EFFECT DRAWING CHANGES", PTO-1474.

12. ☐ Acknowledgment is made of the claim for priority under 35 U.S.C. 119. The certified copy has ☐ been received ☐ not been received ☐ been filed in parent application, serial no. ______; filed on ______.

13. ☐ Since this application appears to be in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under Ex parte Quayle, 1935 C.D. 11; 453 O.G. 213.

14. ☐ Other

The drawing a objected to under 37 CFR 1.83(a) for failing to show all significant features of the claimed invention. Claims 71, 74, 80, 81, 83, and 85 recite various steam power cycle component means. Applicant's latest set of claims includes more such structure and places greater emphasis on it then do the claims in the parent application. It is consequently imperative that all steam power cycle components appear in the drawing. Applicant is required to submit appropriately amended drawing figures in response to this Office action.

Claims 71, 74, 80, 81, 83, and 85 are rejected under 35 U.S.C. 112, first and second paragraphs, as the claimed invention is not described in such full, clear, concise and exact terms as to enable any person skilled in the art to make and use the same, and/or for failing to particularly point out and distinctly claim the subject matter which applicant regards as the invention. As noted above, the claims recite various steam power cycle components; these include "boiler means", "steam turbine or vapor turbine means", "condenser means", etc. Such claimed "means" are permitted under §112 but only to the extent that they are readable on specific structural elements in the preferred embodiment of the disclosed invention. In this instance, the preferred embodiment includes no actual structure which corresponds to the various claimed means.

Claim 81 recites "heat exchange means in said intercooler". This language however is vague and

ambiguous. By definition, an intercooler per se is heat exchange means; it is not seen that there is any further element readable on the claimed "means in said intercooler".

Claims 83 and 85 refer to the number of high pressure compressor stages as "about eleven or more". The use of the term "about" in this context is deemed inappropriate and confusing. Qualifying terms such as "substantially", "approximately", and "about" are an acceptable way of establishing some small margin of error in the claimed value for a given parameter such as temperature, pressure, etc. The limitation at issue here however is simply claiming the number of mechanical parts (i.e. compressor stages) involved, and that number is already recited in terms of the range, "eleven or more". The range per se should accommodate any intended variation, and there is no need to establish a margin for small error -- there cannot, for example, be 10.9 compressor stages!

Claims 69 and 72 are rejected under 35 U.S.C. 102b as being anticipated by Hull or DuPont et al. Both references disclose concentric, multi-spool gas turbines with intercoolers between high and low pressure compressor stages; see for example, compressor 17 followed by intercooler 16 and compressor 18 of Hull, and compressor 17-18 followed by intercooler 26 and compressor 27 and 29 of DuPont. Note that those features referred to only in the Jepson-type claim preamble carry no weight.

Claim 71, ~~72~~ *74, and 80 are rejected under 35 U.S.C. 103 as being unpatentable over any of Russinan Specification 404,958, Swedich Specification 7,713,915, or Russian Specification 1,004,660 in view of the Judge publication and either of Hul or DuPont et al. The three primary references each discloses a power plant comprising a concentric, twin spool gas turbine engine with an additional power turbine and a waste heat boiler supplying energy to a steam power cycle. It is known in the art that the addition of an intercooler, in general, will improve the efficiency of a gas turbine engine as evidenced by Judge. It is also known in the art that a concentric, twin-spool gas turbine configuration can be arranged to accommodate an intercooler as evidenced by Hull and Du Pont. Given the above noted facts available from the secondary references, the addition of an intercooler to the power plant in any of the primary references would have simply been an obvious expedient to improve plant efficiency.

Claim 81 is rejected like claims 71, *74, and 80 above and with additional reference to Jung et al. For reasons set forth in the §112 rejection, the limitations in claim 81 cannot be fully understood. To the extent that the claim simply suggests the use of steam cycle condenser water in an intercooler, that concept is known in the prior art as indicated, for example, by Jung; see elements 27 and ~~25~~ 28. It would have been obvious to

apply this concept to intercoolers added to the plants in the cited Russian and Swedish Specifications because such an arrangement would add the lost heat of compression to the steam power cycle thus increasing total plant efficiency.

It is noted that the present application is related to a long chain of previous applications a number of which have filing dates in the late 1970's. It is also noted however that the link between the present application and its earlier parent applications involves a number of C.I.P.'s, and the earlier parent applications do not adequately cover many of the significant features now being claimed. The earlier applications thus do not provide a priority date for the currently claimed invention. References with effective dates as recent as the early-to-mid 1980's (e.g. Russian Specification 1,004,660) appear to be applicable as a valid basis for rejection.

Applicant's comments directed to the previously applied prior art have been reviewed. The arguments presented however are deemed moot since the current rejections are essentially based on new and significantly different references. It appears that applicant believes the concept of the intercooled, concentric, twin-spool gas turbine originated with the present invention. This is simply not true. The newly cited patents to Hull and Dupont establish that this concept has been known for a considerable time.

Claims 83 and 85 will be allowed if (1) the term "about" is deleted from the language reciting the number of compressor states, (2) The claims are rewritten in independent form (i.e. rewritten to include all limitations from their parent claims), and (3) the drawing and specification are amended to provide a proper basis for claimed steam cycle components.

L.CASAREGOLA:vs
703-557-3424
4/7/89
corr. 4/10/89

L. J. Casaregola
LOUIS J. CASAREGOLA
PRIMARY EXAMINER
ART UNIT 343

TO SEPARATE, HOLD TOP AND BOTTOM EDGES, SNAP-APART AND DISCARD CARBON

FORM PTO-892 (REV. 3-78) U.S. DEPARTMENT OF COMMERCE PATENT AND TRADEMARK OFFICE

**NOTICE OF REFERENCES CITED**

SERIAL NO. 257,095 | GROUP ART UNIT 343 | ATTACHMENT TO PAPER NUMBER 24

APPLICANT(S): I. Rice

**U.S. PATENT DOCUMENTS**

| * | | DOCUMENT NO. | DATE | NAME | CLASS | SUB-CLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|
| | A | 3273340 | 9/20/66 | Hull | 60 | 39.161 | |
| | B | 3486340 | 12/30/69 | Dupont et al. | 60 | 267 | |
| | C | | | | | | |
| | D | | | | | | |
| | E | | | | | | |
| | F | | | | | | |
| | G | | | | | | |
| | H | | | | | | |
| | I | | | | | | |
| | J | | | | | | |
| | K | | | | | | |

**FOREIGN PATENT DOCUMENTS**

| * | | DOCUMENT NO. | DATE | COUNTRY | NAME | CLASS | SUB-CLASS | PERTINENT SHTS. DWG | PP. SPEC. |
|---|---|---|---|---|---|---|---|---|---|
| SX | L | 404958 | 6/25/73 | Soviet Union | ——— | 60 | 39.182 | | |
| SEX | M | 7713915 | 8/13/79 | Sweden | ——— | 60 | 39.182 | | |
| SX | N | 1064660 | 3/25/83 | Soviet Union | ——— | 60 | 39.182 | | |
| | O | | | | | | | | |
| | P | | | | | | | | |
| | Q | | | | | | | | |

**OTHER REFERENCES (Including Author, Title, Date, Pertinent Pages, Etc.)**

R Judge, Arthur W. Gas Turbines for Aircraft Chapman & Hall; London, 1958, pp. 105-106 14

S

T

U

EXAMINER: L. J. Casaregola DATE: 3/29/89

* A copy of this reference is not being furnished with this office action. (See Manual of Patent Examining Procedure, section 707.05 (a).)

AU 343 47310

SU 0404958 8B SU-10-1973 APR 1974
OCT 1973

Союз Советских Социалистических Республик

# ОПИСАНИЕ ИЗОБРЕТЕНИЯ

## К АВТОРСКОМУ СВИДЕТЕЛЬСТВУ

404958

U.S.S.R.
GROUP
CLASS
RECORDED 60

Зависимое от авт. свидетельства № —

Заявлено 19.VI.1972 (№ 1798244/24-6)

с присоединением заявки № —

Приоритет —

Опубликовано 22.X.1973. Бюллетень № 44

Дата опубликования описания 2.IV.1974

М. Кл. F 01k 15/04
F 01k 23/10

УДК 621.438(088.8)

Государственный комитет Совета Министров СССР по делам изобретений и открытий

Авторы изобретения В. Т. Лисов, В. И. Романов и Н. Г. Утянский

Заявитель —

SU 404958 Steam and gas turbine installation - has steam turbine mounted on same shaft as free power turbine.

This relates to turbine power units as used in ships and comprises gas turbine (2) with a free power turbine, a boiler unit (4) and steam turbine (3). To reduce the overall size of the installation, the steam turbine (3) is set on the same shaft as the free turbine and the gas turbine turbo-compressor (1) is positioned vertically. Vertically mounted turbine compressor unit (1) feeds the gas turbine (2) which has a free power turbine mounted on the same shaft as steam turbine (3). The drive is



transmitted via coupling (7) and reducer gear (6).
19.6.72. as 1798244/24-6. LISOV V.T. ROMANOV V.I. UTYANSKII I.G. (2.4.74) Bul. 44/22.10.73. Int. Cl. F 01k 15/04; 23/10.

Изобретение
машиностроени
при создании
Известны п
дов, содержащ
свободной си
тор и паровую
мощность каж
через общий р
чиваются габа
Предложени
известных тем, ... паровая турбина установлена на одном валу со свободной, а турбокомпрессор газотурбинного двигателя расположен вертикально.

Такое выполнение установки позволяет существенно уменьшить ее размеры.

2

...дана принципиальная схема установки.

...себя турбокомпрессор 1 ...двигателя, силовую газовую ...турбину 3, котел-утилизатор 5, редуктор 6 и ралоб-

...изобретения

...установка, преимущественно ...зная газотурбинный двигатель со свободной силовой турбиной, котел-утилизатор и паровую турбину, *отличающаяся* тем, что, с целью уменьшения габаритов, паровая турбина установлена на одном валу со свободной, а турбокомпрессор газотурбинного двигателя расположен вертикально.




Составитель В. Ницкевич

Редактор Т. Ларина Техред Л. Богданова Корректоры: Е. Давыдкина и В. Петрова

Заказ 669/11 Изд. № 2095 Тираж 602 Подписное
ЦНИИПИ Государственного комитета Совета Министров СССР
по делам изобретений и открытий
Москва, Ж-35, Раушская наб., д. 4/5

Типография, пр. Сапунова, 2

NIKO= ★ Q51 84-016527/03 ★SU 1004-660-A

**Exhaust gas and steam boiler power plant - has free power turbine connected to additional waste heat boiler and separator with exhaust on gas turbine shaft**

NIKOLAEV SHIP CONS 24.07.81-SU-347588

*(25.03.83) F01k-15/04 F01k-21/04*

24.07.81 as 347588 (129AS)

**Ship power unit, using exhaust gas for steam generation in waste-heat boilers to produce additional power, has economy improved, increased power and better maneouverability. This is achieved by incorporating a gas turbine unit with free power turbine connected to an additional waste-heat boiler, in turn connecting to the separator. The exhaust is mounted on the gas turbine unit shaft. The gas and steam and gas turbine power turbines are connected to a common gearbox.**

Exhaust gas passes via pipe (22) to waste-heat boiler (14) passing over vaporising (23) economiser (24) surfaces before discharge to atmosphere. Saturated steam from separator (5) feeds combustion chamber (3), the separator receiving vaporised feed water from boilers (9, 14), using gas turbine (1) and gas and steam turbine (12) waste heat. Pump (20) ensures circulation and pump (21) - top-up feed.

The steam and combustion products from chamber (3) are expanded first in gas-steam turbine (1) and then in free power turbine (6) to below atmospheric pressure, due to re-expansion circuit with exhaust (11). The waste gases from power turbine (6) pass through waste-heat boiler (9) to gas and steam condenser (10) vacuum section (18) where partial steam condensation is effected by intake cooling water. Exhauster (11) increases the pressure and feeds the remainder to non-vacuum section (19) for pumping to economisers (24). Bul.10/15.3.83 (3pp Dwg.No.1/1)

N84-012216

SU 1004-660-A



Союз Советских Социалистических Республик

Государственный комитет СССР по делам изобретений и открытий

# ОПИСАНИЕ ИЗОБРЕТЕНИЯ
## К АВТОРСКОМУ СВИДЕТЕЛЬСТВУ

(11) 1004660

(61) Дополнительное к авт. свид-ву —

(22) Заявлено 24.07.81 (21) 3347588/24-06

с присоединением заявки № —

(23) Приоритет —

Опубликовано 15.03.83. Бюллетень № 10

Дата опубликования описания 25.03.83

(51) М. Кл.³ F 01 K 21/04 F 01 K 15/04

(53) УДК 621.165. .621.438 (088.8)

(72) Автор изобретения Н. В. Ващиленко

(71) Заявитель Николаевский ордена Трудового Красного Знамени кораблестроительный институт им. адм. С. О. Макарова

## (54) СУДОВАЯ ЭНЕРГЕТИЧЕСКАЯ УСТАНОВКА

1

Изобретение относится к энергетике, в частности к энергетическим установкам с использованием тепловой энергии отработавших газов для генерирования пара в котлах-утилизаторах с последующим использованием его для получения дополнительной мощности, и может быть использовано в схемах контактных газопаротурбинных установок, работающих на рабочем теле, представляющем собой смесь пара и продуктов сгорания топлива.

Известна энергетическая установка, работающая на смеси пара и продуктов сгорания топлива, содержащая компрессор, установленный на одном валу с газопаровой силовой турбиной и эксгаустером, сообщенный по линии отсоса газопаровой смеси через теплообменник со смешивающим конденсатором, между последним и турбиной включен подогреватель [1].

В этой установке повышение экономичности обеспечивается в результате использования теплоты сгорания топлива для получения пара, используемого в газопаровой турбине в качестве рабочего тела в смеси с продуктами сгорания при существенном упрощении тепловой схемы. Однако

2

установка эксгаустера на общем валу с силовой газопаровой турбиной приводит к значительному снижению полезной мощности установки с учетом того, что включение в схему подогревателя и теплообменника повышает гидравлическое сопротивление в линии отсоса смеси.

Известны также судовые энергетические установки, содержащие газопаротурбинный агрегат с компрессором, камерой сгорания, подключенной по линии подачи пара к сепаратору, и свободной силовой турбиной, выход которой сообщен с контуром перерасширителя с последовательно включенным в него котлом-утилизатором, газопаровым конденсатором и эксгаустером [2].

Силовая турбина выполнена свободной и установлена на одном валу с редуктором, соединенным с эксгаустером. При работе такой установки в камеру сгорания поступает насыщенный пар после сепаратора, а образовавшуюся в камере сгорания смесь расширяют в газопаротурбинном агрегате. Наличие контура перерасширения, включающего эксгаустер, обеспечивает увеличение срабатываемого в турбине теплоперепада и, следовательно, вырабатываемой

мощности установки. Однако ввиду того, что эксгаустер сжимает всю массу газа, затраты мощности на его привод велики, а привод его от редуктора установки ухудшает ее маневренность, так как не позволяет использовать свободную реверсивную силовую турбину и реверсивный редуктор для работы установки на задний ход. Кроме того поскольку через газопаровой конденсатор проходит все рабочее тело, увеличены безвозвратные потери воды с выходящими в атмосферу газами, а габариты конденсатора также увеличены.

Целью изобретения является повышение экономичности, мощности и улучшение маневренности установки.

Цель достигается тем, что судовая энергетическая установка, содержащая газопаротурбинный агрегат с компрессором, камерой сгорания, подключенной по линии подачи пара к сепаратору, и свободной силовой турбиной, выход которой сообщен с контуром перерасширения с последовательно включенными в него котлом-утилизатором, газопаровым конденсатором и эксгаустером, снабжена газотурбинным агрегатом со свободной силовой турбиной, сообщенной с дополнительным котлом-утилизатором, подсоединенным к сепаратору, а эксгаустер установлен на валу газопаротурбинного агрегата.

Силовые турбины газопаротурбинного и газотурбинного агрегатов подключены к общему редуктору.

На чертеже представлена схема описываемой установки.

Установка содержит газопаротурбинный агрегат 1 с компрессором 2, камерой 3 сгорания, подключенной по линии 4 подачи пара к сепаратору 5 и свободной силовой турбиной 6, соединенной с редуктором 7. Выход 8 силовой турбины 6 газопаротурбинного агрегата 1 сообщен с контуром перерасширения с последовательно включенными в него котлом-утилизатором 9, газопаровым конденсатором 10 и эксгаустером 11. В соответствии с изобретением установка включает газотурбинный агрегат 12 со свободной силовой турбиной 13, подключенной к редуктору 7 и сообщенной с дополнительным котлом-утилизатором 14, подсоединенным как и котел-утилизатор 9 к сепаратору 5 паропроводом 15, а эксгаустер 11 установлен на валу 16 газопаротурбинного агрегата 1. Редуктор 7 подсоединен к гребному винту 17.

Конденсатор 10 выполнен двухсекционным, он имеет вакуумную секцию 18 и безвакуумную 19. К сепаратору 5 подключен циркуляционный насос 20, а к конденсатору — конденсатные насосы 21. Газотурбинный агрегат 12 сообщен с котлом-утилизатором 14 трактом 22 отходящих газов, а каждый котел имеет испарительную и экономайзерную поверхности 23 и 24.

Установка работает следующим образом.

Отходящие газы по тракту 22 поступают в котел-утилизатор 14 и омывают последовательно испарительную и экономайзерную поверхности 23 и 24 соответственно и их отводят в атмосферу. В камеру 3 сгорания поступает насыщенный пар из сепаратора 5, получаемый в результате нагрева и испарения питательной воды в котлах-утилизаторах 9 и 14. Генерирование пара происходит путем использования тепла отходящих газов как газотурбинного агрегата 12, так и газопаротурбинного 1. Циркуляцию воды осуществляет циркуляционный насос 20. Для непрерывной подпитки котлов-утилизаторов 9 и 14 служат насосы 21. В результате смещения пара, подаваемого из сепаратора 5, и продуктов сгорания топлива в камере 3 сгорания образуется высокопотенциальная газопаровая смесь, которую последовательно расширяют в газопаротурбинном агрегате 1, а затем в силовой свободной турбине 6 до давления значительно ниже атмосферного, что обеспечено работой контура перерасширения с эксгаустером 11, приводимого во вращение газопаротурбинным агрегатом 1. Отработавшая газопаровая смесь после силовой турбины 6 отдает свое тепло питательной воде в котле-утилизаторе 9, а затем поступает в вакуумную секцию 18 газопарового конденсатора 10, где происходит частичная конденсация пара из смеси забортной охлаждающей водой. Далее охлажденная газопаровая смесь с уменьшенным содержанием пара и, следовательно, с меньшим объемным расходом, поступают в эксгаустер 11, где давление смеси повышается до уровня выше атмосферного, после чего смесь поступает в безвакуумную секцию 19 конденсатора 10, где происходит дальнейшая конденсация пара из газопаровой смеси. Конденсат насосом 21 подают к экономайзерным поверхностям 24 котлов-утилизаторов 9 и 14, а обезвоженные продукты сгорания выбрасывают в атмосферу.

Конструктивное выполнение установки с дополнительным газотурбинным агрегатом позволяет при высокой степени утилизации тепла отработавших газов в двух котлах-утилизаторах с общим сепаратором значительно снизить мощность, затрачиваемую на привод эксгаустера, через который теперь проходит лишь часть газов от общего расхода на установку, и снизить потери цикловой воды в атмосферу. Уменьшены также габариты газопарового конденсатора. Все это обеспечивает повышение экономичность и мощность установки.

Обеспечение возможности привода эксгаустера, независимого от редуктора, повышает маневренность установки, обеспечивая при этом нормальную работу экс

стера в режиме холостого хода при неработающем редукторе.

### *Формула изобретения*

1. Судовая энергетическая установка, содержащая газопаротурбинный агрегат с компрессором, камерой сгорания, подключенной по линии подачи пара к сепаратору, и свободной силовой турбиной, выход которой сообщен с контуром перерасширения с последовательно включенными в него котлом-утилизатором, парогазовым конденсатором и эксгаустером, *отличающаяся* тем, что, с целью повышения экономичности, мощности и улучшения маневренности, она снабжена газотурбинным агрегатом со свободной силовой турбиной, сообщенной с дополнительным котлом-утилизатором, подсоединенным к сепаратору, а эксгаустер установлен на валу газопаротурбинного агрегата.

2. Установка по п. 1, *отличающаяся* тем, что силовые турбины газопаротурбинного и газотурбинного агрегатов подключены к общему редуктору.

Источники информации, принятые во внимание при экспертизе

1. Заявка PCT № 8100878, кл. F 01 K 21/02 1981.

2. Дикий Н. А. Судовые газопаротурбинные установки. Л., «Судостроение», 1978, с. 12.




ВНИИПИ Заказ 1828/45 Тираж 533 Подписное
Филиал ППП «Патент», г. Ужгород, ул. Проектная, 4

SEP 1961

Kl. 46f Gr. 3 40
Internat. Kl. F 02 c

DT-09-1961




109 654/6

SCIENTIFIC LIBRARY
DEC - 9 1958
U. S. PATENT OFFICE

# GAS TURBINES
## *for Aircraft*

ARTHUR W. JUDGE

*Associate of the Royal College of Science, London; Diplomate of Imperial College of Science and Technology (Petrol Engine Research); Whitworth Scholar; Tyndall Prizeman; Associate Member of the Institution of Mechanical Engineers; Member, Society of Automotive Engineers (U.S.A.)*

CHAPMAN & HALL LTD
37 Essex Street, London, W.C.2
1958

has been made by F. R. Fischer and C. A. Meyer.[15] The assumption data and results of these investigations are given in the table on this page so that a direct comparison can be made of the five different cycles mentioned, with the simple gas turbine cycle as the basis.

In all cases these comparisons are made between gas turbine cycles having *the same* (unity) *power output* and the same turbine unit temperature, namely, 1,200° F. (650° C.). The compressor air inlet temperature is 70° F. (21·1° C.) and air pressure, 14·7 lb. sq. in., in every case. The absolute gas pressures at different points of the compressor and turbine cycles are given in the table.

TABLE 2

*Comparison Data for Various Gas Turbine Cycles*

| *Item* | *Simple Cycle* | *Cycle with Regeneration* | *Cycle with Intercooler and Regeneration* | *Cycle with Reheating and Regeneration* | *Cycle with Intercooling, Reheating and Regeneration* |
|---|---|---|---|---|---|
| Input in fuel* | 4·95 | 3·75 | 3·43 | 3·55 | 3·11 |
| Turbine rating* | 3·95 | 2·95 | 2·80 | 2·88 | 2·55 |
| Compressor power* | 2·95 | 1·95 | 1·80 | 1·88 | 1·55 |
| Useful power output | 1·00 | 1·00 | 1·00 | 1·00 | 1·00 |
| Thermal efficiency, per cent.† | 20·2 | 26·6 | 29·2 | 28·1 | 32·2 |
| *Gas temperatures, ° F. at:* | | | | | |
| Turbine inlet | 1200 | 1200 | 1200 | 1200 | 1200 |
| Leaving reheater | — | — | — | 1200 | 1200 |
| Turbine exhaust | 635 | 790 | 695 | 920 | 865 |
| Leaving regenerator | — | 455 | 350 | 560 | 520 |
| *Air temperatures, ° F. at:* | | | | | |
| Compressor inlet | 70 | 70 | 70 | 70 | 70 |
| Leaving intercooler | — | — | 70 | — | — |
| Leaving compressor | 490 | 340 | 230 | 440 | 405 |
| Entering combustion chamber | 490 | 680 | 575 | 800 | 750 |
| *Pressures, lb. per sq. in. at:* | | | | | |
| Compressor inlet | 14·7 | 14·7 | 14·7 | 14·7 | 14·7 |
| Compressor discharge | 88·2 | 51·5 | 73·5 | 73·5 | 102·9 |
| Turbine inlet | 88·2 | 50·2 | 71·7 | 71·7 | 100·4 |
| Turbine exhaust | 14·7 | 15·1 | 15·1 | 15·1 | 15·1 |

* These quantities are relative to a useful power output of unity.
† At 1,200° F. (650° C.)

H



G 000400

The results given in the Table show the marked increase in thermal efficiency from 20·2 per cent. for the simple gas turbine to the highest value, namely, 32·2 per cent. for the cycle employing a combination of intercooling, reheating, and regeneration as illustrated, diagrammatically, in Fig. 59. The corresponding fuel energy decrease, namely, from 4·95 to 3·11 for the same power output of unity results in a striking reduction in the specific fuel consumption.




FIG. 59. Arrangement of gas turbine with heat exchanger, intercooling and reheating systems.

Another interesting point brought out by these results is the marked reductions in the compressor and turbine power ratings when the combined cycle of operations is employed. This results in a considerable saving in weight and space of the compressor and turbine units, but this is offset by the additions of the intercooler, reheater, and regenerator units.

*Turbine Inlet Temperature.* The effect of *increase in the turbine unit inlet temperature* over the range of 1,000° F. (539° C.) to 1,500° F. (815° C.) is shown for the five cycles given in Fig. 60 for the conditions stated in the lower right-hand corner of the diagram. For the simple gas turbine the increase from 1,200° F. (650° C.) to 1,500° F. (815° C.) is from 20·2 per cent. to 25·9 per cent., and for the combination cycle (intercooling, reheating, and 25 per cent. regeneration) it increases from 32·3 to 38·2 per cent. These results are based on an air inlet temperature of 70° F. (21·1° C.), and 5 per cent. pressure drop in the regenerator.

*Ambient Air Temperature.* Just as increased turbine inlet temperature increases the thermal efficiency, so does progressive *reduction*

GP343

MAIL ROOM JUL 7 1989 PAT. & TRADEMARK OFF.

RECEIVED GROUP 340 89 JUL 13 AM 10:35

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In regard Application of: :
Ivan G. Rice :
Serial No. 07/251,076 : Group Art Unit: 343
Filed: September 28, 1988 : Examiner: L.Casaregola
Entitled: COMPRESSION INTERCOOLED GAS TURBINE COMBINED CYCLE :

The Honorable Commissioner
of Patents and Trademarks
Washington D.C. 20231

Sir:

The Examiner is thanked for his Action mail dated 04/11/89 including the U.S. referenced patents, referenced foreign documents and the other cited references included with the Action.

Please make the following changes in response to the Action:

**IN THE DRAWINGS**

Please add the combined cycle portion to Figure 1 as shown in red ink on the attached Figure 1. Please advise the chief draftsman of this change and give approval to the Inventor so Figure 1 can be revised accordingly for the final drawing submittal. This revision is in accordance with the Examiner's request made on pages 2 and 6 of the Action.

**IN THE SPECIFICATIONS**

Page 7, line 25 after the word "load" insert -with exhaust gasses being ducted to a heat recovery means for forming a combined cycle- .

Page 9, line 21, cancel the words and commas ",not shown,".

Page 9, line 23, cancel the words and commas ",not shown,".

Page 9, line 25, after "cycle." add - Refer to Figure 1. -

Page 9, between lines 25 and 26 add the following paragraph:

— Power turbine 58 discharges hot exhaust gasses through line 63 to heat recovery means 49 and exits said gas through

line 71. Steam or vapor generated in heat recovery means 9 is expanded through turbine 55 which drives load 57. Expanded steam or vapor is condensed in condenser means 61. Optionally, condensate is pumped through intercooler means section 38 to cool compressed air entering said intercooler means through line 36. Heated condensate returns to heat recovery means through line 69. Lines 73 and 75 feed steam to gas generator 20 and power turbine 58. - .

Page 20, line 1, cancel the words and comma ", not shown". Add - Refer to Figure 1. - .

IN THE CLAIMS

Amend Claim 69 as follows:

13 ~~69~~ 1. (Amended) In a power producing system comprising a twin spool gas generator and a power turbine, said gas generator having a low pressure compressor driven by a low pressure turbine, a high pressure compressor driven by a high pressure turbine, a combustor positioned between said high pressure compressor and said high pressure turbine, said power turbine positioned downstream from said low pressure turbine, the improvement being characterized in that: said high and low pressure turbines being axially positioned and independently rotatable for driving said high and low pressure compressors respectively by means of concentric coaxial outer and inner shafting respectively said gas generator including [an] at least one externally mounted intercooler positioned between said low pressure compressor and said high pressure compressor, at least one compressor outlet duct from said low pressure compressor communicating with said intercooler and at least one return duct from said intercooler communicating with said high pressure compressor, wherein said compressor outlet and return ducts and connections between said compressors and said intercooler are provided between said axially positioned low and high pressure compressors for air flow to and from said intercooler in counterflow with ~~said~~ coolant, said outlet duct being configured to radially expand said air

flow to a low velocity and said return duct being configured for low radial flow return velocity to said high pressure compressor.

Amend Claim 72 as follows:

~~72.~~ 3 (Amended) In a power producing system comprising a twin spool gas generator, a reheat combustor and a power turbine, said gas generator having a low pressure compressor driven by a low pressure turbine, a high pressure compressor driven by a high pressure turbine and a first combustor positioned between said high pressure compressor and said high pressure turbine, said reheat combustor being positioned between said low pressure turbine and said power turbine, the improvement being characterized in that: said high and low pressure turbines being axially positioned and independently rotatable for driving said high and low pressure compressors respectively by means of concentric coaxial outer and inner shafting respectively, said gas generator including [an] at least one externally mounted intercooler positioned between said low pressure compressor and said high pressure compressor, at least one compressor outlet duct from said low pressure compressor communicating with said intercooler and at least one return duct from said intercooler communicating with said high pressure compressor, wherein said compressor outlet and return ducts and connections between said compressors and said intercooler are provided between said axially positioned low and high pressure compressors for air flow to and from said intercooler in counterflow with ~~said~~ coolant, said outlet duct being configured to radially expand said air flow to a low velocity and said return duct being configured for low radial flow return velocity to said high pressure compressor.

Amend Claim 81 as follows:

~~81.~~ 6 (Amended) The power producing system as defined in Claim ~~80~~ 5 including [heat exchange] means in said intercooler communicating with said condenser means whereby the coolant for said intercooler is said condensate from said condenser means.

Cancel Claim 83 and rewrite in independent form as new Claim 92 as follows:

96

92. In a power producing system comprising a twin spool gas generator, a power turbine, a heat recovery boiler means, and a steam or vapor expansion turbine means, said gas generator having a low pressure compressor driven by a low pressure turbine, a high pressure compressor driven by a high pressure turbine and a combustor positioned between said high pressure compressor and said high pressure turbine, said power turbine positioned downstream from said low pressure turbine, said heat recovery boiler means positioned downstream from said power turbine, the improvement being characterized in that: said high and low pressure turbines being axially positioned and independently rotatable for driving said high and low pressure compressors respectively by means of concentric coaxial outer and inner shafting respectively, said gas generator including at least one intercooler means positioned between said low pressure compressor and said high pressure compressor, at least one compressor outlet duct from said low pressure compressor communicating with said intercooler means and at least one return duct from said intercooler means communicating with said high pressure compressor, wherein said compressor outlet and return ducts and connections between said compressors and said intercooler means are provided between said axially positioned low and high pressure compressors for said flow to and from said intercooler means, wherein said low pressure compressor is an axial flow design staged to produce a pressure ratio no greater than about 3 and said high pressure compressor is an axial flow design of 11 or more stages being fed with cooler and more dense air by said intercooler means to produce a discharge pressure of at least about 40 atmospheres.

JLR 7-3-89
JLR 7-3-89

Cancel Claim 85 and rewrite in independent form as new Claim 93 as follows:

93. In a power producing system comprising a twin spool gas

generator, a reheat combustor, a power turbine, a heat recovery ·iler means and a steam or vapor expansion turbine means, said gas generator having a low pressure compressor driven by a low pressure turbine, a high pressure compressor driven by a high pressure turbine, and a first combustor positioned between said high pressure compressor and said high pressure turbine, said reheat combustor being positioned between said low pressure turbine and said power turbine, said heat recovery boiler means positioned downstream from said power turbine, the improvement being characterized in that: said high and low pressure turbines being axially positioned and independently rotatable for driving said high and low pressure compressors respectively by means of concentric coaxial outer and inner shafting respectively,,said gas generator including at least one intercooler means positioned between said low pressure compressor and said high pressure compressor, at least one compressor outlet duct from said low pressure compressor communicating with said intercooler means and at least one return duct from said intercooler means communicating with said high pressure compressor wherein said compressor connections between said compressor and said intercooler means are provided between said axially positioned low and high pressure compressors for air flow to and from said intercooler means, wherein said low pressure compressor is an axial flow design staged to produce a pressure ratio no greater than about 3 and said high pressure compressor is an axial flow design of 11 or more stages being fed with cooler and more dense air by said intercooler means to produce a discharge pressure of at least about 40 atmospheres.

JZR 7-3-89 JZR 7-3-89

Entry of the proposed Figure 1 additions, specification amendemnts and claim amendments of the above-identified application is respectfully requested in view of the following remarks:

REMARKS

Figure 1 has been amended by adding the heat recovery boiler means 49 and expander turbine means 55 as originally

stated page 9, lines 21-23. Condenser means 61 and condenser condensate flow to the intercooler is originally disclosed _age 9, second paragraph. The request made by the Examiner on pages 2 and 6 of the Action to correct the drawings is believed to be achieved with no new matter added. Applicant asks for approval of the additions shown in red ink on Figure 1.

The specifications have been amended to include the combined cycle portion "not shown" originally, but deemed necessary by the Examiner. Approval of these specification amendments is respectfully requested based on the fact that the bottoming cycle is common knowledge with those familiar with gas turbines and has been originally disclosed on page 9 of the specifications as stated above.

In regard to the rejection based on 35 USC 112 it is believed that the corrected drawing as well as the text added to the specifications overcomes the rejection. Applicant again states that these components were disclosed in the original specifications.

Claim 81 has been amended to remove the term heat exchange, as such term was redundant. Claim 81, as amended, is clearly supported in the original specifications, page 9, second paragraph.

New claims 92 and 93 have been written in independent form to take the place of cancelled claims 83 and 85 in accordance with allowance made by the Examiner. The words "about" have been eliminated regarding the number of compressor stages. The low pressure compressor compression ratio upper limit is retained as about 3 in the new claims 92 and 93. It can be noted in the specifications that the range extends to 3.2. See page 20, lines 15-17; page 29, 5th line from bottom; page 41, line 21; page 34, line 10; and page 35, line 7. Also refer to Figures 13, 14 and 15.

The overall cycle pressure ratio of 40 is retained in new claims 92 and 93. However, the specifications state

that an overall pressure ratio of 35 meets the intent of the invention as can be noted on page 2, line 7; on page 4, 2nd line from bottom; page 5, 3rd line from bottom; and page 14, 2nd line from bottom. Therefore, the word "about" referring to the 40 cycle pressure ratio has been retained in new claims 92 and 93.

Independent claims 69 and 72 have been amended to overcome the Examiner's rejection under 35 U.S.C. 102b as being anticipated by Hull or DuPont et al. Hull and DuPont et al do not anticipate claims 69 and 72 in as much as they do not include a power turbine. However, independent claims 69 and 72 have been amended to distinguish the gas generator portion of the claimed power producing system. Thus claims 69 and 72 now include one or more externally mounted intercooler(s) allowing low compressed air velocities, low pressure drops, close approach temperatures to the coolant and counterflow of coolant to the compressed air. The amendment also includes wording for radial flow low velocity exit and return ducting of the compressed air for reduced velocity and lower pressure loss.

The specifications and figures clearly make reference to these features of the invention as given following:

Ducting and pressure loss

page 4, lines 26-27; page 6, lines 9-11; page 10, lines 29-33; page 11, 3rd paragraph; page 12, lines 3-6; pages 23, lines 10-13; and page 25, 2nd full paragraph.

Counterflow

page 9, lines 26-34; page 11, last line; and Figure 1.

Close approach temperature

page 9, lines 29-34; page 13, line 18; page 14, lines 2-5; page 26, lines 4-6; page 33, 3rd and 4th full paragraphs.

The Hull patent no. 3,273,340 covers an aircraft propulsion fan engine. Claims 69 and 72 have been amended to include at least one externally mounted counterflow intercooler.

Considerable surface area is required to cool the partially compressed air to a temperature which closely approaches the temperature of the coolant at its inlet to the intercooler. Such an intercooler is heavy, large and bulky - not suitable for aircraft. Hull uses annular ducting and intercooler and not separate piping to an externally mounted intercooler. Low pressure drop is necessary and not possible for close approach temperatures in the Hull arrangements.

It is important to note in the Hull patent that the heat exchanger 16 does not and cannot readily apply counter-flow of the compressed air to the coolant. Therefore, a close approach temperature to the coolant at its entrance temperature is not possible because the partially compressed air (and heated) coolant flows in the same direction as the compressed air being cooled.

JZR
7-3-89

Further, it is commonly known by those knowledgeable in gas turbine design that the exit velocity of an axial flow compressor is typically mach 0.3 which is far too high for a low pressure drop heat exchanger. Pressuredrop varies as the square of the velocity, and the Hull heat exchanger and ducting pressure losses would be very high and several times the total 3% given as typical for the Applicant's invention.

The Applicant recognized the above problem areas in his invention and creatively solved the problems with the unique and novel outlet and return ducting to a counterflow externally mounted intercooler.

Regarding Claim 72, there is no reheat combustor shown or anticipated by Hull to be located before a power turbine.

The DuPont et al patent no. 3,486,340 describes a jet engine which has compression intercooling by means of a cryogenic fuel coolant. The Applicant's invention incorporates an externally mounted intercooler. The intercooler of the Applicant's invention is heavy, large and bulky and not at all suitable for aircraft. A close approach temperature

is achieved in the Applicant's invention by means of counter current flow of the intercooler. Annular ducting and inter-cooler are used by DuPont et al thus limiting the surface area and approach temperature achievable. DuPont et al therefore have the same limitations as Hull.

Regarding Claim 72, there is no reheat combustor shown or anticipated by DuPont et al to be located before a power turbine. The DuPont et al patent single figure clearly shows the axial flow fan 18 discharge air being fed directly to heat exchanger 26. The air velocity would be too high for a low air side pressure drop heat exchanger - especially with the double pass heat exchanger arrangement used. The fan exit velocity would be about mach 0.3 and much too high. A low velocity of mach less than 0.10 is needed and knowing that pressure drop varies as the square of the velocity, the Du-Pont et al heat exchanger 26 or 28 pressure drop would be several times greater than the projected total 3% of the Applicant's invention.

No mention is made to velocities, physical size, sur-face area of pressure drop in the DuPont et al patent. The patent figure indicates that the velocity to heat exchanger 28 would likewise be very high because there is very little change in cross-sectional flow area shown. High velocity air streams have to be handled very carefully with particular attention directed to flow bends, diffusers and cross-sectional area change to decelerate the air with a minimum of pressure loss as explained in the specifications of the Applicant's invention in some detail.

The low pressure compressor 27 and the high pressure compressor 29 are mounted on a common shaft 42 and driven by turbine 41 in the DuPont et al patent. The advantage of the variable speed of 2 turbine shafts is lost. In this regard, it is improper for the Examiner to claim that dual coaxial concentric shafts and separately rotating turbines are applied to <u>radial ducting</u> and that the DuPont et al patent teaches

this advantage. Heat exchanger 26 does not use a radial entrance duct where the double shafting is applied.

The Examiner has rejected Claims 71, 72 and 80 under 35 U.S.C. 103. It appears that the Examiner meant to reject Claim 74 and not 72 under this paragraph. Claims 71, 74, 80 and 81 are all dependent claims depending upon Claims 69 and 72 and therefore should be allowable for the same reasons as Claims 69 and 72 are allowable.

The 1958 Judge publication, Figure 59, does not show concentric coaxial shafting and gives no details as to how the ducting to and from the intercooler is to be arranged. It was later in 1963 (Hull) and 1967 (DuPont et al) when the intercooling arrangement cited by the Examiner came up. But the Hull and DuPont et al patents apply aircraft jet engines. It is difficult to get the air out and back into gas generators with concentric coaxial shafting even with an externally mounted intercooler. The Hull and DuPont et al patents both use annular ducting. The annular heat exchanger offers limited heat exchange surface because of restraints on size and weight for aircraft.

To the best of the Applicant's knowledge, there has never been a compression intercooled gas turbine made for aircraft jet engines and the Hull and DuPont et al inventions have not been found to be practical. The Applicant has discovered and invented a way to adapt a twin spool gas generator with coaxial concentric shafts for practical intercooling for industrial applications where intercooler size and weight is not a problem. This invention makes it possible to exit the air, cool the air and return the air at low velocities with minimal and reasonable pressure drops that do not rob the cycle of potential gains in power whereby a minimal loss in cycle efficiency is realized.

The Applicant's invention with a separately mounted intercooler(s) and the radial ducting to and from the

intercooler(s) with connection flanges makes it possible to disconnect the gas generator from the intercooler(s) and quickly remove the entire gas generator without disturbing the heavy intercooler(s) and bulky ducting. This arrangement provides a distinct advantage for offplant inspection and overhaul of the twin spool, high pressure ratio gas generator.

The Swedish patent 7713915-2 does not incorporate compression intercooling and is a hybrid arrangement utilizing a steam turbine to drive a second air compressor. This patent does not apply to independent Claims 69, 72, 92 and 93.

The Russian document 0404958 shows a vertically mounted gas generator driving a horizontal power turbine. Steam is generated to drive a steam turbine. This patent does not include compression intercooling and does not apply to independent Claims 69, 72, 92 and 93.

Russian document 1,004,660 shows 2 gas turbines driving a ship propeller through a common gear. No compression intercooling is shown and does not apply to independent Claims 69, 72, 92 and 93.

The references do not collectively suggest the external intercooler with the radial flow in and out with a twin spool gas generator.

The publication by Arthur W. Judge (1958) is of general interest but gives no details on dual concentric coaxial drives, air velocities, size, surface area, pressure drop and ducting.

It is believed that the invention as set forth by the amended independent Claims 69 and 72 and new Claims 92 and 93 written in independent form for cancelled Claims 83 and 85 and as set forth by dependent Claims 71, 74, 80, and amended 81 is now in proper form to be issued as a patent. This Applicant's invention goes beyond what has been done

in the past with intercooling and ducting. It is believed that the unique and novel arrangements are inventive in nature and therefore patentable. Further, it is believed that the specific cycle pressure ratios for maximum combined cycle efficiency are patentable.

In accordance with 37 CFR 1.33(b) Applicant acknowledges assistance given by Stuart D. Frenkel, Registration no. 29,500, in the preparation of this Amendment and Response.

Respectfully submitted,

Ivan G. Rice, P.E.
Independent Inventor

P.O. Box 233
Spring, Texas 77383
Tel. 713-353-5040

CERTIFICATE OF MAILING

This is to certify that on this date I deposited this correspondence with the U.S. Postal Service as first-class mail in an enevelope addressed to the Commissioner of Patents, Washington D.C., 20231.

Ivan G. Rice

July 3, 1989
Date

MC

UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET |
|---|---|---|---|
| 07/251,076 | 09/28/88 | RICE | I |

IVAN G. RICE
P. O. BOX 233
SPRING, TX 77383

EXAMINER
CASAREGOLA,L

| ART UNIT | PAPER NUMBER |
|---|---|
| 343 | 26 |

DATE MAILED: 08/14/89

## NOTICE OF ALLOWABILITY

**PART I.**

1. ☒ This communication is responsive to *Applicant's paper of 7/7/89*.
2. ☒ All the claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice Of Allowance And Issue Fee Due or other appropriate communication will be sent in due course.
3. ☒ The allowed claims are *69, 71, 72, 74, 80, 81, 92, 93*
4. ☐ The drawings filed on ______ are acceptable.
5. ☐ Acknowledgment is made of the claim for priority under 35 U.S.C. 119. The certified copy has [_] been received. [_] not been received. [_] been filed in parent application Serial No. ______, filed on ______.
6. ☐ Note the attached Examiner's Amendment.
7. ☐ Note the attached Examiner Interview Summary Record, PTOL-413.
8. ☐ Note the attached Examiner's Statement of Reasons for Allowance.
9. ☐ Note the attached NOTICE OF REFERENCES CITED, PTO-892.
10. ☐ Note the attached INFORMATION DISCLOSURE CITATION, PTO-1449.

**PART II.**

A SHORTENED STATUTORY PERIOD FOR RESPONSE to comply with the requirements noted below is set to EXPIRE THREE MONTHS FROM THE "DATE MAILED" indicated on this form. Failure to timely comply will result in the ABANDONMENT of this application. Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

1. ☐ Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL APPLICATION, PTO-152, which discloses that the oath or declaration is deficient. A SUBSTITUTE OATH OR DECLARATION IS REQUIRED.
2. ☒ APPLICANT MUST MAKE THE DRAWING CHANGES INDICATED BELOW IN THE MANNER SET FORTH ON THE REVERSE SIDE OF THIS PAPER.
   a. ☐ Drawing informalities are indicated on the NOTICE RE PATENT DRAWINGS, PTO-948, attached hereto or to Paper No. ______. CORRECTION IS REQUIRED.
   b. ☒ The proposed drawing correction filed on *7/7/89* has been approved by the examiner. CORRECTION IS REQUIRED.
   c. ☐ Approved drawing corrections are described by the examiner in the attached EXAMINER'S AMENDMENT. CORRECTION IS REQUIRED.
   d. ☐ Formal drawings are now REQUIRED.

---

Any response to this letter should include in the upper right hand corner, the following information from the NOTICE OF ALLOWANCE AND ISSUE FEE DUE: ISSUE BATCH NUMBER, DATE OF THE NOTICE OF ALLOWANCE, AND SERIAL NUMBER.

**Attachments:**

- _ Examiner's Amendment
- _ Examiner Interview Summary Record, PTOL-413
- _ Reasons for Allowance
- _ Notice of References Cited, PTO-892
- _ Information Disclosure Citation, PTO-1449
- _ Notice of Informal Application, PTO-152
- _ Notice re Patent Drawings, PTO-948
- X Listing of Bonded Draftsmen
- X Other *PTOL-1447 (How to Effect Drawing Changes)*

*L. J. Casaregola*
LOUIS J. CASAREGOLA
PRIMARY EXAMINER
ART UNIT 343

PTOL-37 (REV. 11-86) USCOMM-DC 86-3615

G 000414

**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**

Address: Box ISSUE FEE
COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

IVAN G. RICE
P. O. BOX 233
SPRING, TX 77383

## NOTICE OF ALLOWANCE AND ISSUE FEE DUE

☒ [illegible] Examiner
☐ [illegible] communication [illegible]

| SERIES CODE/SERIAL NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | | [illegible] |
|---|---|---|---|---|---|
| 07/251,076 | 09/28/88 | 008 | CASAREGOLA, L | 349 | 0?/14/89 |

First Named Applicant: RICE, IVAN G.

Title of Invention: COMPRESSION INTERCOOLED GAS TURBINE COMBINED CYCLE

| | ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | [illegible] |
|---|---|---|---|---|---|---|---|
| 3 | | 060-039.161 | V21 | UTILITY | YES | $310.00 | ?/14/89 |

***THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. PROSECUTION ON THE MERITS IS CLOSED.***

***THE ISSUE FEE MUST BE PAID WITHIN THREE MONTHS FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. THIS STATUTORY PERIOD CANNOT BE EXTENDED.***

### *HOW TO RESPOND TO THIS NOTICE:*

I. Review the SMALL ENTITY Status shown above.

If the SMALL ENTITY is shown as YES, verify your current SMALL ENTITY status:

A. If the Status is changed, pay twice the amount of the FEE DUE shown above and notify the Patent and Trademark Office of the change in status, or
B. If the Status is the same, pay the FEE DUE shown above.

If the SMALL ENTITY is shown as NO:

A. Pay FEE DUE shown above, or
B. File verified statement of Small Entity Status before, or with, payment of 1/2 the FEE DUE shown above.

II. Part B of this notice should be completed and returned to the Patent and Trademark Office (PTO) with your ISSUE FEE. Even if the ISSUE FEE has already been paid by a charge to deposit account, Part B should be completed and returned. If you are charging the ISSUE FEE to your deposit account, Part C of this notice should also be completed and returned.

III. All communications regarding this application must give series code (or filing date), serial number and batch number. Please direct all communications prior to issuance to Box ISSUE FEE unless advised to the contrary.

***IMPORTANT REMINDER: Patents issuing on applications filed on or after Dec. 12, 1980 may require payment of maintenance fees.***

PTOL-85 (REV 12-88) (OMB Clearance is pending)

PATENT AND TRADEMARK OFFICE COPY

**PART B - ISSUE FEE TRANSMITTAL**

310. — 242
15. — 501

***MAILING INSTRUCTIONS:*** This form should be used for transmitting the ISSUE FEE. Blocks 2 through 6 should be completed where appropriate. All further correspondence including the Issue Fee Receipt, the Patent, advanced orders and notification of maintenance fees will be mailed to addressee entered in Block 1 unless you direct otherwise, by: (a) specifying a new correspondence address in Block 3 below; or (b) providing the PTO with a separate "FEE ADDRESS" for maintenance fee notifications with the payment of Issue Fee or thereafter. See reverse for Certificate of Mailing.

MAIL ROOM OCT 16 1989 PAT. & TRADEMARK OFFICE

1. CORRESPONDENCE ADDRESS

IVAN G. RICE
P. O. BOX 233
SPRING, TX 77383

2. INVENTOR(S) ADDRESS CHANGE (Complete only if there is a change)

INVENTOR'S NAME: No CHANGE
Street Address
City, State and ZIP Code
CO-INVENTOR'S NAME
Street Address
City, State and ZIP Code

☐ Check if additional changes are on reverse side

| SERIES CODE/SERIAL NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | | DATE MAILED |
|---|---|---|---|---|---|
| 07/251,076 | 09/28/88 | 008 | CASAREGOLA, L | 343 | 08/14/89 |

First Named Applicant: RICE, IVAN G.

TITLE OF INVENTION: COMPRESSION INTERCOOLED GAS TURBINE COMBINED CYCLE

| | ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|---|
| 3 | | 060-039.161 | V21 | UTILITY | YES | $310.00 | 11/14/89 |

3. Further correspondence to be mailed to the following:

IVAN G. RICE
P.O. BOX 233
SPRING, TEXAS 77383

4. For printing on the patent front page, list the names of not more than 3 registered patent attorneys or agents OR alternatively, the name of a firm having as a member a registered attorney or agent. If no name is listed, no name will be printed.

1 NONE
2 —
3 —

DO NOT USE THIS SPACE

| | | | | |
|---|---|---|---|---|
| 090 | 10/20/89 | 07251076 | 1 242 | 310.00 CK |
| 090 | 10/20/89 | 07251076 | 1 501 | 15.00 CK |

5. ASSIGNMENT DATA TO BE PRINTED ON THE PATENT (print or type)
(1) NAME OF ASSIGNEE: —
(2) ADDRESS: (City & State or Country) —
(3) STATE OF INCORPORATION, IF ASSIGNEE IS A CORPORATION —

A. ☒ This application is NOT assigned.
☐ Assignment previously submitted to the Patent and Trademark Office.
☐ Assignment is being submitted under separate cover. Assignments should be directed to Box ASSIGNMENTS.

***PLEASE NOTE:*** Unless an assignee is identified in Block 5, no assignee data will appear on the patent. Inclusion of assignee data is only appropriate when an assignment has been previously submitted to the PTO or is being submitted under separate cover. Completion of this form is NOT a substitute for filing an assignment.

6a. The following fees are enclosed: Total - $325.00
☒ Issue Fee ☒ Advanced Order - # of Copies ____

6b. The following fees should be charged to: (Minimum of 10)
DEPOSIT ACCOUNT NUMBER — Check attached
(Enclose Part C)
310 ☒ Issue Fee ☒ Advanced Order - # of Copies 10 - $15
☐ Any Deficiencies in Enclosed Fees (Minimum of 10) @ 1.50 each

The COMMISSIONER OF PATENTS AND TRADEMARKS is requested to apply the Issue Fee to the application identified above.

(Signature of party in interest of record) Ivan G. Rice (Date) 10/11/89

NOTE: The Issue Fee will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the Patent and Trademark Office.

TRANSMIT THIS FORM WITH FEE-CERTIFICATE OF MAILING ON REVERSE

PTOL-85B (REV 12-88)(OMB Clearance is pending)

## Certificate of Mailing

I hereby certify that this correspondence is being deposited with the United States Postal Service with sufficient postage as first class mail in an envelope addressed to:

Box ISSUE FEE
Commissioner of Patents and Trademarks
Washington, D.C. 20231

on October 11, 1989
(Date)

Ivan G. Rice
(Name of person making deposit)

(Signature)

October 11, 1989
(Date)

Note: If this certificate of mailing is used, it can only be used to transmit the Issue Fee. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawings, must have its own certificate of mailing.

This form is estimated to take 20 minutes to complete. Time will vary depending upon the needs of the individual applicant. Any comments on the amount of time you require to complete this form should be sent to the Office of Management and Organization, Patent and Trademark Office, Washington, D.C. 20231 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

REVERSE PTOL-85B (REV 12-88)(OMB Clearance is pending)

RECEIVED
GROUP 340

MAIL ROOM
AUG 24 1989
PAT. & TRADEMARK O.

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In regard Application of: :
Ivan G. Rice :
Serial No. 07/251/076 : Group Art Unit: 343
Filed: September 28, 1988 : Examiner: L. Casaregola

Entitled: COMPRESSION INTERCOOLED
GAS TURBINE COMBINED CYCLE

FINAL DRAWINGS

The Honorable Commissioner
of Patents and Trademarks
Washington D.C. 20231

Sir:

The Examiner is thanked for his Action mailed dated Aug. 14, 1989 granting allowance to the eight claims, approving of additions to Figure 1, the addition to the specifications explaining revised Figure 1, and requesting final drawings with corrections to Figure 1.

IN THE DRAWINGS

Please find enclosed the final drawings of Figures 1 through 15 contined on seven (7) sheets. Figure 1 has been amended per approval of the Examiner. Please use these drawings for the printing of the Patent.

IN THE SPECIFICATIONS

Please note that nos. 49, 53 and 59 as submitted in red ink to the Examiner for approval have previously been used in Figure 6b. Therefore, these numbers appear on revised Figure 1 as 49', 53' and 59' to avoid duplicity.

Also in the last specification amendment filed July 3, 1989, bottom of pages 1, top of page 2, please change no. "49" to - 49' - in two places.

Please advise the Inventor of the acceptance of the drawings and number changes.

Respectfully submitted,

Ivan G. Rice, P.E.
Independent Inventor

P.O. Box 233
Spring, Texas 77383
Tel. 713-353-5040

CERTIFICATE OF MAILING

This is to certify that on this date I deposited this correspondence with the U.S. Postal Service as first-class mail in an envelope addressed to the Commissioner of Patents, Washington DC 20231.

Ivan G. Rice, August 21, 1989

818472
251,076




Fig. 1




Fig. 2

16

818472




Fig. 3




Fig. 4

818472




Fig. 5




Fig. 6a

818472




Fig. 6b

818472




Fig. 8




Fig. 7b

Fig. 7a




Fig. 9




Fig. 10




Fig. 11




Fig. 12

818472




Fig. 13




Fig. 14




Fig. 15