# EXHIBIT D

**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 07/251,076 | 09/28/88 | RICE | I |

IVAN G. RICE
P. O. BOX 233
SPRING, TX 77383

| EXAMINER | |
|---|---|
| CASAREGOLA, L | |
| ART UNIT | PAPER NUMBER |
| 343 | 24 |

DATE MAILED: 04/11/89

This is a communication from the examiner in charge of your application.

COMMISSIONER OF PATENTS AND TRADEMARKS

[X] This application has been examined [ ] Responsive to communication filed on ________ [ ] This action is made final.

A shortened statutory period for response to this action is set to expire 3 month(s), ________ days from the date of this letter.
Failure to respond within the period for response will cause the application to become abandoned. 35 U.S.C. 133

Part I THE FOLLOWING ATTACHMENT(S) ARE PART OF THIS ACTION:

1. [X] Notice of References Cited by Examiner, PTO-892.
2. [ ] Notice re Patent Drawing, PTO-948.
3. [ ] Notice of Art Cited by Applicant, PTO-1449
4. [ ] Notice of informal Patent Application, Form PTO-152
5. [ ] Information on How to Effect Drawing Changes, PTO-1474
6. [ ] ________

Part II SUMMARY OF ACTION

1. [X] Claims 69, 71, 72, 74, 80, 81, 83, 85 are pending in the application.

 Of the above, claims ________ are withdrawn from consideration.

2. [ ] Claims ________ have been cancelled.

3. [ ] Claims ________ are allowed.

4. [X] Claims 69, 71, 72, 74, 80, 81, 83, 85 are rejected.

5. [ ] Claims ________ are objected to.

6. [ ] Claims ________ are subject to restriction or election requirement.

7. [ ] This application has been filed with informal drawings which are acceptable for examination purposes until such time as allowable subject matter is indicated.

8. [ ] Allowable subject matter having been indicated, formal drawings are required in response to this Office action.

9. [ ] The corrected or substitute drawings have been received on ________. These drawings are [ ] acceptable; [ ] not acceptable (see explanation).

10. [ ] The [ ] proposed drawing correction and/or the [ ] proposed additional or substitute sheet(s) of drawings, filed on ________. has (have) been [ ] approved by the examiner. [ ] disapproved by the examiner (see explanation).

11. [ ] The proposed drawing correction, filed ________, has been [ ] approved. [ ] disapproved (see explanation). However, the Patent and Trademark Office no longer makes drawing changes. It is now applicant's responsibility to ensure that the drawings are corrected. Corrections MUST be effected in accordance with the instructions set forth on the attached letter "INFORMATION ON HOW TO EFFECT DRAWING CHANGES", PTO-1474.

12. [ ] Acknowledgment is made of the claim for priority under 35 U.S.C. 119. The certified copy has [ ] been received [ ] not been received

 [ ] been filed in parent application, serial no. ________; filed on ________.

13. [ ] Since this application appears to be in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under Ex parte Quayle, 1935 C.D. 11; 453 O.G. 213.

14. [ ] Other

The drawing a objected to under 37 CFR 1.83(a) for failing to show all significant features of the claimed invention. Claims 71, 74, 80, 81, 83, and 85 recite various steam power cycle component means. Applicant's latest set of claims includes more such structure and places greater emphasis on it then do the claims in the parent application. It is consequently imperative that all steam power cycle components appear in the drawing. Applicant is required to submit appropriately amended drawing figures in response to this Office action.

Claims 71, 74, 80, 81, 83, and 85 are rejected under 35 U.S.C. 112, first and second paragraphs, as the claimed invention is not described in such full, clear, concise and exact terms as to enable any person skilled in the art to make and use the same, and/or for failing to particularly point out and distinctly claim the subject matter which applicant regards as the invention. As noted above, the claims recite various steam power cycle components; these include "boiler means", "steam turbine or vapor turbine means", "condenser means", etc. Such claimed "means" are permitted under §112 but only to the extent that they are readable on specific structural elements in the preferred embodiment of the disclosed invention. In this instance, the preferred embodiment includes no actual structure which corresponds to the various claimed means.

Claim 81 recites "heat exchange means in said intercooler". This language however is vague and

ambiguous. By definition, an intercooler per se is heat exchange means; it is not seen that there is any further element readable on the claimed "means in said intercooler".

Claims 83 and 85 refer to the number of high pressure compressor stages as "about eleven or more". The use of the term "about" in this context is deemed inappropriate and confusing. Qualifying terms such as "substantially", "approximately", and "about" are an acceptable way of establishing some small margin of error in the claimed value for a given parameter such as temperature, pressure, etc. The limitation at issue here however is simply claiming the number of mechanical parts (i.e. compressor stages) involved, and that number is already recited in terms of the range, "eleven or more". The range per se should accommodate any intended variation, and there is no need to establish a margin for small error -- there cannot, for example, be 10.9 compressor stages!

Claims 69 and 72 are rejected under 35 U.S.C. 102b as being anticipated by Hull or DuPont et al. Both references disclose concentric, multi-spool gas turbines with intercoolers between high and low pressure compressor stages; see for example, compressor 17 followed by intercooler 16 and compressor 18 of Hull, and compressor 17-18 followed by intercooler 26 and compressor 27 and 29 of DuPont. Note that those features referred to only in the Jepson-type claim preamble carry no weight.

*74
Claim 71, 72, and 80 are rejected under 35 U.S.C. 103 as being unpatentable over any of Russinan Specification 404,958, Swedich Specification 7,713,915, or Russian Specification 1,004,660 in view of the Judge publication and either of Hul or DuPont et al. The three primary references each discloses a power plant comprising a concentric, twin spool gas turbine engine with an additional power turbine and a waste heat boiler supplying energy to a steam power cycle. It is known in the art that the addition of an intercooler, in general, will improve the efficiency of a gas turbine engine as evidenced by Judge. It is also known in the art that a concentric, twin-spool gas turbine configuration can be arranged to accommodate an intercooler as evidenced by Hull and Du Pont. Given the above noted facts available from the secondary references, the addition of an intercooler to the power plant in any of the primary references would have simply been an obvious expedient to improve plant efficiency.

Claim 81 is rejected like claims 71, *74, and 80 above and with additional reference to Jung et al. For reasons set forth in the §112 rejection, the limitations in claim 81 cannot be fully understood. To the extent that the claim simply suggests the use of steam cycle condenser water in an intercooler, that concept is known in the prior art as indicated, for example, by Jung; see elements 27 and 25 28. It would have been obvious to

apply this concept to intercoolers added to the plants in the cited Russian and Swedish Specifications because such an arrangement would add the lost heat of compression to the steam power cycle thus increasing total plant efficiency.

It is noted that the present application is related to a long chain of previous applications a number of which have filing dates in the late 1970's. It is also noted however that the link between the present application and its earlier parent applications involves a number of C.I.P.'s, and the earlier parent applications do not adequately cover many of the significant features now being claimed. The earlier applications thus do not provide a priority date for the currently claimed invention. References with effective dates as recent as the early-to-mid 1980's (e.g. Russian Specification 1,004,660) appear to be applicable as a valid basis for rejection.

Applicant's comments directed to the previously applied prior art have been reviewed. The arguments presented however are deemed moot since the current rejections are essentially based on new and significantly different references. It appears that applicant believes the concept of the intercooled, concentric, twin-spool gas turbine originated with the present invention. This is simply not true. The newly cited patents to Hull and Dupont establish that this concept has been known for a considerable time.

Serial No. 257076 -6-

Art Unit 343

Claims 83 and 85 will be allowed if (1) the term "about" is deleted from the language reciting the number of compressor states, (2) The claims are rewritten in independent form (i.e. rewritten to include all limitations from their parent claims), and (3) the drawing and specification are amended to provide a proper basis for claimed steam cycle components.

L.CASAREGOLA:vs
703-557-3424
4/7/89
corr. 4/10/89

L. J. Casaregola

LOUIS J. CASAREGOLA
PRIMARY EXAMINER
ART UNIT 343

TO SEPARATE, HOLD TOP AND BOTTOM EDGES, SNAP-APART AND DISCARD CARBON

FORM PTO-892 (REV. 3-78)

U.S. DEPARTMENT OF COMMERCE PATENT AND TRADEMARK OFFICE

NOTICE OF REFERENCES CITED

| SERIAL NO. | GROUP ART UNIT | ATTACHMENT TO PAPER NUMBER |
|---|---|---|
| 257,096 | 343 | 24 |

APPLICANT(S): I. Rice

U.S. PATENT DOCUMENTS

| * | | DOCUMENT NO. | DATE | NAME | CLASS | SUB-CLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|
| | A | 3273340 | 9/20/66 | Hull | 60 | 39.161 | |
| | B | 3486340 | 12/30/67 | Dupont et al. | 60 | 267 | |
| | C | | | | | | |
| | D | | | | | | |
| | E | | | | | | |
| | F | | | | | | |
| | G | | | | | | |
| | H | | | | | | |
| | I | | | | | | |
| | J | | | | | | |
| | K | | | | | | |

FOREIGN PATENT DOCUMENTS

| * | | DOCUMENT NO. | DATE | COUNTRY | NAME | CLASS | SUB-CLASS | PERTINENT SHTS. DWG | PP. SPEC. |
|---|---|---|---|---|---|---|---|---|---|
| SU X | L | 404958 | 6/28/73 | Soviet Union | ——— | 60 | 39.182 | | |
| SE X | M | 7713915 | 8/13/79 | Sweden | ——— | 60 | 39.182 | | |
| SU X | N | 1004660 | 3/25/83 | Soviet Union | ——— | 60 | 39.182 | | |
| | O | | | | | | | | |
| | P | | | | | | | | |
| | Q | | | | | | | | |

OTHER REFERENCES (Including Author, Title, Date, Pertinent Pages, Etc.)

| | |
|---|---|
| R | Judge, Arthur W. Gas Turbines for Aircraft Chapman & Hall, London, 1958, pp. 105-106 14 |
| S | |
| T | |
| U | |

| EXAMINER | DATE |
|---|---|
| L. J. Casaregola | 3/27/84 |

* A copy of this reference is not being furnished with this office action. (See Manual of Patent Examining Procedure, section 707.05 (a).)



G 000684

# EXHIBIT E

GP343

MAIL ROOM JUL 7 1989 PAT. & TRADEMARK OFF.

RECEIVED GROUP 340 89 JUL 13 AM 10:35

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| regard Application of: | |
| Ivan G. Rice | |
| Serial No. 07/251,076 | Group Art Unit: 343 |
| Filed: September 28, 1988 | Examiner: L.Casaregola |
| Entitled: COMPRESSION INTERCOOLED GAS TURBINE COMBINED CYCLE | |

The Honorable Commissioner
of Patents and Trademarks
Washington D.C. 20231

Sir:

The Examiner is thanked for his Action mail dated 04/11/89 including the U.S. referenced patents, referenced foreign documents and the other cited references included with the Action.

Please make the following changes in response to the Action:

IN THE DRAWINGS

Please add the combined cycle portion to Figure 1 as shown in red ink on the attached Figure 1. Please advise the chief draftsman of this change and give approval to the Inventor so Figure 1 can be revised accordingly for the final drawing submittal. This revision is in accordance with the Examiner's request made on pages 2 and 6 of the Action.

IN THE SPECIFICATIONS

Page 7, line 25 after the word "load" insert - with exhaust gasses being ducted to a heat recovery means for forming a combined cycle - .

Page 9, line 21, cancel the words and commas ", not shown,".

Page 9, line 23, cancel the words and commas ", not shown,".

Page 9, line 25, after "cycle." add - Refer to Figure 1. -

Page 9, between lines 25 and 26 add the following paragraph:

- Power turbine 58 discharges hot exhaust gasses through line 63 to heat recovery means 49 and exits said gas through

line 71. Steam or vapor generated in heat recovery means 49 is expanded through turbine 55 which drives load 57. Expanded steam or vapor is condensed in condenser means 61. Optionally, condensate is pumped through intercooler means section 38 to cool compressed air entering said intercooler means through line 36. Heated condensate returns to heat recovery means through line 69. Lines 73 and 75 feed steam to gas generator 20 and power turbine 58. - .

Page 20, line 1, cancel the words and comma ", not shown". Add - Refer to Figure 1. - .

IN THE CLAIMS

Amend Claim 69 as follows:

~~69~~ 1. (Amended) In a power producing system comprising a twin spool gas generator and a power turbine, said gas generator having a low pressure compressor driven by a low pressure turbine, a high pressure compressor driven by a high pressure turbine, a combustor positioned between said high pressure compressor and said high pressure turbine, said power turbine positioned downstream from said low pressure turbine, the improvement being characterized in that: said high and low pressure turbines being axially positioned and independently rotatable for driving said high and low pressure compressors respectively by means of concentric coaxial outer and inner shafting respectively said gas generator including [an] at least one externally mounted intercooler positioned between said low pressure compressor and said high pressure compressor, at least one compressor outlet duct from said low pressure compressor communicating with said intercooler and at least one return duct from said intercooler communicating with said high pressure compressor, wherein said compressor outlet and return ducts and connections between said compressors and said intercooler are provided between said axially positioned low and high pressure compressors for air flow to and from said intercooler in counterflow with ~~said~~ coolant, said outlet duct being configured to radially expand said air



G 000697

flow to a low velocity and said return duct being configured for low radial flow return velocity to said high pressure mpressor.

Amend Claim 72 as follows:

74 ~~72~~ 3. (Amended) In a power producing system comprising a twin spool gas generator, a reheat combustor and a power turbine, said gas generator having a low pressure compressor driven by a low pressure turbine, a high pressure compressor driven by a high pressure turbine and a first combustor positioned between said high pressure compressor and said high pressure turbine, said reheat combustor being positioned between said low pressure turbine and said power turbine, the improvement being characterized in that: said high and low pressure turbines being axially positioned and independently rotatable for driving said high and low pressure compressors respectively by means of concentric coaxial outer and inner shafting respectively, said gas generator including [an] at least one externally mounted intercooler positioned between said low pressure compressor and said high pressure compressor, at least one compressor outlet duct from said low pressure compressor communicating with said intercooler and at least one return duct from said intercooler communicating with said high pressure compressor, wherein said compressor outlet and return ducts and connections between said compressors and said intercooler are provided between said axially positioned low and high pressure compressors for air flow to and from said intercooler in counterflow with ~~said~~ coolant, said outlet duct being configured to radially expand said air flow to a low velocity and said return duct being configured for low radial flow return velocity to said high pressure compressor.

Amend Claim 81 as follows:

75 ~~81~~.6 (Amended) The power producing system as defined in Claim ~~80~~ 5 including [heat exchange] means in said intercooler communicating with said condenser means whereby the coolant for said intercooler is said condensate from said condenser means.

Cancel Claim 83 and rewrite in independent form as new Claim 92 as follows:

76 92. In a power producing system comprising a twin spool gas generator, a power turbine, a heat recovery boiler means, and a steam or vapor expansion turbine means, said gas generator having a low pressure compressor driven by a low pressure turbine, a high pressure compressor driven by a high pressure turbine and a combustor positioned between said high pressure compressor and said high pressure turbine, said power turbine positioned downstream from said low pressure turbine, said heat recovery boiler means positioned downstream from said power turbine, the improvement being characterized in that: said high and low pressure turbines being axially positioned and independently rotatable for driving said high and low pressure compressors respectively by means of concentric coaxial outer and inner shafting respectively, said gas generator including at least one intercooler means positioned between said low pressure compressor and said high pressure compressor, at least one compressor outlet duct from said low pressure compressor communicating with said intercooler means and at least one return duct from said intercooler means communicating with said high pressure compressor, wherein said compressor outlet and return ducts and connections between said compressors and said intercooler means are provided between said axially positioned low and high pressure compressors for said flow to and from said intercooler means, wherein said low pressure compressor is an axial flow design staged to produce a pressure ratio no greater than about 3 and said high pressure compressor is an axial flow design of 11 or more stages being fed with cooler and more dense air by said intercooler means to produce a discharge pressure of at least about 40 atmospheres.

JLR 7-3-89 JLR 7-3-89

Cancel Claim 85 and rewrite in independent form as new Claim 93 as follows:

93. In a power producing system comprising a twin spool gas

generator, a reheat combustor, a power turbine, a heat recovery boiler means and a steam or vapor expansion turbine means, said gas generator having a low pressure compressor driven by a low pressure turbine, a high pressure compressor driven by a high pressure turbine, and a first combustor positioned between said high pressure compressor and said high pressure turbine, said reheat combustor being positioned between said low pressure turbine and said power turbine, said heat recovery boiler means positioned downstream from said power turbine, the improvement being characterized in that: said high and low pressure turbines being axially positioned and independently rotatable for driving said high and low pressure compressors respectively by means of concentric coaxial outer and inner shafting respectively,,said gas generator including at least one intercooler means positioned between said low pressure compressor and said high pressure compressor, at least one compressor outlet duct from said low pressure compressor communicating with said intercooler means and at least one return duct from said intercooler means communicating with said high pressure compressor wherein said compressor connections between said compressor and said intercooler means are provided between said axially positioned low and high pressure compressors for air flow to and from said intercooler means, wherein said low pressure compressor is an axial flow design staged to produce a pressure ratio no greater than about 3 and said high pressure compressor is an axial flow design of 11 or more stages being fed with cooler and more dense air by said intercooler means to produce a discharge pressure of at least about 40 atmospheres.

JJR 7-3-89 JJR 7-3-89

Entry of the proposed Figure 1 additions, specification amendemnts and claim amendments of the above-identified application is respectfully requested in view of the following remarks:

## REMARKS

Figure 1 has been amended by adding the heat recovery boiler means 49 and expander turbine means 55 as originally

stated page 9, lines 21-23. Condenser means 61 and condenser condensate flow to the intercooler is originally disclosed ge 9, second paragraph. The request made by the Examiner on pages 2 and 6 of the Action to correct the drawings is believed to be achieved with no new matter added. Applicant asks for approval of the additions shown in red ink on Figure 1.

The specifications have been amended to include the combined cycle portion "not shown" originally, but deemed necessary by the Examiner. Approval of these specification amendments is respectfully requested based on the fact that the bottoming cycle is common knowledge with those familiar with gas turbines and has been originally disclosed on page 9 of the specifications as stated above.

In regard to the rejection based on 35 USC 112 it is believed that the corrected drawing as well as the text added to the specifications overcomes the rejection. Applicant again states that these components were disclosed in the original specifications.

Claim 81 has been amended to remove the term heat exchange, as such term was redundant. Claim 81, as amended, is clearly supported in the original specifications, page 9, second paragraph.

New claims 92 and 93 have been written in independent form to take the place of cancelled claims 83 and 85 in accordance with allowance made by the Examiner. The words "about" have been eliminated regarding the number of compressor stages. The low pressure compressor compression ratio upper limit is retained as about 3 in the new claims 92 and 93. It can be noted in the specifications that the range extends to 3.2. See page 20, lines 15-17; page 29, 5th line from bottom; page 41, line 21; page 34, line 10; and page 35, line 7. Also refer to Figures 13, 14 and 15.

The overall cycle pressure ratio of 40 is retained in new claims 92 and 93. However, the specifications state

that an overall pressure ratio of 35 meets the intent of the invention as can be noted on page 2, line 7; on page 4, 2nd .ne from bottom; page 5, 3rd line from bottom; and page 14, 2nd line from bottom. Therefore, the word "about" referring to the 40 cycle pressure ratio has been retained in new claims 92 and 93.

Independent claims 69 and 72 have been amended to overcome the Examiner's rejection under 35 U.S.C. 102b as being anticipated by Hull or DuPont et al. Hull and DuPont et al do not anticipate claims 69 and 72 in as much as they do not include a power turbine. However, independent claims 69 and 72 have been amended to distinguish the gas generator portion of the claimed power producing system. Thus claims 69 and 72 now include one or more externally mounted intercooler(s) allowing low compressed air velocities, low pressure drops, close approach temperatures to the coolant and counterflow of coolant to the compressed air. The amendment also includes wording for radial flow low velocity exit and return ducting of the compressed air for reduced velocity and lower pressure loss.

The specifications and figures clearly make reference to these features of the invention as given following:

Ducting and pressure loss

page 4, lines 26-27; page 6, lines 9-11; page 10, lines 29-33; page 11, 3rd paragraph; page 12, lines 3-6; pages 23, lines 10-13; and page 25, 2nd full paragraph.

Counterflow

page 9, lines 26-34; page 11, last line; and Figure 1.

Close approach temperature

page 9, lines 29-34; page 13, line 18; page 14, lines 2-5; page 26, lines 4-6; page 33, 3rd and 4th full paragraphs.

The Hull patent no. 3,273,340 covers an aircraft propulsion fan engine. Claims 69 and 72 have been amended to include at least one externally mounted counterflow intercooler.

Considerable surface area is required to cool the partially compressed air to a temperature which closely approaches the ımperature of the coolant at its inlet to the intercooler. Such an intercooler is heavy, large and bulky - not suitable for aircraft. Hull uses annular ducting and intercooler and not separate piping to an externally mounted intercooler. Low pressure drop is necessary and not possible for close approach temperatures in the Hull arrangements.

It is important to note in the Hull patent that the heat exchanger 16 does not and cannot readily apply counter-flow of the compressed air to the coolant. Therefore, a close approach temperature to the coolant at its entrance temperature is not possible because the partially compressed air (and heated) coolant flows in the same direction as the compressed air being cooled.

JZR 7-3-89

Further, it is commonly known by those knowledgeable in gas turbine design that the exit velocity of an axial flow compressor is typically mach 0.3 which is far too high for a low pressure drop heat exchanger. Pressuredrop varies as the square of the velocity, and the Hull heat exchanger and ducting pressure losses would be very high and several times the total 3% given as typical for the Applicant's invention.

The Applicant recognized the above problem areas in his invention and creatively solved the problems with the unique and novel outlet and return ducting to a counterflow externally mounted intercooler.

Regarding Claim 72, there is no reheat combustor shown or anticipated by Hull to be located before a power turbine.

The DuPont et al patent no. 3,486,340 describes a jet engine which has compression intercooling by means of a cryogenic fuel coolant. The Applicant's invention incorporates an externally mounted intercooler. The intercooler of the Applicant's invention is heavy, large and bulky and not at all suitable for aircraft. A close approach temperature

is achieved in the Applicant's invention by means of counter current flow of the intercooler. Annular ducting and inter- ooler are used by DuPont et al thus limiting the surface area and approach temperature achievable. DuPont et al therefore have the same limitations as Hull.

Regarding Claim 72, there is no reheat combustor shown or anticipated by DuPont et al to be located before a power turbine. The DuPont et al patent single figure clearly shows the axial flow fan 18 discharge air being fed directly to heat exchanger 26. The air velocity would be too high for a low air side pressure drop heat exchanger - especially with the double pass heat exchanger arrangement used. The fan exit velocity would be about mach 0.3 and much too high. A low velocity of mach less than 0.10 is needed and knowing that pressure drop varies as the square of the velocity, the Du-Pont et al heat exchanger 26 or 28 pressure drop would be several times greater than the projected total 3% of the Applicant's invention.

No mention is made to velocities, physical size, sur-face area of pressure drop in the DuPont et al patent. The patent figure indicates that the velocity to heat exchanger 28 would likewise be v ery high because there is very little change in cross-sectional flow area shown. High velocity air streams have to be handled very carefully with particular attention directed to flow bends, diffusers and cross-sectional area change to decelerate the air with a minimum of pressure loss as explained in the specifications of the Applicant's invention in some detail.

The low pressure compressor 27 and the high pressure compressor 29 are mounted on a common shaft 42 and driven by turbine 41 in the DuPont et al patent. The advantage of the variable speed of 2 turbine shafts is lost. In this regard, it is improper for the Examiner to claim that dual coaxial concentric shafts and separately rotating turbines are applied to <u>radial ducting</u> and that the DuPont et al patent teaches

this advantage. Heat exchanger 26 does not use a radial entrance duct where the double shafting is applied.

The Examiner has rejected Claims 71, 72 and 80 under 35 U.S.C. 103. It appears that the Examiner meant to reject Claim 74 and not 72 under this paragraph. Claims 71, 74, 80 and 81 are all dependent claims depending upon Claims 69 and 72 and therefore should be allowable for the same reasons as Claims 69 and 72 are allowable.

The 1958 Judge publication, Figure 59, does not show concentric coaxial shafting and gives no details as to how the ducting to and from the intercooler is to be arranged. It was later in 1963 (Hull) and 1967 (DuPont et al) when the intercooling arrangement cited by the Examiner came up. But the Hull and DuPont et al patents apply aircraft jet engines. It is difficult to get the air out and back into gas generators with concentric coaxial shafting even with an externally mounted intercooler. The Hull and DuPont et al patents both use annular ducting. The annular heat exchanger offers limited heat exchange surface because of restraints on size and weight for aircraft.

To the best of the Applicant's knowledge, there has never been a compression intercooled gas turbine made for aircraft jet engines and the Hull and DuPont et al inventions have not been found to be practical. The Applicant has discovered and invented a way to adapt a twin spool gas generator with coaxial concentric shafts for practical intercooling for industrial applications where intercooler size and weight is not a problem. This invention makes it possible to exit the air, cool the air and return the air at low velocities with minimal and reasonable pressure drops that do not rob the cycle of potential gains in power whereby a minimal loss in cycle efficiency is realized.

The Applicant's invention with a separately mounted intercooler(s) and the radial ducting to and from the

intercooler(s) with connection flanges makes it possible to disconnect the gas generator from the intercooler(s) and ickly remove the entire gas generator without disturbing the heavy intercooler(s) and bulky ducting. This arrangement provides a distinct advantage for offplant inspection and overhaul of the twin spool, high pressure ratio gas generator.

The Swedish patent 7713915-2 does not incorporate compression intercooling and is a hybrid arrangement utilizing a steam turbine to drive a second air compressor. This patent does not apply to independent Claims 69, 72, 92 and 93.

The Russian document 0404958 shows a vertically mounted gas generator driving a horizontal power turbine. Steam is generated to drive a steam turbine. This patent does not include compression intercooling and does not apply to independent Claims 69, 72, 92 and 93.

Russian document 1,004,660 shows 2 gas turbines driving a ship propeller through a common gear. No compression intercooling is shown and does not apply to independent Claims 69, 72, 92 and 93.

The references do not collectively suggest the external intercooler with the radial flow in and out with a twin spool gas generator.

The publication by Arthur W. Judge (1958) is of general interest but gives no details on dual concentric coaxial drives, air velocities, size, surface area, pressure drop and ducting.

It is believed that the invention as set forth by the amended independent Claims 69 and 72 and new Claims 92 and 93 written in independent form for cancelled Claims 83 and 85 and as set forth by dependent Claims 71, 74, 80, and amended 81 is now in proper form to be issued as a patent. This Applicant's invention goes beyond what has been done

in the past with intercooling and ducting. It is believed that the unique and novel arrangements are inventive in ature and therefore patentable. Further, it is believed that the specific cycle pressure ratios for maximum combined cycle efficiency are patentable.

In accordance with 37 CFR 1.33(b) Applicant acknowledges assistance given by Stuart D. Frenkel, Registration no. 29,500, in the preparation of this Amendment and Response.

Respectfully submitted,

Ivan G. Rice, P.E.
Independent Inventor

P.O. Box 233
Spring, Texas 77383
Tel. 713-353-5040

CERTIFICATE OF MAILING

This is to certify that on this date I deposited this correspondence with the U.S. Postal Service as first-class mail in an enevelope addressed to the Commissioner of Patents, Washington D.C., 20231.

Ivan G. Rice

July 3, 1989
Date

# EXHIBIT F

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

90002663

| | | |
|---|---|---|
| In re Reexamination of | § | Attorney Docket No. Rice-2 |
| U.S. Patent No.: 4,896,499 | § | |
| Control No.: To be Issued | § | Art Unit: |
| Filed: Herewith | § | Examiner: |
| For: COMPRESSION INTERCOOLED GAS TURBINE COMBINED CYCLE | § | |

**AMENDMENT AND STATEMENT UNDER 37 C.F.R. § 1.510 AND § 1.530**

Commissioner of Patents
& Trademarks
BOX REEXAM
Washington, D.C. 20231

Sir:

**AMENDMENT**

**In the Specification**

Please amend "Related U.S. Application Data", line 2; Col. 1, line 8; Col. 5, line 60; Col 8, line 19; Col 8, line 28; Col. 8, line 45; Col. 8, line 50; Col. 11, line 25; Col. 14, line 40; Col. 16, after line 27; Col. 18, line 16; Col. 20, line 17; Col. 21, line 39; and Col. 22, line 41 as follows. Each paragraph of the description which is amended is set forth below, with matter deleted being bracketed and matter added being underlined in accordance with 37 C.F.R. 1.121.

# United States Patent [19]

Rice

[54] COMPRESSION INTERCOOLED GAS TURBINE COMBINED CYCLE

[76] Inventor: Ivan G. Rice, P.O. Box 233, Spring, Tex. 77383

[21] Appl. No.: 251,076

[22] Filed: Sep. 28, 1988

Related U.S. Application Data

[60] Continuation of Ser. No. 818,472, Jan. 13, 1986, abandoned, which is a division of Serial No. 572,548, January 20, 1984, abandoned, which is a continuation-in-part of Ser. No. 224,496, Jan. 13, 1981, Pat. No. 4,438,625, Ser. No. 274,660, Jun. 17, 1981, Pat. No. 4,384,452, Ser. No. 416,171, Sep. 9, 1982, abandoned, Ser. No. 416,172, Sep. 9, 1982, abandoned, Ser. No. 416,173, Sep. 9, 1982, Pat. No. 4,550,562, Ser. No. 416,275, Sep. 9, 1982, Pat. No. 4,507,914, Ser. No. 486,334, Apr. 19, 1983, Pat. No. 4,545,197, Ser. No. 486,336, Apr. 19, 1983, Pat. No. 4,565,490, and Ser. No. 486,495, Apr. 19, 1983, Pat. No. 4,543,781, said Ser. No. 224,496, is a division of Ser. No. 954,832, Oct. 26, 1978, Pat. No. 4,272,953, said Ser. No. 274,660, is a division of Ser. No. 47,571, Jun. 11, 1979, Pat. No. 4,314,442, said Ser. No. 416,171, Ser. No. 416,172, Ser. No. 416,173, Ser. No. 416,275, Ser. No. 486,334, Ser. No. 486,336, and Ser. No. 486,495, each is a continuation-in-part of Ser. No. 47,571, , Ser. No. 224,496, , Ser. No. 954,832, , and Ser. No. 274,660, , said Ser. No. 486,334, Ser. No. 486,336, and Ser. No. 486,495, each is a continuation-in-part of Ser. No. 416,171, . Ser. No. 416,172, , Ser. No. 416,173.

Not Entered
See B'

[51] Int. Cl.[4] .......... F02C 3/10; F02C 7/143

[52] U.S. Cl. .......... 60/39.161; 60/39.182; 60/728

[58] Field of Search .......... 60/39.161, 39.182, 728, 60/39.04, 727, 266, 267; 415/179

[56] References Cited

U.S. PATENT DOCUMENTS

2,625,012 1/1953 Larrecq .......... 60/39.161






G 000844

4,896,

1

## COMPRESSION INTERCOOLED GAS TURBINE COMBINED CYCLE

### CROSS REFERENCE TO RELATED APPLICATIONS

This application is a continuation of application Ser. No. 818,472 filed Jan. 13, 1986, (abandoned), which is a division of Serial No. 572,548, January 20, 1984, abandoned, which is a continuation-in-part of U.S. application Ser. No. 047,571, filed June 11, 1979, now U.S. Pat. No. 4,314,442.

Not Entry See 'B'

a1

5

FIG. 7a is a [pan] plan quarter top sectional view showing an airfoil diffuser and toroidal-shaped outlet duct.

a2

8

Low-pressure compressor 24 discharges axially at about Mach 0.3 air velocity corresponding to about 400 to 450 ft/sec at the flowing temperature. Said air flows into elbow 100 where the airflow direction is changed from that of axial to radial. The air flow at this point is then diffused by flat or parallel wall vaneless diffuser 102 before being discharged to a scroll collector 35 and then to duct 36. The gas velocity exiting diffuser 102 is at about Mach 0.14 corresponding to about 200 ft/sec according to the base temperature involved. About 65 to 70 percent of the velocity pressure head is recovered by diffuser 102 and the remainder is dissipated and lost to the cycle. The cooled air enters the high-pressure compressor 44 through a separate duct 42 by means of a special "S" shaped inlet duct 104 detachably attached to compressor outer casing 78, inner housing 79 and elbow 100. Struts 77 [joins] join together forward and aft sides of inlet duct 104. The cooled air counterflows in direction to that of the hot discharge air flowing inside diffuser 102. Diffuser 102 and elbow 100 fit adjacent and close to the outer wall 108 of inlet duct 104 and are removably secured together. Generous cross-sectional area of the inlet duct 104 is provided to keep the inlet air velocity low at a value of approximately 50 to 75 ft/sec to reduce inlet pressure loss.

8

The [added] increased low-pressure compressor 24 pitch-line radius, r, FIG. 2, made possible by the cooler and more dense air to the high-pressure compressor 44 provides the needed radial space and therefore makes it possible to exit the low-pressure compressor 24 hot air, diffuse the hot air and return the cooled air to the high pressure compressor 44 efficiently and with low-pressure loss and at the same time retain the coaxial shafting and unitized single-unit modular construction of gas generator 20. It is obvious that if the pitch-line radius, r, of the low-pressure compressor 24 were the same or very nearly the same as the pitch-line radius of the high-pressure compressor 44, there would not be adequate radial space without the shafting 26 to the low-pressure compressor being lengthened considerably making it impractical from a structural standpoint to adapt an aero- [derivitating] derivative gas generator to a unitized single module and structural design with the given bearing arrangement provided.

47

8

eference is made to FIG. 4 which shows the . pressure compressor 24 of this invention with radius $r_2$ superimposed over the low-pressure compressor

[or] of

normal gas generator with radius $r_1$. Also note the smaller pitch-line radius, $r_3$, of the high-pressure compressor 44. As previously mentioned, the greater low-pressure compressor 24 radius is made possible by the change in density of the air when it is intercooled. The forward-bearing arrangement is basically the same for both cases and the stationary structural support to the bearing needs only minor changes to accomodate the inlet "S" shaped duct 104 wherein the duct 104 becomes part of the stationary structural part of said modular gas generator 20. The low-pressure compressor support funnel-shaped rotating members 110 and 112 likewise change only slightly in shape to accomodate the inlet duct 104 and low-pressure-compressor rotor drum 114. Note that the low-pressure compressor drum 114 is mounted to shaft 26 similar to how a dual truck tire and rim are cantilevered and bolted to an axle shaft which protrudes beyond the wheel-axle bearing.

---

a3

11

Outer casing 152 is substantially thick enough to prevent pressure distortion or blow-out with an adequate safety factor and is stiffened by ribs 162 as required. Forward casing 156 likewise has a thick enough section 164 to prevent pressure distortion but as a thin enough side wall 166 to allow for some flexibility. Forward casing 156 has three or more annular grooves 168 wherein seal piston rings 170 fit similar to those of a piston of a large reciprocating engine. The grooves 168 are deep enough for piston rings 170 to compress and expand. Another set of grooves 168' and rings 170' are located at the rear of the gas generator at connection ring 172. The outer casing 152 is thus allowed to float axially and radially so to speak as the temperature of the gas generator

[casings] casing

142 expands. This differential expansion can be considerable at the temperature involved. Stiffening and support ring 174 is thin-walled and can have an expansion loop if required. It can also be noted that orifices 176 allow deadended compressor air to flow back and forth in forward cavity 153 and rear cavity 154.

---

a4

14

The hot air is diffused efficiently without separation by the cascade airfoil arrangement. The air flow and direction thereof is controlled so it will fan out or spread apart .

The direction of flow of the air at the inner surface 234 is mostly tangential to the inner surface and the flow at the center pitch line is tangential to the center pitch line and the outer surface flow is tangential with the outer surface 234. The direction of the flow with respect to the radial position can be curved backwards to give space for flange 258, expansion joint 260 and transition 262. The curvature can also be slightly forward with less curvature of elbow 100 and with the inlet 280 being moved farther backward to increase the curvature of the "S" shape of the inlet 280.

---

4'

16

a5

The general reheat-gas-turbine cycle arrangement is given in the schematic diagram of FIG. 1. Air is compressed in a low-pressure compressor 24 which is driven coaxially by turbine 28. Said air is diffused and then ducted to intercoolers 38 and 40 where said air is cooled before being ducted back to be further compressed by high-pressure compressor 44 driven by turbine 46. High-pressure air at 40 to 60 atmospheres is heated in first combustion chamber 30, is then expanded through turbines 46 and 28, is subsequently fully diffused by diffuser 52 and then reheated in second combustion chamber 50 at a total pressure of 4 to 9 atmospheres, depending on the cycle-pressure ratio and amount of steam-cooling/injection and is finally expanded to atmospheric pressure through power turbine 58 to drive load 60. The hot exhaust gases generate steam in a boiler for a conventional 2400 psig reheat-steam turbine not shown. The reheated gas can be at a temperature of 2000 to 2500° F or higher.

The intercoolers can be made in two sections 38 and 40 with condensate being used to cool the high end and cooling water used to cool the low end as shown in FIG. 1. The following expected and typical pressure losses are assumed for the intercooler. These losses are expressed as percentages of the compressor intercooler total pressure:

18

a6

The aforestated three formulas and assumptions will produce close results which are valid for incremental compression work saved through intercooling and incremental heat added after compression to raise the temperature back to the nonintercooled level. More exact results using the gas tables are not [warrented] warranted for comparison and relative compression work and changes in cycle efficiencies.

20

a7

It can be seen that maximum work saved by intercooling occurs at the square root of the total pressure ratio, points A and B of FIG. 13. The incremental specific work, $W_i$, saved can be determined by applying formula (6) following:

$$W_i = C_p[(T_1 - T_2) - (T_4 - T_3)] \times .95 \quad (6)$$

where $C_p$ is the specific heat considered to be [24] .24 BTU/lb · °F. (1.005 KJ/Kg · °C.) for standard air and where the numerical subscripts refer to FIG. 10.

21

a8

Intercooling according to the teachings of this invention degrades combined-cycle efficiency. This degradation as given in FIG. 14 starts from about 0.8 percent, point X at the optimum intercooling ratio range of 1.8 to 2.2 and increases rapidly to about 2.5 percent at a 4 ratio point Y for the 41° F. [interrapidly cooled] intercooler approach temperature to the atmospheric temperature (100°−59°=41° F.). Cooling to a closer temperature would reduce this loss only slightly.

a9

22

The gas generator and complete reheat gas turbine of this invention can be applied to [generator] generate electric power or produce mechanical power to drive a large ship where efficiency and space are important factors to be considered. The quick change-out feature of the gas generator makes such applications attractive.

Please amend Claims 1 and 3 as follows:

That which is claimed is:

a10

1. In a power producing system comprising a twin spool gas generator and a power turbine, said gas generator having a low pressure compressor driven by a low pressure turbine, a high pressure compressor driven by a high pressure turbine, a combustor positioned between said high pressure compressor and said high pressure turbine, said power turbine positioned downstream from said low pressure turbine, the improvement being characterized in that: said high and low pressure turbines being axially positioned and independently rotatable for driving said high and low pressure compressors , respectively ,

by means of concentric coaxial outer and inner shafting ,

respectively ,

said gas generator including at least one externally mounted intercooler positioned between said low pressure compressor and said high pressure compressor, at least one compressor outlet duct from said low pressure compressor communicating with said intercooler ,

and at least one return duct from said intercooler communicating with said high pressure compressor, wherein said compressor outlet and return ducts and connections between said compressors and said intercooler are provided between said axially positioned low and high pressure compressors for air flow to and from said intercooler in counterflow with coolant, said outlet duct being configured to radially expand said air flow to a low velocity and said return duct being configured for low radial flow return velocity to said high pressure compressor , the high pressure compressor having an inlet flow area directly proportional to the outlet flow area of the low pressure compressor, and inversely proportional to the absolute temperature ratio between the high temperature air flow discharged from the low pressure compressor compared to the low temperature air flow from the intercooler passing to the inlet area of the high pressure compressor.

5



G 000850

Q''

3. In a power producing system comprising a twin spool gas generator, a reheat combustor and a power turbine, said gas generator having a low pressure compressor driven by a low pressure turbine, a high pressure compressor driven by a high pressure turbine and a first combustor positioned between said high pressure compressor and said high pressure turbine, said reheat combustor being positioned between said low pressure turbine and said power turbine, the improvement being characterized in that: said high and low pressure turbines being axially positioned and independently rotatable for driving said high and low pressure compressors

, respectively ,

by means of concentric coaxial outer and inner shafting ,

, respectively, said gas generator including at least one externally mounted intercooler positioned between said low pressure compressor and said high pressure compressor, at least one compressor outlet duct from said low pressure compressor communicating with said intercooler ,

and at least one return duct from

said intercooler communicating with said high pressure compressor, wherein said compressor outlet and return ducts and connections between said compressors and said intercooler are provided between said axially positioned low and high pressure compressors for air flow to and from said intercooler in counterflow with coolant, said outlet duct being configured to radially expand said air flow to a low velocity and said return duct being configured for low radial flow return velocity to said high pressure compressor , the high pressure compressor having an inlet flow area directly proportional to the outlet flow area of the low pressure compressor, and inversely proportional to the absolute temperature ratio between the high temperature air flow discharged from the low pressure compressor compared to the low temperature air flow from the intercooler passing to the inlet area of the high pressure compressor.

Please add the following dependent Claims 9-16:

1/12

9. The power producing system as defined in Claim 1, wherein the outlet duct includes a radial diffuser for reducing said air flow to said low velocity of less than approximately 200 feet per second.

10. The power producing system as defined in Claim 9, wherein said outlet duct includes a plurality of airfoil shaped vanes downstream from said radial diffuser for further diffusion of the air flow.

11. The power producing system as defined in Claim 1, wherein said return duct has a selected cross-sectional area to maintain said air flow at a velocity of less than approximately 75 feet per second.

12. The power producing system as defined in Claim 1, wherein said return duct includes one or more turning guide vanes for even flow distribution of said air flow to said high pressure compressor.

13. The power producing system as defined in Claim 1, wherein said return duct has a generally S-shaped configuration.

14. The power producing system as defined in Claim 13, further comprising:

said high pressure compressor including an outer pressurizing casing; and

said S-shaped return duct is housed substantially radially within the pressurizing casing of the high pressure compressor.

15. The power producing system as defined in Claim 13, further comprising:

said low pressure compressor including an outer pressurizing casing; and

the S-shaped return duct is housed at least partially within the low pressure compressor casing and radially interior of the outlet duct to minimize the axial length of said coaxial shafting.

16. The power producing system as defined in Claim 1, wherein the return duct is housed at least partially within the low pressure compressor to minimize the axial length of the coaxial shafting.

**STATEMENT**

Ivan G. Rice, inventor and owner of the above-identified patent, submits that a question of patentability exists with respect to Claims 1-6 based upon the prior art discussed below. A detailed explanation of the pertinency and manner of applying the art which is considered most pertinent to every claim for which reexamination is requested is provided below. Additional art which is not considered as relevant is discussed in the Information Disclosure Statement attached hereto.

**Claims 1, 2, and 9-16**

Independent Claim 1 is directed to a power producing compressor/turbine system of the twin spool type, i.e., one wherein high and low pressure compressors are driven by respective high and low pressure turbines which utilize concentric coaxial outer and inner shafting, so that speed of each compressor may be independently controlled. Claim 1 requires an externally mounted intercooler between the low pressure compressor and the high pressure compressor, with an outlet duct from the low pressure compressor to the intercooler being configured to radially expand air flow to a low velocity, and a return duct from the intercooler to the high pressure compressor being configured for low radial flow return velocity to the high pressure compressor. As amended, Claim 1 additionally recites that the inlet flow area of the high pressure compressor is directly proportional to the outlet flow area of the low pressure compressor, and is inversely proportional to the absolute temperature ratio between the high temperature air flow discharged from the low compressor compared to the low temperature air flow from the intercooler. Support for this added language is clearly provided in the specification at Col. 9, commencing at line 1. Minor amendments were also made to Claim 1 in order that the claim is easier to read. Dependent Claim 2 further recites the structure of a heat recovery boiler means and a steam turbine or vapor turbine means to form a combined cycle. Newly added dependent 9-16 are directed to further features of the invention, and particularly recite further features with respect to the outlet duct from the low pressure compressor and the return duct to the high pressure compressor.

**Claims 3-6**

Independent Claim 3 is similar to Claim 1, but recites the additional structure of a reheat combuster and a power turbine. Claim 3 has been amended in the manner similar to the amendments to Claim 1 discussed above. Claim 4-6 are each directed to additional features of the claimed invention.

**Paper,** **"Future Propulsion Machinery Technology For Gas Turbined Powered Frigates, Destroyers, and Cruisers", by Quandt et al. pp. 321-376**

Requester was recently informed that this paper was presented at an ASNE Symposium in 1982. Pages 337-339 are of particular interest with respect to discussion of "Far Term Engines". A diagram for a proposed intercooled/regenerative gas turbine is provided on page 338. The discussion references an article by Bowen which is discussed below.

**Article,** **"Regenerated Marine Gas Turbines, Part I: Cycle Selection and Performance Estimation", by Bowen and Ness, 82-GT-306, pp. 1-12.**

This article, which was published in 1982, describes various marine gas turbines. Intercooling is discussed in the first column on page 3, and a dual-spool axial compressor and power turbine are shown in Fig. 4 on that same page. Efficiency improvements due to intercooling are specifically discussed on pages 4-6. Cycle diagrams for both low-compression and high-compression intercooled, regenerative-cycle engines are illustrated in Fig. 11 and 12 on page 8. Reduction in air flow while avoiding compressor surge is discussed in the second column on page 9. The conclusions on page 12 describe the benefit of compressor intercooling for engines as a function of the engine compression ratio, and suggest incorporating variable area flow nozzles in the engine power turbine.

**Patentability of Claims 1-6 and 9-16**

The newly cited references disclose power producing compressor/turbine systems of the twin spool type, with the system including an intercooler between the low pressure compressor and the high pressure compressor. The references do not suggest, however, that the high pressure compressor have an inlet flow area proportional to the outlet flow area of the low pressure compressor, and inversely proportional to the absolute temperature ratio between the air discharged from the low pressure compressor compared to the air passing from the intercooler to the high pressure compressor. The specification at Col. 8 commencing at line 29, and particularly Col. 9, line 1 through Col. 10 line 55, describe the significant benefits which will be obtained by the power producing system of the present invention when the inlet flow area to the high pressure compressor is matched to the conditions of the air flow exiting the low pressure compressor. As explained in the specification, this matching relationship according to the present invention is governed by Boyles Law, and satisfying this relationship significantly increases the efficiency of the power producing system. Most importantly, it should be understood that recognition of Boyles Law does not inherently mean that one must size the high pressure compressor inlet flow area in

a manner which is directly proportional to the outlet flow area of the low pressure compressor, or that the inlet flow area to the high pressure compressor must be inversely proportional to the absolute temperature ratio between the high temperature air flow discharged from the low pressure compressor compared to the low temperature air flow from the intercooler passing to the inlet area of the high pressure compressor. While the advantages of this particular matching relationship are discussed in the specification at Col. 9, the Examiner should appreciate that various other factors could theoretically be changed to satisfy Boyles Law. For example, the speed of both the high and low pressure compressors could be modified, although according to the present invention, a change in the speed is not used to obtain the desired substantial matching to satisfy Boyles Law. Also, the velocity of the air flow could be changed, for example by utilizing variable stater blades, to satisfy Boyles Law, although according to the teaching of the present invention such a velocity change is not utilized to achieve the substantial matching of the air flow between the low and high pressure compressors. Such substantial matching of the low and high pressure compressors is uniquely obtained by satisfying the area and temperature relationships recited in the amended claims. Adjustments of this match may take into consideration minor changes, such as the 3% pressure drop referenced at Col. 9, line 43, or slight rotational speed or stater blade modifications. Such adjustments are not excluded by the present invention, provided the area and temperature relationships are satisfied to achieve the substantial low pressure compressor and high pressure compressor matching which is claimed. Requester submits that there is no teaching or suggestion in the newly cited references, nor in any of the references previously considered by the Examiner, that the low and high pressure compressors should be matched as a function of the relationship set forth in amended Claims 1 and 3.

Claims 2 and 4 are each effectively dependent upon Claims 1 and 3, and add the further limitation of a heat recovery boiler means and a steam or a vapor turbine means to form the combined cycle. Claim 5 depends upon Claim 4, and adds the further limitation of a condenser means for condensing steam from the heat recovery boiler means, while Claim 6 depends upon Claim 5 recites means in the intercooler communicating with the condenser means so that coolant from the intercooler is condensate from the condenser means. Newly added Claims 9-16 are each dependent directly or indirectly upon Claim 1, and are directed to further features with respect to either the outlet duct or the return duct recited in Claim 1. Applicant submits that the additional features as recited in Claims 9-16 are not suggested by the newly cited references.

56

**Additional Remarks**

Corrections have been made to the specification, and care was taken not to add new matter. Reference to the parent application Serial No. 572,548 filed January 20, 1984 was inadvertently omitted when the patent was published, and this reference was added.Typographical errors and awkwardly worded language have been amended. The additional phrase added to Col. 16 commencing at line 27 was in the application as originally filed, but was inadvertently not printed in the issued patent.

The two references discussed above are considered most pertinent to the claims for which Reexamination is requested. Two additional references considered less pertinent to the claims of Patent 4,896,499 are discussed in on Information Disclosure Statement submitted herewith.

The Requester/Patent owner submits that the invention as defined by the amended and newly-added claims patentable over the prior art.

Respectfully submitted,

Loren G. Helmreich
Reg. No. 29,389

Date: 3/9/92

BROWNING, BUSHMAN, ANDERSON & BROOKHART
5718 Westheimer, Suite 1800
Houston, TX 77057
(713) 266-5593

CERTIFICATE OF EXPRESS MAILING

I hereby certify that this correspondence and its attachments is being deposited by me with the United States Postal Service as Express Mail with Receipt No. [illegible] in an envelope addressed to the Commissioner of Patents and Trademarks, Washington, D.C. 20231 on March 9, 1992.
By: Michelle R. Gullickson

Michelle R. Gullickson

# EXHIBIT G

Sept. 20, 1966 T. N. HULL, JR 3,273,340
GAS TURBINE POWERPLANT HAVING AN EXTREMELY HIGH PRESSURE RATIO CYCLE
Filed Nov. 22, 1963 2 Sheets-Sheet 1

FIG 1







FIG 2

INVENTOR
THOMAS N. HULL, JR.
BY
George R. Powers
ATTORNEY

Sept. 20, 1966 T. N. HULL, JR 3,273,340
GAS TURBINE POWERPLANT HAVING AN EXTREMELY HIGH PRESSURE RATIO CYCLE
Filed Nov. 22, 1963 2 Sheets-Sheet 2




Fig 3




Fig 4




Fig 5




Fig 6

INVENTOR
THOMAS N. HULL, JR.
BY
George R. Powers
ATTORNEY

United States Patent Office

3,273,340
Patented Sept. 20, 1966

1

3,273,340

# GAS TURBINE POWERPLANT HAVING AN EXTREMELY HIGH PRESSURE RATIO CYCLE

Thomas Neil Hull, Jr., Marblehead, Mass., assignor to General Electric Company, a corporation of New York

Filed Nov. 22, 1963, Ser. No. 325,587
1 Claim. (Cl. 60—39.16)

This invention relates to gas turbine powerplants and, more particularly, to an improved arrangement for gas turbine engines of the bypass or turbofan type, the structural arrangement of this invention providing an extremely high pressure ratio cycle characterized by a relatively low compressor discharge temperature.

A jet propulsion powerplant used for propelling an airplane achieves its maximum efficiency when the forward velocity of the airplane approaches as nearly as possible the velocity of the propulsion jet relative to the airplane. Under such conditions, relatively little excess energy is dissipated in the atmosphere since the products of combustion are discharged with low absolute velocity. A conventional jet engine, which exhausts its high temperature products of combustion as a high velocity jet, is thus most efficient when used to propel an airplane at high speeds. The inefficiency of the conventional jet engine when propelling an airplane at relatively low speeds is due to the discharge of the products of combustion with greater absolute velocity, a substantial amount of excess energy thereby being dissipated in the atmosphere. It has been found that both the efficiency and thrust of the engine at low speeds can be increased substantially by means of a thrust augmenter. A thrust augmenter increases the effective total momentum of the propulsion jet by increasing the mass flow and decreasing the velocity of the propulsion jet. In operation, a thrust augmenter extracts energy, and consequently velocity, from the products of combustion and uses the extracted energy to accelerate engine bypass air. A net increase in thrust results since the increase in total mass flow more than compensates for the decrease in velocity of the propulsion jet. The amount of increase in thrust depends in large part upon the bypass ratio, which is the ratio of the mass of bypass air to the mass of combustion products. As the bypass ratio increases, the available thrust increases and the velocity of the propulsion jet decreases.

The bypass ratio is not, however, the only factor which determines the net thrust of a bypass or turbofan engine. It is also known that increased thrust at various bypass ratios can be obtained in theory by increasing the pressure ratio of the gas generator compressor or, in other words, by compressing the motive fluid to a higher pressure. The pressure ratio cannot, however, be increased without limit since there are practical considerations which generally dictate the maximum pressure ratio compressor for a given engine design. For example, when a high pressure ratio compressor is used, compressor stall may occur under part load operation or under various other operating conditions such as during engine acceleration, such operation being known as "off-design" operation. Compressor stall is a condition which exists when the pressure ratio across the compressor is greater than the compressor is capable of maintaining. To alleviate this condition in the lower portions of the operating speed range, it is possible to vary the engine fluid flow characteristics to correspond to the operating speed of the engine. One way this can be accomplished is by means of mounting the compressor rotor stages on two or more independently rotated rotors, the high pressure stages being rotated at higher speeds than the low pressure stages during part power operation. Even where the compressor stall problem is alleviated by varying the fluid flow

2

characteristics at the off-design operating conditions, the maximum compressor pressure ratio can still be limited by the high temperature capabilities of the turbine elements. This limitation will become obvious by recognizing that the motive fluid is subjected to isentropic compression. As a result, the temperature of the motive fluid discharged from the compressor increases with increasing pressure ratios. With typical high pressure ratio compressors, the compressor discharge temperature can be sufficiently high to limit severely the amount of energy which can be added to the motive fluid during the combustion process without producing temperatures which exceed the temperature capabilities of the turbine elements. It will therefore be obvious to those skilled in the art that turbine temperature limitations, combined with the characteristics of the combustion process, can dictate the maximum pressure ratio which may be practicably attained.

An object of this invention is to provide a high pressure ratio gas turbine engine having high net thrust and efficiency.

A further object of this invention is to provide an improved gas turbine engine of the bypass or turbofan type providing high thrust and efficiency without exceeding the high temperature capabilities of the turbine elements or the pressure ratio capabilities of the engine compressor during off-design operation.

A still further object of this invention is to provide a gas turbine engine having high thrust efficiency which is simple in design, relatively easy to manufacture, and both economical and reliable to operate.

Briefly stated, in accordance with the illustrated embodiments of the invention, the foregoing and other objects are attained by providing a gas turbine powerplant of the bypass or turbofan type with a heat exchanger in which relatively cool bypass air is used to cool higher temperature compressed air, the cooled air then being supplied to the powerplant combustor. Cooling the compressed air makes possible the use of an extremely high pressure ratio compressor without exceeding the maximum temperature capabilities of the turbine elements. More particularly, a gas turbine powerplant is provided with at least two compressors, the first being connected to the engine inlet. Two ducts are connected to the discharge side of the first compressor from which each receives a portion of the total flow of motive fluid and ultimately supplies the fluid to the engine outlet. The first of the ducts defines a bypass passage, the duct directing the fluid through a heat exchanger prior to delivering it to the outlet. The second of the ducts defines the main flow passage of the engine, the duct serially directing the motive fluid through at least one additional compressor, the heat exchanger in which it is passed in heat exchange relation with the bypass fluid in the first duct, the engine combustor, and at least one turbine prior to delivering the fluid to the engine outlet.

While the invention is distinctly claimed and particularly pointed out in the claims appended hereto, the invention, both as to organization and content, will be better understood and appreciated, along with other objects and features thereof, from the following detailed description when taken in conjunction with the drawings, in which:

FIG. 1 is a graph showing theoretical variation in net output thrust with compressor pressure ratio for turbofan engines having various bypass ratios; and

FIG. 2 is a graph illustrating how the actual variations in net output thrust with compressor pressure ratio for actual turbofan engines compare with the theoretical curves of FIG. 1; and

FIG. 3 is a schematic side view of a turbofan engine utilizing the improved cycle of this invention; and

FIGS. 4–6 illustrate alternative gas turbine arrangements which utilize the invention.

FIG. 1 illustrates the manner in which the net output thrust which can be obtained theoretically from a bypass or turbofan engine varies with changes in the pressure ratio across the gas generator compressor, each of the curves representing a constant bypass ratio. As illustrated, curve A represents a constant bypass ratio, curve B a higher bypass ratio, and curve C a still higher bypass ratio. From the graph, it will be seen that a turbofan engine having a compressor pressure ratio of $a$ and a bypass ratio determined by curve A can produce a net thrust of $a$ measured along the vertical axis of the graph. By increasing the gas generator pressure ratio to $a'$, the net thrust is increased to the value represented by $a'$ on the vertical axis. From FIG. 1, it would therefore appear that it is a simple matter to increase output thrust of a turbofan engine by going to ever higher pressure ratios. In practice, however, it is found that the attainable net output thrusts of actual turbofan engines vary significantly from theoretical values at high pressure ratios. This actual variation is illustrated by FIG. 2.

Referring now to FIG. 2, curve A represents the net thrust theoretically obtainable at various compressor pressure ratios for a turbofan engine having a constant bypass ratio. In other words, curve A corresponds to one of the curves of FIG. 1. Curve B represents the actual variation in net output thrust with compressor pressure ratio for an actual turbofan engine having the same bypass ratio and not utilizing the improved thermodynamic cycle of the present invention. It will be noted from the graph that curve B corresponds very closely with the theoretical curve A at relatively low pressure ratios. At higher pressure ratios, however, the net output thrust drops off rapidly, the reason for the decrease in thrust being the practical temperature limitations discussed above. At pressure ratios of less than $a$, the maximum possible amount of heat can be added in the engine combustor without producing temperatures which exceed the maximum temperatures which the various turbine elements are capable of withstanding. At pressure ratios greater than $a$, however, the isentropic compression process produces temperatures sufficiently high to require that the amount of energy added in the combustor be limited. The amount of heat which can be added in the combustor thus decreases with increasing pressure ratio. At a compressor pressure ratio of $a'$, the compressor discharge temperature is almost as high as the maximum allowable turbine inlet temperature. This means that very little energy can be added in the combustor; in fact, at $a'$, the energy added is sufficient to supply losses only. As a result, there is no net output thrust at the pressure ratio $a'$. It will be obvious to those skilled in the art that the pressure ratio cannot be increased above that represented by $a'$ in an actual turbofan engine of the type illustrated by curve B since such an engine cannot even be self-sustaining at such a pressure ratio without producing temperatures which exceed the maximum temperatures the turbine elements are capable of withstanding.

The turbofan arrangement of this invention makes possible the use of an extremely high pressure ratio engine without producing extremely high compressor discharge temperatures which would severely limit the amount of heat added in the combustor. In accordance with the present invention, the compressed fluid is cooled in a heat exchanger prior to being supplied to the combustor at a high pressure. As a result of the cooling, more energy can be added by the combustion process at high pressure ratios without producing excessive temperatures. The overall cycle efficiency is not, however, adversely affected since the present invention uses the turbofan bypass fluid to cool the high temperature compressed motive fluid, the heat removed from the compressed fluid increasing the energy of the bypass fluid, which is mixed with



the hot combustion products issuing from the turbine to produce the total propulsive thrust. Curve C of FIG. 2 illustrates the variation in net output thrust with pressure ratio for a turbofan constructed in accordance with the present invention. It will be noted that curve C corresponds closely with the theoretical curve A over a much broader range of pressure ratios than the curve B representing the thrust variation of prior art turbofan engines.

It will be obvious to those skilled in the art that a number of various arrangements of engine components can be used to practice the invention. The invention will be described in detail with respect to FIG. 3, which schematically illustrates a preferred embodiment of the invention. As illustrated by FIG. 3, a turbofan engine 10 has a cylindrical outer casing 11 having an inlet opening 12 at one end and an outlet opening 13 at the other end. A first compressor 14 is mounted within the casing 11 adjacent the inlet 12 and receives a stream of motive fluid therefrom. The compressor 14 actually functions as a fan rather than as a true compressor since it accelerates the motive fluid only and does not reduce the flow area. On the discharge side of the compressor 14, an inner casing 15 concentric with the engine casing 11 divides the motive fluid into an outer stream and an inner stream. The outer stream of high velocity motive fluid comprises the bypass stream and is directed by bypass ducting means through a heat exchanger 16 prior to being supplied to the engine outlet 13. The inner stream comprising the main stream of motive fluid for the engine is supplied to a second compressor 17 in which its pressure and temperature are increased substantially. The inner ducting means directs the motive fluid discharged from the compressor 17 through the heat exchanger 16 in heat exchange relation with the bypass fluid in the outer duct, after which the cooled motive fluid is supplied to a third compressor 18 in which its pressure is raised still further. From the third compressor 18, the motive fluid is supplied to the engine combustor 19 within which combustion occurs. Because of the cooling the inner motive fluid stream in the heat exchanger 16, the fluid supplied to the combustor 19 is at a much lower temperature than it would be in prior art turbofan engines having the same pressure ratio and not utilizing the present invention. As a result, complete combustion in the combustor can occur at much higher pressure ratios without producing excessive turbine inlet temperatures. The overall efficiency is not materially affected since the energy extracted from the inner stream is not lost to the cycle, but increases the energy of the bypass stream and thus still produces thrust.

From the combustor 19, the combustion products are supplied to first, second, and third turbines 20, 21, and 22, respectively. The first turbine 20 drives the third compressor 18, the second turbine 21 drives the second compressor 17, and the third turbine 22 drives the first compressor 14 through concentric outer, intermediate, and inner drive-shafts 23, 24, and 25, respectively. After passing through the turbines 20, 21, and 22, the combustion products are supplied to the engine outlet 13 for mixing with the bypass fluid and producing output thrust.

Since the three compressors 14, 17 and 18 are independently mounted and rotated, the engine can be designed such that the compressors are rotated at different speeds. In this manner, the fluid flow characteristics can be controlled during off-design operation. Therefore, extremely high pressure ratios can be attained without introducing significant compressor stall difficulties.

In the foregoing discussion, the heat exchanger 16 has not been described in detail. This has been done by design since many different forms of heat exchangers can be used in practicing the invention, the only requirement being that the bypass fluid be used to cool the main stream of high temperature compressed motive fluid. In practice, however, the heat exchanger 16 is preferably annular.

The fluids can be passed through the heat exchanger in essentially parallel paths as illustrated. If desired, however, alternative flow arrangements can be used for providing more effective heat transfer. For example, each of the streams could be directed through the heat exchanger twice in radial counterflow passes. It is thus essential that there be two sets of independent passages disposed in heat exchange relationship within the heat exchange, the bypass fluid flowing through one set of passages and the compressed fluid flowing through the other set of passages.

As pointed out previously in this description, it will occur to those skilled in the art that alternative structural arrangements of engine components can be utilized to practice the invention. Three such alternative arrangements are illustrated by FIGS. 4, 5, and 6. In view of the detailed description of the powerplant illustrated by FIG. 3, these arrangements will not be described at length. For the most part, the departures only from the turbofan engine of FIG. 3 will be pointed out, the components simliar to components of the engine of FIG. 3 being indicated by similar numerals.

Turning now to FIG. 4, it will be noted that the illustrated turbofan engine differs from the engine 10 of FIG. 3 only in that the third high pressure compressor 18, its driving turbine 20, and connecting driveshaft 23 have been deleted. In the engine of FIG. 4, the high temperature compressed air discharged from the compressor 17 is cooled by the bypass fluid prior to being supplied to the combustor 19. In view of the foregoing discussion, it will be obvious that the engine illustrated can safely operate at higher pressure ratios than prior art turbofan engines not equipped with the bypass heat exchanger 16.

The turbofan engine illustrated by FIG. 5 is substantially identical to the engine of FIG. 3 except in that both the first compressor 14 and the second compressor 17 are driven by a single turbine 30 through a driveshaft 31. A gear reducer 32 is provided between the two compressors so that the first compressor 14 can be driven at a slower speed than the second compressor 17. It will also be obvious that all three compressors could be driven by a single turbine if desired.

Referring now to FIG. 6, an alternative first compressor 14' is illustrated in which the first few rotor stages have enlongated blades whose outer extremities act as a fan for the bypass duct. The downstream stages are shorter and compress the motive fluid flowing through the powerplant's inner stream.

It will thus be seen that the turbofan engine arrangements just described are capable of producing high net output thrust and efficiency at extremely high pressure ratios since motive fluid is supplied to the engine combustor at a relatively low temperature. As a result, complete combustion can be maintained at high pressure ratios without producing excessive turbine inlet temperatures.

As pointed out previously, other embodiments of the invention may be utilized. Therefore, while particular embodiments of the invention have been shown and described, it will be understood that it is intended to cover in the appended claim all modifications and changes which may be made without departing from the spirit and scope of the invention.

What is claimed as new and desired to secure by Letters Patent of the United States is:



A gas turbine powerplant comprising, in combination:

(a) an inlet for admitting motive fluid into said powerplant and an axially spaced outlet for exhausting the motive fluid from said powerplant;

(b) a first axial flow compressor connected to said inlet for receiving motive fluid therefrom;

(c) first and second ducting means defining independent concentric annular axially extending flow passageways connecting the outlet of said first axial flow compressor to said powerplant outlet, each of said ducting means arranged to receive a portion of the total flow of motive fluid from said first compressor, the passageway defined by said first ducting means surrounding the passageway defined by said second ducting means;

(d) second and third axial flow compressors;

(e) a heat exchanger having first and second sets of independent passages therein, said first set of passages forming a portion of said first ducting means and said second set of passages forming a portion of said second ducting means, said first and second sets of passages being disposed in heat exchange relationship;

(f) a combustor;

(g) first, second, and third axial flow turbines;

(h) an outer driveshaft, said first turbine and said third compressor mounted on said outer driveshaft for rotation therewith;

(i) an intermediate driveshaft concentrically mounted within said outer driveshaft, said second turbine and said second compressor mounted on said intermediate driveshaft for rotation therewith;

(j) an inner driveshaft concentrically mounted within said intermediate-driveshaft, said third turbine and said first compressor mounted on said inner driveshaft for rotation therewith;

(k) said first ducting means connecting said first compressor, said heat exchanger, and said powerplant outlet in serial flow arrangement, and said second ducting means connecting said first compressor, said second compressor, said heat exchanger, said third compressor, said combustor, said first turbine, said second turbine, said third turbine, and said powerplant outlet in serial flow arrangement;

(l) whereby the motive fluid in said first ducting means is heated and the motive fluid in said second ducting means is cooled as a result of heat transfer therebetween in the passages of said heat exchanger.


References Cited by the Examiner

UNITED STATES PATENTS

| | | | |
|---|---|---|---|
| 2,430,398 | 11/1947 | Heppner | 60—35.6 |
| 2,430,399 | 11/1947 | Heppner | 60—35.6 |
| 2,465,099 | 3/1949 | Johnson | 60—35.6 |
| 2,588,532 | 3/1952 | Johnson | 60—35.6 |
| 2,638,744 | 5/1953 | Price | 60—39.33 |
| 2,803,943 | 7/1957 | Rainbow | 60—35.6 |

FOREIGN PATENTS

| | | |
|---|---|---|
| 994,130 | 7/1951 | France. |
| 793,316 | 4/1958 | Great Britain. |


MARK NEWMAN, *Primary Examiner.*

CARLTON R. CROYLE, *Examiner.*