# EXHIBIT H

Dec. 30, 1969 A. A. DU PONT ET AL 3,486,340

GAS TURBINE POWERPLANT WITH MEANS FOR COOLING COMPRESSED AIR

Filed May 5, 1967




INVENTORS.
ANTHONY A. DUPONT
EDWARD N. HARRIS
THOMAS T. SCHROETER
BY Dominick Nardelli
ATTORNEY

# United States Patent Office

3,486,340
Patented Dec. 30, 1969

1

3,486,340

## GAS TURBINE POWERPLANT WITH MEANS FOR COOLING COMPRESSED AIR

Anthony A. du Pont, Rolling Hills, and Edward N. Harris, Palos Verdes Peninsula, Calif., and Thomas T. Schroeter, Tempe, Ariz., assignors to The Garrett Corporation, Los Angeles, Calif., a corporation of California

Filed May 5, 1967, Ser. No. 636,344
Int. Cl. F02g *1/00*; F02k *3/02*
U.S. Cl. 60—262 1 Claim

ABSTRACT OF THE DISCLOSURE

A bypass gas turbine powerplant having a multistage air compressor wherein interstage cooling is provided by cryogenic fuel. Flap means are provided between compressor stages to vary the air bypass ratio.

*In general, a gas turbine power plant includes an air* compressor for compressing the intake air before it is burnt with fuel so that work may be performed efficiently. It is well known that if air is compressed isothermally the amount of energy, required to compress the air, would be less than when the compression is adiabatic, without any extraction of heat.

The prior art suggested that in a turbine for a jet engine, the compressed air should be cooled with air in a bypass stream. Then, after combustion, the bypass air is mixed with the combustion products before they are jetted from a nozzle, thus the extracted heat from the high compressed air is reclaimed as thrust. This arrangement provides satisfactory efficient performance at relatively low or subsonic speeds. However, the forward speed of the jet engine is limited because the exit velocity of the mixed gases, i.e., the combustion products and the bypassed air, is lower than the exit velocity of the combustion products alone, discharging from the nozzle.

Therefore, an object of this invention is to provide a means for interstage cooling of the compressed gas without degrading the nozzle exit velocity of exhaust gases.

Another object is to provide a means for interstage cooling of the compressed gas with cryogenic fuels.

Basically, the invention comprises a gas turbine powerplant, preferably an aircraft jet engine, that uses cryogenic fuel, such as liquid hydrogen or liquid methane. The engine cycle includes the steps of compressing the intake air in an axial flow compressor, cooling the compressed air in an air-to-fuel heat exchanger to a temperature above the dew point to prevent icing problems, compressing the cooled air a second time, burning the air with the fuel. The hot combustion products power a turbine which drives the compressors, and then exhaust through a nozzle to provide thrust. When the engine is *providing power to an aircraft travelling at subsonic* velocity the combustion products could be mixed with bypass air to increase the efficiency and when the aircraft is travelling above sonic velocity, there would be no mixing of the combustion products with bypass air in order to maintain the nozzle velocity of the exhaust gas above the velocity of the aircraft.

Other objects, features and advantages of the invention are presented in the following description and claims, and illustrated in the accompanying drawings, in which the sole figure schematically shows a turbojet engine incorporating the features of this invention.

The figure shows a turbojet engine 10 in axial cross-section and attached to the fuselage of a suitable aircraft 11 by a strut member 12. The engine 10 has cylindrical housing 13 with an intake 14 and an exit nozzle 16 disposed at opposite ends. The engine 10 has suitable

2

intake fans 17 and 18 mounted on a rotatable shaft 19. Between the fans 17 and 18 are disposed suitable stationary *staging blades 21. The fans 17 and 18 draw air* through the intaket 14 and move it toward the nozzle 15. After the air is discharged by the fan it is divided into two parts by a cylindrical partition 22 that is held coaxially with the housing 13 by suitable struts 23 disposed around the partition and only one of which is shown. Air passing through the space between the partition 22 and the housing 13 will be referred to as bypass or primary air, and the air entering the cylindrical partition 22 will be referred to as secondary air.

The secondary air is conducted to a fuel-to-air heat exchanger 26 and cooled to above the dew point, i.e., the freezing point of water, to avoid icing problems. The secondary air leaves that heat exchanger 26 and enters a first stage compressor 27 to be compressed again. The secondary air leaving the compressor 27 is guided radially outward and into another fuel-to-air heat exchanger 28. The air is cooled a second time before it enters a second stage compressor 29. A suitable baffle 31 is provided to keep the warm air separated by the cool air. The secondary air leaving the compressor 29 enters an annular combustion chamber 32 where it is burned with fuel.

The fuel is supplied to the chamber 32 through a pipe *33 that extends from a fuel tank (not shown) in the air*craft 11 through the strut member 12 and one of the struts 23. The pipe 33 communicates with the heat exchanger 26 so that the fuel enters the heat exchanger and absorbs heat from the air. The fuel leaves the exchanger 26 through a pipe 34. The pipe 34 communicates *with the other heat exchanger and the fuel circulates* there-through absorbing heat. The fuel leaves through a pipe 36 that communicates with a hollow ring 37. The ring 37 in turn has a plurality of suitable fuel torches 38. The hot gases, leaving the combustion chamber, exhaust through a first turbine wheel 41 causing a hollow shaft 42 to rotate. The first and second stage compressors are powered by shaft 42. The hot gases then pass through a stationary stator 43 and exhaust through a second turbine wheel 44, causing the shaft 19 to rotate. In turn, the fan blades 17 and 18 are rotated. The exhaust gases from the turbine are then mixed with the primary air and exhausted from the nozzle 16 to provide thrust.

The ratio of primary air and secondary air could be any value and still the fuel would provide sufficient cooling to the secondary air to cause nearly isothermal compression. The amount of cooling available for the secondary air in this invention is independent of the mass rate of the primary air. Thus suitable flaps are provided on the front end of the cylindrical partition 22 to vary the ratio of the mass rate of the primary air to the mass rate of the secondary air. Then when the aircraft is taking off the ratio could be made large to provide relatively low velocities and a high mass rate to the gases leaving the nozzle. When the aircraft is travelling at high speeds the ratio could be decreased as the aircraft speed increases to maintain the velocity of the gases leaving the nozzles above the speed of the aircraft. In this invention still more nearly isothermal compression could be obtained by cooling the *stationary blades 47 in the compressors with fuel by suit*able piping and ducting, not shown.

What is claimed is:

1. A turbojet engine comprising:

intake means for intaking air into said engine,

compressor means for compressing said air,

a combustion chamber for burning said air with fuel to produce combustion gases,

turbine means driven by said combustion gases to drive said compressor means,

means for cooling said air with said fuel as said air is

being compressed and before the fuel is burned in said chamber,

said compressor means comprising an intake fan, a first-stage compressor and a second-stage compressor so that the air first passes through said fan, then is first compressed in said first stage and then in said second stage,

means for dividing said air after passing through said intake means into a primary air stream and a secondary air stream, said means including flap means for varying the ratio of primary air to secondary air dependent on the speed of the craft being propelled by the turbojet engine, and

means are provided for mixing said combustion gases with said primary air before being exhausted from said engine.




References Cited

UNITED STATES PATENTS

| | | | |
|---|---|---|---|
| 2,602,289 | 7/1952 | Anxionnaz | 60—267 |
| 2,563,744 | 8/1951 | Price | 60—261 |
| 3,016,698 | 1/1962 | Sobey | 60—262 |
| 3,107,690 | 10/1963 | Pope | 60—262 |


CARLTON R. CROYLE, Primary Examiner

DOUGLAS HART, Assistant Examiner

U.S. Cl. X.R.

60—39.66, 39.71, 267

# EXHIBIT I

SCIENTIFIC LIBRARY
DEC - 9 1958
U. S. PATENT OFFICE

# GAS TURBINES
## *for Aircraft*

ARTHUR W. JUDGE

*Associate of the Royal College of Science, London; Diplomate of Imperial College of Science and Technology (Petrol Engine Research); Whitworth Scholar; Tyndall Prizeman; Associate Member of the Institution of Mechanical Engineers; Member, Society of Automotive Engineers (U.S.A.)*

CHAPMAN & HALL LTD
37 Essex Street, London, W.C.2
1958

*ift*

occurs at the relatively
efficiency for ratios up
tercooler alone. Beyond
eater, progressively.
that: (1) Intercooling
ine, but more markedly
tion is only effective at
ing with heat exchange
wer pressure ratio range.




thermal efficiency.

It will now be evident
encies and also outputs
reheating, intercooling
rious ways by selecting
ill depend chiefly upon

ions of weight and bulk
*rcraft gas turbines, to a*
bilities of such methods

ges of reheating, inter-
ctical assumption data,



has been made by F. R. Fischer and C. A. Meyer.[15] The assumption data and results of these investigations are given in the table on this page so that a direct comparison can be made of the five different cycles mentioned, with the simple gas turbine cycle as the basis.

In all cases these comparisons are made between gas turbine cycles having *the same* (unity) *power output* and the same turbine unit temperature, namely, 1,200° F. (650° C.). The compressor air inlet temperature is 70° F. (21·1° C.) and air pressure, 14·7 lb. sq. in., in every case. The absolute gas pressures at different points of the compressor and turbine cycles are given in the table.

TABLE 2

*Comparison Data for Various Gas Turbine Cycles*

| *Item* | *Simple Cycle* | *Cycle with Regeneration* | *Cycle with Intercooler and Regeneration* | *Cycle with Reheating and Regeneration* | *Cycle with Intercooling, Reheating and Regeneration* |
|---|---|---|---|---|---|
| Input in fuel* | 4·95 | 3·75 | 3·43 | 3·55 | 3·11 |
| Turbine rating* | 3·95 | 2·95 | 2·80 | 2·88 | 2·55 |
| Compressor power* | 2·95 | 1·95 | 1·80 | 1·88 | 1·55 |
| Useful power output | 1·00 | 1·00 | 1·00 | 1·00 | 1·00 |
| Thermal efficiency, per cent.† | 20·2 | 26·6 | 29·2 | 28·1 | 32·2 |
| *Gas temperatures, ° F. at:* | | | | | |
| Turbine inlet | 1200 | 1200 | 1200 | 1200 | 1200 |
| Leaving reheater | — | — | — | 1200 | 1200 |
| Turbine exhaust | 635 | 790 | 695 | 920 | 865 |
| Leaving regenerator | — | 455 | 350 | 560 | 520 |
| *Air temperatures, ° F. at:* | | | | | |
| Compressor inlet | 70 | 70 | 70 | 70 | 70 |
| Leaving intercooler | — | — | 70 | — | — |
| Leaving compressor | 490 | 340 | 230 | 440 | 405 |
| Entering combustion chamber | 490 | 680 | 575 | 800 | 750 |
| *Pressures, lb. per sq. in. at:* | | | | | |
| Compressor inlet | 14·7 | 14·7 | 14·7 | 14·7 | 14·7 |
| Compressor discharge | 88·2 | 51·5 | 73·5 | 73·5 | 102·9 |
| Turbine inlet | 88·2 | 50·2 | 71·7 | 71·7 | 100·4 |
| Turbine exhaust | 14·7 | 15·1 | 15·1 | 15·1 | 15·1 |

* These quantities are relative to a useful power output of unity.
† At 1,200° F. (650° C.)

H

The results given in the Table show the marked increase in thermal efficiency from 20·2 per cent. for the simple gas turbine to the highest value, namely, 32·2 per cent. for the cycle employing a combination of intercooling, reheating, and regeneration as illustrated, diagrammatically, in Fig. 59. The corresponding fuel energy decrease, namely, from 4·95 to 3·11 for the same power output of unity results in a striking reduction in the specific fuel consumption.




FIG. 59. Arrangement of gas turbine with heat exchanger, intercooling and reheating systems.

Another interesting point brought out by these results is the marked reductions in the compressor and turbine power ratings when the combined cycle of operations is employed. This results in a considerable saving in weight and space of the compressor and turbine units, but this is offset by the additions of the intercooler, reheater, and regenerator units.

*Turbine Inlet Temperature.* The effect of *increase in the turbine unit inlet temperature* over the range of 1,000° F. (539° C.) to 1,500° F. (815° C.) is shown for the five cycles given in Fig. 60 for the conditions stated in the lower right-hand corner of the diagram. For the simple gas turbine the increase from 1,200° F. (650° C.) to 1,500° F. (815° C.) is from 20·2 per cent. to 25·9 per cent., and for the combination cycle (intercooling, reheating, and 25 per cent. regeneration) it increases from 32·3 to 38·2 per cent. These results are based on an air inlet temperature of 70° F. (21·1° C.), and 5 per cent. pressure drop in the regenerator.

*Ambient Air Temperature.* Just as increased turbine inlet temperature increases the thermal efficiency, so does progressive *reduction*

# EXHIBIT J

THE AMERICAN SOCIETY OF MECHANICAL ENGINEERS
345 E. 47 St., New York, N.Y. 10017

82-GT-306

The Society shall not be responsible for statements or opinions advanced in papers or in discussion at meetings of the Society or of its Divisions or Sections, or printed in its publications. Discussion is printed only if the paper is published in an ASME Journal. Released for general publication upon presentation. Full credit should be given to ASME, the Technical Division, and the author(s). Papers are available from ASME for nine months after the meeting.
Printed in USA.

# Regenerated Marine Gas Turbines, Part I: Cycle Selection and Performance Estimation

**T. L. Bowen**

**J. C. Ness**

Engines Branch,
David Taylor Naval Ship Research
& Development Center,
Annapolis, MD
Assoc. Mems. ASME

*Analytical studies are currently being conducted by the David Taylor Naval Ship R&D Center to assess the suitability of regenerative-cycle and intercooled, regenerative-cycle gas turbines for naval applications. This paper, which is presented in two parts, discusses results of initial investigations to identify attractive engine concepts based on existing turbomachinery and to consider the regenerator technology required to develop these engine concepts. Part I of the paper deals with the attractive engine concepts. A survey of simple-cycle engines rated from 2500 to 50,000 hp (2 to 37 MW) was conducted to determine the cycle conditions, performance characteristics, and mechanical configurations of current marine gas turbines. Comparative cycle studies were performed to establish the performance trends of the simple, regenerative, intercooled-simple, and intercooled-regenerative cycles. Hypothetical engine concepts are described which illustrate the improved performance obtained by adding heat exchangers for regeneration and intercooling to today's simple-cycle marine engines.*

NOMENCLATURE

$A_g$ - airfoil gas-side heat transfer area, $ft^2$ ($m^2$)

$\overline{C}_p$ - average specific heat, Btu/lb·deg R (J/kg·deg K)

$\overline{h}_g$ - integrated gas-side heat transfer coefficient, Btu/$ft^2$·deg R·s (W/$m^2$·deg K)

$M_a$ - engine inlet airflow, lb/s (kg/s)

$M_c$ - coolant flowrate, lb/s (kg/s)

P - engine output power, hp (kW)

$R_c$ - overall compression ratio

$R_{c1}$ - compression ratio of low-pressure compressor

$R_{c2}$ - compression ratio of high-pressure compressor

$R_t$ - ratio of turbine inlet temperature to ambient temperature

$T_c$ out - temperature of coolant exiting from the airfoil, R (K)

$T_c$ in - temperature of coolant entering the airfoil, R (K)

$T_g$ - gas temperature, R (K)

$T_s$ - airfoil surface temperature, R (K)

$\alpha$ - compression-split factor, see equation (2)

$\gamma$ - ratio of specific heats

$\Delta p$ - pressure drop, %

$\varepsilon_I$ - intercooler effectiveness, %

$\varepsilon_R$ - regenerator effectiveness, %

$\eta_B$ - burner efficiency, %

$\eta_c$ - overall compressor efficiency, %

$\eta_{c1}$ - low-pressure compressor efficiency, %

$\eta_{c2}$ - high-pressure compressor efficiency, %

$\eta_{T1}$ - gasifier turbine(s) efficiency, %

$\eta_{T2}$ - power turbine efficiency, %

$\theta$ - difference between turbine exhaust and compressor exit temperature, F (C)

INTRODUCTION

In recent years the regenerative-cycle gas turbine has received considerable attention as an alternative powerplant for automobiles, highway trucks and buses, tracked military vehicles, and even helicopters. The weight and volume constraints associated with these vehicular applications are such that only the lightest, most compact heat exchangers would be acceptable despite their reduced

Contributed by the Gas Turbine Division of the ASME.

effectiveness. Yet many prototype engines have been developed at great expense which have fuel consumption characteristics approaching that of the diesel engine while still retaining the desirable features of the gas turbine engine. The largest regenerative-cycle engine currently used for vehicular propulsion is rated about 1500 hp (1120 kW), but most are rated below 500 hp (370 kW). If these regenerated gas turbines prove to be better powerplants for vehicular applications, the result will be a new market for thousands of engines per year, driving the unit cost of each engine low enough to compete with current engine costs. Two factors which set marine applications apart from vehicular applications are the larger size and smaller number of engines needed to meet shipboard propulsion and auxiliary power requirements. As a large user in a small market, the U.S. Navy is aware of its role as advisor and perhaps joint developer of regenerative-cycle gas turbines for marine applications. Therefore, analytical studies are currently being conducted by the David Taylor Naval Ship R&D Center to assess the suitability of regenerative-cycle and intercooled, regenerative-cycle gas turbines for naval applications. This paper, which is presented in two parts, discusses results of initial investigations to identify attractive engine concepts based on existing turbomachinery and to consider the regenerator technology required to develop these engine concepts.

CURRENT MARINE GAS TURBINES

Lightweight, aero-derived, marine/industrial gas turbines are manufactured by at least six aircraft turbine engine companies. A survey of simple-cycle engines rated from 2,500 to 50,000 hp (2 to 37 MW) was conducted to determine the cycle conditions, performance characteristics, and mechanical configurations of current marine gas turbines.

Differences in Thermal Efficiency

At the present time, the General Electric LM2500 marine gas turbine is the only engine used in significant numbers for ship propulsion by the U.S. Navy. Compared to most of the gas turbines surveyed, the LM2500 has a significantly lower specific fuel consumption (i.e., 10% or more at the design point). The difference is not so much a function of engine size or manufacturer, but a function of two critical cycle parameters - compression ratio and turbine inlet temperature. Specific fuel consumption of the gas turbines surveyed varied between 0.61 and 0.36 lb/hph (371 and 220 g/kWh). Since thermal efficiency is inversely proportional to specific fuel consumption, this corresponds to thermal efficiencies between 22% and 38% based on International Standard Operating (ISO) conditions. The large difference in thermal efficiency of simple-cycle engines is due to the fact that compression ratios range from 6:1 to 30:1 and turbine inlet temperatures range from 1775 to 2200 F (957 to 1204 C). Plots of thermal efficiency versus compression ratio and turbine inlet temperature are shown in Figures 1 and 2, respectively, based on the empirical data from the survey. These plots demonstrate that improvement in the thermal efficiency of simple-cycle gas turbines is achieved with higher compression ratio and higher turbine inlet temperature. To significantly improve the thermal efficiency of the simple cycle would require a substantial increase in compression ratio and turbine inlet temperature. Modifying the simple cycle to include heat exchangers for regeneration and intercooling will also result in similar improvement without raising compression ratio and turbine inlet temperature above the current state of the art. Hence, the next generation of marine engines could include engines having higher cycle conditions, or with heat exchangers, or both to increase thermal efficiency to 45% or higher. Depending upon the value of compression ratio, a regenerator[1] alone can recover some of the waste heat in a simple cycle,




Fig. 1 Thermal efficiency of current marine gas turbines versus compression ratio




Fig. 2 Thermal efficiency of current marine gas turbines versus turbine inlet temperature

[1] Although "regenerator" is often used to describe a rotary heat exchanger and "recuperator" is often used to describe a stationary heat exchanger, the word regenerator is used here to denote any type of heat exchanger.

but regeneration following compressor intercooling can lower exhaust gas temperature much more than regeneration alone. In either case the result of low-compression ratio or compressor intercooling is a large difference between exhaust gas temperature and compressor exit temperature which favors waste heat recovery in the regenerator. Many engines surveyed would not benefit significantly with just regeneration due to an insufficient temperature differential, θ, between turbine exhaust gas and compressor exit air. As shown in Figure 3, the value of θ decreases sharply as compression ratio increases. In some




Fig. 3 Temperature difference θ among current marine gas turbines versus compression ratio

cases the value of θ is negative, meaning heat transfer from exhaust gas to compressor exit air is impossible unless compressor exit air in these moderate-to-high-compression ratio engines is reduced with an intercooled compressor. As results from the comparative cycle studies will later demonstrate, there is an optimum point in the compression process at which intercooling should occur to maximize thermal efficiency. In many cases extensive modifications to an existing engine would be required to intercool the compressor. Furthermore, placing the intercooler at the optimum thermodynamic location may not be practical, given the mechanical configuration of the engine.

Differences in Mechanical Configurations

The engines surveyed can be divided into four groups according to their mechanical configurations which are illustrated in Figure 4. All of the engines have a free power turbine which is connected to the load at either the front (intake) or the back (exhaust) of the engine, depending upon the particular engine. Engines having a single-spool gas generator composed of an axial compressor driven by an axial high-pressure turbine are shown as configuration A. The addition of a centrifugal stage as the final compressor stage is the major mechanical feature distinguishing configuration B from configuration A. Configuration C has a single-spool gas generator also




Fig. 4 Mechanical configuration of current simple-cycle gas turbines

consisting of dual centrifugal compressor stages driven by an axial high-pressure turbine. Engines having a dual-spool gas generator composed of axial low-pressure and high-pressure compressors driven by axial low-pressure and high-pressure turbines, respectively, are shown as configuration D. When it comes to retrofitting engines with a regenerator, configurations B and C have an advantage because compressor exit airflow is radially out. Likewise, configurations C and D could be adapted with an intercooler more easily because compression is accomplished in two mechanically separate components.

COMPARATIVE CYCLE STUDIES

Comparative cycle studies were performed to establish the performance trends of the simple, regenerative, intercooled-simple, and intercooled-regenerative cycles as a function of compression ratio and turbine inlet temperature. Based on the survey of current marine gas turbines, compression ratios ranging from 6:1 to 30:1 and turbine inlet temperatures ranging from 1775 to 2200 F (957 to 1204 C) are of interest. Secondary cycle parameters, such as component efficiencies, pressure losses, and bleed air fractions, have significant effect on the thermal efficiency and output power of these cycles. Table 1 summarizes the nominal values assumed for many of those parameters that are maintained constant throughout the cycle comparisons. All cycle calculations are

Table 1. Gas Turbine Cycle Assumptions

| | |
|---|---|
| Overall Compressor Efficiency | 84% |
| Burner Efficiency | 99% |
| Gasifier Turbine Efficiency | 90% |
| Power Turbine Efficiency | 88% |
| Burner Δp | 4% |
| Interturbine Δp | 2% |
| Diffuser & Exhaust Elbow Δp | 3% |
| Cooling Bleed Fraction | 10% |

based on common operating conditions including ambient temperature of 80 F (26.7 C), ambient pressure of 14.7 psia, 4 inches (1 kPa) of water inlet duct loss, and 6 inches (1.5 kPa) of water exhaust duct loss. It is considered unnecessary to discuss in detail the differences between the cycles and/or include their temperature versus entropy diagrams here considering the numerous gas turbine textbooks to which one may refer (1-3). Basically, adding a regenerator to existing simple-cycle engines would allow heat from the hot exhaust gases to be transferred to the compressed air prior to entering the combustion chamber. Thermal efficiency improves because less fuel is needed to heat the combustion





G 001173

air to the desired turbine inlet temperature. The compressive work required in the intercooled-simple cycle is less than that of the simple cycle because cooling occurs along constant pressure lines which converge as temperature decreases. A portion of the energy previously expended by the gasifier turbine in the simple cycle becomes available as increased power turbine output in the intercooled-simple cycle. A larger combustion temperature rise (fuel flowrate) is necessary in the intercooled-simple cycle due to the lower compressor exit temperature. With both fuel flowrate and power turbine output increasing due to intercooling, the net change in thermal efficiency may be positive or negative, depending upon secondary parameters such as intercooler pressure drop and effectiveness. As its name implies, the intercooled-regenerative cycle has two heat exchangers in the cycle, both an intercooler and a regenerator. In this cycle, a greater portion of the gas turbine's waste heat is recovered by the regenerator, and less is rejected to the atmosphere because cooling the compressor increases the value of θ. Thus, the intercooled-regenerative cycle is inherently more efficient than the regenerative cycle or the intercooled-simple cycle.

Simple-Cycle Versus Regenerative-Cycle Thermal Efficiency

Some results from the comparative cycle studies are included here to demonstrate how the cycle conditions, particularly compression ratio and turbine inlet temperature, of existing marine gas turbines could obtain significantly higher thermal efficiencies if used in another cycle. Figure 5 is a plot of simple-cycle and regenerative-cycle thermal efficiencies versus compression ratio. Existing marine gas turbines have a maximum turbine inlet temperature of 2200 F (1204 C) or less. Considering the continuing effort by turbine manufacturers to increase turbine inlet temperature by developing better materials and manufacturing processes, a 200 F (109 C) growth in turbine inlet temperature may be possible for marine gas turbines over the next decade. Lines of constant turbine inlet temperature between 1800 and 2200 F (982 and 1204 C) in Figure 5 represent current engine technology. The shaded region between 2200 and 2400 F (1204 and 1316 C) implies potential growth in maximum turbine inlet temperature which may come about due to technology advances during the 1980's. The trend of simple-cycle thermal efficiency shown in Figure 5 illustrates why engine manufacturers have sought to improve current engines by increasing the compression ratio in conjunction with higher turbine inlet temperature in newer engines. The statement made earlier that low-to-moderate-compression ratio engines will benefit most from regeneration is apparent from the trend of regenerative-cycle thermal efficiency shown in Figure 5. Peak thermal efficiency of the regenerative-cycle occurs at much lower compression ratios, i.e., 10:1 or less. At higher values of compression ratio, thermal efficiency is lower because compressor exit air is hotter, causing the value of θ to decrease. Eventually the value of θ becomes zero at which point corresponding regenerative-cycle and simple-cycle curves intersect. Under these conditions compressor exit air and exhaust gas temperatures are equal, and waste heat can no longer be recovered with a regenerator alone. In addition to compression ratio and turbine inlet temperature, regenerator effectiveness is an important parameter in the regenerative-cycle calculations. The regenerative-cycle results shown




Fig. 5 Simple-cycle and regenerative-cycle thermal efficiency versus compression ratio

in Figure 5 were calculated assuming a modest regenerator effectiveness of 80%. The peak thermal efficiency and the optimum compression ratio are strongly influenced by the value of regenerator effectiveness. Regenerator pressure drop introduces a penalty on thermal efficiency which is not included in the regenerative-cycle results shown in Figure 5. Given a compression ratio of 8:1 and a turbine inlet temperature of 2100 F (1149 C), thermal efficiency of the regenerative cycle is 37.5%. An increase in regenerator pressure loss can be offset by an increase in effectiveness such that the same thermal efficiency is obtained using a regenerator with 87% effectiveness and 5% pressure drop or a regenerator with 93% effectiveness and 10% pressure drop.

Efficiency Improvements Due to Intercooling

The increase in thermal efficiency as a result of intercooling both the simple and regenerative cycles is illustrated in Figure 6. Thermal efficiency of each cycle is shown as a function of compression ratio, assuming the same turbine inlet temperature, 2100 F (1149 C), for all cases. Intercooler performance is characterized by assuming an effectiveness of 90%, a pressure drop of 4%, and a heat sink temperature of 75 F (24 C). The overall compression ratio of the intercooled cycles is divided between low-pressure and high-pressure compressors according to a compression-split factor, α, defined by:




Fig. 6 Effect of intercooling on simple-cycle and regenerative-cycle thermal efficiency

$$R_c = R_{c1} \times R_{c2} \qquad (1)$$

$$\alpha = \frac{(R_{c1} - 1)}{(R_{c2} - 1) + (R_{c1} - 1)} \times 100\% \qquad (2)$$

Given an overall compression ratio, $R_c$, the value of $\alpha$ had to be iterated upon until the highest thermal efficiency was determined. The efficiencies of the low-pressure and high-pressure compressors had to be defined such that the exit temperature of the two compressors running uncooled equaled the exit temperature of a single compressor having the same overall compression ratio and an efficiency of 84%. The following expression defines $\eta_{c1}$ and $\eta_{c2}$ in the intercooled cycle calculations:

$$\left[1 + \frac{(R_c^{\left(\frac{\gamma-1}{\gamma}\right)} - 1)}{0.84}\right] = \left[1 + \frac{(R_{c1}^{\left(\frac{\gamma-1}{\gamma}\right)} - 1)}{\eta_{c1}}\right] \times \left[1 + \frac{R_{c2}^{\left(\frac{\gamma-1}{\gamma}\right)} - 1)}{\eta_{c2}}\right] \qquad (3)$$

Assuming a low-pressure compressor efficiency of 86% and solving the equation shown above for $\eta_{c2}$ resulted in a high-pressure compressor efficiency for the intercooled-simple cycle of 86% as well. The same assumption for the intercooled-regenerative cycle resulted in a high-pressure compressor efficiency which varied from 85% to 88% as compression ratio increased from 6:1 to 32:1. The values of compression-split factor, $\alpha$, used to generate Figure 6 included 15% for the intercooled-simple cycle and 35% for the intercooled-regenerative cycle. The intercooling calculations indicate that retrofitting a 2100 F (1149 C) simple-cycle engine with an intercooler improves thermal efficiency the most if compression ratio is greater than 16:1, but retrofitting a regenerator is more beneficial than intercooling if the compression ratio is less than 16:1. The results also demonstrate that the intercooled-regenerative cycle gives the highest thermal efficiency regardless of the value of compression ratio. Selecting the value of $\alpha$ for intercooled-simple cycle calculations depends on whether it is more desirable to maximize thermal efficiency than specific power. The results shown in Figure 7 indicate that maximum thermal efficiency is obtained when $\alpha$ is 10% to 15%, but maximum specific power is obtained when $\alpha$ is 45% to 55%. About two points in thermal efficiency are lost in order to maximize specific power. As shown in Figure 8, peak thermal efficiency and peak specific power for the intercooled-regenerative cycle occur at values of $\alpha$ which are much closer to one another than in the previous graph.




Fig. 7 Specific power and thermal efficiency versus compression-split factor for intercooled-simple cycle




Fig. 8 Specific power and thermal efficiency versus compression-split factor for intercooled-regenerative cycle

Specific Power Increase Due to Intercooling

As mentioned earlier, a portion of the energy required to drive an uncooled compressor becomes available as increased power turbine output when the compressor is intercooled. Figure 9 is a plot of thermal efficiency versus specific power for the four gas turbine cycles discussed in this paper. The curves on the graph represent lines of constant compression ratio and lines of constant temperature ratio (i.e., ratio of turbine inlet temperature to ambient temperature). Comparing an intercooled-simple cycle and a simple cycle both having 16:1 compression ratio and 5:1 temperature ratio indicates that specific power increases by 20% due to intercooling, but only a slight increase in thermal efficiency is shown. At these same conditions, specific power of the regenerative cycle differs very little from that of the simple cycle, while the specific power of the intercooled-regenerative cycle is 23% higher than that of the simple cycle. Stating the same conclusion inversely: 23% less air is required by the intercooled-regenerative cycle than the simple cycle to produce the same output power as the simple cycle.

REGENERATED ENGINE CONCEPTS

The amount of calculations required to obtain a data point on Figure 8 with reasonable accuracy necessitates the use of a computer program. Such a computer program was used to identify candidate engine concepts having high efficiency based on existing turbomachinery. The compression ratio, turbine inlet temperature, component efficiencies, pressure losses, and bleed fraction for many of today's simple-cycle marine gas turbines was used as the input to estimate performance of regenerated and intercooled-regenerated versions of those engines. Since results from these analyses of specific turbines are regarded as proprietary information by both the particular engine manufacturer and the U.S. Navy, hypothetical advanced cycle engine concepts are presented in this paper. These concepts include a low-compression, 8:1, regenerative cycle with and without intercooling and a high-compression, 16:1, intercooled-regenerative cycle. The turbomachinery assumptions made in these cycle calculations as a whole do not represent any particular engine, but as individual values represent state-of-the-art marine gas turbine technology.

Low-Compression Regenerative Cycle

Figure 10 is a cycle diagram for a low-compression, regenerative-cycle engine. The temperature, pressure, enthalpy, fuel-to-air ratio, and mass flow at each station in the cycle are given in a table below the diagram. The temperature differential between exhaust gas and compressor exit air is 606 F (319 C). The temperature of the air is raised 545 F (285 C) as it passes through the regenerator which is more than one-third of the combustion temperature rise required in an equivalent simple-cycle engine. The thermal efficiency of this cycle is over 38% compared to less than 28% if the regenerator was not included in the cycle. With a specific fuel consumption of 0.362 lb/hph (220 g/kWh), the low-compression regenerative cycle is also 0.056 lb/hph (34 g/kWh) less than a high-compression, 24:1, simple cycle.

Low-Compression, Intercooled-Regenerative Cycle

The cycle diagram shown in Figure 11 is similar to the previous diagram, except the 8:1 compressor is divided into low-pressure and high-pressure compressors with 2.83:1 compression ratios, and an intercooler is added to the cycle. Compressor exit air temperature is 260 F (127 C) lower due to the intercooler. Hence, the value of θ in this cycle is 860 F (460 C). Exhaust gas temperature is 500 F (260 C) in this cycle compared to 706 F (374 C) in the previous cycle. The thermal efficiency of the low-compression, intercooled-regenerative cycle is about 41%, or 3 points higher than the same engine without intercooling. The specific power of the cycle also improved from 144 to 160 hp/lb/s (237 to 263 kW/kg/s), or 11%, due to intercooling.

High-Compression, Intercooled-Regenerative Cycle

Figure 12 is a cycle diagram for a high-compression intercooled-regenerative cycle engine. The compressor exit temperature of an uncooled 16:1 compressor would be 814 F (434 C), thereby limiting the value of θ to less than 200 F (93 C). Adding a regenerator alone does not improve a 16:1 simple-cycle engine because exhaust gas temperature could be lowered to only about 850 F (454 C). Placing an intercooler between a 4:1 low-pressure compressor and a 4:1 high-pressure compressor lowers compressor exit temperature to 419 F (215 C). A significant portion of the waste heat in the exhaust gas flow can now be recovered in a regenerator because the value of θ has increased to almost 550 F (290 C). As a result, thermal efficiency of the high-compression, intercooled-regenerative cycle is about 42% and specific power is 190 hp/lb/s (312 kW/kg/s). This represents a substantial improvement over the 16:1 simple-cycle engine.




Fig. 9 Thermal efficiency versus specific power of the simple and regenerative cycles with and without intercooling




| | | STATION | TEMP R | PRESS PSI | ENTH BTU/LB | FAR | MASSFLOW LB/SEC | EFFICIENCIES |
|---|---|---|---|---|---|---|---|---|
| AMBIENT TEMP = | 539.7 | | | | | | | |
| AMBIENT PRESS = | 14.7 | 2 | 539.7 | 14.6 | 128.95 | | 100.00 | ETAC = .8600 |
| FUEL LHV = | 18400. | 3 | 1040.5 | 116.4 | 250.98 | | 90.00 | ETAB = .9900 |
| PRESSURE RATIO= | 8.000 | 31 | 1585.8 | 115.3 | 391.81 | | 90.00 | ETAT1 = .9000 |
| BLEED FRACTION= | .100 | 4 | 2560.0 | 110.7 | 677.31 | .0161 | 91.45 | ETAT2 = .8800 |
| INLET LOSS = | 4. IN H20 | 5 | 2103.1 | 43.2 | 543.88 | .0161 | 91.45 | ETATH = .3824 |
| EXHAUST LOSS = | 6. IN H20 | 6 | 2005.7 | 42.4 | 515.01 | .0145 | 101.45 | SFC = .3617 |
| RECUP DELPC = | .0100 | 8 | 1646.4 | 16.8 | 414.47 | .0145 | 101.45 | |
| RECUP DELPH = | .0900 | 81 | 1646.4 | 16.3 | | .0145 | 101.45 | BHP = 14426.6 |
| OVB BLEED FRAC= | 0.0000 | 9 | 1165.8 | 14.9 | 286.17 | .0145 | 101.45 | WF = 5217.5 |
| REGEN EFF = | .900 | | | | | | | |

Fig. 10 Cycle diagram for a low-compression, regenerative-cycle engine




| | | STATION | TEMP R | PRESS PSI | ENTH BTU/LB | FAR | MASSFLOW LB/SEC | EFFICIENCIES | |
|---|---|---|---|---|---|---|---|---|---|
| AMBIENT TEMP = | 539.7 | | | | | | | | |
| AMBIENT PRESS = | 14.7 | 2 | 539.7 | 14.6 | 128.95 | | 100.00 | ETAC1= | .8600 |
| FUEL LHV = | 18400. | 25 | 756.3 | 41.2 | 181.08 | | 100.00 | ETAC2= | .8595 |
| WATER TEMP = | 535.000 | 27 | 557.1 | 39.5 | 133.13 | | 100.00 | | |
| PRESS RATIO LC= | 2.830 | 3 | 780.5 | 111.9 | 186.96 | | 90.00 | ETAB = | .9900 |
| PRESS RATIO HC= | 2.830 | 31 | 1555.2 | 110.8 | 383.68 | | 90.00 | ETAT1= | .9000 |
| BLEED FRACTION= | .100 | 4 | 2560.0 | 106.4 | 677.74 | .0166 | 91.49 | ETAT2= | .8800 |
| INLET LOSS = | 4.IN H2O | 5 | 2164.6 | 47.6 | 561.92 | .0166 | 91.49 | ETATH= | .4127 |
| EXHAUST LOSS = | 6.IN H2O | 6 | 2039.7 | 46.7 | 524.98 | .0149 | 101.49 | | |
| RECUP DELPC = | .010 | 8 | 1641.3 | 16.8 | 413.28 | .0149 | 101.49 | WF = | 5374.0 |
| RECUP DELPH = | .090 | 81 | 1641.3 | 16.3 | 413.28 | .0149 | 101.49 | SFC = | .3351 |
| RECUP EFF = | .900 | 9 | 960.7 | 14.9 | 233.85 | .0149 | 101.49 | BHP = | 16035.3 |
| INTERCOOL EFF = | .900 | | | | | | | | |

Fig. 11 Cycle diagram for a low-compression, intercooled, regenerative-cycle engine




| | | STATION | TEMP R | PRESS PSI | ENTH BTU/LB | FAR | MASSFLOW LB/SEC | EFFICIENCIES | |
|---|---|---|---|---|---|---|---|---|---|
| AMBIENT TEMP = | 539.7 | | | | | | | | |
| AMBIENT PRESS = | 14.7 | 2 | 539.7 | 14.6 | 128.95 | | 100.00 | ETAC1= | .8600 |
| FUEL LHV = | 18400. | 25 | 842.7 | 58.2 | 202.13 | | 100.00 | ETAC2= | .8701 |
| WATER TEMP = | 535.000 | 27 | 565.8 | 55.9 | 135.20 | | 100.00 | | |
| PRESS RATIO LC= | 4.000 | 3 | 878.9 | 223.6 | 210.99 | | 90.00 | ETAB = | .9900 |
| PRESS RATIO HC= | 4.000 | 31 | 1372.0 | 221.3 | 335.50 | | 90.00 | ETAT1= | .9000 |
| BLEED FRACTION= | .100 | 4 | 2560.0 | 212.5 | 680.27 | .0194 | 91.75 | ETAT2= | .8800 |
| INLET LOSS = | 4.IN H2O | 5 | 2005.4 | 65.8 | 517.90 | .0194 | 91.75 | ETATH= | .4163 |
| EXHAUST LOSS = | 6.IN H2O | 6 | 1903.5 | 64.4 | 487.73 | .0175 | 101.75 | | |
| RECUP DELPC = | .010 | 8 | 1426.8 | 16.8 | 355.96 | .0175 | 101.75 | WF = | 6301.3 |
| RECUP DELPH = | .090 | 81 | 1426.8 | 16.3 | 355.96 | .0175 | 101.75 | SFC = | .3322 |
| RECUP EFF = | .900 | 9 | 993.5 | 14.9 | 242.64 | .0175 | 101.75 | BHP = | 18965.7 |
| INTERCOOL EFF = | .900 | | | | | | | | |

Fig. 12 Cycle diagram for a high-compression, intercooled, regenerative-cycle engine

Accounting for Different Coolant Temperatures

In all previous calculations, an arbitrary flow of cooling bleed air equal to 10 lb/s (4.5 kg/s) was assumed to be extracted at the compressor exit prior to station 3. The results in Figures 10 through 12 show significant differences in the cooling capacity per unit mass flow, i.e., enthalpy/flowrate, despite the fact that turbine inlet temperature is 2100 F (1149 C) for all three hypothetical engine concepts. Since the low-compression, regenerative-cycle concept shown in Figure 10 has the higher coolant temperature, a minimum cooling capacity of about 25 Btu/lb per pound of coolant per second is assumed sufficient to operate at 2100 F (1149 C). Enthalpy of the coolant streams in Figures 11 and 12 is significantly lower due to compressor intercooling. Thus, comparable cooling capacity is obtained with reduced coolant flowrates. Coolant bleed fractions in the 8:1 and 16:1 intercooled, regenerative-cycle concepts can be reduced from 0.100 to 0.075 and 0.084, respectively. An alternative to reducing the flowrate of coolant in these concepts would be to increase the turbine inlet temperature. The heat transferred from the hot gas stream to the surface of a turbine airfoil can be expressed as:

$$q = \overline{h}_g A_g (T_g - T_s) \tag{4}$$

This must equal the heat removed by the coolant flowing through the hot structure:

$$q = M_c \overline{C}_p (T_c \text{ out} - T_c \text{ in}) \tag{5}$$

Combining the above equations gives:

$$\frac{M_c \overline{C}_p}{\overline{h}_g A_g} = \frac{(T_c \text{ out} - T_c \text{ in})}{(T_g - T_s)} \tag{6}$$

Coolant flowrate ($M_c$), airfoil gas-side heat transfer area ($A_g$), airfoil surface temperature ($T_s$), and the temperature of the coolant exiting the hot structure ($T_c$ out) are all constant in the above equation. Assuming the average specific heat ($\overline{C}_p$) and the integrated gas-side heat transfer coefficient ($\overline{h}_g$) do not change significantly, any decrease in coolant temperature entering the hot structure ($T_c$ in) will allow a similar increase in temperature of the hot gas ($T_g$). Thus, turbine inlet temperature in the 8:1 and 16:1 intercooled, regenerative-cycle concepts can be increased from 2100 F (1149 C) to 2360 and 2260 F (1300 and 1240 C), respectively. The variations in the calculations for the low-compression, intercooled, regenerative cycle as a result of decreased coolant flowrate or increased turbine inlet temperature are shown in Table 2. Similar calculations for the high-compression, intercooled, regenerative cycle are shown in Table 3. These calculations indicate that a much larger increase in thermal efficiency and output power results from increasing the turbine inlet temperature rather than decreasing the coolant flowrate.

## OFF-DESIGN PERFORMANCE

Although the addition of heat exchangers for intercooling and regeneration can significantly increase the design point efficiency over that of a comparable simple-cycle engine, variable area turbine nozzles are necessary to maintain a high efficiency at part load conditions. A study by Messerlie and Cox (4), the results of which are summarized in Table 4, considered both simple-cycle and regenerative-cycle engines having single-shaft and free-power-turbine configurations. Since the simple cycle favors high compression ratio and turbine inlet temperature, the ideal method of reducing its output power is to reduce airflow while maintaining turbine inlet temperature and compression ratio at their maximum values. Given the characteristic of any compressor, some reduction in airflow can be obtained at constant pressure ratio before the compressor's surge margin is reached. Further reduction in airflow must be accompanied by a reduction in pressure ratio to avoid compressor surge. The desired part load performance in a simple-cycle engine, single shaft or free-power-turbine configuration, can best be achieved within surge limits by incorporating variable area nozzles in the gasifier (compressor drive) turbine. Unfortunately, the gasifier turbine experiences the highest level of temperature in the engine, and the need for air-cooled nozzles further complicates the design of the variable area nozzles. Since the compression ratio in the regenerative cycle can vary over a wider range than the simple cycle without significant loss in thermal efficiency, the ideal method of reducing output power of the regenerative cycle is to reduce airflow while maintaining just the turbine inlet temperature at its maximum value. On the typical compressor map, a greater reduction in airflow can be obtained along the constant temperature operating line before intersecting the compressor's surge line than along a constant pressure line. Hence, a high thermal efficiency can be maintained over a wider power range with variable geometry in the regenerative cycle than in the simple cycle. The desired part load performance in the regenerative cycle can best be achieved by incorporating variable area nozzles in the free power turbine. An advantage with this configuration is that the gas temperature is low enough by the time it exits the gasifier turbine to not necessitate blade cooling in the free power turbine where the variable area nozzles are located. The exit temperature from the variable area power turbine increases as output power is reduced resulting in a significant increase in the value of regenerator temperature differential ($\theta$) at part load. The increasing value of $\theta$, the increasing regenerator effectiveness, and the decreasing regenerator pressure drop as airflow is reduced in the variable geometry twin-shaft regenerated engine can result in impressive off-design performance characteristics. As shown in Table 4, no significant effect on part load fuel consumption is obtained by incorporating variable area nozzles in the turbine of a single-shaft regenerative-cycle engine. Output power of such an engine cannot be significantly reduced by decreasing compression ratio, while airflow remains high due to constant speed operation and turbine inlet temperature remains high due to variable turbine geometry.

Gas turbines used in naval applications are required to operate at part load conditions for most of the total time utilized. Thus, the variation in thermal efficiency of a regenerated marine gas turbine is usually more important than its design point efficiency. Off-design performance can be accurately predicted for specific gas turbines like the LM2500 using its component performance maps, but the hypothetical engine concepts discussed previously are not based on specific components. The low-compression, 8:1, regenerative-cycle engine shown earlier in Figure 9 has cycle conditions similar to engines

Table 2. Adjusted Performance of the Low-Compression, Intercooled-Regenerative Cycle

(a) Assuming Decreased Coolant Flowrate

| AMBIENT TEMP = | 539.7 | STATION | TEMP R | PRESS PSI | ENTH BTU/LB | FAR | MASSFLOW LB/SEC | EFFICIENCIES | |
|---|---|---|---|---|---|---|---|---|---|
| AMBIENT PRESS = | 14.7 | 2 | 539.7 | 14.6 | 128.95 | | 100.00 | ETAC1= | .8600 |
| FUEL LHV = | 18400. | 25 | 756.3 | 41.2 | 181.08 | | 100.00 | ETAC2= | .8595 |
| WATER TEMP = | 535.000 | 27 | 557.1 | 39.5 | 133.13 | | 100.00 | | |
| PRESS RATIO LC= | 2.830 | 3 | 780.5 | 111.9 | 186.96 | | 92.50 | ETAB = | .9900 |
| PRESS RATIO HC= | 2.830 | 31 | 1578.7 | 110.8 | 389.92 | | 92.50 | ETAT1= | .9000 |
| BLEED FRACTION= | .075 | 4 | 2560.0 | 106.4 | 677.41 | .0162 | 94.00 | ETAT2= | .8800 |
| INLET LOSS = | 4.IN H2O | 5 | 2175.0 | 48.8 | 564.68 | .0162 | 94.00 | ETATH= | .4276 |
| EXHAUST LOSS = | 6.IN H2O | 6 | 2080.8 | 47.8 | 536.77 | .0150 | 101.50 | | |
| RECUP DELPC = | .010 | 8 | 1667.4 | 16.8 | 420.48 | .0150 | 101.50 | WF = | 5399.8 |
| RECUP DELPH = | .090 | 81 | 1667.4 | 16.3 | 420.48 | .0150 | 101.50 | SFC = | .3234 |
| RECUP EFF = | .900 | 9 | 946.8 | 14.9 | 230.36 | .0150 | 101.50 | BHP = | 16695.7 |
| INTERCOOL EFF = | .900 | | | | | | | | |

(b) Assuming Increased Turbine Inlet Temperature

| AMBIENT TEMP = | 539.7 | STATION | TEMP R | PRESS PSI | ENTH BTU/LB | FAR | MASSFLOW LB/SEC | EFFICIENCIES | |
|---|---|---|---|---|---|---|---|---|---|
| AMBIENT PRESS = | 14.7 | 2 | 539.7 | 14.6 | 128.95 | | 100.00 | ETAC1= | .8600 |
| FUEL LHV = | 18400. | 25 | 756.3 | 41.2 | 181.08 | | 100.00 | ETAC2= | .8595 |
| WATER TEMP = | 535.000 | 27 | 557.1 | 39.5 | 133.13 | | 100.00 | | |
| PRESS RATIO LC= | 2.830 | 3 | 780.5 | 111.9 | 186.96 | | 90.00 | ETAB = | .9900 |
| PRESS RATIO HC= | 2.830 | 31 | 1712.7 | 110.8 | 425.87 | | 90.00 | ETAT1= | .9000 |
| BLEED FRACTION= | .100 | 4 | 2820.0 | 106.4 | 757.58 | .0188 | 91.69 | ETAT2= | .8800 |
| INLET LOSS = | 4.IN H2O | 5 | 2432.9 | 51.8 | 642.01 | .0188 | 91.69 | ETATH= | .4393 |
| EXHAUST LOSS = | 6.IN H2O | 6 | 2285.5 | 50.7 | 597.26 | .0169 | 101.69 | | |
| RECUP DELPC = | .010 | 8 | 1816.2 | 16.8 | 462.81 | .0169 | 101.69 | WF = | 6088.4 |
| RECUP DELPH = | .090 | 81 | 1816.2 | 16.3 | 462.81 | .0169 | 101.69 | SFC = | .3148 |
| RECUP EFF = | .900 | 9 | 999.4 | 14.9 | 244.03 | .0169 | 101.69 | BHP = | 19339.6 |
| INTERCOOL EFF = | .900 | | | | | | | | |

Table 3. Adjusted Performance of the High-Compression, Intercooled-Regenerative Cycle

(a) Assuming Decreased Coolant Flowrate

| AMBIENT TEMP = | 539.7 | STATION | TEMP R | PRESS PSI | ENTH BTU/LB | FAR | MASSFLOW LB/SEC | EFFICIENCIES | |
|---|---|---|---|---|---|---|---|---|---|
| AMBIENT PRESS = | 14.7 | 2 | 539.7 | 14.6 | 128.95 | | 100.00 | ETAC1= | .8600 |
| FUEL LHV = | 18400. | 25 | 842.7 | 58.2 | 202.13 | | 100.00 | ETAC2= | .8701 |
| WATER TEMP = | 535.000 | 27 | 565.8 | 55.9 | 135.20 | | 100.00 | | |
| PRESS RATIO LC= | 4.000 | 3 | 878.9 | 223.6 | 210.99 | | 91.60 | ETAB = | .9900 |
| PRESS RATIO HC= | 4.000 | 31 | 1383.6 | 221.3 | 338.51 | | 91.60 | ETAT1= | .9000 |
| BLEED FRACTION= | .084 | 4 | 2560.0 | 212.5 | 680.11 | .0193 | 93.37 | ETAT2= | .8800 |
| INLET LOSS = | 4.IN H2O | 5 | 2015.0 | 67.3 | 520.55 | .0193 | 93.37 | ETATH= | .4246 |
| EXHAUST LOSS = | 6.IN H2O | 6 | 1928.8 | 66.0 | 495.00 | .0177 | 101.77 | | |
| RECUP DELPC = | .010 | 8 | 1439.7 | 16.8 | 359.48 | .0177 | 101.77 | WF = | 6354.1 |
| RECUP DELPH = | .090 | 81 | 1439.7 | 16.3 | 359.48 | .0177 | 101.77 | SFC = | .3257 |
| RECUP EFF = | .900 | 9 | 988.4 | 14.9 | 241.38 | .0177 | 101.77 | BHP = | 19507.6 |
| INTERCOOL EFF = | .900 | | | | | | | | |

(b) Assuming Increased Turbine Inlet Temperature

| AMBIENT TEMP = | 539.7 | STATION | TEMP R | PRESS PSI | ENTH BTU/LB | FAR | MASSFLOW LB/SEC | EFFICIENCIES | |
|---|---|---|---|---|---|---|---|---|---|
| AMBIENT PRESS = | 14.7 | 2 | 539.7 | 14.6 | 128.95 | | 100.00 | ETAC1= | .8600 |
| FUEL LHV = | 18400. | 25 | 842.7 | 58.2 | 202.13 | | 100.00 | ETAC2= | .8701 |
| WATER TEMP = | 535.000 | 27 | 565.8 | 55.9 | 135.20 | | 100.00 | | |
| PRESS RATIO LC= | 4.000 | 3 | 878.9 | 223.6 | 210.99 | | 90.00 | ETAB = | .9900 |
| PRESS RATIO HC= | 4.000 | 31 | 1458.2 | 221.3 | 358.04 | | 90.00 | ETAT1= | .9000 |
| BLEED FRACTION= | .100 | 4 | 2720.0 | 212.5 | 729.65 | .0210 | 91.89 | ETAT2= | .8800 |
| INLET LOSS = | 4.IN H2O | 5 | 2173.6 | 71.4 | 567.53 | .0210 | 91.89 | ETATH= | .4394 |
| EXHAUST LOSS = | 6.IN H2O | 6 | 2057.5 | 70.0 | 532.54 | .0189 | 101.89 | | |
| RECUP DELPC = | .010 | 8 | 1522.6 | 16.8 | 382.41 | .0189 | 101.89 | WF = | 6810.5 |
| RECUP DELPH = | .090 | 81 | 1522.6 | 16.3 | 382.41 | .0189 | 101.89 | SFC = | .3148 |
| RECUP EFF = | .900 | 9 | 1014.7 | 14.9 | 248.30 | .0189 | 101.89 | BHP = | 21637.5 |
| INTERCOOL EFF = | .900 | | | | | | | | |

Table 4. Potential Value of Variable Geometry According to Gas Turbine Engine Configuration

| Free Shaft Configuration | Potential Value of Variable Geometry in: | | |
|---|---|---|---|
| | Gasifier Turbine | Power Turbine | Both Turbines |
| Simple Cycle | Effective means of reducing part load SFC | Detrimental effect on SFC | No added advantage over variable gasifier turbine alone |
| Regenerative Cycle | Detrimental effect on SFC | Effective means of reducing part load SFC | No added advantage over variable power turbine alone |

| Single Shaft Configuration | Potential Value of Variable Geometry in Single Drive Turbine |
|---|---|
| Simple Cycle | Effective means of reducing SFC provided pressure ratio is maintained constant |
| Regenerative Cycle | No significant effect on part load SFC |

analyzed by Messerlie and Cox (4) and others (5,6). The off-design performance trends defined in these analyses indicate the relative benefits of variable geometry when incorporated in both the simple-cycle and regenerative-cycle engines. Figure 13 illustrates the trend in specific fuel consumption as a function of percent power, assuming constant power turbine speed across the entire operating range. Specific fuel consumption is represented as ratios of part load to design point values to account for differences in actual values resulting from variations in cycle assumptions among the analyses. Figure 13(a) shows the trends for a simple-cycle engine with and without variable area nozzles in the gasifier turbine, while Figure 13(b) shows the trends for a regenerative-cycle engine with and without variable area nozzles in the power turbine. Using these curves, the approximate variations in specific fuel consumption of a low-compression, regenerative-cycle engine (i.e., Figure 10) and an equivalent simple-cycle engine were compared in Figure 14. Comparison of the upper two curves in Figure 14 indicates that adding variable area nozzles (VANs) to the gasifier turbine of a simple cycle reduces specific fuel consumption up to 10% as power is reduced to 30% of the design point output. Adding a regenerator to the baseline simple cycle results in a nearly constant fuel savings of 36% between full power and 50% power. The reduction in specific fuel consumption increases from 37% to 57% as power is decreased from 50% to 20% of full power, respectively. Adding VANs to the power turbine of a regenerative cycle increases the fuel savings at 50% power from 37% without VANs to 55% with VANs, and increases the fuel savings at 20% power from 57% without VANs to 73% with VANs. The significant advantage at part load conditions due to incorporating VANs in the power turbine warrants serious consideration for regenerated marine gas turbines which will operate a large part of the time below 60% of full power.

SUMMARY

Today's simple-cycle marine gas turbines have thermal efficiencies which range from 22% to 38% based on ISO conditions. In the past, improvement in the thermal efficiency of the simple cycle has




(a) Simple cycle




(b) Regenerative cycle

Fig. 13 Relative specific fuel consumption versus percent power for various engine configurations




Fig. 14 Specific fuel consumption versus percent power for low-compression engine configurations

been achieved by increasing compression ratio and turbine inlet temperature, but to reach a thermal efficiency of 50% will require a significant advance over the state of the art. Modifying the simple cycle to include heat exchangers for regeneration and intercooling will yield a similar improvement without raising compression ratio and turbine inlet temperature above current values. Regeneration alone can only benefit engines having low-to-moderate-compression ratio and exhaust gas temperature above 1000 F (538 C) because a significant temperature differential between turbine exhaust gas and compressor exit air is necessary for effective waste heat recovery. Compressor intercooling increases this temperature differential in engines with low- or high-compression ratio. The moderate-to-high-compression ratio engine will not benefit from regeneration unless the compressor is intercooled. Cycle calculations have shown that a thermal efficiency of about 45% can be obtained with the intercooled-regenerative cycle based on derated operating conditions. Thus, a specific fuel consumption of approximately 0.32 lb/hph (195 g/kWh) is predicted for a cycle having turbomachinery assumptions which represent state-of-the-art marine gas turbine technology. Under similar conditions, today's simple-cycle engine would have a specific fuel consumption of about 0.42 lb/hph (225 g/kWh) even with a 16:1 compression ratio. Incorporating variable area nozzles in the engine's power turbine will allow specific fuel consumption to be maintained near the design point level while power is reduced by perhaps as much as 50% of rated output. Since the typical duty cycle for a marine application has the majority of operating hours occurring at part load, variable geometry is a very desirable characteristic for regenerated marine gas turbines. Obviously the size and weight of the engine will increase due to the addition of both an intercooler and regenerator to the cycle. The volume and weight constraints aboard a 4000- or 8000-ton naval vessel are not nearly as severe as in an automobile, but lightweight, compact heat exchangers are a desirable characteristic for a regenerated marine gas turbine also. Part II of this paper will examine the various types of regenerators and discuss the advantages and disadvantages of each for marine applications. Tradeoffs between plate-fin recuperator size and weight, matrix geometry, and performance are examined in detail in Part II also.

REFERENCES

1 Hodge, J., Cycles and Performance Estimation, Academic Press, New York, 1955.

2 Woodward, J. B., Marine Gas Turbines, Wiley & Sons, New York, 1975.

3 Kerrebrock, J. L., Aircraft Engines and Gas Turbines, MIT Press, Cambridge, Mass., 1977.

4 Messerlie, R. L. and Cox, D. M., "Study of Variable Turbine Geometry for Small Gas Turbine Engines," USAAVLABS Technical Report 67-19, Detroit Diesel Allison Div. of General Motors Corp., Apr 1967.

5 Tameo, R. W., et al, "Regenerative Engine Analysis," USAAVRADCOM Technical Report 80-D-18, General Electric Co., Oct 1980.

6 Schwaar, P., et al, "Regenerative Engine Analysis Program," USAAVRADCOM Technical Report 80-D-29, AVCO Lycoming Div., Jan 1981.