absorbed by said high pressure compressor,

j. An axial flow low pressure turbine with at least one stage mounted in said second casing connected directly to said high pressure turbine to receive the exhaust therefrom and drivingly connected directly to said low pressure compressor by means of a second shaft passing coaxially through said high pressure turbine open hub, said high pressure hollow shaft and said high pressure hollow compressor whereby a flexible coupling and spacer shaft assembly is positioned between said second shaft and said low pressure compressor, the power developed by said low pressure turbine being substantially wholly absorbed by said low pressure compressor,

k. An axial flow annular discharge duct and flange mounted in said second casing connected directly to said low pressure turbine to receive the exhaust therefrom and to provide means for connecting thereto the hot gas generated:

in which said low pressure compressor of said hot gas generator contains multiple stages to accomplish a compression ratio no greater than about 3.2 and in which said high pressure compressor of said hot gas generator contains multiple stages to accomplish an overall compression ratio for both low and high pressure compressors of at least about 35.

3 ~~54~~. A reheat gas turbine system with substantially axial flow of the high velocity working fluid from inlet to exhaust with a common, single, axial centerline for the production of power comprising in combination:

a. A pre-assembled single casing hot gas generator as defined in claim 1 ~~52~~,

b. One or more externally mounted intercooler assemblies connected to said hot gas generator by means of external inlet and exhaust piping wherein the low pressure compressor compressed air is cooled,

c. An annular axial flow diffuser assembly detachably attached to said hot gas generator wherein the high velocity of the exiting gas from said gas generator is

JJR July 17, 85

JJR July 17, 85

11036

JJR
July 17 85

substantially reduced and the velocity pressure is substantially wholly converted to static pressure,

d. A reheat combustor assembly detachably attached to said diffuser assembly whereby said reheat combustor assembly raises the temperature of the diffused hot gas by burning fuel therein,

e. A power turbine assembly detachably attached to said reheat combustor assembly wherein the heated reheat gas is expanded to produce power.

4 ~~55~~. A reheat gas turbine system with substantially axial flow of the high velocity working fluid from inlet to exhaust with a common single axial centerline for the production of power comprising in combination:

a. A pres-assembled dual casing hot gas generator as defined in claim 2 ~~53~~,

b. One or more externally mounted intercooler assemblies connected to said hot gas generator by ~~my~~ means of external inlet and exhaust piping wherein the low pressure compressor compressed air is cooled,

c. An annular axial flow diffuser assembly detachably attached to said hot gas generator wherein the high velocity of exiting gas from said gas generator is substantially reduced and the velocity pressure is substantially wholly converted to static pressure,

d. A reheat combustor assembly detachably attached to said diffuser assembly whereby said reheat combustor assembly raises the temperature of the diffused hot gas by burning fuel therein,

e. A power turbine assembly detachably attached to said reheat combustor assembly wherein the heated reheat gas is expanded to produce power.

14

5 ~~56~~. A gas generator as defined in claim 1 ~~52~~ wherein the low pressure compressor has four to six stages with a flow pitch line radius $r_2$ ranging between 2.2 to 3.0 times the length of the pitch line radius $r_3$ of the high pressure compressor.

6 ~~57~~. a gas generator as defined in claim 5 ~~56~~ wherein the low pressure compressor has a preferred pitch line radius $r_2$ 2.75 times the length of the pitch line radius $r_3$ of the high pressure compressor.

7 ~~58~~. A gas generator as defined in claim 1 ~~52~~ wherein the low pressure compressor discharge housing has a radial parallel straight wall vaneless diffuser and struts to tie the sidewalls of said diffuser together.

8 ~~59~~. A gas generator as defined in claim 1 ~~52~~ wherein the low pressure compressor overhung bearing arrangement with canti-lever support struts incorporates an anti-friction steel ball type bearing.

9 ~~60~~. A gas generator as defined in claim ~~claims 52~~ 1 or 2 ~~and 53~~ wherein the high pressure compressor discharge air is raised to a temperature level as high as 2600°F or higher in the combustion apparatus.

10 ~~61~~. A gas generator as defined in claim 5 ~~56~~ wherein said gas generator is sized for an airflow of 300 lb/sec and wherein the low pressure compressor, the low pressure turbine shaft and the low pressure turbine all rotate at about 3600 RPM.

11 ~~62~~. A gas generator as defined in claim ~~claims 52~~ 1 or 2 ~~and 53~~ wherein said gas generator is sized for an air flow of 300 lb/sec wherein the high pressure compressor has eleven or more axial stages and wherein the said high pressure compressor, the high pressure shaft and the high pressure turbine all rotate at about 8500 RPM.

12 ~~63~~. A gas generator as defined in claim ~~claims 52~~ 1 or 2 ~~and 53~~ wherein the high pressure compressor has eleven or more stages and wherein said high pressure compressor has a pressure ratio ranging from twelve to twenty-four.

13 ~~64~~. A reheat gas turbine as defined in claim ~~claims 54~~ 3 or ~~and~~ 4 ~~55~~ of varying size wherein the low and high pressure compressors,

low and high pressure turbines and combustion apparatus dimensions are varied through dynamic similarity principles to allow an airflow variation passing through said reheat gas turbine to range from 50 lb/sec upwards to 500 lb/sec.

14 ~~65~~. A reheat gas turbine as defined in claim 13 ~~64~~ with a power output of the power turbine ranging from 15,000 KW upwards to 200,000 KW.

c 15 ~~66~~. A reheat gas turbine as defined in claim 3 ~~claims 54~~ or ~~and~~ 4 ~~55~~ wherein the power turbine is an axial flow multi stage turbine which receives reheated gas at a total pressure ranging from 4 to 9 atmospheres and expands said hot gas to essentially atmospheric pressure.

c 16 ~~67~~. A reheat gas turbine as defined in claim 3 ~~claims 54~~ or ~~and~~ 4 ~~55~~ wherein the reheat assembly incorporates an annular combustor and the gas generator exit gas is reheated to a temperature ranging from 2000°F to 2500°F by means of said annular combustor.

c 17 ~~68~~. A reheat gas turbine as defined in claim 3 ~~claims 54~~ or ~~and~~ 4 ~~55~~ wherein the intercooler means cools said low pressure compressor discharge air by heat exchange whereby the coolant is water.

c 18 ~~69~~. A reheat gas turbine as defined in claim 3 ~~claims 54~~ or ~~and~~ 4 ~~55~~ wherein the intercooler means is by heat exchange and whereby the coolant is water, ammonia or a mixture thereof and whereby the cooling effectiveness of the intercooler means is as high as 95 percent and the approach temperature of the cooled low pressure compressor air to the coolant is as low as 10°F.

c 19 ~~70~~. A reheat gas turbine as defined in claim 3 ~~claims 54~~ or ~~and~~ 4 ~~55~~ wherein the coolant of the intercooler means is water and wherein the intercooler means is a water spray direct contact apparatus whereby water is sprayed directly into the hot low pressure compressor discharge air to cool said hot discharge air by direct contact evaporation and humidification and whereafter the evaporated water is compressed in the high pressure compressor as an air/steam mixture.

11

c 20 71. A reheat gas turbine as defined in claim 3 or ~~claims~~ 54 ~~and~~ 4 ~~55~~ wherein the intercooler means coolant is water and wherein the said coolant cools the hot low pressure compressor discharge air by heat exchange and whereby the coolant after being heated by the said hot low pressure air is cooled by ambient air through direct contact of the ambient air with the coolant water wherein direct contact and evaporation cools said coolant water and wherein said cooled coolant thereafter is recirculated to said intercooler means in an open cycle.

c 21 72. A reheat gas turbine as defined in claim 3 or ~~claims~~ 54 ~~and~~ 4 ~~55~~ wherein the intercooler means coolant is water, ammonia or a mixture thereof and wherein the hot low pressure compressor discharge air is cooled by heat exchange and whereby the coolant after being heated by said hot low pressure air is cooled by heat exchange whereby ambient air is blown over heat exchange media wherein said cooled coolant thereafter is recirculated to said intercooler means in a closed cycle.

End

REMARKS

All claims have been revised and rewritten to overcome the objections raised by the examiner in regard to dual, replete wording, vague/ambiguous/indefinite wording, unbased comparison and structural limitations. No new claims have been added. It is felt that the claims as now written are clear. They are necessarily long in view of the examiner's rejection of such terms as "coaxial shafting" etc. Otherwise, a simple explanation of a "twin spool gas generator" could be used to shorten claims 52 and 53.

Claims 1, 2, 3 and 4 have been rewritten and renumbered as claims 52, 53, 54 and 55 to overcome dependency limitations, redundancy and clarification of structure. Further limitations have been added.

It is believed by this inventor that the claims are now clarified to overcome the rejections under 35 U.S.C.103.

17

The Blackwell patent '802 describes a twin spool gas generator but without intercooling connections and, further, the low pressure compressor diameter is essentially the same as the high pressure compressor. No variable stator blades are used for either the low or high pressure compressor. No low pressure compressor single bearing overhung cantilever arrangement is used. The Sens patent '412 likewise shows a twin spool gas generator but without any intercooling. The low pressure and high pressure compressors are essentially the same diameter. No variable stator blades are used in either compressor. No low pressure compressor single bearing overhung cantilever arrangement is used as in this inventor's invention.

The Price patent '683 in reality shows a single shaft gas generator with a speed reducing gear placed between the high pressure compressor and low pressure compressor. The speed reducing gear makes it possible to match the lower speed requirements of the larger diameter low pressure compressor with the single shaft high speed turbine. The low pressure compressed air is intercooled and returned to the high pressure compressor by a very restricted return duct wherein very high velocities and high pressure losses are obviously encountered. Also the low pressure compressor is carried by two bearings and not a single bearing as in this inventor's invention. My invention uses a separate turbine to drive the low pressure compressor to obtain a reduced rotational speed required by the low pressure compressor to make it possible to increase the low pressure compressor flow pitchline diameter for the special ducting. The speed reducing gear is eliminated in my invention.

The Stubs patent '499 covers a single shaft turbo-compressor with an axial flow low pressure compressor and a radial inflow centrifugal high pressure two stage compressor. The exit duct and return inlet duct are both radial. The return duct is not "S" shaped. Both the low pressure compressor and high pressure compressor run at the same speed and there is

no independent speed flexibility. No variable stator blades are used in either compressor - particularly the high pressure two stage centrifugal. The bearing arrangement is different.

The Price patent '745 incorporates an axial flow low pressure compressor and a radial inflow two stage centrifugal high pressure compressor. Both compressors run at the same RPM and are driven by a single turbine. No variable stator blades are employed. The bearing arrangement is quite different. The outer casing diameters of both compressors are essentially the same.

The Schwaar patent '880 does not apply intercooling or variable stator blades. The reverse flow around the corner combustor uses a high velocity duct to a turbine and not a low velocity duct to a compressor. It must be remembered that the pressure is much greater at the combustor discharge and cross-sectional areas and velocities encountered are misleading. Nothing is said about velocity in the patent.

There are no existing gas generators with or without intercooling that have ever been built or contemplated, to this inventor's knowledge, with the arrangements of claims 52 and 53 wherein a cycle pressure ratio (CPR) of over 38 has been achieved. The LM5000 operates at a 30 cycle pressure which is the highest ratio of any production engine. A single research gas generator with a 38 CPR was recently built and tested by General Electric Co. under the NASA $E^3$ program. However, no such twin spool gas generators have been contemplated, to this inventor's knowledge, to operate with CPRs upwards of 65 with a preferred CPR of 50. The intercooling arrangement of my invention makes this high CPR level possible and retains the features of a twin spool single casing design.

The gas generators of claims 52 and 53 could possibly be used in the process industry for plants such as butadiene or fluid catalytic crackers. This inventor's gas generators could also possibly be used for pressurized coal fluidized

beds for power generation, but the chief application and the intended application is for the reheat gas turbine of claims 54 or 55 wherein the higher cycle pressure can be appropriately utilized.

The high pressure compressor of my invention utilizes variable stator blades to achieve high compression ratios at a single operating speed. The aforementioned GE $E^3$ engine has a high pressure compressor compression ratio of 23 where variable stator blades are used. Without variable stator blades an axial flow compressor operating at one speed is limited to about 14. Twin and three spool gas generators make higher overall CPRs possible in jet engines, but no jet has achieved CPRs above 30 even with dual, triple spools in combination with variable stator blades with the exception of the GE $E^3$ engine. High pressure variable stator blade limitation has been added to claims 52 and 53.

The combination of the two compressors of my invention coupled with the intercooler arrangement of my invention makes it possible to achieve CPRs ranging from 35 to 65. The intercooling increases the low pressure air density and lowers the high pressure compressor inlet temperature to make possible the higher overall cycle pressure.

The low pressure compressor of my invention utilizes a single bearing overhung compressor arrangement. There is a limit as to how many stages and how large a rotor drum can be physically carried by the single bearing design with cantilever support. Not only does the bearing and drum have to be cantilevered, but the compressor stator blades and outer casing have to also. Therefore, the proposed low pressure compressor design is well suited for my invention where low pressure ratios no greater than 3 are required and where no more than 6 compressor stages are required.

The low pressure bearing and compressor arrangement in claim 52 coupled with the larger diameter of the low pressure compressor makes it possible to devise a compressor outlet diffuser and discharge duct and an "S" shaped return duct tucked under the outlet with very low pressure losses,

particularly the return duct where adequate volumetric space is made available to realize a low return velocity of some 50 to 75 feet/sec and a total pressure loss of about .25 percent. It is well established that pressure drop and frictional losses vary as the square of the velocity. Therefore, velocity is critical, particularly where the air turns into the compressor blading. Also, flow distortions are minimized to the inlet of the high pressure compressor. Such distortions, eddy currents, swirls, etc. created by high velocities at turns can be very detrimental to the compressor blading causing vibrational problems. Limitations of return velocity and pressure drop have been included in claim 52.

As a supporting document, ASME Paper 84-GT-128 marked Exhibit A is included. The paper, written by this inventor, has been selected to be reprinted in the <u>International Journal of Turbo and Jet Engines</u>. It was selected by a group of professors from the Massachusetts Institute of Technology, Haifa University, and Cranfield Institute of Technology, UK as worthy of World recognition and disbursement. The Journal is printed in The Hague and the paper will appear in an issue later this year. The paper, thus, will carry full Journal status.

It is believed that the application set forth by independent claims 52-55 and dependent claims 56-72 is now in proper form to be issued as a patent. My invention goes beyond what has been done in the past with intercooling and it advances the state-of-the-art of high CPR gas generators. It is believed that the unique features, arrangements and parameters are not obvious and are inventive in nature, and are, therefore, patentable.

Respectfully submitted,

Ivan G. Rice
Independent Inventor

P.O. Box 233
Spring, Texas 77383
(713) 353-5040

CERTIFICATE OF MAILING

This is to certify that on this date I deposited this correspondence with the U.S. Postal Service as first-class mail in an envelope addressed to the Commissioner of Patents, Washington D.C., 20231

Ivan G. Rice
July 25, 1985

11334

THE AMERICA[illegible] S[illegible]TY OF MECHANICAL ENGINEERS
3[illegible] [illegible] New York, N.Y. 10017

The Society shall not be responsible for statements or opinions advanced in papers or in discussion at meetings of the Society or of its Divisions or Sections, or printed in its publications. Discussion is printed only if the paper is published in an ASME Journal. Released for general publication upon presentation. Full credit should be given to ASME, the Technical Division, and the author(s). Papers are available from ASME for nine months after the meeting.
Printed in USA.

84-GT-128

EXHIBIT A

# EVALUATION OF THE COMPRESSION-INTERCOOLED REHEAT-GAS-TURBINE-COMBINED CYCLE

Ivan G. Rice, P.E.
Consultant
Spring, Texas
Fellow Member, ASME

*ABSTRACT*

*Interest in the reheat-gas turbine (RHGT) as a way to improve combined-cycle efficiency is gaining momentum. Compression intercooling makes it possible to readily increase the reheat-gas-turbine cycle-pressure ratio and at the same time increase gas-turbine output; but at the expense of some combined-cycle efficiency and mechanical complexity. This paper presents a thermodynamic analysis of the intercooled cycle and pinpoints the proper intercooling pressure range for minimum combined-cycle-efficiency loss. At the end of the paper two-intercooled reheat-gas-turbine configurations are presented.*

## INTRODUCTION

The reheat-gas-turbine combined cycle is being seriously considered as a way to obtain a higher combined-cycle efficiency than otherwise obtainable from the simple-cycle gas turbine. The Japanese government is well along in testing its 122MW reheat-gas turbine (1) and full-test results should be made available in 1984.

The Japanese reheat-gas-turbine configuration incorporates compression intercooling to accomplish a 55 cycle-pressure ratio. The projected combined-cycle efficiency target is given as 55 percent LHV which is considerably higher than can be achieved with the simple-cycle gas turbine operating at an equal firing temperature.

Studies of the non-intercooled reheat-gas-turbine combined cycle have been reported in previous ASME papers (2, 3, 4, 5, 6, 7, 8 and 9). These papers presented optimumization of combined-cycle efficiency, the latter papers being based on future advanced high-cycle pressure-ratio aero-derivative gas generators being developed by General Electric and Pratt and Whitney as an outcome of a $200,000,000 NASA Research and Development program. This $E^3$ (energy-efficient engine) program has been very successful and spin-off high-cycle pressure-ratio technology is now being incorporated in the third generation fan-jet engines presently being designed and readied for commercial aircraft. These engines will be available in the time frame of 1986-88 (10, 11).

Industrializing these third-generation fan-jet gas generators is inevitable, based on history; but such extension will take time and development money. In the meantime, there are several existing gas generators, such as the Allison 570-K, the R-R RB211 and the GE LM 2500/5000 which are candidates for the compression intercooled reheat-gas-turbine combined cycle. The future third-generation gas generators are likewise to be considered adaptable for intercooling.




Fig. 1 Cycle schematic diagram of the intercooled reheat gas turbine

The Japanese (Ishikawajima-Harima Heavy Industries Co.Ltd.) made an in-depth study in 1975 supercharging the LM2500 to raise the compressor-discharge pressure from 18 to 30 atmospheres. Intercooling was contemplated and a combined steam-gas cycle was incorporated, but no gas reheat was proposed (12). The study superceded the development of the 30 CPR LM5000. This reference is given to indicate past investigations.

The ensuing paper presents a thermodynamic analysis of

the intercooled reheat cycle which point to the desired intercooler pressure to minimize combined-cycle-efficiency loss. The paper indicates the combined-cycle losses to be expected using intercooling and also the expected gain in gas-turbine output to be realized. Two different reheat-gas-turbine configurations with compression intercooling are presented at the end of the paper. Optimization data of the analysis form the basis for these two arrangements.

CYCLE ARRANGEMENT AND ASSUMPTIONS

The general reheat-gas-turbine cycle arrangement is given in the schematic diagram of Figure 1. The air is compressed in a low-pressure compressor (LPC) which is driven coaxially by the low-pressure gas-generator turbine (GGT). The air is diffused and then ducted to an intercooler (IC) where the air is cooled before being ducted back to the high-pressure compressor (HPC). The high-pressure air at 40 to 60 atmospheres is heated in the first combustion chamber (CC), is then expanded through the GGT, is subsequently fully diffused and then reheated in the second combustion chamber and is finally expanded through the power turbine (PT) to drive the load. The hot exhaust gases generate steam in a conventional 2400 psig (16.65 MPa) reheat-steam turbine.

The intercooler can be made in two sections with condensate being used to cool the high end and cooling water used to cool the low end as shown in Figure 1.

Intercooler Losses

The following pressure losses are assumed for the intercooler and are considered to be typical of what can be expected. The losses are expressed as percentages of the compressor intercooler total pressure.

| | |
|---|---|
| LPC Diffuser Loss - % | .50 |
| LPC Exit Loss - % | .25 |
| IC Loss - % | 2.00 |
| HPC Entrance Loss - % | .25 |
| Total Loss - % | 3.00 |

Incremental parasitic heat and mechanical losses that must be assigned to the incremental additional work saved by the intercooling process are also associated with the intercooler. These losses are assumed to be constant at five percent of the gross incremental work saved and are listed as follows:

| | |
|---|---|
| Generator Loss | Bearing Loss |
| Combustion Loss | Air Leakage |
| Radiation Loss | Auxiliary Loss. |

The intercooler is sized to effect an exit temperature of 100°F (37.8°C) when considering a standard 59°F (15°C) day. The minimum approach temperature is thus considered to be 41°F (22.8°C).

Compression Efficiency

The adiabatic compression efficiencies of both the low-pressure and high-pressure compressors are assumed to be 88 percent. No attempt is made to increase the efficiency at the low-pressure end or decrease the efficiency at the high end to simulate what actually takes place.

Combined Cycle Without Intercooling

Careful studies of the non-intercooled reheat-gas-turbine combined cycle have produced data for the three graphs shown in Figure 2 (6, 7, 8). Note that three different gas-turbine firing temperatures are shown, namely: (a) 2400/2100°F, (b) 2600/2200°F and (c) 2600/2400°F, (1316/1149°C, 1427/1204°C, 1427/1315°C). Also, as can be seen, two different steam-reheat-temperature levels are given for the 2400 psig (16.65 MPa) initial pressure. These are: 1000/1000°F (538/538°C) and 1100/1050/850°F (593/566/554°C) for the double reheat.




Fig. 2 Combined-cycle efficiency curves for non-intercooled reheat gas turbines

Each curve representing the gas-turbine and steam-turbine-temperature conditions peaks out at a specific-cycle-pressure ratio as shown at Points A (38 CPR), B (44 CPR) and C (48 CPR). These three curves are considered as the basic standards for comparing the intercooled cycle in terms of overall-maximum-cycle efficiency obtainable for the conditions given.

Referring to Figure 1 again, it is assumed that the work saved by compression intercooling is extracted through Shaft A and that the rest of the reheat-gas-turbine cycle remains unchanged with the exception of incremental heat being added to the first combustor to heat the air back to the original-compressor-discharge temperature associated with the non-intercooled compression for any given cycle-pressure ratio.

This procedure greatly simplifies the analysis and neglects the small variations introduced by the heat required to vaporize and/or heat the fuel, the expansion work of the fuel itself and the slight increase in the second-combustor pressure due to the savings in compression work and the incremental-fuel-expansion work when considering a fixed exhaust temperature. Also, the very small amount of low-level heat recovery by the condensate, if this scheme is used, is neglected for the sake of simplicity.

Finally, with reference to Figure 2, the three basic non-intercooled gas turbines employ steam as the blade and combustor coolant and therefore, a lower-compressor-discharge temperature resulting from the intercooling and resulting cooling-air fluctuations does not enter into the RHGT cycle to distort the results.

Compression Thermodynamics

There are three basic thermodynamic formulas to apply in calculating compression work and temperature rise.



11336

The first formula deals with the change in enthalpy of the air and thus the work of compression:

$$H_2 - H_1 = \frac{wC_p(T_2 - T_1)}{n} \qquad (1)$$

where $(H_2 - H_1)$ is the enthalpy change and work required, w is the weight flow, $C_p$ is the specific heat considered to be constant, $(T_2 - T_1)$ is the change in temperature resulting from the compression at constant entropy and n is the adiabatic compression efficiency.

The second formula gives the relationship of temperature and pressure ratio as follows:

$$T_2 = T_1 \left(\frac{P_2}{P_1}\right)^{\frac{k-1}{k}} \qquad (2)$$

where $T_2$ is the absolute temperature after compression, $P_2$ is the absolute pressure after compression, $P_1$ is the absolute initial pressure and k is the gas constant (ratio of the two specific heats $(C_p/C_v)$ ). This formula is based on a constant entropy compression with no losses, thus, at 100 percent efficiency.

The third formula is a combination of the two previous formulas and gives the temperature rise of compression which is directly related to the work of compression and the heat content of the air:

$$\frac{(H_2 - H_1)}{w\,C_p} = \frac{(T_2 - T_1)}{n} = \frac{T_1\left[\left(\frac{P_2}{P_1}\right)^{\frac{k-1}{k}} - 1\right]}{n} \qquad (3)$$

The specific heat of air (Cp) is considered to have a constant value of .24 BTU/lb - °F (1.005 KJ/Kg - °C) and the gas constant, k, is considered to be 1.4.

The aforestated three formulas and assumptions will produce close results which are valid for incremental compression work saved through intercooling and incremental heat added after compression to raise the temperature back to the non-intercooled level. More exact results using the gas tables (13) are not warranted for comparison and relative compression work and changes in cycle efficiencies.

INTERCOOLING MODEL

Formulas (1), (2) and (3) can be used to develop plots of temperature versus pressure ratio as given in Figure 3 where, for an inlet temperature of 59°F (15°C), the outlet temperature for any given ratio is plotted against the natural log of the pressure ratio. The natural log of pressure ratio is used to shrink the higher-pressure-ratio scale and broaden the lower-ratio scale where needed for closer analysis. The actual pressure ratios are given by the lower scale for easy reference.

Air is compressed from Point 1 to Point 5 without intercooling. This locus of temperature points is used as a standard for comparison.

Considering intercooling, air is first compressed from Point 1 to Point 2 at which point the air is cooled by the intercooler to Point 3. The air is then compressed further to Point 4. The total work of compression is represented by the sum of the two temperature differences: accordingly $(T_2 - T_1) + (T_4 - T_3)$. This temperature difference summation is given as Point 6 in Figure 3. Obviously, the incremental work saved by the intercooling process is represented by $(T_5 - T_6)$.

The extra heat required to heat the air back to the temperature without intercooling and thus the incremental heat to be added is represented by $(T_5 - T_4)$ in Figure 3.

The intercooling pressure at $T_2$ can be varied from a pressure ratio of 1 to 60, for purposes of analysis, giving complete data of incremental work saved and incremental heat added. The incremental cycle efficiency is then readily calculated using formula (4) which incorporates the 5 percent parasitic losses:

$$E_i = \left[1 - \frac{T_2 - T_3}{T_5 - T_4}\right] \times .95 \qquad (4)$$

where $E_i$ is the incremental cycle efficiency of the intercooling process and where the numerical subscripts refer to Figure 3.




Fig. 3 Graph of temperature versus the natural log of pressure ratio for non-cooled and intercooled compression C=5/9(F - 32)

This analysis assumes that the compression work saved will be hypothetically extracted out Shaft A of Figure 1 so that the rest of the cycle is not disrupted. This assumption is valid for purposes of a general analysis within the scope of accuracy of the other assumptions. The total cycle would have to be evaluated for precise accuracy where more exact values of compression efficiency, expansion efficiency, pressure losses and the like are known for a specific design.

First considering no intercooler pressure loss and considering the air to be cooled all the way to the standard inlet temperature of 59°F (15°C), a graph of incremental cycle efficiency versus the natural log of cycle-pressure ratio is obtained as given in Figure 4 for two total cycle-pressure ratios (CPRs) of 40 and 60, the general area of concern. Note that Figure 3 presents an example for a CPR being intercooled at a 4 pressure ratio.

It can be seen that the incremental cycle efficiency is maximum at very low intercooling pressures (actually zero) and falls off as the intercooling pressure rises. The efficiency is zero at full cycle pressure because no incremental work is saved. Also, it can be noted, as ascertained from Figure 2, that the combined-cycle efficiency range is from 55 to 60 percent as shown by the shaded area of Figure 4. Therefore, the only way intercooling can possibly improve or equate to the known combined cycle efficiency is in the low intercooling pressure

ratio range of zero to 3 when considering high-turbine inlet temperatures above 2400°F (1316°C). Beyond a pressure ratio of 3, the combined cycles of Figure 2 (Points A, B and C) will be degraded in proportion to the amount of incremental work saved and the incremental efficiency derived.

REALISTIC INTERCOOLING INCREMENTAL CYCLE EFFICIENCY

Using the model of Figure 3 developed from Formula (4) and the zero intercooler pressure loss target curves of Figure 4, more realistic plots of incremental efficiency versus intercooling-pressure ratio can now be developed for both the 40 CPR and 60 CPR cases. As stated earlier in the paper, a 3 percent total intercooler pressure loss is believed to be realistic and is assumed. Also, the air is assumed to be cooled to 100°F (37.8°C) and alternately to 150°F (65.6°C) for comparison to the theoretical curves of Figure 4. Reference is made to Figure 5 for the 40 CPR case and Figure 6 for the 60 CPR case where an intercooling ratio span of 1 to 10 is explored.

A shaded area representing the combined-cycle efficiency range of 55 to 60 percent taken from Figure 2 can be seen at the top of each graph. As can be noted, the incremental-cycle efficiency for intercooling (40 CPR and 60 CPR) for both the 100°F (37.8°C) and the 150°F (65.6°C) HPC inlets peak out below the combined-cycle efficiency being considered of 55 percent efficiency, (Points A and B) which indicates that intercooling can only degrade combined-cycle efficiency realtive to the amount of incremental-compression power saved.

It can be noted that the incremental-cycle efficiency plunges to zero at the critical-low-intercooling pressures because of the assumbed pressure loss of 3 percent and the inlet temperature to the HPC exceeding the normal compression temperature. See Points C and D for Figures 5 and 6.




Fig. 4 Incremental-cycle efficiency versus the natural log of intercooler-pressure ratio for 40 and 60 pressure ratios C = 5/9(F - 32)

The most important consideration is at what intercooling pressure the incremental-cycle efficiency peaks; that is Points A and B of each of Figure 5 and 6. The maximum efficiency, as can be observed, occurs at rather low return pressure, $P_3$, to the HPC and is about 1.8 for 100°F(37.8°C) and 40 CPR and about 2.0 for 100°F (37.8°C)




Fig. 5 Incremental cycle efficiency versus the natural log of intercooler-pressure ratio for a 40 cycle-pressure ratio with 3 percent intercooler loss and two different intercooler exit temperatures C = 5/9(F - 32)

and 60 CPR. The curves remain rather flat and then fall off at a more constant rate as the intercooler pressure increases to 2.5 and 3 respectively.

A further observation made is that the intercooling incremental-cycle efficiency lines for both 100°F (37.8°C) and 150°F (65.6°C) for the 3 percent pressure loss never cross the theoretical top line representing 59°F (15°C) HPC inlet and zero pressure drop. It can be concluded that minimum pressure loss and minimum HPC return temperature should be sought to yield maximum incremental efficiency.

INCREMENTAL WORK DEVELOPED

There is another factor that must be considered to obtain the overall combined-cycle degradation. This factor is the amount of incremental compression work saved by the intercooling process. Reference is made to Figure 7 which is a plot of incremental work in BTU/lb of airflow versus pressure ratio for both the 40 CPR and 60 CPR cases and for 100°F (37.8°C) HPC inlet and 3 percent pressure loss.

It can be seen that maximum work saved by intercooling occurs at the familiar square root of the total pressure ratio, Points A and B of Figure 7. The incremental specific work, $W_i$, saved can be determined by applying formula (5) following:

$$W_i = C_p \left[ (T_5 - T_2) - (T_4 - T_3) \right] \times .95 \qquad (5)$$

where $C_p$ is the specific heat considered to be .24 BTU/lb - °F (1.005 KJ/Kg -° C) for standard air and where the numerical subscripts refer to Figure 3.




Fig. 6 Incremental cycle efficiency versus the natural log of intercooler-pressure ratio for a 60 cycle pressure ratio with 3 percent intercooler loss and two different intercooler exit temperatures C = 5/9(F - 32)

An intercooler pressure range of 1.8 to 3.2 is shown in the range area where incremental-cycle efficiency remains at a relatively high level. These lower intercooler pressures must be considered for maximum combined-cycle efficiency, but nevertheless at some sacrifice in overall combined-cycle efficiency and, moreover, at less than maximum incremental gas-turbine and combined-cycle output. The ordinate has an additional scale for percent gas-turbine-power increase and another for percent combined-cycle-power increase based on 303.36 BTU/lb (1270.11 KJ/Kg°C) net work for the gas turbine and 121.49 BTU/lb (508.65 KJ/Kg-°C) net work for the steam turbine taken from reference (7).

Intercooling does increase gas-turbine output from about 6 to 14 percent and combined-cycle output by 4 to 10 percent for the range shown in Figure 7.

COMBINED CYCLE EFFICIENCY LOSS

The effect ingercooling has on combined-cycle efficiency can now be determined by applying the known data of a combined cycle as given in reference (7) for




Fig. 7 Incremental compression work saved versus the natural log of pressure ratio C = 5/9(F - 32)

both the 40 CPR and 60 CPR cases for 100°F (37.8°C) IIPC inlet tabulated below:

| | BTU/lb | (KJ/Kg) |
|---|---|---|
| Gas Turbine Output | 303.36 | 1270.11 |
| Steam Turbine Output | 121.49 | 508.65 |
| Total Fuel Input (LHV) | 740.03 | 3098.36 |
| Net Cycle Efficiency (LHV) | 57.41% | |

The incremental values for intercooling are added to the above values and then equated to percentages. The results are given in Figure 8 where combined-cycle efficiency loss is plotted against the intercooler-pressure ratio (outlet of the LPC).

The range to be considered is shown to be about 1.8 to 3.1 as shown in Figure 8. The combined cycle degradation can be as great as 4.5 percent at low pressure ratios, but for practical considerations for a more reasonable intercooler-pressure ratio of about 2.5 for 40 CPR the degradation would be about 1.2 percent and about 1.0 percent for the 60 CPR at a pressure ratio of about 3.

These values can now be applied to Figure 2 to arrive at projected overall combined-cycle efficiency. As an example, considering a 50 CPR intercooler pressure of 2.5 and conditions of line B of Figure 2, the net combined cycle efficiency would be as follows: ((57.3 (1 - .008) = 56.8 percent LHV)) with reference to Point X of Figure 8. If the intercooling-pressure ratio is raised to 4, then the combined-cycle efficiency would fall thus: ((57.3(1 - .0250) = 55.9 percent LHV)) with reference to Point Y of Figure 8.

The above examples show how important intercooling-pressure ratio is with regard to combined-cycle efficiency. It should, however, be pointed out that at the 4 intercooler pressure ratio, the combined-cycle output is projected to be increased by about 12 percent for a given airflow in accordance with Figure 7, whereas the increase in output at the lower 2.5 pressure ratio would only be about 8 percent.




Fig. 8 Combined-cycle-efficiency loss versus intercooler pressure ratio C = 5/9(F - 32)




Fig. 9 Gas-generator-combustor temperature rise and compressor-discharge temperature versus intercooler-pressure ratio C = 5/9(F - 32)

COMBUSTOR TEMPERATURE RISE

There is one final additional consideration regarding intercooling which deals with the gas-generator-combustor temperature rise (GGCTR) and the HPC discharge temperature (CDT). Figure 9 is a plot of the GGCTR and the CDT versus the intercooler pressure ratio for both the 40 CPR and the 60 CPR cases.

As the intercooler-pressure ratio rises, the GGCTR also rises as shown, and conversely the CDT falls. More fuel is burned in the gas-generator combustor as the intercooler pressure increases.

The intercooler-pressure-ratio range to be considered for best combined-cycle efficiency is given in Figure 9 and corresponding GGCTRs and CDTs can be compared in regard to changes in combustion-radiation heat, combustor cooling and $NO_x$ control. It is worthy to note that as the GGCTR becomes greater with more fuel being burned, the oxygen content of the gas to the reheat combustor will decrease and the gas will also be vitiated with steam from blade cooling and $NO_x$ control. Therefore, the safe flamability limits and complete combustion could become a problem at some point.



Fig. 10 Intercooled reheat gas turbine



11340

REHEAT GAS TURBINE ARRANGEMENTS

One possible reheat-gas-turbine arrangement employing intercooling and a conventional-axial-flow low-pressure compressor is shown in Figure 10. Here a coaxial shaft drives the gas-generator low-pressure compressor through the cold end as can be seen. The diffuser, reheat combustor and power turbine are shown downstream of the gas generator.

Figure 11 shows an enlarged view of the gas generator. If a conventional gas generator, such as the LM2500/5000, the RB211, or the Allison 570-K is used, the higher pressure becomes a problem. The high pressure casings of the HP compressor, combustor and turbine are not designed for the added pressure. One way to compensate for the added pressure would be to place the high-pressure casings in a "pressure can" with proper expansion joints to form a pressure cacoon around the turbine casings. Cooling steam and/or compressor-bleed air can pressurize the "pressure can" and also cool the turbine casings as required to maintain proper metal temperatures and blade-tip clearances. Note that expansion joints incorporate bellow-type joints. Step-down pressure of the steam to air is applied.




Fig. 11 Enlarged conceptual cut-a-way view of the gas generator and its pressure container

The gas-generator-nozzle areas and blading shapes and size would also have to be altered slightly to accomodate the new flow conditions. An enlarged view of the diffuser, reheat combustor and power turbine is shown in Figure 12.




Fig. 12 Enlarged conceptual cut-a-way view of the diffuser, reheat combustor and power turbine

An alternate reheat-gas-turbine arrangement incorporating a low-pressure compressor as part of a twin or three-spool gas generator is shown in cross-section in Figure 13. The "core" can have a ratio of 18 to 23 and the low-pressure compressor a ratio of perhaps 2.2 to 2.8 for a 50 CPR. An outer "pressure can" can again be applied as suggested for Figure 11 to withstand the 50 CPR. Note the piston-ring slip joints and seal of this arrangement in Fig. 13 and the step-down pressures.

There is one interesting and important point to consider with the intercooling. The low-pressure compressor would have a higher mass-flow rate than what normally would be considered for the gas generator due to the gas-generator "core" inlet-density change brought about by the higher pressure at the corresponding temperature. The familiar gas formula following can be applied for making corrections:

$$PV = WRT \qquad (6)$$

This formula indicates that the mass flow, W, is inversely proportional to the absolute temperature, T, and




Fig. 13 Intercooled gas generator with coaxial drive showing increase in LP compressor radius and HP pressure retaining cylinder



11:1

G 000130

directly proportional to the absolute pressure, P, when considering a constant volume, V. Therefore, the low pressure compressor with a 2.5 ratio would have a mass flow rate of some 2.25 times that of the normal "core" with a 59°F (15°C) atmospheric inlet allowing for a 3 percent pressure drop and a 100°F (37.8°C) inlet - an example being the LM2500. In the case of the front fan of a fan jet being converted to a compressor such as the LM5000 and with a 2.5 LPC ratio, then the inlet-mass flow (and core flow) to an oversized LPC would be about 1.59 times greater to compensate for the compressed air being cooled from about 236°F (113°C) to 100°F (37.8°C) compared with a normal HPC inlet of 151.7°F (66.5°C) for a 1.667 LPC ratio. The pitch-line radius, r, of the LPC compressor blading would increase by about 1.26 times considering no change in rotational speed. See $r_1$ and $r_2$.

The mass-flow increase is significant because the high-technology "core" would be part of a new gas-turbine system developing some 1.59 times more power due to mass-flow increase alone. On top of this power increase would be compression-work savings given in Figure 7, of about 12 percent.

Figure 13 shows how the oversize LPC is discharged through an axial/radial diffuser. The larger diameter of the LPC will allow space for the diffuser and then for a reverse-flow return of the cooled air to the HPC. Twin diffusers, intercoolers and ducting could be used - one set on each side of the gas generator - to afford higher diffusion efficiency of the compressed air and better inlet-air distribution back to the HPC.

## CONCLUSIONS

The following conclusions are drawn from this study based on the assumptions made and the data presented:

1. For minimizing RHGT/CC efficiency degradation, the intercooler-pressure ratio should be no less than 1.5 or greater than 3.0 - the preferred ratio being between 2 and 2.8.
2. The percent change in combined-cycle efficiency is projected to range from about .7 to 1.5 percent respectively for the 2 and 2.8 ratios of conclusion no. 1.
3. When the intercooler-pressure ratio exceeds about 3.0 the combined-cycle efficiency is increasingly degraded, and at a 4 pressure ratio this degradation is projected to be about 2.5 percent for a 50 CPR RHGT.
4. The RHGT output will increase from about 7 percent for the 2.0 ratio to about 13 percent for the 2.8 ratio and the overall combined-cycle output will increase from about 5 percent to 9 percent respectively.
5. The gas-generator combustor-temperature rise will increase as the intercooler-pressure ratio increases which will require increasingly more fuel to be burned. More oxygen will be consumed thereby leaving less for the reheat combustor. Conversely, the discharge temperature will decrease.
6. The mass flow of the gas-generator "core" will increase according to the change in inlet density to the HPC and the power output with respect to the "core" will increase appreciably. The cost per unit output for the "core" high-temperature-turbine technology will be substantially reduced.
7. The front compressor of a converted-fan engine will be appreciably larger in pitchline diameter which will allow sufficient space for efficient exit and re-entrance of the air to and from the intercooler.
8. A pressurizing "can" may be placed around the gas-generator high-pressure casings to neutralize the extra internal pressure.
9. Intercooling adds mechanical complexity and increases cost, but the combined-cycle output is also increased to off-set the added cost.
10. No attempt is made in this study to evaluate cost and output with respect to plant additional-fuel consumption.

## ACKNOWLEDGEMENTS

Many hours of loving time and effort have been expended by my dear wife, Carolyn Keyes Rice, in assisting me with my continuing study work on the reheat-gas turbine and in recording my findings on mats for ASME papers, all for which I am most grateful. Up and beyond this physical effort, she has given me spiritual encouragement and motivation to continue. These type of technical papers require special attention for editing and accuracy and the graphs must be properly prepared. To her, for all these efforts, I express great appreciation.

## REFERENCES

(1) Mori, A. et al, "Preliminary Study on Reheat Combustor for Advanced Gas Turbine", ASME Paper No. 81-GT-29

(2) Rice, I.G., "The Combined Reheat-Gas Turbine/Steam Turbine Cycle", Part I - "A Critical Analysis of the Combined Reheat Gas Turbine/Steam Turbine Cycle", ASME Paper No. 79-GT-7, ASME Journal of Engineering For Power, Jan., 1980

(3) Rice, I.G., "The Combined Reheat-Gas Turbine/Steam Turbine Cycle", Part II - "The LM 5000 Gas Generator Applied to the Combined Reheat Gas Turbine/Steam Turbine Cycle, ASME Paper No. 79-GT-8, ASME Journal of Engineering for Power, Jan., 1980

(4) Rice, I.G., "Steam-Cooled Blading in a Combined-Reheat-Gas-Turbine/Reheat-Steam-Turbine Cycle", Part I - "Performance Evaluation", ASME Paper No. 79-JPGC-GT-2

(5) Rice, I.G., "Steam-Cooled Blading in a Combined-Reheat-Gas-Turbine/Reheat-Steam Turbine Cycle", Part II - "Design Considerations", ASME Paper No. 79-JPGC-GT-3

(6) Rice, I.G., "The Reheat-Gas Turbine With Steam-Blade Cooling - A Means of Increasing Reheat Pressure, Output and Combined-Cycle Efficiency", ASME Paper No. 81-GT-30 ASME Journal of Engineering for Power, Jan., 1982

(7) Rice, I.G. and Jenkins, P.E., "Comparison of the HTTT Reheat-Gas-Turbine Combined Cycle", ASME Paper No. 81-GT-69, ASME Journal of Engineering for Power, Jan., 1982

(8) Rice, I.G., "The Reheat-Power Turbine With Steam-Blade Cooling - A Means of Increasing Reheat Temperature, Exhaust Temperature and Combined-Cycle Efficiency", ASME Paper No. 82-GT-134

(9) Rice, I.G., "Steam-Cooled Gas-Turbine Casings, Struts, and Discs in a Reheat-Gas-Turbine Combined Cycle", Part I - "Compressor and Combustor", ASME Paper 83-GT-85 ASME Journal of Engineering for Power, Oct., 1983

(10) Gardner, W.B., et al, "Interim Review of the Energy Efficient Engine (E³) Program", ASME Paper No. 82-GT-271

(11) Bucy, R.W., "Progress in the Development of Energy Efficient Engine Components", ASME Paper No. 82-GT-275

(12) Tanabe, K., and Orkugawa, R., "Evaluation of Improved Cycles for Marine Application of An Aircraft Derivative Gas Turbine", ASME Paper No. 76-GT-114

(13) Keenan, J.H; Kaye, J.; and Chao, J.; Gas Tables, John Wiley & Sons, Inc., 1980



11332

UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 06/572,548 | 01/20/84 | RICE | ICR/LPK-1 |

IVAN G. RICE
P. O. BOX 233
SPRING, TX 77373

| EXAMINER | |
|---|---|
| | |
| ART UNIT | PAPER NUMBER |
| 343 | 10/C |

DATE MAILED: 10/11/85

## NOTICE OF ALLOWABILITY

10-8-85

**PART I.**

1. [X] This communication is responsive to Applicant's paper of 7/29/85.
2. [X] All the claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice Of Allowance And Issue Fee Due or other appropriate communication will be sent in due course.
3. [X] The allowed claims are 52-72.
4. [ ] The drawings filed on ____ are acceptable.
5. [ ] Acknowledgment is made of the claim for priority under 35 U.S.C. 119. The certified copy has [ ] been received. [ ] not been received. [ ] been filed in parent application Serial No. ____, filed on ____.
6. [X] Note the attached Examiner's Amendment.
7. [ ] Note the attached Examiner Interview Summary Record, PTOL-413.
8. [ ] Note the attached Examiner's Statement of Reasons for Allowance.
9. [ ] Note the attached NOTICE OF REFERENCES CITED, PTO-892.
10. [ ] Note the attached INFORMATION DISCLOSURE CITATION, PTO-1449.

**PART II.**

A SHORTENED STATUTORY PERIOD FOR RESPONSE to comply with the requirements noted below is set to EXPIRE THREE MONTHS FROM THE "DATE MAILED" indicated on this form. Failure to timely comply will result in the ABANDONMENT of this application. Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

1. [ ] Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL APPLICATION, PTO-152, which discloses that the oath or declaration is deficient. A SUBSTITUTE OATH OR DECLARATION IS REQUIRED.
2. [X] APPLICANT MUST MAKE THE DRAWING CHANGES INDICATED BELOW IN THE MANNER SET FORTH ON THE REVERSE SIDE OF THIS PAPER.
   - a. [ ] Drawing informalities are indicated on the NOTICE RE PATENT DRAWINGS, PTO-948, attached hereto or to Paper No. ____. CORRECTION IS REQUIRED.
   - b. [ ] The proposed drawing correction filed on ____ has been approved by the examiner. CORRECTION IS REQUIRED.
   - c. [ ] Approved drawing corrections are described by the examiner in the attached EXAMINER'S AMENDMENT. CORRECTION IS REQUIRED.
   - d. [X] Formal drawings are now REQUIRED.

---

Any response to this letter should include in the upper right hand corner, the following information from the NOTICE OF ALLOWANCE AND ISSUE FEE DUE: ISSUE BATCH NUMBER, DATE OF THE NOTICE OF ALLOWANCE, AND SERIAL NUMBER.

**Attachments:**

- X Examiner's Amendment
- _ Examiner Interview Summary Record, PTOL-413
- _ Reasons for Allowance
- _ Notice of References Cited, PTO-892
- _ Information Disclosure Citation, PTO-1449
- _ Notice of Informal Application, PTO-152
- _ Notice re Patent Drawings, PTO-948
- X Listing of Bonded Draftsmen
- _ Other

L J Casaregola
LOUIS J. CASAREGOLA
EXAMINER
ART UNIT 343

PTOL-37 (REV. 2-85)

USCOMM-DC 85-3744

11330

An Examiner's Amendment to the record appears below. Should the changes and/or additions be unacceptable to applicant, an amendment may be filed as provided by 37 CFR 1.312. To ensure consideration of such an amendment, it MUST be submitted no later than the payment of the Issue Fee.

In each of claims 60, 62-64, and 66-72, at the end of line 1, "claims" has been replaced by -- claim -- and "and" has been replaced by -- or --.

The above amendment is necessary to correct multiply dependent claims such that they refer to their parent claims only in the alternative -- this is the only correct form for multiple dependency permitted under 35 U.S.C. 112.

L.CASAREGOLA:smc

703-557-3424

10/8/85

L. J. Casaregola

LOUIS J. CASAREGOLA
EXAMINER
ART UNIT 343

11221

PTOL-85 (Rev. 8-82)

UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

# NOTICE OF ALLOWANCE AND ISSUE FEE DUE

IVAN G. RICE
P. O. BOX 233
SPRING, TX 77373

All communications regarding this application should give the serial number, date of filing, name of applicant, and batch number.

Please direct all communications to the Attention of "OFFICE OF PUBLICATIONS" unless advised to the contrary.

The application identified below has been examined and found allowable for issuance of Letters Patent. PROSECUTION ON THE MERITS IS CLOSED.

| | SC/SERIAL NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | DATE MAILED |
|---|---|---|---|---|---|
| | 06/572,548 | 01/20/84 | 021 | CASAREGOLA, L. [illegible] | 10/[illegible]/85 |
| First Named Applicant | RICE, | IVAN G. | | | |

TITLE OF INVENTION: COMPRESSION INTERCOOLED HIGH CYCLE PRESSURE RATIO GAS GENERATOR FOR COMBINED CYCLES

| | ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|---|
| | IGR/CRK-1 | 060-[illegible].161 | K92 | UTILITY | YES | $[illegible]0.00 | 01/[illegible]/86 |

The amount of the issue fee is specified by 37 C.F.R. 1.18 as follows: for an original or reissue patent, except for a design or plant patent, $500; for a design patent, $175; and for a plant patent, $250. If the applicant qualifies for and has filed a verified statement of small entity status in accordance with 37 C.F.R. 1.27, the issue fee is one-half the respective amount aforementioned. The issue fee due printed above reflects applicant's status as of the time of mailing this notice. A verified statement of small entity status may be filed prior to or with payment of the issue fee. However, in accordance with 37 C.F.R. 1.28, failure to establish status as a small entity prior to or with payment of the issue fee precludes payment of the issue fee in the amount so established for small entities and precludes a refund of any portion thereof paid prior to establishing status as a small entity.

THE ISSUE FEE MUST BE PAID WITHIN THREE MONTHS FROM THE MAILING DATE OF THIS NOTICE as indicated above. The application shall otherwise be regarded as ABANDONED. The issue fee will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the Patent and Trademark Office. Where an authorization to charge the issue fee to a deposit account has been filed before the mailing of the notice of allowance, the issue fee is charged to the deposit account at the time of mailing of this notice in accordance with 37 C.F.R. 1.311. If the issue fee has been so charged, it is indicated above.

In order to minimize delays in the issuance of a patent based on this application, this Notice may have been mailed prior to completion of final processing. The nature and/or extent of the remaining revision or processing requirements may cause slight delays of the patent. In addition, if prosecution is to be reopened, this Notice of Allowance will be vacated and the appropriate Office action will follow in due course. If the issue fee has already been paid and prosecution is reopened, the applicant may request a refund or request that the fee be credited to a Deposit Account. However, applicant may wait until the application is either found allowable or held abandoned. If allowed, upon receipt of a new Notice of Allowance, applicant may request that the previously submitted issue fee be applied. If abandoned, applicant may request refund or credit to a Deposit Account.

In the case of each patent issuing without an assignment, the complete post office address of the inventor(s) will be printed in the patent heading and in the Official Gazette. If the inventor's address is now different from the address which appears in the application, please fill in the information in the spaces provided on PTOL-85b enclosed. If there are address changes for more than two inventors, enter the additional addresses on the reverse side of the PTOL-85b.

The appropriate spaces in the ASSIGNMENT DATA section of PTOL-85b must be completed in all cases. If it is desired to have the patent issue to an assignee, an assignment must have been previously submitted to the Patent and Trademark Office or must be submitted not later than the date of payment of the issue fee as required by 37 C.F.R. 1.334. Where there is an assignment, the assignee's name and address must be provided on the PTOL-85b to ensure its inclusion in the printed patent.

Advance orders for 10 or more printed copies of the prospective patent can be made by completing the information in Section 4 of PTOL-85b and submitting payment therewith. If use of a Deposit Account is being authorized for payment, PTOL-85c should also be forwarded. The order must be for at least 10 copies and must accompany the issue fee. The copies ordered will be sent only to the address specified in section 1 or 1A of PTOL-85b.

☐ Note attached communication from Examiner.

☐ This notice is issued in view of applicant's communication filed ______________

**IMPORTANT**

ATTENTION IS DIRECTED TO 37 C.F.R. 1.334

THE PATENT WILL ISSUE TO APPLICANT UNLESS AN ASSIGNEE IS SHOWN IN ITEM 3 ON FORM PTOL-85b, ATTACHED

PATENT AND TRADEMARK OFFICE COPY

11319

UNITED STAT' 'PARTMENT OF COMMERCE
Patent and Tra .rk Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 06/572,548 | 01/20/84 | RICE | I | IGR/CRK-1 |

IVAN G. RICE
P. O. BOX 233
SPRING, TX 77373

| EXAMINER | |
|---|---|
| CASAREGOLA,L | |
| ART UNIT | PAPER NUMBER |
| 343 | 11 |

DATE MAILED: 10/29/85

*Supplemental*

**NOTICE OF ALLOWABILITY**

PART I.

1. ☐ This communication ~~is responsive~~ *supplemental* to *Paper #10*
2. ☐ All the claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice Of Allowance And Issue Fee Due or other appropriate communication will be sent in due course.
3. ☐ The allowed claims are ______.
4. ☐ The drawings filed on ______ are acceptable.
5. ☐ Acknowledgment is made of the claim for priority under 35 U.S.C. 119. The certified copy has [_] been received. [_] not been received. [_] been filed in parent application Serial No. ______, filed on ______.
6. ☐ Note the attached Examiner's Amendment.
7. ☐ Note the attached Examiner Interview Summary Record, PTOL-413.
8. ☐ Note the attached Examiner's Statement of Reasons for Allowance.
9. ☐ Note the attached NOTICE OF REFERENCES CITED, PTO-892.
10. ☐ Note the attached INFORMATION DISCLOSURE CITATION, PTO-1449.

PART II.

A SHORTENED STATUTORY PERIOD FOR RESPONSE to comply with the requirements noted below is set to EXPIRE THREE MONTHS FROM THE "DATE MAILED" indicated on this form. Failure to timely comply will result in the ABANDONMENT of this application. Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

1. ☐ Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL APPLICATION, PTO-152, which discloses that the oath or declaration is deficient. A SUBSTITUTE OATH OR DECLARATION IS REQUIRED.
2. ☐ APPLICANT MUST MAKE THE DRAWING CHANGES INDICATED BELOW IN THE MANNER SET FORTH ON THE REVERSE SIDE OF THIS PAPER.
   a. ☐ Drawing informalities are indicated on the NOTICE RE PATENT DRAWINGS, PTO-948, attached hereto or to Paper No. ______. CORRECTION IS REQUIRED.
   b. ☐ The proposed drawing correction filed on ______ has been approved by the examiner. CORRECTION IS REQUIRED.
   c. ☐ Approved drawing corrections are described by the examiner in the attached EXAMINER'S AMENDMENT. CORRECTION IS REQUIRED.
   d. ☐ Formal drawings are now REQUIRED.

---

Any response to this letter should include in the upper right hand corner, the following information from the NOTICE OF ALLOWANCE AND ISSUE FEE DUE: ISSUE BATCH NUMBER, DATE OF THE NOTICE OF ALLOWANCE, AND SERIAL NUMBER.

Attachments:
- _ Examiner's Amendment
- _ Examiner Interview Summary Record, PTOL-413
- _ Reasons for Allowance
- _ Notice of References Cited, PTO-892
- _ Information Disclosure Citation, PTO-1449
- _ Notice of Informal Application, PTO-152
- _ Notice re Patent Drawings, PTO-948
- X Listing of Bonded Draftsmen
- _ Other

*See Attached Paper!*

*L. J. Casaregola*
L. J. CASAREGOLA
EXAMINER
ART UNIT 343

PTOL-37 (REV. 2-85)

USCOMM-DC 85-3744

11317

It has recently been discovered that this application does not include an oath or declaration. Therefore, in addition to the items required in the original Notice of Allowability, applicant must provide an appropriate oath or declaration for a continuation-in-part application as covered by 37 C.F.R. 1.63.

It is additionally noted that the list of Bonded draftsmen which should have been included with the original Notice of Allowability may have been omitted. Therefore, a copy of this list is enclosed.

L.CASAREGOLA:smc
703-557-3424
10/24/85

L. J. Casaregola
LOUIS J. CASAREGOLA
EXAMINER
ART UNIT 343

11318

MAIL ROOM NOV 20 1985 24 PAT & TRADE MARK OFF.

410 1115 r 093 BN 159

PATENT & TRADEMARK OFFICE DEC 14 1985 PUBLISHING DIV.

IN THE U.S. PATENT OFFICE

INVENTOR: Ivan G. Rice

TITLE: Compression Intercooled High Cycle Pressure Ratio Gas Generator for Combined Cycles

SERIAL NO.: 06/572,548 EXAMINER: L. Casaregola

FILING DATE: January 20, 1984 ART GROUP: 343

#13 KW 12/9/85

Commissioner of Patents

Washington DC 20231

Sir:

In response to Supplemental Notice of Allowability dated October 29, 1985, with attachment stating that after allowance my application did not include my Declaration, please know that I did send this Declaration initially on January 16, 1984 with my application specifications and my drawings. If it has been lost, it must have been lost in the U.S. Patent Office.

Attached is a true and faithful reproduction of this Declaration per discussion this date with Examiner Casaregola. At the bottom of the Declaration is an additional notarized statement by myself, the inventor, affirming that it is a true and exact copy. I trust that the Declaration will now be in proper order.

Respectfully submitted,

Ivan G. Rice (signature)

Ivan G. Rice
Independent Inventor

November 18, 1985

P.O. Box 233
Spring, Texas 77383

CERTIFICATE OF MAILING

This is to certify that on this date I deposited this correspondence with the U.S. Postal Service as first class mail in an envelope addressed to the Commissioner of Patents, Washington DC 20231.

Ivan G. Rice (signature)

Ivan G. Rice
November 18, 1985

DECLARATION FOR CONTINUATION-IN-PART PATENT APPLICATION

As a below-named inventor, I hereby declare:

that my residence, Post Office address, and citizenship are as stated hereinafter below my name;

that I verily believe that I am the original, first, and sole inventor of the invention entitled:

COMPRESSION INTERCOOLED HIGH CYCLE PRESSURE RATIO GAS GENERATOR FOR COMBINED CYCLES

described and claimed in the attached specification, that I understand the content of the attached specification, that this application in part discloses and claims subject matter disclosed in my earlier-filed applications, now U. S. Patents, and pending applications; U. S. Serial Number 274,660, filed June 17, 1981, now U. S. Patent Number 4,384,452; which application is a Division of U. S. Serial Number 047,571, filed June 11, 1979, now U. S. Patent Number 4,314,442; and U. S. Serial Number 224,496, filed January 13, 1981; which is a Division of U. S. Serial Number 954,838, filed October 26, 1978, now U. S. Patent Number 4,272,953; and U. S. Serial Numbers 416,171 , 416,172 , 416,173 , 416,275 , filed September 9, 1982 which are Continuation-in-Part applications of the heretofore above stated U. S. Applications and U. S. Patents; and U. S. Serial Numbers 484,334 , 486,336 , and 486,495 , filed April 19, 1983 which are Continuation-in-Part applications of the heretofore above stated U. S. Application and U. S. Patents; that as to the subject matter of this application which is common to said earlier applications, I do not know and do not believe the same was ever known or used in the United States of America before my invention thereof, or patented or described in any printed publication in any country before my invention thereof or more than one year prior to said earlier applications; that said common subject matter was not in public use or on sale in the United States of America more than one year prior to said earlier applications; that said common subject matter has not been patented

or made the subject of an inventor's certificate issued before the date of said earlier applications in any country foreign to the United States of America on an application filed by me or my legal representatives or assigns more than twelve months prior to said earlier application; that I acknowledge my duty to disclose information of which I am aware which is material to the examination of this application; and that no application for patent or inventor's certificate on said common subject matter has been filed in any country foreign to the United States of America by me or my legal representatives or assigns, except as follows:

| Country | Filing Date | Serial Number |
|---|---|---|
| Canada | October 18, 1979 | 337,963 |
| Japan | October 18, 1979 | 54-501-974 |
| European Patent Convention | October 18, 1979 | 7990 15 63.1 |

that, as to the subject matter of this application which is not common to said earlier applications, I do not know and do not believe the same was ever known or used in the United States of America before my invention thereof, or patented or described in any printed publication in any country before my invention thereof or more than one year prior to the date of this application, or in public use or on sale in the United States of America more than one year prior to the date of this application; that said not-common subject matter has not been patented or made the subject of an inventor's certificate issued before the date of this application in any country foreign to the United States of America on an application filed by me or my legal representatives or assigns more than twelve months prior to the date of this application; that I acknowledge my duty to disclose information of which I am aware which is material to the examination of this application; and that no application for patent or inventor's certificate on said not-common subject matter has been filed in any country foreign to the United States of America by me or my legal representatives, except as follows:

| Country | Filing Date | Serial Number |
|---|---|---|
| None | --- | --- |

I shall myself, Ivan G. Rice, hereby prosecute this application and transact all business in the Patent and Trade-make Office connected therewith:

Ivan G. Rice

Address all telephone calls to above at telephone number (713) 353-5040.

Address all correspondence to above at P.O. Box 233, Spring, Texas, 77383.

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

Ivan Glenn Rice
Fill name of Iventor

United States of America
Country of Citizenship

Inventor's Signature

Date January 16, 1984

P. O. Box 233, Spring, Texas 77383
Post Office Address

1007 Lynwood, Spring, Texas 77373
Residence Address

Terry Lynn Fenchu N:
Comm expires 2-11-87

I do hereby declare that this is a true and exact reporduction of the DECLARATION which I mailed to the U.S. Patent Office with my patent application specifications and drawings on Janaury 16, 1984.

Ivan Glenn Rice
Full Name of Inventor

Inventor's Signature

November 18, 1985
Date

William C Scott Jr
Notary Public
William C. Scott, Jr.
My Commission Expires April 19, 1989

11316

**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address : COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 06/572,596 | 01/20/84 | RICE I | IGR/CRK-1 |

IVAN G. RICE
P. O. BOX 233
SPRING, TX 77373

| EXAMINER | |
|---|---|
| CASAREGOLA,L | |
| ART UNIT | PAPER NUMBER |
| 343 | 14 |

DATE MAILED: 12/10/85

The ~~amendment~~ declaration filed 11/20/85 under Rule 312 has been considered, and has been:

1. ☐ entered.

2. ☒ entered as directed to matters of form not affecting the scope of the invention (0.3311).

3. ☐ disapproved. A report appears below.

4. ☐ entered in part. A report appears below.

By Direction of the Commissioner

Report:

L. J. Casaregola
... CASAREGOLA
EXAMINER
ART UNIT 343

PLEASE FURNISH YOUR ZIP CODE IN ALL CORRESPONDENCE

FORM PTOL-271 (REV. 4/81)

11

4/15

DEC 13 1985
PUBLISHING DIVISION

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of :

Ivan G. Rice :

Serial No. 572,548 : Group Art Unit: 343

Filed: January 20, 1984 : Examiner: L. Caseragola

COMPRESSION INTERCOOLED HIGH CYCLE PRESSURE RATIO GAS GENERATOR FOR COMBINED CYCLES :

POWER OF ATTORNEY

The Honorable Commissioner
of Patents and Trademarks
Washington, D. C. 20231

Sir:

As named inventor, I hereby appoint the following attorney to prosecute this application and transact all business in the Patent and Trademark Office connected therewith.

Stuart D. Frenkel, Registration No. 29,500
P.O. Box 1426, Springfield, Va. 22151

Ivan G. Rice

SEND CORRESPONDENCE TO:

Ivan G. Rice
P.O. Box 233
Spring, Tx 77373

DIRECT TELEPHONE CALLS TO:

Stuart D. Frenkel
(703) 354-8063

11341

U.S. DEPARTMENT OF COMMERCE
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

• 1/20/84 572548 340 • Paper No. 16

Ivan G. Rice

Compression Intercooled High Cycle Pressure et al.

DEC 19 1985

This is in response to the communication re the Power of Attorney filed 12/18/85

1. ☐ The power of attorney to you in this application has been revoked by the applicant. assignee.

2. ☐ In view of the notice in this application of the death of ______ his power of attorney is terminated.

3. ☑ The power of attorney to you in this application has been accepted by the Commissioner of Patents, & Trademarks.

______
For Director, Operation

4. ☐ The assignee in this application has intervened and appointed an attorney of his own selection. Further correspondence will be held with said attorney. (Rule 36, Rules of Practice.)

5. ☐ The revocation of the power of attorney to ______ has been entered and said attorney has been notified. Further correspondence will be addressed to you.

6. ☐ On ______, the applicant assignee appointed ______ as additional attorney in this application. Further correspondence will continue to be addressed to you as specified in the new power of attorney.

7. ☐ On ______, the applicant assignee appointed ______ as additional attorney in this application. Further correspondence will be addressed to said attorney. MPEP 403.02

8. ☐ The associate power of attorney to you in this application has been revoked by the attorney of record.

Stuart D. Frenkel
P.O. Box 1426
Springfield, VA. 22151

G. Simms
For Director, Operation

RETAIN THIS COPY IN THE APPLICATION FILE

FORM PTOL-305 (REV.9/75) Copy A


20
54
63
56
50
58
34
22
30
31
28
32
No. 1
No. 2
24
62
60
26
52
LOAD
A
B
48
C
36
44
42
46
38
40
66
64
70
68

Fig. 1


20
36
42
24
72
76
30
46
28
22
78
51
44
74
r
26
48
26
160
35
34
36
42

Fig. 2

11:07


168'
170'
172
51
138
22
26
134
28
132
128
46
126
30
142
152
136
86
130
48
46
190
192
34
42
156
104
188
158
77
102
108
120
118
122
116
44
78
84
106
100
98
96
77
79
124
24
94
92
80
26
114
20
72
90
88
112
82
110
36
22
L

Fig. 3


214
210
212
151
148
154
144
142
152
192
146
150
153
194
166
190
$r_3$
$r_2$
$r_1$

Fig. 4

ROOM ... PAT. & TRADE OFF.

11.99




Fig. 5




Fig. 6a

11:00

ROOM
JAN
1985
PAT. & TRADE. OFF.

11.01




Fig. 6b

MAIL ROOM
JAN 1985
PAT. & TRADE MARK OFF.

11303




Fig. 8




Fig. 7b

Fig. 7a

ROOM

11[illegible]05




Fig. 9




Fig. 10




Fig. 11




Fig. 12

11306

11307




Fig. 13




Fig. 14




Fig. 15

MAIL ROOM PAT. & TRADE MARK OFFICE

#17

RECEIVED

JAN 21

11309

UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | BATCH No. |
|---|---|---|---|
| 572,548 | 01/20/84 | Ivan G. Rice | K92 |

Stuart D. Frenkel
P.O. Box 1426
Springfield, VA 22151

| EXAMINER | |
|---|---|
| L. Casaregola | |
| ART UNIT | PAPER NUMBER |
| 343 | 18 |

DATE MAILED: 1-28-86

## NOTICE OF DRAWING REQUIREMENTS

☐ The PTO delayed in providing a commercial bonded draftsman with drawings from the above-identified application. The delay prevented the draftsman from filing corrected drawings within the response period set in the Notice of Allowability mailed ____________. Hence, said response period is hereby vacated. THE SHORTENED STATUTORY PERIOD FOR RESPONSE to comply with the requirement for drawing corrections is set to EXPIRE ONE MONTH FROM THE DATE OF THIS LETTER. Failure to comply will result in the ABANDONMENT of this application. Extensions of time may be obtained under the provisions of 37 CFR 1.136(a) by filing the appropriate request and fee before the end of the six month statutory period for response.

☑ Corrected/substituted drawings for the above-identified application, received in the PTO on 1-10-86, are still considered informal for the reason(s) identified on the attached Form PTO-948.

☐ Applicant has the time remaining in the response period set in the Notice of Allowability or Notice of Drawing Requirements mailed ____________ to overcome the objections raised in the attached Form PTO-948. This response period may be extended under the provisions of 37 CFR 1.136(a) by filing the appropriate request and fee before the end of the six month statutory period for response.

☑ The PTO delayed in reviewing the corrected drawings. Applicant is given ONE month time limit from the date of this letter to provide corrected drawings. NO EXTENSION OF THIS TIME LIMIT MAY BE GRANTED UNDER EITHER 37 CFR 1.136(a) or (b). See MPEP 714.03. However, the response period set in the Notice of Allowability or Notice of Drawing Requirements mailed 10-17-85 may be extended under the provisions of 37 CFR 1.136(a) by filing the appropriate request and fee before the end of the six month statutory period for response.

☐ Corrected/substituted drawings for the above-identified application received in the PTO on ____________ were submitted outside of the period for response set in the Notice of Allowability or Notice of Drawing Requirements mailed ____________. This application will become abandoned unless applicant obtains an extension of time under the provisions of 37 CFR 1.136(a) by filing the appropriate request and fee before the end of the six month statutory period for response.

☑ ATTACHMENT: PTO-948
All FIG'S

P. D. Burgess — PATENT AND TRADEMARK OFFICE

1-28-86 — DATE

11339

PTO - 948
(Rev. 8-82)

GROUP 343

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE

ATTACHMENT TO
PAPER NUMBER

S.N. 572548

# NOTICE OF PATENT DRAWINGS OBJECTION

Drawing Corrections and/or new drawings may only be submitted in the manner set forth in the attached letter, "Information on How to Effect Drawing Changes" PTO-1474.

A. [X] The drawings, filed on 1/10/86, are objected to as informal for reason(s) checked below:

1. [X] Lines Pale. Fig 8
2. [X] Paper Poor. plastic paper obj.
3. [ ] Numerals Poor.
4. [X] Lines Rough and Blurred. FIG 2-6b
5. [X] ~~Shade~~ CLEAR Lines Required.
6. [ ] Figures Must be Numbered.
7. [ ] Heading Space Required.
8. [ ] Figures Must Not be Connected.
9. [ ] Criss-Cross Hatching Objectionable.
10. [ ] Double-Line Hatching Objectionable.
11. [ ] Parts in Section Must Be Hatched.
12. [X] Solid Black Objectionable. FIG (1) 2, 3, 4
13. [ ] Figure Legends Placed Incorrectly.
14. [ ] Mounted Photographs.
15. [ ] Extraneous Matter Objectionable. [37 CFR 1.84 (1)]
16. [ ] Paper Undersized: either 8½" x 14", or 21.0 cm. x 29.7 cm. required.
17. [ ] Proper A4 Margins Required:
    - [ ] TOP 2.5 cm.
    - [ ] RIGHT 1.5 cm.
    - [ ] LEFT 2.5 cm.
    - [ ] BOTTOM 1.0 cm.
18. [ ] Other:

B. [X] The drawings, submitted on 1/10/86, are so informal they cannot be corrected. New drawings are required. Submission of the new drawings MUST be made in accordance with the attached letter. FIG'S 1-15

11290

PTO - 948
(Rev. 8-82)

GROUP

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE

ATTACHMENT TO
PAPER NUMBER
S.N. 572548

NOTICE OF PATENT DRAWINGS OBJECTION

Drawing Corrections and/or new drawings may only be submitted in the manner set forth in the attached letter, "Information on How to Effect Drawing Changes" PTO-1474.

A. [x] The drawings, filed on 1-20-84, are objected to as informal for reason(s) checked below:

1. [ ] Lines Pale.
2. [x] Paper Poor. COPY MACHINE SHADOW ON PAPER
3. [x] Numerals Poor. 1/8" IN HEIGHT MIN. FIGS. 7, 10, 11 & 12
4. [x] Lines Rough and Blurred.
5. [x] PROPER Shade Lines Required.
6. [ ] Figures Must be Numbered.
7. [ ] Heading Space Required.
8. [ ] Figures Must Not be Connected.
9. [ ] Criss-Cross Hatching Objectionable.
10. [ ] Double-Line Hatching Objectionable.
11. [x] Parts in Section Must Be Hatched.
12. [x] Solid Black Objectionable. LINES MASKING TOGETHER
13. [ ] Figure Legends Placed Incorrectly.
14. [ ] Mounted Photographs.
15. [ ] Extraneous Matter Objectionable. [37 CFR 1.84 (1)]
16. [ ] Paper Undersized; either 8½" x 14", or 21.0 cm. x 29.7 cm. required.
17. [ ] Proper A4 Margins Required:
    [ ] TOP 2.5 cm. [ ] RIGHT 1.5 cm.
    [ ] LEFT 2.5 cm. [ ] BOTTOM 1.0 cm.
18. [x] Other: DOUBLE THICKNESS REQUIRED

B. [x] The drawings, submitted on 1-20-84, are so informal they cannot be corrected. New drawings are required. Submission of the new drawings MUST be made in accordance with the attached letter.

11291

PTO - 948
(Rev. 8-82)

GROUP

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE

ATTACHMENT TO
PAPER NUMBER

S.N. 572548

# NOTICE OF PATENT DRAWINGS OBJECTION

Drawing Corrections and/or new drawings may only be submitted in the manner set forth in the attached letter, "Information on How to Effect Drawing Changes" PTO-1474.

A. ☑ The drawings, filed on 1-20-84, are objected to as informal for reason(s) checked below:

1. ☐ Lines Pale.
2. ☑ Paper Poor. COPY MACHINE SHADOW ON PAPER
3. ☑ Numerals Poor. 1/8" IN HEIGHT MIN. FIGS. 9, 10, 11 & 12
4. ☑ Lines Rough and Blurred.
5. ☑ PROPER Shade Lines Required.
6. ☐ Figures Must be Numbered.
7. ☐ Heading Space Required.
8. ☐ Figures Must Not be Connected.
9. ☐ Criss-Cross Hatching Objectionable.
10. ☐ Double-Line Hatching Objectionable.
11. ☑ Parts in Section Must Be Hatched.
12. ☑ Solid Black Objectionable. LINES MASKING TOGETHER
13. ☐ Figure Legends Placed Incorrectly.
14. ☐ Mounted Photographs.
15. ☐ Extraneous Matter Objectionable. [37 CFR 1.84 (1)]
16. ☐ Paper Undersized; either 8½" x 14", or 21.0 cm. x 29.7 cm. required.
17. ☐ Proper A4 Margins Required:
    ☐ TOP 2.5 cm. ☐ RIGHT 1.5 cm.
    ☐ LEFT 2.5 cm. ☐ BOTTOM 1.0 cm.
18. ☑ Other: DOUBLE THICKNESS REQUIRED

B. ☑ The drawings, submitted on 1-20-84, are so informal they cannot be corrected. New drawings are required. Submission of the new drawings MUST be made in accordance with the attached letter.

11:32

MAIL ROOM
JAN 10 1986
PAT. & TRADE MARK OFF.

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In regard Application of: :
Ivan G. Rice :
Serial No. 572,548 : Group Art Unit: 343
Filed: January 20, 1984 : Examiner: L. Caseragola

#19

COMPRESSION INTERCOOLED HIGH CYCLE PRESSURE RATIO GAS GENERATOR FOR COMBINED CYCLES :

The Honorable Commissioner of
Patents and Trademarks
Washington D.C. 20231

Sir:

This communication is sbumitted in response to the examiner's action, date mailed 10-29-85, Supplemental Notice of Allowance and the examiner's Notice of Allowance, date mailed 10-11-85 requesting formal drawings.

Attached please find my check in the amount of $280.00 for the Issue Fee and the completed Issue Fee Transmittal Form PTOL 85b (Rev. 8-82) to proceed with the Issue of this patent.

IN THE DRAWINGS

Referenced Attorney's Docket No. : IGR/CRK-1

Class-Subclass: 060-039,161

Batch No.: K92

Application Type: Utility

Number of Sheets: 7 Number of Figures: 15

I, the named inventor, personally prepared the original drawings. No objection was originally raised by the examiner to the drawings. At the time of allowance, the examiner then requested formal drawings.

Numerous telephone calls were made from the inventor's office (Oct. 30, Nov. 4, Nov. 18, Nov. 22, 1985; Jan. 2 and Jan. 3, 1986) to the examiner and the Patent Office drafting department to try to determine what the objections were to my original drawings as the paper weight was deemed satisfactory by the examiner. Vague reasons were cited by the drafting department such as smudges on the drawings, incorrect margins, poor reproduction - none of which proved to be the case. The drafting department did

not call back with specific objections as promised, and no list stating the specific corrections required was ever forthcoming to the inventor to date from the Patent Office.

By necessity, I, the inventor, engaged with Power of Attorney my registered Patent Attorney, Mr. Stuart D. Frenkel, No. 29,500, PO Box 1426, Springfield, Virginia 22151, Telephone 703-354-8063, and requested him to visit the patent office on my behalf to determine specifically what needed to be done to the drawings.

Mr. Frenkel reported back to me, the inventor, what oral information was given to him by the drafting department. To date, no follow-up list of the required corrections has been received either by the inventor or the inventor's patent attorney as promised by the drafting department.

In view of the time restraint, and in view of the fact that the examiner stated on the telephone November 18, 1985 that I, the inventor, could make any corrections necessary to the drawings as I had initially prepared them, I, the inventor have done my very best to correct the drawings to respond to the objections verbally given to Mr. Frenkel by the Patent Office drafting department.

Enclosed please find CHEMCO 668 paper photographic copies of the seven sheets of drawings which incorporate all of the minor corrections believed to be required by the draftsman and the examiner.

I hereby do certify that all of the corrections were made by myself, the named inventor, Ivan G. Rice, using copies of the original drawings submitted to the Patent Office with the application and no drawing changes whatsoever were made other than the corrections referred to herein.

Please advise me, the inventor, of acceptance of these revised drawings right away. It is the inventor's understanding that the timely submission of the Issue Fee will secure the patent from abandonment in the remote event that the drawings should need further correction. If such remote event should be the case, I request, under the circumstances outlined herein that an extension of time be granted for compliance under the provisions 37 CFR 1.136(a) with waiver of the extension fee.

Respectfully submitted,

[signature]

Ivan G. Rice
Independent Inventor
P.O. Box 233
Spring, Texas 77383

January 8, 1986



11294

CERTIFICATE OF MAILING

This is to certify that on this date I deposited this correspondence with the U.S. Postal Service as first class mail in an envelope addressed to the Commissioner of Patents, Washington DC 20231.

Ivan G. Rice
January 8, 1986

UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | BATCH No. |
| --- | --- | --- | --- |
| 572,548 | 01/20/84 | Ivan G. Rice | K92 |

Stuart D. Frenkel
P.O. Box 1426
Springfield, VA 22151

| EXAMINER | |
| --- | --- |
| L. Casaregola | |
| ART UNIT | PAPER NUMBER |
| 343 | 18 |

DATE MAILED: 1-28-86

**NOTICE OF DRAWING REQUIREMENTS**

☐ The PTO delayed in providing a commercial bonded dr... drawings from the above-identified application. T... the draftsman from filing corrected drawings withi... period set in the Notice of Allowability mailed ... Hence, said response period is hereby vacated. THE STATUTORY PERIOD FOR RESPONSE to comply with the r... drawing corrections is set to EXPIRE ONE MONTH FRO... LETTER. Failure to comply will result in the ABAN... application. Extensions of time may be obtained u... of 37 CFR 1.136(a) by filing the appropriate reque... end of the six month statutory period for response.

☑ Corrected/substituted drawings for the above-identi... received in the PTO on 1-10-86, are informal for the reason(s) identified on the attac...

☐ Applicant has the time remaining in the respo... the Notice of Allowability or Notice of Drawi... mailed ____________ to overcome the ... the attached Form PTO-948. This response peri... under the provisions of 37 CFR 1.136(a) by fi... request and fee before the end of the six mon... period for response.

☑ The PTO delayed in reviewing the corrected dr... is given ONE month time limit from the date o... provide corrected drawings. NO EXTENSION OF ... BE GRANTED UNDER EITHER 37 CFR 1.136(a) or (b... However, the response period set in the Notic... Notice of Drawing Requirements mailed 10-... may be extended under the provisions of 37 CF... the appropriate request and fee before the en... statutory period for response.

*IVAN RICE*

*713 353 5040*

*12/19/85 Frankle*

*Nov-22 - Exam Casaregola*
*Talked to Chester P.*
*Chester never returned Mr Rice's call as he said he would.*

☐ Corrected/substituted drawings for the above-identified application received in the PTO on ____________ were submitted outside of the period for response set in the Notice of Allowability or Notice of Drawing Requirements mailed ____________. This application will become abandoned unless applicant obtains an extension of time under the provisions of 37 CFR 1.136(a) by filing the appropriate request and fee before the end of the six month statutory period for response.

☑ ATTACHMENT: PTO-948
*All FIG's*

*P. D. Burgess* — PATENT AND TRADEMARK OFFICE

*1-28-86* — DATE

11338

416
095
K92

195.00-217

Gp 343

MAIL ROOM MAR 17 1986 21 PAT. & TRADE MARK OFF.

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In Regard Application of:

Ivan G. Rice

Serial No. 572,548 Group Art Unit: 343

Filed: January 20, 1984 Examiner: L. Caseragola

COMPRESSION INTERCOOLED HIGH CYCLE PRESSURE RATIO GAS GENERATOR FOR COMBINED CYCLES

PLEASE EXPEDITE

The Honorable Commissioner of
Patents and Trademarks
Washington D.C. 20231

Sir:

This communication is submitted in response to the Examiner's Action, date mailed 10-29-85 Supplemental Notice of Allowance; and the Examiner's Notice of Allowance, date mailed 10-11-85 requesting formal drawings; and in reference to this inventor's communication to the U.S. Patent Office mailed January 8, 1986 acknowledged by the PTO as received January 10, 1986 to which no response was received by the inventor from the PTO as specifically requested in that communication; and in further reference to the necessitated communication with the Honorable Senator Lloyd Bentsen by this inventor.

Attached please find my check in the amount of $195.00 in respectful request of an extension of time until April 11, 1986 to submit acceptable drawings under the provision of 37 CFR 1.136(a). Please note that this is the second request for an extension. No response was received whatsoever to my January 8, 1986 request for an extension from the U.S. Patent Office.

IN THE DRAWINGS

Referenced Docket No.: IGR/CRK-1

Class-Subclass: 060-039,161

Batch No.: K92

Application Type: Utility

050 03/24/86 572548 1 217 195.00 CK

Number of Sheets: 7 - Number of Figures: 15

Enclosed please find printed copies of the seven sheets of drawings printed on appropriate paper which incorporate all of the minor corrections believed to be required by the chief draftsman.

I hereby do certify that all of the corrections were made by myself, the named inventor, Ivan G. Rice, using copies of the original drawings

submitted to the Patent Office with the application and no drawing changes whatsoever were made other than the corrections referred to herein.

Please EXPEDITE approval of the drawings and informing me, the inventor, of the acceptance of these corrected drawings immediately due to the very limited time constraints and notify me specifically what further changes, if any, are required. All communications and telephone calls are to be sent to and directed directly to me, the inventor and not to the supplemental, temporary attorney. I am willing and able to make any further corrections required by the U.S. Patent Office immediately, but I cannot forsee that any further corrections should be either necessary or required.

March 17, 1986

Ivan G. Rice
Independent Inventor
P.O. Box 233
Spring, Texas 77383

Telephone - 713-353-5040

CERTIFICATE OF MAILING

This is to certify that on this date I deposited this correspondence with the U.S. Postal Service as Express Mail in an envelope addressed to the Commissioner of Patents, Washington D.C. 20231.

Ivan G. Rice
March 17, 1986

O.G. FIG. 6B
60 37/161

GR/CRK - 01 1 of 7

4592204






Fig. 1




Fig. 2

11574

MAIL ROOM
MAR 17 1986
21 PAT. & TRADE MARK OFF.

Inventor - Ivan G. Rice
US Serial No. 572-548
Date Filed - Jan. 20, 1984
Drawing correction date -
March 13, 1986 IGR

11275

O.G. FIG.
CLASS | SUBCLASS







Fig. 3



Fig. 4

Inventor — Ivan G. Rice
US Serial No. 572-548
Date filed - January 20, 1984
Drawing correction date -
March 13, 1986 IGR

MAIL ROOM MAR 17 1986 21 PAT. & TRADE MARK OFF.

11577

IGR/CRK - 01 3 of 7






Fig. 5




Fig. 6a

Inventor - Ivan G. Rice
US Serial No. 572-548
Date filed - Jan. 20, 1984
Drawing correction date -
March 13, 1986 IGR

MAIL ROOM
MAR 17 1986
21 PAT. & TRADE MARK OFF.

APPROVED O.G. FIG 6B
BY CLASS SUBCLASS
DRAFTSMAN 60 37.61






Fig. 6b

Inventor - Ivan G. Rice
US Serial No. 572-548
Date filed - Jan. 20, 1986
Drawing correction date -
March 13, 1986 IGR

MAIL ROOM
MAR 17 1986
PAT. & TRADE MARK OFF.

11281

O.G. FIG.

CLASS | SUBCLASS

IGR/CRK - 01 5 of 7






Fig. 8




Fig. 7b




Fig. 7a

11232

Inventor - Ivan G. Rice
US Serial No. 572-548
Date Filed - Jan. 20, 1984
Drawing correction date -
March 13, 1986 IGR

PAT. & TRADE MARK

11263

U.S. FIG. IGR/CRK - 01 6 of 7






Fig. 9




Fig. 10




Fig. 11




Fig. 12

Inventor - Ivan G. Rice
US Serial No. 572-548
Date filed - Jan. 20, 1984
Drawing correction date
March 13, 1986

1'

MAIL ROOM
MAR 17 1986
21 PAT. & TRADE MARK OFF.

11235




Fig. 13




Fig. 14




Fig. 15

Inventor - Ivan G. Rice
US Serial No. 572-548
Date filed - Jan. 20, 1984
Drawing correction date -
March 13, 1986 IGR

MAIL ROOM
MAR 17 1986
21 PAT. & TRADEMARK OFF.

MAIL ROOM MAR 26 1986 22 PAT. & TRADE MARK OFF.

PATENT & TRADEMARK OFFICE MAR 28 1986 PUBLIC INFO. DIVISION

EXPRESS MAIL
US Postal Service
No. B46716776

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| In re Application of | : | |
| Ivan G. Rice | : | Batch No.: K92 |
| Serial No. 572,548 | : | Group Art Unit: 343 |
| Filed: January 20, 1984 | : | Examiner: L. Caseragola |

COMPRESSION INTERCOOLED HIGH CYCLE PRESSURE RATIO GAS GENERATOR FOR COMBINED CYCLES

REVOCATION OF POWER OF ATTORNEY

The Honorable Commissioner
of Patents and Trademarks
Washington, D.C. 20231

Sir:

As named inventor, the undersigned having on or about the ninth day of December, 1985 appointed Mr. Stuart D. Frenkel, 5501 Aldrich Lane, Springfield, Va. 22151, Registration No. 29,500 his attorney to arrange for the final drawings in this application, which application was filed on January 20, 1984, for Compression Intercooled High Cycle Pressure Ratio Gas Generator for Combined Cycles, U.S. Serial No. 572,548, hereby revokes the Power of Attorney then given effective this date, March 26, 1985.

Ivan G. Rice
Independent Inventor
P.O. Box 233
Spring, Texas 77383

March 26, 1986

CERTIFICATE OF MAILING

This is to certify that on this date I deposited this correspondence with the U.S. Postal Service as Express Mail in an envelope addressed to the Commissioner of Patents, Washington D.C., 20231.

Ivan G. Rice
March 26, 1986

572548 1/21/84
Ivan G. Rice
Compression Intercooled High
• Cycle, Pressure Ratio Gas
Generator For Combined Cycles.

U.S. DEPARTMENT OF COMMERCE
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

Paper No. #30

Stuart L. Frenkel
5501 Aldrich Lane
Springfield, Va.

This is in response to the communication re the Power of Attorney filed ______

1. ☑ The power of attorney to you in this application has been revoked by the applicant. assignee.

2. ☐ In view of the notice in this application of the death of ______ his power of attorney is terminated.

3. ☑ The power of attorney to you in this application has been accepted by the Commissioner of Patents, & Trademarks.

______
For Director, Operation

4. ☐ The assignee in this application has intervened and appointed an attorney of his own selection. Further correspondence will be held with said attorney. (Rule 36, Rules of Practice.)

5. ☐ The revocation of the power of attorney to ______ has been entered and said attorney has been notified. Further correspondence will be addressed to you.

6. ☐ On ______, the applicant assignee appointed ______ as additional attorney in this application. Further correspondence will continue to be addressed to you as specified in the new power of attorney.

7. ☐ On ______, the applicant assignee appointed ______ as additional attorney in this application. Further correspondence will be addressed to said attorney. MPEP 403.02

8. ☐ The associate power of attorney to you in this application has been revoked by the attorney of record.

Ivan G. Rice
P.O. Box 133
Spring, Texas

P.M. Hayden
For Director, Operation

FORM PTOL-305 (REV.9/75)

RETAIN THIS COPY IN THE APPLICATION FILE

Copy A

11__0

IGR/CRK - 01 PRINT OF DRAWING AS ORIGINALLY FILED 572548

343

60
39.161




Fig. 1




Fig. 2

11255

IGR/CRK - 01 PRINT OF DRAWING AS ORIGINALLY FILED 5/2548




Fig. 6b

11256

IGR/CRK - 0. PRINT OF DRAWING AS ORIGINALL ILED 572548



Fig. 3



Fig. 4

11257

IGR/CRK — 0: PRINT OF DRAWING AS ORIGINALL' 'ILED 572548




Fig. 5




Fig. 6a

IGR/CRK - 0: PRINT OF DRAWING AS ORIGINALL ILED 572548



Fig. 8



Fig. 7b

Fig. 7a

11259

IGR/CRK - 01 PRINT OF DRAWING AS ORIGINALL ILED 572548




Fig. 9




Fig. 10




Fig. 11




Fig. 12

11:59

IGR/CRK - 01 PRINT OF DRAWING AS ORIGINALLY FILED 572548




Fig. 13




Fig. 14




Fig. 15

11[illegible]2

ROOM
MAR 17 1986
MARK OFF.
T & TRADE

11[illegible]



11265

11296

MAIL ROOM
MAR 17 1986
PAT. & TRADE MARK OFF.

11267

MAIL ROOM
MAR 17 1986
21 PAT. & TRADEMARK OFF.

**MULTIPLE DEPENDENT CLAIM FEE CALCULATION SHEET**
*(FOR USE WITH FORM PTO-875)*

SERIAL NO. 572-548 | FILING DATE 1-20-84

APPLICANT(S) Rice

CLAIMS

| | AS FILED | | AFTER 1st AMENDMENT | | AFTER 2nd AMENDMENT | |
|---|---|---|---|---|---|---|
| | IND. | DEP. | IND. | DEP. | IND. | DEP. |
| 1 | 1 | | | | | |
| 2 | 1 | | | | | |
| 3 | | 1 | | | | |
| 4 | | 1 | | | | |
| 5 | | 1 | | | | |
| 6 | | 1 | | | | |
| 7 | | 1 | | | | |
| 8 | | 1 | | | | |
| 9 | | 2 | | | | |
| 10 | | 2 | | | | |
| 11 | | 2 | | | | |
| 12 | | 2 | | | | |
| 13 | | 2 | | | | |
| 14 | | 2 | | | | |
| 15 | | 2 | | | | |
| 16 | | 2 | | | | |
| 17 | | 2 | | | | |
| 18 | | 1 | | | | |
| 19 | | 1 | | | | |
| 20 | | 1 | | | | |
| 21 | | 1 | | | | |
| 22 | | 1 | | | | |
| 23 | | 1 | | | | |
| 24 | | 0 | | | | |
| 25 | | 0 | | | | |
| 26 | | 2 | | | | |
| 27 | | 2 | | | | |
| 28 | | 2 | | | | |
| 29 | | 2 | | | | |
| 30 | | 2 | | | | |
| 31 | | 1 | | | | |
| 32 | | 2 | | | | |
| 33 | | 2 | | | | |
| 34 | | 2 | | | | |
| 35 | | 1 | | | | |
| 36 | | 1 | | | | |
| 37 | | 0 | | | | |
| 38 | | 0 | | | | |
| 39 | | 0 | | | | |
| 40 | | 0 | | | | |
| 41 | | 2 | | | | |
| 42 | | 2 | | | | |
| 43 | | 2 | | | | |
| 44 | | 2 | | | | |
| 45 | | 0 | | | | |
| 46 | | 2 | | | | |
| 47 | | 2 | | | | |
| 48 | | 1 | | | | |
| 49 | | 1 | | | | |
| 50 | | 1 | | | | |
| TOTAL IND. | 2 | | | | | |
| TOTAL DEP. | 73 | | | | | |
| TOTAL CLAIMS | 75 | | | | | |

| | * | | * | | * | |
|---|---|---|---|---|---|---|
| | IND. | DEP. | IND. | DEP. | IND. | DEP. |
| 51 | | (1) | | | | |
| 52 | | | | | | |
| 53 | | | | | | |
| 54 | | | | | | |
| 55 | | | | | | |
| 56 | | | | | | |
| 57 | | | | | | |
| 58 | | | | | | |
| 59 | | | | | | |
| 60 | | | | | | |
| 61 | | | | | | |
| 62 | | | | | | |
| 63 | | | | | | |
| 64 | | | | | | |
| 65 | | | | | | |
| 66 | | | | | | |
| 67 | | | | | | |
| 68 | | | | | | |
| 69 | | | | | | |
| 70 | | | | | | |
| 71 | | | | | | |
| 72 | | | | | | |
| 73 | | | | | | |
| 74 | | | | | | |
| 75 | | | | | | |
| 76 | | | | | | |
| 77 | | | | | | |
| 78 | | | | | | |
| 79 | | | | | | |
| 80 | | | | | | |
| 81 | | | | | | |
| 82 | | | | | | |
| 83 | | | | | | |
| 84 | | | | | | |
| 85 | | | | | | |
| 86 | | | | | | |
| 87 | | | | | | |
| 88 | | | | | | |
| 89 | | | | | | |
| 90 | | | | | | |
| 91 | | | | | | |
| 92 | | | | | | |
| 93 | | | | | | |
| 94 | | | | | | |
| 95 | | | | | | |
| 96 | | | | | | |
| 97 | | | | | | |
| 98 | | | | | | |
| 99 | | | | | | |
| 100 | | | | | | |
| TOTAL IND. | | | | | | |
| TOTAL DEP. | | | | | | |
| TOTAL CLAIMS | | | | | | |

PTO-1360 (3-78)

*MAY BE USED FOR ADDITIONAL CLAIMS OR AMENDMENTS

U.S. DEPARTMENT of COMMERCE
Patent and Trademark Office

| FORM PTO-875 (Rev. 3-83) U.S. DEPARTMENT OF COMMERCE PATENT AND TRADEMARK OFFICE | SERIAL NO. | FILING DATE |
|---|---|---|
| PATENT APPLICATION FEE DETERMINATION RECORD | 572548 | 1-20-84 |
| | APPLICANT (FIRST NAMED) Rice | |

## CLAIMS AS FILED - PART I

| FOR: | NO. FILED | | NO. EXTRA | SMALL ENTITY RATE | SMALL ENTITY FEE | | OTHER THAN A SMALL ENTITY RATE | OTHER THAN A SMALL ENTITY FEE |
|---|---|---|---|---|---|---|---|---|
| BASIC FEE | | | | | $150 | OR | | $300 |
| TOTAL CLAIMS | 75 | -20= | * 55 | x5= | $ 275 | OR | x10= | $ |
| INDEP. CLAIMS | 2 | -3= | * 0 | x15= | $ | OR | x30 | $ |
| MULTIPLE DEPENDENT CLAIM PRESENT | | | | +50= | $ 50 | OR | +100= | $ |
| | | | | TOTAL | $ 475 | OR | TOTAL | $ |

* If the difference in col. 1 is less than zero, enter "0" in col. 2

Fee paid, see paper #5

## CLAIMS AS AMENDED - PART II

| AMENDMENT A | (1) CLAIMS REMAINING AFTER AMENDMENT | | (2) HIGHEST NO. PREVIOUSLY PAID FOR | (3) PRESENT EXTRA | SMALL ENTITY RATE | ADDIT. FEE | | OTHER THAN A SMALL ENTITY RATE | ADDIT. FEE |
|---|---|---|---|---|---|---|---|---|---|
| TOTAL | * 34 | MINUS | ** 75 | = | x5 | $ | OR | x10 | $ |
| INDEP. | * 2 | MINUS | *** 2 | = | x15= | $ | OR | x30= | $ |
| FIRST PRESENTATION OF MULTIPLE DEP. CLAIM | | | | | +50= | $ | OR | +100= | $ |
| | | | | | TOTAL ADDIT. FEE | $ | OR | TOTAL | $ |

| AMENDMENT B | CLAIMS REMAINING AFTER AMENDMENT | | HIGHEST NO. PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE | ADDIT. FEE | | RATE | ADDIT. FEE |
|---|---|---|---|---|---|---|---|---|---|
| TOTAL | * | MINUS | ** | = | x5= | $ | OR | x10= | $ |
| INDEP. | * | MINUS | *** | = | x15= | $ | OR | x30 | $ |
| FIRST PRESENTATION OF MULTIPLE DEP. CLAIM | | | | | +50= | $ | OR | +100 | $ |
| | | | | | TOTAL ADDIT. FEE | $ | OR | TOTAL | $ |

| AMENDMENT C | CLAIMS REMAINING AFTER AMENDMENT | | HIGHEST NO. PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE | ADDIT. FEE | | RATE | ADDIT. FEE |
|---|---|---|---|---|---|---|---|---|---|
| TOTAL | * | MINUS | ** | = | x5= | $ | OR | x10 | $ |
| INDEP. | * | MINUS | *** | = | x15= | $ | OR | x30 | $ |
| FIRST PRESENTATION OF MULTIPLE DEP. CLAIM | | | | | +50= | $ | OR | +100 | $ |
| | | | | | TOTAL ADDIT. FEE | $ | OR | TOTAL | $ |

* If the entry in Col. 1 is less than the entry in Col. 2, write "0" in Col. 3.

** If the "Highest No. Previously Paid For" IN THIS SPACE is less than 20, enter "20".

*** If the "Highest No. Previously Paid For" IN THIS SPACE is less than 3, enter "3".

The "Highest No. Previously Paid For" (Total or Indep.) is the highest number found in the appropriate box in Col. 1.

11[illegible]

## SEARCH NOTES

| | Date | Exr |
|---|---|---|
| — None | | L.J.C. |

## SEARCHED

| Class | Sub | Date | Exr |
|---|---|---|---|
| 60 | 39.04<br>39.161<br>39.17<br>39.31<br>39.32<br>728 | 10/6/88 | |
| 415 | 177 | | L.J.C. |
| 60 | 39.161<br>39.17<br>728 | 10/4/86 | L.J.C. |

Update

## PRINT CLAIM(S)

1

## INTERFERENCE SEARCHED

| Class | Sub | Date | Exr |
|---|---|---|---|
| 60 | 39.161<br>39.17<br>728 | 10/4/85 | L.J.C. |

## INDEX OF CLAIMS

| Final | Original | | | Date | | Final | Original |
|---|---|---|---|---|---|---|---|
| 1 | 1 | ✓ | ✓ | 1 | 52 | | 26 |
| 2 | 2 | | ✓ | 2 | 53 | | 27 |
| | 3 | | ✓ | 3 | 54 | | 28 |
| | 4 | | ✓ | 4 | 55 | | 29 |
| | 5 | | N | 5 | 56 | | 30 |
| | 6 | | N | 6 | 57 | | 31 |
| | 7 | | ✓ | 7 | 58 | | 32 |
| | 8 | | ✓ | 8 | 59 | | 33 |
| | 9 | | N | 9 | 60 | | 34 |
| | 10 | | | 10 | 61 | | 35 |
| | 11 | | | 11 | 62 | | 36 |
| | 12 | | | 12 | 63 | | 37 |
| | 13 | | | 13 | 64 | | 38 |
| | 14 | | | 14 | 65 | | 39 |
| | 15 | | | 15 | 66 | | 40 |
| | 16 | | | 16 | 67 | | 41 |
| | 17 | | V | 17 | 68 | | 42 |
| | 18 | | ✓ | 18 | 69 | | 43 |
| | 19 | | ✓ | 19 | 70 | | 44 |
| | 20 | | N | 20 | 71 | | 45 |
| | 21 | | N | 21 | 72 | | 46 |
| | 22 | | N | | 73 | | 47 |
| | 23 | | N | | 74 | | 48 |
| | 24 | | N | | 75 | | 49 |
| | 25 | | ✓ | | 76 | | 50 |

SYMBOLS

✓ ............... Rejected
= ............... Allowed
— (Through numeral) Canceled
÷ ............... Restriction requirement
N ............... Nonelected Invention
I ............... Interference
A ............... Appeal
O ............... Objected

STATUS

11252

572548 [redacted]

Entered

# CONTENTS

1. Applications ✓ papers. [illegible]
2. [illegible] January 20, 1984
3. ~~[illegible] January 20, 1984~~ No Such Paper
4. Informality Re pay Fee DEC 7 1984
5. [illegible] Fee Jan 8, 1985
6. Restriction (30 days) FEB 11 1985
7. Amdt [illegible] Mar 4, 1985
8. Rejection (3) MAY 21 1985
9. Amdt B July 29, 1985
10. [illegible] Amdt C Oct 11, 1985
11. [illegible] Amdt Oct 29, 1985
12. [illegible] to Inspect 12-3-85

[illegible] Declaration Nov. 20, 1985

[illegible] Dec 10, 1985

[illegible] of Atty by [illegible] Dec. 18, 1985

[illegible] Accept. Dec. 19, 1985

[illegible] (Notice) Jan. 10, 1986

[illegible] Requirements 1-28-86

[illegible] Drugs Jan 6, 1986 WITH EX OF TIME

[illegible] of Atty [illegible]1986

24.

25.

26.

27.

28.

29.

30.

31.

PRINTING OFFICE: 1981-349-860

11253

[redacted]

APPROVED FOR LICEN

INITIALS ACK

U. S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE

APPLICATIONS ALLOWED BY EXAMINER CHECKLIST

SERIAL NUMBER 572,354

PTO-525 (action card) sense marked for allowance, except for applications in which Examiner's Answer has been wri

Serial number same on: file wrapper, each sheet of drawing, first page of specification, issue slip, all PTO-892's.

. ☐ No words unclear in specification due to holes at top of page.

4. ☐ PTO-270 (Blue Slip) completed in designated spaces, including cross references, where appropriate, IPC, and signed by examiner; and
   - a. ☐ affixed to inside left flap of file wrapper by stapling in space marked "cross references";
   - b. ☐ Class and subclass agree with notations on file wrapper;
   - c. ☐ Group/Art Unit agree(s) with notations on file wrapper;
   - d. ☐ Class and subclass agree with notations on drawing.

5. ☐ Figure of drawing indicated for printing in Official Gazette.

6. ☐ Number of sheets of drawings checked: a. ☐ file notation agrees; b. ☐ prints in file.

7. ☐ Interference search data completed with only recognized subclasses.

8. ☐ Index of claims updated;
   - a. ☐ and claims renumbered in red ink, where necessary, as where cancelled claims precede or follow claims or where dependent claims require renumbering of preceding claims.

9. ☐ Total number of allowed claims indicated.

10. ☐ Date of copending or prior filed applications updated where necessary in specification;
    - a. ☐ and where abandoned, applicant notified by Examiner's Amendment.
    - b. ☐ agrees with file wrapper notations;
    - c. ☐ file wrapper notations complete, inked and legible;
    - d. ☐ mentioned in first paragraph of specification, and
    - e. ☐ if file has paste-on label, Examiner initialed.

11. ☐ Condition for priority met. Face of file wrapper complete with appropriate data.

12. ☐ Change of title inked in red;
    - a. ☐ and, where appropriate, notation "As amended by examiner" inserted immediately after "Title of Invention".

13. ☐ Assistant Examiner and Primary Examiner or S.P.E. names and initials are on face of file wrapper in appropriate spa or line thru space.

14. ☐ Retention Label PTO-150, completed and affixed to the parent when still in group;
    - a. ☐ or forwarded to the appropriate area for affixing to a prior application, which is still pr has become abandoned.

15. ☐ PTO-89. (Notice of References Cited) located in center section of the file jacket;
    - a. ☐ and entries checked for legibility, month and year of patent and classificatio

16. ☐ References left in file for Quality Control.

17. ☐ Examiner's Amendment signed by Primary Examiner or S.P.E.; and
    - a. ☐ made of record;
    - b. ☐ entered
    - c. ☐ signed by Final Review Clerk on upper right corner under the paper number;
    - d. ☐ mailed before forwarding application to Issue and Gazette Branch, via
      - ☐ Quality Control
      - ☐ Security Control

☐ Face of file jacket signed by Final Review Clerk in appropriate space.

☐ Docket Register Card pulled.

-ial Register Card posted with date application was forwarded to Issue and Gazette Branch via
☐ Quality Control
☐ Security Control

| H DRAWINGS, IF ANY, ISSUE AND GAZETTE BRANCH VIA | ☑ QUALITY ☐ SECURITY CONTROL | DATE 11-15-85 | FINAL REVIEW CLERK (SIGN LEGIBLY) [signature] |
|---|---|---|---|

11254