# In the United States Court of Federal Claims

No. 05-187 C
(Filed June 26, 2008)

***********************************
IVAN G. RICE, *
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
Defendant. *
***********************************

ORDER

On June 23, 2008, Plaintiff's Reply Construction Brief pursuant to SPO ¶ 12(d)(iii) was filed.

Accordingly, it is **ORDERED**:

(1) That counsel promptly confer to reach agreement as to a date(s) when they can be available for the *Markman* Hearing for claim construction issues pursuant to SPO ¶ 12(c) ;

(2) Upon reaching agreement, the date(s) shall be reported to Ms. Eddins (202-357-6613), and an appropriate scheduling order will then be issued; and

(3) If agreement cannot be reached, this shall also be reported to Ms. Eddins and a telephone conference call with the undersigned will be scheduled to establish a date convenient to all concerned.

s/ James F. Merow
James F. Merow
Senior Judge