# In the United States Court of Federal Claims

No. 05-187 C
(Filed July 2, 2008)

**********************************
IVAN G. RICE, *
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
Defendant. *
**********************************

ORDER

By telephone call on July 1, 2008, counsel for defendant, Ken B. Barrett and counsel for plaintiff, Douglas H. Elliott, notified the court that parties have agreed on possible dates for the *Markman* Hearing for claim construction issues pursuant to SPO ¶ 12(c) .

Accordingly, it is **ORDERED** that the *Markman* Hearing shall be held on August 7, 2008, commencing at 10:30 a.m., at The National Courts Building, 717 Madison Place, NW, Washington, DC. The particular electronically equipped courtroom to be used will be posted in the lobby of the courthouse.

s/ James F. Merow
James F. Merow
Senior Judge