# In the United States Court of Federal Claims

No. 05-187 C
(Filed July 9, 2008)

***********************************
IVAN G. RICE, *
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
Defendant. *
************************************

**RESCHEDULING ORDER**

By telephone call on July 9, 2008, counsel for defendant, Ken B. Barrett and counsel for plaintiff, Douglas H. Elliott, have agreed on a rescheduled date for the *Markman* Hearing for claim construction issues pursuant to SPO ¶ 12(c) .

Accordingly, it is **ORDERED** that the *Markman* Hearing shall be held on July 25, 2008, commencing at 1:00 p.m., at The National Courts Building, 717 Madison Place, NW, Washington, DC. A posting in the lobby of the courthouse will designate the electronically equipped courtroom for this hearing.

s/ James F. Merow
James F. Merow
Senior Judge