# In the United States Court of Federal Claims

No. 05-187 C
(Filed July 29, 2008)

| | | |
|---|---|---|
| IVAN G. RICE, | | * |
| | Plaintiff, | * |
| | | * |
| | v. | * |
| | | * |
| THE UNITED STATES, | | * |
| | Defendant. | * |

## ORDER

At the *Markman* Hearing held on July 25, 2008, a time period for further discussion between counsel and possible supplemental briefing or stipulation(s) on claim construction issues was proposed.

Accordingly, it is **ORDERED** that any supplemental brief(s) or stipulations on claim construction issues shall be filed on or before August 25, 2008.

s/ James F. Merow
James F. Merow
Senior Judge