**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| IVAN G. RICE, | ) | |
| | ) | |
| Plaintiff, | ) | No. 05-187 C |
| | ) | |
| v. | ) | Senior Judge James F. Merow |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of Conrad J. DeWitte, Jr. as attorney of record for the United States. Service of all papers should be addressed as follows:

Conrad J. DeWitte, Jr.
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JOHN J. FARGO
Director

/s/ Conrad J. DeWitte, Jr.
CONRAD J. DeWITTE, JR.
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, DC 20530
Telephone: (202) 307-0459
Facsimile: (202) 307-0345
E-Mail: conrad.dewitte@usdoj.gov

July 31, 2008