**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **IVAN G. RICE,** | § | |
| | § | |
| **Plaintiff,** | § | **No. 05-187C** |
| | § | |
| **vs.** | § | |
| | § | **Senior Judge James F. Merow** |
| **THE UNITED STATES** | § | |
| | § | |
| **Defendant.** | § | |
| | § | |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE SUPPLEMENTAL CLAIM CONSTRUCTION BRIEF UNDER SEAL**

Plaintiff Ivan G. Rice ("Plaintiff") hereby moves, pursuant to RCFC, Appendix E, Part IV, 11, for an order granting leave to file his Supplemental Claim Construction Brief and supporting Exhibits under seal. Defendant United States does not oppose this motion.

Plaintiff's Supplemental Claim Construction Brief and supporting Exhibits N-Q include information and documents which have been designated as "Protected Information" by non-party Honeywell International Inc. in accordance with the Protective Order entered by this Court. Accordingly, Plaintiff requests leave of Court to file his Supplemental Claim Construction Brief and supporting Exhibits under seal.

Respectfully submitted,

Date: August 21, 2008

/s/ Douglas H. Elliott
DOUGLAS H. ELLIOTT
Lead Attorney
Patterson & Sheridan, LLP
3040 Post Oak Blvd., Suite 1500
Houston, Texas 77056
Tel (713) 623-4844
Fax (713) 623-4846
delliott@pattersonsheridan.com

*Attorneys for Plaintiff Ivan G. Rice*

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that the foregoing motion was discussed with counsel for Defendant United States. Counsel indicated that Defendant does not oppose this motion.

/s/ Douglas H. Elliott
Douglas H. Elliott

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served on the parties listed below, in the manner indicated, on this 21st day of August, 2008:

***Via the Court's CM/ECF electronic service procedures***:

Conrad J. DeWitte, Jr., Esq.
Civil Division - Commercial Litigation Branch
U.S. DEPARTMENT OF JUSTICE
1100 L Street, NW, Room 11112
Washington, D.C. 20005
Fax: (202) 307-0345
E-mail: conrad.dewitte@usdoj.gov

*Counsel for The United States of America*

***Via email***:

Constance S. Huttner, Esq.
BUCHANAN, INGERSOLL & ROONEY, PC
One Chase Manhattan Plaza, 35th Floor
New York, NY 10005-1417
Fax: (212) 440-4401
E-mail: constance.huttner@bipc.com

*Counsel for Honeywell International Inc.*
*(Interested Party)*

***Via the Court's CM/ECF electronic service procedures***:

Richard E. Rice, Esq.
OLIFF & BERRIDGE, PLC
277 South Washington Street, Suite 500
Alexandria, VA 22314
Fax: (703) 836-2787
E-mail: rrice@oliff.com

*Counsel for Rolls-Royce PLC*
*(Interested Party)*

/s/ Douglas H. Elliott
Douglas H. Elliott