# In the United States Court of Federal Claims

No. 05-187 C
(Filed August 21, 2008)

```
***********************************
IVAN G. RICE,                      *
                    Plaintiff,     *
                                   *
                    v.             *
                                   *
THE UNITED STATES,                 *
                    Defendant.     *
***********************************
```

ORDER

On August 21, 2008, Plaintiff's Unopposed Motion for Leave to File Supplemental Claim Construction Brief Under Seal was filed.

Accordingly, it is **ORDERED** that plaintiff's motion, filed August 21, 2008, is **GRANTED**.

s/ James F. Merow
James F. Merow
Senior Judge