**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **IVAN G. RICE,** | § | |
| | § | |
| **Plaintiff,** | § | **No. 05-187C** |
| | § | |
| **vs.** | § | |
| | § | **Senior Judge James F. Merow** |
| **THE UNITED STATES** | § | |
| | § | |
| **Defendant.** | § | |
| | § | |

**NOTICE OF STIPULATION ON CLAIM CONSTRUCTION**

Plaintiff Ivan G. Rice and Defendant United States hereby provide notice that they have agreed to a stipulated claim construction for the claim term "said return duct being configured for low radial flow return velocity to said high pressure compressor" as follows:

| Claim Term | Stipulated Construction |
|---|---|
| *said return duct being configured for low radial flow return velocity to said high pressure compressor* | The return duct being shaped to cause the air that is flowing from the intercooler toward the high pressure compressor and generally perpendicular to the axis of the gas generator to have a velocity of less than approximately 200 feet per second. |

Respectfully submitted,

Date: August 22, 2008

DOUGLAS H. ELLIOTT
Lead Attorney
PATTERSON & SHERIDAN, LLP
3040 Post Oak Blvd., Suite 1500
Houston, Texas 77056
Tel: (713) 623-4844
Fax: (713) 623-4846
delliott@pattersonsheridan.com

*Attorneys for Plaintiff Ivan G. Rice*

GREGORY G. KATSAS
Assistant Attorney General

JOHN FARGO
Director

Date: August 22, 2008

Conrad J. DeWitte, Jr.

CONRAD J. DeWITTE, JR.
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530
Tel: (202) 307-0459
Fax: (202) 307-0345
conrad.dewitte@usdoj.gov

*Attorneys for Defendant*
*United States of America*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document was served on the parties listed below, in the manner indicated, on this 22nd day of August, 2008:

***Via the Court's CM/ECF electronic service procedures:***

Conrad J. DeWitte, Jr., Esq.
Civil Division - Commercial Litigation Branch
U.S. DEPARTMENT OF JUSTICE
1100 L Street, NW, Room 11112
Washington, D.C. 20005
Fax: (202) 307-0345
E-mail: conrad.dewitte@usdoj.gov

*Counsel for The United States of America*

***Via the Court's CM/ECF electronic service procedures:***

Richard E. Rice, Esq.
OLIFF & BERRIDGE, PLC
277 South Washington Street, Suite 500
Alexandria, VA 22314
Fax: (703) 836-2787
E-mail: rrice@oliff.com

*Counsel for Rolls-Royce PLC*
*(Interested Party)*

***Via email:***

Constance S. Huttner, Esq.
VINSON & ELKINS LLP
666 Fifth Ave.
26th Floor
New York, NY 10103-0040
Fax: (212) 237-0100
E-mail: chuttner@velaw.com

*Counsel for Honeywell International Inc.*
*(Interested Party)*

Douglas H. Elliott